# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1445

DATCARD SYSTEMS, INC.,

Plaintiff-Appellant,

v.

PACSGEAR, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 10-CV-1288, Senior Judge Mariana R. Pfaelzer.

Authorized Abbreviated Caption[2]

DATCARD SYSTEMS, INC. V PACSGEAR, INC., 2013-1445

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.