No. 2013-1445

IN THE

# United States Court of Appeals
## FOR THE FEDERAL CIRCUIT
───────────────

DATCARD SYSTEMS, INC.,

*Plaintiff-Appellant,*

*v.*

PACSGEAR, INC.,

*Defendant-Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA IN
CASE NO. 10-CV-1288, SENIOR JUDGE MARIANA R. PFAELZER

**BRIEF OF PLAINTIFF-APPELLANT DATCARD SYSTEMS, INC.**

PAUL A. STEWART
 *Counsel of Record*
CRAIG S. SUMMERS
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Plaintiff-Appellant*
DATCARD SYSTEMS, INC.

July 24, 2013

## CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant DatCard Systems, Inc. certifies the following:

1. The full name of every party being represented by me is:

DatCard Systems, Inc.

2. The real party in interest represented by me is:

DatCard Systems, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are as follows:

None.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

Craig S. Summers, Paul A. Stewart, Brian C. Claassen, Bridget A. Smith, KNOBBE, MARTENS, OLSON & BEAR, LLP, 2040 Main Street, 14th Floor, Irvine, CA 92614.


Dated: July 24, 2013          By:  */s/ Paul A. Stewart*_____
                                    Paul A. Stewart

                                    *Attorney for Plaintiff-Appellant*
                                    DATCARD SYSTEMS, INC.

# TABLE OF CONTENTS

**Page No.**

STATEMENT OF RELATED CASES ................................................................ vii

JURISDICTIONAL STATEMENT ................................................... viii

I.     STATEMENT OF THE ISSUES ................................................. 1

II.    STATEMENT OF THE CASE .................................................. 2

III.   STATEMENT OF THE FACTS ................................................. 3

     A.    Medical Disc Publishers ........................................................ 3

     B.    DatCard And Its Pacscube® Medical Disc Publisher ........................... 5

     C.    DatCard's Patents ................................................................ 6

     D.    Pacsgear's MediaWriter Device ........................................... 13

     E.    The Proceedings Below ...................................................... 15

          1.    Pacsgear's Motion for Summary Judgment of Non-Infringement of the '174 Patent ............................... 16

          2.    Pacsgear's Motion for Summary Judgment of Non-Infringement of the '597 Patent ............................... 19

          3.    DatCard's Cross-Motion for Summary Judgment of Infringement of the '174 Patent ............................... 19

IV.   SUMMARY OF ARGUMENT ................................................. 21

V.    ARGUMENT ...................................................................... 23

     A.    This Court Should Reverse The Grant Of Summary Judgment Of Non-Infringement Of The '174 And '597 Patents ........................................................................ 24

          1.    The District Court Based Its Ruling Entirely Upon Its Clearly Erroneous Construction Of "Related Data" And "Additional Medical Data" .............................. 24

## TABLE OF CONTENTS
### (*cont'd*)

Page No.

         a.    The Ordinary Meaning Of "Related Data" And "Additional Medical Data"............................................26

         b.    The Specification............................................28

         c.    The Prosecution History ..................................32

    2.    The MediaWriter Searches For "Related Data" And "Additional Medical Data" Under The Correct Construction Of These Terms, And Even Under The District Court's Erroneous Construction Of Them..................33

    3.    Pacsgear Did Not Even Meet Its Initial Burden On The Doctrine Of Equivalents, And The District Court Erred In Granting Summary Judgment Of No Equivalence..............................................................34

  B.    The District Court's Construction Of "Automatically" In The '174 And '597 Patents Is Also Clearly Erroneous......................36

    1.    This Court Has Jurisdiction To Review The District Court's Construction Of "Automatically" ................................36

    2.    The District Court Misconstrued "Automatically"..................38

         a.    The District Court Ignored The Ordinary Meaning Of "Automatically" .........................................39

         b.    The District Court Ignored The Significance Of The Word "Comprising" In The Claims ........................41

         c.    The Specification............................................43

    3.    The District Court Erred In Denying DatCard's Cross-Motion For Summary Judgment Of Infringement Of The '174 Patent..............................................45

VI.   CONCLUSION ...........................................................47

# TABLE OF AUTHORITIES

**Page No(s).**

*Anchor Wall Sys. v. Rockwood Retaining Walls*,
340 F.3d 1298 (Fed. Cir. 2003) ................................................................ 35

*Ariad Pharms., Inc. v. Eli Lilly & Co.*,
598 F.3d 1336 (Fed. Cir. 2010) (en banc) ................................................ 17

*Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*,
632 F.3d 1246 (Fed. Cir. 2011) .................................................... 17, 18, 32

*Aventis Pharma S.A. v. Hospira, Inc.*,
675 F.3d 1324 (Fed. Cir. 2012) .................................................... 25, 28, 43

*Barr v. Lafon*,
538 F.3d 554 (6th Cir. 2008) ...................................................................... 37

*Brilliant Instruments, Inc. v. GuideTech, LLC*,
707 F.3d 1342 (Fed. Cir. 2013) .......................................................... 23, 24

*Burke v. County of Alameda*,
586 F.3d 725 (9th Cir. 2009) .................................................................... 38

*Chimie v. PPG Indus.*,
402 F.3d 1371 (Fed. Cir. 2005) ................................................................ 36

*Clark v. Coats & Clark, Inc.*,
929 F.2d 604 (11th Cir. 1991) .................................................................. 35

*CollegeNet, Inc. v. ApplyYourself, Inc.*,
418 F.3d 1225 (Fed. Cir. 2005) ........................................................ passim

*Cybor Corp. v. FAS Technologies, Inc.*,
138 F.3d 1448 (Fed. Cir. 1998) (en banc) ................................................ 24

*Dealertrack, Inc. v. Huber*,
674 F.3d 1315 (Fed. Cir. 2012) .......................................................... 37, 38

*Decisioning.com, Inc. v. Federated Dep't Stores, Inc.*,
527 F.3d 1300 (Fed. Cir. 2008) ................................................................ 36

# TABLE OF AUTHORITIES
### *(cont'd)*

**Page No(s).**

*Epistar Corp. v. Int'l Trade Comm'n,*
    566 F.3d 1321 (Fed. Cir. 2009) ................................................................. 25

*Glaverbel Societe Anonyme v. Northlake Mktg. & Supply,*
    45 F.3d 1550 (Fed. Cir. 1995) .................................................................... 35

*Golight, Inc. v. Wal-Mart Stores, Inc.,*
    355 F.3d 1327 (Fed. Cir. 2004) ................................................................. 25

*Innova/Pure Water, Inc. v. Safari Water Filtration Sys.,*
    381 F.3d 1111 (Fed. Cir. 2004) .......................................................... 24, 26

*Kara Tech., Inc. v. Stamps.com, Inc.,*
    582 F.3d 1341 (Fed. Cir. 2009) ................................................................. 30

*Levy v. Sterling Holding Co.,*
    544 F.3d 493 (3d Cir. 2008) ...................................................................... 37

*Liebel-Flarsheim Co. v. Medrad, Inc.,*
    358 F.3d 898 (Fed. Cir. 2004) .............................................................. 30, 33

*Lighting Ballast Control LLC v. Philips Electronics North America Corp.*
    Appeal No. 2012-1014 (Fed. Cir. March 15, 2013) (en banc) .................. 24

*Monahan v. County of Chesterfield,*
    95 F.3d 1263 (4th Cir. 1996) ................................................................... 37

*Nissan Fire & Marine Ins. v. Fritz Cos.,*
    210 F.3d 1099 (9th Cir. 2000) ................................................................. 35

*Padfield v. AIG Life Ins..,*
    290 F.3d 1121 (9th Cir. 2002) ................................................................. 37

*Phillips v. AWH*
    415 F.3d 1303 (Fed. Cir. 2005) *(en banc)* ............................................ 24, 30

*SRI Int'l v. Matsushita Elec. Corp.,*
    775 F.2d 1107 (Fed. Cir. 1985) (en banc) ................................................. 33

## TABLE OF AUTHORITIES
### (*cont'd*)

**Page No(s).**

*Stilwell v. Am. Gen. Life Ins.*,
    555 F.3d 572 (7th Cir. 2009) ...................................................................... 37

*Thorner v. Sony Computer Entm't Am. LLC*,
    669 F.3d 1362 (Fed. Cir. 2012) ........................................................... passim

*TurboCare Div. of Demag Delaval v. General Electric*,
    264 F.3d 1111 (Fed. Cir. 2001) .................................................................. 33

*Vitronics Corp. v. Conceptronic, Inc.*,
    90 F.3d 1576 (Fed. Cir. 1996) .................................................................. 25

*Yaffe Cos. v. Great Am. Ins.*,
    499 F.3d 1182 (11th Cir. 2007) .................................................................. 37


## OTHER AUTHORITIES

Mark A. Lemley & Kimberly A. Moore, *Ending Abuse of Patent
    Continuations*, 84 B.U.L. Rev. 63 (2004) ....................................................... 16

*Moore's Federal Practice* § 56.130[3][b] (3d ed. 2013) ..................................... 37

## STATEMENT OF RELATED CASES

There are no related cases in this Court or in any other Court of Appeals. The case of *DatCard Systems, Inc. v. Data Distributing LLC*, Civil Action No. 11-CV-10434-MRP (VBKx), is pending before the United States District Court for the Central District of California. That case involves the same patents that are at issue on this appeal and thus that case is likely to be affected by this Court's construction of the claims of those patents.

## **JURSIDICTIONAL STATEMENT**

The District Court had jurisdiction over this patent infringement case under 28 U.S.C. § 1338.  The District Court entered final judgment in this case under Rule 54(b) of the Federal Rules of Civil Procedure on June 7, 2013.  A1-A4.  Accordingly, this Court has jurisdiction under 28 U.S.C. § 1295(a)(1).

# I.  STATEMENT OF THE ISSUES

1.      Did the District Court err in construing the terms "related data" and "additional medical data" to be limited to images and other data that is stored "in a standard medical imaging format" where (a) the specification and prosecution history contain no limiting definition or disclaimer of the claim terms, and (b) the claims of the parent patent ***did*** require data to be stored "in a standard medical imaging format," but this requirement was omitted from the claims of the continuation patents at issue on appeal?

2.      Did the District Court err in granting summary judgment of no infringement where (a) its literal infringement ruling was based upon its erroneous construction of "related data" and "additional medical data," and (b) its doctrine of equivalence ruling was based upon no evidence or argument at all?

3.      Did the District Court err in construing the term "automatically" to preclude the checking of a box during the initial set-up of a computer system?

4.      Did the District Court err in denying DatCard's cross-motion for summary judgment of infringement of the '174 Patent based entirely upon its construction of "related data" and "automatically"?

## II.  <u>STATEMENT OF THE CASE</u>

DatCard Systems, Inc. filed suit against Pacsgear, Inc. alleging infringement of five patents invented by two of DatCard's founders, Ken Wright and Chet LaGuardia.  A259-A268.  Each of the patents discloses and claims a device for recording medical images and other information onto portable storage media such as CDs and DVDs.  A106-A258.  DatCard markets its PacsCube® device under these patents, and has done so since DatCard's founding in 2000.  A3030, A3126-A3129.  DatCard alleges that Pacsgear's competing MediaWriter device infringes its patents.  *See* A262 ¶17, A263 ¶23.

In January 2012, following the completion of discovery, the parties filed cross-motions for summary judgment.  Most relevant here, Pacsgear sought summary judgment that U.S. Patent Nos. 7,783,174 ("the '174 Patent") and 7,729,597 ("the '597 Patent") are not infringed, and DatCard sought summary judgment that the '174 Patent is infringed.  A1391-A1420, A2042-A2067.

The District Court elected to address the summary judgment motions in two stages.  First, on October 26, 2012, the District Court issued a claim construction ruling for all five patents-in-suit.  A5-A39.  Then, on March 12, 2013 and April 1, 2013, the District Court issued its final rulings on the summary judgment motions.  A40-A85.  In those final rulings, the District Court

held that Pacsgear did not infringe the '174 and '597 Patents. A81-A85. The District Court also held that DatCard's three remaining patents were either invalid or not infringed. A40-A60, A68-A85.

DatCard now appeals the District Court's grant of summary judgment of non-infringement of the '174 and '597 Patents, and the denial of summary judgment of infringement of the '174 Patent. DatCard does not appeal the District Court's other summary judgment rulings.

### III.  STATEMENT OF THE FACTS

**A.    Medical Disc Publishers**

In the 1990s and earlier, most hospitals used film to store images taken by X-Ray, MRI, and other imaging devices. A191 at 1:30-35, A2960, A3126. However, some hospitals in the 1990s were slowly beginning the process of moving toward a computerized, filmless environment. The first step toward the elimination of film was the acquisition of a Picture Archiving and Communications System, known as a PACS. A PACS is a large computer capable of storing thousands of patient images. A191 at 1:45-50.

Typically, a PACS is connected electronically to a wide array of imaging devices or "modalities," such as devices for taking X-Rays, MRIs, ultrasounds, and other types of images. In modern hospitals, these devices take images

digitally.   A191 at 1:36-40.   The digital images then may be communicated electronically to a PACS where the images are stored.   To allow a PACS to communicate effectively with imaging modalities, a standard medical imaging format was developed.   This format is known as DICOM, an acronym for Digital Imaging and Communications in Medicine.   A191 at 1:52-56.   The images generated by digital imaging devices and stored in a PACS are stored in the standard DICOM format.   A191 at 1:63-64.

The introduction of the PACS and digital imaging devices provided significant savings in storage space, as hospitals no longer needed to store film images in large film libraries.   However, it was still necessary to print individual images onto film whenever a physician needed to provide a copy of a patient's image to the patient or to a physician at a different facility.   A2961, A3028.

To overcome this problem, devices known as medical disc publishers were developed.   These devices electronically retrieved DICOM images from a PACS and burned those images to a CD or DVD.   The first medical disc publishers were quite crude.   A3031, A3126.   The CD or DVD had to be loaded by hand into a disc drive.   A3126.   The disc included only the patient's images, and not the related report that contained the radiologist's analysis of the images. *Id.*   In addition, the patient's name and other identifying data had to be written

by hand onto the disc. *Id.* Further, the disc could be reviewed only on specialized computers that included the software necessary to view DICOM images. *Id.*

**B.    DatCard And Its Pacscube® Medical Disc Publisher**

DatCard was founded in 2000 to develop and market a vastly improved medical disc publisher. The result was DatCard's flagship Pacscube® product, which has been the industry leading medical disc publisher since shortly after its introduction in December 2000. The Pacscube® was developed by Ken Wright, the President of DatCard, and Chet Laguardia, DatCard's Chief Operating Officer.

The Pacscube® overcomes each of the deficiencies present in the early medical disc publishers described above. The Pacscube® is an automated medical disc publisher that includes a "production station" that robotically loads and unloads CDs and DVDs into a disc drive to burn images onto the disc. In addition, the Pacscube® retrieves the radiologist's report and other information related to the patient's images and burns that data to the disc as well. The patient's name and other identifying information are automatically printed onto the disc at the production station. And the disc can be viewed on essentially any computer because the specialized software needed to view DICOM images is

included on the CD or DVD with the images themselves.    A3030-A3031,
A3126-A3129.

The PacsCube® truly revolutionized the medical disc publishing industry.
A3126.    When the PacsCube® was introduced in 2000, it was the norm for
patients to receive their images on film.    Today, based entirely on the PacsCube®
and its imitators, the film-based environment of the past is rapidly disappearing.
*Id.*    It is now routine for patients and physicians to receive DICOM medical
images on a CD or DVD.    *Id.*    The unwieldy practice of carrying films from
facility to facility is largely a thing of the past.    *Id.*    Simply put, the Pacscube®
changed the technological landscape for the distribution and viewing of medical
images and reports.    *Id.*

## C.    DatCard's Patents

DatCard has taken all reasonable steps to protect the various inventions
embodied in the Pacscube® device, obtaining a family of patents directed to
many features of the Pacscube®.    The first of these patents was U.S. Patent No.
7,302,164 ("the '164 Patent"), one of the patents that was at issue in the District
Court but is not at issue here.    The '164 Patent, however, is the parent of the two
patents on appeal, and the content of the '164 Patent is therefore relevant to the
issues on this appeal.

The '164 Patent describes and claims many of the features of the Pacscube® device described above.  In particular, the '164 Patent describes an automated medical disc publisher that includes a "production station" that robotically loads and unloads CDs and DVDs into a disc drive to burn images onto the disc.  A115 at 4:34-39.  The '164 Patent further explains that the patient's name and other identifying information are automatically printed onto the disc at the production station.  A116 at 6:27-36.  In addition, the '164 Patent explains that the disc can be viewed on essentially any computer because the specialized software needed to view DICOM images is included on the CD or DVD with the images themselves.  A116 at 6:4-12.

Finally, the '164 Patent addresses the problem of obtaining information related to the patient's images and placing it onto a disc along with the images.  "One embodiment of the claimed system allows for searching medical exam data that are related [to the images to be burned to a disc] and placing such data on the same CD."  A114 at 2:7-9.  The '164 Patent also describes another embodiment in which additional images that are related to the selected image are recorded to the disc along with the originally selected image.  A114 at 2:38-52, A115 at 4:44 – A116 at 5:19.  This embodiment is described in greater detail because of its technological complexity.

These same improvements are recited in the claims of the '164 Patent.

Claim 9 is representative and reads as follows:

9.  A system comprising:

[1] a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

[2] a database configured to store medical image data generated by the plurality of imaging modalities;

[3] a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

[4] a search module configured to search the database for ***related medical image data*** that is related to the selected medical image data; and

[5] a production station that is configured to record all of the following onto a data storage medium:

[a] the selected medical image data, recorded in the standard medical imaging format,

[b] the related medical image data, ***recorded in the standard medical imaging format***, and

[c] a viewing program that is configured to allow viewing of the selected and related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

A135 at Claim 9 (emphases added).

In operation, the user of the claimed medical disc publisher selects an image to be burned to a disc using one of the "browsing terminals" of element 3. The search module of element 4 then searches a database for "related medical image data" that is related to the selected image data. Finally, the production station of element 5 creates a disc that includes [a] the selected image data, [b] the related medical image data, and [c] a viewing program that allows the images to be viewed on essentially any computer.[1]

After obtaining the '164 Patent, DatCard realized that additional patent protection was necessary to properly protect its invention. In particular, DatCard recognized that the highlighted phrase "related medical image data" may be construed more narrowly than DatCard intended. The phrase was intended to encompass any data related to the selected medical image data, such as the radiologists' reports that are retrieved by DatCard's PacsCube® device. However, it could be construed as limited only to other ***images*** that are related to the selected medical images. In addition, Claim 9 requires that the "related medical image data" be "recorded in the standard medical imaging format" such as DICOM. This, too, could unduly limit the scope of Claim 9 because

---

[1] Claim 9 does not specifically address the automated labeling of the disc. That is addressed in other claims, such as dependent Claim 11 and independent Claim 16.

radiologists' reports are not always recorded in a standard medical imaging format.

Accordingly, DatCard sought additional patent protection through the filing of continuation applications. As a result, DatCard obtained the '174 and '597 Patents, along with other continuation patents that are not at issue on this appeal.

The primary purpose of the '174 Patent was to overcome the problems identified above raised by the claim language "related medical image data" and "recorded in the standard medical imaging format." In the claims of the '174 Patent, DatCard replaced the phrase "related medical image data" with the simple phrase "related data." And DatCard deleted altogether the requirement that this data be "recorded in the standard medical imaging format." As a result, representative Claim 1 reads as follows:

  1. A system comprising:

  [1] a medical image server configured to receive medical image data generated by one or more imaging modalities, the medical image data being formatted in a standard medical imaging format;

  [2] a database configured to store medical image data generated by the one or more imaging modalities;

  [3] a plurality of browsing terminals configured to receive a user selection that defines selected medical image data for a patient;

[4] a search module configured to automatically search the database for ***related data*** based on the user selection; and

[5] a production station that is configured to record all of the following onto a data storage medium:

[a] the selected medical image data, recorded in the standard medical imaging format,

[b] the ***related data***, and

[c] a viewing program that is configured to allow viewing of medical image data that is recorded onto the data storage medium by a general purpose computer that is not specifically configured with medical imaging software for viewing of medical images formatted in the standard medical imaging format.

A195 at Claim 1 (emphases added). As can be seen, element 5[b] does not require that the "related data" be recorded in "the standard medical imaging format."

The claims of the '597 Patent address a slightly different aspect of DatCard's invention than the claims of the '164 and '174 Patents. In the '597 Patent, the medical disc publisher searches a first database for medical image data selected by the user. A167 at 9:29-31. The medical disc publisher then searches a second database for "additional medical data" related to the patient. *Id.* at 9:34-38. Thus, the selected medical images and the additional medical

data are located in separate databases, a requirement not present in the '164 and '174 Patents.

As with the '174 Patent, the phrase "related medical image data" does not appear in the claims of the '597 Patent. Instead, the phrase "additional medical data" is substituted in its place. Similarly, as with the '174 Patent, there is no requirement in the '597 Patent that this data be recorded in a standard medical imaging format such as DICOM.

Method Claim 1 of the '597 Patent is representative and reads as follows:

1.  A computer-implemented method for automatically generating a portable computer-readable medium containing medical data related to a patient, comprising:

[1]  receiving, via computer-implemented interface a request for medical data related to the patient;

[2]  automatically searching a first computer database via a first database interface for a first set of medical imaging data related to the patient based on the received request;

[3]  automatically retrieving the first set of medical imaging data related to the patient;

[4]  automatically searching, based on the received request, a second computer database via a second database interface for ***additional medical data*** also related to the patient, wherein the second interface is different from the first interface;

[5]  automatically receiving the additional related medical data; and

[6] automatically generating a portable computer-readable medium, at a production station, containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the first set of medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

A167 at Claim 1 (emphasis added).

**D.    Pacsgear's MediaWriter Device**

Pacsgear sells its MediaWriter medical disc publisher in competition with DatCard's PacsCube® product.  The MediaWriter includes a computer terminal through which users select the medical images of a patient.  A2047.  The MediaWriter then searches for radiologists' reports relating to the selected medical images.  A2048.  These reports are at least sometimes provided to the MediaWriter in the DICOM format.  A5534, A5542 (reports retrieved from a "Mitra broker" are communicated in the DICOM format); A5595 at lines 21-23 (MediaWriter retrieves reports from a Mitra broker).  The MediaWriter then robotically loads a CD or DVD into a disc burner.  A1458, A1498.  The MediaWriter burns both the selected images and the related radiologists' reports to the disc, along with a viewing program that allows ordinary computers to view the DICOM images on the disc.  A2048-A2049, A1970-A1971.  The MediaWriter also prints the patient's name and other identifying information onto the surface of the disc.  A2049, A1477-A1479, A1514-A1518.

The user of a MediaWriter has the ability to turn on or off the feature that allows for the automatic search for radiologists' reports and the automatic burning of these reports to a disc.  To turn the feature on, the user or installer checks a box entitled "Enable Reports" during the initial set up of the MediaWriter.  A1521.  Also during the initial set up, the user also checks a box entitled "Include Reports By Default."  *Id*.  Thereafter, the MediaWriter always searches for radiologists' reports and burns those reports to a disc whenever the user chooses to burn patient images to a disc.  *Id.*

If the "Include Reports By Default" box is ***not*** checked during initial set up, the user still can choose to burn reports to a disc on a job-by-job basis.   To do this, the user simply selects a patient's image.  A dialog box will then appear with a check box entitled "Include Reports."  A1509, A2048-A2049.  The user simply checks this box, and radiologists' reports will be included with the patient's image on the disc.  A1510, A2048-A2049.

Pacsgear introduced the search for radiologists' reports in Version 3.0 of the MediaWriter, launched in May 2010.  A1787-A1789.  DatCard has accused Version 3.0 and all subsequent versions of infringement of the '174 and '597 Patents.  DatCard does not contend that the earlier versions, which did not search for or record radiologists' reports, infringe its patents.

E.    **The Proceedings Below**

On January 16, 2012, Pacsgear filed a motion for summary judgment of non-infringement of the '174 and '597 Patents.[2]  A2042-A2067.  That same day, DatCard filed a cross-motion for summary judgment of infringement of the '174 Patent.[3]  A1391-A1420.  On October 26, 2012, the District Court issued an order addressing the claim construction issues raised by the parties' summary judgment motions.  A5-A39.  Subsequently, on April 1, 2013, the District Court issued its orders applying its claim constructions to the remaining issues raised by the parties' summary judgment motions.  A61-A67, A81-A85.  Based upon its claim construction rulings, the District Court granted Pacsgear's motion for summary judgment of non-infringement of the '174 and '597 Patents; and the District Court denied DatCard's motion for summary judgment of infringement of the '174 Patent.  *Id.*

---

[2] In that same motion, Pacsgear also sought summary judgment of non-infringement of the '164 Patent.  That portion of Pacsgear's motion is not at issue on this appeal.  On the same day, Pacsgear also filed additional motions for summary judgment which are also not at issue on this appeal.

[3] DatCard's motion also sought summary judgment of infringement of one additional patent.  That portion of DatCard's motion is not at issue on this appeal.

1.      **Pacsgear's Motion for Summary Judgment of Non-Infringement of the '174 Patent**

The District Court's grant of summary judgment of non-infringement of the '174 Patent was based entirely upon its construction of a single claim term, "related data."  The District Court began by observing that the term "related data" has "fewer modifiers" than the phrase "related medical image data" which appears in the parent of the '174 Patent.  A15.  "This might seem, at first blush," the court acknowledged, "to support a broader construction for the former claim terms than the latter."  *Id*.  However, the Court ultimately rejected this position and held that the term "related data" in the '174 continuation patent had exactly the same scope as the term "related medical image data" in the '164 parent patent.  In both cases, the Court concluded, the claim term is strictly limited to images and other "data in a standard medical imaging format."  A19, A38.  Thus, the Court concluded, the term "related data" "exclude[s] a radiologist's text reports unless they are stored in a standard medical imaging format."  A20.

In support of this conclusion, the District Court expressed its view that "the Court must pay close attention to the specification when construing a claim term in a continuation."  A15.  The District Court cited no case law for this proposition, but instead relied entirely upon a scholarly article warning that continuation applications may be abused in some cases.  *Id*. at n.2 (citing Mark

A. Lemley & Kimberly A. Moore, *Ending Abuse of Patent Continuations*, 84 B.U.L. Rev. 63 (2004)).  This article, moreover, says nothing about giving the specification extra weight in the construction of claims of a continuation patent.

The District Court also relied upon the dissenting opinion in *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, 632 F.3d 1246 (Fed. Cir. 2011), to support its approach to claim construction.  *See* A16.  In that dissenting opinion, the dissenting judge observed that "The specification is the heart of the patent." *Id.* (quoting *Arlington Industries*, 632 F.3d at 1257 (Lourie, J., dissenting)). Thus, the dissent concluded, "***you should get what you disclose***."  *Id.* (emphasis added by District Court).

The District Court acknowledged that the *Arlington Industries* majority disagreed with the dissent's approach.  *Id*.  As the majority explained for this Court:

> [The dissent] characterizes the specification as the "heart of the patent" and, using "colloquial terms," states that "you should get what you disclose."   This devalues the importance of claim language in delimiting the scope of legal protection.   "Claims define and circumscribe, the written description discloses and teaches."  *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336,

1347 (Fed. Cir. 2010) (en banc).  To use a colloquial coined by

Judge Rich, "***the name of the game is the claim***."

*Arlington Industries*, 632 F.3d at 1255-56 n.2 (emphasis in original, some

citations omitted).

Nevertheless, the District Court followed the dissent's approach, holding

that it would permit only "a grant of patent protection that ends at what the

patentee disclosed and described in the specification."  A19-A20.  The Court

thus confined the term "related data" to what it perceived to be the "data"

described in the preferred embodiment – images and other data that are "stored

in a standard medical imaging format" such as DICOM.  A20; *see also* A38.

In its summary judgment ruling, the District Court confirmed its fidelity

to the approach taken by the *Arlington Industries* dissent.  The Court stated that

it had construed "related data" as being "limited to data in a standard medical

imaging format because that is what the patentee disclosed as the invention.

***The patentee should get what he disclosed.***"  A85 (emphasis added).

The District Court also held as a factual matter that the radiologists'

reports retrieved by Pacsgear's MediaWriter are not stored in a standard medical

imaging format because they "are merely textual data."  A84.  The Court did not

cite any evidence in support.  Instead, it cited only DatCard's general description

of radiologists' reports in its brief as "textual data." *Id*. The Court did not mention DatCard's evidence that at least some radiologists' reports are indeed provided to the MediaWriter in the standard DICOM medical imaging format, even though they may originate as "textual data." *See* A5534, A5542 (Mitra brokers communicate in DICOM format).

### 2. Pacsgear's Motion for Summary Judgment of Non-Infringement of the '597 Patent

The District Court's grant of summary judgment of non-infringement of the '597 Patent similarly was based entirely upon its construction of a single claim term, "additional medical data." The Court held that "additional medical data," like "related data" and "related medical image data," was limited to images and other data recorded in a standard medical imaging format. A15-A20, A84-A85. Because the Court believed the radiologists' reports retrieved by the MediaWriter were not in the standard medical imaging format, despite DatCard's evidence to the contrary, the Court held that the MediaWriter did not infringe the '597 Patent. A84-A85.

### 3. DatCard's Cross-Motion for Summary Judgment of Infringement of the '174 Patent

The District Court also denied DatCard's cross-motion for summary judgment of infringement of the '174 Patent. The District Court relied in part on

its construction of "related data," discussed above.  A63-A64.  However, the District Court also relied upon its construction of the claim term "automatically," *id.*, which appears in the limitation "a search module configured to ***automatically*** search the database for related data based on the user selection."  A195 at 9:35-36 (emphasis added).  The District Court's denial of DatCard's cross-motion thus raises a second issue not raised directly by the Court's grant of Pacsgear's motion.

DatCard argued that the District Court should adopt the construction of "automatically" adopted by this Court for a computer-implemented invention in *CollegeNet, Inc. v. ApplyYourself, Inc.*, 418 F.3d 1225, 1235 (Fed. Cir. 2005). A1406-A1408.  In that case, this Court rejected a narrow construction of "automatically" as a "process that occurs without human intervention." *CollegeNet*, 418 F.3d at 1235.  Instead, relying upon the ordinary meaning of "automatically," this Court construed "automatically" to mean that "once initiated, the function is performed by a machine, without the need for manually performing the function."  *Id*.  This definition allows the user to initiate the automatic function.

The District Court rejected the *CollegeNet* construction without even citing the case.  Instead, it held that "automatically" means "performing the

claim steps beginning with 'automatically' *without* first asking for user selection or direction for *each step*." A25 (emphases in original). The District Court then applied its construction to the MediaWriter device. The Court held that the MediaWriter avoided infringement because a box must be checked by the user in order for the MediaWriter to retrieve radiologists' reports. A64. Accordingly, for this second reason, the District Court denied DatCard's motion for summary judgment of infringement of the '174 Patent.

## IV. <u>SUMMARY OF ARGUMENT</u>

The District Court's grant of summary judgment of non-infringement of the '174 and '597 Patents was based upon a fundamentally flawed claim construction analysis. The Court was presented with two ordinary, simple phrases – "related data" and "additional medical data." The District Court should have begun its analysis with the ordinary meaning of these ordinary, non-technical phrases. It did not. Instead, the District Court began and ended its claim construction analysis with a review of the specification.

Moreover, the District Court badly misused the specification. The District Court found no limiting definition of the disputed claim terms nor any disavowal of claim scope. Nevertheless, the District Court concluded that the broad and simple terms "related data" and "additional medical data" were limited strictly

to images and other data that are "stored in a standard medical imaging format." The only reason identified by the Court for this construction was the fact that the "data" disclosed in the most preferred embodiment of the specification consisted of images and other data stored in the DICOM format. "[P]atent protection," the Court concluded, "ends at what the patentee disclosed and described in the specification." A19-A20. "The patentee should get what he disclosed." A85.

As a result, the District Court improperly read a limitation from the specification into the claims. What is more, this limitation – "stored in a standard medical imaging format" – appears *only* in the claims of the '164 parent patent. DatCard obtained its '174 and '597 continuation patents precisely to eliminate this unnecessary limitation that inadvertently risked exclusion of even DatCard's commercial embodiment. The District Court nevertheless read this limitation from the parent claims into the continuation claims, apparently out of a concern that it was somehow improper to use continuation patents to correct potential errors in the parent or otherwise obtain broader patent protection.

The District Court similarly erred in its construction of the claim term "automatically." The Court again ignored the ordinary meaning of this common word, and even ignored this Court's precedent defining the ordinary meaning of

"automatically" in the context of a computer-implemented invention. Instead, the Court again resorted to the specification as the beginning and end of its analysis. Based on its reading of the specification, the District Court held that a computerized system is not "automatic" if the user or installer of the system must check a box during the initial installation of the system. This strained construction is not supported by the specification and is clearly contrary to the ordinary meaning of "automatically."

Accordingly, this Court should correct the District Court's erroneous construction of "automatically." In addition, because the District Court's denial of DatCard's cross-motion for summary judgment of infringement of the '174 Patent was based entirely upon the District Court's erroneous constructions of "related data" and "automatically," this Court should reverse the denial of DatCard's cross-motion.

## V. <u>ARGUMENT</u>

This Court reviews summary judgment decisions by applying the standard of review of the relevant regional circuit, here the Ninth Circuit. *Brilliant Instruments, Inc. v. GuideTech, LLC*, 707 F.3d 1342, 1344 (Fed. Cir. 2013). The Ninth Circuit reviews the grant of summary judgment *de novo. Id.* "At the summary judgment stage, we credit all of the nonmovant's evidence and draw all

justifiable inferences in its favor." *Id.* This Court also reviews the District Court's underlying claim construction ruling *de novo.* *Cybor Corp. v. FAS Technologies, Inc.*, 138 F.3d 1448, 1451, 1454-55 (Fed. Cir. 1998) (en banc).[4]

**A.** **This Court Should Reverse The Grant Of Summary Judgment Of Non-Infringement Of The '174 And '597 Patents**

    **1.** **The District Court Based Its Ruling Entirely Upon Its Clearly Erroneous Construction Of "Related Data" And "Additional Medical Data"**

"[A] claim construction analysis must begin and remain centered on the claim language itself." *Innova/Pure Water, Inc. v. Safari Water Filtration Sys.*, 381 F.3d 1111, 1116 (Fed. Cir. 2004). Accordingly, "the words of a claim 'are generally given their ordinary and customary meaning.'" *Phillips v. AWH*

---

[4] This Court is reconsidering the *de novo* standard of review for claim construction in *Lighting Ballast Control LLC v. Philips Electronics North America Corp.*, Appeal No. 2012-1014 (Fed. Cir. March 15, 2013) (en banc). However, regardless of the outcome of *Lighting Ballast Control*, the *de novo* standard of review should apply in the circumstances of this case. The District Court based its claim construction entirely upon its legal conclusion that claims, at least in a continuation patent, must be limited to the preferred embodiments disclosed in the specification. The District Court made no determination as to the ordinary meaning of claim terms from the perspective of one of ordinary skill in the art. Nor did the District Court weigh or even consider any expert testimony. Simply put, the District Court made no decisions that could be characterized as factual or quasi-factual in nature. The District Court's decision was a quintessential legal ruling that is entitled to no deference.

*Corp.*, 415 F.3d 1303, 1312 (Fed. Cir. 2005) (*en banc*) (quoting *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996)).  There is a heavy presumption that the ordinary meaning applies.  *Golight, Inc. v. Wal-Mart Stores, Inc.*, 355 F.3d 1327, 1332 (Fed. Cir. 2004); *accord Epistar Corp. v. Int'l Trade Comm'n*, 566 F.3d 1321, 1334 (Fed. Cir. 2009). "There are only two exceptions to this general rule:  1) when a patentee sets out a definition and acts as his own lexicographer, or 2) when the patentee disavows the full scope of a claim term either in the specification or during prosecution." *Thorner v. Sony Computer Entm't Am. LLC*, 669 F.3d 1362, 1365 (Fed. Cir. 2012) (citing *Vitronics*, 90 F.3d at 1580).

This is a "stringent standard." *Aventis Pharma S.A. v. Hospira, Inc.*, 675 F.3d 1324, 1330 (Fed. Cir. 2012). "To act as its own lexicographer, a patentee must 'clearly set forth a definition of the disputed claim term' other than its plain and ordinary meaning.  It is not enough for a patentee to simply disclose a single embodiment or use a word in the same manner in all embodiments, the patentee must 'clearly express an intent' to redefine the term." *Thorner*, 669 F.3d at 1365 (citations omitted).

"The standard for disavowal of claim scope is similarly exacting." *Id.* at 1366.  "The patentee may demonstrate intent to deviate from the ordinary and

accustomed meaning of a claim term by including in the specification expressions of manifest exclusion or restriction, representing a clear disavowal of claim scope." *Id*. "Mere criticism of a particular embodiment encompassed in the plain meaning of a claim term is not sufficient to rise to the level of clear disavowal." *Id*. "It is likewise not enough that the only embodiments, or all of the embodiments, contain a particular limitation. We do not read limitations from the specification into claims; we do not redefine words. Only the patentee can do that. To constitute disclaimer, there must be a clear and unmistakable disclaimer." *Id*. at 1366-67.

The District Court failed to adhere to these basic principles of claim construction. Instead, the District Court entirely disregarded the ordinary meaning of the terms "related data" and "additional medical data," and substituted in their place the preferred embodiment from the specification that was described in the greatest detail.

### a. The Ordinary Meaning Of "Related Data" And "Additional Medical Data"

Claim construction must begin with the ordinary meaning of the disputed claim term. *Innova/Pure Water*, 381 F.3d at 1116. The District Court, unfortunately, did not even address the ordinary meaning of "related data" or "additional medical data." Instead, the District Court's analysis of the meaning

of "related data" and "additional medical data" began and remained centered on the specification. A15-A20.

However, the ordinary meaning of the claim terms is clear. "Related data" quite obviously is data that is related to something. The context of the claims, moreover, makes clear what the data must be related to. Claim 1 of the '174 Patent, for example, calls for:

> a plurality of browsing terminals configured to receive a user selection that defines *selected medical image data* for a patient;
>
> a search module configured to automatically search the database for *related data* based on the user selection.

A195 at 9:32-36 (emphases added). As the emphasized language makes clear, the "related data" must be related to the "selected medical image data." Thus, the ordinary meaning of "related data," in the context of the claims, is "data that is related to the selected medical image data." Pacsgear has never offered any alternative ordinary meaning, and neither did the District Court.

Similarly, the ordinary meaning of "additional medical data," which appears in the '597 Patent, is medical data that is in addition to some other data. Again, the context of the claims makes clear what the data must be in addition to. Claim 1 of the '597 Patent, for example, calls for:

> automatically searching a first computer database via a first database interface for *a first set of medical imaging data* related to the patient based on the received request;
>
> <div align="center">* * *</div>
>
> automatically searching, based on the received request, a second computer database via a second database interface for *additional medical data* also related to the patient, ….

A167 at 9:29-38 (emphases added).

As the emphasized language makes clear, the "additional medical data" must be in addition to the "first set of medical imaging data." Thus, the ordinary meaning of "additional medical data," in the context of the claims, is "data that is in addition to the first set of medical imaging data." Once again, Pacsgear never offered any alternative ordinary meaning, and neither did the District Court.

### b.    The Specification

The common specification of the '174 and '597 Patents contains no definition of "related data" or "additional medical data." Nor does it include a clear disavowal of the scope of these claim terms. Neither the District Court nor Pacsgear ever even suggested that such a definition or disavowal was present in the specification. Accordingly, the specification provides no basis for departing from the ordinary meaning of "related data" or "additional medical data." *Aventis*, 675 F.3d at 1330; *Thorner*, 669 F.3d at 1365.

The District Court nevertheless based its construction entirely upon the specification of the patents. The Court stated that "This specification only describes an invention where 'data' in 'related data' or 'additional [related] medical data' is stored in a standard medical imaging format." A19. Based entirely upon this observation, the District Court concluded that "related data" and "additional medical data" must be strictly limited to images and other data "stored in a standard medical imaging format." *Id*.

The District Court thereby erred as a matter of law. DatCard plainly did not use the specification to pronounce a limited definition of these claim terms or otherwise redefine these claim terms under this Court's case law. "It is not enough for a patentee to simply disclose a single embodiment or use a word in the same manner in all embodiments, the patentee must 'clearly express an intent' to redefine the term." *Thorner*, 669 F.3d at 1365 (citations omitted). "The standard for disavowal of claim scope is similarly exacting." *Id.* at 1366. "It is … not enough that the only embodiments, or all of the embodiments, contain a particular limitation." *Id*. at 1366-67. Thus, the District Court erred as a matter of law in concluding that DatCard limited the claimed "data" to data "stored in a standard medical imaging format" by disclosing only this type of data in the specification.

Similarly, the District Court erred to the extent it believed that an express disclosure of radiological reports was required in order for the term "related data" to encompass these reports. This Court has never required the express disclosure of every species falling within the scope of broad claim language in order for the claim to cover those species. To the contrary, this Court has "repeatedly warned" that a claim term is not limited to the specific examples disclosed in the specification. *Phillips*, 415 F.3d at 1323. *See also Kara Tech., Inc. v. Stamps.com, Inc.*, 582 F.3d 1341, 1347-48 (Fed. Cir. 2009) (claims are not limited to "the only detailed embodiments in the patent"); *Liebel-Flarsheim Co. v. Medrad, Inc.*, 358 F.3d 898, 905-06 (Fed. Cir. 2004)  "It is the claims that define the metes and bounds of the patentee's invention. The patentee is free to choose a broad term and expect to obtain the full scope of its plain and ordinary meaning unless the patentee explicitly redefines the term or disavows its full scope." *Thorner*, 669 F.3d at 1367 (citation omitted).

Moreover, the District Court was simply incorrect in its conclusion that the only type of "data" disclosed in the specification is data stored in a standard medical imaging format. The very first embodiment mentioned in the specification contains a broad disclosure of a search for related "medical exam data," without any suggestion that this type of data must be an image or

otherwise stored in a standard medical imaging format. As stated in the specification: "One embodiment of the claimed system allows for searching [for] medical exam data that are *related* and placing such data on the same CD." A191 at 2:14-17 (emphasis added). Thus, the specification discloses that "related" data may be any "medical exam data," not just an image or other data that is stored in a standard medical imaging format.

The specification does, of course, disclose a search for data that is stored in the standard medical imaging format. But that is expressly disclosed as merely another embodiment of the invention. As stated in the specification: "*Yet another embodiment* of the claimed system is configured to retrieve medical *image* data that are *related* to the received medical image data, and transmit the retrieved *related image data* to the production station." A191 at 2:43-46 (emphasis added). Thus, in this particular embodiment, the "related" data constitutes images which, the specification explains elsewhere, are stored in a standard medical imaging format. *See* A191 at 1:52-63. This, however, in no way undercuts the specification's broad disclosure that the invention may search for and retrieve any "medical exam data."

In short, the District Court erred at least twice in its analysis of the specification. It erred first in reading a preferred embodiment from the

specification into the claims when the specification contains no definition or disavowal so limiting the claims. And it erred again in overlooking an express embodiment of the claimed invention that is broader than the Court's claim construction.

### c.    <u>The Prosecution History</u>

The District Court did not rely upon prosecution history to construe the claims of the '174 or '597 Patents. However, the prosecution history of these two patents and their parent, the '164 Patent, is highly relevant in this case. As mentioned above, the claims of the parent '164 Patent expressly include a limitation requiring that the data located by the search module be "recorded in the standard medical imaging format." A118 at 10:60-61, A135 at 1:43-44. However, DatCard omitted this limitation from the claims of the '174 and '597 continuation patents.

This prosecution history confirms what should be obvious from a review of the claims of the '174 and '597 Patents. The claims of these patents simply are not limited to data "recorded in the standard medical imaging format." That is a limitation from the parent patent that was omitted from the patents on appeal. It is plainly improper as a matter of law to read a limitation from a claim in a parent patent into a claim in a continuation patent. *See Arlington Industries*,

632 F.3d at 1254 (refusing to read a limitation from a claim of the parent patent into a claim of the patent in suit); *Liebel-Flarsheim*, 358 F.3d at 909 (refusing to read into a claim a limitation that was deleted during prosecution). *See also TurboCare Div. of Demag Delaval v. General Electric*, 264 F.3d 1111, 1123 (Fed. Cir. 2001) (it is improper to read a limitation from one claim into another); *SRI Int'l v. Matsushita Elec. Corp.*, 775 F.2d 1107, 1122 (Fed. Cir. 1985) (en banc) (same). But that is precisely what the District Court did here. This was reversible error.

### 2. The MediaWriter Searches For "Related Data" And "Additional Medical Data" Under The Correct Construction Of These Terms, And Even Under The District Court's Erroneous Construction Of Them

Under the correct claim construction, it is undisputed that the MediaWriter searches for "related data" and "additional medical data." The MediaWriter searches for radiologists' reports that describe the radiologists' findings regarding the selected patient images. A10, A2048. The reports are plainly "related" to the selected patient images, and are plainly "additional medical data" above and beyond the selected patient images. Accordingly, the MediaWriter satisfies the "related data" and "additional medical data" limitations.

In addition, even under the District Court's erroneous claim construction, the MediaWriter satisfies the disputed claim limitations. The radiologists' reports retrieved by the MediaWriter are indeed in a "standard medical imaging format" in many cases. Specifically, the MediaWriter often retrieves radiologists' reports from a storage device known as a "Mitra broker." A5595 at lines 21-23. These reports are communicated from the Mitra broker to the MediaWriter in the DICOM standard medical imaging format. A5534, A5542. *See also* A5638:16 – A5639:12, A5640:2 – A5641:5. Thus, even if the District Court's restrictive claim construction were correct, the evidence still shows that the MediaWriter searches for "related data" and "additional medical data."

### 3. Pacsgear Did Not Even Meet Its Initial Burden On The Doctrine Of Equivalents, And The District Court Erred In Granting Summary Judgment Of No Equivalence

Pacsgear's motion for summary judgment gave short shrift to the doctrine of equivalents. Pacsgear merely recited the function/way/result test for infringement under the doctrine of equivalents and declared that this test had not been satisfied. A2065:4-7, A2067:8-13. Pacsgear presented no evidence or analysis at all.

As DatCard explained to the District Court, A3497, Pacsgear's bald assertion was insufficient to carry its initial burden on summary judgment, and

thus insufficient to shift the burden to DatCard to come forward with evidence of equivalence. *Nissan Fire & Marine Ins. v. Fritz Cos.*, 210 F.3d 1099, 1105 (9th Cir. 2000). As the Ninth Circuit[5] explained in *Nissan*: "A moving party may not require the nonmoving party to produce evidence supporting its claim or defense simply by saying that the nonmoving party has no such evidence." *Id.* Instead, the movant must "show that the nonmoving party does not have enough evidence of an essential element of its claim or defense to carry its ultimate burden of persuasion at trial." *Id.* "[I]t is never enough simply to state that the non-moving party cannot meet its burden at trial." *Id.* (quoting *Clark v. Coats & Clark, Inc.*, 929 F.2d 604, 608 (11th Cir. 1991)). Here, Pacsgear did not meet its initial burden and thus did not place the doctrine of equivalents at issue on its motion.

The District Court's discussion of the doctrine of equivalents was as perfunctory as that of Pacsgear. The District Court's entire discussion was as follows:

---

[5] Regional circuit law governs procedural issues, such as the burden that must be satisfied by a party seeking summary judgment. *See Glaverbel Societe Anonyme v. Northlake Mktg. & Supply*, 45 F.3d 1550, 1560 n.3 (Fed. Cir. 1995). *See also Anchor Wall Sys. v. Rockwood Retaining Walls*, 340 F.3d 1298, 1306 (Fed. Cir. 2003) (regional circuit law governs the interpretation of the Federal Rules of Civil Procedure).

> On the facts presented, no reasonable jury could deem textual data
> as equivalent to data formatted in a standard medical imaging
> format.

A84.  The Court cited no evidence whatsoever supporting this conclusion.  It is pure *ipse dixit*.  In any event, because the doctrine of equivalents was not even placed at issue by Pacsgear's motion, the District Court's grant of summary judgment of non-infringement of the '174 and '597 Patents under the doctrine of equivalents should be reversed.

**B.    The District Court's Construction Of "Automatically" In The '174 And '597 Patents Is Also Clearly Erroneous**

**1.    This Court Has Jurisdiction To Review The District Court's Construction Of "Automatically"**

The District Court did not base its grant of summary judgment to Pacsgear upon its construction of "automatically."   However, the construction of "automatically" is properly before this Court for two independent reasons.  First, this Court has jurisdiction to review a non-dispositive claim construction ruling that may be relevant on remand.  *Decisioning.com, Inc. v. Federated Dep't Stores, Inc.*, 527 F.3d 1300, 1307 (Fed. Cir. 2008); *Chimie v. PPG Indus.*, 402 F.3d 1371, 1375 n.2 (Fed. Cir. 2005).  Here, the term "automatically" appears once in the claims of the '174 Patent and repeatedly in the claims of the '597

Patent.  Moreover, the District Court has already indicated that it believes the MediaWriter does not satisfy the "automatically" limitation of the '174 Patent. A64.  Accordingly, the issue is almost certain to arise again on remand.

Second, DatCard filed a cross-motion for summary judgment of infringement of the '174 Patent, and the District Court denied that cross-motion based upon its construction of "automatically."  *Id.*  When a District Court grants a motion for summary judgment and denies a related cross-motion for summary judgment, both the grant of the summary judgment motion and the denial of the cross-motion are properly before the Court of Appeals.  *Levy v. Sterling Holding Co.*, 544 F.3d 493, 501 n.6 (3d Cir. 2008); *Monahan v. County of Chesterfield*, 95 F.3d 1263, 1265 (4th Cir. 1996); *Barr v. Lafon*, 538 F.3d 554, 562 (6th Cir. 2008); *Stilwell v. Am. Gen. Life Ins.*, 555 F.3d 572, 576 (7th Cir. 2009); *Padfield v. AIG Life Ins..*, 290 F.3d 1121, 1124 (9th Cir. 2002); *Yaffe Cos. v. Great Am. Ins.*, 499 F.3d 1182, 1184 (11th Cir. 2007); *Moore's Federal Practice* § 56.130[3][b] (3d ed. 2013).[6]  Accordingly, this Court has jurisdiction to review the denial of DatCard's cross-motion, including the underlying construction of "automatically" on which that denial was based.

---

[6]  This Court has not squarely addressed the issue, but has followed this practice without discussion.  *See Dealertrack, Inc. v. Huber*, 674 F.3d 1315, 1320 (Fed. Cir. 2012).

This Court reviews the denial of summary judgment under the standard of review set by regional circuit law. *Dealertrack*, 674 F.3d at 1320. The Ninth Circuit reviews the denial of summary judgment *de novo*. *Id.* (citing *Burke v. County of Alameda*, 586 F.3d 725, 730-31 (9th Cir. 2009)).

### 2. The District Court Misconstrued "Automatically"

The word "automatically" appears in one limitation of Claim 1 of the '174 Patent, and in most limitations of Claim 1 of the '597 Patent. A195 at 9:35-36, A167 at 9:29-41. Most relevant here is the single "automatically" limitation of the '174 Patent: "a search module configured to ***automatically*** search the database for related data based on the user selection." A195 at 9:35-36. The District Court construed "automatically" to mean "performing the claim steps beginning with 'automatically' ***without*** first asking for user selection or direction for ***each*** step." A25 (emphasis in original). In denying DatCard's cross-motion for summary judgment on the '174 Patent, the Court clarified that this construction excludes systems in which a user or installer must check a box during the initial set up of the device to enable the device to search for related data. A64. According to the District Court, such a device does not "automatically search the database for related data." *Id*. The District Court's construction is clearly erroneous.

### a.    The District Court Ignored The Ordinary Meaning Of "Automatically"

The District Court again began and ended its analysis with the specification of the patents, skipping entirely any determination of the ordinary meaning of "automatically." A23-A25. As a result, the District Court adopted a construction of "automatically" that is inconsistent with the ordinary meaning of the term and inconsistent with this Court's precedent determining the ordinary meaning of "automatically" in a similar context.

In *CollegeNet*, 418 F.3d at 1235, this Court addressed the ordinary meaning of the word "automatically" in the context of a computer-implemented invention. In *CollegeNet*, the disputed claim was directed to "[a] method of creating and processing over a computer network forms representing applications to different higher education institutions …." *Id*. at 1227. The claim required entry of data for an application for a first educational institution into a database. *Id*. at 1228. The claimed method then created an application for a second educational institution by "***automatically*** inserting into some of the second form data fields applicant information from the database." *Id*.

The defendant argued that "automatically" required a "process that occurs ***without human intervention***, such that a human does not have the option to intercede and alter the flow of that process." *Id*. at 1235 (emphasis in original).

This is very similar to the construction adopted by the District Court in the present case, requiring that each step be conducted without the computer requesting user selection or direction.

This Court in *CollegeNet* rejected the defendant's proposed construction and held that "automatically" meant "***once initiated***, the function is performed by a machine, without the need for manually performing the function," *id*. (emphasis added), precisely the construction advocated by DatCard.  In support, this Court explained that many automatic processes have some amount of user intervention:

> [A] machine still performs the claimed functions without manual operation, even though a human may initiate or interrupt the process.  . . . Simply because a human has to load an automatic dishwasher and press the start button, and has the ability to turn it off mid-cycle, does not mean that the device does not "automatically" wash the dishes.  Similarly, an "autopilot" which is turned on by a human and necessarily must be able to be interrupted by a human once the automatic process is engaged remains an "automatic" device.

*Id.* (internal quotation marks, citations, and alterations removed for clarity). In short, the *CollegeNet* defendant's proposed construction was more restrictive than the ordinary meaning of "automatically."

The same is true here. The District Court adopted a construction of "automatically" that is far more restrictive than the ordinary meaning. The District Court's construction precludes any request by the system for any input or direction from the user. It even precludes a user or installer from checking a box during the initial installation of the device. As the examples given in *CollegeNet* demonstrate, the word "automatically" is not that restrictive. In contrast, DatCard's proposed construction – the construction adopted by this Court in *CollegeNet* – recognizes that many "automatic" devices and methods require user initiation and user input at various stages.

### b. The District Court Ignored The Significance Of The Word "Comprising" In The Claims

Claim 1 of the '174 Patent and Claim 1 of the '597 Patent each include the transitional term "comprising." "The transitional term 'comprising'… is inclusive or open-ended and does not exclude additional, unrecited elements or method steps." *CollegeNet*, 418 F.3d at 1235. This, too, requires that the term "automatically" be construed to allow for human initiation or intervention in the claimed system or method. As explained in *CollegeNet*, while such a claim

"does not expressly provide for human intervention, the use of 'comprising' suggests that additional, unrecited elements are not excluded. Such elements could include human action to expressly initiate the automatic storing or inserting, or to interrupt such functions." *Id*.

This analysis applies directly here. For example, Claim 1 of the '597 Patent is directed to:

> A computer implemented method … ***comprising***:
>
> \*\*\*
>
> ***automatically*** searching a first computer database via a first database interface for a first set of medical imaging data …
>
> \*\*\*
>
> ***automatically*** searching … a second computer database via a second database interface for additional medical data ….

A167 at 9:24-36 (emphases added). The use of the word "comprising" suggests that additional steps may occur between the first automatic search and the second automatic search. For example, the user may be asked if he or she wishes to proceed with the second automatic search. If the user answers "yes," the system then automatically searches a database for additional medical data, just as an automatic dishwashing machine automatically washes dishes after the user loads the dishes and turns on the machine.

Similarly, Claim 1 of the '174 Patent is directed to:

A system ***comprising***:

<div align="center">***</div>

a search module configured to ***automatically*** search the database for related data based on the user selection ….

A195 at 9:25-36 (emphases added).  The use of the word "comprising" again suggests that additional software modules may be included, in addition to the search module that automatically searches the database.  For example, a software module may be included that solicits the user to confirm that he or she would like the system to conduct the automatic search for related data.

The District Court simply ignored the impact of the word "comprising" and effectively read this critical transitional term out of the claims.

### c.    <u>The Specification</u>

The specification contains no definition of the term "automatically," nor any disavowal of the full scope of that term.  Accordingly, the ordinary meaning should control.  *Aventis*, 675 F.3d at 1330; *Thorner*, 669 F.3d at 1365.

The District Court nevertheless found that the specification compelled its narrow definition of "automatically."   The District Court identified two disclosed embodiments, one in which the system asks the user if he or she would like to search for related data, and one in which the system conducts the search

without asking for user direction.  A24.  In describing the latter embodiment, the specification states that "once the user has selected a patient/exam combination, the application server 110 ***automatically*** searches for related data ***without asking for user direction***.  A194 at 8:36-39 (emphasis added).

The District Court read this disclosure as defining "automatically" to mean "without asking for user direction."  A24-A25.  The District Court thereby misread the disclosure and disregarded this Court's case law.  A plain reading of the quoted sentence in no way suggests that the inventors were ***defining*** the word "automatically" to mean "without asking for user direction."  Instead, the quoted sentence merely explains that the search is conducted ***both*** "automatically" ***and*** "without asking for user direction."  That is, the search is "performed by a machine, without the need for manually performing the function," *CollegeNet*, 418 F.3d at 1235, and, in addition, the system does not ask the user whether the search should be performed.

The District Court's reading of the quoted sentence as a definition is strained at best.  Moreover, even if the quoted sentence were ambiguous and subject to the Court's interpretation, that would not be enough to re-define the claim term "automatically."  As this Court explained emphatically in *Thorner*: "To act as its own lexicographer, a patentee must '***clearly*** set forth a definition

of the disputed claim term' other than its plain and ordinary meaning. … [T]he patentee must '***clearly*** express an intent' to redefine the term." *Thorner*, 669 F.3d at 1365 (emphases added). Perceived ambiguity in the specification is not enough to warrant a redefinition of a claim term. Accordingly, the District Court erred in concluding that the specification redefined "automatically" as "without first asking for user selection or direction." A25.

### 3.   The District Court Erred In Denying DatCard's Cross-Motion For Summary Judgment Of Infringement Of The '174 Patent

The District Court's denial of DatCard's cross-motion was based entirely upon its conclusion that the MediaWriter did not meet the "related data" and "automatically" limitations of Claim 1 of the '174 Patent. A63-A64. As discussed above, it is undisputed that the MediaWriter searches for radiologists' reports. Thus, it searches for "related data" within the meaning of Claim 1. In addition, as DatCard will now explain, the undisputed evidence shows that the MediaWriter "automatically" searches for the related data. In fact, the MediaWriter does this in two separate modes of operation.

First, during the initial installation of a MediaWriter, the user or the installer may check a box entitled "Enable Reports." A1521. Also during the initial installation, the user may check a second box entitled "Include Reports By Default." *Id*. Thereafter, the MediaWriter always searches for radiologists'

reports and burns those reports to a disc whenever the user initiates a search for patient images. *Id.* The user is not asked whether he or she would like to include radiologists' reports on the disc.

This plainly infringes under the correct claim construction. The search for related data "is performed by a machine, without the need for manually performing the function." *CollegeNet*, 418 F.3d at 1235. In fact, in this mode of operation, the MediaWriter infringes even under the District Court's narrow claim construction. The MediaWriter searches for radiologists' reports "without first asking for user selection or direction." A25. Indeed, Pacsgear concedes that this search occurs "automatically" in its user's manual. The user's manual states that the "Include Reports By Default" box may be checked "to ***automatically*** include reports in burn jobs unless the user removes them." A1521 (emphasis added).

Second, the MediaWriter also infringes in a second mode of operation. In this mode, the user or installer still checks the "Enable Reports" box during the initial installation. A1521. However, the user does ***not*** check the "Include Reports By Default" box during installation. This allows the user to choose to burn radiologists' reports to a disc on a job-by-job basis. To do this, the user simply selects a patient image. A dialog box will then appear with a check box

entitled "Include Reports."    A1509.    The user simply checks this box, and radiologists' reports will be included with the patient's images on the disc. A1510 ("Include Reports" paragraph), A2048-A2049.

Under the correct claim construction, this too constitutes an infringing "search module configured to ***automatically*** search the database for related data based on the user selection."   A195 at 9:35-36 (emphasis added).   The search "is performed by a machine, without the need for manually performing the function."   *CollegeNet*, 418 F.3d at 1235.   The MediaWriter does ask the user to confirm that he or she would like the reports included on the disc; but, as in *CollegeNet*, this does not undermine the automatic nature of the search.

Accordingly, the District Court's denial of DatCard's motion for summary judgment of infringement of Claim 1 of the '174 Patent should be reversed.   At the very least, the District Court's erroneous construction of "automatically" should be reversed.

## VI.  <u>CONCLUSION</u>

The District Court misconstrued the claim terms "related data" and "additional medical data."   Contrary to the District Court's conclusion, these simple words do not in any way require that the "data" be images or otherwise be maintained in a standard medical imaging format.   And nothing in the

specification or prosecution history suggests that these words should be given a special, narrow meaning.  Accordingly, the District Court's grant of summary judgment of non-infringement of the '174 and '597 Patents should be reversed.

In addition, the District Court misconstrued the claim term "automatically."  Contrary to the District Court's conclusion, this word does not exclude devices or methods in which a user must check a box to initiate a process.  Accordingly, the District Court's construction of "automatically," and its corresponding denial of DatCard's cross-motion for summary judgment of infringement of the Claim 1 of the '174 Patent, should be reversed.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  July 24, 2013          By: _/s/ Paul A. Stewart_____
                                    Paul A. Stewart
                                    Craig S. Summers
                                    KNOBBE, MARTENS, OLSON & BEAR, LLP
                                    2040 Main Street, 14th Floor
                                    Irvine, CA 92614
                                    T: (949) 760-0404
                                    F: (949) 760-9502
                                    paul.stewart@knobbe.com
                                    craig.summers@knobbe.com

                                    *Attorneys for Plaintiff-Appellant*
                                    DATCARD SYSTEMS, INC.

# <u>CERTIFICATE OF COMPLIANCE</u>

1.    This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i).  This brief contains 10,352 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii).

2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).  This Brief has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman font.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 24, 2013    By:  _/s/ Paul A. Stewart_____

Paul A. Stewart
Craig S. Summers
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
T: (949) 760-0404
F: (949) 760-9502
paul.stewart@knobbe.com
craig.summers@knobbe.com

*Attorneys for Plaintiff-Appellant*
DATCARD SYSTEMS, INC.

# ADDENDUM

# TABLE TO ADDENDUM

1.   June 7, 2013 Final Judgment Under Rule 54(B)
     of the Federal Rules of Civil Procedure ................................................ A1

2.   October 26, 2012 Claim Construction Order ....................................... A5

3.   April 1, 2013 Order Re DatCard, Inc.'s Motion for
     Summary Judgment of Infringement of U.S. Patents
     7,783,174 and 7,734,157 ..................................................................... A61

4.   April 1, 2013 Order Granting Pacsgear, Inc's
     Motion for Summary Judgment of Non-Infringement
     of the "Search/Burn" Patents .............................................................. A81

5.   U.S. Patent No. 7,302,164 ................................................................. A106

6.   U.S. Patent No 7,729,597 ................................................................. A137

7.   U.S. Patent No 7,783,174 ................................................................. A170

1  Craig S. Summers (SBN 108,688)
   craig.summers@kmob.com
2  Paul A. Stewart (SBN 153,467)
   paul.stewart@kmob.com
3  Brian C. Claassen (SBN 253,627)
   brian.claassen@kmob.com
4  Bridget A. Smith (SBN 253,548)
   bridget.smith@kmob.com
5  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, 14th Floor
6  Irvine, CA 92614
   Telephone: (949) 760-0404
7  Facsimile:  (949) 760-9502

8  Attorneys for Plaintiff/Counterdefendant
9  **DATCARD SYSTEMS, INC.**

10 Willmore F. Holbrow, III (SBN 169688)
   Bill_Holbrow@bstz.com
11 Dennis G. Martin (SBN 54060)
   dennis_martin@bstz.com
12 **BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP**
   12400 Wilshire Boulevard, Seventh Floor
13 Los Angeles, CA  90025
   Telephone: (310) 207-3800
14 Facsimile:  (310) 820-5988

15 Attorneys for Defendant/Counterclaimant
   **PACSGEAR, INC.**
16

17          IN THE UNITED STATES DISTRICT COURT

18         FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                  SOUTHERN DIVISION

20 DATCARD SYSTEMS, INC., a          ) Civil Action No.
   California corporation,           )
21                                   ) SACV10-1288 MRP(VBKx)
                 Plaintiff,          )
22                                   ) **FINAL JUDGMENT UNDER**
          v.                         ) **RULE 54(b) OF THE FEDERAL**
23                                   ) **RULES OF CIVIL PROCEDURE**
                                     )
24 PACSGEAR, INC., a California      )
   corporation,                      )
25                                   )
                 Defendant.          )
26 _____  ) The Honorable Mariana R. Pfaelzer
                                     )
27 AND RELATED COUNTERCLAIM          )

28

**A 1**

Plaintiff DatCard Systems, Inc. brought the present action against Defendant Pacsgear, Inc. alleging infringement of five patents:  U.S. Patent Nos. 7,302,164 ("the '164 Patent"), 7,729,597 ("the '597 Patent"), 7,783,174 ("the '174 Patent"), 7,734,157 ("the '157 Patent"), and 7,801,422 ("the '422 Patent"). Pacsgear filed counterclaims seeking a declaration that each of the patents is not infringed, is invalid, and is unenforceable due to inequitable conduct.

On March 12, 2013, this Court granted Pacsgear summary judgment of invalidity of the '422 Patent.  On April 1, 2013, this Court granted Pacsgear summary judgment of non-infringement of the '164 Patent, the '597 Patent, and the '174 Patent.  Also on April 1, 2013, this Court granted Pacsgear summary judgment of invalidity of the '157 Patent.  Through these rulings, the Court has determined that Pacsgear has no liability under any of the five patents in suit.

The only remaining undecided claims are (1) Pacsgear's counterclaim for a declaration of invalidity of the '164 Patent, '597 Patent, and '174 Patent, and (2) Pacsgear's counterclaim for a declaration of unenforceability of all five patents in suit due to inequitable conduct.

DatCard has informed the Court that it plans to appeal at least some of this Court's summary judgment rulings.  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court expressly finds that there is no just reason for delay of DatCard's appeal of the summary judgment rulings.

Accordingly, **FINAL JUDGMENT IS HEREBY ENTERED UNDER FED. R. CIV. P. 54(b) AS FOLLOWS**:

1.    Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '164 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '164 Patent;

2.    Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '597 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '597 Patent;

-1-

**A 2**

3.    Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '174 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '174 Patent;

4.    Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '157 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '157 Patent are invalid under 35 U.S.C. § 103;

5.    Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '422 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '422 Patent are invalid under 35 U.S.C. § 103;

6.    Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '164 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '164 Patent;

7.    Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '597 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '597 Patent;

8.    Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '174 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '174 Patent;

9.    Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of invalidity of the '157 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '157 Patent are invalid under 35 U.S.C. § 103; and

/ / /

-2-

**A 3**

1      10.    Judgment is entered in favor of Pacsgear on Pacsgear's
2    counterclaim for a declaration of invalidity of the '422 Patent, based upon this
3    Court's finding on summary judgment that the asserted claims of the '422
4    Patent are invalid under 35 U.S.C. § 103.

5      11.    As discussed above, there are two remaining undecided claims: (1)
6    PacsGear's counterclaim for a declaration of invalidity of the '164 Patent, '597
7    Patent, and '174 Patent, and (2) Pacsgear's counterclaim for a declaration of
8    unenforceability of all five patents in suit due to inequitable conduct.

9      12.    DatCard has stated that it plans to appeal some of this Court's
10   summary judgment rulings.  The parties agree to stay the proceedings on the
11   above remaining counterclaims until after DatCard's appeal of the summary
12   judgment ruling is decided.   The Court concurs and hereby stays the
13   proceedings on the two remaining claims identified above, pending appeal.  Any
14   motions for attorneys' fees are also stayed and need not be filed, pending
15   appeal.

16     13.    PacsGear, as prevailing party, is entitled to recover its costs,
17   pursuant to Rule 54(d), in an amount to be determined.

*Mariana R. Pfaelzer*

DATED:   June 6, 2013

_____
Hon. Mariana R. Pfaelzer
*United States District Judge*

15464482

-3-

**A 4**

1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                    **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**
10
11   DATCARD SYSTEMS, INC., a            Case No. 8:10-cv-01288-MRP-VBK
12   California corporation              **Claim Construction Order**
13                    Plaintiff,
14        v.
15   PACSGEAR, INC., a California
16   corporation
17                    Defendant.
18
19
20                    **I.    Introduction**
21
22        Datcard Systems, Inc. ("Datcard") has sued Pacsgear, Inc. ("Pacsgear") for
23
24   patent infringement.[1] ECF No. 1. Datcard's patented inventions facilitate the
25
26   handling and delivery of medical image data. The asserted patents fall into three
27
28

---

[1] The asserted patents are U.S. Patent No. 7,302,164 (filed Jan. 17, 2001), entitled "System and Method for Producing Medical Image Data onto Portable Digital Recording Media"; U.S. Patent No. 7,729,597 (filed Jun. 24, 2009) (continuation of the '164 patent); U.S. Patent No. 7,783,174 (filed Jun. 12, 2009) (continuation of the '164 patent); U.S. Patent No. 7,734,157 (filed Jun. 24, 2009) (continuation of the '164 patent); and U.S. Patent No. 7,801,422 (filed Jun. 5, 2009) (continuation of the '164 patent).

-1-

**A 5**

groups: (1) Search and Burn; (2) HIPAA; and (3) Timeout. The Search and Burn group includes three patents. These patents claim various ways of managing the flow of medical image data from cradle to grave, i.e., from the image-generation device, to intermediate database servers, and ultimately to the end-user in the form of a labeled CD. The HIPAA patent automates the process of regulatory compliance relating to the privacy of medical records. The Timeout patent claims a way to avoid the premature burning of data onto CDs.

The parties dispute the meaning of certain claim terms in the patents. In this Markman order, the Court construes those terms.

## II.    Principles of Claim Construction

The purpose of claim construction is to determine the meaning and scope of the patent claims asserted to be infringed. *O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co., Ltd.*, 521 F.3d 1351, 1360 (Fed. Cir. 2008). Claim construction is a pure question of law. *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996). For purposes of claim construction, the Court reviews both intrinsic and extrinsic evidence, placing emphasis on the former.

### A. Intrinsic Evidence.

#### i.    Claim Language

"The words of a claim 'are generally given their ordinary and customary meaning.'" *Phillips v. AWH Corp.¸* 415 F.3d 1303, 1312 (Fed. Cir. 2005) (citation

-2-

**A 6**

omitted). "[T]he ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, i.e., as of the effective filing date of the patent application." *Id.* at 1313. "The inquiry into how a person of ordinary skill in the art understands a claim term provides an objective baseline from which to begin claim interpretation." *Id.* "That starting point is based on the well-settled understanding that inventors are typically persons skilled in the field of the invention and that patents are addressed to and intended to be read by others of skill in the pertinent art." *Id.*

### ii.   Specification

The specification is "always highly relevant to the claim construction analysis." *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 978 (Fed. Cir. 1995). As Judge Rich wrote shortly after the creation of the Federal Circuit, "the specification . . . is the primary basis for construing the claims." *Standard Oil Co. v. Am. Cyanamid Co.*, 774 F.2d 448, 452 (Fed. Cir. 1985). "[T]he specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, the inventor's lexicography governs." *Phillips*, 415 F.3d at 1316. "In other cases, the specification may reveal an intentional disclaimer, or disavowal, of claim scope by the inventor." *Id*. In such

-3-

**A 7**

1    cases, the inventor's intention as expressed in the specification "is regarded as

2    dispositive." *Id.*

### iii.    Prosecution History

The Court also considers the patent's prosecution history, if it is in evidence.

"The prosecution history, which we have designated as part of the "intrinsic

evidence," consists of the complete record of the proceedings before the PTO and

includes the prior art cited during the examination of the patent." *Id.* The patentee

created the prosecution history much like the specification in an attempt to explain

and obtain the patent, and thus the prosecution history provides evidence about

how the PTO and the inventor understood the patent. *Id.* "Yet because the

prosecution history represents an ongoing negotiation between the PTO and the

applicant, rather than the final product of that negotiation, it often lacks the clarity

of the specification and thus is less useful for claim construction purposes." *Id.*

"Nonetheless, the prosecution history can often inform the meaning of the claim

language by demonstrating how the inventor understood the invention and whether

the inventor limited the invention in the course of prosecution, making the claim

scope narrower than it would otherwise be." *Id.*

### B. Extrinsic Evidence

In addition to using intrinsic evidence, this Court is also authorized to use

extrinsic evidence in claim construction. *Phillips*, 415 F.3d at 1317 ("[W]e have . .

-4-

**A 8**

. authorized district courts to rely on extrinsic evidence . . . ."). Extrinsic evidence "consists of all evidence external to the patent and prosecution history, including expert and inventor testimony, dictionaries, and learned treatises." *Id*. While extrinsic evidence can shed light on claim meaning, it is "less significant than the intrinsic record in determining 'the legally operative meaning of claim language.'" *Id*. (citation omitted). Finally, extrinsic evidence is "unlikely to result in a reliable interpretation of patent claim scope unless considered in the context of the intrinsic evidence." *Id*. at 1319.

## III.   CLAIM CONSTRUCTION

### A. Search Burn Patents

The three Search Burn patents are directed to systems and methods for facilitating the search and delivery of a patient's medical images.[2] The parties dispute the meaning of certain claim terms. Some disputes are over identical terms in all three patents. Other disputes are over similar terms across the patents. The Court has grouped these disputes because the analyses are similar. The grouped disputes (with corresponding patent numbers) are:

  i.  "related medical image data" ('164), "additional medical data . . . related to the patient" ('597), and "related data" ('174);

  ii.  "database" ('164, '174);

---

[2] The three Search Burn patents are: (1) U.S. Patent No. 7,302,164 (filed Jan. 17, 2001) ("the '164 patent"), entitled "System and Method for Producing Medical Image Data onto Portable Digital Recording Media"; (2) U.S. Patent No. 7,729,597 (filed Jun. 24, 2009) ("the '597 patent") (continuation of the '164 patent); and (3) U.S. Patent No. 7,783,174 (filed Jun. 12, 2009) ("the '174 patent") (continuation of the '164 patent).

-5-

**A 9**

iii.    "automatically" ('597, '174); and

iv.    whether the claim elements "printing" and "affixing" the label must

occur sequentially ('164).

The Court next considers each dispute in turn:

    i.    **"related medical image data" ('164 patent), "additional medical data . . . related to the patient" ('597 patent), "related data" ('174 patent)**

The relevant claim limitations for these disputed claim terms are:

(a) "a search module configured to search the database for ***related medical image data*** that is related to the selected medical image data . . . ." '164 patent at col. 10 II. 53-55 (emphasis added);

(b) "automatically searching, based on the received request, a second computer database via a second database interface for ***additional medical data*** also ***related*** to the patient . . . ." '597 patent at col. 9 II. 34-36 (emphasis added); and

(c) "a search module configured to automatically search the database for ***related data*** based on the user selection . . . ." '174 patent at col. 9 II. 24-47 (emphasis added).

The accused infringing product, MediaWriter version 3.0, allows the user to

burn a radiologist's text reports onto a CD along with selected images.[3] Not

surprisingly, the parties dispute whether the claim terms above cover non-image

data like text reports.

    //

---

[3] Pacsgear's Motion for Summary Judgment of Non-Infringement of the Search/Burn Patents [hereinafter "Mot."] at 3 (ECF No. 67). Datcard's opposition to the above motion is hereinafter referred to as "Opp." ECF No. 87.

-6-

**A 10**

### (a) "related medical image data" '164 patent

The Court finds that "related medical image data" means data which is (1) in a standard medical imaging format, and (2) is related to the selected medical image data.[4] The Court rests this finding on three bases: (1) claim language; (2) the rule of internal consistency; and (3) support in the specification.

### 1. Claim language

The phrase "related medical image data" contains three nested modifiers. We start with the word "data." "Image" modifies "data" yielding "image data." "Medical" modifies "image data" yielding "medical image data." Finally, "related" modifies "medical image data" yielding "related medical image data." But before construing "related medical image data," it is helpful to analyze the meaning of the sub-phrase "medical image data." "Medical image data" is neither a technical term of art in the relevant field,[5] nor a specially defined term in the specification.

The first limitation of Claim 9 recites: "a medical server configured to receive medical image data that is generated by a plurality of imaging modalities, the *medical image data being formatted in a standard medical imaging format* used by specialized computers configured for viewing medical images . . . ." Here, "medical image data" plainly refers to data formatted in a standard medical

---

[4] Whether or not this covers a radiologist's text report turns on whether the report is stored in a standard medical imaging format.
[5] *See, e.g.*, Dr. Rowberg's testimony, Opp. at 16 ("I almost wonder if it's a legal term instead of a medical term because it's out of my normal vocabulary.").

**A 11**

imaging format. Thus, "related medical image data" simply means medical image data that is related to the selected medical image data. Put another way, "related medical image data" means data that is both: (1) formatted in standard medical imaging format; and (2) related to the selected medical image data.

Datcard argues that "related medical image data" means any kind of data (not just medical image data) that is related to the selected medical image data. Opp. at 21. This is incorrect because it fails to account for the modifying effect of "medical image" upon "data." Pacsgear argues that "related medical image data" only refers to images. Mot. at 9. This too is incorrect because it would exclude non-image data formatted in standard medical imaging format. Some such non-image data include "patient demographics[] and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date." '164 patent at col. 1 ll. 48-55 (listing non-image DICOM compatible data types stored in the header preceding the exam images).

## 2. The rule of internal consistency

Under this rule, "[a] word or phrase used consistently throughout a claim should be interpreted consistently." *Phonometrics, Inc. v. Northern Telecom Inc.*, 133 F.3d 1459, 1465 (Fed. Cir. 1998). Thus, the Court should interpret "related medical image data" consistently throughout Claim 9.

Claim 9 contains other instances of "related medical image data":

-8-

**A 12**

the selected medical image data, recorded in the standard medical imaging format,

the **related medical image data, recorded in the standard medical imaging format**, and

**a viewing program that is configured to allow viewing of** the selected and the **related medical image data** that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for **viewing of medical images**.

'164 patent at col. 1 ll. 40-50 (Claim 9).

"Related medical image data" in the above instances is plainly limited to data recorded in the standard medical imaging format. The rule of internal consistency thus calls for the same construction for "related medical image data" in the claim limitation under consideration.

### 3. Support in the specification

The specification of the '164 patent provides further support for limiting the scope of "related medical image data" to data formatted in the standard medical imaging format. The specification states:

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store **medical image data** in DICOM format.

-9-

**A 13**

'164 patent at col. 1 II. 43-55.

The specification, therefore, supports the Court's construction of "related medical image data" as limited to data formatted in standard medical imaging format.

The Court's approach has: (1) placed primary emphasis on the plain and ordinary meaning of the claim language; (2) abided by the rule of internal consistency; and (3) construed "related medical image data" in light of specification. "Related medical image data" is data: (1) formatted in the standard medical imaging format; (2) related to the selected medical image data. The parties dispute about whether "related medical image data" covers a radiologist's test reports. Under the Court's construction, the answer to that question depends on whether radiologist reports are formatted in the standard medical imaging format. Pacsgear asserts that such reports are not in a standard medical imaging format. Mot. at 3 ("[The radiologist's] reports are in text format . . . ."). Datcard does not appear to take a contrary position. "Related medical image data" does not cover such reports, assuming they are not formatted in a standard medical imaging format.

//

//

//

-10-

**A 14**

**(b)"additional [related] medical data," '597 patent; and "related data"
'174 patent**

The relevant claim terms are:

(1) "automatically searching, based on the received request, a second
computer database via a second database interface for ***additional medical
data*** also ***related*** to the patient . . . ." '597 patent at col. 9 II. 34-36
(emphasis added); and

(2) "a search module configured to automatically search the database for
***related data*** based on the user selection . . . ." '174 patent at col. 9 II. 24-
47 (emphasis added).

Claim terms like "related data" and "additional [related] medical data" have

fewer modifiers for "data" than the claim term "related medical image data." This

might seem, at first blush, to support a broader construction for the former claim

terms than the latter. Not surprisingly, the seemingly broader claim terms appear in

continuation patents. "The name of the game is the claim" for parent patents and

continuations alike.[6] But the Court must pay close attention to the specification

when construing a claim term in a continuation.[7] The fundamental tension between

the prohibition against importing limitations from the specification into the claims

on the one hand, and construing claims in light of the specification on the other, is

of special concern in the continuations context. Even in a regular setting, the

---

[6] Giles S. Rich, *The Extent of the Protection and Interpretation of Claims – American Perspectives*, 21 INT'L REV.
INDUS. PROP. & COPYRIGHT L. 497, 499, 501 (1990).
[7] *See* Mark A. Lemley & Kimberly A. Moore, *Ending Abuse of Patent Continuations*, 84 B.U. L. REV. 63 (2004)

-11-

**A 15**

1
2
prohibition against importing limitations and the mandate of construing claims in light of the specification presents a fundamental problem of claim construction.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
No Federal Circuit opinion captures the essence of this fundamental problem quite as vividly as *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, 632 F.3d 1246 (Fed. Cir. 2011). Judge Lourie's opinion in that case, concurring in part and dissenting in part, is particularly revealing. In relevant part, Judge Lourie states, "[T]he basic mandate is for claims to be interpreted in light of the specification of which they are a part because the specification describes what the inventors invented. The specification is the heart of the patent. In colloquial terms, '***you should get what you disclose.***'" *Arlington Indus.*, 632 F.3d at 1257 (Lourie, J., concurring in part and dissenting in part). To that point, the author of the majority opinion, Chief Judge Rader, stated,

18
19
20
21
22
23
24
25
26
> The concurrence-in-part and dissent-in-part characterizes the specification as the "heart of the patent" and, using "colloquial terms," states that "you should get what you disclose." This devalues the importance of claim language in delimiting the scope of legal protection. "Claims define and circumscribe, the written description discloses and teaches." *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1347 (Fed.Cir.2010) (en banc). To use a colloquial term coined by Judge Rich, "***the name of the game is the claim***." Giles S. Rich, *The Extent of the Protection and Interpretation of Claims–American Perspectives*, 21 INT'L REV. INDUS. PROP. & COPYRIGHT L. 497, 499, 501 (1990). Indeed, unclaimed disclosures are dedicated to the public. *Johnson & Johnston Assocs. Inc. v. R.E. Serv. Co.*, 285 F.3d 1046, 1051 (Fed.Cir.2002) (en banc).

27
28
> *Id.* at 1255, n.2 (emphasis added).

-12-

**A 16**

Incidentally, the difference between "the name of the game is the claim" and "you should get what you disclose" is identical to that between the prohibition against importing limitations and construing the claims *in light of* the specification.

Returning to the claim terms at hand, the dispute between the parties is whether "additional [related] medical data" in the '597 patent and "related data" in the '174 patent are limited to DICOM images, to the exclusion of non-image data like text reports. Again, both parties propose incorrect constructions. The terms are neither so broad as to encompass all types of data, nor so narrow as to be limited to images. Instead, as explained below, "related data" and "additional [related] medical data" are limited to data: (1) in a standard medical imaging format; and (2) related to the selected medical image data.

*Texas Digital*, a case criticized in *Phillips*, had listed two circumstances where the patent's specification and prosecution history must be consulted to determine if the patentee has used claim terms in a manner inconsistent with the ordinary meaning reflected in a dictionary definition: (1) where the patentee, acting as his or her own lexicographer, has clearly set forth an explicit definition of the term different from its ordinary meaning; and (2) if the inventor has disavowed or disclaimed scope of coverage by using words or expressions of manifest exclusion or restriction, representing a clear disavowal of claim scope. 415 F.3d at 1319 (citing *Texas Digital Sys., Inc. v. Telegenix, Inc.*, 308 F.3d 1193 (Fed. Cir. 2002).

-13-

**A 17**

But *Phillips* characterized *Texas Digital*'s take on claim construction as placing "too little [reliance] on intrinsic sources, in particular the specification and prosecution history."

*Phillips* stated, "Assigning such a limited role to the specification . . . is inconsistent with our rulings that the specification is ***the single best guide to the meaning of a disputed term*** . . . ." *Id.* at 1320-21 (citation omitted). *See Irdeto Access, Inc. v. Echostar Satellite Corp.*, 383 F.3d 1295, 1300 (Fed. Cir. 2004) ("Even when guidance is not provided in explicit definitional format, the specification may define claim terms ***by implication*** such that meaning may be found in or ascertained by a reading of the patent documents."); *Bell Atl. Network Servs., Inc. v. Covad Commc's Grp., Inc.*, 262 F.3d 1258, 1268 (Fed. Cir. 2001) ("[A] claim term may be clearly redefined without an explicit statement of redefinition.").

To be sure, *Phillips* acknowledged "that the purpose underlying the *Texas Digital* line of cases – to avoid the danger of reading limitations from the specification into the claim – is sound." *Id.* at 1323. But *Phillips* also acknowledged that "the distinction between using the specification to interpret the meaning of a claim and importing limitations from the specification into the claim can be a difficult one to apply in practice." *Id.* "[T]he line between construing terms and importing limitations can be discerned with reasonable certainty and

-14-

**A 18**

predictability *if the court's focus remains on understanding how a person of ordinary skill in the art would understand the claim terms*." *Id.* (emphasis added). "[T]he person of ordinary skill in the art is deemed to read the claim not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification." *Phillips*, 415 F.3d at 1313. *See also Medrad, Inc. v. MRI Devices Corp.*, 401 F.3d 1313, 1319 (Fed. Cir. 2005) ("We cannot look at the ordinary meaning of the term . . . *in a vacuum*. Rather, we must look at the ordinary meaning in the context of the written description and the prosecution history.").

Datcard seeks too broad a construction by interpreting "related data" to include "data in general." Opp. at 10. The three patents share a common specification. This specification only describes an invention where "data" in "related data" or "additional [related] medical data" is stored in a standard medical imaging format. It is perfectly legitimate to ask for more real estate, so to speak, by drafting broader claim terms in a continuation application; so long as those newer and broader claims are moored to the specification. Construing "related data" and "additional [related] medical data" as referring to data in a standard medical imaging format is not an exercise in importing a limitation from a preferred embodiment in the specification. Instead, it is a grant of patent protection that ends at what the

-15-

**A 19**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

patentee disclosed and described in the specification. It is a construction of the claims in light of the entire specification; not a construction of claims in a vacuum.

Pacsgear is also incorrect in limiting "related data" and "additional [related] medical data" to images. The patent specification states, "In addition to the examined images, *patient demographics[] and exam information* . . . can also be stored and retrieved in DICOM compatible data format . . . in the header of the file, followed by the exam images." '164 patent col. 1 II. 58-52. These non-image data types, i.e., patient demographics and exam information, are as much part of the standard medical imaging standard as the images themselves. There is no basis for excluding these types of related data or additional related medical data from the claim scope. While Pacsgear attempts to exclude such non-image DICOM data from the claim scope, Datcard attempts to do the opposite, i.e., include non-image *non*-DICOM data such as the radiologist's text reports within the claim scope. Under the Court's construction, "related data" and "additional [related] medical data" exclude a radiologist's text reports unless they are stored in a standard medical imaging format.

**ii.    "database" ('164, '174, '597);**

Claim 9 of the '164 patent, in relevant part, recites:

> *a database* configured to store medical image data generated by the plurality of imaging modalities;

-16-

**A 20**

a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

a search module configured to search **the database** for related medical image data that is related to the selected medical image data

Claim 1 of the '174 patent, in relevant part, recites:

**a database** configured store medical image data generated by the one or more imaging modalities;

a plurality of browsing terminals configured to receive a user selection that defines selected medical image data for a patient;

a search module configured to automatically search **the database** for related data based on user selection

The parties dispute about the construction of the claim limitation "database." Pacsgear contends that database means "the electronic collection of image data stored in a way to allow for easy search and retrieval following the request of a user." Mot. at 7. Datcard cites the dictionary for a definition of database as "a structured set of data held in a computer." Opp. at 9.

In the context of the above claims, it is redundant to define database in terms of its contents. The claim language itself performs that task by requiring "a database" to be configured to store medical image data, which the Court previously construed as limited to data in a standard medical imaging format. While the Court agrees with Pacsgear that "*the* database" in the above claims plainly refers back to "a database" earlier in the same claim, it also agrees with Datcard that a database is merely "a structured set of data held in a computer."

-17-

**A 21**

Claim 1 of the '597 patent, in relevant part, recites:

> automatically searching a first computer **database** via a first database
> interface for a first set of medical image data related to the patient based on
> the received request;
>
> automatically retrieving the first set of medical imaging data related to the
> patient;
>
> automatically searching, based on the received request, a second computer
> **database** via a second database interface for additional medical data also
> related to the patient, wherein the second interface is different from the first
> interface

Unlike the '164 and '174 patents, where "the database" referred back to "a

database," Claim 1 of the '597 patent defines two separate databases. Here, too, it

is redundant to limit "database" by the type of content stored because the claims

adequately do that by reciting the steps of searching the first database for medical

image data and the second database for additional medical data. The Court has

already construed "medical image data" and "additional medical data" to mean

data in a standard medical imaging format. Consequently, again, the Court agrees

with Datcard that a database is merely "a structured set of data held in a

computer."

### iii.    "automatically" ('597, '174)

Claim 1 of the '597 patent is a multi-step method patent. The claim recites:

A computer-implemented method for automatically generating a portable
computer-readable medium containing medical data related to a patient,
comprising:

-18-

**A 22**

receiving, via computer-implemented interface a request for medical data related to the patient;

***automatically*** searching a first computer database via a first database interface for a first set of medical imaging data related to the patient based on the received request;

***automatically*** retrieving the first set of medical imaging data related to the patient;

***automatically*** searching, based on the received request, a second computer database via a second database interface for additional medical data also related to the patient, wherein the second interface is different from the first interface;

***automatically*** receiving the additional related medical data; and

***automatically*** generating a portable computer-readable medium, at a production station, containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the first set of medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

'597 patent col. 9 II. 24-47 (Claim 1)

First, the claim requires receiving a request for medical data. Next, the claim requires automatic performance of a series of tasks (retrieving, searching, receiving, and generating). The parties dispute the meaning of "automatically." According to Datcard, automatically means that "once initiated, the function is performed by a machine, without the need for manually performing the function." Opp. at 11. Given that "automatically" appears in several recited steps, Datcard's definition must be applied to *each* step. Datcard is effectively construing "automatically" as "once ***[each step]*** is initiated, the function is performed by a

-19-

**A 23**

machine, without the need for manually performing the function." But that is not a

satisfactory interpretation of the claim language because the "receiving" limitation

lacks an "automatically" qualifier despite the fact that once a user initiates the

receiving step by submitting a request for medical data, the receiving function is

performed by a machine, without the need for manually performing the function.

In the specification, the patentee compares and contrasts two disclosed

embodiments – one with the "automatically" feature with one without. The

embodiment without the "automatically" feature states, "The user is then asked in

step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data."

'164 patent at col. 8 II. 37-41; and "[s]till referring to FIG. 5, the user is then

prompted to select all or some of the related data from the list of found related data

for production, in step 184." '164 patent at col. 8 II. 54-56. By contrast, the

embodiment with the "automatically" feature states, "In another embodiment, once

the user has selected a patient/exam combination, the application server 110

automatically searches for related data ***without asking for user direction***," '164

patent at col. 8 II. 46-49, and "In another embodiment, all found related data are

automatically selected by the application server 110 for production, ***without***

***prompting for user selection***."

-20-

**A 24**

"Automatically," in the context of the claim language and in light of the specification, means performing the claim steps beginning with "automatically" *without* first asking for user selection or direction for *each* step. Mot. at 17.

### iv.   whether the claim elements "printing" and "affixing" the label must occur sequentially ('164).

Claim 16 recites "printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and affixing the label to the data storage medium using the production station." Opp. at 22. "The MediaWriter . . . uses a CD Burner with an ink jet system that quickly and directly places information on the CD." Mot. at 14. Pacsgear construes Claim16 as requiring printing to take place before affixing. *Id.* (arguing non-infringement because Pacsgear's products do not first print, ***then*** affix the label to the CD). But "[u]nless the steps of a method actually recite an order, the steps are not ordinarily construed to require one." *Interactive Gift Express, Inc. v. Compuserve, Inc.*, 256 F.3d 1323, 1342 (Fed. Cir. 2001). While some order is inherent in certain subsets of the claim steps (e.g., receiving data before storing it, searching data before recording it, etc.), Claim 16 does not recite any order of performance for the steps. Instead, the claim recites "printing . . . and affixing." '164 patent at col. 11 II. 47-52.

The Court finds that printing and affixing are not sequential operations.

//

-21-

**B. HIPAA Patent**

The HIPAA patent is U.S. Patent No. 7,734,157 (filed Jun. 24, 2009) ("the '157

patent"), entitled "System and Method for Producing Medical Image Data onto

Portable Digital Recording Media." The parties dispute the meaning of some claim

terms in Claim 7 in the '157 patent:

> A system for generating a portable computer-readable medium containing
> medical data for a first patient, wherein the medical data for the first patient
> are audited based on a plurality of audit records stored in an audit database,
> comprising:
>
> > ***a computer-implemented interface configured to receive two or more
> > requests for production of stored medical data related to the first
> > patient***; and
>
> > an image production module that is configured, for each request for
> > production of stored medical data related to the first patient;
>
> > to produce the portable computer-readable medium containing the
> > requested medical data related to the first patient, wherein the requested
> > medical data comprises medical image data formatted in a standard
> > medical imaging format used by a computer configured for viewing the
> > medical image data; and
>
> > upon producing the computer-readable medium, to automatically
> > transmit, to the audit database, audit data that is specific to the computer-
> > readable medium produced in response to the request for stored medical
> > data, wherein the audit data comprises at least ***an identification specific
> > to the computer-readable medium***, an identification of a requester of the
> > stored medical data, and an identification of the first patient, and is for at
> > least one audit record in the plurality of audit records in the audit
> > database.

'157 patent at col. 10 II. 12-38.

-22-

**A 26**

The parties dispute the meaning of the bolded claim language. The Court addresses each dispute in turn:

> **i.    "a computer-implemented interface configured to receive two or more requests for production of stored medical data related to the first patient"**

Pacsgear contends that this claim term requires a user to make two requests for production relating to the same patient. Pacsgear's opposition to Datcard's motion for summary judgment of infringement for the '174 and '157 patents [hereinafter "Opp."] at 17.[8] Given that Claim 7 is a directed to an apparatus claim and not a method claim, Datcard argues that "[t]he disputed claim limitation says nothing about what a 'user' must do." Reply at 17. According to Datcard, the claim limitation only means that the computer interface must have structural components enabling it to receive two or more requests for production of stored medical data related to the first patient. *Id.* The Court agrees with Datcard. The disputed claim term refers to a system's configuration to receive two or more requests. This system claim does not refer to user action.

> **ii.    "an identification specific to the computer-readable medium"**

Pacsgear proposes the following construction: "an identification unique to the *single* compact disc or other storage medium." Opp. at 19. Datcard proposes "an

---

[8] Datcard's motion is hereinafter referred to as "Mot."

-23-

**A 27**

identification, such as a clearly defined or identified number, of the computer-readable medium (plural)." Mot. at 23.

The plain and ordinary meaning of the claim language is written in the singular given that the word "medium" is in a singular form. But this could mean that the singular form attaches to the type of medium (CD, DVD, Bluray, flash drive, each being one medium), or it could mean that the singular form means "one CD." The first line of the patent specification states, "This invention relates to a system and method for the production of medical image data on portable digital recording *media* such as compact *discs*." '157 patent at col. 1 II. 23-25. The patentee has thus used the plural form "media" when discussing multiple compact discs. The first line of the section called "Summary of the Invention" states, "The claimed system allows for digital medical image data to be produced on a portable digital recording *medium* such as *a CD*." *Id.* at col. 2 II. 7-9 (containing further references to the singular form such as "a CD," "the CD," and "the same CD"). The specification further states, "The number of CDs produced corresponds to the 'number of copies' number sent by the application server 110 in step 142." *Id.* at col. 6:66-67, 7:1. But in a section entitled "Detailed Description of the Preferred Embodiment," the specification states, "Digital portable recording *medium* comprises *CDs* and DVDs . . . any *suitable portable digital recording medium* can be substituted for *CDs.*" *Id.* at col. 3 II. 30-31.

-24-

**A 28**

Thus, the patentee has used "medium" when referring to both singular and plural forms of CD at different places in the specification. But in these last statements, the patentee is not referring to the plural form ("CDs") as a solution to the problem that arises when the requested medical data exceeds the storage capacity of a single disc. Instead, the plural form is only invoked to describe the generic medium of compact discs. When referencing the actual operation of the claimed invention, the specification is clear that only one CD is anticipated to store image data. The only instances of the plural form, "CDs," in the context of the operation of the invention are references to the number of copies requested by the user. Again, the specification states, "The number of CDs produced corresponds to the 'number of copies' number sent by the application server 110 in step 142." *Id.* at col. 6:66-67, 7:1.

Datcard argues that "[i]f the requested medical data exceeds the storage capacity of a single disc, a set of discs is a suitable portable digital recording medium." Mot. at 22. That may be so, but the specification is void of any reference to multiple CDs being used to store one image because of size constraints. The patent neither describes a multiple-CD-based solution to the size-constraint problem, nor evidences the patentee's possession of such an invention at the time of filing. As a technical matter, it is just as plausible to have unique identification numbers for multiple discs for the same job (with a numerical suffix, for example,

-25-

**A 29**

indicating the disc number for the same job), as it is to have a unique identifier

specific to a set of discs. Given the claim language, and in light of the void in the

specification for this issue, the appropriate construction for "computer readable

medium," therefore, is limited to one compact disc. Accordingly, the claim term

"an identification specific to the computer readable medium" refers to a unique

identification for each instance of the computer-readable medium (e.g., each CD).

**C. Timeout Patent**

The Timeout patent is U.S. Patent No. 7,801,422 (filed Jun. 5, 2009) ("the '422

patent"), entitled "System and Method for Producing Medical Image Data onto

Portable Digital Recording Media." The parties dispute the meaning of some claim

terms in Claims 1 and 8 of the '422 patent. The Court discusses each claim in turn.

**i.    Claim 1**

Claim 1 of the Timeout patent, with the point of contention bolded, states:

A method of automatically producing medical image data and related data
on an optical storage medium upon expiration of a timeout period, the
method comprising:

***detecting whether a server has changed within a timeout period after
receiving medical image data or related data*** from a modality and
resetting the timeout period when the change is detected; and

automatically producing an optical storage medium comprising
selected medical image data and related data from the server based on
when the timeout period has expired and recording on the optical
storage medium program code that, when executed, allows viewing of
the selected medical image data, wherein the medical image data is

-26-

**A 30**

1    formatted in a standard medical imaging format used by a computer
2    configured for viewing the medical image data.

3    '422 patent, col. 9 II. 15-32.

4    Before commencing a comparative study of the parties' diverging
5
6    contentions regarding the meaning of the bolded claim phrase, the Court introduces
7    two concepts to aid the analysis: (1) the time of detection; and (2) the range of
8
9    detection. The time of detection refers to the discrete point in time when the system
10   performs the detecting step. The range of detection refers to the time interval for
11
12   which detection takes place. These are fundamentally different ideas. An analogy
13   helps to define the concepts and draw out the distinction. Consider the year-to-date
14   gain of a stock, where the stock price is checked at the end of the first quarter.
15
16   Here, the time of detection is April 1. The range of detection for the year-to-date
17   gain is the three-month period between January 1 and March 31.

18   Returning to the case at bar, the disputed claim phrase is "detecting whether
19
20   a server has changed within a timeout period after receiving medical image data or
21   related data." Pacsgear's proposed construction conflates the concepts of time and
22
23   range of detection. DatCard's proposed construction is that whereas the time of
24   detection is *after* the expiry of the timeout interval, the range is *before*. The Court
25   reviews the claim language and specification to determine the appropriate time of
26
27   detection and range of detection for the detecting step.

28   //

-27-

**A 31**

**(a) Time of detection**

The claim language states "detecting whether a server has changed within a timeout period after receiving medical image data or related data." PacsGear argues that this claim language "requires the detection to take place **<u>before</u>** the time interval expires." Mot. at 2. The only way the claim language "requires" the detection to take place before the time interval expires is if the phrase "detecting whether a server has changed within a timeout period" is rearranged as follows: "detecting, within a timeout period, whether a server has changed." A more likely interpretation is that the phrase "within a timeout period" qualifies "server has changed" and not "detecting." While the claim language does not settle the issue, the specification does.



'442 Patent, Figure 3.

-28-

**A 32**

The detecting step 130 in Figure 3 entitled "Database Still Changing?"
occurs *after* step 128 entitled "Wait for an Interval." The specification provides
further confirmation that the time of detection is *after* the timeout period. "[U]pon
observing a change in the image server database 202, '[t]he application server 110
then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds.
***After*** the interval, the application server 110 ***checks*** whether the image server
database 202 is still changing, in step 130.'" Mot. at 2 (citing the '422 patent
specification, col. 5:28-33) (emphasis).

PacsGear's argument in its motion that "Claim 1 requires the detection to
take place **before** the time interval expires" might be logically consistent with the
claim language, but wholly excludes the preferred embodiment in the '422
specification. "A claim construction that excludes the preferred embodiment 'is
rarely, if ever, correct and would require highly persuasive evidentiary support.'"
*Adams Respiratory Therapeutics, Inc. v. Perrigo Co.*, 616 F.3d 1283, 1290 (Fed.
Cir. 2010) (quoting *Vitronics Corp. v. Conceptronic Inc.*, 90 F.3d 1576, 1583-84
(Fed. Cir. 1996)). PacsGear has failed to provide the requisite "highly persuasive
evidentiary support."

In light of Figure 3 and the cited language in the specification, the Court
finds that the time of detection is *after* the expiry of the timeout interval. "There is
sometimes a fine line between reading a claim in light of the specification, and

-29-

**A 33**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

reading a limitation into the claim from the specification." *Phillips v. AWH Corp.*,

415 F.3d 1303, 1323 (Fed. Cir. 2005) (citation omitted). The Court has taken care

not to import this limitation from the preferred embodiment into Claim 1, and has

only interpreted the claim language *in light of* the specification.

**(b)** **Range of detection**

By arguing that "knowing that the size of the database is increasing <u>after</u> the

expiration of the waiting interval tells you nothing about whether the database was

changing '<u>before</u>' or '<u>within</u>' the waiting interval," Pacsgear has effectively argued

that the range of detection is *after* the expiry of the timeout interval. Reply at 2-3.

The Court rejects this argument because Pacsgear improperly connects the phrase

"after the expiration of the waiting interval" to the changes in the "size of the

database." Nothing in the patent refers to post-timeout changes in the size of the

database.

The present-continuous tense of the phrase "Database Still Changing" in

Figure 3 might suggest a detection mechanism for post-timeout changes in the

database. But that phrase does not exist in isolation; it appears in a sequential

flowchart immediately ***after*** step 128 entitled "Wait for an Interval." The claim

language, "detecting whether a server has changed," maps to "Database Still

Changing?" Thus, Pacsgear's argument mischaracterizes the patented claim by

-30-

**A 34**

1  improperly isolating a phrase from a sequential flowchart and further improperly

2  focusing on a difference in tense.

3      The Court finds that the range of detection is *before* the expiry of the

4

5  timeout interval.

6      **(c) "timeout period"**

7

8      The parties dispute the meaning of the phrase "timeout period" in Claim 1.

9  PacsGear argues that the "timeout period" refers to "a period that starts over every

10 time an **<u>unpredictable</u>** event occurs." DatCard argues that "timeout period" refers

11

12 to "a predefined length of time that began at the occurrence of a **<u>specified</u>** event."

13 Opp. at 5.  PacsGear's use of the word "period" in its construction is consistent

14

15 with DatCard's use of the phrase "predefined length of time." Further, the

16 specification states that "[t]he application server 110 then proceeds to step 128 and

17

18 waits for an interval, typically 35 to 65 seconds." '422 patent at col. 5 II. 29-31. In

19 light of the specification, the Court finds that the timeout period is a predefined

20

21 length of time. The parties' only remaining dispute is whether the event triggering

22 a restart of the timeout period is unpredictable or specified.

23

24     PacsGear's proposed qualification of the event triggering a restart of the

25 timeout period as "unpredictable" contradicts the preferred embodiment which

26 specifies the triggering event as "a change in the image server database." '422

27

28 patent at col. 5 II. 26-29 ("If there is a change in the image server database 202,

-31-

**A 35**

then the application server 110 proceeds to step 126 and time-stamps the moment

that the change started."). The Court does not define the timeout period in terms of

the type of event which triggers a resetting of that period. The claim step in

question recites "detecting whether a server has changed within a timeout period

after receiving medical image data or related data from a modality and resetting the

timeout period when the change is detected." Thus, the claim language itself

discloses further claim limitations pertaining to the event triggering a resetting of

the timeout period, i.e., a change in the server. The event triggering the resetting of

the timeout period does not inform the definition of the claim term "timeout

period" in and of itself, which simply refers to a predefined period of time.

Thus, the Court construes "timeout period" as a predefined period of time.

### ii.     Claim 8

Claim 8 of the Timeout patent, with the point of contention bolded, states:

A system for automatically producing medical images on an optical storage
medium, the system comprising:

a database configured to receive one or more medical images from at
least one modality;

an application server coupled to the database and configured to create
a timestamp *when the application server detects a change in the*
*database*, thereby initiating a timer,

wherein the *timer resets when the application server detects an*
*additional change in the database before a timeout interval*,
measured from the timestamp, elapses; and

-32-

**A 36**

wherein the timer times out when the application server detects no additional change in the database after the ***timeout interval***, measured from the timestamp, elapses; and

a production station coupled to the application server and configured to automatically produce an optical storage medium comprising one or more selected medical images from the database based on when the timer times out, wherein the medical image data is formatted in a standard medical imaging format used by a computer configured for viewing the medical image data.

The parties dispute the meaning of the phrase "wherein the timer resets when the application server detects an additional change in the database before a timeout interval." As with Claim 1, the parties' dispute is over the time and range of detection referred to by the "detects" step. Pacsgear's error lies in its conflation of the concepts of time and range of detection. The Court construes the disputed terms in Claim 8 in a manner consistent with its construction for Claim 1. Datcard proposes that the word "timer" refers to "a device which keeps track of time." It is not clear whether Pacsgear disputes this position. The Court does not need to construe claim language not in dispute.

Thus, consistent with its construction for Claim 1, the Court finds that the time of detection for the "detects" step is *after* the expiry of the timeout interval, whereas the range for detection is *before*.

//

//

//

-33-

**A 37**

## IV.   CONCLUSION

The Court adopts the constructions set forth in this opinion for the disputed

claim terms in this suit. The constructions shall govern all proceedings in this case.

| Search and Burn claims | Claim Construction |
|---|---|
| "related medical image data" ('164), "additional medical data . . . related to the patient" ('597), "related data" ('174) | Data that is: (1) formatted in a standard medical imaging format; and (2) related to the selected medical imaging data.<br><br>Such data types include images, patient demographics, and exam information such as patient name, age, exam number, exam modality, exam machine name, and exam date because all of the above are in the standard medical imaging format (in the header or the image).<br><br>Data types not formatted in the standard medical imaging format are outside the scope of these terms. |
| "database" ('164, '174, '597) | A structured set of data held in a computer. |
| "automatically" ('597, '174) | Performing the corresponding claim step without first asking for user selection or direction for the step. |
| Whether the claim elements "printing" and "affixing" the label must occur sequentially ('164) | No. |
| **HIPAA claims** | **Claim Construction** |
| "a computer-implemented interface configured to receive two or more requests for production of stored | A system configured to receive two or more requests. This claim does not refer to user action. |

| | |
|---|---|
| medical data related to the first patient" | |
| "an identification specific to the computer-readable medium" | A unique identification for each instance of the computer-readable medium (e.g. each CD). |
| **Timeout claims** | **Claim Construction** |
| "detecting whether a server has changed within a timeout period after receiving medical image data or related data" | Time of detection is *after* the timeout interval expires. The range of detection is *before*. The timeout period is a predefined period of time. For a fuller discussion of the concepts "time of detection" and "range of detection," refer to parts (a) and (b) of Section III.C.i. *Supra* at 27-31. |
| "wherein the timer resets when the application server detects an additional change in the database before a timeout interval." | Time of detection is *after* the timeout interval expires. The range of detection is *before*. The timeout interval is a predefined period of time. For a discussion of the concepts of "time of detection" and "range of detection," refer to parts (a) and (b) of Section III.C.i. *Supra* at 27-31. |
| "timer" | No construction necessary at this time given the absence of a dispute. |

IT IS SO ORDERED.

DATED: October 26, 2012

*Mariana R. Pfaelzer*
_____
Hon. Mariana R. Pfaelzer
United States District Judge

-35-

**A 39**

1

2

3

4

5

Link: 64

6    **UNITED STATES DISTRICT COURT**

7    **CENTRAL DISTRICT OF CALIFORNIA**

8    **WESTERN DIVISION**

9

| | |
|---|---|
| 10  DATCARD SYSTEMS, INC. | Case No. 8:10-cv-01288-MRP-VBK |
| 11      Plaintiff, | **Order Re DatCard Inc.'s Motion** |
| 12      v. | **for Summary Judgment of** |
| 13  PACSGEAR INC. | **Infringement of U.S. Patents** |
| 14      Defendant. | **7,783,174 and 7,734,157** |

15

16

17    **I.    INTRODUCTION**

18

19    DatCard Systems, Inc. ("DatCard") has sued Pacsgear, Inc. ("Pacsgear") for

20    patent infringement. The asserted patents are U.S. Patent Nos. 7,183,174 (filed Jun.

21    12, 2009) ("the '174 patent") and 7,734,157 (filed Jun. 24, 2009) ("the '157

22    patent"). The patents generally relate to technology for transmitting medical

23    images (like MRI images) to compact discs ("CDs"). DatCard moves for summary

24

25    judgment of infringement. The accused product is Pacsgear's "MediaWriter."

26    DatCard argues that Pacsgear's customers directly infringe Claims 1-4 and 7 of the

27

28    '174 patent and that Pacsgear itself indirectly infringes under a theory of

-1-

contributory infringement. As to the '157 patent, DatCard argues that Pacsgear

directly infringes Claims 7 and 12. For the reasons provided below, the Court

denies DatCard's motion of summary judgment of infringement for the '174

patent. The Court grants DatCard's motion for summary judgment of infringement

for the '157 patent as to certain versions of MediaWriter (versions 4.0 and earlier)

but denies the motion as to versions 4.0.1 and beyond.

## II.    LEGAL PRINCIPLES

### A. Summary Judgment

The Court shall grant summary judgment if: (1) the movant shows that there is

no genuine dispute as to any material fact; and (2) the movant is entitled to

judgment as a matter of law. Fed. Rule Civ. Proc. 56(c); *see Celotex Corp. v.*

*Catrett*, 477 U.S. 317, 322 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242

(1986). The Court must: (1) identify material facts by reference to the governing

substantive law, *Anderson*, 477 U.S. at 248; (2) disregard irrelevant or unnecessary

factual disputes, *id.*; and (3) view facts and draw reasonable inferences in favor of

the nonmoving party, *Scott v. Harris*, 550 U.S. 372 (2007).

### B. Infringement

Determining patent infringement is a two-step process. *Hearing Components,*

*Inc. v. Shure Inc.*, 600 F.3d 1357, 1370 (Fed. Cir. 2010). First, the asserted patent

claim must be construed as a matter of law. *Id.* Second, the properly construed

-2-

**A 62**

claims must be compared to the accused product. *Id.* "An infringement issue is properly decided upon summary judgment when no reasonable jury could find every limitation recited in the properly construed claim is or is not found in the accused device either literally or under the doctrine of equivalents."*Gart v. Logitech, Inc.*, 254 F.3d 1334, 1339 (Fed. Cir. 2001).

## III.    ANALYSIS

### A. The Court Denies DatCard's Motion for Summary Judgment of Infringement for the '174 Patent

Claim 1 of the '174 patent is a system claim. *Id.* at col. 9 II. 25-47. One of the claim elements is "a search module configured to ***automatically*** search the database for ***related data*** based on the user selection . . . ." *Id.* at col. 9 II. 35-36 (emphasis added). The Court has previously issued a Claim Construction order in this case. ECF No. 135. Pursuant to that Order, "automatically" means "without user selection or direction," whereas "related data" refers to "[d]ata that is: (1) formatted in a standard medical imaging format; and (2) related to the selected medical imaging data." *Id.* at 34.

The MediaWriter's search module is configured to search for diagnostic reports such as "HL7" reports. *See* Mot. at 14 (citing Ex. 2 at 34:8-35:3, 38:25-39:12, Ex. 23 at 58). These reports are stored in textual format – not in any standard medical imaging format. *See* Mot. at 14 (referring to diagnostic reports prepared by

-3-

radiologists as "textual reports"). On this ground alone, DatCard fails to establish

its entitlement to summary judgment of infringement.

Furthermore, DatCard argues, "Specifically, *when the 'Include Reports'*

*button is selected*, a Media Writer uses a unique identification number associated

with the selected medical image data to search the local drive for related reports

with a matching identification number." *Id.* (citing Ex. 2 at 34:8-35:3, 38:25-39:12,

Ex 23 at 58) (emphasis added). But the Court has construed "automatically" to

mean "*without* user selection or direction." ECF No. 135 at 34. By conceding that

the MediaWriter's search module solicits user selection of the "Include Reports"

button, DatCard undercuts its own argument. On this separate ground alone,

DatCard fails to establish its entitlement to summary judgment of infringement.

Given the missing claim limitations in the accused product, the MediaWriter,

DatCard is not entitled to summary judgment of infringement as a matter of law.

Consequently, the Court denies DatCard's motion of summary judgment of

infringement as to Claims 1-4 and 7 of the '174 patent with respect to Pacsgear's

MediaWriter product.

**B. The Court Denies in Part and Grants in Part DatCard's Motion for Summary Judgment of Infringement as to the '157 Patent**

In its motion for summary judgment of infringement, DatCard argues that the

accused product, Pacsgear's MediaWriter, satisfies each element of claims 7 and

12 of the '157 patent. Both claims require "a system . . . comprising . . . an image

-4-

**A 64**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

production module that is configured . . . to automatically transmit . . . audit data . . . wherein the audit data comprises at least ***an identification specific to the computer-readable medium*** . . . ." '157 at col. 10 ll. 12-34, 50 (emphasis added). The Court has previously construed "an identification specific to the computer-readable medium" to mean "[a] unique identification for each instance of the computer-readable medium (e.g. each CD)." ECF No. 145 at 35.

Certain versions of MediaWriter (versions 4.0.1 and later) lack a unique identification for each instance of the computer-readable medium, e.g., each CD. These MediaWriter versions feature an identification called "Job ID." But "Job ID" is not unique to each CD. Consequently, DatCard is not entitled to summary judgment of infringement as to MediaWriter versions 4.0.1 and beyond. Other versions of MediaWriter (versions 4.0 and earlier) feature an identification called "disc ID." Disc IDs are unique for each CD and therefore constitute "an identification specific to the computer-readable medium." Pacsgear does not dispute that the disc ID satisfies the appropriate construction of this limitation. Opp. at 19 n.13.

"Whenever a patentee with the burden of proof seeks summary judgment of infringement, it must make a prima facie showing of infringement as to each accused device before the burden shifts to the accused infringer to offer contrary evidence." *L & W, Inc. v. Shertech, Inc.*, 471 F.3d 1311, 1318 (Fed. Cir. 2006). No

-5-

**A 65**

genuine issues of material fact remain as to all other claim limitations for Claims 7 and 12 of the '157 patent with respect to versions 4.0 and earlier of MediaWriter featuring disc IDs. *See* Mot. at 17-25. Because the Court finds that DatCard has made its prima facie showing of infringement, the burden shifts to Pacsgear to offer contrary evidence – which Pacsgear has failed to do.

Consequently, DatCard has proven by a preponderance of the evidence that each claim limitation of Claims 7 and 12 of the '157 patent is found in MediaWriter versions 4.0 and earlier. Thus, DatCard is entitled to summary judgment of infringement of Claims 7 and 12 of the '157 patent with respect to MediaWriter versions 4.0 and earlier. The Court notes that it has decided, in a separate order, that Claims 7 and 12 of the '157 patent are obvious. See ECF No. 74 (Pacsgear's motion for summary judgment of obviousness-based invalidity).

//

//

//

//

//

//

//

//

-6-

**A 66**

## IV.    CONCLUSION

The Court denies DatCard's motion of summary judgment of infringement as to Claims 1-4 and 7 of the '174 patent with respect to Pacsgear's MediaWriter product. The Court denies DatCard's motion for summary judgment of infringement as to Claims 7 and 12 of the '157 patent with respect to certain versions of the MediaWriter (versions 4.0.1 and later). The Court grants DatCard's motion for summary judgment of infringement as to Claims 7 and 12 of the '157 patent with respect to other versions of the MediaWriter (versions 4.0 and earlier). But Claims 7 and 12 are invalid for obviousness. *See* ECF No. 74 (order pending).

**IT IS SO ORDERED.**

DATED: April 01, 2013        _____

Hon. Mariana R. Pfaelzer
*United States District Judge*

-7-

**A 67**

Link: 68

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation<br><br>       Plaintiff,<br><br>     v.<br><br><br>PACSGEAR, INC., a California corporation<br><br>       Defendant. | Case No. CV-10-01288-MRP<br><br>**Order Granting Pacsgear Inc.'s Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents** |

**I.    Introduction**

DatCard Systems, Inc. ("DatCard") has sued Pacsgear, Inc. ("Pacsgear") for patent infringement. The asserted patents relate to technology for searching and burning medical images. They are U.S. Patent Nos. 7,302,164 ("the '164 patent"), 7,729,597 ("the '597 patent"), and 7,783,174 ("the '174 patent") (collectively the "Search/Burn patents"). Pacsgear seeks summary judgment of non-infringement with respect to Claims 9-13, 15-17, and 21 of the '164 patent, Claims 1 and 6 of

**A 81**

the '597 patent, and Claims 1-5, 7-10, and 13 of the '174 patent. For the reasons

provided below, the Court grants Pacsgear's motion.

## II.    Legal Principles

### A. Summary Judgment

The Court shall grant summary judgment if: (1) the movant shows that there is

no genuine dispute as to any material fact; and (2) the movant is entitled to

judgment as a matter of law. Fed. R. Civ. P. 56(c); *see Celotex Corp. v. Catrett*,

477 U.S. 317, 322 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986).

The Court must: (1) identify material facts by reference to the governing

substantive law, *Anderson*, 477 U.S. at 248; (2) disregard irrelevant or unnecessary

factual disputes, *id.*; and (3) view facts and draw reasonable inferences in favor of

the nonmoving party, *Scott v. Harris*, 550 U.S. 372 (2007).

The Court cannot grant summary judgment if the dispute about a material fact is

such that a reasonable jury could return a verdict for the nonmoving party. *Id.*

Faced with a properly supported summary judgment motion, the nonmoving party

may not rest upon mere allegations or denials of its pleading but must set forth

specific facts showing a genuine issue for trial. *Id.* "Where the record taken as a

whole could not lead a rational trier of fact to find for the nonmoving party, there is

no genuine issue for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475

U.S. 574, 587 (1986).

**B. Non-Infringement**

"Summary judgment of non-infringement requires a two-step analytical approach. First, the claims of the patent must be construed to determine their scope. Second, a determination must be made as to whether the properly construed claims read on the accused device." *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1304 (Fed. Cir. 1999). "[S]ummary judgment of non-infringement can only be granted if, after viewing the alleged facts in the light most favorable to the non-movant, there is no genuine issue whether the accused device is encompassed by the claims." *Id.*

### III.    Discussion

System claims 9-13, 15-17, and 21 of the '164 patent require a search for "***related medical image data***." Claims 1 and 6 of the '597 patent require a search for "***additional medical data***" related to the patient. Finally, claims 1-5, 7-10, and 13 of the '174 patent require searching for "***related data***." On October 26, 2012, the Court issued a Claim Construction Order in this matter. Doc. 145. The Court construed "related medial image data" ('164), "additional medical data . . . related to the patient" ('597), and "related data" ('174) as "[d]ata that is: (1) formatted in a standard medical imaging format, and (2) related to the selected medical imaging data." *Id.* at 34. "Such data types," the Court noted, "include images, patient demographics, and exam information such as patient name, age, exam number,

-3-

**A 83**

exam modality, exam machine name, and exam date because all of the above are in the standard medical imaging format (in the header or the image). Data types not formatted in the standard medical imaging format are outside the scope of these terms." *Id.*

Starting with version 3.0, the MediaWriter's search module began including diagnostic reports related to selected images. Ex. 258, Cavanaugh Dec., ¶¶2-17. These reports are not formatted in any standard medical imaging format. They are merely textual data. *See* Opp. at 4 (describing diagnostic reports as "textual data"). As such, they fall outside the scope of the asserted claims. The MediaWriter does not search for any other data formatted in a standard medical imaging format. The end result of executing a MediaWriter search is not substantially the same as the end result of the search module claimed in the patents. The MediaWriter search procures data in a textual format. The claimed search modules are directed to procuring related data in a standard medical imaging format. On the facts presented, no reasonable jury could deem textual data as equivalent to data formatted in a standard medical imaging format.

### IV.    Conclusion

The MediaWriter searches for diagnostic reports. These reports are stored in a textual format – not a standard medical imaging format. In light of the specification, the Court has construed the terms "related medical image data"

-4-

**A 84**

('164, Cls. 9-13, 15-17, 21), "additional medical data related to the patient ('597, Cls. 1, 6), or "related data" ('174 Cls. 1-5, 7-10, and 13) as limited to data in a standard medical imaging format because that is what the patentee disclosed as the invention. The patentee should get what he disclosed. No reasonable jury could find infringement here (either literal or under the doctrine of equivalents). Consequently, the Court grants Pacsgear's motion for summary judgment that the MediaWriter does not infringe, either literally or under the doctrine of equivalents, Claims 9-13, 15-17, and 21 of the '164 patent, Claims 1 and 6 of the '597 patent, and Claims 1-5, 7-10, and 13 of the '174 patent.

**IT IS SO ORDERED.**

DATED: April 01, 2013

_Mariana R. Pfaelzer_
_____
Hon. Mariana R. Pfaelzer
United States District Judge

**A 85**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**August 19, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *7,302,164*
ISSUE DATE:  *November 27, 2007*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P.  SWAIN
Certifying Officer



US007302164B2

(12) **United States Patent**
Wright et al.

(10) Patent No.: **US 7,302,164 B2**
(45) Date of Patent: **Nov. 27, 2007**

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 945 days.

(21) Appl. No.: **09/761,795**

(22) Filed: **Jan. 17, 2001**

(65) **Prior Publication Data**

US 2002/0048222 A1    Apr. 25, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) Int. Cl.
*H04N 5/91*    (2006.01)

(52) U.S. Cl. .......................... **386/95**; 386/112; 386/126

(58) Field of Classification Search .................. 386/46, 386/95, 125, 126; 600/407; 709/219; 705/2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A    1/1985    Pritchard

(Continued)

FOREIGN PATENT DOCUMENTS

DE    198 02 572 A 1    8/1999

(Continued)

OTHER PUBLICATIONS

XP-000914152 Haufe, et al., PACS at Work: A Multimedia E-Mail Tool for the Inegration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology (1996).

(Continued)

*Primary Examiner*—Huy Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens Olson & Bear LLP

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**27 Claims, 5 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,852,570 A | 8/1989 | Levine |
| 4,860,112 A | 8/1989 | Nichols et al. |
| 4,874,935 A | 10/1989 | Younger |
| 4,945,410 A | 7/1990 | Walling |
| 4,958,283 A | 9/1990 | Tawara et al. |
| 5,002,062 A | 3/1991 | Suzuki |
| 5,005,126 A | 4/1991 | Haskin |
| 5,019,975 A | 5/1991 | Mukai |
| 5,208,802 A | 5/1993 | Suzuki et al. |
| 5,235,510 A | 8/1993 | Yamada et al. |
| 5,272,625 A | 12/1993 | Nishihara et al. |
| 5,291,399 A | 3/1994 | Chaco |
| 5,321,520 A | 6/1994 | Inga et al. |
| 5,321,681 A | 6/1994 | Ramsay et al. |
| 5,384,643 A | 1/1995 | Inga et al. |
| 5,410,676 A | 4/1995 | Huang et al. |
| 5,416,602 A | 5/1995 | Inga et al. |
| 5,451,763 A | 9/1995 | Pickett et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. |
| 5,499,293 A | 3/1996 | Behram et al. |
| 5,513,101 A | 4/1996 | Pinsky et al. |
| 5,531,227 A | 7/1996 | Schneider |
| 5,542,768 A | 8/1996 | Rother et al. |
| 5,544,649 A | 8/1996 | David et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. |
| 5,597,182 A | 1/1997 | Reber et al. |
| 5,597,995 A | 1/1997 | Williams et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. |
| 5,659,741 A | 8/1997 | Eberhardt |
| 5,671,353 A | 9/1997 | Tian et al. |
| 5,687,717 A | 11/1997 | Halpern et al. |
| 5,724,582 A | 3/1998 | Pelanek et al. |
| 5,734,629 A | 3/1998 | Lee et al. |
| 5,734,915 A | 3/1998 | Roewer |
| 5,763,862 A | 6/1998 | Jachimowicz et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. |
| 5,822,544 A | 10/1998 | Chaco et al. |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. |
| 5,832,488 A | 11/1998 | Eberhardt |
| 5,848,198 A | 12/1998 | Penn |
| 5,859,628 A | 1/1999 | Ross et al. |
| 5,867,795 A | 2/1999 | Novis et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. |
| 5,869,163 A | 2/1999 | Smith et al. |
| 5,873,824 A | 2/1999 | Doi et al. |
| 5,882,555 A | 3/1999 | Rohde et al. |
| 5,884,271 A | 3/1999 | Pitroda |
| 5,899,998 A | 5/1999 | McGauley et al. |
| 5,909,551 A * | 6/1999 | Tahara et al. ............... 709/231 |
| 5,911,687 A | 6/1999 | Sato et al. |
| 5,914,918 A | 6/1999 | Lee et al. |
| 5,924,074 A | 7/1999 | Evans |
| 5,942,165 A | 8/1999 | Sabatini |
| 5,946,276 A | 8/1999 | Ridges et al. |
| 5,950,207 A | 9/1999 | Mortimore et al. |
| 5,982,736 A | 11/1999 | Pierson |
| 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,995,345 A | 11/1999 | Overbo |
| 5,995,965 A | 11/1999 | Experton |
| 6,006,191 A | 12/1999 | DiRienzo |
| 6,021,404 A | 2/2000 | Moukheibir |
| 6,022,315 A | 2/2000 | Iliff |
| 6,032,120 A | 2/2000 | Rock et al. |
| 6,041,703 A | 3/2000 | Salisbury et al. |
| 6,063,030 A | 5/2000 | Vara et al. |
| 6,067,075 A | 5/2000 | Pelanek |
| 6,241,668 B1 | 6/2001 | Herzog |
| 6,260,021 B1 * | 7/2001 | Wong et al. ................... 705/2 |
| 6,272,470 B1 | 8/2001 | Teshima |
| 6,363,392 B1 | 3/2002 | Halstead et al. |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 6,415,295 B1 | 7/2002 | Feinberg |
| 6,564,256 B1 * | 5/2003 | Tanaka ....................... 709/219 |
| 6,671,714 B1 | 12/2003 | Weyer et al. |
| 6,954,802 B2 * | 10/2005 | Sutherland et al. ........... 710/5 |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2004/0078236 A1* | 4/2004 | Stoodley et al. ............... 705/2 |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A2 | 6/1997 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2096440 | 10/1982 |

### OTHER PUBLICATIONS

Terry May, "Medical Information Security: The Evolving Challenge", © 1998, IEEE pp. 85-92.

Ted Cooper, "Kaiser Permanente Anticipates High Cost as it Gears up for HIPPA", IT health Care Strategist, vol. l, No. 10, Oct. 1999, p. 4.

Medical Imaging Magazine, Jan. 2000. Product Showcase, Automated Dicom Exchange Station. 1 page.

Dimitroff D C et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software And Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. CONF. 14, 1990, pp. 82-87.

Kleinholz L et al: "Multimedia and PACS, Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

\* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**A 108**



*FIG. 1*

120

| IMAGE INPUT DEVICES / FIELDS | AUTO-PRODUCE 1 | TARGET PRODUCTION STATION | RELATED DATA STORAGE |
|---|---|---|---|
| | 250 | 252 | 254 |
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

FIG. 2

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 110



FIG. 3



*FIG. 4*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG. 5*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

1

# SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA

## CROSS REFERENCE TO RELATED APPLICATIONS

This non-provisional application claims priority date from the provisional patent application Ser. No. 60/181,985, titled "Medical Information System" and filed Feb. 11, 2000.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

### 2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

## SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are related to the selected medical image data, and recording related image data to portable digital recording medium.

US 7,302,164 B2

3

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan machines 208 and ultrasound machines 210 and

4

stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital record-

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

5 6

ing medium. Its "target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" filed 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252

of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

7 | 8

The target production station **300A**, **300B** or **300C** produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server **110** in step **142**. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server **110**. The application server **110** waits for this signal in step **146**.

Still referring to FIG. 3, in step **148**, the application server **110** updates the audit records in the production history database **116** that were created in step **144**. For each CD produced, the application **110** server updates the date and time of production for that CD's audit record. The application server **110** also updates the status value for that CD's audit storage record from "processing" to "successful". The application server **110** then continues monitoring the image server database **202** as in step **122**.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server **110**. A user, typically a physician or physician's assistant, accesses the application server database **114** from a browsing terminal **400A**, **400B** or **400C** connected to a network **600**. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server **110**, in step **150**. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server **110**. The application server **110** prompts the user to enter a password or an identification name coupled with a password, in step **152**. The application server **110** checks if the entered identification/password is authorized in step **154**. If the entered identification/password is not authorized the user is returned to step **152** to re-enter the identification/password, or disconnected from the application server **110**. If the entered identification/password is authorized then the user is allowed access to the application server database **114** and the application server **110** proceeds to step **156**.

Still referring to FIG. 4, in step **156** the user is prompted to select a patient from a list of patients with exam images in the application server database **114**. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step **158**. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step **160** whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step **156** to select another patient. If the user answers "no", the user proceeds to step **162**.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database **114**.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations **300A**, **300B** and **300C** in step **162**. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the

application server **110**, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step **164**, the application server **110** sends a copy of the image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program **112**, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station **300A**, **300B** or **300C** then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database **114** not from a browsing terminal **400A**, **400B** or **400C**, but directly from the display terminal **118**. In this embodiment the user directly proceeds from step **152**. In this embodiment the user is typically a programmer or operator of the image production system **100**.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server **110**, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server **110** from a browsing terminal **400A**, **400B** or **400C** in step **170**. The user enters identification information and a password in step **172**. Step **174** determines whether the user is authorized to access the application server database **114**. If authorized, the user is prompted to select a patient in step **176**, and selects exams of the selected patient in step **178**. The user is then asked in step **180** if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server **110** then searches for related data. The application server **110** finds the image input device profile table **120** profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field **254**, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server **110** automatically searches for related data without asking for user direction. In this embodiment, the application server **110** alerts the user if related data are found. In one embodiment, the application server **110** also searches the application server database **114** for related medial image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step **184**. In another embodiment, all found related data are automatically selected by the application server **110** for production, without prompting for user selection.

The user is then prompted to select another patient in step **186**. After the user has completed selecting all patients, the user is prompted to select a CD production station **300A**, **300B** or **300C** in step **188**. The user is also prompted to enter additional label text. In step **190**, the application server **110** then sends a copy of the original and selected related data, along with a copy of the viewing program **112**, a number indicating the number of copies to be produced, additional

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 117

US 7,302,164 B2

| 9 | 10 |

label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application server 110 erases data in the new data database. The storage data database stores all data that has ever been received from the image server database 202. In the processes described by FIG. 4 and FIG. 5, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A system for selecting and automatically recording medical image data onto a data storage medium, the system being connected to a medical image server, the system comprising:

an application server;

a plurality of production stations;

a plurality of browsing terminals;

a network connecting the application server, the plurality of production stations and the plurality of browsing terminals, wherein the application server is configured to receive medical image data from the medical image server, the medical images received being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images, the application server further comprising:

a selection module configured to allow a user to select selected medical image data via at least one of (a) a selected one of the plurality of browsing terminals and (b) the application server,

a search module configured to automatically search the medical image server for related medical image data that is related to the selected medical image data,

a configuration data module configured to allow a user to input identifying information relating to the selected medical image data,

a production station selection module configured to allow a user to select one of the plurality of production stations, wherein the selected production station is configured to receive the selected medical image data and the related medical image data to produce a data storage medium that has recorded on it the selected and the related medical image data, the

selected medical image data being recorded on the data storage medium in the standard medical imaging format, and

an audit module configured to automatically provide an auditable trail of the selected medical image data;

a viewing program for the standard medical imaging format that is recorded on the data storage medium, and that is configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images; and

a label automatically printed and applied to the data storage medium at the production station, the label containing the identifying information.

2. The system of claim 1, wherein the data storage medium is an optical disk.

3. The system of claim 1, wherein the auditable trail of the selected medical image data includes a record of when the selected medical image data and the related medical image data were recorded onto the data storage medium.

4. The system of claim 1, wherein the medical image server is configured to provide medical image data to the application server in response to generation of medical image data by an imaging modality coupled to the medical image server.

5. The system of claim 4, wherein the imaging modality is an image scanner configured to generate medical image data in a DICOM-compatible format from a film.

6. The system of claim 1, wherein the application server further comprises a user authentication module configured to authenticate a user's identification before the user is allowed to access the selection module.

7. The system of claim 1, wherein the application server further includes a database configured to store medical image data received from the medical image server.

8. The system of claim 7, wherein the selection module is further configured to provide the user with a listing of patients having medical image data stored in the database.

9. A system comprising:

a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

a database configured to store medical image data generated by the plurality of imaging modalities;

a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

a search module configured to search the database for related medical image data that is related to the selected medical image data; and

a production station that is configured to record all of the following onto a data storage medium:

the selected medical image data, recorded in the standard medical imaging format,

the related medical image data, recorded in the standard medical imaging format, and

a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

US 7,302,164 B2

**11**

10. The system of claim 9, further comprising a configuration data module configured to allow a user to input identifying information relating to the selected medical image data.

11. The system of claim 10, wherein the production station is further configured to print and apply a label to the data storage medium, the label containing the identifying information.

12. The system of claim 9, further comprising an audit module that is configured to automatically provide an auditable trail of the selected medical image data.

13. The system of claim 12, wherein the auditable trail of the selected medical image data includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

14. The system of claim 12, wherein the auditable trail of the selected medical image data includes identifying information corresponding to the production station used to record the selected medial image data and the related medical image data onto the data storage medium.

15. The system of claim 9, wherein the data storage medium is an optical disk.

16. A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:

receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

storing the received medical image data in a database;

providing a user interface configured to receive a user selection that defines selected medical image data;

searching the database for related medical image data that is related to the selected medical image data;

recording the selected medical image data and the related medical image data onto a data storage medium using a production station, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;

recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images;

printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and

affixing the label to the data storage medium using the production station.

17. The method of claim 16, further comprising generating an auditable trail of the selected medical image data, wherein the auditable trail includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

18. The method of claim 16, wherein the user interface is further configured to collect the identifying information from the user.

19. The method of claim 16, further comprising providing, via the user interface, a list of patients having medical image data stored in the database.

**12**

20. The method of claim 16, wherein the plurality of imaging modalities includes an image scanner configured to generate medical image data in a DICOM-compatible format from a film.

21. The method of claim 16, wherein the data storage medium is an optical disk.

22. The method of claim 16, wherein recording the selected medical image data and the related medical image data further comprising selecting a selected production station from a plurality of production stations that are connected to the database via a computer network.

23. A system comprising:

an application server configured to receive medical image data from a medical image server, wherein the medical image data is received in a standard medical imaging format used by specialized computers configured for viewing medical images;

a plurality of production stations;

a plurality of browsing terminals; and

a network connecting the application server, the plurality of production stations and the plurality of browsing terminals;

wherein the application server comprises:

a selection module configured to allow a user to select selected medical image data via a user interface,

a search module configured to search the medical image server for related medical image data that is related to the selected medical image data, and

a production station selection module configured to allow a user to select one of the plurality of production stations, wherein the selected production station is configured to (a) receive the selected medical image data and the related medical image data, (b) produce a data storage medium that has recorded thereon in the standard medical imaging format the selected medical image data and the related medical image data, and (c) also record onto the data storage medium a viewing program for the standard medical imaging format that is configured to allow viewing of the selected medical image data and the related medical image data on widely accessible computers with standard medical imaging software for viewing medical images.

24. The system of claim 23, wherein the selection module is configured to allow the user to select selected medical image data using a selected one of the plurality of production stations or a selected one of the plurality of browsing terminals.

25. The system of claim 23, wherein the application server further comprises a configuration data module configured to allow the user to input identifying information relating to the selected medical imaging data.

26. The system of claim 25, further comprising a label applied to the data storage medium, the label containing the identifying information.

27. The system of claim 23, wherein the application server further comprises an audit module configured to provide an auditable trail of the selected medical image data.

* * * * *

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

Page 1 of 1

PATENT NO.          : 7,302,164 C1
APPLICATION NO.     : 90/009347
DATED               : January 4, 2011
INVENTOR(S)         : Ken Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Column 1, Line 40, in Claim 9, after "portable" insert --digital--.

In Column 1, Line 40, in Claim 9, delete "medium" and insert --[medium] *device that is removable from the production station*--.

In Column 1, Line 47, in Claim 9, delete "medium" and insert -- [medium] *device*--.

In Column 1, Line 67, in Claim 15, delete ":" and insert -- ; --.

In Column 2, Line 27, in Claim 16, delete "portable" and insert --*portable, digital*--.

In Column 2, Line 28, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 30, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 32, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 34, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 40, in Claim 16, after "data;" delete "and" and insert --[and]--.

In Column 2, Line 41, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 42, in Claim 16, delete "production station." and insert --production station*; removing the data storage device from the production station.*--.

Signed and Sealed this
Nineteenth Day of April, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



US007302164C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (7967th)

# United States Patent
Wright et al.

(10) **Number:**  US 7,302,164 C1
(45) **Certificate Issued:**  Jan. 4, 2011

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Newport Beach, CA (US)

**Reexamination Request:**
No. 90/009,347, Nov. 26, 2008

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **7,302,164** |
| Issued: | **Nov. 27, 2007** |
| Appl. No.: | **09/761,795** |
| Filed: | **Jan. 17, 2001** |

### Related U.S. Application Data

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
*H04N 5/91* (2006.01)

(52) **U.S. Cl.** ............................ **386/95**; 386/112; 386/126

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,491,725 A | 1/1985 | Pritchard |
| 4,736,256 A | 4/1988 | Ichikawa |
| 4,768,099 A | 8/1988 | Mukai |
| 4,852,570 A | 8/1989 | Levine |
| 4,860,112 A | 8/1989 | Nichols et al. |
| 4,874,935 A | 10/1989 | Younger |
| 4,945,410 A | 7/1990 | Walling |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2322191 | 4/2000 |

| | | |
|---|---|---|
| DE | 198 02 572 A1 | 8/1999 |
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A3 | 3/1999 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2 096 440 A | 10/1982 |
| JP | 04-177473 A | 6/1992 |
| JP | 06-261892 A | 9/1994 |
| WO | WO 97/22297 | 6/1997 |
| WO | WO 00/02202 | 1/2000 |
| WO | WO 00/1925416 | 4/2000 |

OTHER PUBLICATIONS

"Med–volviz–faq–2000–01," dated Jan. 2000.
"Med–volviz–faq–98–11," dated Nov. 1998.

(Continued)

*Primary Examiner*—Sam Rimell

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.



**US 7,302,164 C1**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,958,283 A | 9/1990 | Tawara et al. |
| 5,002,062 A | 3/1991 | Suzuki |
| 5,005,126 A | 4/1991 | Haskin |
| 5,019,975 A | 5/1991 | Mukai |
| 5,208,802 A | 5/1993 | Suzuki et al. |
| 5,235,510 A | 8/1993 | Yamada et al. |
| 5,272,625 A | 12/1993 | Nishihara |
| 5,291,399 A | 3/1994 | Chaco |
| 5,317,337 A | 5/1994 | Ewaldt |
| 5,319,543 A | 6/1994 | Wilhelm |
| 5,321,681 A | 6/1994 | Ramsay et al. |
| 5,384,643 A | 1/1995 | Inga et al. |
| 5,410,676 A | 4/1995 | Huang et al. |
| 5,451,763 A | 9/1995 | Pickett et al. |
| 5,452,416 A | 9/1995 | Hilton et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. |
| 5,499,293 A | 3/1996 | Behram et al. |
| 5,502,726 A | 3/1996 | Fischer |
| 5,513,101 A | 4/1996 | Pinsky et al. |
| 5,518,325 A | 5/1996 | Kahle |
| 5,531,227 A | 7/1996 | Schneider |
| 5,542,768 A | 8/1996 | Rother |
| 5,544,649 A | 8/1996 | David et al. |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. |
| 5,581,460 A | 12/1996 | Kotake et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. |
| 5,592,511 A | 1/1997 | Schoen et al. |
| 5,597,182 A | 1/1997 | Reber et al. |
| 5,597,995 A | 1/1997 | Williams et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. |
| 5,633,839 A | 5/1997 | Alexander et al. |
| 5,634,053 A | 5/1997 | Noble et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. |
| 5,659,741 A | 8/1997 | Eberhardt |
| 5,668,998 A | 9/1997 | Mason et al. |
| 5,671,353 A | 9/1997 | Tian et al. |
| 5,687,717 A | 11/1997 | Halpern et al. |
| 5,717,841 A | 2/1998 | Farrell et al. |
| 5,721,891 A | 2/1998 | Murray |
| 5,724,582 A | 3/1998 | Pelanek et al. |
| 5,734,629 A | 3/1998 | Lee et al. |
| 5,734,915 A | 3/1998 | Roewer |
| 5,740,134 A | 4/1998 | Peterson |
| 5,763,862 A | 6/1998 | Jachimowicz et al. |
| 5,781,221 A | 7/1998 | Wen et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. |
| 5,822,544 A | 10/1998 | Chaco et al. |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. |
| 5,832,488 A | 11/1998 | Eberhardt |
| 5,848,198 A | 12/1998 | Penn |
| 5,859,628 A | 1/1999 | Ross et al. |
| 5,867,795 A | 2/1999 | Novis et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. |
| 5,869,163 A | 2/1999 | Smith et al. |
| 5,873,824 A | 2/1999 | Doi et al. |
| 5,882,555 A | 3/1999 | Rohde et al. |
| 5,884,271 A | 3/1999 | Pitroda |
| 5,899,998 A | 5/1999 | McGauley et al. |
| 5,909,551 A | 6/1999 | Tahara et al. |
| 5,911,687 A | 6/1999 | Sato et al. |
| 5,914,918 A | 6/1999 | Lee et al. |
| 5,920,317 A | 7/1999 | McDonald |
| 5,924,074 A | 7/1999 | Evans |
| 5,942,165 A | 8/1999 | Sabatini |
| 5,946,216 A | 8/1999 | Hollerich |
| 5,946,276 A | 8/1999 | Ridges et al. |
| 5,949,491 A | 9/1999 | Callahan et al. |
| 5,950,207 A | 9/1999 | Mortimore et al. |
| 5,951,819 A | 9/1999 | Hummell et al. |

| | | |
|---|---|---|
| 5,974,004 A | 10/1999 | Dockes et al. |
| 5,974,201 A | 10/1999 | Chang et al. |
| 5,982,736 A | 11/1999 | Pierson |
| 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,995,345 A | 11/1999 | Overbo |
| 5,995,965 A | 11/1999 | Experton |
| 6,006,191 A | 12/1999 | DiRienzo |
| 6,021,404 A | 2/2000 | Moukheibir |
| 6,022,315 A | 2/2000 | Iliff |
| 6,032,120 A | 2/2000 | Rock et al. |
| 6,041,703 A | 3/2000 | Salisbury |
| 6,063,030 A | 5/2000 | Vara et al. |
| 6,067,075 A | 5/2000 | Pelanek |
| 6,115,486 A | 9/2000 | Cantoni |
| 6,137,527 A | 10/2000 | Abdel-Malek et al. |
| 6,149,440 A | 11/2000 | Clark et al. |
| 6,157,914 A | 12/2000 | Seto et al. |
| 6,188,782 B1 | 2/2001 | Le Beux |
| 6,241,668 B1 | 6/2001 | Herzog |
| 6,260,021 B1 | 7/2001 | Wong |
| 6,272,470 B1 | 8/2001 | Teshima |
| 6,363,392 B1 | 3/2002 | Halstead et al. |
| 6,366,966 B1 | 4/2002 | Laney et al. |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 6,415,295 B1 | 7/2002 | Feinberg |
| 6,416,602 B1 | 7/2002 | Firatli |
| 6,454,705 B1 | 9/2002 | Cosentino et al. |
| 6,529,757 B1 | 3/2003 | Patel et al. |
| 6,564,256 B1 | 5/2003 | Tanaka |
| 6,564,336 B1 | 5/2003 | Majkowski |
| 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. |
| 6,574,742 B1 | 6/2003 | Jamroga et al. |
| 6,606,171 B1 | 8/2003 | Renk et al. |
| 6,615,192 B1 | 9/2003 | Tagawa et al. |
| 6,633,674 B1 | 10/2003 | Barnes et al. |
| 6,654,724 B1 | 11/2003 | Rubin et al. |
| 6,671,714 B1 | 12/2003 | Weyer et al. |
| 6,675,271 B1 | 1/2004 | Xu et al. |
| 6,678,703 B2 | 1/2004 | Rothschild et al. |
| 6,678,764 B2 | 1/2004 | Parvulescu et al. |
| 6,760,755 B1 | 7/2004 | Brackett |
| 6,847,933 B1 | 1/2005 | Hastings |
| 6,910,038 B1 | 6/2005 | James |
| 6,925,319 B2 | 8/2005 | McKinnon |
| 6,954,767 B1 | 10/2005 | Kanada |
| 6,954,802 B2 | 10/2005 | Sutherland et al. |
| 6,988,074 B2 | 1/2006 | Koritzinsky et al. |
| 7,006,881 B2 | 2/2006 | Hoffberg et al. |
| 7,020,651 B2 | 3/2006 | Ripley |
| 7,111,015 B2 | 9/2006 | Aoyama |
| 7,120,644 B1 | 10/2006 | Canessa et al. |
| 7,194,119 B2 | 3/2007 | Zahlmann et al. |
| 7,268,794 B2 | 9/2007 | Honda et al. |
| 7,302,164 B2 | 11/2007 | Wright et al. |
| 7,382,255 B2 | 6/2008 | Chung et al. |
| 7,395,215 B2 | 7/2008 | Grushka |
| 7,483,839 B2 | 1/2009 | Mayaud |
| 2001/0041991 A1 | 11/2001 | Segal et al. |
| 2001/0056359 A1 | 12/2001 | Abreu |
| 2002/0007287 A1 | 1/2002 | Straube et al. |
| 2002/0019751 A1 | 2/2002 | Rothschild et al. |
| 2002/0046061 A1 | 4/2002 | Wright et al. |
| 2002/0077861 A1 | 6/2002 | Hogan |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 2002/0133373 A1 | 9/2002 | Silva-Craig et al. |
| 2002/0138301 A1 | 9/2002 | Karras et al. |
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2003/0051144 A1 | 3/2003 | Williams |
| 2003/0200226 A1 | 10/2003 | Wells et al. |
| 2003/0208382 A1 | 11/2003 | Westfall |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 3

| | | |
|---|---|---|
| 2004/0078236 A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 A1 | 7/2005 | Swanson et al. |
| 2005/0197860 A1 | 9/2005 | Joffe et al. |
| 2005/0240445 A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 A1 | 3/2006 | Weiss et al. |
| 2006/0149601 A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 A1 | 7/2006 | Douglass et al. |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |
| 2007/0050216 A1 | 3/2007 | Wright et al. |
| 2008/0122878 A1 | 5/2008 | Keefe et al. |
| 2008/0172254 A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 A1 | 9/2008 | Courtney |
| 2009/0018871 A1 | 1/2009 | Essig et al. |
| 2009/0238540 A1 | 9/2009 | Wright et al. |
| 2009/0245754 A1 | 10/2009 | Wright et al. |
| 2009/0248750 A1 | 10/2009 | Wright et al. |
| 2009/0252479 A1 | 10/2009 | Wright et al. |
| 2009/0252480 A1 | 10/2009 | Wright et al. |

OTHER PUBLICATIONS

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.

"Algotec to Introduce New Communication Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/web/upload__files/New__Communications__ Tools,htm on Jan. 25, 2008].

Minutes, DICOM Standards Committee, Jan. 19–20, 1999.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/ 1998071 1040910/camtronics.com/cardiology/archium.htm, on Feb. 26, 2008].

"Image Workstation DICOM Conformance Statement," Camtronics Medical Systems, Copyright 1999.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/ nt.htm, on Feb. 26, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/ 19980711040447/camtronics.com/about.main.htm, on Feb. 26, 2008].

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/ 1998071 1041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life To Exixting Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD–R Exchange," dated Apr. 9, 1996 [Retrieved from http://web.archive.org/web/ 19980711041036/camtronics.com/news/news.htm, on Feb. 26, 2008].

"Antelope Valley Hospital Choosers Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

TREX Medical Corp. Form 10–K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar–online.com/1996/12/06/00/ 0001003539–96–000006/Section2.asp, on Feb. 20, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.mdeicalimaging.com/issues/articles/ 2000–03__10.asp?mode=print, on Feb. 22, 2008].

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for PACS Market Success," AuntMinnie.com, dated May 2, 2000 [Retrieved from http://www.auntminnie.com/print/ print.asp?sec=sup&sub=pac&pag=dis&ItemID=740&print-page=true, on Mar. 5, 2008].

Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http:// www.medicalimagingmag.com/issues/articles/2000–06__ 11.asp, on Jan. 25, 2008].

Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/ 19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].

Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.

Universal Manager Product Webpages, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/ web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Minutes, DICOM Standards Committee, Jun. 22–23, 1999.

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/ 2000–04__04.asp, on Mar. 3, 2008].

"DICOM Standards Committee: writeable CD–ROMs May Become Gold Standard of Image Exchange," Non–invasive Imaging, dated Feb. 1999.

Uwe Engelmann et al., "Borderless teleradiology with CHILI," Journal of Medical Internet Researc, dated Dec. 13, 1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Gary R. Conrad, "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115–119, Aug. 1997.

Ruediger Simon, "DICOM: State of the Standard in 1999."

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/19990417151512/ www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId= 1G1:17155094, on Mar. 5, 2008].

User's Guide for ImageAXS Pro–Med (Windows), Digital Arts & Sciences, Copyright 1998.

Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId= 1G1:54116212, on Mar. 5, 2008].

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 4

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD–RW Rewritability; Complete CD–R/CD–RW Solution Features Support for DVD Compatibility, UDF–Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8 Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1–19746834.html, on Feb. 14, 2008].

James L. Lear et al., "Redundant Array of Independent Disks: Practical On–Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37–38, Feb. 1996.

Amit Mehta et al., "Enhancing Availablty of the Electronic Image Record for Patients and Caregivers During Follow–Up Care," Journal of Digital Imaging, vol. 12, No. 2, pp. 78–80, May 1999.

Raffaele Noro et al., "Real–Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 116–121, Aug. 1997.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205–207, May 1999.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine–Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178–180, May 1999.

"Philips Introduces CD–Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

User Manual for Medimage: DICOM Archiving & Viewing Station, Vepro Computersyteme, dated May 9, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym_ws98/cover/cov_virtual05.html, on Feb. 10, 2008].

Mark Zaidel et al., "Interactive Web–Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203–204, May 1999.

E–mail Communication B. M. Smka, gastrobase II, 1 page, Feb. 23, 2008.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, 78, pp. 19–22, 1997.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Image: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13–17, 1996.

"Acuson Releases ViewPro–Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

Ricky K. Taira et al., "A Concept–Based Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25–36, Feb. 1996.

Bradley J. Erickson et al., "READS: A Radiology–Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67–69, Aug. 1997.

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS–NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's WEBCAST of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc_story.2htm, on Mar. 3, 2008].

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99–102, Aug. 1997.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192–194, May 1999.

E–mail Communication B. M. Smka, CD RS, 1 page, Feb. 23, 2008.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85–90, May 1994.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20–23, Aug. 1997.

Richard K. Wertz, "CD–ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376–3378, Dec. 26, 1986.

Jean–Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnls.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

"CD–Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

Armond L. Levy et al., "An Internet–Connected, Patient–Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231–237, Aug. 1997.

"TDK Introduces Medical CD–R Recording Station," Business Wire dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_mOEIN/is_Dec_1/ai_57876529/print, on Mar. 11, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.d-imag.com/webcast00/showArticle.ihtml?page=4.html on Mar. 5, 2008].

HIMSS.96—The 1996 Annual HIMSS Conference and Exhibition Disc, produced in Datcard v. Codonics Civil Action No. SACV 08–00063 AHS.

Product Showcase Webpage, Medical Imaging, Jan. 2000.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994–1997.

Company Overview Webpage, Trex Medical Corp., Copyright 2000–2008.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersyteme, dated Jun. 13, 1997.

CRS–PC / CRS–PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 124

**US 7,302,164 C1**

Page 5

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Tony Rickards, "What is DISC Birmingham 96!" Jul. 24, 1996.

"'Three–In–One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini–Archive," PRNewswire, Jun. 11, Copyright 1996–2008.

MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

SIENET Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002–2008.

Acom.Convert DICOM Conformance Statements, Siemens, dated Sep. 15, 1999.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

L. Verhoeven and E. G. Mast, "Coronary X–ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999–2003.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc. Copyright 2000–2007.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool For Endoscpic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communcations System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175–177, May 1999.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Meta Solutions, Inc., Meta Solutions, Inc. (1998).

Accusoft, High–Perfomance Medical Imaging Software (1997).

Merge Technologies Incorporated, Setting the Course for Electronic Image Management (Feb. 1998).

OTech, OTech News vol. 2, Iss. 2 (1997).

Applicare Medical Imaging B.V., The RadWorks Product Line Version 2.1 Product Catalog (Summer 1997).

Linda A. Keska, Letter re: Presentations (Oct. 1, 1999).

David Avrin, Radiology into the 21st Century: The Digital Department (Sep. 8, 1999).

Douglas M. Tucker, Archives (Sep. 1999).

Radiology Service Partners, LLC, Re–Engineering Radiology (1997).

Siemens Health Services, Sienet—DICOM Conformance Statement: MagicView 50 Versions VA10A, VA10B and VA10C Revision 2.0 (Nov. 13, 1997).

Siemens Medical Systems, Inc., PACS Planning & Integration Services (1998).

Siemens Medical Systems, Inc., Fast, secure, reliable Sienet Enterprise PACS (1998).

Siemens Medical Systems, Inc., MagicView 300 Enterprise–wide clinician viewing of images and reports (1998).

Siemens Medical Systems, Inc., MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences (1998).

Siemens Medical Systems, Inc. MagicView CT/MR (1999).

Camtronics Medical Systems, Service Manual Image Workstation Series (1999).

H.K. Huang, PACS: Basic Principles and Applications, Wiley, New York (1999).

The Imaging Resource, The Imaging Resource Digital Photography Newsletter, vol. 1, No. 3 (Oct. 22, 1999).

Philips Medical Systems, DICOM Conformance Statement—CD–Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).

Philips Medical Systems, 510(k) Summary (Sep. 23, 1999).

Daniel G. Schultz, Letter re: 510(k) Notification (Dec. 21, 1999).

Imaging Resource, Kodak Picture CD, http://www.imaging-resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Adobe Systems, Kodak Picture CD Reviewer's Guide.

Adobe, Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products (Jun. 17, 1999).

Sonya Donaldson, Kodak Picture CD—Software Review—Evaluation (Oct. 2000).

VEPRO Computersysteme GmbH, MedImage The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station, Software Vers. 4.42 (May 9, 1999).

VEPRO, Certificate for the Quality Assurance System (Feb. 12, 2004).

VEPRO Computersysteme, Email re: MedImage Cardio/Angio Viewings Station; MedImage Image Server; MedImage CD–ROM Jukebox Server; MedImage DICOM 3.0 Server Akquisition Station; Cardio—Viewing Station; MedImage Digital Filmrecording & CD–R Archiving Station Dec. 22, 1997.

VEPRO, 17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation (Feb.–Mar. 1998).

VEPRO Computersysteme GmbH, 510(K) Summary (Jun. 6, 1997).

Lillian Yin, Letter re: 510(k) Notification (Nov. 19, 1997).

U.S. Department of Health and Human Services, Food amd Drug Administration, Center for Devices and Radiological Health, Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices (Jul. 27, 2000).

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", Radiology (Jul. 1999).

K. Faulkner, "Book Review—PACS Basic Principles and Applications,", The British Journal of Radiology (Jul. 1999).

VEPRO Computersysteme GmbH, MedImage The Image Management System—DICOM Archiving & Viewing Station, Software Version 4.42 (Jan. 26, 2000).

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 C1
Page 6

VEPRO Computersysteme GmbH, *MedImage The Image Management System—Digital Film Recording Station, Software Version 4.40* (Oct. 28, 1999).

VEPRO, *Viewing Software Handbook Viewing Software Version 4.41* ( Oct. 7, 1998).

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS–1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS–1100AUTOTP* (Jul. 17, 2003).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

KBMC Productions, *CDRS–1100AUTOTP Operator's Manual* (2002).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.CONVERT DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOm Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

TREXnet HR Price Bok, dated 2000.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

TREXnet HR DICOM Medica Conference Statement, Trex Medical Corp., dated Jun. 29, 1998.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex. Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR Image Network," Trex Medical Corp., 42 pages, revised Jan. 25, 2000.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

Huang, H.K., D.Sc. "PACS Basic Principles and Applications," Wiley–Liss, Inc. 1999, Title page, Copyright Notice page, Table of Contents, Chapter 7, Sections 10.5 and 12.5.

Mehta, A. et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow–Up Care," Journal of Digital Imaging, vol. 12, No. 2, Supp. 1, May, 1999, pp. 78–80.

MedImage ACOM.Convert DICOM Archiving & Viewing Station Software Vers. 4.42 User Manual, Sep. 5, 1999.

Jean–Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnLs.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996. Table Contents; pp. 396–401.

Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al., Copyright 1991.

GE Medical Systems Technical Publications, Direction 2246811–100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

MedImage Software Modules Brochure, Aug. 12, 1997, pp. 1–9.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

PacsCube User ManualInstallation Guide Version 4.1, © 2006, pp. 1–63.

Steinhart Medizinsysteme, Product Information: Hipax System: Medical Image Processing and Communication.

Steinhart Medizinsysteme, Hipax Multi–Monitor System.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com dated Nov. 16, 2000.

Camtronics, Ltd., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement: Document No. 09610–0021 (Rev. A), dated Oct. 26, 1999.

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer–based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11–14, 1995, pp. 11–16.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for Viewing and Permanent CD–R Archiving of Cardiovascular X–Ray Angiography Images," Computers in Cardiology, 2000, pp. 649–652, vol. 27.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7–9, 1995, pp. 134–137.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software And Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. Conf. 14, 1990, pp. 82–87.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996 (1996–06), pp. 313–322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0–444–82497–9.

May T.: "Medical Information Security: The Evolving Challenge", 1998, IEEE doc #0–7803–4536–5/98 pp. 85–92.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

Haufe G. et al: XP–000914153, PACS at work: A Multimedia E–Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Product Showcase: Automated Dicom Exchange Station, Medical Imaging Magazine, Jan. 2000.

VEPRO Medimage Printout, Pädeatrische Kardiologie Universitätsklinik Heidelberg: INF 150–153, 69120, dated Jan. 30, 2009.

VEPRO, Centura–Porter Advertist Hospital Training Reports, dated 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 7

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to Vepro, dated Oct. 1, 1999.

VEPRO, Purchase Order from Centura Health, date Sep. 30, 1999.

VEPRO, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

VEPRO, Serial Number Records for Project Denver, dated Nov. 25, 1999.

VEPRO Computersysteme GmbH, Medimage: DICOM Archiving & Viewing Station, Software Vers. 4.42, User–Manual, dated May 9, 2000.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Medical Imaging web page for Image Archiving the ASAP Way, dated Nov. 2000.

Short Instructions: DICOM Communication by HIPAX, dated 1995–1999.

VEPRO, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

VEPRO, Product Sheet: Image/Film Archive Server: dated Feb. 19, 1999.

VEPRO, Diagram of a Digital Cath–Lab, dated Feb. 19, 1999.

VEPRO, Cardio–Network, dated Feb. 19, 1999.

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

Emedia Professional, "The New Dyes Cast: Mapping the CD–R Media Market—Includes Related Articles—Industry Overview," dated Oct. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

IMPAX Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

ETIAM, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1–441.

10th Conference on Computer Applications to Assist radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442–791.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1–376.

11 th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376–434; 445–749.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12–15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

13th Conference on Computer Applications in Radiology, Jun. 6–9, 1996, R Kilcoyne, et al., Copyright 1996.

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, dated Oct. 7, 1999.

A five–step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.–Aug. 2002 22:4.

A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.

A low–cost CD–ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.

A new approach to teleconferencing with intravascular US and cardiac angiography in a low–bandwidth environment, JN Stahl et al., Radiographics Sep.–Oct. 2000, 20:5.

A PACS RFP toolkit presented to The Fifth RIS–PACS School, Georgetown University Medical Center, JH Perry, dated Feb. 3, 1995.

A PACS RFP toolkit presented to The Seventh RIS–PACS School, Georgetown University Medical Center, JH Perry, dated Aug. 11, 1997.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.–Aug. 1996.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

ACOM.PC 2.2 DICOM Conformance Statement, Version 1.0, dated Sep. 29, 1999.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD–R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649–652.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

An economical, personal computer–based picture archiving and communication system, T–C Wu et al., Radiographics Mar.–Apr. 1999, 19:2.

Angiocardiography without cinefilm: Information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker,"

Automated prefetch mechanism: Design and implementation for a radiology PACS, AWK Wong et al., SPIE vol. 2165.

Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—Includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.

CD–R & CD–RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.

CD–Surf User's Guide Version 1.0, Algotec, Copyright 2001.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May–Jun. 1991.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25–Dec. 1, 1995.

Computer–based radiology information system: From floppy disk to CD–ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,302,164 C1**

Page 8

Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.

Consulting with radiologist outside the hospital by using java, S–K Lee et al, Radiographics 19:4, Jul. –Aug. 1999.

Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.

D.I.S.C. 96 (ESC version) ESC annual meeting—Birmingham, T Becker.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995–1996.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Digital archive system for radiology images, AWK Wong, et al., Radiographics 14:5, Sep. 1994.

Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.

Digital Imaging and Communications in Medicine (DICOM Supplement 19 General Purpose CD–R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD–RAM Media Application Profiles, dated May 18, 2001.

Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323–327, 1998.

Distributing medical images with internet technologies: A DICOM java viewer, J Fernandez–Bayo et al., Radiographics 20:2, Mar.–Apr. 2000.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.–Aug. 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs– und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.

Evolution of the clinical review station for enterprise–wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al, Medical Informatics, 19:2, 1994.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part II: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Finding the path: A worldwide web–based guide for imaging evaluation of patiens in the emergency department, LM Azmoun et al, Radiographics 17:1, Jan.–Feb. 1997.

First DIN–PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, web.archive.org date "Apr. 15, 2001."

GE Medical Systems Technical Publications, IIS FP10282, Revision I, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Implementing a DICOM—HL7 interface application, SL Fritz et al., SPIE vol. 2435.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Integrating a Personal–Computer Local–Area Network with a Radiology Information System: Value as a Tool for Clinical Research. MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.–Dec. 2001.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

Interfacing the PACS and the HIS: Results of a 5–year implementation, TV Kinsey, Radiographics, May–Jun. 2000;20(3):883–91.

Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Med–e–Mail Technical Manual version 1.0, Algotec, Copyright 2001.

Medical image database: a content–based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.

Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Merge Connectivity Products: MergeArk, "webarchive.org" date "Sep. 16, 2000".

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**A 128**

**US 7,302,164 C1**
Page 9

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "Dec. 2, 1998."

MergeWorks: Store, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Mutimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.–Apr. 1997.

North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al., Journal of Digital Imaging, 13:1, Feb. 2003.

PACS Implementation Experiences: From In–house to Parnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

PACS mini refresher course: Electronic imaging workstations: Ergonomics issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12;2, Mar. 1992.

PACS. mini refresher course: Introduction to the ACR–NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR–NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.

PACS mini refresher course: System Integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and RH Choplin, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Three methods of implementing a picture archiving and communcation system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996, pp. 396–401 and Table of Contents.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.–Oct. 1997.

Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.

Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166–174.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary, SK Mun, Report Date Mar. 1997.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May–Jun. 1997.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

Selections from: A generic hospital PACS RFP presented to the Seventh RIS–PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

Selections from: Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al., Copyright 1991.

Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.

Siemens SIENET DICOM Conformance Statement Magic-View 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

The All–Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imaging, 11:3, Supp 1, Aug. 1998.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1997.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

Using Experience with Bidirectional HL7—ACR–NEMA Interfaces between the Federal Government HIS/RIS and Commericial PACS to Plan for DICOM, Peter M/ Kuzmak et al., SPIE vol. 2435.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

IMAGEAXS, Pro–Med 4.01, "Read Me," dated Aug. 20, 1998.

VEPRO Computersysteme GmbH, "Cardio–Viewing Station," dated 1997.

VEPRO Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Mediface, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

Mediface, PiView 3.0 (3.0.7.0) English Version, "Read-Me.txt," dated Nov. 10, 1999.

Mediface, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2–990903," dated 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 C1
Page 10

ACR Learning File Sampler 1 (32–bit), Help File, dated 1999.

VOXAR, Plug'n View 3d 2.1 (Demonstration), "read-me.txt," dated Nov. 12, 1999.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.

ALGOTECH, CDSurf, Help File, dated 1999.

MEDVISION, VisiTran–MD, Screen Captures, dated 1997.

OSIRIS, OSIRIS Imaging Software User Manual, Version 3.1, dated 1996.

DICOM Birmingaham 96, Tutorial Rev. 3.0, dated 1996.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14–16, 1995.

ICMIT, DICOM Development Project , dated Jun. 19, 1996.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise–Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital–Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer–Driven Service Business for the New Millennium," Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World–Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State–of–the–Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT HISPEED Product Line: Introduces Faster Scanner and Mobile System to Make State–of–the–Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: LightSpeed QX/i: One Year Later: Breakthrough Multi–Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full–Service Digital Solutions Promote Hospital–Wide Productivity, Patient Health Care Accessability," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X–Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Revolution XR/d Filmless X–Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well–Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X–Ray Tube: System Reduces Radiant Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Advantage Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announce Pathspeed Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on Pathspeed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Pathspeed Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System To Help Hospitals Go Digital: State–of–the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get The Bigger Picture With GE Medical Systems' State–Of–The–Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis Of Diagnostic Images On The GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software To Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real–Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**
Page 11

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner: SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Increases Power Of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology To Help Physicians Obtain Chemical Information From The Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," Nov. 17, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology For Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All–In–One Nuclear Cardiac Software To GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First To Introduce High Performance Cancer Detecting Scanner For Mobile Services: Mobile Leader Makes Popular 'PET' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality To Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: AmeriNet And GE Medical Systems Sign National Contract For Ultrasound Systems," dated Oct. 26, 19999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advance 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential To Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable For Smaller Hospitals And Clinics: Medical Profession Embraces GE's Development of High–Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order To Provide State–of–the–Art Ultrasound Suite At Massachusetts General Hospital," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five–Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X–Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X–Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool To Aid In Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—radiological Society of North America, Images, dated 1999.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Midasys Digital Systems, DxWin 2.0 Evaluation Version, "Readme.txt," dated 1997.

1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated Mar. 3–7, 1996.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Brian L. Cassel, "Definiting the Future Managed Care Information ·Requirements," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Rhonda Delmater, "Multi–Media Messaging: An Emerging Vision for Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Cheryl L. Fontenot, "A Phased Approached to Value–Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into An Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential And Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth Of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bettinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation And Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Hafner, "Effectiveness Of Device Locations In The UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 12

James R. Prescott, PE, "What's The Score And How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, MD, "Data–Based Assessment Of Urgent Care In A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Richard L. Brandon and John Robinette, "Redesign Of Decedent Care System Provides Compassion, Responsiveness, And Security," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services To Reduce Costs And Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Cynthia McKinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Robert Copple, PE, et al., "Developing a Methodology to Drive Patient Care Unit Consolidation," 1996 Annual HIMSS Conference and Exhibition.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis Of Their Cost–Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology And Tactics Of Physician Integration," 1996 Annual HIMSS Conference and Exhibition.

John D. Morgan, et al., "Building An Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

R. L. (Vern) Davenport, et al., "Understanding And Assessing CHIN Network Technology," 1996 Annual HIMSS Conference and Exhibition.

Dennis Winstein, et al., "Optimizing Clinical Information Systems In Complex Computing Environments," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior To Implementation," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept To Reality: Strategic Approach For Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lilian R. Miller, "Business Process Reengineering Of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Philip A. Katz, "Improving Competitive Position By Use Of The Computerized Patient Record And Associated Technologies," 1996 Annual HIMSS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into The Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Colleen M. Prophet, et al., "On The 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing In The Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Marsha A. Sutter and James A. Baker, "Redesigning The Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange In Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Clement J. McDonald, MD, "Implementing A Physician Order Entry System: Perspective From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Jagdish Kohli, PhD, et al., "Distributed Architecture For A Wide–Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

Jeffery S. Blair, "An Overview Of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Ralph T. Wakerly, et al., "Planning For The Four Stages Of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer–Based Patient Record: An Essential Technology For Healthcare," 1996 Annual HIMSS Conference and Exhibition.

Thomas G. Tape, MD, et al., "Designing A Clinician User–Interface For A Health Care Information System," 1996 Annual HIMSS Conference and Exhibition.

Harry E. McQueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes And Technology," 1996 Annual HIMSS Conference and Exhibition.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock And Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Mitchell S. Curtis and Austin Brown, "The Role Of Information Systems In Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Sallie Williams, et al., "The Inside Story On Chin Implementation: CIO's First Hand Experience," 1996 Annual HIMSS Conference and Exhibition.

W. Brent Peterson, "Strategies For Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine Or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready For Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management For Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends In Health Care Information Systems: Increasing Focus On Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques And Tools," 1996 Annual HIMSS Conference end Exhibition.

John Glaser, PhD, FHIMSS and Giland Kuperman, MD, PhD, "Impact Of Information Events On Medical Care," 1996 Annual HIMSS Conference and Exhibition.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, And Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 13

John Lynch, "CHINS: A Collaborative Approach To Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

James C. Benneyan, "Improving Health Care Using SPC And Quality Engineering: Billing And Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

Mark A. Kaiser et al., "New Information Requirements For The New World Of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing The Impact Of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development And Implementation Case Study: Cleaning The Legal, Regulatory, And Contractual Barriers," 1996 Annual HIMSS Conference and Exhibition.

Sylvia K. Dowding, "On The Road To Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use Of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Harm J. Scherpbier, MD et al., "Aspects Of Knowledge Sharing Using The Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Deborah Kohn, MPH, RRA et al., "Mail And Messaging Software: M&Ms Of Communications—A Treat For Health Care Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, FHIMSS et al., "Planning And Developing Of A Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

Dave Niemeyer et al., "The Good, The Bad And The Usable—A Clinical Worstation," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation Of A Virtual Electronic Medical Record" 1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How To Implement Remote Data–Acess," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach For Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, FHIMMS et al., "Transforming Organization Structures To Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Landen Bain et al., "The Benefits And Implications Of A Statewide Health Information Network For A Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation Of Best Practices In Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation And Benchmarking To Improve Radiology Performace," 1996 Annual HIMSS Conference and Exhibition.

G. James Blaine, et al., "project Spectrum: Technology Alliance For The Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Ronald L. Johnson, "Trends In The Health Care Vendor Marketplace," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready For CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Stan Wiebe, "Information Systems Planning For An Urban/ Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Erica Drazen and Jane Metzger, "Creating New Models For Ambulatory Practice: Efficient, Wellness–Focused, IT–Enabled," 1996 Annual HIMSS Conference and Exhibition.

David L. Kimball, "The Information Technology Leader's Role In Renewing The Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive And Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model For Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis Of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Robert Bowman, et al., "Building And Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Arvind M. Salvekar, et al., "Community–Wide Implementation Of Quality Outcome Measurements And Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation Of Procedural Outcome And Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes of Telemedicine Services . . . Patient And Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

Betsy S. Hersher, et al., "The CIO's Position In Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems For Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines For Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements For Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Pamela K. Wear, et al., "Building Security Models For Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,302,164 C1**
Page 14

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Michael C. Longo and Pete Lockhart, "Structured Cabling: Foundations For The Future," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EIS Unplugged,," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay For Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Verda Weston, et al., "Reengineering And Technology—Building A Strong Foundation For The CPR," 1996 Annual HIMSS Conference and Exhibition.

Kenneth Weiner and George E. Levesque, "This Hospital's Like A Hotel!," 1996 Annual HIMSS Conference and Exhibition.

M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key To Profitability—An Example To Improve Cost And Efficiency Using Activity–Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

James E. Farstad, et al., "Operations, Facilities And Communications: Understanding Success Factors In Patient–Centered Care," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians To Your IS," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via The World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology To Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Tracey D. Holden, et al., "Nuts And Bolts Approach To Project Management," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications In Health Care," 1996 Annual HIMSS Conference and Exhibition.

Cynthia McKinney, et al., "Simplifying The Approach To Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information Infrastructure Health Information Network NII–HIN," 1996 Annual HIMSS Conference and Exhibition.

AREEDA Associates, "Welcome to the SeeMor Demo CD," dated 1999.

AREEDA Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

AREEDA Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Diforum Series, "Soft–Copy Interpretation: How To Do It, What to Avoid," Diagnostic Imaging, pp. 66–72, dated Sep. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30–P42, dated Sep. 1998.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15–P17, dated Sep. 1998.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High–Volume Setting," Diagnostic Imaging, pp. 9–13, dated Jul. 1998.

Stephen M. Pomerantz, M.D., "First Person: Soft–Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37–39, dated Mar. 1998.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42–46, dated Mar. 1998.

Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25–27, dated Feb. 1998.

Philip G. Drew, Ph.D., "Signal–to–Noise: Surveys Attest to Growing Interest in PACS," pp. 21–22, dated Jan. 1998.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40–45, dated Jan. 1998.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46–51, dated Jan. 1998.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125–127, dated Nov. 1997.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207–211, dated Nov. 1997.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47–P50, dated Sep. 1997.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent–Care Needs," Diagnostic Imaging, pp. P22–P24, dated Sep. 1997.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1–3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

Sohard AG, Radin Version 2.0, dated Nov. 2002, Screen Captures.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.05, "About Cardio Viewing Station," dated 1999.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.03, "About Cardio Viewing Station," dated 1998.

US 7,302,164 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 9, 15, 16 and 21 are determined to be patentable as amended.

Claims 10-14, 17-20 and 22, dependent on an amended claim, are determined to be patentable.

Claims 1-8 and 23-27 were not reexamined.

9. A system comprising:
a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;
a database configured to store medical image data generated by the plurality of imaging modalities;
a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;
a search module configured to search the database for related medical image data that is related to the selected medical image data; and
a production station that is configured to record all of the following onto a *single, portable* data storage medium:
the selected medical image data, recorded in the standard medical imaging format,
the related medical image data, recorded in the standard medical imaging format, and
a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

15. [The system of claim 9,] *A system comprising:*
*a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;*
*a database configured to store medical image data generated by the plurality of imaging modalities;*
*a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;*
*a search module configured to search the database for related medical image data that is related to the selected medical image data; and*
*a production station that is configured to record all of the following onto a data storage medium,* wherein the data storage medium is an optical disk[.] *:*

2

the selected medical image data, recorded in the standard medical imaging format,
the related medical image data, recorded in the standard medical imaging format, and
a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

16. A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:
receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;
storing the received medical image data in a database;
providing a user interface configured to receive a user selection that defines selected medical image data;
searching the database for related medical image data that is related to the selected medical image data;
recording the selected medical image data and the related medical image data onto a *single, portable* data storage medium using a production station, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;
recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images;
printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and
affixing the label to the data storage medium using the production station.

21. [The method of claim 16,] *A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:*
*receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;*
*storing the received medical image data in a database;*
*providing a user interface configured to receive a user selection that defines selected medical image data;*
*searching the database for related medical image data that is related to the selected medical image data;*
*recording the selected medical image data and the related medical image data onto a data storage medium using a production station,* wherein the data storage medium *is an optical disk[.], the selected medical image data being recorded on the data storage medium in the standard medical imaging format;*
*recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured*

US 7,302,164 C1

3

with standard medical imaging software for viewing of
  medical images;
printing a label using the production station, wherein the
  label includes identifying information associated with
  the selected medical image data; and

4

affixing the label to the data storage medium using the
  production station.

\* \* \* \* \*



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**August 19, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *7,729,597*

ISSUE DATE:  *June 01, 2010*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN

Certifying Officer

**A 137**



US007729597B2

(12) **United States Patent**
Wright et al.

(10) **Patent No.:**     **US 7,729,597 B2**
(45) **Date of Patent:**     **\*Jun. 1, 2010**

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/491,187**

(22) Filed: **Jun. 24, 2009**

(65) **Prior Publication Data**

US 2009/0252480 A1     Oct. 8, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of application No. 09/761,795, filed on Jan. 17, 2001, now Pat. No. 7,302,164.

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
**H04N 5/91**     (2006.01)

(52) **U.S. Cl.** .......................... **386/125**; 386/126; 705/2; 705/3

(58) **Field of Classification Search** .................... 386/95, 386/125, 126; 705/2, 3, 5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A     1/1985     Pritchard

4,736,256 A     4/1988     Ichikawa

(Continued)

FOREIGN PATENT DOCUMENTS

CA     2322191     4/2000
DE     198 02 572 A1     8/1999

(Continued)

OTHER PUBLICATIONS

TREX Medical Corporation, XRE Division, "SPEC, FUNC, TREXnet HR Image Network," last revision dated Jan. 25, 2000.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57)     **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**10 Claims, 5 Drawing Sheets**



**US 7,729,597 B2**
Page 2

### U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 4,768,099 A | 8/1988 | Mukai | | 5,942,165 A | 8/1999 | Sabatini |
| 4,852,570 A | 8/1989 | Levine | | 5,946,216 A | 8/1999 | Hollerich |
| 4,860,112 A | 8/1989 | Nichols et al. | | 5,946,276 A | 8/1999 | Ridges et al. |
| 4,874,935 A | 10/1989 | Younger | | 5,949,491 A | 9/1999 | Callahan et al. |
| 4,945,410 A | 7/1990 | Walling | | 5,950,207 A | 9/1999 | Mortimore et al. |
| 4,958,283 A | 9/1990 | Tawara et al. | | 5,951,819 A | 9/1999 | Hununell et al. |
| 5,002,062 A | 3/1991 | Suzuki | | 5,974,004 A | 10/1999 | Dockes et al. |
| 5,005,126 A | 4/1991 | Haskin | | 5,974,201 A | 10/1999 | Chang et al. |
| 5,019,975 A | 5/1991 | Mukai | | 5,982,736 A | 11/1999 | Pierson |
| 5,208,802 A | 5/1993 | Suzuki et al. | | 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,235,510 A | 8/1993 | Yamada et al. | | 5,995,345 A | 11/1999 | Overbo |
| 5,272,625 A | 12/1993 | Nishihara et al. | | 5,995,965 A | 11/1999 | Experton |
| 5,291,399 A | 3/1994 | Chaco | | 6,006,191 A | 12/1999 | DiRienzo |
| 5,317,337 A | 5/1994 | Ewaldt | | 6,021,404 A | 2/2000 | Moukheibir |
| 5,319,543 A | 6/1994 | Wilhelm | | 6,022,315 A | 2/2000 | Iliff |
| 5,321,520 A | 6/1994 | Inga et al. | | 6,032,120 A | 2/2000 | Rock et al. |
| 5,321,681 A | 6/1994 | Ramsay et al. | | 6,041,703 A | 3/2000 | Salisbury et al. |
| 5,384,643 A | 1/1995 | Inga et al. | | 6,063,030 A | 5/2000 | Vara et al. |
| 5,410,676 A | 4/1995 | Huang et al. | | 6,067,075 A | 5/2000 | Pelanek |
| 5,416,602 A | 5/1995 | Inga et al. | | 6,115,486 A | 9/2000 | Cantoni |
| 5,451,763 A | 9/1995 | Pickett et al. | | 6,137,527 A | 10/2000 | Abdel-Malek et al. |
| 5,452,416 A | 9/1995 | Hilton et al. | | 6,149,440 A | 11/2000 | Clark et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. | | 6,157,914 A | 12/2000 | Seto et al. |
| 5,499,293 A | 3/1996 | Behram et al. | | 6,188,782 B1 | 2/2001 | Le Beux |
| 5,502,726 A | 3/1996 | Fischer | | 6,241,668 B1 | 6/2001 | Herzog |
| 5,513,101 A | 4/1996 | Pinsky et al. | | 6,260,021 B1 | 7/2001 | Wong et al. |
| 5,518,325 A | 5/1996 | Kahle | | 6,272,470 B1 | 8/2001 | Teshima |
| 5,531,227 A | 7/1996 | Schneider | | 6,363,392 B1 | 3/2002 | Halstead et al. |
| 5,542,768 A | 8/1996 | Rother et al. | | 6,366,966 B1 | 4/2002 | Laney et al. |
| 5,544,649 A | 8/1996 | David et al. | | 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. | | 6,415,295 B1 | 7/2002 | Feinberg |
| 5,581,460 A | 12/1996 | Kotake et al. | | 6,454,705 B1 | 9/2002 | Cosentino et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. | | 6,529,757 B1 | 3/2003 | Patel et al. |
| 5,592,511 A | 1/1997 | Schoen et al. | | 6,564,256 B1 | 5/2003 | Tanaka |
| 5,597,182 A | 1/1997 | Reber et al. | | 6,564,336 B1 | 5/2003 | Majkowski |
| 5,597,995 A | 1/1997 | Williams et al. | | 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. | | 6,574,742 B1 | 6/2003 | Jamroga et al. |
| 5,633,839 A | 5/1997 | Alexander et al. | | 6,606,171 B1 | 8/2003 | Renk et al. |
| 5,634,053 A | 5/1997 | Noble et al. | | 6,615,192 B1 | 9/2003 | Tagawa et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. | | 6,633,674 B1 | 10/2003 | Barnes et al. |
| 5,659,741 A | 8/1997 | Eberhardt | | 6,654,724 B1 | 11/2003 | Rubin et al. |
| 5,668,998 A | 9/1997 | Mason et al. | | 6,671,714 B1 | 12/2003 | Weyer et al. |
| 5,671,353 A | 9/1997 | Tian et al. | | 6,675,271 B1 | 1/2004 | Xu et al. |
| 5,687,717 A | 11/1997 | Halpern et al. | | 6,678,703 B2 | 1/2004 | Rothschild et al. |
| 5,717,841 A | 2/1998 | Farrell et al. | | 6,678,764 B2 | 1/2004 | Parvulescu et al. |
| 5,721,891 A | 2/1998 | Murray | | 6,760,755 B1 | 7/2004 | Brackett |
| 5,724,582 A | 3/1998 | Pelanek et al. | | 6,847,933 B1 | 1/2005 | Hastings |
| 5,734,629 A | 3/1998 | Lee et al. | | 6,910,038 B1 | 6/2005 | James |
| 5,734,915 A | 3/1998 | Roewer | | 6,925,319 B2 | 8/2005 | McKinnon |
| 5,740,134 A | 4/1998 | Peterson | | 6,954,767 B1 | 10/2005 | Kanada |
| 5,763,862 A | 6/1998 | Jachimowicz et al. | | 6,954,802 B2 | 10/2005 | Sutherland et al. |
| 5,781,221 A | 7/1998 | Wen et al. | | 6,988,074 B2 | 1/2006 | Koritzinsky et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. | | 7,006,881 B1 | 2/2006 | Hoffberg et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. | | 7,020,651 B2 | 3/2006 | Ripley |
| 5,822,544 A | 10/1998 | Chaco et al. | | 7,111,015 B2 | 9/2006 | Aoyama |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. | | 7,120,644 B1 | 10/2006 | Canessa et al. |
| 5,832,488 A | 11/1998 | Eberhardt | | 7,194,119 B2 | 3/2007 | Zahlmann et al. |
| 5,848,198 A | 12/1998 | Penn | | 7,268,794 B2 | 9/2007 | Honda et al. |
| 5,859,628 A | 1/1999 | Ross et al. | | 7,302,164 B2 | 11/2007 | Wright et al. |
| 5,867,795 A | 2/1999 | Novis et al. | | 7,382,255 B2 | 6/2008 | Chung et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. | | 7,395,215 B2 | 7/2008 | Grushka |
| 5,869,163 A | 2/1999 | Smith et al. | | 7,483,839 B2 | 1/2009 | Mayaud |
| 5,873,824 A | 2/1999 | Doi et al. | | 2001/0041991 A1 | 11/2001 | Segal et al. |
| 5,882,555 A | 3/1999 | Rohde et al. | | 2001/0056359 A1 | 12/2001 | Abreu |
| 5,884,271 A | 3/1999 | Pitroda | | 2002/0007287 A1 | 1/2002 | Straube et al. |
| 5,899,998 A | 5/1999 | McGauley et al. | | 2002/0019751 A1 | 2/2002 | Rothschild et al. |
| 5,909,551 A | 6/1999 | Tahara et al. | | 2002/0046061 A1 | 4/2002 | Wright et al. |
| 5,911,687 A | 6/1999 | Sato et al. | | 2002/0077861 A1 | 6/2002 | Hogan |
| 5,914,918 A | 6/1999 | Lee et al. | | 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 5,920,317 A | 7/1999 | McDonald | | 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 5,924,074 A | 7/1999 | Evans | | 2002/0133373 A1 | 9/2002 | Silva-Craig et al. |
| | | | | 2002/0138301 A1 | 9/2002 | Karras et al. |
| | | | | 2002/0138524 A1 | 9/2002 | Ingle et al. |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**A 139**

**US 7,729,597 B2**

Page 3

| | | | |
|---|---|---|---|
| 2003/0051144 | A1 | 3/2003 | Williams |
| 2003/0200226 | A1 | 10/2003 | Wells et al. |
| 2003/0208382 | A1 | 11/2003 | Westfall |
| 2004/0078236 | A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 | A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 | A1 | 7/2005 | Swanson et al. |
| 2005/0197860 | A1 | 9/2005 | Joffe et al. |
| 2005/0240445 | A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 | A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 | A1 | 3/2006 | Weiss et al. |
| 2006/0149601 | A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 | A1 | 7/2006 | Douglass et al. |
| 2006/0179112 | A1 | 8/2006 | Weyer et al. |
| 2007/0050216 | A1 | 3/2007 | Wright et al. |
| 2008/0122878 | A1 | 5/2008 | Keefe et al. |
| 2008/0172254 | A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 | A1 | 9/2008 | Courtney |
| 2009/0018871 | A1 | 1/2009 | Essig et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A3 | 3/1999 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2 096 440 A | 10/1982 |
| JP | 04-177473 A | 6/1992 |
| JP | 06-261892 A | 9/1994 |
| WO | WO 97/22297 | 6/1997 |
| WO | WO 00/02202 | 1/2000 |
| WO | WO 00/09416 | 4/2000 |
| WO | WO 00/19416 | 4/2000 |

OTHER PUBLICATIONS

Camtronics, Ltd., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement: last updated Oct. 26, 1999.

ImageAXS Pro-Med Windows User's Guide, Digital Arts and Science, Alameda, CA, "Printed May 1998".

RadWorks Product Line, Version 2.1 Product Catalog, Applicare Medical Imaging B.V., "Summer 1997".

Vepro Computersysteme GmbH, "Medimage®: The Image Management System: DICOM Archiving & Viewing Station: Software Vers. 4.42," Pfungstadt, Germany, Jan. 2000.

Huang, H.K., PACS: Basic Principles and Applications, Wiley-Liss, Inc., USA, 1999, pp. vii-xvii, 177-198, 284-288, & 338-342.

U.S. Appl. No. 60/181,985, filed Feb. 11, 2000, Wright et al.

U.S. Appl. No. 60/205,751, filed May 19, 2000, Samari-Kermani.

U.S. Appl. No. 12/479,726, filed Jun. 5, 2009, Wright et al.

U.S. Appl. No. 12/484,064, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/484,100, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/491,178, filed Jun. 24, 2009, Wright et al.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1-3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com, dated Nov. 16, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym__ws98/cover/cov_virtual05.html, on Feb. 10, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040447/camtronics.com/about/main.htm, on Feb. 26, 2008].

"Acuson Releases ViewPro-Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

"Algotec to Introduce New Communications Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/web/upload_files/New__Communications__Tools.htm, on Jan. 25, 2008].

"Antelope Valley Hospital Chooses Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040910/camtronics.com/cardiology/archium.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life To Existing Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD-R Exchange," dated Apr. 9, 1996 [Retrieved from http://web.archive.org/web/19980711041036/camtronics.com/news/news.htm, on Feb. 26, 2008].

"CD-Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

"DICOM Standards Committee: writeable CD-ROMs May Become Gold Standard of Image Exchange," Non-invasive Imaging, dated Feb. 1999.

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].

"Med-volviz-faq-2000-01," dated Jan. 2000.

"Med-volviz-faq-98-11," dated Nov. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.dimag.com/webcast00/showArticle.ihtml?page=4.html, on Mar. 5, 2008].

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,729,597 B2**

Page 4

"Philips Introduces CD-Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD-RW Rewritability; Complete CD-R/CD-RW Solution Features Support for DVD Compatibility, UDF-Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8-Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1-19746834.html, on Feb. 14, 2008].

"SPEC, Concept, TREXnet HR," Trex Medical Corp., 10 pages, undated.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex. Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

"TDK Introduces Medical CD-R Recording Station," Business Wire, dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_mOEIN/is_Dec_1/ai_57876529/print, on Mar. 11, 2008].

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

"Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini-Archive," PRNewswire, Jun. 11, Copyright 1996-2008.

1996 Annual HIMSS Conference and Exhibition, "Readme". 1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated Mar. 3-7, 1996.

510(k) Premarket Notification Database Webpage, FDA: Center for Devices and Radiological Health.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersysteme, dated Jun. 13, 1997.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

AccuImage AccuView User's Manual, dated Aug. 16, 1999. Accusoft, *High-Performance Medical Imaging Software* (1997).

Acom.Convert DICOM Conformance Statement, Siemens, dated Sep. 15, 1999.

ACR Learning File Sampler 1 (32-bit), Help File, dated 1999. Adobe, *Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products* (Jun. 17, 1999).

Advisory Action, U.S. Appl. No. 09/753,792, mailed Oct. 8, 2008.

Advisory Action, U.S. Appl. No. 09/761,795, mailed Jan. 16, 2007.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

Aims from IMM Advanced Image Management System Software, produced in *Datcard v. Codonics* Civil Action No. SACV 08-00063 AHS.

Algotech, CDSurf, Help File, dated 1999.

Amendment After Final, U.S. Appl. No. 09/753,792, received Sep. 18, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Oct. 10, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Nov. 5, 2007.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Dec. 12, 2005.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Mar. 27, 2007.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Dec. 12, 2006.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14-16, 1995.

Amit Mehta et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care," Journal of Digital Imaging, vol. 12, No. 2, pp. 78-80, May 1999.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Applicant Interview Summary, U.S. Appl. No. 09/753,792, received May 27, 2008.

Areeda Associates Ltd, *SeeMor: Image Viewing Software for Windows 95/NT and Macintosh*.

Areeda Associates, "Welcome to the SeeMor Demo CD," dated 1999.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

Areeda Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

Areeda Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Armond L. Levy et al., "An Internet-Connected, Patient-Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231-237, Aug. 1997.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

Arvind M. Salvekar, et al., "Community-Wide Implementation Of Quality Outcome Measurements And Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, "Transforming Organization Structures To Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

AS3000 IMPAX 4 Server Marketing Product Specification Rev. 1.5, dated Dec. 31, 1998.

AS3000 IMPAX 4 Server Requirements Specification Rev. 1.4, dated Sep. 28, 1998.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205-207, May 1999.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47-P50, dated Sep. 1997.

Betsy S. Hersher, et al., "The CIO's Position In Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Bills of Lading, Invoices, and Packing Lists from Mitra Imaging to Institute de Cardiology de Montreal, dated May 1, 1998.

**US 7,729,597 B2**

Page 5

Bradley J. Erickson et al., "READS: A Radiology-Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67-69, Aug. 1997.

Brian L. Cassel, "Defining the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing In The Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine—Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178-180, May 1999.

Camtronics Medical Systems, *Service Manual Image Workstation Series* (1999).

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.medicalimaging.com/issues/articles/2000-03_10.asp?mode=print, on Feb. 22, 2008].

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994-1997.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential and Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

CDWriter, Vault, AS300 Source Code & Packages, dated Feb. 12, 1997 to Feb. 26, 1997.

Cedar SDK Beta 6 change history log, dated Sep. 27, 1999.

Cedar SDK Beta 6 read me file, dated Sep. 27, 1999.

Certified Copy of Transcript of Non-Confidential Portions of Jan. 13, 2009 Deposition of Kenneth L. Wright, including Exhibits (Nos. 23 and 24) thereto.

Cheryl L. Fontenot, "A Phased Approached to Value-Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

Clement J. Mcdonald, MD, "Implementing A Physician Order Entry System: Perspectives From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Codonics, Inc.'s Answer and Defenses to DatCard Systems' Complaint and Counterclaims, filed Mar. 4, 2008.

Codonics, Inc.'s First Set of Requests for Production of Documents and Things, dated Jun. 6, 2008.

Codonics, Inc.'s Initial Invalidity Contentions and Initial Non-Infringement Contentions, dated Oct. 31, 2008.

Codonics, Inc.'s Memorandum in Support of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Memorandum of Points and Authorities in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 44-78), dated Nov. 21, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 79-111), dated Dec. 19, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things (Nos. 112-225), dated Jan. 26, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Interrogatories (No. 12), dated Jan. 20, 2009.

Codonics, Inc.'s Response to DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-43), dated Jun. 3, 2008.

Codonics, Inc.'s Response to DatCard's First Set of Interrogatories (Nos. 1-8), dated Jun. 3, 2008.

Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Dec. 5, 2008.

Codonics, Inc.'s Supplemental Responses to DatCard's First Set of Interrogatories (Nos. 1-8), dated Nov. 6, 2008.

Codonics' Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Colleen M. Prophet, et al., "On the 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Company Overview Webpage, Trex Medical Corp., Copyright 2000-2008.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Cynthia Mckinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Cynthia Mckinney, et all, "Simplifying The Approach To Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

Daniel G. Schultz, *Letter re: 510(k) Notification* (Dec. 21, 1999).

DASM On-Line, produced in *Datcard* v. *Codonics* Civil Action No. SACV 08-00063 AHS.

DatCard Systems, Inc.'s Complaint for Patent Infringement and Demand for Jury Trial, filed Jan. 18, 2008.

DatCard Systems, Inc.'s First Amended Initial Disclosures, dated Jul. 21, 2008.

DatCard Systems, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

DatCard Systems, Inc.'s Reply to Codonics, Inc.'s Counterclaim, filed Mar. 13, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-83), dated Jul. 25, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Jan. 5, 2009.

DatCard Systems, Inc.'s Second Amended Initial Disclosures, dated Jan. 23, 2009.

DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 20, 2009.

DatCard's Opposition to Codonics' Motion for Stay Pending Codonics' Ungranted Request for Reexamination of the Patent-in-Suit, filed Jan. 16, 2009.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 6

Dave Niemeyer et al., "The Good, The Bad And The Usable—A Clinical Workstation," 1996 Annual HIMSS Conference and Exhibition.

David Avrin, *Radiology into the 21st Century: The Digital Department* (Sep. 8, 1999).

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-04_04.asp, on Mar. 3, 2008].

David L. Kimball, "The Information Technology Leader's Role In Renewing The Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit and Ex Parte Application for an Order Shortening Time to File and Hear Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of L. Smka In Support of Defendant Codonics, Inc.'s Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Declaration of M. Kendrick In Support of Motion to Compel Compliance with Subpoena, dated Jan. 15, 2009.

Declaration of P. Nikolai in Support of Rimage's Opposition and Cross-Motion to Quash, dated Jan. 20, 2009.

Declaration of R. Wise in Support of Codonics' Reply to DatCard's Opposition to Codonics' Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Defendant and Counterclaimant Codonics, Inc.'s First Amended Initial Disclosures, dated Jan. 29, 2009.

Defendant and Counterclaimant Codonics, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

Defendant Codonics, Inc.'s Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Dennis Winstein, et al., "Optimizing Clinical Information Systems in Complex Computing Environments," 1996 Annual HIMSS Conference and Exhibition.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46-51, dated Jan. 1998.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

DICOM Birmingham 96, Tutorial Rev. 3.0, dated 1996.

Dicom Cd Writer Installation and Staging Manual Version 1.0.0, dated Aug. 25, 1997.

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/1999041715161/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

Diforum Series, "Soft-Copy Interpretation: How To Do It, What to Avoid," Diagnostic Imaging, pp. 66-72, dated Sep. 1998.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software And Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. CONF. 14, 1990, pp. 82-87.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock And Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lillian R. Miller, "Business Process Reengineering Of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Douglas M. Tucker, *Archives* (Sep. 1999).

Draft Specifications for Medical Diagnostic Imaging Support (MDIS) System, Apr. 6, 1990.

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information Infrastructure Health Information Network NII-HIN," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation Of Procedural Outcome And Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, Md, "Data-Based Assessment Of Urgent Care In A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, And Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

E-mail Communication B. M. Smka, CD RS, 1 page, Feb. 23, 2008.

E-mail Communication B. M. Smka, gastrobase II, 1 page, Feb. 23, 2008.

Email Communication from C. Loomis, "RE: Direct Connect Workstations," dated Dec. 30, 1999.

E-mail Communication from R. Desrochers, "FW: Workstation Training," Feb. 2, 2000.

Email from Michael Fisher at Mitra Imaging to Susanna Fries at Mitra Imaging, "RE: Montreal Heart (ICM) Address for Vault," dated May 1, 1998.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc v. Codonics, Inc* Declaration (Motion related)," dated Feb. 4, 2009.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc v. Codonics, Inc* Objection/Opposition (Motion related)," dated Feb. 4, 2009.

Emedia Professional, "The New Dyes Cast: Mapping the CD-R Media Market—Includes Related Articles—Industry Overview," dated Oct. 1998.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent-Care Needs," Diagnostic Imaging, pp. P22-P24, dated Sep. 1997.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Erica Drazen and Jane Metzger, "Creating New Models For Ambulatory Practice: Efficient, Wellness-Focused, IT-Enabled," 1996 Annual HIMSS Conference and Exhibition.

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for PACS Market Success," AuntMinnie.com, dated May 2, 2000

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

[Retrieved from http://www.auntminnie.com/print/print. asp?sec=sup&sub=pac&pag=dis&ItemId=740&printpage= true, on Mar. 5, 2008].

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS—NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's Webcast of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc__story2.htm, on Mar. 3, 2008].

Etiam, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Jul. 7, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Feb. 11, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, May 13, 2008.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, Mar. 6, 2008.

Examiner's Interview Summary, U.S. Appl. No. 09/761,795, mailed May 24, 2007.

Examiner's Interview Summary, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

Exchange Version 1.x User's Manual, dated 1998.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready For Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

FilmX and Signature III CD Writer device images.

FilmX Presentation slides.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Aug. 25, 2008.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 7, 2007.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 10, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jul. 2, 2003.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jan. 12, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

G. James Blaine, et al., "project Spectrum: Technology Alliance For The Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development And Implementation Case Study: Clearing The Legal, Regulatory, And Contractual Bafflers," 1996 Annual HIMSS Conference and Exhibition.

Gary R. Conrad; "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115-119, Aug. 1997.

GE Medical Systems, "Press Information: AmeriNet And GE Medical Systems Sign National Contract For Ultrasound Systems," dated Oct. 26, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Increases Power Of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality To Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All-In-One Nuclear Cardiac Software To GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World-Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State-of-the-Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X-Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT HISPEED Product Line: Introduces Faster Scanner and Mobile System to Make State-of-the-Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner. SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First To Introduce High Performance Cancer Detecting Scanner For Mobile Services: Mobile Leader Makes Popular 'PET' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces ADVANTAGE Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces PATHSPEED Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on PATHSPEED," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X-Ray Tube: System Reduces Radiation Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System To Help Hospitals Go Digital: State-of-the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software To Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real-Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology To Help Physicians Obtain Chemical Information From The Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,729,597 B2**

Page 8

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X-Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool To Aid In Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise-Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital-Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable For Smaller Hospitals And Clinics: Medical Profession Embraces GE's Development of High-Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full-Service Digital Solutions Promote Hospital-Wide Productivity, Patient Health Care Accessibility," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer-Driven Service Business for the New Millennium," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five-Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well-Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X-Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order To Provide State-of-the-Art Ultrasound Suite At Massachusetts General Hospital,"dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces PATHSPEED Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces PATHSPEED Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology For Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology: LOGIQ 700 Expert Series Offers Potential To Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: LIGHTSPEED QX/i: One Year Later: Breakthrough Multi-Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis Of Diagnostic Images On The GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: REVOLUTION XR/d Filmless X-Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," dated Nov. 17, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get The Bigger Picture With GE Medical Systems' State-Of-The-Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—Radiological Society of North America, Images, dated 1999.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management For Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth Of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

H.K. Huang, *PACS: Basic Principles and Applications,* Wiley, New York (1999).

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer-based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11-14, 1995, pp. 11-16.

Harm J. Scherpbier, MD et al., "Aspects Of Knowledge Sharing Using The Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Harry E. McQueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes And Technology," 1996 Annual HIMSS Conference and Exhibition.

Haufe G. et al.: XP-000914153, PACS at work: A Multimedia E-Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for Viewing and Permanent CD-R Archiving of Cardiovascular X-Ray Angiography Images," Computers in Cardiology, 2000, pp. 649-652, vol. 27.

HIMSS.96—The 1996 HIMSS Conference and Exhibition Disc, produced in *Datcard* v. *Codonics* Civil Action No. SACV 08-00063 AHS.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192-194, May 1999.

ICMIT, DICOM Development Project, dated Jun. 19, 1996.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**A 145**

**US 7,729,597 B2**

Page 9

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.

IMAGEAXS, Pro-Med 4.01, "Read Me," dated Aug. 20, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Imaging Resource, *Kodak Picture CD*, http://www.imaging-resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Impax Conformance Statement for Media Application Storage Profiles CD-R Archive, Rev. 1.3, dated Dec. 6, 1999.

Impax NT Client Workstation CD Export System Test Plan v. 1.7.0, dated Jun. 12, 2000.

Impax Price Quotation for Laurie Imaging Center with annotations, dated Apr. 27, 1998.

Impax Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to VEPRO, dated Oct. 1, 1999.

Invoice from Impax Technology to Agfa Inc. (CAN), dated Nov. 30, 2000.

Invoice from Impax Technology to Toshiba America, Inc., dated Jan. 31, 2000.

Invoice from Mitra Imaging to Agfa Division of Bayer Inc., dated Oct. 18, 1998.

Invoice from Mitra Imaging to EMED, dated Sep. 30, 1996.

Invoice from Mitra Imaging to Fuji Medical Systems, U.S.A., dated Mar. 24, 1997.

Invoice from Mitra Imaging to Siemens Health Services, dated Mar. 11, 1998.

Invoices and Sales Orders from Mitra Imaging to Picker International, dated Jul. 16, 1999.

Invoices from Impax Technology to Agfa Corporation, dated from Mar. 1, 2000 to Jan. 10, 2001.

Invoices from Impax Technology to Agfa Europe, dated from Nov. 3, 2000 to Jan. 15, 2001.

Invoices from Impax Technology to Agfa Hong Kong Ltd., dated from Jun. 21, 2000 to Aug. 22, 2000.

Invoices from Impax Technology to Agfa-Gevaert Ltd. (AUS), dated from Aug. 25, 2000 to Nov. 28, 2000.

Invoices from Impax Technology to Toshiba Corporation, dated from Oct. 25, 2000 to Jan. 16, 2001.

Invoices from Mitra Imaging to Acuson Corp., dated from Oct. 5, 1997 to Jan. 31, 2000.

Invoices from Mitra Imaging to Agfa Gevaert N.V., dated from Oct. 28, 1997 to Mar. 16, 2000.

Invoices from Mitra Imaging to Impax Technology, dated from Jul. 31, 1999 to Dec. 31, 2000.

Invoices, Sales Orders, and Packing Lists from Mitra Imaging to Agfa Corporation, dated Nov. 24, 1999 to Nov. 25, 1999.

Invoices, Sales Orders, Packing Lists, FexEd Manifests, and Billing Summaries from Mitra Imaging to Electromed International, dated from Sep. 5, 1997 to Sep. 20, 2000.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive And Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", *Radiology* (Jul. 1999).

Jagdish Kohli, PhD, et al., "Distributed Architecture For A Wide-Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42-46, dated Mar. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30-P42, dated Sep. 1998.

James C. Benneyan, "Improving Health Care Using SPC And Quality Engineering: Billing And Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Images: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13-17, 1996.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, 78, pp. 19-22, 1997.

James E. Farstad, et al., "Operations, Facilities And Communications: Understanding Success Factors In Patient-Centered Care," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation Of A Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

James L. Lear et al., "Redundant Array of Independent Disks: Practical On-Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37-38, Feb. 1996.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

James R. Prescott, PE, "What's The Score And How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How To Implement Remote Data-Access," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques And Tools," 1996 Annual HIMSS Conference and Exhibition.

Jean-Chretien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics. rsnajnls.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

Jeffrey S. Blair, "An Overview Of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via The World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use Of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High-vol. Setting," Diagnostic Imaging, pp. 9-13, dated Jul. 1998.

John D. Morgan, et al., "Building An Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

John Glaser, PhD, FHIMSS and Gilad Kuperman, MD, PhD, "Impact Of Information Events On Medical Care," 1996 Annual HIMSS Conference and Exhibition .

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

Page 10

John Lynch, "CHINS: A Collaborative Approach To Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians To Your IS," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing The Impact Of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85-90, May 1994.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Jun. 10, 2009 Declaration of Dr. Martina Steinhart, Managing Director of Steinhart Medizinsysteme GmbH, and accompanying documents.

K. Faulkner, "Book Review—PACS Basic Principles and Applications", *The British Journal of Radiology* (Jul. 1999).

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology To Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125-127, dated Nov. 1997.

KBMC Productions, *CDRS-1100AUTOTP Operator's Manual* (2002).

Kenneth Weiner and George E. Levesque, "This Hospital's Like A Hotel!," 1996 Annual HIMSS Conference and Exhibition.

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange In Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

Landen Bain et al., "The Benefits And Implications Of A Statewide Health Information Network For A Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model for Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine Or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.

Letter from L. Hein re: *Datcard Systems, Inc. v. Codonics, Inc.*," dated Jan. 15, 2009.

Letter from P. Nikolai re: *Datcard Systems, Inc. v. Codonics, Inc.*," dated Jan. 20, 2009.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Letters and Desecription concerning Mitra Image Vault, dated Nov. 29, 1997 to Jan. 12, 1998.

Lillian Yin, Letter re: *510(k) Notification* (Nov. 19, 1997).

Linda A. Keska, *Letter re: Presentations* (Oct. 1, 1999).

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation And Benchmarking To Improve Radiology Performance," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation And Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior To Implementation," 1996 Annual HIMSS Conference and Exhibition.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool For Endoscopic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key To Profitability—An Example To Improve Cost And Efficiency Using Activity-Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-06_11.asp, on Jan. 25, 2008].

Mark A. Kaiser et al., "New Information Requirements For The New World Of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology And Tactics Of Physician Integration," 1996 Annual HIMMS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into The Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Mark Zaidel et al., "Interactive Web-Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203-204, May 1999.

Marsha A. Sutter and James A. Baker, "Redesigning The Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach For Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept To Reality: Strategic Approach For Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

May T.: "Medical Information Security: The Evolving Challenge", 1998, IEEE doc #0-7803-4536-5/98 pp. 85-92.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates; Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1, 1997.

Medical Imaging web page for Image Archiving the ASP Way, dated Nov. 2000.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 11

Mediface, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.·

Mediface, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

Mediface, PiView 3.0 (3.0.7.0) English Version, "ReadMe. txt," dated Nov. 10, 1999.

Mediface, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2-990903," dated 1999.

MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

Medimage Software Modules Brochure, Aug. 12, 1997, pp. 1-9.

Medvision, VisiTran-MD, Screen Captures, dated 1997.

Meeting Notes: XRE / Camtronics, 3 pages, dated 1998.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into An Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Merge Technologies Incorporated, *Setting the Course for Electronic Image Management* (Feb. 1998).

Meta Solutions, Inc., *Meta Solutions, Inc.* (1998).

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20-23, Aug. 1997.

Michael C. Longo and Pete Lockhart, "Structured Cabling: Foundations For The Future," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bettinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15-P17, dated Sep. 1998.

Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25-27, dated Feb. 1998.

Michael J. Hafner, "Effectiveness Of Device Locations In The UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint. aspx?DocId=1G1:54116212, on Mar. 5, 2008].

Minute Order (1) Taking Under Submission Defendant's Motion for Stay Pending Reexamination of the Patent-in-Suit; and (2) Removing the Matter From the Court's Feb. 2, 2009 Calendar, dated Jan. 27, 2009.

Minutes, DICOM Standards Committee, Jan. 19-20, 1999.

Minutes, DICOM Standards Committee, Jun. 22-23, 1999.

Mitchell S. Curtis and Austin Brown, "The Role Of Information Systems In Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Mitra About Us History webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra Careers Testimonials webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra CD Exchange Operator's Manual, dated 1997.

Mitra CD Exchange Version 1.x Service Manual, dated 1998.

Mitra CD Writer Conformance Statement, Rev. 1.4, dated Sep. 5, 1997.

Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.

Mitra CD Writer Development & Quality Plan Rev. 1.0, dated May 28, 1996.

Mitra CD Writer Requirements Specification Addendum: Labeler, Rev 1.0, dated Sep. 23, 1997.

Mitra CD Writer Requirements Specification, Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer Requirements Specification, Rev. 1.4, dated Oct. 6, 1997.

Mitra CD Writer Service Tools Manual, dated Sep. 17, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.0, dated May 21, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Sep. 25, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer System Administration and GUI Manual, Ver. 1.0, dated Sep. 18, 1996.

Mitra D217 Vault Requirements Specification Rev 1.0, dated Jan. 17, 1997.

Mitra DICOM Conformance Statement Exhibit R3.1, Revision 2.1, dated Aug. 1, 1999.

Mitra Image Vault Conformance Statement for CD Reading/Writer, Rev. 1.5, dated Nov. 14, 1997.

Mitra Image Vault V. 1.2 Service Manual, dated 1998.

Mitra Image Vault V. 1.2 User's Manual, dated 1998.

Mitra IMPAX 3 Archive Requirements Specification, Rev. 2.1, dated Jan. 20, 1998.

Mitra Implementation Specification for Vault Jul. 1 Release, Rev 0.2, dated Jun. 1, 1998.

Mitra Implementation Specification for Vault Jul. 1 Release, Rev. 0.2, dated Jun. 1, 1998.

Mitra Installation Manual for CD Writer Software Ver. 0.2.0, Manual Rev. 1.2, dated Feb. 11, 1997.

Mitra MVF Service Tools Draft, Release 2.2, dated 1998.

Mitra MVF Service Tools Draft, Release 2.3, dated 1998.

Mitra MVF Service Tools Draft, Release 2.4, dated 1998.

Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.

Mitra Vault Installation Guide V. 2.8, dated Aug. 5, 1999.

Mitra Vault Installation Guide V. 2.9, dated Oct. 13, 1999.

Mitra Vault Installation Guide V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Installation Guide V. 2.9.3, dated Nov. 12, 1999.

Mitra Vault Installation Guide V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Installation Guide V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Installation Manual, dated Jan. 14, 1998.

Mitra Vault Requirements Specification Rev. 1.0, dated Jan. 17, 1997.

Mitra Vault Service Tools Manual version 2.7.0, dated 1999.

Mitra Vault Service Tools Manual version 2.8.0, dated Aug. 19, 1999.

Mitra Vault Service Tools V. 2.6.0, dated 1999.

Mitra Vault Service Tools V. 2.9.0, dated Oct. 13, 1999.

Mitra Vault Service Tools V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Service Tools V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Service Tools V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Version 2.2 Installation Manual, dated 1998.

Mitra Vault Version 2.3 Installation Manual, dated 1998.

Mitra Vault Version 2.4 Installation Manual, dated 1998.

Mitsui Advanced Media Presentation Slides, apparently dated 2000.

*Copy provided by USPTO from the PIRS Image Database on 08/17/2011*

**A 148**

## US 7,729,597 B2
Page 12

Notice of Abandonment, U.S. Appl. No. 09/781,605, mailed Mar. 27, 2007.

Notice of Allowance, U.S. Appl. No. 09/761,795, mailed Oct. 12, 2007.

Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements (37 CFR 1.510(c)), Control No. 90/009,538, mailed Aug. 27, 2009.

Notice of Manual Filing, filed Jan. 16, 2009.

Notice of Manual Filing, filed Jan. 26, 2009.

Notice of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 19, 2009.

Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, mailed May 12, 2009.

Office Action and Examiner's Interview Summ'y, U.S. Appl. No. 09/781,605, mailed Dec. 8, 2005.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 9, 2009.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 6, 2008.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 21, 2006.

Office Action, U.S. Appl. No. 09/753,792, mailed Jul. 23, 2004.

Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 22, 2009.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 22, 2005.

Office Action, U.S. Appl. No. 09/761,795, mailed Feb. 27, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Oct. 20, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 20, 2007.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 27, 2003.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 23, 2004.

Office Action, U.S. Appl. No. 09/781,605, mailed May 27, 2005.

Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, dated Jan. 20, 2009.

Order Granting Motion for Stay Pending Outcome of Reexamination of Patent-in-Suit, dated Feb. 3, 2009.

Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Jan. 30, 2009.

Osiris, Osiris Imaging Software User Manual, Version 3.1, dated 1996.

Otech, *OTech News* vol. 2, Iss. 2 (1997).

Packing List, Product Release Checklist, Software Release, Shipping Checklist, email, and Packing Slip for Exchange V 1.0, dated Sep. 5, 1997.

Packing List, Shipping Checklist, Packing Slip, Product Release Checklist, Software Release Notes, and Engineering Software Release for Mitra Vault v. 0.9, dated Sep. 12, 1997 to Sep. 16, 1997.

PacsCube User Manual / Installation Guide Version 4.1, 2006, pp. 1-63.

Pamela K. Wear, et al., "Building Security Models For Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.

Payment from Siemens Nixdorf to Mitra Imaging, dated Apr. 9, 1998.

Payments from AGFA Corporation to Impax Technology, dated from Nov. 22, 2000 to Dec. 29, 2000.

PerfectImage CD-R Order Interface API Programmer Guide, dated 2001.

Philip G. Drew, Ph.D., "Signal-to-Noise: Surveys Attest to Growing Interest in PACS," pp. 21-22, dated Jan. 1998.

Philips Medical Systems, *510(k) Summary* (Sep. 23, 1999).

Philips Medical Systems, *DICOM Conformance Statement—CD-Medical Recorder for DCI Systems CDM 3300—Release 1.1* (Oct. 31, 1996).

Plaintiff DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-43), dated Apr. 3, 2008.

Plaintiff DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant (Nos. 112-225), dated Dec. 23, 2008.

Plaintiff DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant (Nos. 44-78), dated Oct. 22, 2008.

Plaintiff DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant (Nos. 79-111), dated Nov. 18, 2008.

Plans for AHA '98, Rev 3.0, dated Oct. 19, 1998.

Plans for RSNA '2000.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed Nov. 2, 2006.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 5, 2009.

Pre-Production Release Form and Packing Slip from Mitra Imaging Inc to Electromed International, dated Nov. 10, 1999.

Pre-Production Release Form MQF-9.3 re: Project AS300, Version 4.5.0 from Mitra Imaging to Electromed International, dated Nov. 9, 1999.

Printed Screen Shots and Help File Topics of Exhibit 382 to the Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc. v. Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California (Vepro Demonstration CD, © 1996-1999).

Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

Product Showcase: Automated DICOM Exchange Station, Medical Imaging Magazine, Jan. 2000.

Proof of Service, dated Jan. 26, 2009.

Proposed Order Granting Codonics' Ex Parte Application for an Order to File Documents Under Seal.

Proposed Order Granting DatCard's Application For an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 16, 2009.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 23, 2008.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Proposed Order re Defendant's Motion to Compel Compliance with Subpoena to Rimage Corp., dated Jan. 15, 2009.

Purchase Order from Acuson Corp. to Mitra Imaging, dated Apr. 30, 1997.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 13

Purchase Order, Invoice, Packing Slip, Billing Statement, Work Order from Mitra Imaging to Electromed Imaging and Mitra History dated Sep. 5, 1997 to Sep. 20, 2000.

Purchase Orders from Agfa Division to Mitra Imaging, dated from Apr. 30, 1999 to Oct. 14, 1999.

Purchase Orders from Electromed International to Mitra Imaging, dated from Apr. 29, 1998 to Jan. 9, 2000.

Purchase Requisitions from Electromed International to Mitra Imaging, dated May 1, 1998.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communications System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175-177, May 1999.

Radiology Service Partners, LLC, *Re-Engineering Radiology* (1997).

Raffaele Noro et al., "Real-Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 146-121, Aug. 1997.

Ralph T. Wakerly, et al., "Planning For The Four Stages Of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99-102, Aug. 1997.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Redacted Email regarding "Vepro: Description of Systems," dated Mar. 26, 1999.

Redacted First Amendment to Apr. 8, 1998 Purchase Agreement between General Electric Co. and VEPRO, dated May 28, 1999.

Redacted Offer from VEPRO to GE Medical Systems for MEDIMAGE Digital Film Recording & CD-R Archiving Station/19" Monitor Color, Upgrades, and Installation, dated Mar. 4, 1999.

Redacted Purchase Agreement between General Electric Co. and VEPRO dated Apr. 8, 1998.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Nov. 22, 1999.

Release 3 IMPAX Application Manual, V. 1.8.4, dated Feb. 13, 2007.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164 and Petition Under 37 C.F.R. § 1.183 to Suspend the Rules, Control No. 90/009,538, mailed Aug. 7, 2009.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Nov. 26, 2008.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Mar. 6, 2007.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received May 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Jul. 17, 2009.

Revised Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 14, 2009.

Revised Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Rhonda Delmater, "Multi-Media Messaging: An Emerging Vision for Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay For Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation Of Best Practices In Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems For Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services To Reduce Costs And Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Richard K. Wertz, "CD-ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376-3378, Dec. 26, 1986.

Richard L. Brandon and John Robinette, "Redesign Of Decedent Care System Provides Compassion, Responsiveness, And Security," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements For Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Ricky K. Taira et al., "A Concept-Based Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25-36, Feb. 1996.

Rimage Corporation's Certificate of Service, dated Jan. 20, 2009.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

# US 7,729,597 B2
Page 14

Rimage Corporation's Cross-Motion to Quash the Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Rimage Corporation's Memorandum of Law in Opposition to Codonics' Motion to Compel and Cross-Motion to Quash Subpoena, dated Jan. 20, 2009.

Rimage Corporation's Notice of Cross-Motion to Quash Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Robert Bowman, et al., "Building And Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes Of Telemedicine Services . . . Patient And Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

RSNA '98—"Science to Practice"—Informational Proof Report, dated Apr. 6, 1998.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines For Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Ruediger Simon, "DICOM: State of the Standard in 1999."

Ruling Granting Defendant's Motion for a Stay of Proceedings Pending Reexamination of the Patent-in-Suit, dated Feb. 3, 2009.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7-9, 1995, pp. 134-137.

Sales Order Packing Slip, Trex Medical Corp., dated Jun. 27, 2000.

Sallie Williams, et al., "The Inside Story On Chin Implementation: CIO's First Hand Experience," 1996 Annual HIMSS Conference and Exhibition.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999-2003.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends In Health Care Information Systems: Increasing Focus On Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Shipping Checklists and FedEx Manifests from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Short Instructions: DICOM Communication by HIPAX, dated 1995-1999.

Siemens Health Services, *Sienet—DICOM Conformance Statement: Magic View 50 Versions VA10A, VA10B and VA10C Revision 2.0* (Nov. 13, 1997).

Siemens Health Services, *Sienet MagicRead Film Digitizers.*

Siemens Medical Systems, Inc., *ACOM.Convert DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOM Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *Fast, secure, reliable Sienet Enterprise PACS* (1998).

Siemens Medical Systems, Inc., *MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences* (1998).

Siemens Medical Systems, Inc., *MagicView 300 Enterprise-wide clinician viewing of images and reports* (1998).

Siemens Medical Systems, Inc., *MagicView CT/MR* (1999).

Siemens Medical Systems, Inc., *PACS Planning & Integration Services* (1998).

Siemens Picture Archiving and Communication System Proposal for Huntsville Hospital, dated Apr. 8, 1999.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc., Copyright 2000-2007.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Sienet Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002-2008.

Sohard Ag, Radin Version 2.0, dated Nov. 2002, Screen Captures.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

Sonya Donaldson, *Kodak Picture CD—Software Review—Evaluation* (Oct. 2000).

Sorna, FilmX Sell Sheet, dated 2000.

Sorna, FilmX Sell Sheet, dated Mar. 3, 2000.

Source code for Cedar SDK application, dated Mar. 25, 1999 to Sep. 27, 1999.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207-211, dated Nov. 1997.

Stan Wiebe, "Information Systems Planning For An Urban/Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Pomerantz, M.D., "First Person: Soft-Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37-39, dated Mar. 1998.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis Of Their Cost-Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications In Health Care," 1996 Annual HIMSS Conference and Exhibition.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40-45, dated Jan. 1998.

Subpoena for the production of documents and things issued by Codonics, Inc. to Agfa Corporation, *DatCard Systems, Inc. v. Codonics, Inc.*, SACV 08-00063 AHS (RNBx), C.D. Cal., dated Jun. 6, 2008.

Supplemental Amendment, U.S. Appl. No. 09/753,792, received Oct. 20, 2008.

Sylvia K. Dowding, "On The Road To Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

TDK Electronics Corp., *Invoice* (2000-2001).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AUTOTP* (Jul. 17, 2003).

The Imaging Resource, *The Imaging Resource Digital Photography Newsletter*, vol. 1, No. 3 (Oct. 22, 1999).

**US 7,729,597 B2**

Page 15

Thomas G. Tape, MD, et al., "Designing A Clinician User-Interface For A Health Care Information System,"1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready for CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Tony Rickards, "What is DISC Birmingham 96?" Jul. 24, 1996.

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

Tracey D. Holden, et al., "Nuts and Bolts Approach To Project Management," 1996 Annual HIMSS Conference and Exhibition.

Transcript of Videotaped Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc. v. Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California.

TREX Medial Corp. Form 10-K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar-online.com/1996/12/06/00/0001003539-96-000006/Section2.asp, on Feb. 20, 2008].

TREXnet HR DICOM Media Conformance Statement, Trex Medical Corp., dated Jun. 29, 1998.

TREXnet HR Price Book, dated 2000.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, *Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices* (Jul. 27, 2000).

Universal Manager Product Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

User Manual for MEDIMAGE: DICOM Archiving & Viewing Station, Vepro Computersysteme, dated May 9, 2000.

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Uwe Engelmann et al., "Borderless Teleradiology with CHILI," Journal of Medical Internet Research, dated Dec. 13, 1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Vault Installation Guide V. 2.9.4, dated Nov. 25, 1999.

Vault Service Tools V. 2.9.3, dated Nov. 12, 1999.

Vault v2.0 Hazard Analysis Report Rev 1.1, dated May 17, 1999.

Vepro Computersysteme GmbH, "Cardio-Viewing Station," dated 1997.

Vepro Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Vepro Computersysteme Gmbh, *510(K) Summary* (Jun. 6, 1997).

Vepro Computersysteme GmbH, *MEDIMAGE The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station , Software Vers. 4.42* (May 9, 1999).

Vepro Computersysteme GmbH, *MEDIMAGE The Image Management System—Digital Film Recording Station, Software Version 4.40* (Oct. 28, 1999).

Vepro Computersysteme GmbH, MEDIMAGE: DICOM Archiving & Viewing Station, Software Vers. 4.42, User-Manual, dated May 9, 2000.

Vepro Computersysteme, *Email re: MEDIMAGE Cardio/Angio Viewing Station; MEDIMAGE Image Server; MEDIMAGE CD-ROM Jukebox Server; MEDIMAGE DICOM 3.0 Server Akquisition Station; CARDIO—Viewing Station; MEDIMAGE Digital Filmrecording & CD-R Archiving Station* (Dec. 22, 1997).

Vepro GmbH, *Invoices re: MEDIMAGE Cardio/DICOM Viewing Software* (1998).

VEPRO MedImage Disc, Paediatrische Kardiologie Univ. Heidelberg: INF 150-153, 69120 Heidelberg, dated Apr. 28, 1999.

VEPRO Medimage Printout, Pädiatrische Kardiologie Universitätsklinik Heidelberg: INF 150-153, 69120, dated Jan. 30, 2009.

VEPRO, *17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation* (Feb.-Mar. 1998).

VEPRO, Cardio-Network, dated Feb. 19, 1999.

VEPRO, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

VEDPRO, Centura-Porter Advertist Hospital Training Reports, dated 1999.

VEPRO, *Certificate for the Quality Assurance System* (Feb. 12, 2004).

VEPRO, Diagram of a Digital Cath-Lab, dated Feb. 19, 1999.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.03, "About Cardio Viewing Station," dated 1998.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.05, "About Cardio Viewing Station," dated 1999.

VEPRO, Product Sheet: Image/Film Archive Server, dated Feb. 19, 1999.

VEPRO, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

VEPRO, Purchase Order from Centura Health, dated Sep. 30, 1999.

VEPRO, Serial Number Records for Project Denver, dated Nov. 25, 1999.

VEPRO, *Viewing Software Handbook, Viewing Software Version 4.41* (Oct. 7, 1998).

Verda Weston, et al., "Reengineering And Technology—Building A Strong Foundation For The CPR," 1996 Annual HIMSS Conference and Exhibition.

Voxar, Plug 'n View 3d 2.1 (Demonstration), "readme.txt," dated Nov. 12, 1999.

W. Brent Peterson, "Strategies For Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, FHIMSS et al., "Planning And Developing Of A Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer-Based Patient Record: An Essential Technology For Healthcare," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EIS Unplugged," 1996 Annual HIMSS Conference and Exhibition.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System, " 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis Of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 16

Word Count Compliance Certificate Regarding Defendant's Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Work Order, Purchase Order, Bill of Lading, Commercial Invoice, Packing List, and email concerning Vault System shipment to Institute de Cardiologie de Montreal, dated May 1, 1998.

Work Orders from Mitra Imaging to Electromed International, dated May 1, 1998.

Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Oct. 1, 2009.

U.S. Appl. No. 09/540,531, filed Mar. 31, 2000, Kanada Shoji, et al.

U.S. Appl. No. 09/602,643, filed Jun. 22, 2000, Peter Alden Rothschild.

U.S. Appl. No. 60/181,215, filed Sep. 2, 2000, Elliot A. Segal.

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.

CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.

Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.

GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.

GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.

ACOM.PC 2.2 DICOM Conformance Statement, Version1.0, dated Sep. 29, 1999.

Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.

Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Franket al., Computers in Radiology, AJR 162, Mar. 1994.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

First DIN-PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, webarchive.org date "20010415."

Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.

Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166-174.

Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.

Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.

Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323-327, 1998.

PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al., Journal of Digital Imaging, 13:1, Feb. 2003.

The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imagining, 11:3, Supp 1, Aug. 1998.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

## US 7,729,597 B2
Page 17

Borderless Teleradiology with CHILI, Engelmann et al., Journal of Medical Internet Research, Copyright 1999.

Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al., Medical Informatics, 19:2, 1994.

Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al, Copyright 1991.

CD-R & CD-RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.

Evolution of the clinical review station for enterprise-wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

PACS Implementation Experiences: From In-house to Partnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.

Interfacing the PACS and the HIS: Results of a 5-year Implementation, TV Kinsey, Radiographics. May-Jun. 2000;20(3):883-91.

A five-step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.-Aug. 2002 22:4.

A low-cost CD-ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.

A new approach to teleconferencing with intravascular US and cardiac angiography in a low-bandwidth environment, JN Stahl et al., Radiographics Sep.-Oct. 2000, 20:5.

An economical, personal computer-based picture archiving and communication system, T-C Wu et al., Radiographics Mar.-Apr. 1999, 19:2.

A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.

Computer-based radiology information system: From floppy disk to CD-ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.

Consulting with radiologist outside the hospital by using java, S-K Lee et al., Radiographics 19:4, Jul.-Aug. 1999.

Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.

Digital archive system for radiologic images, AWK Wong, et al., Radiographics 14:5, Sep. 1994.

Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.

Distributing medical images with internet technologies: A DICOM java viewer, J Fernandez-Bayo et al., Radiographics 20:2, Mar.-Apr. 2000.

Development of an electronic radiologist's office in a private institute, J-C Oberson, et al., Radiographics 20:2, Mar.-Apr. 2000.

PACS mini refresher course: Electronic imaging workstations: Ergonomic issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.

Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.

PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12:2, Mar. 1992.

PACS mini refresher course: System integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and R H Choplin, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

Part four: A nontechnical introduction to DICOM, S C Horii, Radiographics 17:5, Sep.-Oct. 1997.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.

Inside BringhamRAD: Providing radiology teaching cases on the Internet, GL Mammunome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.

Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-375.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376-724.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15,

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 18

1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1-441.

Corrected Original Request for Ex Parte Reexamination of U.S. Patent No. 7,302,174, Control No. 90/009,538, mailed Sep. 25, 2009.

Reply by Patent Owner to Non-Final Office Action Under 37 C.F.R. § 1.111 and Request for Reconsideration, Control No. 90/009,347, mailed Dec. 1, 2009.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442-791.

13th Conference on Computer Applications in Radiology, Jun. 6-9, 1996, R Kilcoyne, et al., Copyright 1996.

Data storage and management requirements for the multimedia computer-based patient medical record, WB Hanlon et al., Fourteenth IEEE Symposium on Mass Storage Systems, Sep. 11-14, 1995.

Implementing a DICOM—HL7 interface application, SL Fritz et al., SPIE vol. 2435.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

PACS: Picture archiving and communication systems in biological imaging, HK Huang, Copyright 1996.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Entwicklung von Algorithmen und Programuren für ein Archivierungs- and Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

USCF Radiological Informatics Research: A Progress Report, dated Feb. 1997.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

A generic hospital PACS RFP presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

A PACS RFP toolkit presented to The Seventh RIS-PACS School. Georgetown University Medical Center, JH Perry, Dated Aug. 11, 1997.

A PACS RFP toolkit presented to The Fifth RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Feb. 3, 1995.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary. SK Mun, Report Date Mar. 1997.

Angiocardiography without cinefilm: information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker."

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "19981202.".

MergeWorks: Connect, MergeTechnologies, Inc., "webarchive.org" date "19981203."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive. org" date "19981203."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive.org" date "19990220."

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, Dated Oct. 7, 1999.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

Merge Connectivity Products: MergeArk, "webarchive.org" date "20000916".

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

Using Experience with Bidirectional HL7—ACR-NEMA Interfaces between the Federal Government HIS/RIS and Commercial PACS to Plan for DICOM, Peter M/ Kuzmak et al., SPIE vol. 2435.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 19

PACS mini refresher course: Picture archiving and communication systems: an overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.

Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics. 17:2, Mar.-Apr. 1997.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.

Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology,* William Brody and Gerald Johnston, Copyright 1992, pp. 1-376.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology,* William Brody and Gerald Johnston, Copyright 1992, pp. 377-434; 445-749.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boelune & Alan Rowberg, Copyright 1994.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006.

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S.Appl.No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received May 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.

Response to Office Action of Jun. 22, 2009, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.

CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.

Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.

GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.

GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 20

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 1

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

_120_

| IMAGE INPUT DEVICES \ FIELDS | AUTO–PRODUCE _250_ | TARGET PRODUCTION STATION _252_ | RELATED DATA STORAGE _254_ |
|---|---|---|---|
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

*FIG. 2*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 3

122 — MONITOR IMAGE SERVER DATABASE

124 — DATABASE CHANGING ? — NO

126 — TIME—STAMP START OF CHANGE

128 — WAIT FOR AN INTERVAL

130 — DATABASE STILL CHANGING ? — YES

132 — SEND CHANGED DATA TO APPLICATION SERVER DATABASE

134 — FIND INPUT IMAGE DEVICE NAME/ID

136 — FIND PROFILE RECORD FOR INPUT IMAGE DEVICE

138 — AUTO—PRODUCE ? — NO

140 — DETERMINE TARGET PRODUCTION STATION AND RELATED DATA STORAGE FIELD

142 — SEND CHANGED DATA, CONFIGURATION DATA AND VIEWING PROGRAM TO TARGET PRODUCTION STATION

143 — RETRIEVE RELATED IMAGE DATA AND SEND TO TARGET PRODUCTION STATION

144 — ADD AUDIT RECORD

146 — WAIT FOR COMPLETION SIGNAL FROM PRODUCTION SECTION

148 — UPDATE AUDIT RECORD

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG. 4*



FIG. 5

US 7,729,597 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of U.S. patent application Ser. No. 09/761,795, filed on Jan. 17, 2001, now U.S. Pat. No. 7,302,164, issued Nov. 27, 2007, and claims priority to U.S. Provisional Patent Application 60/181,985, filed on Feb. 11, 2000. The entire disclosure of these priority applications are hereby incorporated by reference herein in their entirety.

BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, exam information such as patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download

of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

3

related to the selected medical image data, and recording related image data to portable digital recording medium.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to save by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan

4

machines 208 and ultrasound machines 210 and stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital recording medium. Its

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

5

"target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" filed 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252 of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

6

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

The target production station 300A, 300B or 300C produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server 110 in

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

7

step 142. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server 110. The application server 110 waits for this signal in step 146.

Still referring to FIG. 3, in step 148, the application server 110 updates the audit records in the production history database 116 that were created in step 144. For each CD produced, the application 110 server updates the date and time of production for that CD's audit record. The application server 110 also updates the status value for that CD's audit storage record from "processing" to "successful". The application server 110 then continues monitoring the image server database 202 as in step 122.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110. A user, typically a physician or physician's assistant, accesses the application server database 114 from a browsing terminal 400A, 400B or 400C connected to a network 600. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server 110, in step 150. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server 110. The application server 110 prompts the user to enter a password or an identification name coupled with a password, in step 152. The application server 110 checks if the entered identification/password is authorized in step 154. If the entered identification/password is not authorized the user is returned to step 152 to re-enter the identification/password, or disconnected from the application server 110. If the entered identification/password is authorized then the user is allowed access to the application server database 114 and the application server 110 proceeds to step 156.

Still referring to FIG. 4, in step 156 the user is prompted to select a patient from a list of patients with exam images in the application server database 114. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step 158. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step 160 whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step 156 to select another patient. If the user answers "no", the user proceeds to step 162.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database 114.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations 300A, 300B and 300C in step 162. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the application server 110, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step 164, the application server 110 sends a copy of the

8

image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program 112, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station 300A, 300B or 300C then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database 114 not from a browsing terminal 400A, 400B or 400C, but directly from the display terminal 118. In this embodiment the user directly proceeds from step 152. In this embodiment the user is typically a programmer or operator of the image production system 100.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server 110 from a browsing terminal 400A, 400B or 400C in step 170. The user enters identification information and a password in step 172. Step 174 determines whether the user is authorized to access the application server database 114. If authorized, the user is prompted to select a patient in step 176, and selects exams of the selected patient in step 178. The user is then asked in step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data. The application server 110 finds the image input device profile table 120 profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field 254, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server 110 automatically searches for related data without asking for user direction. In this embodiment, the application server 110 alerts the user if related data are found. In one embodiment, the application server 110 also searches the application server database 114 for related medial image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step 184. In another embodiment, all found related data are automatically selected by the application server 110 for production, without prompting for user selection.

The user is then prompted to select another patient in step 186. After the user has completed selecting all patients, the user is prompted to select a CD production station 300A, 300B or 300C in step 188. The user is also prompted to enter additional label text. In step 190, the application server 110 then sends a copy of the original and selected related data, along with a copy of the viewing program 112, a number indicating the number of copies to be produced, additional label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application server 110 erases data in the new data database. The storage

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

9

data database stores all data that has ever been received from the image server database 202. In the processes described by FIG. 4 and FIG. 5, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A computer-implemented method for automatically generating a portable computer-readable medium containing medical data related to a patient, comprising:

receiving, via computer-implemented interface a request for medical data related to the patient;

automatically searching a first computer database via a first database interface for a first set of medical imaging data related to the patient based on the received request;

automatically retrieving the first set of medical imaging data related to the patient;

automatically searching, based on the received request, a second computer database via a second database interface for additional medical data also related to the patient, wherein the second interface is different from the first interface;

automatically receiving the additional related medical data; and

automatically generating a portable computer-readable medium, at a production station, containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the first set of medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

2. The method of claim 1, wherein the second computer database is remote from the first computer database and searching the second computer database via the second interface comprises sending a search request to a remote server coupled to the second computer database.

3. The method of claim 1, wherein searching for additional medical data related to the patient comprises:

automatically checking an electronic profile table to determine that the second computer database has related medical data; and

searching the second computer database via the second interface for the additional related medical data.

4. The method of claim 1, wherein searching for additional medical data related to the patient comprises:

automatically checking an electronic profile table to determine that the second computer database has medical data that is also related to the patient; and

searching the second computer database via the second interface using a unique identifier associated with the patient.

10

5. The method of claim 1, wherein searching the second computer database comprises determining metadata related to the first set of medical imaging data; and searching the second computer database comprises searching the second computer database via the second interface using the metadata.

6. A system for automatically generating a portable computer-readable medium containing medical data related to a patient, comprising:

a first database configured to store medical data related to the patient;

a second database configured to store medical data related to the patient, the second database being distinct from the first database;

a computer-implemented interface configured to receive a request for medical data related to the patient;

an application server coupled to the first database and the second database, said application server being configured to:

send a search request, based on the received request, via a first interface to the first computer database for a first set of medical imaging data related to the patient;

receive from the first database the first set of medical imaging data related to the patient;

send a search request, based on the received request, via a second interface to the second computer database for additional medical data also related to the patient, wherein the second interface is different from the first interface; and

receive from the second database the additional related medical data; and

a production station configured to

generate a portable computer-readable medium containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

7. The system of claim 6, wherein the second computer database is remote from the first computer database and searching the second computer database via the second interface comprises sending a search request to a remote server coupled to the second computer database.

8. The system of claim 6, wherein the application server is further configured to:

check an electronic profile table to determine that the second computer database has related medical data; and

choose to send a search to the second computer database via the second interface for the additional related medical data.

9. The system of claim 6, wherein the application server is further configured to:

check an electronic profile table to determine that the second computer database has medical data that is also related to the patient; and

send a search request to the second computer database via the second interface using a unique identifier associated with the patient.

10. The system of claim 6, wherein the application server is further configured to: determine metadata related to the first set of medical imaging data; and wherein the search sent to the second computer database via the second interface is generated based on the metadata.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 7,729,597 B2                    Page 1 of 2
APPLICATION NO. : 12/491187
DATED         : June 1, 2010
INVENTOR(S)    : Ken Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, at (Item 56), Page 5, Column 2, Line 27, Under Other Publications, change "Heath" to --Health--.

Title Page, at (Item 56), Page 5, Column 2, Line 34, Under Other Publications, change "all," to --al.--.

Title Page, at (Item 56), Page 6, Column 1, Line 45, Under Other Publications, change "Doman" to --Domain--.

Title Page, at (Item 56), Page 6, Column 2, Line 27, Under Other Publications, change "Joumal" to --Journal--.

Title Page, at (Item 56), Page 7, Column 1, Line 50, Under Other Publications, change "Baffiers," to --Barriers--.

Title Page, at (Item 56), Page 10, Column 2, Line 3, Under Other Publications, change "Desecription" to --Description--.

Title Page, at (Item 56), Page 12, Column 1, Line 14, Under Other Publications, change "Summ'y," to --Summary,--.

Title Page, at (Item 56), Page 15, Column 2, Line 24, Under Other Publications, change "VEDPRO," to --VEPRO,--.

Title Page, at (Item 56), Page 15, Column 2, Line 24, Under Other Publications, change "Advertist" to --Adventist--.

Title Page, at (Item 56), Page 17, Column 2, Line 41, Under Other Publications, change "Mammunome" to --Mammome--.

Title Page, at (Item 56), Page 18, Column 1, Line 33, Under Other Publications, change "and Progranunen" to --und Programmen--.

Signed and Sealed this

Fourteenth Day of December, 2010

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**                    Page 2 of 2
**U.S. Pat. No. 7,729,597 B2**

Title Page, at (Item 56), Page 18, Column 1, Line 34, Under Other Publications, change "Archivierungs-and" to --Archivierungs und--.

At Sheet 3 of 5 (Box No. 146) (FIG. 3), Line 2, Change "SECTION" to --STATION--.

At Column 9, Line 27, In Claim 1, change "interface" to --interface,--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 25, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,783,174*

ISSUE DATE: *August 24, 2010*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer



US007783174B2

## (12) United States Patent
### Wright et al.

(10) **Patent No.:** US 7,783,174 B2
(45) **Date of Patent:** *Aug. 24, 2010

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/484,100**

(22) Filed: **Jun. 12, 2009**

(65) **Prior Publication Data**

US 2009/0245754 A1    Oct. 1, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of application No. 09/761,795, filed on Jan. 17, 2001, now Pat. No. 7,302,164.

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
**H04N 5/91** (2006.01)

(52) **U.S. Cl.** ...................................... 386/125; 386/126

(58) **Field of Classification Search** .................. 386/95, 386/125, 126; 705/2, 3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A    1/1985    Pritchard

(Continued)

FOREIGN PATENT DOCUMENTS

CA    2322191    4/2000

(Continued)

OTHER PUBLICATIONS

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.
CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**14 Claims, 5 Drawing Sheets**



**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,783,174 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,736,256 A | 4/1988 | Ichikawa | |
| 4,768,099 A | 8/1988 | Mukai | |
| 4,852,570 A | 8/1989 | Levine | |
| 4,860,112 A | 8/1989 | Nichols et al. | |
| 4,874,935 A | 10/1989 | Younger | |
| 4,945,410 A | 7/1990 | Walling | |
| 4,958,283 A | 9/1990 | Tawara et al. | |
| 5,002,062 A | 3/1991 | Suzuki | |
| 5,005,126 A | 4/1991 | Haskin | |
| 5,019,975 A | 5/1991 | Mukai | |
| 5,208,802 A | 5/1993 | Suzuki et al. | |
| 5,235,510 A | 8/1993 | Yamada et al. | |
| 5,272,625 A | 12/1993 | Nishihara et al. | |
| 5,291,399 A | 3/1994 | Chaco | |
| 5,317,337 A | 5/1994 | Ewaldt | |
| 5,319,543 A | 6/1994 | Wilhelm | |
| 5,321,520 A | 6/1994 | Inga et al. | |
| 5,321,681 A | 6/1994 | Ramsay et al. | |
| 5,384,643 A | 1/1995 | Inga et al. | |
| 5,410,676 A | 4/1995 | Huang et al. | |
| 5,416,602 A | 5/1995 | Inga et al. | |
| 5,451,763 A | 9/1995 | Pickett et al. | |
| 5,452,416 A | 9/1995 | Hilton et al. | |
| 5,469,353 A | 11/1995 | Pinsky et al. | |
| 5,499,293 A | 3/1996 | Behram et al. | |
| 5,502,726 A | 3/1996 | Fischer | |
| 5,513,101 A | 4/1996 | Pinsky et al. | |
| 5,518,325 A | 5/1996 | Kahle | |
| 5,531,227 A | 7/1996 | Schneider | |
| 5,542,768 A | 8/1996 | Rother et al. | |
| 5,544,649 A | 8/1996 | David et al. | |
| 5,572,422 A | 11/1996 | Nematbaksh et al. | |
| 5,581,460 A | 12/1996 | Kotake et al. | |
| 5,586,262 A | 12/1996 | Komatsu et al. | |
| 5,592,511 A | 1/1997 | Schoen et al. | |
| 5,597,182 A | 1/1997 | Reber et al. | |
| 5,597,995 A | 1/1997 | Williams et al. | |
| 5,605,153 A | 2/1997 | Fujioka et al. | |
| 5,633,839 A | 5/1997 | Alexander et al. | |
| 5,634,053 A | 5/1997 | Noble et al. | |
| 5,655,084 A | 8/1997 | Pinsky et al. | |
| 5,659,741 A | 8/1997 | Eberhardt | |
| 5,668,998 A | 9/1997 | Mason et al. | |
| 5,671,353 A | 9/1997 | Tian et al. | |
| 5,687,717 A | 11/1997 | Halpern et al. | |
| 5,717,841 A | 2/1998 | Farrell et al. | |
| 5,721,891 A | 2/1998 | Murray et al. | |
| 5,724,582 A | 3/1998 | Pelanek et al. | |
| 5,734,629 A | 3/1998 | Lee et al. | |
| 5,734,915 A | 3/1998 | Roewer | |
| 5,740,134 A | 4/1998 | Peterson | |
| 5,763,862 A | 6/1998 | Jachimowicz et al. | |
| 5,781,221 A | 7/1998 | Wen et al. | |
| 5,796,862 A | 8/1998 | Pawlicki et al. | |
| 5,809,243 A | 9/1998 | Rostoker et al. | |
| 5,822,544 A | 10/1998 | Chaco et al. | |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. | |
| 5,832,488 A | 11/1998 | Eberhardt | |
| 5,848,198 A | 12/1998 | Penn | |
| 5,859,628 A | 1/1999 | Ross et al. | |
| 5,867,795 A | 2/1999 | Novis et al. | |
| 5,867,821 A | 2/1999 | Ballantyne et al. | |
| 5,869,163 A | 2/1999 | Smith et al. | |
| 5,873,824 A | 2/1999 | Doi et al. | |
| 5,882,555 A | 3/1999 | Rohde et al. | |
| 5,884,271 A | 3/1999 | Pitroda | |
| 5,899,998 A | 5/1999 | McGauley et al. | |
| 5,909,551 A | 6/1999 | Tahara et al. | |
| 5,911,687 A | 6/1999 | Sato et al. | |
| 5,914,918 A | 6/1999 | Lee et al. | |
| 5,920,317 A | 7/1999 | McDonald | |
| 5,924,074 A | 7/1999 | Evans | |
| 5,942,165 A | 8/1999 | Sabatini | |
| 5,946,216 A | 8/1999 | Hollerich | |
| 5,946,276 A | 8/1999 | Ridges et al. | |
| 5,949,491 A | 9/1999 | Callahan et al. | |
| 5,950,207 A | 9/1999 | Mortimore et al. | |
| 5,951,819 A | 9/1999 | Hummell et al. | |
| 5,974,004 A | 10/1999 | Dockes et al. | |
| 5,974,201 A | 10/1999 | Chang et al. | |
| 5,982,736 A | 11/1999 | Pierson | |
| 5,995,077 A | 11/1999 | Wilcox et al. | |
| 5,995,345 A | 11/1999 | Overbo | |
| 5,995,965 A | 11/1999 | Experton | |
| 6,006,191 A | 12/1999 | DiRienzo | |
| 6,021,404 A | 2/2000 | Moukheibir | |
| 6,022,315 A | 2/2000 | Iliff | |
| 6,032,120 A | 2/2000 | Rock et al. | |
| 6,041,703 A | 3/2000 | Salisbury et al. | |
| 6,063,030 A | 5/2000 | Vara et al. | |
| 6,067,075 A | 5/2000 | Pelanek | |
| 6,115,486 A | 9/2000 | Cantoni | |
| 6,137,527 A | 10/2000 | Abdel-Malek et al. | |
| 6,149,440 A | 11/2000 | Clark et al. | |
| 6,157,914 A | 12/2000 | Seto et al. | |
| 6,188,782 B1 | 2/2001 | Le Beux | |
| 6,241,668 B1 | 6/2001 | Herzog | |
| 6,260,021 B1 | 7/2001 | Wong et al. | |
| 6,272,470 B1 | 8/2001 | Teshima | |
| 6,363,392 B1 | 3/2002 | Halstead et al. | |
| 6,366,966 B1 | 4/2002 | Laney et al. | |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. | |
| 6,415,295 B1 | 7/2002 | Feinberg | |
| 6,454,705 B1 | 9/2002 | Cosentino et al. | |
| 6,529,757 B1 | 3/2003 | Patel et al. | |
| 6,564,256 B1 | 5/2003 | Tanaka | |
| 6,564,336 B1 | 5/2003 | Majkowski | |
| 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. | |
| 6,574,742 B1 | 6/2003 | Jamroga et al. | |
| 6,606,171 B1 | 8/2003 | Renk et al. | |
| 6,615,192 B1 | 9/2003 | Tagawa et al. | |
| 6,633,674 B1 | 10/2003 | Gemperline et al. | |
| 6,654,724 B1 | 11/2003 | Rubin et al. | |
| 6,671,714 B1 | 12/2003 | Weyer et al. | |
| 6,675,271 B1 | 1/2004 | Xu et al. | |
| 6,678,703 B2 | 1/2004 | Rothschild et al. | |
| 6,678,764 B2 | 1/2004 | Parvulescu et al. | |
| 6,760,755 B1 | 7/2004 | Brackett | |
| 6,847,933 B1 | 1/2005 | Hastings | |
| 6,910,038 B1 | 6/2005 | James | |
| 6,925,319 B2 | 8/2005 | McKinnon | |
| 6,954,767 B1 | 10/2005 | Kanada | |
| 6,954,802 B2 | 10/2005 | Sutherland et al. | |
| 6,988,074 B2 | 1/2006 | Koritzinsky et al. | |
| 7,006,881 B1 | 2/2006 | Hoffberg et al. | |
| 7,020,651 B2 | 3/2006 | Ripley | |
| 7,111,015 B2 | 9/2006 | Aoyama | |
| 7,120,644 B1 | 10/2006 | Canessa et al. | |
| 7,194,119 B2 | 3/2007 | Zahlmann et al. | |
| 7,268,794 B2 | 9/2007 | Honda et al. | |
| 7,302,164 B2 | 11/2007 | Wright et al. | |
| 7,382,255 B2 | 6/2008 | Chung et al. | |
| 7,395,215 B2 | 7/2008 | Grushka | |
| 7,483,839 B2 | 1/2009 | Mayaud | |
| 2001/0041991 A1 | 11/2001 | Segal et al. | |
| 2001/0056359 A1 | 12/2001 | Abreu | |
| 2002/0007287 A1 | 1/2002 | Straube et al. | |
| 2002/0019751 A1 | 2/2002 | Rothschild et al. | |
| 2002/0046061 A1 | 4/2002 | Wright et al. | |
| 2002/0077861 A1 | 6/2002 | Hogan | |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani | |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. | |
| 2002/0133373 A1 | 9/2002 | Silva-Craig et al. | |
| 2002/0138301 A1 | 9/2002 | Karras et al. | |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 3

| | | |
|---|---|---|
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2003/0051144 A1 | 3/2003 | Williams |
| 2003/0200226 A1 | 10/2003 | Wells et al. |
| 2003/0208382 A1 | 11/2003 | Westfall |
| 2004/0078236 A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 A1 | 7/2005 | Swanson et al. |
| 2005/0197860 A1 | 9/2005 | Joffe et al. |
| 2005/0240445 A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 A1 | 3/2006 | Weiss et al. |
| 2006/0149601 A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 A1 | 7/2006 | Douglass et al. |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |
| 2007/0050216 A1 | 3/2007 | Wright et al. |
| 2008/0122878 A1 | 5/2008 | Keefe et al. |
| 2008/0172254 A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 A1 | 9/2008 | Courtney |
| 2009/0018871 A1 | 1/2009 | Essig et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | | 198 02 572 A1 | 8/1999 |
| EP | | 0 684 565 A1 | 11/1995 |
| EP | | 0 781 032 A3 | 3/1999 |
| EP | | 0 952 726 A1 | 10/1999 |
| GB | | 2 096 440 A | 10/1982 |
| JP | | 04-177473 A | 6/1992 |
| JP | | 06-261892 A | 9/1994 |
| WO | | WO 97/22297 | 6/1997 |
| WO | | WO 00/02202 | 1/2000 |
| WO | | WO 00/19416 | 4/2000 |

### OTHER PUBLICATIONS

Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest copyright 2000.

GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.

GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Medweb Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.

Inside BringharnRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.

Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology*, William Brody and Gerald Johnston, Copyright 1992, pp. 1-376.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology*, William Brody and Gerald Johnson, Copyright 1992, pp. 377-434; 445-749.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006.

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received Jun. 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 4

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.
Response to Office Action of Jun. 22, 2009, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.
Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.
U.S. Appl. No. 09/540,531, filed Mar. 31, 2000, Kanada Shoji, et al.
U.S. Appl. No. 09/602,643, filed Jun. 22, 2000, Peter Alden Rothschild.
U.S. Appl. No. 60/181,215, filed Sep. 2, 2000, Elliot A. Segal.
Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.
ACOM.PC 2.2 DICOM Conformance Statement, Version1.0, dated Sep. 29, 1999.
Siemens Sienet DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.
Siemens, Sienet MagicView 300, Copyright Apr. 2001.
MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.
DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.
DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.
Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.
DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.
Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.
The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.
A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.
Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.
Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.
Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.
Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.
Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.
Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."
First DIN-PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, web.archive.org date "20010415."
Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.
Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166-174.
Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.
Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.
Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323-327, 1998.
PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al., Journal of Digital Imaging, 13:1, Feb. 2003.
The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imagining, 11:3, Supp 1, Aug. 1998.

Borderless Teleradiology with CHILI, Engelmann et al., Journal of Medical Internet Research, Copyright 1999.
Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al., Medical Informatics, 19:2, 1994.
Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al, Copyright 1991.
CD-R & CD-RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.
Evolution of the clinical review station for enterprise-wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
PACS Implementation Experiences: From In-house to Partnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.
Interfacing the PACS and the HIS: Results of a 5-year Implementation, TV Kinsey, Radiographics. May-Jun. 2000;20(3):883-91.
A five-step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.-Aug. 2002 22:4.
A low-cost CD-ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.
A new approach to teleconferencing with intravascular US and cardiac angiography in a low-bandwidth environment, JN Stahl et al., Radiographics Sep.-Oct. 2000, 20:5.
An economical, personal computer-based picture archiving and communication system, T-C Wu et al., Radiographics Mar.-Apr. 1999, 19:2.
A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.
Computer-based radiology information system: From floppy disk to CD-ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.
Consulting with radiologist outside the hospital by using java, S-K Lee at al., Radiographics 19:4, Jul.-Aug. 1999.
Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.
Digital archive system for radiologic images, Awk Wong, et al., Radiographics 14:5, Sep. 1994.
Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.
Distributing medical images with internet technologies: a DICOM java viewer, J Fernandez-Bayo et al., Radiographics 20:2, Mar.-Apr. 2000.
Development of an electronic radiologist's office in a private institute, J-C Oberson, et al., Radiographics 20:2, Mar.-Apr. 2000.
PACS mini refresher course: Electronic imaging workstations: Ergonomic issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.
PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.
PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.
Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.
PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12;2, Mar. 1992.
PACS mini refresher course: System integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and RH Choplin, Radiographics 12:4, Jul. 1992.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

# US 7,783,174 B2

Page 5

Pacs mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

1th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-375.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376-724.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1-441.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442-791.

13th Conference on Computer Applications in Radiology, Jun. 6-9, 1996, R Kilcoyne, et al., Copyright 1996.

Data storage and management requirements for the multimedia computer-based patient medical record, WB Hanlon et al., Fourteenth IEEE Symposium on Mass Storage Systems, Sep. 11-14, 1995.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

PACS: Picture archiving and communication systems in biological imaging, HK Huang, Copyright 1996.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

USCF Radiological Informatics Research: A Progress Report, dated Feb. 1997.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

A generic hospital PACS RFP presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

A PACS RFP toolkit presented to The Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Aug. 11, 1997.

A PACS RFP toolkit presented to the Fifth RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Feb. 3, 1995.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary, SK Mun, Report Date Mar. 1997.

Angiocardiography without cinefilm: information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker.".

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "Dec. 2, 1998."

MergeWorks: Connect, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive. org" date "Feb. 20, 1999."

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, Dated Oct. 7, 1999.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Oct. 1, 2009.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

Entwicklung von Algorithmen und Programmen far ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Merge Connectivity Products: MergeArk, "webarchive.org" date "Sep. 16, 2000".

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996.

U.S. Appl. No. 60/181,985, filed Feb. 11, 2000, Wright et al.

U.S. Appl. No. 60/205,751, filed May 19, 2000, Samari-Kermani.

U.S. Appl. No. 12/479,726, filed Jun. 5, 2009, Wright et al.

U.S. Appl. No. 12/484,064, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/491,178, filed Jun. 24, 2009, Wright et al.

U.S. Appl. No. 12/491,187, filed Jun. 24, 2009, Wright et al.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1-3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com, dated Nov. 16, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym__ws98/cover/ cov__virtual05.html, on Feb. 10, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040447/ camtronics.com/about/main.htm, on Feb. 26, 2008].

"Acuson Releases ViewPro-Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

"Algotec to Introduce New Communications Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/ web/upload__files/New__Communications__Tools.htm, on Jan. 25, 2008].

"Antelope Valley Hospital Chooses Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040910/camtronics.com/ cardiology/archium.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life to Existing Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD-R Exchange," dated Apr. 9, 1997 [Retrieved from http:// web.archive.org/web/19980711041036/camtronics.com/news/ news.htm, on Feb. 26, 2008].

"CD-Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/ DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentation of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

"DICOM Standards Committee: writeable CD-ROMs May Become Gold Standard of Image Exchange," Non-invasive Imaging, dated Feb. 1999.

**US 7,783,174 B2**

Page 6

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].

"Med-volviz-faq-2000-01," dated Jan. 2000.

"Med-volviz-faq-98-11," dated Nov. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.dimag.com/webcast00/showArticle.ihtml?page=4.html, on Mar. 5, 2008].

"Philips Introduces CD-Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD-RW Rewritability; Complete CD-R/CD-RW Solution Features Support for DVD Compatibility, UDF-Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8-Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1-19746834.html, on Feb. 14, 2008].

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex. Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

"TDK Introduces Medical CD-R Recording Station," Business Wire, dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi__m0EIN/is__Dec__1/ai__57876529/print, on Mar. 11, 2008].

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

"Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini-Archive," PRNewswire, Jun. 11, Copyright 1996-2008.

1996 Annual HIMSS Conference and Exhibition, "Readme".

1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated Mar. 3-7, 1996.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersysteme, dated Jun. 13, 1997.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

AccuImage AccuView User's Manual, dated Aug. 16, 1999.

Accusoft, High-Performance Medical Imaging Software (1997).

Acom.Convert DICOM Conformance Statement, Siemens, dated Sep. 15, 1999.

ACR Learning File Sampler 1 (32-bit), Help File, dated 1999.

Adobe, Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products (Jun. 17, 1999).

Advisory Action, U.S. Appl. No. 09/753,792, mailed Oct. 8, 2008.

Advisory Action, U.S. Appl. No. 09/761,795, mailed Jan. 16, 2007.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

Algotech, CDSurf, Help File, dated 1999.

Amendment After Final, U.S. Appl. No. 09/753,792, received Sep. 18, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Oct. 10, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Nov. 5, 2007.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Dec. 12, 2005.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Mar. 27, 2007.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Dec. 12, 2006.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14-16, 1995.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Applicant Interview Summary, U.S. Appl. No. 09/753,792, received May 27, 2008.

Applicare Medical Imaging B.V., The RadWorks Product Line Version 2.1 Product Catalog (Summer 1997).

Areeda Associates, "Welcome to the SeeMor Demo CD," dated 1999.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

Areeda Associates, SeeMor Version 3.0, "Windows 9X/2000/NT4 Users Manual," dated 1999.

Areeda Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Armond L. Levy et al., "An Internet-Connected, Patient-Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231-237, Aug. 1997.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

Arvind M. Salvekar, et al., "Community-Wide Implementation of Quality Outcome Measurements and Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, Fhimss et al., "Transforming Organization Structures to Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

AS3000 IMPAX 4 Server Marketing Product Specification Rev. 1.5, dated Dec. 31, 1998.

AS3000 Impax 4 Server Requirements Specification Rev. 1.4, dated Sep. 28, 1998.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205-207, May 1999.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47-P50, dated Sep. 1997.

Betsy S. Hersher, et al., "The CIO's Position in Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Bills of Lading, Invoices, and Packing Lists from Mitra Imaging to Institute de Cardiology de Montreal, dated May 1, 1998.

Bradley J. Erickson et al., "Reads: A Radiology-Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67-69, Aug. 1997.

Brian L. Cassel, "Defining the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing in the Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine—-Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178-180, May 1999.

Camtronics Medical Systems, Service Manual Image Workstation Series (1999).

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.medicalimaging.com/issues/articles/2000-03__10.asp?mode=print, on Feb. 22, 2008].

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 7

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994-1997.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential And Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

CDWriter, Vault, AS300 Source Code & Packages, dated Feb. 12, 1997 to Feb. 26, 2001.

Cedar SDK Beta 6 change history log, dated Sep. 27, 1999.

Cedar SDK Beta 6 read me file, dated Sep. 27, 1999.

Certified Transcript of Non-Confidential Portions of Jan. 13, 2009 Deposition of Kenneth L. Wright, including Exhibits (Nos. 23 and 24) thereto.

Cheryl L. Fontenot, "A Phased Approached to Value-Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

Clement J. Mcdonald, Md, "Implementing A Physician Order Entry System: Perspectives From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Codonics, Inc.'s Answer and Defenses to DatCard Systems' Complaint and Counterclaims, filed Mar. 4, 2008.

Codonics, Inc.'s First Set of Requests for Production of Documents and Things, dated Jun. 6, 2008.

Codonics, Inc.'s Initial Invalidity Contentions and Initial Non-Infringement Contentions, dated Oct. 31, 2008.

Codonics, Inc.'s Memorandum in Support of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Memorandum of Points and Authorities in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 44-78), dated Nov. 21, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 79-111), dated Dec. 19, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things (Nos. 112-225), dated Jan. 26, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Interrogatories (No. 12), dated Jan. 20, 2009.

Codonics, Inc.'s Response to DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-43), dated Jun. 3, 2008.

Codonics, Inc.'s Response to DatCard's First Set of Interrogatories (Nos. 1-8), dated Jun. 3, 2008.

Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Dec. 5, 2008.

Codonics, Inc.'s Supplemental Responses to DatCard's First Set of Interrogatories (Nos. 1-8), dated Nov. 6, 2008.

Codonics' Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Colleen M. Prophet, et al., "On the 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Company Overview Webpage, Trex Medical Corp., Copyright 2000-2008.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

CRS-PC / CRS-PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Cynthia Mckinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Cynthia Mckinney, et all, "Simplifying the Approach to Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

Daniel G. Schultz, *Letter re: 510(k) Notification* (Dec. 21, 1999).

DatCard Systems, Inc.'s Complaint for Patent Infringement and Demand for Jury Trial, filed Jan. 18, 2008.

DatCard Systems, Inc.'s First Amended Initial Disclosures, dated Jul. 21, 2008.

DatCard Systems, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

DatCard Systems, Inc.'s Reply to Codonics, Inc.'s Counterclaim, filed Mar. 13, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-83), dated Jul. 25, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Jan. 5, 2009.

DatCard Systems, Inc.'s Second Amended Initial Disclosures, dated Jan. 23, 2009.

DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 20, 2009.

DatCard's Opposition to Codonics' Motion for Stay Pending Codonics' Ungranted Request for Reexamination of the Patent-in-Suit, filed Jan. 16, 2009.

Dave Niemeyer et al., "The Good, The Bad and The Usable—A Clinical Workstation," 1996 Annual HIMSS Conference and Exhibition.

David Avrin, *Radiology into the 21st Century: The Digital Department* (Sep. 8, 1999).

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-04_04.asp, on Mar. 3, 2008].

David L. Kimball, "The Information Technology Leader's Role in Renewing The Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Deborah Kohn, MPH, RRA et al., "Mail and Messaging Software: M&Ms Of Communication—A Treat for Health Care Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit and *Ex Parte* Application for an Order Shortening Time to File and Hear Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of L. Smka in Support of Defendant Codonics, Inc.'s Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Declaration of M. Kendrick in Support of Motion to Compel Compliance with Subpoena, dated Jan. 15, 2009.

Declaration of P. Nikolai in Support of Rimage's Opposition and Cross-Motion to Quash, dated Jan. 20, 2009.

Declaration of R. Wise in Support of Codonics' Reply to DatCard's Opposition to Codonics' Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Defendant and Counterclaimant Codonics, Inc.'s First Amended Initial Disclosures, dated Jan. 29, 2009.

Defendant and Counterclaimant Codonics, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

Defendant Codonics, Inc.'s Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46-51, dated Jan. 1998.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

DICOM Birmingham 96, Tutorial Rev. 3.0, dated 1996.

Dicom Cd Writer Installation and Staging Manual Version 1.0.0, dated Aug. 25, 1997.

**US 7,783,174 B2**

Page 8

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/19990417151612/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

Diforum Series, "Soft-Copy Interpretation: How to Do It, What to Avoid," Diagnostic Imaging, pp. 66-72, dated Sep. 1998.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software and Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. Conf. 14, 1990, pp. 82-87.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock and Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lillian R. Miller, "Business Process Reengineering of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Douglas M. Tucker, *Archives* (Sep. 1999).

Draft Specifications for Medical Diagnostic Imaging Support (MDIS) System, Apr. 6, 1990.

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al, "The National Information Infrastructure Health Information Network NII-HIN," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation of Procedural Outcome and Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, MD, "Data-Based Assessment of Urgent Care in A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, and Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

E-mail Communication B. M. Smka, CD RS, 1 page, Feb. 23, 2008.

E-mail Communication B. M. Smka, gastrobase II, 1 page, Feb. 23, 2008.

Email Communication from C. Loomis, "RE: Direct Connect Workstations," dated Dec. 30, 1999.

E-mail Communication from R. Desrochers, "FW: Workstation Training," Feb. 2, 2000.

Email from Michael Fisher at Mitra Imaging to Susanna Fries at Mitra Imaging, "RE: Montreal Heart (ICM) Address for Vault," dated May 1, 1998.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc* v. *Codonics, Inc* Declaration (Motion related)," dated Feb. 4, 2009.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc* v. *Codonics, Inc* Objection/Opposition (Motion related)", dated Feb. 4, 2009.

Emedia Professional, "The New Dyes Cast: Mapping the CD-R Media Market—Includes Related Articles—Industry. Overview," dated Oct. 1998.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent-Care Needs," Diagnostic Imaging, pp. P22-P24, dated Sep. 1997.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Erica Drazen and Jane Metzger, "Creating New Models for Ambulatory Practice: Efficient, Wellness-Focused, IT-Enabled," 1996 Annual HIMSS Conference and Exhibition.

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for Pacs Market Success," AuntMinnie.com, dated May 2, 2000 [Retrieved from http://www.auntminnie.com/print/print.asp?sec=sup&sub=pac&pag=dis&Itemld=740&printpage=true, on Mar. 5, 2008].

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS-NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's WEBCAST of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc_story2.htm, on Mar. 3, 2008].

ETIAM, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Jul. 7, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Feb 11, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, May 13, 2008.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, Mar. 6, 2008.

Examiner's Interview Summary, U.S. Appl. No. 09/761,795, mailed May 24, 2007.

Examiner's Interview Summary, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

Exchange Version 1.x User's Manual, dated 1998.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready for Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Aug. 25, 2008.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 7, 2007.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 10, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jul. 2, 2003.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jan. 12, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

G. James Blaine, et al., "project Spectrum: Technology Alliance for the Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development and Implementation Case Study: Clearing the Legal, Regulatory, and Contractual Barriers," 1996 Annual HIMSS Conference and Exhibition.

Gary R. Conrad, "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115-119, Aug. 1997.

GE Medical Systems, "Press Information: AmeriNet and GE Medical Systems Sign National Contract for Ultrasound Systems," dated Oct. 26, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Increases Power of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality to Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All-In-One Nuclear Cardiac Software to GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World-Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State-of-the-Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X-Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT Hispeed Product Line: Introduces Faster Scanner and Mobile System to Make State-of-the-Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 9

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner: SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First to Introduce High Performance Cancer Detecting Scanner for Mobile Services: Mobile Leader Makes Popular 'Pet' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Advantage Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on Pathspeed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X-Ray Tube: System Reduces Radiation Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System to Help Hospitals Go Digital: State-of-the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software to Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real-Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology to Help Physicians Obtain Chemical Information From the Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X-Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool to Aid in Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise-Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital-Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable for Smaller Hospitals and Clinics: Medical Profession Embraces GE's Development of High-Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full-Service Digital Solutions Promote Hospital-Wide Productivity, Patient Health Care Accessibility," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer-Driven Service Business for the New Millennium," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five-Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well-Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X-Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order to Provide State-of-the-Art Ultrasound Suite At Massachusetts General Hospital, "dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Pathspeed Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology for Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential to Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: Lightspeed QX/i: One Year Later: Breakthrough Multi-Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis of Diagnostic Images on the GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Revolution XR/d Filmless X-Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," dated Nov. 17, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get the Bigger Picture With GE Medical Systems' State-Of-The-Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—Radiological Society of North America, Images, dated 1999.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management for Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

H.K. Huang, *PACS: Basic Principles and Applications*, Wiley, New York (1999).

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer-based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11-14, 1995, pp. 11-16.

Harm J. Scherpbier, MD et al., "Aspects of Knowledge Sharing Using the Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Harry E. McQueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes And Technology," 1996 Annual HIMSS Conference and Exhibition.

Haufe G. et al.: XP-000914153, PACS atwork: A Multimedia E-Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for View-

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 10

ing and Permanent CD-R Archiving of Cardiovascular X-Ray Angiography Images," Computers in Cardiology, 2000, pp. 649-652, vol. 27.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192-194, May 1999.

ICMIT, DICOM Development Project, dated Jun. 19, 1996.

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.

ImageAxs Pro-Med Disc, produced in Datcard v. Codonics Civil Action No. Sacv 08-00063 AHS.

IMAGEAXS, Pro-Med 4.01, "Read Me," dated Aug. 20, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Imaging Resource, Kodak Picture CD, http://www.imaging-resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Impax Conformance Statement for Media Application Storage Profiles CD-R Archive, Rev. 1.3, dated Dec. 6, 1999.

Impax NT Client Workstation CD Export System Test Plan v. 1.7.0, dated Jun. 12, 2000.

IMPAX Price Quotation for Laurie Imaging Center with annotations, dated Apr. 27, 1998.

IMPAX Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to VEPRO, dated Oct. 1, 1999.

Invoice from Impax Technology to Agfa Inc. (CAN), dated Nov. 30, 2000.

Invoice from Impax Technology to Toshiba America, Inc., dated Jan. 31, 2000.

Invoice from Mitra Imaging to EMED, dated Sep. 30, 1996.

Invoice from Mitra Imaging to Fuji Medical Systems, U.S.A., dated Mar. 24, 1997.

Invoice from Mitra Imaging to Siemens Health Services, dated Mar. 11, 1997.

Invoices and Sales Orders from Mitra Imaging to Picker International, dated Jun. 16, 1999.

Invoices from Impax Technology to Agfa Corporation, dated from Mar. 1, 2000 to Jan. 10, 2001.

Invoices from Impax Technology to Agfa Europe, dated from Nov. 3, 2000 to Jan. 15, 2001.

Invoices from Impax Technology to Agfa Hong Kong Ltd., dated from Jun. 21, 2000 to Aug. 22, 2000.

Invoices from Impax Technology to Agfa-Gevaert Ltd. (AUS), dated from Aug. 25, 2000 to Nov. 28, 2000.

Invoices from Impax Technology to Toshiba Corporation, dated from Oct. 25, 2000 to Jan. 16, 2001.

Invoices from Mitre Imaging to Acuson Corp., dated from Oct. 5, 1997 to Jan. 31, 2000.

Invoices from Mitra Imaging to Agfa Gevaert N.V., dated from Oct. 28, 1997 to Mar. 16, 2000.

Invoices from Mitra Imaging to Impax Technology, dated from Jul. 31, 1999 to Dec. 31, 2000.

Invoices, Sales Orders, and Packing Lists from Mitre Imaging to Agfa Corporation, dated Nov. 24, 1999 to Nov. 25, 1999.

Invoices, Sales Orders, Packing Lists, FexEd Manifests, and Billing Summaries from Mitra Imaging to Electromed International, dated from Sep. 5, 1997 to Sep. 20, 2000.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive and Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", Radiology (Jul. 1999).

Jagdish Kohli, PhD, et al., "Distributed Architecture for A Wide-Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42-46, dated Mar. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30-P42, dated Sep. 1998.

James C. Benneyan, "Improving Health Care Using SPC and Quality Engineering: Billing and Capacity Case Studies," 1996 Annual HIMSS Conference and Exhibition.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Images: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13-17, 1996.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, 78, pp. 19-22, 1997.

James E. Farstad, et al., "Operations, Facilities and Communications: Understanding Success Factors in Patient-Centered Care," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation of A Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

James L. Lear et al., "Redundant Array of Independent Disks: Practical On-Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37-38, Feb. 1996.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

James R. Prescott, Pe, "What's the Score and How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How to Implement Remote Data-Access," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques and Tools," 1996 Annual HIMSS Conference and Exhibition.

Jean-Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnls.orq/cgi/content/full/20/2/573, on Mar. 3, 2008].

Jeffrey S. Blair, "An Overview of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via the World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High-Volume Setting," Diagnostic Imaging, pp. 9-13, dated Jul. 1998.

John D. Morgan, et al., "Building an Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

John Glaser, PhD, Fhimss and Gilad Kupernnan, MD, PhD, "Impact of Information Events on Medical Care," 1996 Annual HIMSS Conference and Exhibition.

John Lynch, "Chins: A Collaborative Approach to Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians to Your IS," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing the Impact of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85-90, May 1994.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Jun. 10, 2009 Declaration of Dr. Martina Steinhart, Managing Director of Steinhart Medizinsysteme GmbH, and accompanying documents.

K. Faulkner, "Book Review—PACS Basic Principles and Applications", The British Journal of Radiology (Jul. 1999).

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**
Page 11

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology to Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.
Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125-127, dated Nov. 1997.
KBMC Productions, CDRS-1100AUTOTP Operator's Manual (2002).
Kenneth Weiner and George E. Levesque, "This Hospital's Like a Hotel!," 1996 Annual HIMSS Conference and Exhibition.
Kevin J. Dombkowski, et al., "Using Electronic Data Interchange in Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.
Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.
L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.
Landen Bain et al., "The Benefits and Implications of a Statewide Health Information Network for a Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.
Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.
Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model for Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.
Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.
Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.
Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.
Letter from L. Hein re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 15, 2009.
Letter from P. Nikolai re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 20, 2009.
Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.
Letters and Descriptions concerning Mitra Image Vault, dated Nov. 29, 1997 to Jan. 12, 1998.
Lillian Yin, Letter re: 510(k) Notification (Nov. 19, 1997).
Linda A. Keska, Letter re: Presentations (Oct. 1, 1997).
Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation and Benchmarking to Improve Radiology Performance," 1996 Annual HIMSS Conference and Exhibition.
Linda Reeder, "Linking Outcomes—Based Documentation and Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.
Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior to Implementation," 1996 Annual HIMSS Conference and Exhibition.
M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool for Endoscopic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.
M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key to Profitability—An Example to Improve Cost and Efficiency Using Activity-Based Costing," 1996 Annual HIMSS Conference and Exhibition.
Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-06_11.asp, on Jan. 25, 2008].
Mark A. Kaiser et al., "New Information Requirements for the New World of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.
Mark Gross and Philip M. Lohman, "Technology and Tactics of Physician Integration," 1996 Annual HIMSS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into the Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.
Mark Zaidel et al., "Interactive Web-Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203-204, May 1999.
Marsha A. Sutter and James A. Baker, "Redesigning the Medication Management System," 1996 Annual HIMSS Conference and Exhibition.
Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach for Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.
Mary Jean Barrett, RN, BSN, MBA, et al., "Concept to Reality: Strategic Approach for Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.
Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.
Medasys Digital Systems, DxWin 2.0 Evaluation Version, "Readme.txt," dated 1997.
Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.
Medical Imaging Technology Associates, Tapestry Read Me, dated May 9, 1997.
Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.
Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.
Medical Imaging web page for Image Archiving the ASP Way, dated Nov. 2000.
Mediface, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.
Mediface, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.
Mediface, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.
Mediface, PiView 3.0 (3.0.7.0) English Version, "ReadMe.txt," dated Nov. 10, 1999.
Mediface, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2-990903," dated 1999.
MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.
Medimage Software Modules Brochure, Aug. 12, 1997, pp. 1-9.
Medvision, VisiTran-MD, Screen Captures, dated 1997.
Meeting Notes: XRE / Camtronics, 3 pages, dated 1998.
Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into an Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.
Merge Technologies Incorporated, Setting the Course for Electronic Image Management (Feb. 1998).
Meta Solutions, Inc., Meta Solutions, Inc. (1998).
Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.
Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20-23, Aug. 1997.
Michael.C. Longo and Pete Lockhart, "Structured Cabling: Foundations for the Future," 1996 Annual HIMSS Conference and Exhibition.
Michael E. Bettinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.
Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.
Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15-P17, dated Sep. 1998.
Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25-27, dated Feb. 1998.
Michael J. Hafner, "Effectiveness of Device Locations in the UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.
Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:54116212, on Mar. 5, 2008].

**US 7,783,174 B2**

Page 12

Minute Order (1) Taking Under Submission Defendant's Motion for Stay Pending Reexamination of the Patent-in-Suit; and (2) Removing the Matter From the Court's Feb. 2, 2009 Calendar, dated Jan. 27, 2009.

Minutes, DICOM Standards Committee, Jan. 19-20, 1999.

Minutes, DICOM Standards Committee, Jun. 22-23, 1999.

Mitchell S. Curtis and Austin Brown, "The Role of Information Systems in Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Mitra About Us History webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra Careers Testimonials webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra CD Exchange Operator's Manual, dated 1997.

Mitra CD Exchange Version 1.x Servise Manual, dated 1998.

Mitra CD Writer Conformance Statement, Rev. 1.4, dated Sep. 5, 1997.

Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.

Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.

Mitre CD Writer Requirements Specification Addendum: Labeler, Rev 1.0, dated Sep. 23, 1997.

Mitra CD Writer Requirements Specification, Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer Requirements Specification, Rev. 1.4, dated Oct. 6, 1997.

Mitre CD Writer Service Tools Manual, dated Sep. 17, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.0, dated May 21, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Sep. 25, 1997.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer System Administration and Gui Manual, Ver. 1.0, dated Sep. 18, 1996.

Mitre D217 Vault Requirements Specification Rev 1.0, dated Jan. 17, 1997.

Mitra DICOM Conformance Statement Exhibit R3.1, Revision 2.1, dated Aug. 1, 1999.

Mitra Image Vault Conformance Statement for CD Reading/Writer, Rev. 1.5, dated Nov. 14, 1997.

Mitra Image Vault V. 1.2 Service Manual, dated 1998.

Mitra Image Vault V. 1.2 User's Manual, dated 1998.

Mitre IMPAX 3 Archive Requirements Specification, Rev. 2.1, dated Jan. 20, 1998.

Mitra Implementation Specification for Vault July 1st Release, Rev 0.2, dated Jun. 1, 1998.

Mitra Implementation Specification for Vault July 1st Release, Rev. 0.2, dated Jun. 1, 1998.

Mitra Installation Manual for CD Writer Software Ver. 0.2.0, Manual Rev. 1.2, dated Feb. 11, 1997.

Mitra MVF Service Tools Draft, Release 2.2, dated 1998.

Mitra MVF Service Tools Draft, Release 2.3, dated 1998.

Mitra MVF Service Tools Draft, Release 2.4, dated 1998.

Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.

Mitra Vault Installation Guide V. 2.8, dated Aug. 5, 1999.

Mitra Vault Installation Guide V. 2.9, dated Oct. 13, 1999.

Mitra Vault Installation Guide V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Installation Guide V. 2.9.3, dated Nov. 12, 1999.

Mitra Vault Installation Guide V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Installation Guide V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Installation Manual, dated Jan. 14, 1998.

Mitra Vault Requirements Specification Rev. 1.0, dated Jan. 17, 1997.

Mitra Vault Service Tools Manual version 2.7.0, dated 1999.

Mitra Vault Service Tools Manual version 2.8.0, dated Aug. 19, 1999.

Mitra Vault Service Tools V. 2.6.0, dated 1999.

Mitra Vault Service Tools V. 2.9.0, dated Oct. 13, 1999.

Mitra Vault Service Tools V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Service Tools V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Service Tools V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Version 2.2 Installation Manual, dated 1998.

Mitra Vault Version 2.3 Installation Manual, dated 1998.

Mitra Vault Version 2.4 Installation Manual, dated 1998.

Mitsui Advanced Media Presentation Slides, apparently dated 2000.

Notice of Abandonment, U.S. Appl. No. 09/781,605, mailed Mar. 27, 2007.

Notice of Allowance, U.S. Appl. No. 09/781,795, mailed Oct. 12, 2007.

Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements (37 CFR 1.510(c)), Control U.S. Appl. No. 90/009,538, mailed Aug. 27, 2009.

Notice of Manual Filing, filed Jan. 16, 2009.

Notice of Manual Filing, filed Jan. 26, 2009.

Notice of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 19, 2009.

Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, mailed May 12, 2009.

Office Action and Examiner's Interview Summ'y, U.S. Appl. No. 09/781,605, mailed Dec. 8, 2005.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 9, 2009.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 6, 2008.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 21, 2006.

Office Action, U.S. Appl. No. 09/753,792, mailed Jul. 23, 2004.

Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 22, 2009.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 22, 2005.

Office Action, U.S. Appl. No. 09/761,795, mailed Feb. 27, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Oct. 20, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 20, 2007.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 27, 2003.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 23, 2004.

Office Action, U.S. Appl. No. 09/781,605, mailed May 27, 2005.

Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, dated Jan. 20, 2009.

Order Granting Motion for Stay Pending Outcome of Reexamination of Patent-in-Suit, dated Feb. 3, 2009.

Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control U.S. Appl. No. 90/009,347, mailed Jan. 30, 2009.

OSIRIS, OSIRIS Imaging Software User Manual, Version 3.1, dated 1996.

Otech, OTech News vol. 2, Iss. 2 (1997).

Packing List, Product Release Checklist, Software Release, Shipping Checklist, email, and Packing Slip for Exchange V 1.0, dated Sep. 5, 1997.

Packing List, Shipping Checklist, Packing Slip, Product Release Checklist, Software Release Notes, and Engineering Software Release for Mitra Vault v. 0.9, dated Sep. 12, 1997 to Sep. 16, 1997.

PacsCube User Manual / Installation Guide Version 4.1, 2006, pp. 1-63.

Pamela K. Wear, et al., "Building Security Models for Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.

Payment from Siemens Nixdorf to Mitra Imaging, dated Apr. 9, 1998.

Payments from AGFA Corporation to Impax Technology, dated from Nov. 22, 2000 to Dec. 29, 2000.

PerfectImage CD-R Order Interface API Programmer Guide, dated 2001.

Philip A. Katz, "Improving Competitive Position by Use of the Computerized Patient Record and Associated Technologies," 1996 Annual HIMSS Conference and Exhibition.

Philip G. Drew, Ph.D., "Signal-to-Noise: Surveys Attest to Growing Interest in PACS," pp. 21-22, dated Jan. 1998.

Philips Medical Systems, DICOM Conformance Statement—CD-Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).

Plaintiff DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-43), dated Apr. 3, 2008.

Plaintiff DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant (Nos. 112-225), dated Dec. 23, 2008.

Plaintiff DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant (Nos. 44-78), dated Oct. 22, 2008.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 13

Plaintiff DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant (Nos. 79-111), dated Nov. 18, 2008.

Plans for AHA '98, Rev 3.0, dated Oct. 19, 1998.

Plans for RSNA '2000.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed Nov. 2, 2006.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 5, 2009.

Pre-Production Release Form and Packing Slip from Mitra Imaging Inc to Electromed International, dated Nov. 10, 1999.

Pre-Production Release Form MQF-9.3 re: Project AS300, Version 4.5.0 from Mitra Imaging to Electromed International, dated Nov. 9, 1999.

Printed Screen Shots and Help File Topics of Exhibit 382 to the Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc.* v. *Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California (Vepro Demonstration CD, © 1996-1999).

Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://webarchive.org/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

Product Showcase: Automated DICOM Exchange Station, Medical Imaging Magazine, Jan. 2000.

Proof of Service, dated Jan. 26, 2009.

Proposed Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 16, 2009.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Proposed Order re Defendant's Motion to Compel Compliance with Subpoena to Rimage Corp., dated Jan. 15, 2009.

Purchase Order from Acuson Corp. to Mitra Imaging, dated Apr. 30, 1997.

Purchase Order, Invoice, Packing Slip, Billing Statement, Work Order from Mitra Imaging to Electromed Imaging and Mitra History dated Sep. 5, 1997 to Sep. 20, 2000.

Purchase Orders from Agfa Division to Mitra Imaging, dated from Apr. 30, 1999 to Oct. 14, 1999.

Purchase Orders from Electromed International to Mitre Imaging, dated from Apr. 29, 1998 to Jan. 9, 2000.

Purchase Requisitions from Electromed International to Mitra Imaging, dated May 1, 1998.

R. L. (Vern) Davenport, et al., "Understanding and Assessing Chin Network Technology," 1996 Annual HIMSS Conference and Exhibition.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communications System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175-177, May 1999.

Raffaele Noro et al., "Real-Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 116-121, Aug. 1997.

Ralph T. Wakerly, et al., "Planning for the Four Stages of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode-Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99-102, Aug. 1997.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Redacted Email regarding "Vepro: Description of Systems," dated Mar. 26, 1999.

Redacted First Amendment to Apr. 8, 1998 Purchase Agreement between General Electric Co. and VEPRO, dated May 28, 1999.

Redacted Offer from VEPRO to GE Medical Systems for MEDIM-AGE Digital Film Recording & Cd-R Archiving Station/19" Monitor Color, Upgrades, and Installation, dated Mar. 4, 1999.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Apr. 8, 1998.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Nov. 22, 1999.

Release 3 IMPAX Application Manual, V. 1.8.4, dated Feb. 13, 1997.

Request for *Ex Parte* Reexamination of U.S. Patent No. 7,302,164 and Petition Under 37 C.F.R. § 1.183 to Suspend the Rules, U.S. Appl. No. 90/009,538, mailed Aug. 7, 2009.

Request for *Ex Parte* Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Nov. 26, 2008.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Mar. 6, 2007.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Jul. 17, 2009.

Revised Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 14, 2009.

Revised Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Rhonda Delmater, "Multi-Media Messaging: An Emerging Vision for Health Care Delivery ," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay for Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation of Best Practices in Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems for Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services to Reduce Costs and Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Richard K. Wertz, "CD-ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376-3378, Dec. 26, 1986.

Richard L. Brandon and John Robinette, "Redesign of Decedent Care System Provides Compassion, Responsiveness, and Security," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements for Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Ricky K. Taira et al., "A Concept-BaSed Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25-36, Feb. 1996.

Rimage Corporation's Certificate of Service, dated Jan. 20, 2009.

Rimage Corporation's Cross-Motion to Quash the Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Rimage Corporation's Memorandum of Law in Opposition to Codonics' Motion to Compel and Cross-Motion to Quash Subpoena, dated Jan. 20, 2009.

Rimage Corporation's Notice of Cross-Motion to Quash Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Robert Bowman, et al., "Building and Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Robert Copple, PE, et al., "Developing a Methodology to Drive Patient Care Unit Consolidation," 1996 Annual HIMSS Conference and Exhibition.

Ronald L. Johnson, "Trends In The Health Care Vendor Marketplace," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes of Telemedicine Services . . . Patient and Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

RSNA '98—"Science to Practice"—Informational Proof Report, dated Apr. 6, 1998.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines for Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

**US 7,783,174 B2**

Page 14

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Ruediger Simon, "DICOM: State of the Standard in 1999."

Ruling Granting Defendant's Motion for a Stay of Proceedings Pending Reexamination of the Patent-in-Suit, dated Feb. 3, 2009.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7-9, 1995, pp. 134-137.

Sales Order Packing Slip, Trex Medical Corp., dated Jun. 27, 2000.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999-2003.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends in Health Care Information Systems: Increasing Focus on Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Shipping Checklists and FedEx Manifests from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Short Instructions: DICOM Communication by HIPAX, dated 1995-1999.

Siemens Health Services, *Sienet—DICOM Conformance Statement: Magic View 50 Versions VA10A, VA10B and VA10C Revision 2.0* (Nov. 13, 1997).

Siemens Medical Systems, Inc., *ACOM.CONVERT DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOM Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *Fast, secure, reliable Sienet Enterprise PACS* (1998).

Siemens Medical Systems, Inc., *MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences* (1998).

Siemens Medical Systems, Inc., *MagicView 300 Enterprise-wide clinician viewing of images and reports* (1998).

Siemens Medical Systems, Inc., *MagicView CT/MR* (1998).

Siemens Medical Systems, Inc., *PACS Planning & Integration Services* (1998).

Siemens Picture Archiving and Communication System Proposal for Huntsville Hospital, dated Apr. 8, 1999.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc., Copyright 2000-2007.

Siemens, *Sienet MagicView 1000: Volume Rendering Technique.*

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Sienet Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002-2008.

Sohard AG, Radin Version 2.0, dated Nov. 2002, Screen Captures.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

Sonya Donaldson, *Kodak Picture CD—Software Review—Evaluation* (Oct. 2000).

Soma, FilmX Sell Sheet, dated 2000.

Soma, FilmX Sell Sheet, dated Mar. 3, 2000.

Source code for Cedar SDK application, dated Mar. 25, 1999 to Sep. 27, 1999.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207-211, dated Nov. 1997.

Stan Wiebe, "Information Systems Planning for An Urban/Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Pomerantz, M.D., "First Person: Soft-Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37-39, dated Mar. 1998.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis of Their Cost-Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications in Health Care," 1996 Annual HIMSS Conference and Exhibition.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40-45, dated Jan. 1998.

Subpoena for the production of documents and things issued by Codonics, Inc. to Agfa Corporation, *DatCard Systems, Inc. v. Codonics, Inc.*, SACV 08-00063 AHS (RNBx), C.D. Cal., dated Jun. 6, 2008.

Supplemental Amendment, U.S. Appl. No. 09/753,792, received Oct. 20, 2008.

Sylvia K. Dowding, "On the Road to Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

TDK Electronics Corp., *Invoice* (2000-2001).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AUTOTP* (Jul. 17, 2003).

The Imaging Resource, *The Imaging Resource Digital Photography Newsletter*, vol. 1, No. 3 (Oct. 22, 1999).

Thomas G. Tape, MD, et al., "Designing A Clinician User-Interface for A Health Care Information System," 1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready for CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Tony Rickards, "What is Disc Birmingham 96?" Jul. 24, 1996.

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

Tracey D. Holden, et al., "Nuts and Bolts Approach to Project Management," 1996 Annual HIMSS Conference and Exhibition.

Transcript of Videotaped Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc. v. Codonics, Inc.*, Civil Action No. SACV08-00063 Ahs (RNBx), U.S. District Court, Central District of California.

TREX Medial Corp. Form 10-K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar-online.com/1996/12/06/00/0001003539-96-000006/Section2.asp, on Feb. 20, 2008].

TREXnet HR DICOM Media Conformance Statement, Trex Medical Corp., dated Jun. 29, 1998.

TREXnet HR Price Book, dated 2000.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, *Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices* (Jul. 27, 2000).

Universal Manager Product Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

User Manual for Medimage: DICOM Archiving & Viewing Station, Vepro Computersysteme, dated May 9, 2000.

User's Guide for ImageAXS Pro-Med (Windows), Digital Arts & Sciences, Copyright 1998.

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Uwe Engelmann et al., "Borderless Teleradiology with Chili," Journal of Medical Internet Research, dated 13.12.1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Vault Installation Guide V. 2.9.4, dated Nov. 25, 1999.

Vault Service Tools V. 2.9.3, dated Nov. 12, 1999.

Vault v2.0 Hazard Analysis Report Rev 1.1, dated May 17, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 15

Vepro Computersysteme GmbH, "Cardio-Viewing Station," dated 1997.

Vepro Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Vepro Computersysteme Gmbh, *510(K) Summary* (Jun. 6, 1997).

Vepro Computersysteme GmbH, *Medimage The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station* , Software Vers. 4.42 (May 9, 1999).

Vepro Computersysteme GmbH, *Medimage The Image Management System—Digital Film Recording Station, Software Version 4.40* (Oct. 28, 1999).

Vepro Computersysteme GmbH, Medimage: DICOM Archiving & Viewing Station, Software Vers. 4.42, User-Manual, dated May 9, 2000.

Vepro Computersysteme, Email re: *Medimage Cardio/Angio Viewing Station; Medimage Image Server; Medimage CD-ROM Jukebox Server; Medimage DICOM 3.0 Server Akquisition Station; Cardio—Viewing Station; Medimage Digital Filmrecording & CD-R Archiving Station* (Dec. 22, 1997).

Vepro GmbH, *Invoices re: Medimage Cardio/DICOM Viewing Software* (1998).

Vepro MedImage Disc, Paediatrische Kardiologie Univ. Heidelberg: INF 150-153, 69120 Heidelberg, dated Apr. 28, 1999.

Vepro Medimage Printout, Padiatrische Kardiologie Universitätsklinik Heidelberg: INF 150-153, 69120, dated Jan. 30, 2009.

Vepro, *17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation* (Feb.-Mar. 1998).

Vepro, Cardio-Network, dated Feb. 19, 1999.

Vepro, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

Vepro, Centura-Porter Advertist Hospital Training Reports, dated 1999.

Vepro, *Certificate for the Quality Assurance System* (Feb. 12, 2004).

Vepro, Diagram of a Digital Cath-Lab, dated Feb. 19, 1999.

Vepro, MedImage Cardio Viewing Station Extended, Version 4.41. 03, "About Cardio Viewing Station," dated 1998.

Vepro, MedImage Cardio Viewing Station Extended, Version 4.41. 03, Help File.

Vepro, MedImage Cardio Viewing Station Extended, Version 4.41. 05, "About Cardio Viewing Station," dated 1999.

Vepro, Product Sheet: Image/Film Archive Server, dated Feb. 19, 1999.

Vepro, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

Vepro, Purchase Order from Centura Health, dated Sep. 30, 1999.

Vepro, Serial Number Records for Project Denver, dated Nov. 25, 1999.

Vepro, *Viewing Software Handbook, Viewing Software Version 4.41* (Oct. 7, 1998).

Verda Weston, et al., "Reengineering and Technology—Building a Strong Foundation for the CPR," 1996 Annual HIMSS Conference and Exhibition.

Voxar, Plug 'n View 3d 2.1 (Demonstration), "readme.txt," dated Nov. 12, 1999.

W. Brent Peterson, "Strategies for Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, Fhimss et al., "Planning and Developing of a Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer-Based Patient Record: An Essential Technology for Healthcare," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EIS Unplugged," 1996 Annual HIMSS Conference and Exhibition.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Word Count Compliance Certificate Regarding Defendant's Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Work Order, Purchase Order, Bill of Lading, Commercial Invoice, Packing List, and email concerning Vault System shipment to Institute de Cardiologie de Montreal, dated May 1, 1998.

Work Orders from Mitra Imaging to Electromed International, dated May 1, 1998.

TREX Medical Corporation, XRE Division, "Spec, Func, TREXnet HR Image Network," last revision dated Jan. 25, 2000.

Camtronics, LTD., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement, last updated Oct. 26, 1999.

Vepro Computersysteme GmbH, "Medimage® : The Image Management System: DICOM Archiving & Viewing Station: Software Vers. 4.42," Pfungstadt, Germany, dated Jan. 26, 2000.

Huang, H.K., PACS: Basic Principles and Applications, Wiley-Liss, Inc., USA, 1999, pp. vii-xvii, 177-198, 284-288, & 338-342.

Mehta, A., et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care," Journal of Digital Imaging, vol. 12, No. 2, Supp. 1 (May), 1999, pp. 78-80.

Corrected Original Request for Ex Parte Reexamination of U.S. Patent No. 7,302,174, Control No. 90/009,538, mailed Sep. 25, 2009.

Reply by Patent Owner to Non-Final Office Action Under 37 C.F.R. § 1.111 and Request for Reconsideration, Control No. 90/009,347, mailed Dec. 1, 2009.

Final Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed May 6, 2010.

Reply by Patent Owner to Final Office Action Under 37 C.F.R. § 1.116, Control No. 90/009,347, mailed Jun. 4, 2010.

Interview Summary, Control No. 90/009,347, mailed May 20, 2010.



FIG. 1

| IMAGE INPUT DEVICES \ FIELDS | AUTO–PRODUCE 1 | TARGET PRODUCTION STATION | RELATED DATA STORAGE |
|---|---|---|---|
| | *250* | *252* | *254* |
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

*120*

*FIG. 2*



*FIG. 3*



*FIG. 4*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 5

US 7,783,174 B2

<div style="display:flex">
<div>

1

SYSTEM AND METHOD FOR PRODUCING
MEDICAL IMAGE DATA ONTO PORTABLE
DIGITAL RECORDING MEDIA

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of U.S. patent application Ser. No. 09/761,795, filed on Jan. 17, 2001, now U.S. Pat. No. 7,302,164, issued Nov. 27, 2007, which claims priority to U.S. Provisional Patent Application 60/181,985, filed on Feb. 11, 2000. The entire disclosures of these applications are hereby incorporated by reference herein in their entirety.

BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download

</div>
<div>

2

of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are

</div>
</div>

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

3

related to the selected medical image data, and recording related image data to portable digital recording medium.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan

4

machines 208 and ultrasound machines 210 and stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital recording medium. Its

US 7,783,174 B2

5

"target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" field 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252 of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

6

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data additionally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

The target production station 300A, 300B or 300C produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server 110 in

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

7

step 142. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server 110. The application server 110 waits for this signal in step 146.

Still referring to FIG. 3, in step 148, the application server 110 updates the audit records in the production history database 116 that were created in step 144. For each CD produced, the application 110 server updates the date and time of production for that CD's audit record. The application server 110 also updates the status value for that CD's audit storage record from "processing" to "successful". The application server 110 then continues monitoring the image server database 202 as in step 122.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110. A user, typically a physician or physician's assistant, accesses the application server database 114 from a browsing terminal 400A, 400B or 400C connected to a network 600. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server 110, in step 150. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server 110. The application server 110 prompts the user to enter a password or an identification name coupled with a password, in step 152. The application server 110 checks if the entered identification/password is authorized in step 154. If the entered identification/password is not authorized the user is returned to step 152 to re-enter the identification/password, or disconnected from the application server 110. If the entered identification/password is authorized then the user is allowed access to the application server database 114 and the application server 110 proceeds to step 156.

Still referring to FIG. 4, in step 156 the user is prompted to select a patient from a list of patients with exam images in the application server database 114. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step 158. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step 160 whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step 156 to select another patient. If the user answers "no", the user proceeds to step 162.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database 114.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations 300A, 300B and 300C in step 162. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the application server 110, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step 164, the application server 110 sends a copy of the

8

image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program 112, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station 300A, 300B or 300C then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database 114 not from a browsing terminal 400A, 400B or 400C, but directly from the display terminal 118. In this embodiment the user directly proceeds from step 152. In this embodiment the user is typically a programmer or operator of the image production system 100.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server 110 from a browsing terminal 400A, 400B or 400C in step 170. The user enters identification information and a password in step 172. Step 174 determines whether the user is authorized to access the application server database 114. If authorized, the user is prompted to select a patient in step 176, and selects exams of the selected patient in step 178. The user is then asked in step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data. The application server 110 finds the image input device profile table 120 profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field 254, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server 110 automatically searches for related data without asking for user direction. In this embodiment, the application server 110 alerts the user if related data are found. In one embodiment, the application server 110 also searches the application server database 114 for related medical image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step 184. In another embodiment, all found related data are automatically selected by the application server 110 for production, without prompting for user selection.

The user is then prompted to select another patient in step 186. After the user has completed selecting all patients, the user is prompted to select a CD production station 300A, 300B or 300C in step 188. The user is also prompted to enter additional label text. In step 190, the application server 110 then sends a copy of the original and selected related data, along with a copy of the viewing program 112, a number indicating the number of copies to be produced, additional label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

9                                                  10

server **110** erases data in the new data database. The storage data database stores all data that has ever been received from the image server database **202**. In the processes described by FIG. 4 and FIG. 5, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A system comprising:
   a medical image server configured to receive medical image data generated by one or more imaging modalities, the medical image data being formatted in a standard medical imaging format;
   a database configured to store medical image data generated by the one or more imaging modalities;
   a plurality of browsing terminals configured to receive a user selection that defines selected medical image data for a patient;
   a search module configured to automatically search the database for related data based on the user selection; and
   a production station that is configured to record all of the following onto a data storage medium:
      the selected medical image data for the patient, recorded in the standard medical imaging format, the related data, and a viewing program that is configured to allow viewing of medical image data that is recorded onto the data storage medium by a general purpose computer that is not specifically configured with medical imaging software for viewing of medical images formatted in the standard medical imaging format.

2. The system of claim 1, further comprising a configuration data module configured to allow a user to input identifying information relating to the selected medical image data.

3. The system of claim 2, wherein the production station is configured to produce a label for the data storage medium, the label containing the identifying information.

4. The system of claim 1, further comprising an audit module that is configured to automatically provide an auditable trail of the selected medical image data.

5. The system of claim 4, wherein the auditable trail of the selected medical image data includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

6. The system of claim 4, wherein the auditable trail of the selected medical image data includes identifying information corresponding to the production station used to record the selected medial image data and the related data onto the data storage medium.

7. The system of claim 1, wherein the data storage medium is an optical disk.

8. A method of recording medical image data and related data onto a data storage medium, the method comprising:
   receiving medical image data from one or more imaging modalities, the received medical image data being formatted in a standard medical imaging format;
   storing the received medical image data in a database;
   receiving a user selection that defines selected medical image data for a patient;
   automatically searching the database for related data based on the user selection;
   recording the selected medical image data for the patient and the related data onto a data storage medium using a production station, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;
   recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on a general purpose computer that is not specifically configured with medical imaging software for viewing of medical images formatted in the standard medical imaging format; and
   labeling the data storage medium with a label that includes identifying information associated with the selected medical image data.

9. The method of claim 8, wherein the user interface is further configured to collect the identifying information from the user.

10. The method of claim 8, further comprising generating an auditable trail of the selected medical image data, wherein the auditable trail includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

11. The method of claim 8, wherein receiving a user selection comprises selecting one or more patients from a list of patients having medical image data stored in the database.

12. The method of claim 8, wherein the plurality of imaging modalities includes an image scanner configured to generate medical image data in a DICOM-compatible format from film.

13. The method of claim 8, wherein the data storage medium is an optical disk.

14. The method of claim 8, wherein recording the selected medical image data and the related data further comprises selecting a production station from a plurality of production stations that are connected to the database via a computer network.

*    *    *    *    *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 195

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 7,783,174 B2 | Page 1 of 3 |
| APPLICATION NO. | : 12/484100 | |
| DATED | : August 24, 2010 | |
| INVENTOR(S) | : Wright et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Column 2, Page 3 (Item 56), Line 17, under Other Publications, change "BringharnRAD:" to --BringhamRAD:--.

In Column 2, Page 3 (Item 56), Line 37, under Other Publications, change "Johnson," to --Johnston,--.

In Column 2, Page 4 (Item 56), Line 43, under Other Publications, change "at al.," to --et al.,--.

In Column 1, Page 5 (Item 56), Line 42, under Other Publications, change "EurIPACS," to --EuroPACS,--.

In Column 2, Page 5 (Item 56), Line 14, under Other Publications, change "DeJamette" to --DeJarnette--.

In Column 2, Page 5 (Item 56), Line 16, under Other Publications, change "Entwickiung" to --Entwicklung--.

In Column 1, Page 6 (Item 56), Line 58, under Other Publications, change "Acculmage" to --Accuimage--.

In Column 1, Page 7 (Item 56), Line 67, under Other Publications, change "HIPPA"," to --HIPAA",--.

In Column 2, Page 7 (Item 56), Line 1, under Other Publications, change "et all," to --et al.,--.

In Column 1, Page 10 (Item 56), Line 57, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 10 (Item 56), Line 63, under Other Publications, change "Mitre" to --Mitra--.

In Column 2, Page 10 (Item 56), Line 38, under Other Publications, change "radiographics.rsnajnls.orq" to --radiographics.rsnajnls.org--.

Signed and Sealed this
Twenty-ninth Day of March, 2011

David J. Kappos
Director of the United States Patent and Trademark Office

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**                    Page 2 of 3
**U.S. Pat. No. 7,783,174 B2**

In Column 1, Page 11 (Item 56), Line 36, under Other Publications, change ""MedImage" to --"Medimage--.

In Column 1, Page 11 (Item 56), Line 44, under Other Publications, change "Desecription" to --Description--.

In Column 2, Page 11 (Item 56), Line 38, under Other Publications, change "MedImage" to --Medimage--.

In Column 2, Page 11 (Item 56), Line 43, under Other Publications, change "MBA,," to --MBA.,--.

In Column 1, Page 12 (Item 56), Line 15, under Other Publications, change "Servise" to --Service--.

In Column 1, Page 12 (Item 56), Line 22, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 12 (Item 56), Line 28, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 12 (Item 56), Line 37, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 12 (Item 56), Line 45, under Other Publications, change "Mitre" to --Mitra--.

In Column 2, Page 12 (Item 56), Line 55, under Other Publications, change "PerfectImage" to --Perfectimage--.

In Column 1, Page 13 (Item 56), Line 44, under Other Publications, change "Mitre" to --Mitra--.

In Column 2, Page 13 (Item 56), Line 48, under Other Publications, change "BaSed" to --Based--.

In Column 2, Page 14 (Item 56), Line 46, under Other Publications, change "Medial" to --Medical--.

In Column 1, Page 15 (Item 56), Line 4, under Other Publications, change "Gmbh," to --GmbH,--.

In Column 1, Page 15 (Item 56), Line 21, under Other Publications, change "MedImage" to --Medimage--.

In Column 1, Page 15 (Item 56), Line 32, under Other Publications, change "Advertist" to --Adventist--.

In Column 1, Page 15 (Item 56), Line 36, under Other Publications, change "MedImage" to --Medimage--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**                    Page 3 of 3
**U.S. Pat. No. 7,783,174 B2**

  In Column 1, Page 15 (Item 56), Line 38, under Other Publications, change "MedImage" to
--Medimage--.

  In Column 1, Page 15 (Item 56), Line 40, under Other Publications, change "MedImage" to
--Medimage--.

  In Column 10, Line 1, in Claim 5, change "medial" to --medical--.

  In Column 10, Line 6, in Claim 6, change "medial" to --medical--.

  In Column 10, Line 41, in Claim 10, change "medial" to --medical--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

## CERTIFICATE OF SERVICE

I certify that on July 24, 2013, this BRIEF OF PLAINTIFF-APPELLANT DATCARD SYSTEMS, INC. was filed electronically using the CM/ECF system and served via the CM/ECF system on counsel of record for Defendant-Appellee, Pacsgear, Inc., as follows:

Willmore F. Holbrow, III
Dennis G. Martin
James H. Ahn
BLAKELY SOKOLOFF TAYLOR ZAFMAN, LLP
12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA  90025
Telephone: (310) 207-3800
Facsimile: (310) 820-5988
bill_holbrow@bstz.com
dennis_martin@bstz.com
james_ahn@bstz.com

*/s/ Paul A. Stewart*
Paul A. Stewart

15171326