No. 2013-1445

IN THE

# United States Court of Appeals
## FOR THE FEDERAL CIRCUIT

DATCARD SYSTEMS, INC.,

*Plaintiff-Appellant,*

*v.*

PACSGEAR, INC.,

*Defendant-Appellee.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA IN
CASE NO. 10-CV-1288, SENIOR JUDGE MARIANA R. PFAELZER

**NONCONFIDENTIAL JOINT APPENDIX**
**[Volume I of II, Pages A1 – A1789]**

PAUL A. STEWART
  *Counsel of Record*
CRAIG S. SUMMERS
**KNOBBE, MARTENS, OLSON &**
  **BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Plaintiff-Appellant*

November 8, 2013

WILLMORE F. HOLBROW, III
  *Counsel of Record*
DENNIS G. MARTIN
JAMES H. AHN
**BLAKELY SOKOLOFF TAYLOR**
  **ZAFMAN, LLP**
12400 Wilshire Boulevard, 7th Floor
Los Angeles, CA 90025
(310) 207-3800
*Attorneys for Defendant-Appellee*

## TABLE OF CONTENTS
## NONCONFIDENTIAL JOINT APPENDIX

Confidential information of Pacsgear, Inc. has been deleted from this appendix. The confidential information generally relates to: (a) the functionality of the accused Pacsgear MediaWriter product, and (b) the release dates of certain MediaWriter upgrades.

| DOCKET ENTRY NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
|  | Stipulated Protective Order |  |
| 168 | Final Judgment Under Rule 54(B) of the Federal Rules of Civil Procedure | A 1 |
| 145 | Claim Construction Order | A 5 |
| 160 | Order Re Pacsgear, Inc.'s Motion for Summary Judgment of Invalidity and Noninfringement of the "Timeout" Patent | A 40 |
| 163 | Order Re DatCard, Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 | A 61 |
| 164 | Order Re Pacsgear's Motion for Summary Judgment of Invalidity of "Search/Burn" and "HIPAA" Patents | A 68 |
| 165 | Order Granting Pacsgear, Inc's Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents | A 81 |
| -- | U.S. District Court Docket for Case 8:10-cv-01288 | A 86 |
| -- | U.S. Patent No. 7,302,164 | A 106 |
| -- | U.S. Patent No 7,729,597 | A 137 |
| -- | U.S. Patent No 7,783,174 | A 170 |
| -- | U.S. Patent No 7,734,157 | A 199 |
| -- | U.S. Patent No 7,801,422 | A 227 |
| 28 | Second Amended Complaint for Patent Infringement | A 259 |
| 63 | Excerpts From Declaration of Dr. Alan Rowberg, M.D. in Support of DatCard Systems, Inc.'s Motion for Summary Judgment That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 | A 1276 |

| DOCKET ENTRY NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 65 | Memorandum of Points and Authorities in Support of DatCard Systems, Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 | A 1391 |
| 66 | Excerpts From Declaration of Paul A. Stewart in Support of DatCard Systems, Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 | A 1421 |
| 83 | Excerpts from Confidential Exhibits 2, 6, 7, 8, 13, 15, 17 and 19 to the Declaration of Paul A. Stewart in Support of DatCard Systems, Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 <br> **[CONFIDENTIAL MATERIAL OMITTED]** | A 1627 |
| 85 | Excerpts From Confidential Exhibit to Declaration of Dr. Alan Rowberg, MD in Support of DatCard Systems, Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 <br> **[CONFIDENTIAL MATERIAL OMITTED]** | A 1910 |
| 69 | Pacsgear, Inc.'s Memorandum in Support of Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents | A 2042 |
| 77 | Excerpts From Combined Pacsgear Exhibits in Support of its Three Motions for Summary Judgment | A 2226 |
| 78 | Excerpts From Combined Expert Reports and Deposition Excerpts in Support of Pacsgear, Inc.'s Three Motions for Summary Judgment | A 2955 |
| 80 | Excerpts From Declaration of Osman Ratib in Support of Motion for Summary Judgment of Invalidity of the "Search/Burn" and "HIPAA" Patents | A 3376 |
| 87 | DatCard Systems, Inc.'s Opposition to Pacsgear's Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents | A 3472 |
| 103 | Memorandum of Points and Authorities in Opposition to DatCard's Motion for Summary Judgment re Infringement of U.S. Patents 7,783,174 and 7,734,157 | A 4290 |

| DOCKET ENTRY NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 105 | Excerpts From Combined Expert Reports and Deposition Excerpts in Opposition to DatCard's Motions for Summary Judgment re: (1) Infringement of U.S. Patents 7,783,174 and 7,734,157 [64], (2) That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 [60] | A 4328 |
| 106 | Excerpts From Combined Pacsgear's Exhibits in Opposition to DatCard's Motions for Summary Judgment re: (1) Infringement of U.S. Patents 7,783,174 and 7,734,157 [64], and (2) That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 [60] | A 4948 |
| 110 | DatCard Systems, Inc.'s Reply in Support of its Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 | A 5014 |
| 113 | Excerpts From Supplemental Declaration of Paul A. Stewart in Support of DatCard's Motions for Summary Judgment, Motion for Separate Trial on Inequitable Conduct, and Motion to Preclude Expert Opinion Testimony | A 5193 |
| 114 | Pacsgear's Reply Memorandum In Support Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents | A 5206 |
| 151 | Excerpts From Declaration of Bridget A. Smith in Support of Plaintiff's *Ex Parte* Application for Order Allowing the Submission of Additional Evidence on the Pending Motions for Summary Judgment | A 5534 |
| 156 | Excerpts From Transcript for proceedings held on 11/05/12 (Markman Re-Hearing) | A 5622 |
| 159 | Order by Judge Mariana R. Pfaelzer: Denying DatCard's Motion to Preclude the Expert Opinion Testimony of Steven Horii and Ian Jestice on Obviousness | A 5757 |
| 161 | Order by Judge Mariana R. Pfaelzer: Granting DatCard Systems, Inc.'s Motion for Summary Judgment That U.S. Patent Nos. 7,302,164, 7,783,174, 7,727,597 and 7,734,157 are not Invalid Under 35 USC 102 | A 5767 |

| DOCKET ENTRY NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 162 | Minute Order (in chambers) by Judge Mariana R. Pfaelzer Denying as Moot DatCard's Motion to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial and DatCard's Ex Parte Application for Order Allowing Submission of Additional Evidence on Pending Motions for Summary Judgment | A 5776 |

16620052



1   Craig S. Summers (SBN 108,688)
    craig.summers@kmob.com
2   Paul A. Stewart (SBN 153,467)
    paul.stewart@kmob.com
3   Brian C. Claassen (SBN 253,627)
    brian.claassen@kmob.com
4   Bridget A. Smith (SBN 253,548)
    bridget.smith@kmob.com
5   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    2040 Main Street, 14th Floor
6   Irvine, CA 92614
    Telephone: (949) 760-0404
7   Facsimile:  (949) 760-9502

8   Attorneys for Plaintiff/Counterdefendant
9   **DATCARD SYSTEMS, INC.**

10  Willmore F. Holbrow, III (SBN 169688)
    Bill_Holbrow@bstz.com
11  Dennis G. Martin (SBN 54060)
    dennis_martin@bstz.com
12  **BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP**
    12400 Wilshire Boulevard, Seventh Floor
13  Los Angeles, CA  90025
    Telephone: (310) 207-3800
14  Facsimile:  (310) 820-5988

15  Attorneys for Defendant/Counterclaimant
    **PACSGEAR, INC.**
16

17              IN THE UNITED STATES DISTRICT COURT

18           FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                      SOUTHERN DIVISION

20  DATCARD SYSTEMS, INC., a          )   Civil Action No.
    California corporation,           )   SACV10-1288 MRP(VBKx)
21                                    )
         Plaintiff,                   )
22                                    )   **FINAL JUDGMENT UNDER**
         v.                           )   **RULE 54(b) OF THE FEDERAL**
23                                    )   **RULES OF CIVIL PROCEDURE**
    PACSGEAR, INC., a California       )
24  corporation,                      )
                                      )
25       Defendant.                   )   The Honorable Mariana R. Pfaelzer
26  _____ )
                                      )
27  AND RELATED COUNTERCLAIM          )
28

**A 1**

1        Plaintiff DatCard Systems, Inc. brought the present action against
2 Defendant Pacsgear, Inc. alleging infringement of five patents:  U.S. Patent Nos.
3 7,302,164 ("the '164 Patent"), 7,729,597 ("the '597 Patent"), 7,783,174 ("the
4 '174 Patent"), 7,734,157 ("the '157 Patent"), and 7,801,422 ("the '422 Patent").
5 Pacsgear filed counterclaims seeking a declaration that each of the patents is not
6 infringed, is invalid, and is unenforceable due to inequitable conduct.

7        On March 12, 2013, this Court granted Pacsgear summary judgment of
8 invalidity of the '422 Patent.  On April 1, 2013, this Court granted Pacsgear
9 summary judgment of non-infringement of the '164 Patent, the '597 Patent, and
10 the '174 Patent.  Also on April 1, 2013, this Court granted Pacsgear summary
11 judgment of invalidity of the '157 Patent.  Through these rulings, the Court has
12 determined that Pacsgear has no liability under any of the five patents in suit.

13        The only remaining undecided claims are (1) Pacsgear's counterclaim for
14 a declaration of invalidity of the '164 Patent, '597 Patent, and '174 Patent, and
15 (2) Pacsgear's counterclaim for a declaration of unenforceability of all five
16 patents in suit due to inequitable conduct.

17        DatCard has informed the Court that it plans to appeal at least some of
18 this Court's summary judgment rulings.  Pursuant to Rule 54(b) of the Federal
19 Rules of Civil Procedure, the Court expressly finds that there is no just reason
20 for delay of DatCard's appeal of the summary judgment rulings.

21        Accordingly, **FINAL JUDGMENT IS HEREBY ENTERED UNDER**
22 **FED. R. CIV. P. 54(b) AS FOLLOWS**:

23        1.    Judgment is entered in favor of Pacsgear on DatCard's claim of
24 infringement of the '164 Patent, based upon this Court's finding on summary
25 judgment that Pacsgear has not infringed the '164 Patent;

26        2.    Judgment is entered in favor of Pacsgear on DatCard's claim of
27 infringement of the '597 Patent, based upon this Court's finding on summary
28 judgment that Pacsgear has not infringed the '597 Patent;

**A 2**

3.  Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '174 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '174 Patent;

4.  Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '157 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '157 Patent are invalid under 35 U.S.C. § 103;

5.  Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '422 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '422 Patent are invalid under 35 U.S.C. § 103;

6.  Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '164 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '164 Patent;

7.  Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '597 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '597 Patent;

8.  Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '174 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '174 Patent;

9.  Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of invalidity of the '157 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '157 Patent are invalid under 35 U.S.C. § 103; and

/ / /

-2-

**A 3**

10.     Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of invalidity of the '422 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '422 Patent are invalid under 35 U.S.C. § 103.

11.     As discussed above, there are two remaining undecided claims: (1) PacsGear's counterclaim for a declaration of invalidity of the '164 Patent, '597 Patent, and '174 Patent, and (2) Pacsgear's counterclaim for a declaration of unenforceability of all five patents in suit due to inequitable conduct.

12.     DatCard has stated that it plans to appeal some of this Court's summary judgment rulings. The parties agree to stay the proceedings on the above remaining counterclaims until after DatCard's appeal of the summary judgment ruling is decided. The Court concurs and hereby stays the proceedings on the two remaining claims identified above, pending appeal. Any motions for attorneys' fees are also stayed and need not be filed, pending appeal.

13.     PacsGear, as prevailing party, is entitled to recover its costs, pursuant to Rule 54(d), in an amount to be determined.

DATED:  June 6, 2013

                        _____
                        Hon. Mariana R. Pfaelzer
                        *United States District Judge*

15464482

-3-

**A 4**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| DATCARD SYSTEMS, INC., a California corporation | Case No. 8:10-cv-01288-MRP-VBK |
|---|---|
| Plaintiff, | **Claim Construction Order** |
| v. | |
| PACSGEAR, INC., a California corporation | |
| Defendant. | |

## I.    Introduction

Datcard Systems, Inc. ("Datcard") has sued Pacsgear, Inc. ("Pacsgear") for patent infringement.[1] ECF No. 1. Datcard's patented inventions facilitate the handling and delivery of medical image data. The asserted patents fall into three

---

[1] The asserted patents are U.S. Patent No. 7,302,164 (filed Jan. 17, 2001), entitled "System and Method for Producing Medical Image Data onto Portable Digital Recording Media"; U.S. Patent No. 7,729,597 (filed Jun. 24, 2009) (continuation of the '164 patent); U.S. Patent No. 7,783,174 (filed Jun. 12, 2009) (continuation of the '164 patent); U.S. Patent No. 7,734,157 (filed Jun. 24, 2009) (continuation of the '164 patent); and U.S. Patent No. 7,801,422 (filed Jun. 5, 2009) (continuation of the '164 patent).

-1-

**A 5**

groups: (1) Search and Burn; (2) HIPAA; and (3) Timeout. The Search and Burn group includes three patents. These patents claim various ways of managing the flow of medical image data from cradle to grave, i.e., from the image-generation device, to intermediate database servers, and ultimately to the end-user in the form of a labeled CD. The HIPAA patent automates the process of regulatory compliance relating to the privacy of medical records. The Timeout patent claims a way to avoid the premature burning of data onto CDs.

The parties dispute the meaning of certain claim terms in the patents. In this Markman order, the Court construes those terms.

## II.   Principles of Claim Construction

The purpose of claim construction is to determine the meaning and scope of the patent claims asserted to be infringed. *O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co., Ltd.*, 521 F.3d 1351, 1360 (Fed. Cir. 2008). Claim construction is a pure question of law. *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996). For purposes of claim construction, the Court reviews both intrinsic and extrinsic evidence, placing emphasis on the former.

**A. Intrinsic Evidence.**

**i.   Claim Language**

"The words of a claim 'are generally given their ordinary and customary meaning.'" *Phillips v. AWH Corp.¸* 415 F.3d 1303, 1312 (Fed. Cir. 2005) (citation

-2-

**A 6**

omitted). "[T]he ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, i.e., as of the effective filing date of the patent application." *Id.* at 1313. "The inquiry into how a person of ordinary skill in the art understands a claim term provides an objective baseline from which to begin claim interpretation." *Id.* "That starting point is based on the well-settled understanding that inventors are typically persons skilled in the field of the invention and that patents are addressed to and intended to be read by others of skill in the pertinent art." *Id.*

### ii.   Specification

The specification is "always highly relevant to the claim construction analysis." *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 978 (Fed. Cir. 1995). As Judge Rich wrote shortly after the creation of the Federal Circuit, "the specification . . . is the primary basis for construing the claims." *Standard Oil Co. v. Am. Cyanamid Co.*, 774 F.2d 448, 452 (Fed. Cir. 1985). "[T]he specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, the inventor's lexicography governs." *Phillips*, 415 F.3d at 1316. "In other cases, the specification may reveal an intentional disclaimer, or disavowal, of claim scope by the inventor." *Id.* In such

-3-

**A 7**

1    cases, the inventor's intention as expressed in the specification "is regarded as

2    dispositive." *Id.*

3
          iii.    **Prosecution History**
4

5        The Court also considers the patent's prosecution history, if it is in evidence.

6    "The prosecution history, which we have designated as part of the "intrinsic

7
     evidence," consists of the complete record of the proceedings before the PTO and
8

9    includes the prior art cited during the examination of the patent." *Id.* The patentee

10   created the prosecution history much like the specification in an attempt to explain

11
     and obtain the patent, and thus the prosecution history provides evidence about
12

13   how the PTO and the inventor understood the patent. *Id.* "Yet because the

14   prosecution history represents an ongoing negotiation between the PTO and the

15
     applicant, rather than the final product of that negotiation, it often lacks the clarity
16

17   of the specification and thus is less useful for claim construction purposes." *Id.*

18   "Nonetheless, the prosecution history can often inform the meaning of the claim

19
     language by demonstrating how the inventor understood the invention and whether
20

21   the inventor limited the invention in the course of prosecution, making the claim

22   scope narrower than it would otherwise be." *Id.*

23
     **B. Extrinsic Evidence**
24

25       In addition to using intrinsic evidence, this Court is also authorized to use

26   extrinsic evidence in claim construction. *Phillips*, 415 F.3d at 1317 ("[W]e have . .

27

28

**A 8**

. authorized district courts to rely on extrinsic evidence . . . .”). Extrinsic evidence

“consists of all evidence external to the patent and prosecution history, including

expert and inventor testimony, dictionaries, and learned treatises.” *Id*. While

extrinsic evidence can shed light on claim meaning, it is “less significant than the

intrinsic record in determining ‘the legally operative meaning of claim language.’”

*Id*. (citation omitted). Finally, extrinsic evidence is “unlikely to result in a reliable

interpretation of patent claim scope unless considered in the context of the intrinsic

evidence.” *Id*. at 1319.

## III.   CLAIM CONSTRUCTION

### A. Search Burn Patents

The three Search Burn patents are directed to systems and methods for

facilitating the search and delivery of a patient’s medical images.[2] The parties

dispute the meaning of certain claim terms. Some disputes are over identical terms

in all three patents. Other disputes are over similar terms across the patents. The

Court has grouped these disputes because the analyses are similar. The grouped

disputes (with corresponding patent numbers) are:

    i.    “related medical image data” (‘164), “additional medical data . . . related to the patient” (‘597), and “related data” (‘174);

    ii.    “database” (‘164, ‘174);

---

[2] The three Search Burn patents are: (1) U.S. Patent No. 7,302,164 (filed Jan. 17, 2001) (“the ‘164 patent”), entitled “System and Method for Producing Medical Image Data onto Portable Digital Recording Media”; (2) U.S. Patent No. 7,729,597 (filed Jun. 24, 2009) (“the ‘597 patent”) (continuation of the ‘164 patent); and (3) U.S. Patent No. 7,783,174 (filed Jun. 12, 2009) (“the ‘174 patent”) (continuation of the ‘164 patent).

iii.     "automatically" ('597, '174); and

iv.     whether the claim elements "printing" and "affixing" the label must

occur sequentially ('164).

The Court next considers each dispute in turn:

   **i.     "related medical image data" ('164 patent), "additional medical data . . . related to the patient" ('597 patent), "related data" ('174 patent)**

The relevant claim limitations for these disputed claim terms are:

(a) "a search module configured to search the database for ***related medical image data*** that is related to the selected medical image data . . . ." '164 patent at col. 10 II. 53-55 (emphasis added);

(b) "automatically searching, based on the received request, a second computer database via a second database interface for ***additional medical data*** also ***related*** to the patient . . . ." '597 patent at col. 9 II. 34-36 (emphasis added); and

(c) "a search module configured to automatically search the database for ***related data*** based on the user selection . . . ." '174 patent at col. 9 II. 24-47 (emphasis added).

The accused infringing product, MediaWriter version 3.0, allows the user to burn a radiologist's text reports onto a CD along with selected images.[3] Not surprisingly, the parties dispute whether the claim terms above cover non-image data like text reports.

   //

---

[3] Pacsgear's Motion for Summary Judgment of Non-Infringement of the Search/Burn Patents [hereinafter "Mot."] at 3 (ECF No. 67). Datcard's opposition to the above motion is hereinafter referred to as "Opp." ECF No. 87.

-6-

**A 10**

### (a) "related medical image data" '164 patent

The Court finds that "related medical image data" means data which is (1) in a standard medical imaging format, and (2) is related to the selected medical image data.[4] The Court rests this finding on three bases: (1) claim language; (2) the rule of internal consistency; and (3) support in the specification.

#### 1. Claim language

The phrase "related medical image data" contains three nested modifiers. We start with the word "data." "Image" modifies "data" yielding "image data." "Medical" modifies "image data" yielding "medical image data." Finally, "related" modifies "medical image data" yielding "related medical image data." But before construing "related medical image data," it is helpful to analyze the meaning of the sub-phrase "medical image data." "Medical image data" is neither a technical term of art in the relevant field,[5] nor a specially defined term in the specification.

The first limitation of Claim 9 recites: "a medical server configured to receive medical image data that is generated by a plurality of imaging modalities, the ***medical image data being formatted in a standard medical imaging format*** used by specialized computers configured for viewing medical images . . . ." Here, "medical image data" plainly refers to data formatted in a standard medical

---

[4] Whether or not this covers a radiologist's text report turns on whether the report is stored in a standard medical imaging format.

[5] *See, e.g.*, Dr. Rowberg's testimony, Opp. at 16 ("I almost wonder if it's a legal term instead of a medical term because it's out of my normal vocabulary.").

**A 11**

imaging format. Thus, "related medical image data" simply means medical image data that is related to the selected medical image data. Put another way, "related medical image data" means data that is both: (1) formatted in standard medical imaging format; and (2) related to the selected medical image data.

Datcard argues that "related medical image data" means any kind of data (not just medical image data) that is related to the selected medical image data. Opp. at 21. This is incorrect because it fails to account for the modifying effect of "medical image" upon "data." Pacsgear argues that "related medical image data" only refers to images. Mot. at 9. This too is incorrect because it would exclude non-image data formatted in standard medical imaging format. Some such non-image data include "patient demographics[] and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date." '164 patent at col. 1 ll. 48-55 (listing non-image DICOM compatible data types stored in the header preceding the exam images).

## 2. The rule of internal consistency

Under this rule, "[a] word or phrase used consistently throughout a claim should be interpreted consistently." *Phonometrics, Inc. v. Northern Telecom Inc.*, 133 F.3d 1459, 1465 (Fed. Cir. 1998). Thus, the Court should interpret "related medical image data" consistently throughout Claim 9.

Claim 9 contains other instances of "related medical image data":

-8-

**A 12**

1       the selected medical image data, recorded in the standard medical imaging
format,

2

3       the ***related medical image data, recorded in the standard medical imaging
format***, and

4

5       ***a viewing program that is configured to allow viewing of*** the selected and
the ***related medical image data*** that is recorded onto the data storage

6

7       medium on widely accessible computers not specifically configured with
standard medical imaging software for ***viewing of medical images***.

8

9       '164 patent at col. 1 II. 40-50 (Claim 9).

10    "Related medical image data" in the above instances is plainly limited to data

11 recorded in the standard medical imaging format. The rule of internal consistency

12 thus calls for the same construction for "related medical image data" in the claim

13

14 limitation under consideration.

15

16                     **3.  Support in the specification**

17    The specification of the '164 patent provides further support for limiting the

18 scope of "related medical image data" to data formatted in the standard medical

19

20 imaging format. The specification states:

21       To ease the communication of data, the DICOM (Digital Imaging and
Communications in Medicine) standard was developed by ACR-NEMA

22       (American College of Radiology-National Electrical Manufacturer's

23       Association) for communication between medical imaging devices and
PACS. In addition to the examined images, patient demographics, and exam

24       information such as patient name, patient age, exam number, exam modality,

25       exam machine name, and exam date can also be stored and retrieved in

26       DICOM compatible data format. A DICOM file stores patient and exam
information in the header of the file, followed by the exam images. PACS

27       store ***medical image data*** in DICOM format.

28

**A 13**

1    '164 patent at col. 1 II. 43-55.

2        The specification, therefore, supports the Court's construction of "related

3    medical image data" as limited to data formatted in standard medical imaging

4    format.

5

6        The Court's approach has: (1) placed primary emphasis on the plain and

7    ordinary meaning of the claim language; (2) abided by the rule of internal

8    consistency; and (3) construed "related medical image data" in light of

9    specification. "Related medical image data" is data: (1) formatted in the standard

10   medical imaging format; (2) related to the selected medical image data. The parties

11   dispute about whether "related medical image data" covers a radiologist's test

12   reports. Under the Court's construction, the answer to that question depends on

13   whether radiologist reports are formatted in the standard medical imaging format.

14   Pacsgear asserts that such reports are not in a standard medical imaging format.

15   Mot. at 3 ("[The radiologist's] reports are in text format . . . ."). Datcard does not

16   appear to take a contrary position. "Related medical image data" does not cover

17   such reports, assuming they are not formatted in a standard medical imaging

18   format.

19       //

20

21       //

22

23       //

24

25

26

27

28

-10-

**A 14**

**(b) "additional [related] medical data," '597 patent; and "related data" '174 patent**

The relevant claim terms are:

(1) "automatically searching, based on the received request, a second computer database via a second database interface for ***additional medical data*** also ***related*** to the patient . . . ." '597 patent at col. 9 ll. 34-36 (emphasis added); and

(2) "a search module configured to automatically search the database for ***related data*** based on the user selection . . . ." '174 patent at col. 9 ll. 24-47 (emphasis added).

Claim terms like "related data" and "additional [related] medical data" have fewer modifiers for "data" than the claim term "related medical image data." This might seem, at first blush, to support a broader construction for the former claim terms than the latter. Not surprisingly, the seemingly broader claim terms appear in continuation patents. "The name of the game is the claim" for parent patents and continuations alike.[6] But the Court must pay close attention to the specification when construing a claim term in a continuation.[7] The fundamental tension between the prohibition against importing limitations from the specification into the claims on the one hand, and construing claims in light of the specification on the other, is of special concern in the continuations context. Even in a regular setting, the

---

[6] Giles S. Rich, *The Extent of the Protection and Interpretation of Claims – American Perspectives*, 21 INT'L REV. INDUS. PROP. & COPYRIGHT L. 497, 499, 501 (1990).
[7] *See* Mark A. Lemley & Kimberly A. Moore, *Ending Abuse of Patent Continuations*, 84 B.U. L. REV. 63 (2004)

1   prohibition against importing limitations and the mandate of construing claims in

2   light of the specification presents a fundamental problem of claim construction.

3        No Federal Circuit opinion captures the essence of this fundamental problem

4   quite as vividly as *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, 632 F.3d

5
6   1246 (Fed. Cir. 2011). Judge Lourie's opinion in that case, concurring in part and

7
8   dissenting in part, is particularly revealing. In relevant part, Judge Lourie states,

9   "[T]he basic mandate is for claims to be interpreted in light of the specification of

10
11   which they are a part because the specification describes what the inventors

12   invented. The specification is the heart of the patent. In colloquial terms, '***you***

13
14   ***should get what you disclose.***'" *Arlington Indus.*, 632 F.3d at 1257 (Lourie, J.,

15   concurring in part and dissenting in part). To that point, the author of the majority

16   opinion, Chief Judge Rader, stated,

17

18         The concurrence-in-part and dissent-in-part characterizes the specification as
19        the "heart of the patent" and, using "colloquial terms," states that "you
         should get what you disclose." This devalues the importance of claim
20        language in delimiting the scope of legal protection. "Claims define and
         circumscribe, the written description discloses and teaches." *Ariad Pharms.,*
21        *Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1347 (Fed.Cir.2010) (en banc). To use
22        a colloquial term coined by Judge Rich, "***the name of the game is the***
         ***claim***." Giles S. Rich, *The Extent of the Protection and Interpretation of*
23        *Claims–American Perspectives*, 21 INT'L REV. INDUS. PROP. & COPYRIGHT L.
24        497, 499, 501 (1990). Indeed, unclaimed disclosures are dedicated to the
         public. *Johnson & Johnston Assocs. Inc. v. R.E. Serv. Co.*, 285 F.3d 1046,
25        1051 (Fed.Cir.2002) (en banc).
26
27        *Id.* at 1255, n.2 (emphasis added).

28

<div align="center">-12-</div>

<div align="center">**A 16**</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Incidentally, the difference between "the name of the game is the claim" and "you should get what you disclose" is identical to that between the prohibition against importing limitations and construing the claims *in light of* the specification.

Returning to the claim terms at hand, the dispute between the parties is whether "additional [related] medical data" in the '597 patent and "related data" in the '174 patent are limited to DICOM images, to the exclusion of non-image data like text reports. Again, both parties propose incorrect constructions. The terms are neither so broad as to encompass all types of data, nor so narrow as to be limited to images. Instead, as explained below, "related data" and "additional [related] medical data" are limited to data: (1) in a standard medical imaging format; and (2) related to the selected medical image data.

*Texas Digital*, a case criticized in *Phillips*, had listed two circumstances where the patent's specification and prosecution history must be consulted to determine if the patentee has used claim terms in a manner inconsistent with the ordinary meaning reflected in a dictionary definition: (1) where the patentee, acting as his or her own lexicographer, has clearly set forth an explicit definition of the term different from its ordinary meaning; and (2) if the inventor has disavowed or disclaimed scope of coverage by using words or expressions of manifest exclusion or restriction, representing a clear disavowal of claim scope. 415 F.3d at 1319 (citing *Texas Digital Sys., Inc. v. Telegenix, Inc.*, 308 F.3d 1193 (Fed. Cir. 2002).

-13-

**A 17**

But *Phillips* characterized *Texas Digital*'s take on claim construction as placing "too little [reliance] on intrinsic sources, in particular the specification and prosecution history."

*Phillips* stated, "Assigning such a limited role to the specification . . . is inconsistent with our rulings that the specification is ***the single best guide to the meaning of a disputed term*** . . . ." *Id.* at 1320-21 (citation omitted). *See Irdeto Access, Inc. v. Echostar Satellite Corp.*, 383 F.3d 1295, 1300 (Fed. Cir. 2004) ("Even when guidance is not provided in explicit definitional format, the specification may define claim terms ***by implication*** such that meaning may be found in or ascertained by a reading of the patent documents."); *Bell Atl. Network Servs., Inc. v. Covad Commc's Grp., Inc.*, 262 F.3d 1258, 1268 (Fed. Cir. 2001) ("[A] claim term may be clearly redefined without an explicit statement of redefinition.").

To be sure, *Phillips* acknowledged "that the purpose underlying the *Texas Digital* line of cases – to avoid the danger of reading limitations from the specification into the claim – is sound." *Id.* at 1323. But *Phillips* also acknowledged that "the distinction between using the specification to interpret the meaning of a claim and importing limitations from the specification into the claim can be a difficult one to apply in practice." *Id.* "[T]he line between construing terms and importing limitations can be discerned with reasonable certainty and

-14-

**A 18**

1 predictability *if the court's focus remains on understanding how a person of*

2 *ordinary skill in the art would understand the claim terms*." *Id.* (emphasis added).

3

4 "[T]he person of ordinary skill in the art is deemed to read the claim not only in the

5 context of the particular claim in which the disputed term appears, but in the

6 context of the entire patent, including the specification." *Phillips*, 415 F.3d at 1313.

7

8 *See also Medrad, Inc. v. MRI Devices Corp.*, 401 F.3d 1313, 1319 (Fed. Cir. 2005)

9 ("We cannot look at the ordinary meaning of the term . . . *in a vacuum*. Rather, we

10 must look at the ordinary meaning in the context of the written description and the

11

12 prosecution history.").

13     Datcard seeks too broad a construction by interpreting "related data" to include

14 "data in general." Opp. at 10. The three patents share a common specification. This

15

16 specification only describes an invention where "data" in "related data" or

17 "additional [related] medical data" is stored in a standard medical imaging format.

18

19 It is perfectly legitimate to ask for more real estate, so to speak, by drafting broader

20 claim terms in a continuation application; so long as those newer and broader

21

22 claims are moored to the specification. Construing "related data" and "additional

23 [related] medical data" as referring to data in a standard medical imaging format is

24

25 not an exercise in importing a limitation from a preferred embodiment in the

26 specification. Instead, it is a grant of patent protection that ends at what the

27

28

-15-

**A 19**

Case: 13-1445 Case: 13-1445 CASE PARTICIPANTS ONLY Document: 253-1 Document: 28 Page: 25 Filed: 11/08/2013 Filed: 11/08/2013

Case 8:10-cv-01288-MRP-VBK    Document 145    Filed 10/26/12    Page 16 of 35    Page ID #:5952

patentee disclosed and described in the specification. It is a construction of the claims in light of the entire specification; not a construction of claims in a vacuum.

Pacsgear is also incorrect in limiting "related data" and "additional [related] medical data" to images. The patent specification states, "In addition to the examined images, ***patient demographics[] and exam information*** . . . can also be stored and retrieved in DICOM compatible data format . . . in the header of the file, followed by the exam images." '164 patent col. 1 II. 58-52. These non-image data types, i.e., patient demographics and exam information, are as much part of the standard medical imaging standard as the images themselves. There is no basis for excluding these types of related data or additional related medical data from the claim scope. While Pacsgear attempts to exclude such non-image DICOM data from the claim scope, Datcard attempts to do the opposite, i.e., include non-image ***non-***DICOM data such as the radiologist's text reports within the claim scope. Under the Court's construction, "related data" and "additional [related] medical data" exclude a radiologist's text reports unless they are stored in a standard medical imaging format.

**ii.    "database" ('164, '174, '597);**

Claim 9 of the '164 patent, in relevant part, recites:

> ***a database*** configured to store medical image data generated by the plurality of imaging modalities;

-16-

**A 20**

1
2

a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

3
4

a search module configured to search **the database** for related medical image data that is related to the selected medical image data

5

Claim 1 of the '174 patent, in relevant part, recites:

6
7

**a database** configured store medical image data generated by the one or more imaging modalities;

8
9
10

a plurality of browsing terminals configured to receive a user selection that defines selected medical image data for a patient;

11
12

a search module configured to automatically search **the database** for related data based on user selection

13

The parties dispute about the construction of the claim limitation "database."

14
15

Pacsgear contends that database means "the electronic collection of image data

16
17

stored in a way to allow for easy search and retrieval following the request of a

18

user." Mot. at 7. Datcard cites the dictionary for a definition of database as "a

19

structured set of data held in a computer." Opp. at 9.

20

In the context of the above claims, it is redundant to define database in terms of

21
22

its contents. The claim language itself performs that task by requiring "a database"

23

to be configured to store medical image data, which the Court previously construed

24
25

as limited to data in a standard medical imaging format. While the Court agrees

26

with Pacsgear that "*the* database" in the above claims plainly refers back to "a

27

database" earlier in the same claim, it also agrees with Datcard that a database is

28

merely "a structured set of data held in a computer."

-17-

**A 21**

Claim 1 of the '597 patent, in relevant part, recites:

> automatically searching a first computer ***database*** via a first database interface for a first set of medical image data related to the patient based on the received request;
>
> automatically retrieving the first set of medical imaging data related to the patient;
>
> automatically searching, based on the received request, a second computer ***database*** via a second database interface for additional medical data also related to the patient, wherein the second interface is different from the first interface

Unlike the '164 and '174 patents, where "the database" referred back to "a database," Claim 1 of the '597 patent defines two separate databases. Here, too, it is redundant to limit "database" by the type of content stored because the claims adequately do that by reciting the steps of searching the first database for medical image data and the second database for additional medical data. The Court has already construed "medical image data" and "additional medical data" to mean data in a standard medical imaging format. Consequently, again, the Court agrees with Datcard that a database is merely "a structured set of data held in a computer."

### iii.    "automatically" ('597, '174)

Claim 1 of the '597 patent is a multi-step method patent. The claim recites:

A computer-implemented method for automatically generating a portable computer-readable medium containing medical data related to a patient, comprising:

-18-

**A 22**

receiving, via computer-implemented interface a request for medical data related to the patient;

*automatically* searching a first computer database via a first database interface for a first set of medical imaging data related to the patient based on the received request;

*automatically* retrieving the first set of medical imaging data related to the patient;

*automatically* searching, based on the received request, a second computer database via a second database interface for additional medical data also related to the patient, wherein the second interface is different from the first interface;

*automatically* receiving the additional related medical data; and

*automatically* generating a portable computer-readable medium, at a production station, containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the first set of medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

'597 patent col. 9 II. 24-47 (Claim 1)

First, the claim requires receiving a request for medical data. Next, the claim requires automatic performance of a series of tasks (retrieving, searching, receiving, and generating). The parties dispute the meaning of "automatically." According to Datcard, automatically means that "once initiated, the function is performed by a machine, without the need for manually performing the function." Opp. at 11. Given that "automatically" appears in several recited steps, Datcard's definition must be applied to *each* step. Datcard is effectively construing "automatically" as "once *[each step]* is initiated, the function is performed by a

-19-

machine, without the need for manually performing the function." But that is not a

satisfactory interpretation of the claim language because the "receiving" limitation

lacks an "automatically" qualifier despite the fact that once a user initiates the

receiving step by submitting a request for medical data, the receiving function is

performed by a machine, without the need for manually performing the function.

In the specification, the patentee compares and contrasts two disclosed

embodiments – one with the "automatically" feature with one without. The

embodiment without the "automatically" feature states, "The user is then asked in

step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data."

'164 patent at col. 8 II. 37-41; and "[s]till referring to FIG. 5, the user is then

prompted to select all or some of the related data from the list of found related data

for production, in step 184." '164 patent at col. 8 II. 54-56. By contrast, the

embodiment with the "automatically" feature states, "In another embodiment, once

the user has selected a patient/exam combination, the application server 110

automatically searches for related data ***without asking for user direction***," '164

patent at col. 8 II. 46-49, and "In another embodiment, all found related data are

automatically selected by the application server 110 for production, ***without***

***prompting for user selection***."

-20-

**A 24**

1
2
3
4

"Automatically," in the context of the claim language and in light of the specification, means performing the claim steps beginning with "automatically" *without* first asking for user selection or direction for *each* step. Mot. at 17.

5
6

  **iv. whether the claim elements "printing" and "affixing" the label must occur sequentially ('164).**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

  Claim 16 recites "printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and affixing the label to the data storage medium using the production station." Opp. at 22. "The MediaWriter . . . uses a CD Burner with an ink jet system that quickly and directly places information on the CD." Mot. at 14. Pacsgear construes Claim16 as requiring printing to take place before affixing. *Id.* (arguing non-infringement because Pacsgear's products do not first print, ***then*** affix the label to the CD). But "[u]nless the steps of a method actually recite an order, the steps are not ordinarily construed to require one." *Interactive Gift Express, Inc. v. Compuserve, Inc.*, 256 F.3d 1323, 1342 (Fed. Cir. 2001). While some order is inherent in certain subsets of the claim steps (e.g., receiving data before storing it, searching data before recording it, etc.), Claim 16 does not recite any order of performance for the steps. Instead, the claim recites "printing . . . and affixing." '164 patent at col. 11 II. 47-52.

27
28

  The Court finds that printing and affixing are not sequential operations.

//

-21-

**A 25**

## B. HIPAA Patent

The HIPAA patent is U.S. Patent No. 7,734,157 (filed Jun. 24, 2009) ("the '157 patent"), entitled "System and Method for Producing Medical Image Data onto Portable Digital Recording Media." The parties dispute the meaning of some claim terms in Claim 7 in the '157 patent:

> A system for generating a portable computer-readable medium containing medical data for a first patient, wherein the medical data for the first patient are audited based on a plurality of audit records stored in an audit database, comprising:
>
> ***a computer-implemented interface configured to receive two or more requests for production of stored medical data related to the first patient***; and
>
> an image production module that is configured, for each request for production of stored medical data related to the first patient;
>
> to produce the portable computer-readable medium containing the requested medical data related to the first patient, wherein the requested medical data comprises medical image data formatted in a standard medical imaging format used by a computer configured for viewing the medical image data; and
>
> upon producing the computer-readable medium, to automatically transmit, to the audit database, audit data that is specific to the computer-readable medium produced in response to the request for stored medical data, wherein the audit data comprises at least ***an identification specific to the computer-readable medium***, an identification of a requester of the stored medical data, and an identification of the first patient, and is for at least one audit record in the plurality of audit records in the audit database.

'157 patent at col. 10 ll. 12-38.

-22-

**A 26**

1    The parties dispute the meaning of the bolded claim language. The Court

2    addresses each dispute in turn:

3
4        i.      **"a computer-implemented interface configured to receive two or
                 more requests for production of stored medical data related to the
5                first patient"**

6    Pacsgear contends that this claim term requires a user to make two requests for

7
8    production relating to the same patient. Pacsgear's opposition to Datcard's motion

9    for summary judgment of infringement for the '174 and '157 patents [hereinafter

10   "Opp."] at 17.[8] Given that Claim 7 is a directed to an apparatus claim and not a

11   method claim, Datcard argues that "[t]he disputed claim limitation says nothing

12
13   about what a 'user' must do." Reply at 17. According to Datcard, the claim

14   limitation only means that the computer interface must have structural components

15
16   enabling it to receive two or more requests for production of stored medical data

17
18   related to the first patient. *Id.* The Court agrees with Datcard. The disputed claim

19   term refers to a system's configuration to receive two or more requests. This

20
21   system claim does not refer to user action.

22       ii.     **"an identification specific to the computer-readable medium"**

23
24   Pacsgear proposes the following construction: "an identification unique to the

25   *single* compact disc or other storage medium." Opp. at 19. Datcard proposes "an

26
27
28

---

[8] Datcard's motion is hereinafter referred to as "Mot."

-23-

**A 27**

1
2

identification, such as a clearly defined or identified number, of the computer-readable medium (plural)." Mot. at 23.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The plain and ordinary meaning of the claim language is written in the singular given that the word "medium" is in a singular form. But this could mean that the singular form attaches to the type of medium (CD, DVD, Bluray, flash drive, each being one medium), or it could mean that the singular form means "one CD." The first line of the patent specification states, "This invention relates to a system and method for the production of medical image data on portable digital recording *media* such as compact *discs*." '157 patent at col. 1 II. 23-25. The patentee has thus used the plural form "media" when discussing multiple compact discs. The first line of the section called "Summary of the Invention" states, "The claimed system allows for digital medical image data to be produced on a portable digital recording *medium* such as *a CD*." *Id.* at col. 2 II. 7-9 (containing further references to the singular form such as "a CD," "the CD," and "the same CD"). The specification further states, "The number of CDs produced corresponds to the 'number of copies' number sent by the application server 110 in step 142." *Id.* at col. 6:66-67, 7:1. But in a section entitled "Detailed Description of the Preferred Embodiment," the specification states, "Digital portable recording *medium* comprises *CDs* and DVDs . . . any *suitable portable digital recording medium* can be substituted for *CDs.*" *Id.* at col. 3 II. 30-31.

Thus, the patentee has used "medium" when referring to both singular and plural forms of CD at different places in the specification. But in these last statements, the patentee is not referring to the plural form ("CDs") as a solution to the problem that arises when the requested medical data exceeds the storage capacity of a single disc. Instead, the plural form is only invoked to describe the generic medium of compact discs. When referencing the actual operation of the claimed invention, the specification is clear that only one CD is anticipated to store image data. The only instances of the plural form, "CDs," in the context of the operation of the invention are references to the number of copies requested by the user. Again, the specification states, "The number of CDs produced corresponds to the 'number of copies' number sent by the application server 110 in step 142." *Id.* at col. 6:66-67, 7:1.

Datcard argues that "[i]f the requested medical data exceeds the storage capacity of a single disc, a set of discs is a suitable portable digital recording medium." Mot. at 22. That may be so, but the specification is void of any reference to multiple CDs being used to store one image because of size constraints. The patent neither describes a multiple-CD-based solution to the size-constraint problem, nor evidences the patentee's possession of such an invention at the time of filing. As a technical matter, it is just as plausible to have unique identification numbers for multiple discs for the same job (with a numerical suffix, for example,

-25-

**A 29**

1  indicating the disc number for the same job), as it is to have a unique identifier

2  specific to a set of discs. Given the claim language, and in light of the void in the

3  specification for this issue, the appropriate construction for "computer readable

4  medium," therefore, is limited to one compact disc. Accordingly, the claim term

5  "an identification specific to the computer readable medium" refers to a unique

6  identification for each instance of the computer-readable medium (e.g., each CD).

7

8

9  **C. Timeout Patent**

10      The Timeout patent is U.S. Patent No. 7,801,422 (filed Jun. 5, 2009) ("the '422

11  patent"), entitled "System and Method for Producing Medical Image Data onto

12  Portable Digital Recording Media." The parties dispute the meaning of some claim

13  terms in Claims 1 and 8 of the '422 patent. The Court discusses each claim in turn.

14

15      **i.    Claim 1**

16  Claim 1 of the Timeout patent, with the point of contention bolded, states:

17

18      A method of automatically producing medical image data and related data
        on an optical storage medium upon expiration of a timeout period, the
19      method comprising:

20

21          ***detecting whether a server has changed within a timeout period after
            receiving medical image data or related data*** from a modality and
22          resetting the timeout period when the change is detected; and

23

24          automatically producing an optical storage medium comprising
            selected medical image data and related data from the server based on
25          when the timeout period has expired and recording on the optical
            storage medium program code that, when executed, allows viewing of
26          the selected medical image data, wherein the medical image data is

27

28

-26-

**A 30**

formatted in a standard medical imaging format used by a computer configured for viewing the medical image data.

'422 patent, col. 9 ll. 15-32.

Before commencing a comparative study of the parties' diverging contentions regarding the meaning of the bolded claim phrase, the Court introduces two concepts to aid the analysis: (1) the time of detection; and (2) the range of detection. The time of detection refers to the discrete point in time when the system performs the detecting step. The range of detection refers to the time interval for which detection takes place. These are fundamentally different ideas. An analogy helps to define the concepts and draw out the distinction. Consider the year-to-date gain of a stock, where the stock price is checked at the end of the first quarter. Here, the time of detection is April 1. The range of detection for the year-to-date gain is the three-month period between January 1 and March 31.

Returning to the case at bar, the disputed claim phrase is "detecting whether a server has changed within a timeout period after receiving medical image data or related data." Pacsgear's proposed construction conflates the concepts of time and range of detection. DatCard's proposed construction is that whereas the time of detection is *after* the expiry of the timeout interval, the range is *before*. The Court reviews the claim language and specification to determine the appropriate time of detection and range of detection for the detecting step.

//

-27-

(a) **Time of detection**

The claim language states "detecting whether a server has changed within a timeout period after receiving medical image data or related data." PacsGear argues that this claim language "requires the detection to take place **before** the time interval expires." Mot. at 2. The only way the claim language "requires" the detection to take place before the time interval expires is if the phrase "detecting whether a server has changed within a timeout period" is rearranged as follows: "detecting, within a timeout period, whether a server has changed." A more likely interpretation is that the phrase "within a timeout period" qualifies "server has changed" and not "detecting." While the claim language does not settle the issue, the specification does.



'442 Patent, Figure 3.

-28-

The detecting step 130 in Figure 3 entitled "Database Still Changing?" occurs *after* step 128 entitled "Wait for an Interval." The specification provides further confirmation that the time of detection is *after* the timeout period. "[U]pon observing a change in the image server database 202, '[t]he application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. ***After*** the interval, the application server 110 ***checks*** whether the image server database 202 is still changing, in step 130.'" Mot. at 2 (citing the '422 patent specification, col. 5:28-33) (emphasis).

PacsGear's argument in its motion that "Claim 1 requires the detection to take place **before** the time interval expires" might be logically consistent with the claim language, but wholly excludes the preferred embodiment in the '422 specification. "A claim construction that excludes the preferred embodiment 'is rarely, if ever, correct and would require highly persuasive evidentiary support.'" *Adams Respiratory Therapeutics, Inc. v. Perrigo Co.*, 616 F.3d 1283, 1290 (Fed. Cir. 2010) (quoting *Vitronics Corp. v. Conceptronic Inc.*, 90 F.3d 1576, 1583-84 (Fed. Cir. 1996)). PacsGear has failed to provide the requisite "highly persuasive evidentiary support."

In light of Figure 3 and the cited language in the specification, the Court finds that the time of detection is *after* the expiry of the timeout interval. "There is sometimes a fine line between reading a claim in light of the specification, and

-29-

**A 33**

reading a limitation into the claim from the specification." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1323 (Fed. Cir. 2005) (citation omitted). The Court has taken care not to import this limitation from the preferred embodiment into Claim 1, and has only interpreted the claim language *in light of* the specification.

    **(b)** **Range of detection**

    By arguing that "knowing that the size of the database is increasing <u>after</u> the expiration of the waiting interval tells you nothing about whether the database was changing '<u>before</u>' or '<u>within</u>' the waiting interval," Pacsgear has effectively argued that the range of detection is *after* the expiry of the timeout interval. Reply at 2-3. The Court rejects this argument because Pacsgear improperly connects the phrase "after the expiration of the waiting interval" to the changes in the "size of the database." Nothing in the patent refers to post-timeout changes in the size of the database.

    The present-continuous tense of the phrase "Database Still Changing" in Figure 3 might suggest a detection mechanism for post-timeout changes in the database. But that phrase does not exist in isolation; it appears in a sequential flowchart immediately ***after*** step 128 entitled "Wait for an Interval." The claim language, "detecting whether a server has changed," maps to "Database Still Changing?" Thus, Pacsgear's argument mischaracterizes the patented claim by

-30-

**A 34**

improperly isolating a phrase from a sequential flowchart and further improperly focusing on a difference in tense.

The Court finds that the range of detection is *before* the expiry of the timeout interval.

**(c) "timeout period"**

The parties dispute the meaning of the phrase "timeout period" in Claim 1. PacsGear argues that the "timeout period" refers to "a period that starts over every time an **unpredictable** event occurs." DatCard argues that "timeout period" refers to "a predefined length of time that began at the occurrence of a **specified** event." Opp. at 5. PacsGear's use of the word "period" in its construction is consistent with DatCard's use of the phrase "predefined length of time." Further, the specification states that "[t]he application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds." '422 patent at col. 5 II. 29-31. In light of the specification, the Court finds that the timeout period is a predefined length of time. The parties' only remaining dispute is whether the event triggering a restart of the timeout period is unpredictable or specified.

PacsGear's proposed qualification of the event triggering a restart of the timeout period as "unpredictable" contradicts the preferred embodiment which specifies the triggering event as "a change in the image server database." '422 patent at col. 5 II. 26-29 ("If there is a change in the image server database 202,

-31-

**A 35**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

then the application server 110 proceeds to step 126 and time-stamps the moment

that the change started."). The Court does not define the timeout period in terms of

the type of event which triggers a resetting of that period. The claim step in

question recites "detecting whether a server has changed within a timeout period

after receiving medical image data or related data from a modality and resetting the

timeout period when the change is detected." Thus, the claim language itself

discloses further claim limitations pertaining to the event triggering a resetting of

the timeout period, i.e., a change in the server. The event triggering the resetting of

the timeout period does not inform the definition of the claim term "timeout

period" in and of itself, which simply refers to a predefined period of time.

     Thus, the Court construes "timeout period" as a predefined period of time.

### ii.    Claim 8

Claim 8 of the Timeout patent, with the point of contention bolded, states:

    A system for automatically producing medical images on an optical storage
    medium, the system comprising:

        a database configured to receive one or more medical images from at
        least one modality;

        an application server coupled to the database and configured to create
        a timestamp ***when the application server detects a change in the***
        ***database***, thereby initiating a timer,

        wherein the ***timer resets when the application server detects an***
        ***additional change in the database before a timeout interval***,
        measured from the timestamp, elapses; and

-32-

**A 36**

wherein the timer times out when the application server detects no additional change in the database after the **timeout interval**, measured from the timestamp, elapses; and

a production station coupled to the application server and configured to automatically produce an optical storage medium comprising one or more selected medical images from the database based on when the timer times out, wherein the medical image data is formatted in a standard medical imaging format used by a computer configured for viewing the medical image data.

The parties dispute the meaning of the phrase "wherein the timer resets when the application server detects an additional change in the database before a timeout interval." As with Claim 1, the parties' dispute is over the time and range of detection referred to by the "detects" step. Pacsgear's error lies in its conflation of the concepts of time and range of detection. The Court construes the disputed terms in Claim 8 in a manner consistent with its construction for Claim 1. Datcard proposes that the word "timer" refers to "a device which keeps track of time." It is not clear whether Pacsgear disputes this position. The Court does not need to construe claim language not in dispute.

Thus, consistent with its construction for Claim 1, the Court finds that the time of detection for the "detects" step is *after* the expiry of the timeout interval, whereas the range for detection is *before*.

//

//

//

-33-

**A 37**

## IV.   CONCLUSION

The Court adopts the constructions set forth in this opinion for the disputed claim terms in this suit. The constructions shall govern all proceedings in this case.

| Search and Burn claims | Claim Construction |
|---|---|
| "related medical image data" ('164), "additional medical data . . . related to the patient" ('597), "related data" ('174) | Data that is: (1) formatted in a standard medical imaging format; and (2) related to the selected medical imaging data.<br><br>Such data types include images, patient demographics, and exam information such as patient name, age, exam number, exam modality, exam machine name, and exam date because all of the above are in the standard medical imaging format (in the header or the image).<br><br>Data types not formatted in the standard medical imaging format are outside the scope of these terms. |
| "database" ('164, '174, '597) | A structured set of data held in a computer. |
| "automatically" ('597, '174) | Performing the corresponding claim step without first asking for user selection or direction for the step. |
| Whether the claim elements "printing" and "affixing" the label must occur sequentially ('164) | No. |
| **HIPAA claims** | **Claim Construction** |
| "a computer-implemented interface configured to receive two or more requests for production of stored | A system configured to receive two or more requests. This claim does not refer to user action. |

A 38

| | |
|---|---|
| medical data related to the first patient" | |
| "an identification specific to the computer-readable medium" | A unique identification for each instance of the computer-readable medium (e.g. each CD). |
| **Timeout claims** | **Claim Construction** |
| "detecting whether a server has changed within a timeout period after receiving medical image data or related data" | Time of detection is *after* the timeout interval expires. The range of detection is *before*. The timeout period is a predefined period of time. For a fuller discussion of the concepts "time of detection" and "range of detection," refer to parts (a) and (b) of Section III.C.i. *Supra* at 27-31. |
| "wherein the timer resets when the application server detects an additional change in the database before a timeout interval." | Time of detection is *after* the timeout interval expires. The range of detection is *before*. The timeout interval is a predefined period of time. For a discussion of the concepts of "time of detection" and "range of detection," refer to parts (a) and (b) of Section III.C.i. *Supra* at 27-31. |
| "timer" | No construction necessary at this time given the absence of a dispute. |

IT IS SO ORDERED.

DATED: October 26, 2012

*Mariana R. Pfaelzer*
_____
Hon. Mariana R. Pfaelzer
United States District Judge

-35-

**A 39**

Link: 71

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACSGEAR, INC., a California corporation,<br><br>　　　　Defendant. | Case No. 8:10-cv-01288-MRP-VBK<br><br>**Order Re Pacsgear Inc.'s Motion for Summary Judgment of Invalidity and Noninfringement of the "Timeout" Patent** |

## I.    Introduction

DatCard Systems, Inc. ("DatCard") has sued Pacsgear, Inc. ("Pacsgear") for infringement of U.S. Patent No. 7,801,422 (filed Jun. 5, 2009), entitled "System and Method for Producing Medical Image Data onto Portable Digital Recording Media." Pacsgear has moved for summary judgment for invalidity and noninfringement. The Court determines that the '422 patent claims are obvious in light of the prior art. But a genuine issue of material fact remains regarding

-1-

**A 40**

noninfringement. Consequently, Pacsgear's motion for summary judgment is granted as to invalidity but denied as to noninfringement.

## II.     Technical Background

The medical imaging industry historically used film for the storage, transmission, and retrieval of medical images. Eventually, digital images replaced film. Medical images are now stored in a special digital format called DICOM on servers known as PACS. Figure 1 illustrates an image production system comprising an application server (110) and portable production stations (the 300 series).



FIG. 1

A 41

Case: 13-1445 Case: 13-1445 CASE PARTICIPANTS ONLY Document: 28-1 Document: 30 Page: 47 Page: 47 Filed: 11/08/2013 Filed: 11/08/2013

Case 8:10-cv-01288-MRP-VBK   Document 160   Filed 03/12/13   Page 3 of 21   Page ID #:6342

1

2     DICOM images can be distributed using the internet. But the internet implicates

3

4     privacy and security interests. Also, transmitting voluminous medical image data

5     strains bandwidth limitations. Portable digital recording medium such as compact

6     discs ("CDs") present a useful alternative. Transmitting MRI images from an MRI

7

8     machine to a CD requires *burning* data on the CD. For some types of CDs, data

9     can only be burned once. So it is important to verify that *all* of the desired image

10

11    data has successfully transmitted to the CD before initiating the burning process.

12    Figure 3 of the '422 patent specification depicts a

13    flowchart for this verification process. Steps 122 and 124

14    involve monitoring the image server database.   If the

15

16    database is *not* changing (124, No), the system loops

17    back to step 122 and continues to monitor the image

18

19    server database for changes. By contrast, if the database

20    *is* changing (124, Yes), the system notes the time-stamp

21    (126), then waits for an interval (128) before checking

22

23    whether the database is still changing (130). If the database *is* still changing (130,

24    Yes), the system enters another loop including the steps of: (1) waiting for an

25

26    interval (128); and (2) checking to see if the database is still changing (130). The

27    system exits this loop only when the database is no longer changing (130, No).

28



-3-

**A 42**

1    When the database stops changing (130, No), the system sends the changed data to

2    the application server database (132).

3         The changed data corresponds to "the data changed since the time-stamped

4

5    moment." '422 at 5:37-38. Ultimately, the application server sends a copy of the

6    changed data to production stations which, in turn, burn the data on CDs. Because

7

8    the CDs also contain viewing software, they can be used on any computer which

9    meets the software requirements.

10

11        Claim 1 tracks the above flowchart. It recites:

12       A method of automatically producing
         medical image data and related data on an
13       optical storage medium upon expiration of a
         timeout period, the method comprising:
14

15       Detecting (**130**) whether a server has
16       changed within a timeout period
         (**128**) after receiving (**124, Yes**)
17       medical image data or related data
         from a modality and resetting the
18       timeout period when the change is
19       detected (**130, Yes**); and

20

21       automatically producing an optical
22       storage medium comprising selected
         medical image data and related data
23       from the server based on when the
         timeout period has expired and
24       recording on the optical storage
         medium program code that, when
25

26       executed, allows viewing of the selected medical image data, wherein
27       the medical image data is formatted in a standard medical imaging
         format used by a computer configured for viewing the medical image
28       data.

-4-

**A 43**

'422 at 9:16-31. The "automatically producing" step (138 in Fig. 3) is not depicted in the portion of Fig. 3 extracted above.

Claim 8 is the system analog to Claim 1 (method claim). The rest of the asserted claims depend on either Claim 1 or 8. They include Claim 2 (producing a label), Claim 3 (automatically producing a labeled CD), Claim 6 (a configurable timeout period), Claim 9 (label), Claim 10 (labeled CD), Claim 13 (configurable timeout period). *See* Mot. at 9.

### III.    Legal Principles

**A. Summary Judgment**

The Court shall grant summary judgment if: (1) the movant shows that there is no genuine dispute as to any material fact; and (2) the movant is entitled to judgment as a matter of law. FED.R.CIV.P. 56(c); *see Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986). The Court must: (1) identify material facts by reference to the governing substantive law, Anderson, 477 U.S. at 248; (2) disregard irrelevant or unnecessary factual disputes, id.; and (3) view facts and draw reasonable inferences in favor of the nonmoving party, *Scott v. Harris*, 550 U.S. 372 (2007).

**B. Obviousness**

A patent claim is obvious when the differences between the prior art "are such that the subject matter as a whole would have been obvious at the time the

A 44

invention was made to a person having ordinary skill in the art . . . ." 35 U.S.C. §

103. The ultimate determination of whether an invention would have been obvious

at the time the invention was made is a legal conclusion based on underlying

factual inquiries including: (1) the scope and content of the prior art; (2) the

differences between the prior art and the claims at issue; (3) the level of ordinary

skill in the pertinent art; and (4) secondary considerations of nonobviousness. *KSR*

*Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398, 406 (2007) (citing *Graham v. John Deere*

*Co. of Kan. City*, 383 U.S. 1, 17-18 (1966)). The presence or absence of a

motivation to combine references in an obviousness determination is also a pure

question of fact. *In re Gartside*, 203 F.3d 1305, 1316 (Fed. Cir. 2000).

"[A] district court can properly grant, as a matter of law, a motion for summary

judgment on patent invalidity when the factual inquiries into obviousness present

no genuine issue of material facts." *Ryko Mfg. Co. v. Nu-Star, Inc.*, 950 F.2d 714,

716 (Fed. Cir. 1991).

**C. Noninfringement**

Infringement, either literal or under the doctrine of equivalents, is a question of

fact. *Crown Packaging Tech., Inc. v. Rexam Beverage Can Co.*, 559 F.3d 1308,

1312 (Fed. Cir. 2009). "It is . . . well settled that each element of a claim is

material and essential, and that in order for a court to find infringement, the

plaintiff must show the presence of every element or its substantial equivalent in

the accused device." *Lemelson v. United States*, 752 F.2d 1538, 1551 (Fed. Cir. 1985). "There can be no infringement as a matter of law if a claim limitation is totally missing from the accused device." *London v. Carson Pirie Scott & Co.*, 946 F.2d 1534, 1539 (Fed. Cir. 1991).

To find infringement under the doctrine of equivalents, any differences between the claimed invention and the accused product must be insubstantial. *Graver Tank & Mfg. Co. v. Linde Air Prods. Co.*, 339 U.S. 605, 608 (1950). One way of proving infringement under the doctrine of equivalents is to show, for each claim limitation, that the accused product "performs substantially the same function in substantially the same way with substantially the same result as each claim limitation of the patented product." *Crown Packaging Tech., Inc. v. Rexam Beverage Can Co.*, 559 F.3d 1308, 1312 (Fed. Cir. 2009). This too is a question of fact. *Id.*; *Anchor Wall Sys., Inc. v. Rockwood Retaining Walls, Inc.*, 340 F.3d 1298, 1313 (Fed. Cir. 2003).

To prevail on a summary judgment motion of noninfringement, the defendant must establish that after resolving reasonable factual inferences in favor of the patentee, no reasonable jury could find infringement. *See IMS Tech., Inc. v. Haas Automation, Inc.*, 206 F.3d 1422, 1429 (Fed. Cir. 2000).

//

//

-7-

**A 46**

**IV.   Discussion**

The Court finds that the asserted claims in the '422 patent are invalid as obvious under 35 U.S.C. § 103. But genuine issues of material fact exist as to whether "MediaWriter," the accused product, infringes the asserted claims. Consequently, the Court grants Pacsgear's motion for summary judgment of invalidity but not noninfringement.

**A. The '422 patent claims are obvious under 35 U.S.C. § 103 in light of the Samari-Kermani reference**

The *Graham* factors relevant to the obviousness inquiry include: (a) the scope and content of the prior art; (b) the differences between the prior art and the claims at issue; (c) the level of ordinary skill in the pertinent art; and (d) secondary considerations of non-obviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17-18 (1966).

U.S. Patent Application Pub. No. US 2002/0085476 A1 (filed Jan. 3, 2001), entitled "Medical Data Recording System." ("Samari-Kermani") qualifies as a prior art reference with respect to the '422 patent. During prosecution, the '422 patentee (then applicant) cited the Samari-Kermani reference in an accelerated examination support document ("AESD"). Ex. D. "[A] statement by an applicant, whether in the application or in other papers submitted during prosecution, that certain matter is 'prior art' to him, is an admission that that matter is prior art for all purposes . . . ." *Application of Nomiya*, 509 F.2d 566, 571 n.5 (C.C.P.A. 1975);

*see also Constant v. Advanced Micro-Devices, Inc.*, 848 F.2d 1560, 1570 Fed. Cir. 1988 ("A statement in a patent that something is in the prior art is binding on the applicant and patentee for determinations of . . . obviousness.").

Claim 1 is a method claim with two steps: (1) "detecting whether a server has changed within a timeout period . . . [and] . . . resetting the timeout period when the change is detected . . . ;" and (2) "automatically producing an optical storage medium . . . ." In the AESD, as shown below, the patentee stated that Samari-Kermani disclosed step two. This statement is binding on the patentee for the obviousness determination.

### Identification of Claim Limitations Disclosed by References

#### *Samari-Kermani*

| Claim 1 | |
|---|---|
| A method of automatically producing medical image data and related data on an optical storage medium upon expiration of a timeout period, the system comprising: | |
| detecting whether a server has changed within a timeout period after receiving medical image data or related data from a modality and resetting the timeout period when the change is detected; and | Not disclosed. |
| automatically producing an optical storage medium comprising selected medical image data and related data from the server based on when the timeout period has expired and recording on the optical storage medium program code that, when executed, allows viewing of the selected medical image data. | Samari-Kermani at [57], ¶¶ 36, 39, 43–53, & 57. |

The second claim step, as highlighted above, is "based on when [a] timeout period has expired." To examine the extent to which it would have been obvious for an artisan armed with the Samari-Kermani reference to perform the first step, it

A 48

is worth investigating Samari-Kermani's disclosure of timers for accomplishing

medical image transmission and delivery.[1]

**Timer 1**: **Samari-Kermani ¶36, Fig. 3**



Timer 1 in Samari-Kermani (60 above) is a configurable timer with a default

value of 1 (one) second. It checks for incoming new files. Upon receipt, it stores

the new files in a temporary directory (illustrated as "D\Temp\" in 63 below).

Then, once per second, it checks the temporary database for any changes in the

previous thirty[2] seconds. If no new files have arrived in the previous thirty seconds,

the file extension for the corresponding patient's timestamp file is changed from

---

[1] As DatCard's expert, Jack Goldberg, stated in his rebuttal report, "The Samari publication includes four timers that perform four functions: Timer_1 is used to check for incoming new files in an incoming directory, Timer_2 is used to move pending jobs in queue to be processed, Timer_3 is used to check the end of the job, and Timer_4 is used to start the backup process."

[2] . . . or "Max Time" . . .

-10-

**A 49**

1    "bsy" to "rdy."[3] *Id.* The presence of a ready (".rdy") file signifies that the

2    corresponding subdirectory has not been modified in the previous thirty seconds

3
4    and is now ready for backup storage. Consequently, upon detection of a ".rdy" file,

5    the contents of the corresponding subdirectory are moved to the Backup Directory.

6
7         The Samari-Kermani reference thus discloses an invention involving *detecting*

8    *whether subdirectories within a temporary folder have changed within a trailing*

9    *time period*. By comparison, the Claim 1 and its dependent claims in the '422

10
11   patent require "*detecting whether a server has changed within a timeout period*

12   *after receiving medical image data or related data from a modality*." These are

13
14   very similar disclosures. The difference between monitoring the claimed "server"

15   (as Claim 1 of the '422 patent requires) versus a "temporary folder" (as in Samari-

16   Kermani) is not significant. Perhaps a medical image server (such as PACS) is a

17
18   larger entity than a folder within a server. But the distinction, to the extent there is

19   any for purposes of obviousness, is trivial. As such, Samari-Kermani discloses

20
21   "detecting whether a server has changed within a timeout period after receiving . . .

22   data . . . ."

23        //

24        //

25        //

26

27

28
─────────────────────
[3] Presumably, "bsy" and "rdy" stand for "busy" and "ready" respectively.

-11-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   The Court next analyzes whether Timer 1 and Fig. 3 of the Samari-Kermani

reference disclose or render obvious "*resetting* the timeout period when the change

is detected" step. Preliminarily, the Court construes the term "resetting." In the

'422 specification, "resetting" corresponds to the *loop* in Fig. 3 (shown below)

which **connects** "Database Still

Changing? Yes" **back** to "Wait for an

Interval." In this context, resetting

cannot mean interrupting a timeout

period **before or during** the "wait for an

interval" because "a claim interpretation                        that

that excludes a preferred embodiment

from the scope of the claim is rarely, if ever, correct." *On-Line Techs., Inc. v.*

*Bodenseewerk Perkin-Elmer GmbH*, 386 F.3d 1133, 1138 (Fed. Cir. 2004).

Instead, in light of the specification, "resetting" refers to finishing the "wait for an

interval," or timeout period, and restarting another "wait for an interval" step. This

comports with the Court's claim construction finding that the time of detection is

*after* the expiry of the timeout period. ECF No. 145 at 35.

   //

   //

   //



-12-

1   As depicted below, "Max Time? → No" in Samari-Kermani's Fig. 3

2   corresponds to "Database Still Changing? → Yes" in '422 Fig. 3. Instead of

3

4   looping back and waiting for another interval, as in '422 Fig. 3, the process in

5   "Max Time? No" simply culminates in "Return," effectively ending the sequence.



20   The side-by-side schematics from the prior art reference (left) and the description

21   of the claimed invention (right) illustrate the marginal nature of the differences

22   between the two designs. Instead of checking once per second for changes

23

24   spanning the trailing thirty seconds as in the Samari-Kermani reference (pictured

25   on the left), the claimed invention (pictured on the right) checks for changes once

26   every thirty seconds by employing a looped delay device. The use of a looped

27

28

-13-

**A 52**

delay device represents the only missing claim element in Samari-Kermani. As such, it does not render the '422 patent claims nonobvious. Indeed, Samari-Kermani itself discloses the use of a looped delay device to accomplish the different goal of backing up data in Timer 4 (reproduced below).

**Timer 4**: **Samari-Kermani, Fig. 6**



-14-

Delay loop 96 is highlighted in the Timer 4 schematic as shown in Fig. 6 of Samari-Kermani. Like an alarm clock, timer 4 is programmed to "go off" at a particular time on a particular day each week to execute the backup process. Samari-Kermani states, "[o]nce a backup job is created, the software then goes through a timed delay 96 waiting for the job to finish by checking for job complete 97." Samari-Kermani at ¶63. "Once done, the database is updated with the patient and study information of all the patients on that CD and the CD unique serial number in Update Database step 98. The process starts anew by checking to see if there are any more files to back up 91." *Id.* Delay timer 96 in Timer 4, unlike Timer 1, is not directed to checking for changes in a database. Nonetheless, it discloses, within the same prior art reference, the use of a looped delay, i.e., recursively waiting for an interval until the performance of a task, here the completion of a job. Armed with the Samari-Kermani reference's disclosure of looped delays in Timer 4, it is only a matter of changing the end goal to be performed from "detecting job completion" to "detecting changes in database" to arrive at the claimed invention. And Samari-Kermani already discloses a method of detecting changes in temporary subdirectories, although that method does not employ looped delays.

In the context of the '422 patent, the Court agrees with Pacsgear that the ordinarily skilled artisan is someone with a Bachelor's Degree in Electrical

-15-

**A 54**

Engineering or Computer Science or the equivalent derived from several years of

work experience with programming, databases, and storage devices. *See* Mot. at 1.

Such an artisan, armed with the Samari-Kermani application, would find that

taking the delay timer 96 from the Backup Timer 4 and inserting it into the

schematic for Timer 1 presents an obvious redesign. If anything, Fig. 6 is sufficient

proof that an artisan could accomplish the goals of Timer 1 with a Delay timer on a

loop because it accomplishes the identical goal albeit for the different purpose of

determining job completion. As a technical matter, checking for job completion is

not *more* amenable to techniques involving delayed loops than checking for

database changes. Devising a looped delay is simply an alternate way of

accomplishing the goal of monitoring for changes.

Dr. Goldberg testified on behalf of DatCard that basic computer timers neither

taught nor suggested the claimed elements. Neither lack of teaching nor lack of

suggestion is dispositive for the obviousness inquiry after *KSR*. 550 U.S. at 406.

"An obviousness determination is not the result of a rigid formula disassociated

from the consideration of the facts of a case. Indeed, the common sense of those

skilled in the art demonstrates why some combinations would have been obvious

where others would not." *Western Union Co. v. Moneygram Payment Sys., Inc.*,

626 F.3d 1361, 1369-70 (Fed. Cir. 2010). In the context of Claim 1 as a whole, it

would have been obvious for an artisan armed with Samari-Kermani to implement

-16-

**A 55**

Timer 1 with a delay timer on a loop, given that Samari-Kermani disclosed a delay timer to achieve a trivially different goal of ensuring job completion (Timer 4) as opposed to monitoring subdirectory changes (Timer 1).

The Court next examines secondary considerations – an important safeguard against hindsight bias. DatCard's expert, Dr. Rowberg, attributes limited sales of its product by characterizing the medical profession as notoriously cautious in adopting new and unproven products. "Despite these obstacles, DatCard was still able to sell over a hundred units in a short period of time." Rowberg at 67. To show a nexus between DatCard's sales success and the '422 patent claims, Dr. Rowberg highlights the failure of Codonics – a product that lacked the ability to record a viewer on a removable medium – an ability recited in Claim 1. *Id.* The Court finds that these and the other cited secondary considerations (settlement with Codonics, evidence of copying, satisfaction of a long-felt need) are unpersuasive. The differences between Samari-Kermani's teachings on the one hand and Claim 1 of the '422 patent on the other are trivial. To the extent that any of the above considerations are attributable to the differences between Samari-Kermani and Claim 1 of the '422 patent, the nexus between such differences and the submitted secondary considerations is insignificant and fails to overcome the clear and convincing evidence of obviousness.

-17-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After analyzing the secondary considerations, the Court finds that Samarai-Kermani by itself presents clear and convincing evidence that Claim 1 of the '422 patent is obvious. The only other independent claim, i.e., Claim 8, recites two limitations not admitted as disclosed in the AESD: (1) "wherein the timer resets when the application server detects an additional change in the database before a timeout interval, measured from the timestamp, elapses;" and (2) "wherein the timer times out when the application server detects no additional change in the database after the timeout interval, measured from the timestamp, elapses." These claim limitations are simply system equivalents to the "resetting the timeout period when the change is detected" limitation of method claim 1. As such, claim 8 as a whole is obvious for the same reasons as claim 1. The '422 applicant admitted in the AESD that all other asserted dependent claim limitations were disclosed in Samari-Kermani. None of the dependent claims, taken as a whole, are non-obvious in light of the Samari-Kermani disclosures.

The Court has homed in on the difference between the '422 claims and the Samari-Kermani reference and finds that each asserted claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art. As such, the Court grants Pacsgear's summary judgment motion of invalidity under 35 U.S.C. § 103 as to all asserted claims.

-18-

**A 57**

**B. The Court denies Pacsgear's summary judgment motion of noninfringement**

Pacsgear argues that "[b]ecause the detection in the MediaWriter occurs after the timer expires and the maximum-time number is preset (e.g., 30) and cannot be reset, the MediaWriter does not infringe Claim 1 literally or under the doctrine of equivalents." Mot. at 12. This notion of "interrupt and restart" contradicts the Court's claim construction of "reset" as "finish and restart" as well as its construction that the time of detection is *after* expiry of the timeout period.

Pacsgear's construction excludes Fig. 3 of the '422 patent (shown here) which performs the "Database Still Changing?" inquiry only *after* the expiry of the "Wait for an Interval" period. Thus, the fact that m_RxStudytimer (the timer in MediaWriter) *expires* before the subroutine is initiated is not dispositive.



As for Claim 8, Pacsgear argues that m_RxStudytimer is initiated when the MediaWriter application turns on. Claim 8 requires "an application server . . . configured to create a timestamp when the application server detects a change in the database, *thereby initiating a timer*." As DatCard points out, Pacsgear's expert, Mr. Jestice, admitted at a deposition that he had not done anything to determine

-19-

**A 58**

1
2
3
4
5
6
7

that the timer was started when the MediaWriter was turned on. *See* Ian Jestice Deposition at 210:7-10 ("Q. Is there anything in the code that was provided to you that indicated where the local archive manager was instantiated? A. I haven't looked."). As such, there is a genuine issue of material fact about *when* the timer is initiated.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Finally, Pacsgear argues that its MediaWriter timer does not reset – instead it restarts automatically *regardless* of whether a change in the database is detected. "As the MediaWriter doesn't detect anything before the timer initiates the maximum-time/comparison subroutine, it can't detect any additional change in the database **before** the timeout interval . . . ." Mot. at 13. Again, the Court has construed "reset" to mean "finish and restart," not "pause and restart." Detection does not take place *before* the timeout period expires, i.e., "Wait for an Interval." As such, Pacsgear's noninfringement arguments do not merit summary judgment. Pacsgear argues that because "MediaWriter doesn't infringe the only two asserted independent claims of the '422 patent, it also doesn't infringe the asserted dependent claims, namely Claims 2, 3, 6, 9, 10, and 13." Mot. at 14. Consequently, the Court's finding of noninfringement as to the independent claims applies to the dependent claims.

26

//

27

//

28

-20-

**A 59**

## V.     Conclusion

The Court determines that the '422 patent claims are obvious in light of the Samari-Kermani reference. Genuine issues of material fact remain regarding noninfringement. Consequently, Pacsgear's motion for summary judgment is granted as to invalidity but denied as to noninfringement. IT IS SO ORDERED.

DATED: March 12, 2013

_Mariana R. Pfaelzer_

_____
Hon. Mariana R. Pfaelzer
United States District Judge

-21-

Link: 64

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DATCARD SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> PACSGEAR INC. <br><br> Defendant. | Case No. 8:10-cv-01288-MRP-VBK <br><br> **Order Re DatCard Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157** |

## I.   INTRODUCTION

DatCard Systems, Inc. ("DatCard") has sued Pacsgear, Inc. ("Pacsgear") for patent infringement. The asserted patents are U.S. Patent Nos. 7,183,174 (filed Jun. 12, 2009) ("the '174 patent") and 7,734,157 (filed Jun. 24, 2009) ("the '157 patent"). The patents generally relate to technology for transmitting medical images (like MRI images) to compact discs ("CDs"). DatCard moves for summary judgment of infringement. The accused product is Pacsgear's "MediaWriter." DatCard argues that Pacsgear's customers directly infringe Claims 1-4 and 7 of the '174 patent and that Pacsgear itself indirectly infringes under a theory of

-1-

contributory infringement. As to the '157 patent, DatCard argues that Pacsgear

directly infringes Claims 7 and 12. For the reasons provided below, the Court

denies DatCard's motion of summary judgment of infringement for the '174

patent. The Court grants DatCard's motion for summary judgment of infringement

for the '157 patent as to certain versions of MediaWriter (versions 4.0 and earlier)

but denies the motion as to versions 4.0.1 and beyond.

## II.     LEGAL PRINCIPLES

### A. Summary Judgment

The Court shall grant summary judgment if: (1) the movant shows that there is

no genuine dispute as to any material fact; and (2) the movant is entitled to

judgment as a matter of law. Fed. Rule Civ. Proc. 56(c); *see Celotex Corp. v.*

*Catrett*, 477 U.S. 317, 322 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242

(1986). The Court must: (1) identify material facts by reference to the governing

substantive law, *Anderson*, 477 U.S. at 248; (2) disregard irrelevant or unnecessary

factual disputes, *id.*; and (3) view facts and draw reasonable inferences in favor of

the nonmoving party, *Scott v. Harris*, 550 U.S. 372 (2007).

### B. Infringement

Determining patent infringement is a two-step process. *Hearing Components,*

*Inc. v. Shure Inc.*, 600 F.3d 1357, 1370 (Fed. Cir. 2010). First, the asserted patent

claim must be construed as a matter of law. *Id.* Second, the properly construed

-2-

**A 62**

claims must be compared to the accused product. *Id.* "An infringement issue is properly decided upon summary judgment when no reasonable jury could find every limitation recited in the properly construed claim is or is not found in the accused device either literally or under the doctrine of equivalents."*Gart v. Logitech, Inc.*, 254 F.3d 1334, 1339 (Fed. Cir. 2001).

## III.   ANALYSIS

### A. The Court Denies DatCard's Motion for Summary Judgment of Infringement for the '174 Patent

Claim 1 of the '174 patent is a system claim. *Id.* at col. 9 II. 25-47. One of the claim elements is "a search module configured to ***automatically*** search the database for ***related data*** based on the user selection . . . ." *Id.* at col. 9 II. 35-36 (emphasis added). The Court has previously issued a Claim Construction order in this case. ECF No. 135. Pursuant to that Order, "automatically" means "without user selection or direction," whereas "related data" refers to "[d]ata that is: (1) formatted in a standard medical imaging format; and (2) related to the selected medical imaging data." *Id.* at 34.

The MediaWriter's search module is configured to search for diagnostic reports such as "HL7" reports. *See* Mot. at 14 (citing Ex. 2 at 34:8-35:3, 38:25-39:12, Ex. 23 at 58). These reports are stored in textual format – not in any standard medical imaging format. *See* Mot. at 14 (referring to diagnostic reports prepared by

-3-

**A 63**

radiologists as "textual reports"). On this ground alone, DatCard fails to establish

its entitlement to summary judgment of infringement.

Furthermore, DatCard argues, "Specifically, **when the 'Include Reports'**

**button is selected**, a Media Writer uses a unique identification number associated

with the selected medical image data to search the local drive for related reports

with a matching identification number." *Id.* (citing Ex. 2 at 34:8-35:3, 38:25-39:12,

Ex 23 at 58) (emphasis added). But the Court has construed "automatically" to

mean "*without* user selection or direction." ECF No. 135 at 34. By conceding that

the MediaWriter's search module solicits user selection of the "Include Reports"

button, DatCard undercuts its own argument. On this separate ground alone,

DatCard fails to establish its entitlement to summary judgment of infringement.

Given the missing claim limitations in the accused product, the MediaWriter,

DatCard is not entitled to summary judgment of infringement as a matter of law.

Consequently, the Court denies DatCard's motion of summary judgment of

infringement as to Claims 1-4 and 7 of the '174 patent with respect to Pacsgear's

MediaWriter product.

## B. The Court Denies in Part and Grants in Part DatCard's Motion for Summary Judgment of Infringement as to the '157 Patent

In its motion for summary judgment of infringement, DatCard argues that the

accused product, Pacsgear's MediaWriter, satisfies each element of claims 7 and

12 of the '157 patent. Both claims require "a system . . . comprising . . . an image

-4-

**A 64**

production module that is configured . . . to automatically transmit . . . audit data . . . . wherein the audit data comprises at least *an identification specific to the computer-readable medium* . . . ." '157 at col. 10 II. 12-34, 50 (emphasis added). The Court has previously construed "an identification specific to the computer-readable medium" to mean "[a] unique identification for each instance of the computer-readable medium (e.g. each CD)." ECF No. 145 at 35.

Certain versions of MediaWriter (versions 4.0.1 and later) lack a unique identification for each instance of the computer-readable medium, e.g., each CD. These MediaWriter versions feature an identification called "Job ID." But "Job ID" is not unique to each CD. Consequently, DatCard is not entitled to summary judgment of infringement as to MediaWriter versions 4.0.1 and beyond. Other versions of MediaWriter (versions 4.0 and earlier) feature an identification called "disc ID." Disc IDs are unique for each CD and therefore constitute "an identification specific to the computer-readable medium." Pacsgear does not dispute that the disc ID satisfies the appropriate construction of this limitation. Opp. at 19 n.13.

"Whenever a patentee with the burden of proof seeks summary judgment of infringement, it must make a prima facie showing of infringement as to each accused device before the burden shifts to the accused infringer to offer contrary evidence." *L & W, Inc. v. Shertech, Inc.*, 471 F.3d 1311, 1318 (Fed. Cir. 2006). No

**A 65**

genuine issues of material fact remain as to all other claim limitations for Claims 7 and 12 of the '157 patent with respect to versions 4.0 and earlier of MediaWriter featuring disc IDs. *See* Mot. at 17-25. Because the Court finds that DatCard has made its prima facie showing of infringement, the burden shifts to Pacsgear to offer contrary evidence – which Pacsgear has failed to do.

Consequently, DatCard has proven by a preponderance of the evidence that each claim limitation of Claims 7 and 12 of the '157 patent is found in MediaWriter versions 4.0 and earlier. Thus, DatCard is entitled to summary judgment of infringement of Claims 7 and 12 of the '157 patent with respect to MediaWriter versions 4.0 and earlier. The Court notes that it has decided, in a separate order, that Claims 7 and 12 of the '157 patent are obvious. See ECF No. 74 (Pacsgear's motion for summary judgment of obviousness-based invalidity).

//

//

//

//

//

//

//

//

-6-

# IV.   CONCLUSION

The Court denies DatCard's motion of summary judgment of infringement as to Claims 1-4 and 7 of the '174 patent with respect to Pacsgear's MediaWriter product. The Court denies DatCard's motion for summary judgment of infringement as to Claims 7 and 12 of the '157 patent with respect to certain versions of the MediaWriter (versions 4.0.1 and later). The Court grants DatCard's motion for summary judgment of infringement as to Claims 7 and 12 of the '157 patent with respect to other versions of the MediaWriter (versions 4.0 and earlier). But Claims 7 and 12 are invalid for obviousness. *See* ECF No. 74 (order pending).

**IT IS SO ORDERED.**

DATED: April 01, 2013         _____

                                        Hon. Mariana R. Pfaelzer
                                        *United States District Judge*

-7-

**A 67**

1                                                                Link: 74

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                        **CENTRAL DISTRICT OF CALIFORNIA**

9                             **WESTERN DIVISION**

10

11    DATCARD SYSTEM, INC., a            Case No. 10-cv-1288-MRP
      California corporation
12
                                         **Order Re Pacsgear's Motion for**
13              Plaintiff,               **Summary Judgment of Invalidity**
                                         **of "Search/Burn" and "HIPAA"**
14        v.                             **Patents**

15
      PACSGEAR, INC., a California
16    corporation
                   Defendant.
17

18

19

20                    **I.      Introduction**

21
           DatCard System, Inc. ("DatCard") has sued Pacsgear, Inc. ("Pacsgear") for
22

23    infringing U.S. Patent Nos. 7,302,164 ("'164 patent"), 7,783,174 ("'174 patent"),

24    7,729,597 ("'597 patent") (collectively the "Search/Burn" patents), and 7,734,157

25
      ("HIPAA patent"). The Court finds that the HIPAA patent is obvious under 35
26

27    U.S.C. § 103. However, Pacsgear has failed to submit clear and convincing

28
      evidence as to the obviousness of the Search/Burn patents.

                                        -1-

## II.     Legal Principles

### A. Summary Judgment

The Court shall grant summary judgment if: (1) the movant shows that there is no genuine dispute as to any material fact; and (2) the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c); *see Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986). The Court must: (1) identify material facts by reference to the governing substantive law, *Anderson*, 477 U.S. at 248; (2) disregard irrelevant or unnecessary factual disputes, *id.*; and (3) view facts and draw reasonable inferences in favor of the nonmoving party, *Scott v. Harris*, 550 U.S. 372 (2007).

The Court cannot grant summary judgment if the dispute about a material fact is such that a reasonable jury could return a verdict for the nonmoving party. *Id.* Faced with a properly supported summary judgment, the nonmoving party may not rest upon mere allegations or denials of its pleading but must set forth specific facts showing a genuine issue for trial. *Id.* "Where the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party, there is no genuine issue for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986).

//

//

-2-

**A 69**

**B. Obviousness**

A patent claim is obvious when the differences between the prior art "are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art . . . ." 35 U.S.C. § 103. The ultimate determination of whether an invention would have been obvious at the time the invention was made is a legal conclusion based on underlying factual inquiries including: (1) the scope and content of the prior art; (2) the differences between the prior art and the claims at issue; (3) the level of ordinary skill in the pertinent art; and (4) secondary considerations of nonobviousness. *KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398, 406 (2007) (citing *Graham v. John Deere Co. of Kan. City*, 383 U.S. 1, 17-18 (1966)). The presence or absence of a motivation to combine references in an obviousness determination is also a pure question of fact. *In re Gartside*, 203 F.3d 1305, 1316 (Fed. Cir. 2000).

"[A] district court can properly grant, as a matter of law, a motion for summary judgment on patent invalidity when the factual inquiries into obviousness present no genuine issue of material facts." *Ryko Mfg. Co. v. Nu-Star, Inc.*, 950 F.2d 714, 716 (Fed. Cir. 1991).

//

//

//

-3-

**A 70**

### III.    Discussion

**A. Search/Burn Patents**

####    1.  *Graham* Factors

#####        a.  The scope and content of the prior art

The Mehta article discusses providing patients with CDs containing medical images, a browser with which to view such images, a DICOM-based engine to transfer images to the receiving institutional PACS, and copies of all pertinent imaging studies for the particular patient. Mehta et al., *Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care*, Ex. 229. The Ratib system searches a PACS for medical images in DICOM format from multiple modalities, searches a second non-DICOM database for diagnostic reports, and burns the selected images, reports, and viewing software onto the CD. Mot. at 9 (citing Ratib Dec. ¶¶9-16). Dr. Ratib described this system in an article. Fig. 1 of this article shows a window display which allows for selection and burning of images. Fig. 2 shows a disc labeled with information about the patient and the images. Fig. 3 shows the first page seen by a user opening the CD. From here, the user can either open images or reports.

The Heartlab reference discloses multiple workstations networked together and connected to a PACS with multiple archive databases. Images originating from multiple modalities are retrieved. CDs are burned with selected and related images

along with viewing software. The Sorna reference is an advertisement for Sorna Corp.'s FilmX-I product. This product connects to a user's DICOM network, receives medical images, and burns them on up to four CD-Rs along with viewing software. Mot. at 11. The Samari-Kermani application discloses details of FilmX-I, including a system for recording X-Rays, CT scans, MRI's and other images along with viewing software onto CDs, an audit log, a timeout methodology, and automatic placing patient/study information on the label of the CDs. *Id.* at 12.

The VEPRO reference allows a user to select studies from different archives and burns those studies originating from multiple modalities on a CD-R. *Id.* Viewing software is copied on the CD to allow patients to view images on a general purpose computer. *Id.* A CD label is also created automatically by the system and the user may modify the patient name and other information designed to appear on the label. *Id.* The Seshadri reference discusses a software program for automatically locating and sending images related to a recent study using a rule-based method. Finally, the De la Huerga reference teaches a software system designed to retrieve related materials having a variety of formats, including DICOM, from multiple databases in a hospital environment using multiple workstations. These materials are burned onto CDs.

//

//

-5-

**A 72**

### b. The differences between the prior art and the claims at issue

The Green Report, Ex. H, submitted by Pacsgear, contains a chart illustrating the presence of every claim limitation of Claim 9 of the '164 patent in the prior art. DatCard argues that individual pieces of prior art lack certain claim limitations. Opp. at 9 (arguing that Ratib lacks plurality of browsing terminals, utilizing multiple workstations, production station, and a search module for related medical image data); *id.* at 11 (arguing that Heartlab lacks a plurality of browsing terminals configured to receive a user selection that defines selected medical image data, a search module for related medical image data, and a production station); *id.* at 11-12 (arguing that Sorna ad lacks plurality of browsing terminals and search module for related medical image data); *id* at 12 (arguing that Vepro lacks plurality of browsing terminals); *id.* (arguing that Seshadri and de la Huerga lack the claimed search module).

The corpus of prior art lacks an express disclosure of: (1) a plurality of browsing terminals and workstations, (2) a search module for related data, and (3) a production station. Arguably, one or more of the above are highly *suggested* in the prior art. But they are not clearly present. But that is not fatal to the obviousness analysis. Common sense can provide a reason to combine the teachings of the various references *and* to supply the missing pieces. Furthermore, an explicit teaching, suggestion, or motivation to combine the various references is

-6-

**A 73**

no longer needed. Claim 9's contribution to the prior art includes: (1) expansion of a medical-image-search system from a single browsing terminal to multiple browsing terminals; (2) expansion of the scope of the search to related medical image data; and (3) use of a production station such as a CD burning robot.

### c.  The level of ordinary skill in the prior art

The Court finds that a person having ordinary skill in the relevant art would have a background in the architecture of information systems. Such person would also have thorough familiarity with DICOM and would understand the demands of a medical environment, e.g., patient confidentiality, needs of physicians, etc. The person would furthermore be familiar with the design, use, and implementation of PACS. *See* Rebuttal Expert Report of Steven Horii, Ex. B, at 4.

### d.  Secondary considerations of nonobviousness

DatCard cites long-felt need as a secondary consideration. Opp. at 20-21. It cites the hospital industry's inertia in the transition from film to digital, and the further transition from technicians to automated PACS systems. DatCard further cites its sale of 1,000 units of the PacsCube product to show commercial success of its invention. Pacsgear notes that DatCard only sold 130 units in its first two full years in operation.

//

//

-7-

**A 74**

### 2.  Legal Determination of Obviousness

Again, Pacsgear does not need to cite any explicit teaching, suggestion, or motivation in the prior art to combine the various references and/or to fill any gaps in the prior art, to the extent such gaps exist. But what Pacsgear *does* need to put forth – to overcome the presumptive non-obviousness of Claim 9 – is a *reason* to combine references at the critical date and/or a *reason* to add elements to the prior art. Pacsgear has, at its disposal, the use of *common sense* in this analysis. But mere recitation of the phrase "common sense" will not do. Pacsgear must articulate its common sense theory and express *why* common sense would render the patented claim obvious.

Pacsgear argues that "[i]f we look at the inventors' options to accomplish each function, it is undeniable they were obvious," Mot. at 5, and then cites the limited number of available choices for each function. The flaw with this argument is that it assumes that the PHOSITA would have an awareness of the problem solved by the invention. Often, the inventive contribution lies in defining the problem in a new revelatory way. Once the problem is defined, the solution might well be obvious; but the problem remains non-obvious. If courts invalidated patents simply because the problems described in the specifications bore obvious solutions, a significant percentage of existing patents would vanish. Such an analysis almost *invites* hindsight bias. An important check to hindsight bias is assessing patents not

-8-

**A 75**

only for the solutions they teach, but also for the problems that the solutions are directed toward.

Pacsgear's showing that the added features in the claimed inventions fail to yield unexpected results does not suffice to render Claim 9 obvious, although such evidence is highly probative. Pacsgear has not submitted evidence of the extent of the design need or market pressure which would have provided the PHOSITA with a blueprint of the problem to be solved. The patent cannot provide this blueprint. DatCard's expert, Dr. Rowberg cited the expense of processing and storing film, the various logistical problems associated with retrieving film jackets. Importantly, Dr. Rowberg testified that "[d]espite these recognized problems, ***hospitals stuck with the film-based distribution system***." Opp. at 21. Hospitals which switched to CDs still relied on technicians who manually burned images to CDs. *Id.* These systems were labor intensive and crude. Dr. Rowberg's citation of industry inertia is evidence that at the time of Mr. Wright's invention, the industry was slow to respond to this long-felt need. Inertia in an industry suggests headwinds facing innovators in that space. Pacsgear, in this instance, bears the burden to show, by clear and convincing evidence, that any such headwinds were mild enough to render Mr. Wright's invention obvious. This, Pacsgear has failed to do.

Pacsgear's rebuttal of DatCard's secondary considerations is inadequate. Pacsgear responds to DatCard's evidence of commercial success by vague

challenges to DatCard's expert's definition of the relevant market. Rep. at 7-8. Pacsgear cites a market survey listing fifty (50) PACS sellers. *Id.* The *number* of competitors distributing non-infringing PACS systems is not persuasive without additional facts demonstrating their success. As such, Pacsgear has failed to present clear and convincing evidence of obviousness.

Claims in the later Search/Burn patents are refinements of the '164 claims. The '597 claims search and retrieve selected and related data through two separate interfaces, whereas the '174 claims search and retrieve selected and related data from one database but may originate from a single modality. Pacsgear has failed to demonstrate the obviousness of the basic invention claimed in the '164 patent. The Court finds that Claim 9 of the '164 patent is non-obvious. The analysis is identical to claims 10-13, 15-17, and the continuation patents ('597 Cls. 1, 6, '174 Cls. 1, 8).

The Court finds that Pacsgear has failed to submit clear and convincing evidence of obviousness as to the Search/Burn claims.

**B. HIPAA Patent**

The prior art references of the Heartlab DICOMView Enterprise System, the Ratib Article, and Mehta, disclose the first two limitations of Claim 1 of the HIPAA patent. Mot. at 20.The Court finds that these references "receive, via a computer-implemented interface from a requester, one or more requests for production of stored medical data related to the first patient; and for each request

-10-

for production of stored medical data related to the first patient: producing the portable computer readable medium containing the requested medical data related to the first patient, wherein the requested medical data comprises medical image data formatted in a standard medical imaging format used by a computer configured for viewing the medical image data."  HIPAA patent, Cl. 1. The missing element is automatically transmitting audit data specific to the computer-readable medium, where such identification includes an identification of the requester of the data, the patient, and an identifier specific to the computer-readable medium, wherein the audit data is for at least one audit record in the plurality of audit records in the audit database.

"Keeping paper records of filmed medical images was standard practice for decades prior to the claimed invention. Co-inventor Chet LaGuardia testified that the information stored by DatCard's patented device was essentially the same information that had been kept in paper format for years at every hospital he had ever worked in his twenty years as a radiology technician." Mot. at 21. The transition from analog to digital in the medical imaging industry provides a significant motivation to implement a similar transition for the task of auditing. Thus, this industry transition itself provided the blueprint for the problem to be solved by the PHOSITA. Indeed, Dr. Rowberg agreed, when asked, that the PHOSITA would have naturally shifted away from paper logs to electronic logs.

-11-

**A 78**

Common sense suggests that the HIPAA patent's claimed invention is obvious because auditing, by definition, requires keeping track of certain identifiers. No explicit teaching, suggestion, or motivation in the prior art is required. The specific identifiers, e.g., name of patient, name of requester, identifier specific to medium, do not render Claim 1 non-obvious. Indeed, these very identifiers were used in the analog (paper) domain previously. Mot. at 22. Claims 3 and 6 simply add additional information to be tracked, namely an identification number specific to the CD, and the date and time the CD was burned. Claim 7 is the system equivalent to Claim 1 with one difference – it requires an interface configured to receive two requests for production of data. Dependent claims 9 and 12 mirror claims 3 and 6.

Each patent claim, as a whole, amounts to nothing more an *electronic implementation* of the previously manual task of keeping track of information pertaining to medical images. The electronic implementation of this widespread task does not deserve patent protection unless there is something inventive about the implementation itself. But here, no technical difficulty is surmounted. No hurdle is overcome. Names of specific identifiers do not render the accompanying claims non-obvious. Finally, none of the secondary considerations raised by DatCard appear to address the HIPAA patent claims specifically. As such, common sense suffices as the source of clear and convincing evidence that the invention claimed in the HIPAA patent is obvious.

-12-

**A 79**

1

**IV.   Conclusion**

2

For the above reasons, the Court finds that Pacsgear has failed to meet its

3

4

burden of proof that the Search/Burn claims are invalid as obvious. But the Court

5

finds that the HIPAA claims are obvious. As such, the HIPAA claims are invalid

6

under 35 U.S.C. § 103.

7

8

IT IS SO ORDERED.

9

DATED:  April 1, 2013

_____

10

Hon. Mariana R. Pfaelzer
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-13-

**A 80**

Link: 68

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation<br><br>     Plaintiff,<br><br>     v.<br><br>PACSGEAR, INC., a California corporation<br><br>     Defendant. | Case No. CV-10-01288-MRP<br><br>**Order Granting Pacsgear Inc.'s Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents** |

## I.    Introduction

DatCard Systems, Inc. ("DatCard") has sued Pacsgear, Inc. ("Pacsgear") for

patent infringement. The asserted patents relate to technology for searching and

burning medical images. They are U.S. Patent Nos. 7,302,164 ("the '164 patent"),

7,729,597 ("the '597 patent"), and 7,783,174 ("the '174 patent") (collectively the

"Search/Burn patents"). Pacsgear seeks summary judgment of non-infringement

with respect to Claims 9-13, 15-17, and 21 of the '164 patent, Claims 1 and 6 of

-1-

**A 81**

the '597 patent, and Claims 1-5, 7-10, and 13 of the '174 patent. For the reasons

provided below, the Court grants Pacsgear's motion.

## II.     Legal Principles

### A. Summary Judgment

The Court shall grant summary judgment if: (1) the movant shows that there is

no genuine dispute as to any material fact; and (2) the movant is entitled to

judgment as a matter of law. Fed. R. Civ. P. 56(c); *see Celotex Corp. v. Catrett*,

477 U.S. 317, 322 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986).

The Court must: (1) identify material facts by reference to the governing

substantive law, *Anderson*, 477 U.S. at 248; (2) disregard irrelevant or unnecessary

factual disputes, *id.*; and (3) view facts and draw reasonable inferences in favor of

the nonmoving party, *Scott v. Harris*, 550 U.S. 372 (2007).

The Court cannot grant summary judgment if the dispute about a material fact is

such that a reasonable jury could return a verdict for the nonmoving party. *Id.*

Faced with a properly supported summary judgment motion, the nonmoving party

may not rest upon mere allegations or denials of its pleading but must set forth

specific facts showing a genuine issue for trial. *Id.* "Where the record taken as a

whole could not lead a rational trier of fact to find for the nonmoving party, there is

no genuine issue for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475

U.S. 574, 587 (1986).

**B. Non-Infringement**

"Summary judgment of non-infringement requires a two-step analytical approach. First, the claims of the patent must be construed to determine their scope. Second, a determination must be made as to whether the properly construed claims read on the accused device." *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1304 (Fed. Cir. 1999). "[S]ummary judgment of non-infringement can only be granted if, after viewing the alleged facts in the light most favorable to the non-movant, there is no genuine issue whether the accused device is encompassed by the claims." *Id.*

**III.   Discussion**

System claims 9-13, 15-17, and 21 of the '164 patent require a search for "***related medical image data***." Claims 1 and 6 of the '597 patent require a search for "***additional medical data***" related to the patient. Finally, claims 1-5, 7-10, and 13 of the '174 patent require searching for "***related data***." On October 26, 2012, the Court issued a Claim Construction Order in this matter. Doc. 145. The Court construed "related medial image data" ('164), "additional medical data . . . related to the patient" ('597), and "related data" ('174) as "[d]ata that is: (1) formatted in a standard medical imaging format, and (2) related to the selected medical imaging data." *Id.* at 34. "Such data types," the Court noted, "include images, patient demographics, and exam information such as patient name, age, exam number,

-3-

**A 83**

exam modality, exam machine name, and exam date because all of the above are in the standard medical imaging format (in the header or the image). Data types not formatted in the standard medical imaging format are outside the scope of these terms." *Id.*

Starting with version 3.0, the MediaWriter's search module began including diagnostic reports related to selected images. Ex. 258, Cavanaugh Dec., ¶¶2-17. These reports are not formatted in any standard medical imaging format. They are merely textual data. *See* Opp. at 4 (describing diagnostic reports as "textual data"). As such, they fall outside the scope of the asserted claims. The MediaWriter does not search for any other data formatted in a standard medical imaging format. The end result of executing a MediaWriter search is not substantially the same as the end result of the search module claimed in the patents. The MediaWriter search procures data in a textual format. The claimed search modules are directed to procuring related data in a standard medical imaging format. On the facts presented, no reasonable jury could deem textual data as equivalent to data formatted in a standard medical imaging format.

## IV.   Conclusion

The MediaWriter searches for diagnostic reports. These reports are stored in a textual format – not a standard medical imaging format. In light of the specification, the Court has construed the terms "related medical image data"

-4-

**A 84**

1   ('164, Cls. 9-13, 15-17, 21), "additional medical data related to the patient ('597,

2   Cls. 1, 6), or "related data" ('174 Cls. 1-5, 7-10, and 13) as limited to data in a

3   standard medical imaging format because that is what the patentee disclosed as the

4   invention. The patentee should get what he disclosed. No reasonable jury could

5   find infringement here (either literal or under the doctrine of equivalents).

6

7   Consequently, the Court grants Pacsgear's motion for summary judgment that the

8   MediaWriter does not infringe, either literally or under the doctrine of equivalents,

9   Claims 9-13, 15-17, and 21 of the '164 patent, Claims 1 and 6 of the '597 patent,

10  and Claims 1-5, 7-10, and 13 of the '174 patent.

11

12

13       **IT IS SO ORDERED.**

14

15  DATED: April 01, 2013

16                                          _____
                                            Hon. Mariana R. Pfaelzer
17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

(VBKx),APPEAL,CLOSED,DISCOVERY,PROTORD,RELATED-G

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:10-cv-01288-MRP-VBK

DatCard Systems Inc v. PacsGear Inc
Assigned to: Judge Mariana R. Pfaelzer
Referred to: Magistrate Judge Victor B. Kenton
Related Case: 8:10-cv-01287-DOC-VBK
Case in other court: Federal Circuit, 13-01445
Cause: 35:271 Patent Infringement

Date Filed: 08/23/2010
Date Terminated: 04/01/2013
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**DatCard Systems Inc**
*a California corporation*

represented by **Brian Christopher Claassen**
Knobbe Martens Olson and Bear
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Email: brian.claassen@kmob.com
*ATTORNEY TO BE NOTICED*

**Bridget Anne Smith**
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
Email: bridget.smith@kmob.com
*ATTORNEY TO BE NOTICED*

**Craig S Summers**
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
Email: craig.summers@kmob.com
*ATTORNEY TO BE NOTICED*

**David H Chan**
Knobbe Martens Olson and Bear
2040 Main Street, 14th Floor
Irvine, CA 92614
949-760-0404
*TERMINATED: 02/16/2012*
*ATTORNEY TO BE NOTICED*

**Paul A Stewart**
Knobbe Martens Olson and Bear LLP

**A 86**

2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
Email: 2pas@knobbe.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PacsGear Inc**
*a California corporation*

represented by **Dennis G Martin**
Blakely Sokoloff Taylor and Zafman LLP
12400 Wilshire Boulevard 7th Floor
Los Angeles, CA 90025
310-207-3800
Fax: 310-820-5988
Email: dennis_martin@bstz.com
*ATTORNEY TO BE NOTICED*

**Willmore F Holbrow , III**
Blakely Sokoloff Taylor and Zafman LLP
12400 Wilshire Boulevard Suite 700
Los Angeles, CA 90025
310-207-3800
Fax: 310-820-5988
Email: Bill_Holbrow@bstz.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2010 | 1 | COMPLAINT against Defendant PacsGear Inc. Case assigned to Judge Cormac J. Carney for all further proceedings. Discovery referred to Magistrate Judge Suzanne H. Segal.(Filing fee $ 350 Paid). Jury Demanded. Filed by Plaintiff DatCard Systems Inc.(lwag) (Entered: 08/24/2010) |
| 08/23/2010 | | 21 DAY Summons Issued re Complaint - (Discovery), Complaint - (Discovery) 1 as to Defendant PacsGear Inc. (lwag) (Entered: 08/24/2010) |
| 08/23/2010 | 2 | CERTIFICATE of Interested Parties filed by Plaintiff DatCard Systems Inc. (lwag) (Entered: 08/24/2010) |
| 08/23/2010 | 3 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by DatCard Systems Inc. (lwag) (Entered: 08/24/2010) |
| 08/24/2010 | 4 | NOTICE of Related Case(s) filed by Plaintiff DatCard Systems Inc. Related Case(s): SACV10-1287 DOC(VBKx) (Stewart, Paul) (Entered: 08/24/2010) |
| 08/24/2010 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by DatCard Systems Inc. (rla) (Entered: 08/24/2010) |
| 08/24/2010 | 6 | FIRST AMENDED COMPLAINT against defendant PacsGear Inc amending Complaint - 1 ,filed by plaintiff DatCard Systems Inc (Attachments: # 1 Part 2)(db) (Additional attachment(s) added on 8/24/2010: # 2 summons issued) (db). (Entered: 08/24/2010) |

**A 87**

| 08/24/2010 | | 21 DAY Summons Issued re Amended Complaint 6 as to defendant PacsGear Inc. (db) (Entered: 08/24/2010) |
|---|---|---|
| 08/27/2010 | 7 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 -Related Case- filed. Related Case No: SACV 10-01287 DOC (VBKx). Case transferred from Judge Cormac J. Carney and Magistrate Judge Suzanne H. Segal to Judge David O. Carter and Magistrate Judge Victor B. Kenton for all further proceedings. The case number will now reflect the initials of the transferee Judge SACV 10-01288 DOC (VBKx).Signed by Judge David O. Carter (mca) (Entered: 08/30/2010) |
| 10/07/2010 | 8 | PROOF OF SERVICE Executed by Plaintiff DatCard Systems Inc, upon Defendant PacsGear Inc served on 10/6/2010, answer due 10/27/2010. Service of the Summons and Complaint were executed upon Bill F. Holbrow of Blakely Sokoloff Taylor Zafman, LLP, counsel of record for Defendant PacsGear, Inc. in compliance with Federal Rules of Civil Procedure by substituted service on a domestic corporation, unincorporated association, or public entity and no service by mail was executed. Original Summons NOT returned. *(Re Amended Summons and First Amended Complaint)* (Stewart, Paul) (Entered: 10/07/2010) |
| 10/28/2010 | 9 | FIRST STIPULATION Extending Time to Answer the complaint as to PacsGear Inc answer now due 11/9/2010, filed by Defendant PacsGear Inc.(Holbrow, Willmore) (Entered: 10/28/2010) |
| 11/09/2010 | 10 | ANSWER to Amended Complaint 6 with JURY DEMAND *First Amended Complaint For Patent Infringement* filed by Defendant PacsGear Inc.(Holbrow, Willmore) (Entered: 11/09/2010) |
| 11/09/2010 | 11 | *Certification* of Interested Parties filed by Defendant PacsGear Inc, identifying Datcard Systems, Inc. and Pacsgear, Inc.. (Holbrow, Willmore) (Entered: 11/09/2010) |
| 11/09/2010 | 12 | NOTICE of Related Case(s) filed by Defendant PacsGear Inc. Related Case(s): 8:08-cv-00063-AHS-RNB (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holbrow, Willmore) (Entered: 11/09/2010) |
| 11/12/2010 | 13 | ORDER Setting Scheduling Conference by Judge David O. Carter. Scheduling Conference set for 1/31/2011 at 08:30 AM before Judge David O. Carter. (ade) (Entered: 11/15/2010) |
| 11/17/2010 | 14 | ANSWER to Amended Complaint 6 , Complaint - (Discovery), Complaint - (Discovery) 1 *Defendant's Amended Answer to Plaintiff's First Amended Complaint* filed by Defendant PacsGear Inc.(Holbrow, Willmore) (Entered: 11/17/2010) |
| 11/19/2010 | 15 | REPLY filed by Plaintiff DatCard Systems Inc to Answer to Complaint (Discovery) 14 *Plaintiff DatCard Systems, Inc.'s Reply to Defendant PacsGear, Inc.'s Counterclaim - Demand for Jury Trial* (Stewart, Paul) (Entered: 11/19/2010) |
| 11/22/2010 | 16 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Amended Answer to Complaint and Counterclaim 14 . The following error(s) was found: Other error(s) with document(s) are specified below. Other error(s) with document(s): Complaints and other civil case initiating documents shall be filed in the traditional manner rather than electronically pursuant to General Order 10-07.. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (rla) (Entered: 11/22/2010) |

| 01/14/2011 | 17 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4 days, filed by Plaintiff DatCard Systems Inc.. (Stewart, Paul) (Entered: 01/14/2011) |
|---|---|---|
| 01/31/2011 | 18 | MINUTES OF Scheduling Conference held before Judge David O. Carter. The Court sets the following case management dates: Discovery Cut Off - 12-23-2011; Motion Cut Off - 02-13-2012 at 8:30 a.m.; Final Pre Trial Conference - 04-02-2012 at 8:30 a.m.; andJury Trial - 04-17-2012 at 8:30 a.m. (4 days). Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15.4 is private mediation or Retired Judicial Officer. Counsel are directed to file a notice with the Court identifying the mediator selected no later than February 18, 2011; mediation shall be completed by February 13, 2012. Court Reporter: Not Reported. (jba) (Entered: 01/31/2011) |
| 01/31/2011 | 19 | SCHEDULING ORDER by Judge David O. Carter. (See Order for details.) (jba) (Entered: 01/31/2011) |
| 02/08/2011 | 20 | NOTICE of Lodging [Proposed] Stipulated Protective Order filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Proposed Order)(Stewart, Paul) (Entered: 02/08/2011) |
| 02/08/2011 | 21 | NOTICE AND REQUEST of Settlement Procedure Selection (Sp3); parties request to appear before a retired judicial officer or other dispute resolution body for mediation type settlement proceedings. Filed by Plaintiff DatCard Systems Inc (Attachments: # 1 Proposed Order)(Stewart, Paul) (Entered: 02/08/2011) |
| 02/09/2011 | 22 | NOTICE OF ERRATA filed by Plaintiff DatCard Systems Inc. correcting Notice (Other) 20 (Attachments: # 1 Corrected Notice of Lodging [Proposed] Stipulated Protective Order, # 2 [Proposed] Stipulated Protective Order)(Stewart, Paul) (Entered: 02/09/2011) |
| 02/09/2011 | 23 | STIPULATED PROTECTIVE ORDER by Judge David O. Carter: (See document for details.) 19. The parties shall cooperate with one another to minimize the need for filing documents under seal. For example, where the information that renders a document confidential is not germane to the issue to which the filing relates, the parties should agree to redaction of such information from the filed document, (e.g., the substitution of John Doe names in place of real identities). (rla) (Entered: 02/10/2011) |
| 02/10/2011 | 24 | ORDER by Judge David O. Carter: Granted the NOTICE AND REQUEST of Settlement Procedure Selection (Sp3) requiring the parties to appear before a retired judicial officer or other private or non-profit dispute resolution body. (rla) (Entered: 02/10/2011) |
| 02/14/2011 | 25 | STIPULATION for Leave to to File Second Amended Complaint filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Appendix [Proposed] Second Amended Complaint - Demand for Jury Trial, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Stewart, Paul) (Entered: 02/14/2011) |
| 02/14/2011 | 26 | NOTICE of Manual Filing filed by Plaintiff DatCard Systems Inc of Second Amended Complaint - Demand for Jury Trial. (Stewart, Paul) (Entered: 02/14/2011) |
| 02/15/2011 | 28 | SECOND AMENDED COMPLAINT against defendant PacsGear Inc amending Complaint - (Discovery) 1 ; filed by plaintiff DatCard Systems Inc (Attachments: # 1 PART 2, # 2 PART 3, # 3 PART 4, # 4 PART 5)(rla) (Entered: 02/17/2011) |
| 02/16/2011 | 27 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: |

| | | Stipulation for Leave, 25 . The following error(s) was found: Proposed Document was not submitted as a separate attachment. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (db) (Entered: 02/16/2011) |
|---|---|---|
| 02/18/2011 | 29 | NOTICE of Selection of Mediator filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 02/18/2011) |
| 03/04/2011 | 30 | ANSWER to Amended Complaint 28 *ANSWER TO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND COUNTERCLAIM* filed by Defendant PacsGear Inc.(Holbrow, Willmore) (Entered: 03/04/2011) |
| 03/08/2011 | 31 | REPLY filed by Plaintiff DatCard Systems Inc to Answer to Complaint (Discovery) 30 *Plaintiff DatCard Systems, Inc.'s Reply to Defendant Pacsgear, Inc.'s Amended Counterclaim - Demand for Jury Trial* (Stewart, Paul) (Entered: 03/08/2011) |
| 11/07/2011 | 32 | NOTICE For Leave to Amend Answer filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 11/07/2011) |
| 11/07/2011 | 33 | NOTICE OF MOTION AND MOTION to Amend *Answer and Counterclaim* filed by Defendant PacsGear Inc. Motion set for hearing on 12/5/2011 at 08:30 AM before Judge David O. Carter. (Martin, Dennis) (Entered: 11/07/2011) |
| 11/07/2011 | 34 | MEMORANDUM in Support of MOTION to Amend *Answer and Counterclaim* 33 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit A)(Martin, Dennis) (Entered: 11/07/2011) |
| 11/07/2011 | 35 | DECLARATION of Willmore F. Holbrow in Support of MOTION to Amend *Answer and Counterclaim* 33 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Declaration 6) (Martin, Dennis) (Entered: 11/07/2011) |
| 11/08/2011 | 36 | NOTICE OF LODGING filed *by Defendant Pacsgear, Inc.* re MOTION to Amend *Answer and Counterclaim* 33 (Attachments: # 1 Exhibit)(Martin, Dennis) (Entered: 11/08/2011) |
| 11/14/2011 | 37 | OPPOSITION to MOTION to Amend *Answer and Counterclaim* 33 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 11/14/2011) |
| 11/14/2011 | 38 | DECLARATION of Paul A. Stewart in Support of DatCard System, Inc.'s Opposition to Defendant's MOTION to Amend *Answer and Counterclaim* 33 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 11/14/2011) |
| 11/14/2011 | 39 | NOTICE OF MOTION AND MOTION for Leave to Set Deadline to Serve an Expert Report filed by Plaintiff DatCard Systems Inc. Motion set for hearing on 12/12/2011 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Proposed Order Granting DatCard Systems, Inc.'s Motion to Set a Deadline to Serve an Expert Report)(Stewart, Paul) (Entered: 11/14/2011) |
| 11/14/2011 | 40 | MEMORANDUM in Support of MOTION for Leave to Set Deadline to Serve an Expert Report 39 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 11/14/2011) |
| 11/14/2011 | 41 | DECLARATION of Paul A. Stewart in Support of DatCard Systems, Inc.'s MOTION for Leave to Set Deadline to Serve an Expert Report 39 filed by Plaintiff |

**A 90**

| | | DatCard Systems Inc. (Stewart, Paul) (Entered: 11/14/2011) |
|---|---|---|
| 11/14/2011 | 42 | NOTICE of Manual Filing filed by Plaintiff DatCard Systems Inc of Exhibit 5. (Stewart, Paul) (Entered: 11/14/2011) |
| 11/14/2011 | 43 | APPLICATION to FILE UNDER SEAL EXHIBIT 5 TO THE DECLARATION OF PAUL A. STEWART IN SUPPORT OF DATCARD SYSTEMS, INC.'S MOTION TO SET A DEADLINE TO SERVE AN EXPERT REPORT; filed by plaintiff DatCard Systems Inc. (rla) (Entered: 11/17/2011) |
| 11/15/2011 | 44 | ORDER by Judge David O. Carter: GRANTING APPLICATION TO FILE UNDER SEAL Exhibit 5 to the Declaration of Paul A. Stewart In Support of Datcard Systems, Inc.'s Motion to Set A Deadline to Serve an Expert Report 43 ; (rla) (Entered: 11/17/2011) |
| 11/15/2011 | 50 | SEALED DOCUMENT RE: CONFIDENTIAL EXHIBIT 5 to Declaration of Paul in Support of Motion to Set a Deadline to Serve an Expert Report. (Attachments: # 1 Part 2, # 2 Part 3)(lwag) (Entered: 11/29/2011) |
| 11/21/2011 | 45 | MEMORANDUM in Opposition to MOTION for Leave to Set Deadline to Serve an Expert Report 39 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 11/21/2011) |
| 11/21/2011 | 46 | DECLARATION of Dennis G. Martin in Opposition to MOTION for Leave to Set Deadline to Serve an Expert Report 39 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 1)(Martin, Dennis) (Entered: 11/21/2011) |
| 11/21/2011 | 47 | REPLY in Support of MOTION to Amend *Answer and Counterclaim* 33 filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A, # 2 Appendix B)(Martin, Dennis) (Entered: 11/21/2011) |
| 11/21/2011 | 48 | DECLARATION of Willmore F. Holbrow in Support of MOTION to Amend *Answer and Counterclaim* 33 *Supplemental Declaration* filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 1)(Martin, Dennis) (Entered: 11/21/2011) |
| 11/28/2011 | 49 | REPLY in support of MOTION for Leave to Set Deadline to Serve an Expert Report 39 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 11/28/2011) |
| 11/29/2011 | 51 | MINUTES (IN CHAMBERS): ORDER by Judge David O. Carter: GRANTING LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM 33 AND GRANTING, IN PART, MOTION FOR LEAVE TO SET DEADLINE 39 . Plaintiff's Motion to Set a Deadline is granted to the extent that Plaintiff may serve an expert report in rebuttal to the November 1, 2011 Expert Report of Robert Green no later than December 16, 2011. (rla) (Entered: 11/30/2011) |
| 12/13/2011 | 52 | REPLY filed by Plaintiff DatCard Systems Inc *to Pacsgear's Second Amended Counterclaim* (Stewart, Paul) (Entered: 12/13/2011) |
| 01/13/2012 | 53 | NOTICE of Manual Filing filed by Plaintiff DatCard Systems Inc of Application and Proposed Order to File Under Seal; Confidential Exhibits to Declaration of Paul A. Stewart in Support of DatCard's Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157; Confidential Declaration of Jack Goldberg in Support of DatCard's Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157; and Confidential Declaration of Dr. Alan Rowberg, M.D. in Support of DatCard's Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157. (Stewart, Paul) (Entered: 01/13/2012) |

| 01/13/2012 | | Notice of Electronic Filing re Notice of Manual Filing (G-92) 53 e-mailed to David H. Chan bounced due to invalid e-mail address. The primary e-mail address associated with the attorney record has been deleted. Pursuant to the General Order and Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(jj) TEXT ONLY ENTRY (Entered: 01/13/2012) |
|---|---|---|
| 01/13/2012 | 81 | APPLICATION to FILE UNDER SEAL Exhibits 2, 6-8, 13, 15, 17, and 19 to the Declaration of Paul A Stewart; the Declaration of Jack Goldberg with Exhibit 22; and the Declaration of Dr. Alan Rowberg, M.D. with Exhibit 23 in Support of Datcard Systems, Inc.'s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734, 157; filed by plaintiff/counterdefendant DatCard Systems Inc. (rla) (Entered: 01/19/2012) |
| 01/13/2012 | 82 | ORDER by Judge David O. Carter: GRANTING APPLICATION to File Under Seal 81 . (See document for details.) IT IS SO ORDERED.(rla) (Entered: 01/19/2012) |
| 01/13/2012 | 83 | SEALED DOCUMENT CONFIDENTIAL EXHIBITS 2,6,7,8,13,15,17 and 19 to the Declaration of Paul A. Stewart in support of Datcard Systems, Inc.'s MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 (Attachments: # 1 part 2, # 2 part 3, # 3 part 4, # 4 part 5, # 5 part 6, # 6 part 7, # 7 part 8)(twdb) (Entered: 01/20/2012) |
| 01/13/2012 | 84 | SEALED DOCUMENT RE: DECLARATION of Jack Goldberg in Support of Motion for Summary Judgment for Infringement of US Patents 7,783,174 and 7,734,157. (Attachments: # 1 1, # 2 2, # 3 3)(ade) (Entered: 01/23/2012) |
| 01/13/2012 | 85 | SEALED DOCUMENT RE: DECLARATION of Dr. Alan Rowberg, MD In Support of Motion for Summary Judgment of Infringement of US Patents 7,783,174 and 7,734,157. (Attachments: # 1 1, # 2 2, # 3 3, # 4 4, # 5 5)(ade) (Entered: 01/23/2012) |
| 01/16/2012 | 54 | NOTICE OF MOTION AND MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial filed by Plaintiff DatCard Systems Inc. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Proposed Order)(Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 55 | MEMORANDUM in Support of MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial 54 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 56 | DECLARATION of Paul A. Stewart in Support of MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial 54 and Exhibit 1 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 57 | NOTICE OF MOTION AND MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents filed by Plaintiff DatCard Systems Inc. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Proposed Order) (Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 58 | MEMORANDUM in Support of MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents 57 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/16/2012) |
| | | |

**A 92**

| 01/16/2012 | 59 | DECLARATION of Paul A. Stewart in Support of MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents 57 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Stewart, Paul) (Entered: 01/16/2012) |
| --- | --- | --- |
| 01/16/2012 | 60 | NOTICE OF MOTION AND MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 filed by Plaintiff DatCard Systems Inc. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Proposed Order, # 2 DatCard Systems, Inc.'s Statement of Uncontroverted Facts and Conclusions of Law)(Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 61 | MEMORANDUM in Support of MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 62 | DECLARATION of Paul A. Stewart in Support of MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 63 | DECLARATION of Dr. Alan Rowberg, M.D. in Support of MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 *and Exhibit 11* filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 64 | NOTICE OF MOTION AND MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 filed by Plaintiff DatCard Systems Inc. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Proposed Order, # 2 DatCard Systems, Inc.'s Statement of Uncontroverted Facts and Conclusions of Law)(Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 65 | MEMORANDUM in Support of MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 66 | DECLARATION of Paul A. Stewart in Support of MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Stewart, Paul) (Entered: 01/16/2012) |
| 01/16/2012 | 67 | MEMORANDUM in Support *of Non-Infringement of the "Search/Burn" Patents* filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Appendix D)(Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 68 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents filed by defendant PacsGear Inc. Motion |

| | | set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Martin, Dennis) (Entered: 01/16/2012) |
|---|---|---|
| 01/16/2012 | 69 | MEMORANDUM in Support of MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Appendix D) (Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 70 | STATEMENT of Uncontroverted Issues of Fact and Conclusions of Law MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 71 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent filed by defendant PacsGear Inc. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 72 | MEMORANDUM in Support of MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A, # 2 Appendix B)(Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 73 | STATEMENT of Uncontroverted Issues of Fact and Conclusions of Law MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 74 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents filed by defendant PacsGear Inc. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 75 | MEMORANDUM in Support of MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 76 | STATEMENT of Uncontroverted Issues of Fact and Conclusions of Law MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 77 | EXHIBIT Combined Exhibits to MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 , MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 , MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 5, # 2 Exhibit 55, # 3 Exhibit 56, # 4 Exhibit 57, # 5 Exhibit 58, # 6 Exhibit 76, # 7 Exhibit 77, # 8 Exhibit 78, # 9 Exhibit 148, # 10 Exhibit 158, # 11 Exhibit 202, # 12 Exhibit 203, # 13 Exhibit 205, # 14 Exhibit 206, # 15 Exhibit 210, # 16 Exhibit 211, # 17 Exhibit 217, # 18 Exhibit 221, # 19 Exhibit 222, # 20 Exhibit 223, # 21 Exhibit 224, # 22 Exhibit 227, # 23 Exhibit 229, # 24 Exhibit 230, # 25 Exhibit 231, # 26 Exhibit 233, # 27 Exhibit 240, # 28 Exhibit 241, # 29 Exhibit 242, # 30 Exhibit 243, # 31 Exhibit 244, # 32 Exhibit 245, # 33 Exhibit 246, # 34 Exhibit 247, # 35 Exhibit 248, # 36 Exhibit 249, # 37 Exhibit 250, # 38 Exhibit 251, # 39 Exhibit 252, # 40 Exhibit 253, # 41 Exhibit 254, # 42 Exhibit 255, # 43 Exhibit 256, # 44 Exhibit 257, # 45 Exhibit 258, # 46 Exhibit 259, # 47 Exhibit 260, # 48 Exhibit 261, # 49 Exhibit 262, # 50 Exhibit 263, # 51 Exhibit 264, # 52 Exhibit 265, # 53 Exhibit 266, # 54 Exhibit 267)(Martin, Dennis) |

**A 94**

| | | (Entered: 01/16/2012) |
|---|---|---|
| 01/16/2012 | 78 | EXHIBIT Combined Expert Reports and Deposition Excerpts to MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 , MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 , MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Martin, Dennis) (Entered: 01/16/2012) |
| 01/16/2012 | 79 | DECLARATION of Osman Ratib MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/16/2012) |
| 01/17/2012 | 80 | DECLARATION of Osman Ratib MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/17/2012) |
| 01/23/2012 | 86 | NOTICE of Manual Filing filed by Plaintiff DatCard Systems Inc of Application and [Proposed] Order to File Under Seal; Confidential Exhibits 2, 3, 4, and 5 to the Declaration of Paul A. Stewart in Support of DatCard's Opposition to Pacsgear's Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents; Confidential Exhibit 2 to the Declaration of Jack Goldberg in Support of DatCard's Opposition to Pacsgear's Motion for Summary Judgment of Non-Infringement and Invalidity of the "Timeout" Patent; Confidential Exhibits 1 and 3 to the Declaration of Paul A. Stewart in Support of DatCard's Opposition to Pacsgear's Motion for Summary Judgment of Non-Infringement and Invalidity of the "Timeout" Patent. (Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 87 | MEMORANDUM in Opposition to MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 88 | STATEMENT of Genuine Issues of Fact in Opposition to Pacsgear's MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 89 | DECLARATION of Paul A. Stewart in Opposition to MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents 68 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 90 | MEMORANDUM in Opposition to MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 91 | STATEMENT of Genuine Issues of Fact in Opposition to Pacsgear's MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 92 | DECLARATION of Paul A. Stewart in Opposition to MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents 74 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Stewart, Paul) (Entered: 01/23/2012) |

**A 95**

| 01/23/2012 | 93 | MEMORANDUM in Opposition to MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/23/2012) |
| --- | --- | --- |
| 01/23/2012 | 94 | STATEMENT of Genuine Issues of Fact in Opposition to Pacsgear's MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 95 | DECLARATION of Paul A. Stewart in Opposition to MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 96 | DECLARATION of Jack Goldberg in Opposition to MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent 71 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Stewart, Paul) (Entered: 01/23/2012) |
| 01/23/2012 | 97 | Opposition opposition re: MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial 54 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 98 | DECLARATION of Dennis G. Martin in opposition to MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial 54 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 99 | MEMORANDUM in Opposition to MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents 57 filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A)(Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 100 | DECLARATION of Dennis G. Martin in opposition to MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents 57 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 101 | MEMORANDUM in Opposition to MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 102 | STATEMENT of Genuine Issued of Fact in Opposition to MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 103 | MEMORANDUM in Opposition to MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 104 | STATEMENT of Genuine Issues of Fact in Opposition to MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 filed by Defendant PacsGear Inc. (Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 105 | EXHIBIT Combined Expert Reports and Deposition Excerpts in Opposition to to |

| | | |
|---|---|---|
| | | MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 , MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit H, # 4 Exhibit I - Opp., # 5 Exhibit J - Opp., # 6 Exhibit M - Opp.)(Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 106 | EXHIBIT Combined Exhibits in Opposition to to MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 64 , MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 60 filed by Defendant PacsGear Inc. (Attachments: # 1 Exhibit 5, # 2 Exhibit 202, # 3 Exhibit 217, # 4 Exhibit 221, # 5 Exhibit 224, # 6 Exhibit 229, # 7 Exhibit 241, # 8 Exhibit 249, # 9 Exhibit 256, # 10 Exhibit 258, # 11 Exhibit 259, # 12 Exhibit 260, # 13 Exhibit 261, # 14 Exhibit 262, # 15 Exhibit 264, # 16 Exhibit 265, # 17 Exhibit 268, # 18 Exhibit 269, # 19 Exhibit 270, # 20 Exhibit 271, # 21 Exhibit 272, # 22 Exhibit 273, # 23 Exhibit 274, # 24 Exhibit 275, # 25 Exhibit 276, # 26 Exhibit 277, # 27 Exhibit 278, # 28 Exhibit 279)(Martin, Dennis) (Entered: 01/23/2012) |
| 01/23/2012 | 119 | APPLICATION to file under Seal confidential exhibits to the declarations of Paul A. Stewart and declaration of Jack Goldberg in support of Datcard's oppositions to Pacsgear's motions for summary judgment filed by plaintiff DatCard Systems Inc. (twdb) (Entered: 01/31/2012) |
| 01/24/2012 | 120 | ORDER by Judge David O. Carter: granting 119 Application to file under Seal confidential exhibits to the declarations of Paul A. Stewart and Goldberg in support of Datcard's oppositions to Pacsgear's motions for summary judgment 119 . (twdb) (Entered: 01/31/2012) |
| 01/24/2012 | 121 | **SEALED DOCUMENT ** EXHIBITS 1 AND 3 TO THE DECLARATION OF PAULA STEWART IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE TIMEOUT PATENT. (ade) (Entered: 01/31/2012) |
| 01/24/2012 | 122 | **SEALED DOCUMENT ** EXHIBIT 2 TO THE DECLARATION OF JACK GOLDBERG IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ade) (Additional attachment(s) added on 1/31/2012: # 1 2, # 2 3, # 3 4) (ade). (Entered: 01/31/2012) |
| 01/24/2012 | 123 | **SEALED DOCUMENT ** EXHIBITS 2, 3, 4, AND 5 to the Declaration of Paul A. Stewart in Support of Opposition to Motion for Summary Judgment. (Attachments: # 1 2, # 2 3, # 3 4, # 4 5, # 5 6, # 6 7, # 7 8)(ade) (Entered: 01/31/2012) |
| 01/26/2012 | 107 | NOTICE of Change of Mediator filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/26/2012) |
| 01/30/2012 | 108 | REPLY in Support of MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial 54 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/30/2012) |
| 01/30/2012 | 109 | REPLY in Support of MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents 57 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/30/2012) |
| | | |

A 97

| 01/30/2012 | [110](#) | REPLY in Support of MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 [64](#) filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/30/2012) |
|---|---|---|
| 01/30/2012 | [111](#) | REPLY in Support of MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 [60](#) filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/30/2012) |
| 01/30/2012 | [112](#) | NOTICE of Manual Filing filed by Defendant PacsGear Inc of Application to File Under Seal; Proposed Order to File Under Seal; Confidential Reply Brief in Support of Pagsgear's MSJ of Invalidity of "Search/Burn" and "HIPAA" Patents; Confidential Exhibits to the Reply Declaration of Dennis G. Martin in Support thereof. (Martin, Dennis) (Entered: 01/30/2012) |
| 01/30/2012 | [113](#) | DECLARATION of Paul A. Stewart (Supplemental) in Support of MOTION for Order for Precluding the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents [57](#) , MOTION to Bifurcate the Issue of Inequitable Conduct for a Separate Bench Trial [54](#) , MOTION for Partial Summary Judgment as to Infringement of U.S. Patents 7,783,174 and 7,734,157 [64](#) , MOTION for Partial Summary Judgment as to That U.S. Patent Nos. 7,302,164, 7,783,174, 7,729,597 and 7,734,157 are not Invalid Under 35 USC 102 [60](#) filed by Plaintiff DatCard Systems Inc. (Attachments: # [1](#) Exhibit 22, # [2](#) Exhibit 23, # [3](#) Exhibit 24, # [4](#) Exhibit 25, # [5](#) Exhibit 26, # [6](#) Exhibit 27, # [7](#) Exhibit 28, # [8](#) Exhibit 29, # [9](#) Exhibit 30)(Stewart, Paul) (Entered: 01/30/2012) |
| 01/30/2012 | [114](#) | REPLY In Support MOTION for Summary Judgment as to Non-Infringement of the "Search/Burn" Patents [68](#) filed by Defendant PacsGear Inc. (Holbrow, Willmore) (Entered: 01/30/2012) |
| 01/30/2012 | [115](#) | REPLY In Support MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent [71](#) filed by Defendant PacsGear Inc. (Attachments: # [1](#) Appendix A, # [2](#) Appendix B)(Holbrow, Willmore) (Entered: 01/30/2012) |
| 01/30/2012 | [116](#) | DECLARATION of Willmore F. Holbrow, III Re: Reply in Support of MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent [71](#) filed by Defendant PacsGear Inc. (Attachments: # [1](#) Exhibit 285, # [2](#) Exhibit 286) (Holbrow, Willmore) (Entered: 01/30/2012) |
| 01/30/2012 | [117](#) | REPLY In Support of MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents [74](#) *[Public Version]* filed by Defendant PacsGear Inc. (Holbrow, Willmore) (Entered: 01/30/2012) |
| 01/30/2012 | [118](#) | DECLARATION of Dennis G. Martin Re: Reply in Support of MOTION for Summary Judgment as to Invalidity of the "Search/Burn" and "HIPAA" Patents [74](#) *[PUBLIC]* filed by Defendant PacsGear Inc. (Attachments: # [1](#) Exhibit 8, # [2](#) Exhibit 19, # [3](#) Exhibit 280, # [4](#) Exhibit 281, # [5](#) Exhibit 282, # [6](#) Exhibit 283, # [7](#) Exhibit 284)(Holbrow, Willmore) (Entered: 01/30/2012) |
| 01/31/2012 | [124](#) | SUPPLEMENT to MOTION for Summary Judgment as to Non-Infringement and Invalidity of the "Timeout" Patent [71](#) *DatCard's Notice of Supplemental Authority Regarding Pending Motion for Summary Judgment of Non-Infringement and Invalidity of the "Timeout" Patent* filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 01/31/2012) |

| 01/31/2012 | 126 | SEALED DOCUMENT APPLICATION for order to Seal Confidential reply memorandum in support of motion for summary judgment of invalidity of the Search/Burn and Hipaa Patents and Exhibits 8,19 and 280 to the reply declaration of Dennis G. Martin in support thereof. Motion set for hearing on 2/13/2012 at 08:30 AM before Judge David O. Carter. (twdb) (Entered: 02/13/2012) |
| --- | --- | --- |
| 02/03/2012 | 125 | MINUTE ORDER IN CHAMBERS by Judge David O. Carter re: SETTING STATUS CONFERENCE TO APPOINT RULE 706 EXPERT. Given the technical complexity of the patents at issue in the pending summary judgment motions, the Court will be appointing an expert witness, pursuant to Federal Rule of Civil Procedure 706. Lead counsel for both parties are ordered to appear before the Court on February 9, 2012 at 1:30 p.m. to discuss this matter. The parties are not required to submit anything to the Court prior to this conference but should come prepared with suggestions of potential experts who are located in the Southern California area. The Court will also be setting a new date for the hearing on the summary judgment motions at the February 9, 2012 conference; they will not be heard on February 13, 2012. (jba) (Entered: 02/03/2012) |
| 02/03/2012 | 127 | SEALED ORDER by Judge David O. Carter: granting 126 Application to Seal CONFIDENTIAL REPLY MEMORANDUM in support of motion for summary judgment of invalidity of the search/burn and hipaa patents and exhibits 8, 19 and 280 to the reply declaration of Dennis G. Martin in support thereof (twdb) (Entered: 02/13/2012) |
| 02/03/2012 | 128 | SEALED DOCUMENT CONFIDENTIAL EXHIBITS 8,19 and 280 to the reply declartion of Dennis G. Martin in support of Pacsgear's motion for summary judgment of invalidity of search/burn and hipaa patents re APPLICATION to Seal 126 (twdb) (Entered: 02/13/2012) |
| 02/03/2012 | 129 | SEALED DOCUMENT CONFIDENTIAL REPLY MEMORANDUM in support of motion for summary judgment of invalidity of the search/burn and hipaa patents re APPLICATION to Seal 126 (twdb) (Entered: 02/13/2012) |
| 02/09/2012 | 137 | MINUTES OF Status Conference held before Judge David O. Carter, RE: APPOINT RULE 706 EXPERT: The Court continues the Status Conference re: Appoint Rule 706 Expert to March 6, 2012 at 7:30 a.m. Parties to have name of expert by March 6, 2012. The Jury Trial set on April 17, 2012 and Final Pretrial Conference set on April 2, 2012 are to remain. Court Reporter: Deborah Parker (Partially). (rla) (Entered: 02/21/2012) |
| 02/13/2012 | 130 | NOTICE OF MOTION AND MOTION to Continue Pretrial Conference Date and Trial Date from April 2 and 17, 2012 to TBD filed by Defendant PacsGear Inc. Motion set for hearing on 3/12/2012 at 08:30 AM before Judge David O. Carter. (Holbrow, Willmore) (Entered: 02/13/2012) |
| 02/13/2012 | 131 | MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE THE PTC AND TRIAL DATES FOR A REASONABLE PERIOD OF TIME AFTER SUMMARY JUDGMENT MOTIONS ARE DECIDED re MOTION to Continue Pretrial Conference Date and Trial Date from April 2 and 17, 2012 to TBD 130 filed by Defendant PacsGear Inc. (Holbrow, Willmore) (Entered: 02/13/2012) |
| 02/16/2012 | 132 | NOTICE of Change of Attorney Information for attorney Bridget Anne Smith counsel for Plaintiff DatCard Systems Inc. Adding Bridget A. Smith as attorney as counsel of record for DatCard Systems, Inc. for the reason indicated in the G-06 Notice. Filed by Plaintiff DatCard Systems, Inc. (Smith, Bridget) (Entered: |

| | | |
|---|---|---|
| | | 02/16/2012) |
| 02/16/2012 | 133 | NOTICE of Change of Attorney Information for attorney Brian Christopher Claassen counsel for Plaintiff DatCard Systems Inc. Adding Brian C. Claassen as attorney as counsel of record for DatCard Systems, Inc. for the reason indicated in the G-06 Notice. Filed by Plaintiff DatCard Systems, Inc. (Claassen, Brian) (Entered: 02/16/2012) |
| 02/16/2012 | 134 | NOTICE filed by Plaintiff DatCard Systems Inc. *Notice of Attorney Withdrawal* (Stewart, Paul) (Entered: 02/16/2012) |
| 02/16/2012 | 136 | ORDER by Judge David O. Carter: Granting Pacsgear's Motion to Continue the PTC and Trial dates for a reasonable period of time after Summary Judgment Motions are decided 130 . IT IS ORDERED, The pretrial conference date of April 2, 2012 and the trial date of April 17, 2012 are hereby continued and will be rescheduled on mutually agreeable dates no earlier than 49 days following the date the Court rules on the five pending motions for summary judgment. The trial date will be set on the day the summary judgment motions are heard. The parties are hereby ORDERED to appear for a status conference regarding the appointment of a Rule 706 expert on March 5, 2012 at 8:30 a.m. This hearing will be vacated if the parties stipulate to a rule 706 expert by March 1, 2012 at 5:00 p.m. (mt) (Entered: 02/17/2012) |
| 02/17/2012 | 135 | MEMORANDUM in Opposition to MOTION to Continue Pretrial Conference Date and Trial Date from April 2 and 17, 2012 to TBD 130 filed by Plaintiff DatCard Systems Inc. (Stewart, Paul) (Entered: 02/17/2012) |
| 03/01/2012 | 138 | NOTICE Joint Notice Re: Court Appointed Expert (FRE 706) filed by Defendant PacsGear Inc. (Attachments: # 1 Appendix A)(Holbrow, Willmore) (Entered: 03/01/2012) |
| 03/07/2012 | 139 | MINUTES OF Status Conference/Scheduling Conference held before Judge David O. Carter: Court and counsel discuss this case informally and without the presence of the Court Reporter. Parties submit on agreed schedule. Court to issue a minute order with scheduling dates.Court Reporter: Not Reported. (twdb) (Entered: 03/09/2012) |
| 03/07/2012 | 140 | MINUTE ORDER IN CHAMBERS by Judge David O. Carter, SCHEDULING REPORT: Case management dates shall be as follows, although only the October, November, and December dates apply to Pacsgear, Inc.: 4/30/12: Document production by Data Distributing on Accused Products; 5/31/12: Deposition of Data Distributing on Accused Products; (See document for further details.) 8/10/12: Discovery cut-off (fact and expert). (rla) (Main Document 140 replaced on 3/12/2012) (rla). (Entered: 03/12/2012) |
| 08/17/2012 | 141 | ORDER TRANSFERRING CIVIL ACTION pursuant to Section 3.1 of General Order 08-05. ORDER case transferred from Judge David O. Carter to the calendar of Judge Mariana R. Pfaelzer for all further proceedings. The case number will now reflect the initials of the transferee Judge SACV 10-01288 MRP(VBKx). Signed by Judge David O. Carter and Judge Mariana R. Pfaelzer. (rn) (Entered: 08/17/2012) |
| 08/24/2012 | 142 | MINUTES: ORDER SETTING STATUS CONFERENCE: The Court on its own motion schedules Status Conference in the above cases for Thursday, September 6, 2012, at 11:00 a.m. The hearing is set before the Honorable Mariana R. Pfaelzer, located atthe United States District Court, 312 N. Spring Street, Los Angeles, CA 90012, Courtroom 12 is on the Spring Street level by Judge Mariana R. Pfaelzer. (ir) (Entered: 08/24/2012) |
| | | |

**A 100**

| 09/06/2012 | 143 | MINUTES OF ORDER SETTING STATUS CONFERENCE held before Judge Mariana R. Pfaelzer: Court and counsel discuss the status of the case, the five pending motions for summary judgment. The Court set a hearing on the motions for summary judgment for Thursday, September 20, 2012 at 1:00 p.m. before Judge Mariana R. Pfaelzer.Court Reporter: Mirial Baird. (bp) (Entered: 09/20/2012) |
|---|---|---|
| 09/20/2012 | 144 | MINUTES OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT held before Judge Mariana R. Pfaelzer. The case is called and appearances are made. Counsel argues the five motions for summary judgment. The Court takes the motions under submission and its order will follow. Court Reporter: Victoria Valine. (cs) (Entered: 10/16/2012) |
| 10/26/2012 | 145 | CLAIM CONSTRUCTION ORDER by Judge Mariana R. Pfaelzer that the Court adopts the constructions set forth in this opinion for the disputed claim terms in this suit. The constructions shall govern all proceedings in this case. (See attached Order for further details). (jp) (Entered: 10/29/2012) |
| 10/26/2012 | 146 | MINUTE IN CHAMBERS Order Scheduling Hearing by Judge Mariana R. Pfaelzer: On 9/20/2012, the Court held a Markman hearing in this case. On 10/26/2012, the Court issued a Markman order construing several claim terms in dispute. The Court hereby schedules a hearing for 11/5/2012 at 11:00 AM. The Court will hearoral argument regarding the five pending summary judgment motions (ECF Nos. 60, 64, 68, 71, and 74) in light of the Courts Markman order. The parties are instructed not to submit supplemental briefs in light of the Markman order. The infringement and validity issues have been adequately briefed. (jp) (Entered: 10/29/2012) |
| 10/26/2012 | 147 | MINUTE ORDER IN CHAMBERS re Order Scheduling Hearing by Judge Mariana R. Pfaelzer. The Court has issued a Markman order in this case 145 . The Court hereby schedules a hearing for Monday, November 5, 2012, at 11:00 a.m. The agenda for this hearing is oral argument regarding the five pending summary judgment motions 60 , 64 , 68 , 71 , 74 in light of the Court's Markman order. The parties are instructed not to submit supplemental briefs in light of the Court's Markman order. The issues pertaining to these pending motions have already been adequately briefed. (lom) (Entered: 10/30/2012) |
| 11/02/2012 | 148 | TRANSCRIPT for proceedings held on 09/20/2012 @ 1pm. Court Reporter: Victoria L. Valine, CSR, RMR, CRR,www.victoriavalinecsr.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through www.victoriavalinecsr.com or PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/23/2012. Redacted Transcript Deadline set for 12/3/2012. Release of Transcript Restriction set for 1/31/2013. (Valine, Victoria) (Entered: 11/02/2012) |
| 11/02/2012 | 149 | NOTICE OF FILING TRANSCRIPT filed for proceedings 9/20/2012 @ 1pm re Transcript 148 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(Valine, Victoria) TEXT ONLY ENTRY (Entered: 11/02/2012) |
| 11/02/2012 | 150 | EX PARTE APPLICATION for Order for Allowing the Submission of Additional Evidence on the Pending Motions for Summary Judgment; Memorandum of Points and Authorities in Support Thereof filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Proposed Order)(Smith, Bridget) (Entered: 11/02/2012) |
| 11/02/2012 | 151 | DECLARATION of Bridget A. Smith in Support of EX PARTE APPLICATION for Order for Allowing the Submission of Additional Evidence on the Pending Motions |

**A 101**

| | | for Summary Judgment; Memorandum of Points and Authorities in Support Thereof 150 filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Smith, Bridget) (Entered: 11/02/2012) |
|---|---|---|
| 11/04/2012 | 152 | MEMORANDUM of Points and Authorities in Opposition Re: EX PARTE APPLICATION for Order for Allowing the Submission of Additional Evidence on the Pending Motions for Summary Judgment; Memorandum of Points and Authorities in Support Thereof 150 (Attachments: # 1 Appendix A)(Martin, Dennis) (Entered: 11/04/2012) |
| 11/04/2012 | 153 | REPLY in support of EX PARTE APPLICATION for Order for Allowing the Submission of Additional Evidence on the Pending Motions for Summary Judgment; Memorandum of Points and Authorities in Support Thereof 150 filed by Plaintiff DatCard Systems Inc. (Smith, Bridget) (Entered: 11/04/2012) |
| 11/05/2012 | 158 | MINUTES OF Markman Hearing held before Judge Mariana R. Pfaelzer. The case is called and appearances are made. Court and counsel argue the matters at issue. The Trial date is vacated. The Court takes the matter under submission and its order will follow. Court Reporter: Anne Kielwasser. (cs) (Entered: 12/10/2012) |
| 11/09/2012 | 154 | TRANSCRIPT ORDER as to Co-Defendant in Related Case PacsGear Inc Court Reporter. Court will contact Marc E. Hankin at Marc@HankinPatentLaw.com with any questions regarding this order. Transcript portion requested: Other: Hearing on Motions for Summary Judgment. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Hankin, Marc) (Entered: 11/09/2012) |
| 11/14/2012 | 155 | TRANSCRIPT ORDER as to Plaintiff DatCard Systems Inc Court Reporter. Court will contact Shirley Del Rosario at shirley.delrosario@kmob.com with any questions regarding this order. Transcript portion requested: Other: 11/5/12 Hearing on Motions for Summary Judgment. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Summers, Craig) (Entered: 11/14/2012) |
| 11/16/2012 | 156 | TRANSCRIPT for proceedings held on 11-05-12 @ 11:00. Court Reporter/Electronic Court Recorder: Anne Kielwasser, phone number 213/894-2969 - AKtranscripts.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 12/7/2012. Redacted Transcript Deadline set for 12/17/2012. Release of Transcript Restriction set for 2/14/2013. (Kielwasser, Anne) (Entered: 11/16/2012) |
| 11/16/2012 | 157 | NOTICE OF FILING TRANSCRIPT filed for proceedings 11-5-12 @ 11:00 re Transcript 156 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(Kielwasser, Anne) TEXT ONLY ENTRY (Entered: 11/16/2012) |
| 03/12/2013 | 159 | ORDER by Judge Mariana R. Pfaelzer: denying 57 DatCard's motion to preclude the expert opinion testimony of Steven Horii and Ian Jestice regarding obviousness of the asserted patents. (lom) (Entered: 03/12/2013) |
| 03/12/2013 | 160 | ORDER by Judge Mariana R. Pfaelzer: granting in part and denying in part 71 Pacsgear Inc.'s Motion for Summary Judgment. The Court determines that the '422 patent claims are obvious in light of the Samari-Kermani reference. Genuine issues of material fact remain regarding noninfringement. Consequently, Pacsgear's motion for summary judgment is granted as to invalidity but denied as to noninfringement. |

**A 102**

| | | (lom) (Entered: 03/12/2013) |
|---|---|---|
| 03/12/2013 | 161 | ORDER by Judge Mariana R. Pfaelzer: granting 60 DatCard Systems, Inc.'s Motion for Partial Summary Judgment. DatCard does not bear the burden to prove the validity of its patents they are presumptively valid. PacsGear, on the other hand, bears the burden of proving its affirmative defense of invalidity under § 102 by clear and convincing evidence. By proving that Mehta lacks an express and inherent disclosure of related data or related medical image data, DatCard has established the nonexistence of an essential element of PacsGear's affirmative defense of anticipation with respect to the Mehta reference. Consequently, DatCard is entitled to summary judgment that the Mehta reference does not anticipate Claims 9 and 15 of the '164 patent and Claims 1 and 8 of the '174 patent. Consequently, the Court grants DatCards motion for summary judgment that Mehta does not anticipate Claims 9 and 15 of the '164 patent and Claim 1 and 8 of the '174 patent. (lom) (Entered: 03/12/2013) |
| 04/01/2013 | 162 | MINUTES ORDER (IN CHAMBERS)by Judge Mariana R. Pfaelzer. Order Re ECF Nos. 54, 150. DatCard Systems, Inc.(DatCard) has moved the Court to bifurcate the issue of inequitable conduct for a separate bench trial. ECF No. 54. Separately, DatCard has filed an exparte application for allowing the submission of additional evidence on the pending motions for summary judgment. ECF No. 150. The Court has already granted Pacsgears motions for summary judgment of non-infringement as to the Search/Burn patents (U.S. Patent Nos. 7,302,164, 7,729,597, and 7,783,174), ECF No. 68 (order pending), and its motion for summary judgment of invalidity as to the HIPAA and Timeout patents. See ECF No. 74 (order pending), No. 160 (finding that the Timeout patent is invalid as obvious). As such, DatCards motion to bifurcate the issue of inequitable conduct for a separate bench trial is moot. When deciding the pending summary judgment motions, the Court considered DatCards additional submissions attached to its exparte application. As such, DatCards exparte application is likewise moot. IT IS SO ORDERED. (cs) (Entered: 04/01/2013) |
| 04/01/2013 | 163 | Order Re DatCard Inc.s Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157 by Judge Mariana R. Pfaelzer. The Court denies DatCards motion of summary judgment of infringement as to Claims 1-4 and 7 of the 174 patent with respect to Pacsgears MediaWriter product. The Court denies DatCards motion for summary judgment of infringement as to Claims 7 and 12 of the 157 patent with respect to certain versions of the MediaWriter (versions 4.0.1 and later). The Court grants DatCards motion for summary judgment of infringement as to Claims 7 and 12 of the 157 patent with respect to other versions of the MediaWriter (versions 4.0 and earlier). But Claims 7 and 12 are invalid for obviousness. See ECF No. 74 (order pending). SEE ORDER FOR FULL DETAILS. (cs) (Entered: 04/01/2013) |
| 04/01/2013 | 164 | Order Re Pacsgears Motion for Summary Judgment of Invalidity of Search/Burn and HIPAA Patents by Judge Mariana R. Pfaelzer. For the above reasons, the Court finds that Pacsgear has failed to meet its burden of proof that the Search/Burn claims are invalid as obvious. But the Court finds that the HIPAA claims are obvious. As such, the HIPAA claims are invalid under 35 U.S.C. § 103. IT IS SO ORDERED. SEE ORDER FOR FULL DETAILS. (cs) (Entered: 04/01/2013) |
| 04/01/2013 | 165 | ORDER by Judge Mariana R. Pfaelzer GRANTING Pacsgear Inc's Motion for Summary Judgment of Non-Infringement of "Search/Burn" Patents 68 . (See attached Order for further details). (jp) (Entered: 04/01/2013) |
| 05/28/2013 | 166 | STIPULATION for Judgment as to Final Judgment Under Rule 54(b) of the Federal |

| | | |
|---|---|---|
| | | Rules of Civil Procedure filed by Plaintiff DatCard Systems Inc. (Attachments: # 1 Proposed Order [Proposed] Final Judgment Under Rule 54(b) of the Federal Rules of Civil Procedure)(Stewart, Paul) (Entered: 05/28/2013) |
| 05/31/2013 | 167 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing) (Attachments: # 1 Order Granting Pacegear Inc.'s Motion for Summary Judgment) (gk) (Entered: 05/31/2013) |
| 06/06/2013 | 168 | FINAL JUDGMENT UNDER RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE by Judge Mariana R. Pfaelzer: Upon Stipulation 166 , (1) Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '164 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '164 Patent; (2) Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '597 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '597 Patent; (3) Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '174 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '174 Patent; (4) Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '157 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '157 Patent are invalid under 35 U.S.C. Section 103; (5) Judgment is entered in favor of Pacsgear on DatCard's claim of infringement of the '422 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '422 Patent are invalid under 35 U.S.C. Section 103; (6) Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '164 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '164 Patent; (7) Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '597 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '597 Patent; (8) Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of non-infringement of the '174 Patent, based upon this Court's finding on summary judgment that Pacsgear has not infringed the '174 Patent; (9) Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of invalidity of the '157 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '157 Patent are invalid under 35 U.S.C. Section 103; and (10) Judgment is entered in favor of Pacsgear on Pacsgear's counterclaim for a declaration of invalidity of the '422 Patent, based upon this Court's finding on summary judgment that the asserted claims of the '422 Patent are invalid under 35 U.S.C. Section 103. (11) There are two remaining undecided claims: (a) PacsGear's counterclaim for a declaration of invalidity of the '164 Patent, '597 Patent, and '174 Patent, and (b) Pacsgear's counterclaim for a declaration of unenforceability of all five patents in suit due to inequitable conduct. (12) DatCard has stated that it plans to appeal some of this Court's summary judgment rulings. The Court concurs and hereby stays the proceedings on the two remaining claims identified above, pending appeal. Any motions for attorneys' fees are also stayed and need not be filed, pending appeal. (13) PacsGear, as prevailing party, is entitled to recover its costs, pursuant to Rule 54(d), in an amount to be determined. (gk) (Entered: 06/07/2013) |
| 06/10/2013 | 169 | NOTICE OF APPEAL to the Federal Circuit filed by Plaintiff DatCard Systems Inc. Appeal of Order, 145 , Order on Motion for Summary Judgment 165 , Order on Motion for Summary Judgment, 164 , Judgment,,,,,,,,,,,,, 168 , Order on Motion for Summary Judgment, 160 , Order on Motion for Partial Summary Judgment,,, 163 (Appeal fee of $455 receipt number 0973-12240665 paid.) (Stewart, Paul) (Entered: 06/10/2013) |

| 06/11/2013 | | TRANSMISSION of the Notice of Appeal, Docket Sheet, Judgment and or order e-mailed to the US Court of Appeals for the Federal Circuit re: Notice of Appeal to Federal Circuit Court of Appeals, 169 . (mat) (Entered: 06/11/2013) |
|---|---|---|
| 06/12/2013 | 170 | NOTIFICATION by Circuit Court of Appellate Docket Number 2013-1445, Federal Circuit regarding Notice of Appeal to Federal Circuit Court of Appeals 169 as to Plaintiff DatCard Systems Inc. (mat) (Entered: 06/13/2013) |
| 06/21/2013 | 171 | DESIGNATION of Record on Appeal by Plaintiff DatCard Systems Inc re 169 (Stewart, Paul) (Entered: 06/21/2013) |
| 06/21/2013 | 172 | APPLICATION to the Clerk to Tax Costs against plaintiff DatCard Systems Inc filed by defendant PacsGear Inc. Application set for hearing on 7/11/2013 at 11:00 AM before Clerk of Court. (Attachments: # 1 Appendix Itemization in Support of Bill of Costs, # 2 Appendix Documentation in Support of Bill of Costs)(Martin, Dennis) (Entered: 06/21/2013) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/24/2013 11:19:20 | | | |
| **PACER Login:** | km0071 | **Client Code:** | DATCARL.067LA |
| **Description:** | Docket Report | **Search Criteria:** | 8:10-cv-01288-MRP-VBK End date: 6/24/2013 |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |

**A 105**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**August 19, 2011**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

U.S. PATENT: *7,302,164*
ISSUE DATE: *November 27, 2007*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

**A 106**



US007302164B2

(12) **United States Patent** (10) **Patent No.: US 7,302,164 B2**
Wright et al. (45) **Date of Patent: Nov. 27, 2007**

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 945 days.

(21) Appl. No.: **09/761,795**

(22) Filed: **Jan. 17, 2001**

(65) **Prior Publication Data**

US 2002/0048222 A1 Apr. 25, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
**H04N 5/91** (2006.01)

(52) **U.S. Cl. ........................ 386/95;** 386/112; 386/126

(58) **Field of Classification Search ................** 386/46, 386/95, 125, 126; 600/407; 709/219; 705/2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A 1/1985 Pritchard

(Continued)

FOREIGN PATENT DOCUMENTS

DE 198 02 572 A 1 8/1999

(Continued)

OTHER PUBLICATIONS

XP-000914152 Haufe, et al., PACS at Work: A Multimedia E-Mail Tool for the Inegration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology (1996).

(Continued)

*Primary Examiner*—Huy Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens Olson & Bear LLP

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**27 Claims, 5 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,302,164 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,852,570 A | 8/1989 | Levine |
| 4,860,112 A | 8/1989 | Nichols et al. |
| 4,874,935 A | 10/1989 | Younger |
| 4,945,410 A | 7/1990 | Walling |
| 4,958,283 A | 9/1990 | Tawara et al. |
| 5,002,062 A | 3/1991 | Suzuki |
| 5,005,126 A | 4/1991 | Haskin |
| 5,019,975 A | 5/1991 | Mukai |
| 5,208,802 A | 5/1993 | Suzuki et al. |
| 5,235,510 A | 8/1993 | Yamada et al. |
| 5,272,625 A | 12/1993 | Nishihara et al. |
| 5,291,399 A | 3/1994 | Chaco |
| 5,321,520 A | 6/1994 | Inga et al. |
| 5,321,681 A | 6/1994 | Ramsay et al. |
| 5,384,643 A | 1/1995 | Inga et al. |
| 5,410,676 A | 4/1995 | Huang et al. |
| 5,416,602 A | 5/1995 | Inga et al. |
| 5,451,763 A | 9/1995 | Pickett et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. |
| 5,499,293 A | 3/1996 | Behram et al. |
| 5,513,101 A | 4/1996 | Pinsky et al. |
| 5,531,227 A | 7/1996 | Schneider |
| 5,542,768 A | 8/1996 | Rother et al. |
| 5,544,649 A | 8/1996 | David et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. |
| 5,597,182 A | 1/1997 | Reber et al. |
| 5,597,995 A | 1/1997 | Williams et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. |
| 5,659,741 A | 8/1997 | Eberhardt |
| 5,671,353 A | 9/1997 | Tian et al. |
| 5,687,717 A | 11/1997 | Halpern et al. |
| 5,724,582 A | 3/1998 | Pelanek et al. |
| 5,734,629 A | 3/1998 | Lee et al. |
| 5,734,915 A | 3/1998 | Roewer |
| 5,763,862 A | 6/1998 | Jachimowicz et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. |
| 5,822,544 A | 10/1998 | Chaco et al. |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. |
| 5,832,488 A | 11/1998 | Eberhardt |
| 5,848,198 A | 12/1998 | Penn |
| 5,859,628 A | 1/1999 | Ross et al. |
| 5,867,795 A | 2/1999 | Novis et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. |
| 5,869,163 A | 2/1999 | Smith et al. |
| 5,873,824 A | 2/1999 | Doi et al. |
| 5,882,555 A | 3/1999 | Rohde et al. |
| 5,884,271 A | 3/1999 | Pitroda |
| 5,899,998 A | 5/1999 | McGauley et al. |
| 5,909,551 A * | 6/1999 | Tahara et al. ............... 709/231 |
| 5,911,687 A | 6/1999 | Sato et al. |
| 5,914,918 A | 6/1999 | Lee et al. |
| 5,924,074 A | 7/1999 | Evans |
| 5,942,165 A | 8/1999 | Sabatini |

| | | |
|---|---|---|
| 5,946,276 A | 8/1999 | Ridges et al. |
| 5,950,207 A | 9/1999 | Mortimore et al. |
| 5,982,736 A | 11/1999 | Pierson |
| 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,995,345 A | 11/1999 | Overbo |
| 5,995,965 A | 11/1999 | Experton |
| 6,006,191 A | 12/1999 | DiRienzo |
| 6,021,404 A | 2/2000 | Moukheibir |
| 6,022,315 A | 2/2000 | Iliff |
| 6,032,120 A | 2/2000 | Rock et al. |
| 6,041,703 A | 3/2000 | Salisbury et al. |
| 6,063,030 A | 5/2000 | Vara et al. |
| 6,067,075 A | 5/2000 | Pelanek |
| 6,241,668 B1 | 6/2001 | Herzog |
| 6,260,021 B1 * | 7/2001 | Wong et al. ................... 705/2 |
| 6,272,470 B1 | 8/2001 | Teshima |
| 6,363,392 B1 | 3/2002 | Halstead et al. |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 6,415,295 B1 | 7/2002 | Feinberg |
| 6,564,256 B1 * | 5/2003 | Tanaka ..................... 709/219 |
| 6,671,714 B1 | 12/2003 | Weyer et al. |
| 6,954,802 B2 * | 10/2005 | Sutherland et al. ........... 710/5 |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2004/0078236 A1* | 4/2004 | Stoodley et al. ............... 705/2 |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A2 | 6/1997 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2096440 | 10/1982 |

## OTHER PUBLICATIONS

Terry May, "Medical Information Security: The Evolving Challenge", © 1998, IEEE pp. 85-92.

Ted Cooper, "Kaiser Permanente Anticipates High Cost as it Gears up for HIPPA", IT health Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

Medical Imaging Magazine, Jan. 2000. Product Showcase, Automated Dicom Exchange Station. 1 page.

Dimitroff D C et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software And Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. CONF. 14, 1990, pp. 82-87.

Kleinholz L et al: "Multimedia and PACS, Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG. 1*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

| IMAGE INPUT DEVICES \ FIELDS | AUTO–PRODUCE 1 | TARGET PRODUCTION STATION | RELATED DATA STORAGE |
|---|---|---|---|
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

*F/G. 2*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 3



*FIG. 4*



FIG. 5

US 7,302,164 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA

### CROSS REFERENCE TO RELATED APPLICATIONS

This non-provisional application claims priority date from the provisional patent application Ser. No. 60/181,985, titled "Medical Information System" and filed Feb. 11, 2000.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

### 2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communication in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians'offices do not have the bandwidth suitable for fast download of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

## SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are related to the selected medical image data, and recording related image data to portable digital recording medium.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

3

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan machines 208 and ultrasound machines 210 and

4

stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital record-

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

5

ing medium. Its "target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" filed 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252

6

of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

7

The target production station **300A**, **300B** or **300C** produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server **110** in step **142**. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server **110**. The application server **110** waits for this signal in step **146**.

Still referring to FIG. 3, in step **148**, the application server **110** updates the audit records in the production history database **116** that were created in step **144**. For each CD produced, the application **110** server updates the date and time of production for that CD's audit record. The application server **110** also updates the status value for that CD's audit storage record from "processing" to "successful". The application server **110** then continues monitoring the image server database **202** in step **122**.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server **110**. A user, typically a physician or physician's assistant, accesses the application server database **114** from a browsing terminal **400A**, **400B** or **400C** connected to a network **600**. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server **110**, in step **150**. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server **110**. The application server **110** prompts the user to enter a password or an identification name coupled with a password, in step **152**. The application server **110** checks if the entered identification/password is authorized in step **154**. If the entered identification/password is not authorized the user is returned to step **152** to re-enter the identification/password, or disconnected from the application server **110**. If the entered identification/password is authorized then the user is allowed access to the application server database **114** and the application server **110** proceeds to step **156**.

Still referring to FIG. 4, in step **156** the user is prompted to select a patient from a list of patients with exam images in the application server database **114**. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step **158**. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step **160** whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step **156** to select another patient. If the user answers "no", the user proceeds to step **162**.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database **114**.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations **300A**, **300B** and **300C** in step **162**. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the

8

application server **110**, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step **164**, the application server **110** sends a copy of the image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program **112**, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station **300A**, **300B** or **300C** then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database **114** not from a browsing terminal **400A**, **400B** or **400C**, but directly from the display terminal **118**. In this embodiment the user directly proceeds from step **152**. In this embodiment the user is typically a programmer or operator of the image production system **100**.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server **110**, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server **110** from a browsing terminal **400A**, **400B** or **400C** in step **170**. The user enters identification information and a password in step **172**. Step **174** determines whether the user is authorized to access the application server database **114**. If authorized, the user is prompted to select a patient in step **176**, and selects exams of the selected patient in step **178**. The user is then asked in step **180** if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server **110** then searches for related data. The application server **110** finds the image input device profile table **120** profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field **254**, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server **110** automatically searches for related data without asking for user direction. In this embodiment, the application server **110** alerts the user if related data are found. In one embodiment, the application server **110** also searches the application server database **114** for related medial image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step **184**. In another embodiment, all found related data are automatically selected by the application server **110** for production, without prompting for user selection.

The user is then prompted to select another patient in step **186**. After the user has completed selecting all patients, the user is prompted to select a CD production station **300A**, **300B** or **300C** in step **188**. The user is also prompted to enter additional label text. In step **190**, the application server **110** then sends a copy of the original and selected related data, along with a copy of the viewing program **112**, a number indicating the number of copies to be produced, additional

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

9

label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application server 110 erases data in the new data database. The storage data database stores all data that has ever been received from the image server database 202. In the processes described by FIG. 4 and FIG. 5, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A system for selecting and automatically recording medical image data onto a data storage medium, the system being connected to a medical image server, the system comprising:

an application server;

a plurality of production stations;

a plurality of browsing terminals;

a network connecting the application server, the plurality of production stations and the plurality of browsing terminals, wherein the application server is configured to receive medical image data from the medical image server, the medical images received being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images, the application server further comprising:

a selection module configured to allow a user to select selected medical image data via at least one of (a) a selected one of the plurality of browsing terminals and (b) the application server,

a search module configured to automatically search the medical image server for related medical image data that is related to the selected medical image data,

a configuration data module configured to allow a user to input identifying information relating to the selected medical image data,

a production station selection module configured to allow a user to select one of the plurality of production stations, wherein the selected production station is configured to receive the selected medical image data and the related medical image data to produce a data storage medium that has recorded on it the selected and the related medical image data, the

10

selected medical image data being recorded on the data storage medium in the standard medical imaging format, and

an audit module configured to automatically provide an auditable trail of the selected medical image data;

a viewing program for the standard medical imaging format that is recorded on the data storage medium, and that is configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images; and

a label automatically printed and applied to the data storage medium at the production station, the label containing the identifying information.

2. The system of claim 1, wherein the data storage medium is an optical disk.

3. The system of claim 1, wherein the auditable trail of the selected medical image data includes a record of when the selected medical image data and the related medical image data were recorded onto the data storage medium.

4. The system of claim 1, wherein the medical image server is configured to provide medical image data to the application server in response to generation of medical image data by an imaging modality coupled to the medical image server.

5. The system of claim 4, wherein the imaging modality is an image scanner configured to generate medical image data in a DICOM-compatible format from a film.

6. The system of claim 1, wherein the application server further comprises a user authentication module configured to authenticate a user's identification before the user is allowed to access the selection module.

7. The system of claim 1, wherein the application server further includes a database configured to store medical image data received from the medical image server.

8. The system of claim 7, wherein the selection module is further configured to provide the user with a listing of patients having medical image data stored in the database.

9. A system comprising:

a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

a database configured to store medical image data generated by the plurality of imaging modalities;

a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

a search module configured to search the database for related medical image data that is related to the selected medical image data; and

a production station that is configured to record all of the following onto a data storage medium:

the selected medical image data, recorded in the standard medical imaging format,

the related medical image data, recorded in the standard medical imaging format, and

a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 B2

11

**10**. The system of claim **9**, further comprising a configuration data module configured to allow a user to input identifying information relating to the selected medical image data.

**11**. The system of claim **10**, wherein the production station is further configured to print and apply a label to the data storage medium, the label containing the identifying information.

**12**. The system of claim **9**, further comprising an audit module that is configured to automatically provide an auditable trail of the selected medical image data.

**13**. The system of claim **12**, wherein the auditable trail of the selected medical image data includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

**14**. The system of claim **12**, wherein the auditable trail of the selected medical image data includes identifying information corresponding to the production station used to record the selected medial image data and the related medical image data onto the data storage medium.

**15**. The system of claim **9**, wherein the data storage medium is an optical disk.

**16**. A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:

receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

storing the received medical image data in a database;

providing a user interface configured to receive a user selection that defines selected medical image data;

searching the database for related medical image data that is related to the selected medical image data;

recording the selected medical image data and the related medical image data onto a data storage medium using a production station, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;

recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images;

printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and

affixing the label to the data storage medium using the production station.

**17**. The method of claim **16**, further comprising generating an auditable trail of the selected medical image data, wherein the auditable trail includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

**18**. The method of claim **16**, wherein the user interface is further configured to collect the identifying information from the user.

**19**. The method of claim **16**, further comprising providing, via the user interface, a list of patients having medical image data stored in the database.

12

**20**. The method of claim **16**, wherein the plurality of imaging modalities includes an image scanner configured to generate medical image data in a DICOM-compatible format from a film.

**21**. The method of claim **16**, wherein the data storage medium is an optical disk.

**22**. The method of claim **16**, wherein recording the selected medical image data and the related medical image data further comprising selecting a selected production station from a plurality of production stations that are connected to the database via a computer network.

**23**. A system comprising:

an application server configured to receive medical image data from a medical image server, wherein the medical image data is received in a standard medical imaging format used by specialized computers configured for viewing medical images;

a plurality of production stations;

a plurality of browsing terminals; and

a network connecting the application server, the plurality of production stations and the plurality of browsing terminals;

wherein the application server comprises:

a selection module configured to allow a user to select selected medical image data via a user interface,

a search module configured to search the medical image server for related medical image data that is related to the selected medical image data, and

a production station selection module configured to allow a user to select one of the plurality of production stations, wherein the selected production station is configured to (a) receive the selected medical image data and the related medical image data, (b) produce a data storage medium that has recorded thereon in the standard medical imaging format the selected medical image data and the related medical image data, and (c) also record onto the data storage medium a viewing program for the standard medical imaging format that is configured to allow viewing of the selected medical image data and the related medical image data on widely accessible computers with standard medical imaging software for viewing medical images.

**24**. The system of claim **23**, wherein the selection module is configured to allow the user to select selected medical image data using a selected one of the plurality of production stations or a selected one of the plurality of browsing terminals.

**25**. The system of claim **23**, wherein the application server further comprises a configuration data module configured to allow the user to input identifying information relating to the selected medical imaging data.

**26**. The system of claim **25**, further comprising a label applied to the data storage medium, the label containing the identifying information.

**27**. The system of claim **23**, wherein the application server further comprises an audit module configured to provide an auditable trail of the selected medical image data.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,302,164 C1                                    Page 1 of 1
APPLICATION NO. : 90/009347
DATED : January 4, 2011
INVENTOR(S) : Ken Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Column 1, Line 40, in Claim 9, after "portable" insert --*digital*--.

In Column 1, Line 40, in Claim 9, delete "medium" and insert --[medium] *device that is removable from the production station*--.

In Column 1, Line 47, in Claim 9, delete "medium" and insert -- [medium] *device*--.

In Column 1, Line 67, in Claim 15, delete ":" and insert -- *;* --.

In Column 2, Line 27, in Claim 16, delete "portable" and insert --*portable, digital*--.

In Column 2, Line 28, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 30, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 32, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 34, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 40, in Claim 16, after "data;" delete "and" and insert --[and]--.

In Column 2, Line 41, in Claim 16, delete "medium" and insert --[medium] *device*--.

In Column 2, Line 42, in Claim 16, delete "production station." and insert --production station*; removing the data storage device from the production station.*--.

Signed and Sealed this
Nineteenth Day of April, 2011

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



US007302164C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (7967th)

# United States Patent
Wright et al.

(10) **Number:** US 7,302,164 C1

(45) **Certificate Issued:** Jan. 4, 2011

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Newport Beach, CA (US)

**Reexamination Request:**
No. 90/009,347, Nov. 26, 2008

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **7,302,164** |
| Issued: | **Nov. 27, 2007** |
| Appl. No.: | **09/761,795** |
| Filed: | **Jan. 17, 2001** |

**Related U.S. Application Data**

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
*H04N 5/91* (2006.01)

(52) **U.S. Cl.** ............................ **386/95**; 386/112; 386/126

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,491,725 A | 1/1985 | Pritchard |
| 4,736,256 A | 4/1988 | Ichikawa |
| 4,768,009 A | 8/1988 | Mukai |
| 4,852,570 A | 8/1989 | Levine |
| 4,860,112 A | 8/1989 | Nichols et al. |
| 4,874,935 A | 10/1989 | Younger |
| 4,945,410 A | 7/1990 | Walling |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2322191 | 4/2000 |

| | | |
|---|---|---|
| DE | 198 02 572 A1 | 8/1999 |
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A3 | 3/1999 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2 096 440 A | 10/1982 |
| JP | 04-177473 A | 6/1992 |
| JP | 06-261892 A | 9/1994 |
| WO | WO 97/22297 | 6/1997 |
| WO | WO 00/02202 | 1/2000 |
| WO | WO 00/1925416 | 4/2000 |

OTHER PUBLICATIONS

"Med-volviz-faq-2000-01," dated Jan. 2000.
"Med-volviz-faq-98-11," dated Nov. 1998.

(Continued)

*Primary Examiner*—Sam Rimell

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital recording medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.



# US 7,302,164 C1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,958,283 A | 9/1990 | Tawara et al. |
| 5,002,062 A | 3/1991 | Suzuki |
| 5,005,126 A | 4/1991 | Haskin |
| 5,019,975 A | 5/1991 | Mukai |
| 5,208,802 A | 5/1993 | Suzuki et al. |
| 5,235,510 A | 8/1993 | Yamada et al. |
| 5,272,625 A | 12/1993 | Nishihara |
| 5,291,399 A | 3/1994 | Chaco |
| 5,317,337 A | 5/1994 | Ewaldt |
| 5,319,543 A | 6/1994 | Wilhelm |
| 5,321,681 A | 6/1994 | Ramsay et al. |
| 5,384,643 A | 1/1995 | Inga et al. |
| 5,410,676 A | 4/1995 | Huang et al. |
| 5,451,763 A | 9/1995 | Pickett et al. |
| 5,452,416 A | 9/1995 | Hilton et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. |
| 5,499,293 A | 3/1996 | Behram et al. |
| 5,502,726 A | 3/1996 | Fischer |
| 5,513,101 A | 4/1996 | Pinsky et al. |
| 5,518,325 A | 5/1996 | Kahle |
| 5,531,227 A | 7/1996 | Schneider |
| 5,542,768 A | 8/1996 | Rother |
| 5,544,649 A | 8/1996 | David et al. |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. |
| 5,581,460 A | 12/1996 | Kotake et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. |
| 5,592,511 A | 1/1997 | Schoen et al. |
| 5,597,182 A | 1/1997 | Reber et al. |
| 5,597,995 A | 1/1997 | Williams et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. |
| 5,633,839 A | 5/1997 | Alexander et al. |
| 5,634,053 A | 5/1997 | Noble et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. |
| 5,659,741 A | 8/1997 | Eberhardt |
| 5,668,998 A | 9/1997 | Mason et al. |
| 5,671,353 A | 9/1997 | Tian et al. |
| 5,687,717 A | 11/1997 | Halpern et al. |
| 5,717,841 A | 2/1998 | Farrell et al. |
| 5,721,891 A | 2/1998 | Murray |
| 5,724,582 A | 3/1998 | Pelanek et al. |
| 5,734,629 A | 3/1998 | Lee et al. |
| 5,734,915 A | 3/1998 | Roewer |
| 5,740,134 A | 4/1998 | Peterson |
| 5,763,862 A | 6/1998 | Jachimowicz et al. |
| 5,781,221 A | 7/1998 | Wen et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. |
| 5,822,544 A | 10/1998 | Chaco et al. |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. |
| 5,832,488 A | 11/1998 | Eberhardt |
| 5,848,198 A | 12/1998 | Penn |
| 5,859,628 A | 1/1999 | Ross et al. |
| 5,867,795 A | 2/1999 | Novis et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. |
| 5,869,163 A | 2/1999 | Smith et al. |
| 5,873,824 A | 2/1999 | Doi et al. |
| 5,882,555 A | 3/1999 | Rohde et al. |
| 5,884,271 A | 3/1999 | Pitroda |
| 5,899,998 A | 5/1999 | McGauley et al. |
| 5,909,551 A | 6/1999 | Tahara et al. |
| 5,911,687 A | 6/1999 | Sato et al. |
| 5,914,918 A | 6/1999 | Lee et al. |
| 5,920,317 A | 7/1999 | McDonald |
| 5,924,074 A | 7/1999 | Evans |
| 5,942,165 A | 8/1999 | Sabatini |
| 5,946,216 A | 8/1999 | Hollerich |
| 5,946,276 A | 8/1999 | Ridges et al. |
| 5,949,491 A | 9/1999 | Callahan et al. |
| 5,950,207 A | 9/1999 | Mortimore et al. |
| 5,951,819 A | 9/1999 | Hummell et al. |
| 5,974,004 A | 10/1999 | Dockes et al. |
| 5,974,201 A | 10/1999 | Chang et al. |
| 5,982,736 A | 11/1999 | Pierson |
| 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,995,345 A | 11/1999 | Overbo |
| 5,995,965 A | 11/1999 | Experton |
| 6,006,191 A | 12/1999 | DiRienzo |
| 6,021,404 A | 2/2000 | Moukheibir |
| 6,022,315 A | 2/2000 | Iliff |
| 6,032,120 A | 2/2000 | Rock et al. |
| 6,041,703 A | 3/2000 | Salisbury |
| 6,063,030 A | 5/2000 | Vara et al. |
| 6,067,075 A | 5/2000 | Pelanek |
| 6,115,486 A | 9/2000 | Cantoni |
| 6,137,527 A | 10/2000 | Abdel-Malek et al. |
| 6,149,440 A | 11/2000 | Clark et al. |
| 6,157,914 A | 12/2000 | Seto et al. |
| 6,188,782 B1 | 2/2001 | Le Beux |
| 6,241,668 B1 | 6/2001 | Herzog |
| 6,260,021 B1 | 7/2001 | Wong |
| 6,272,470 B1 | 8/2001 | Teshima |
| 6,363,392 B1 | 3/2002 | Halstead et al. |
| 6,366,966 B1 | 4/2002 | Laney et al. |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 6,415,295 B1 | 7/2002 | Feinberg |
| 6,416,602 B1 | 7/2002 | Firatli |
| 6,454,705 B1 | 9/2002 | Cosentino et al. |
| 6,529,757 B1 | 3/2003 | Patel et al. |
| 6,564,256 B1 | 5/2003 | Tanaka |
| 6,564,336 B1 | 5/2003 | Majkowski |
| 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. |
| 6,574,742 B1 | 6/2003 | Jamroga et al. |
| 6,606,171 B1 | 8/2003 | Renk et al. |
| 6,615,192 B1 | 9/2003 | Tagawa et al. |
| 6,633,674 B1 | 10/2003 | Barnes et al. |
| 6,654,724 B1 | 11/2003 | Rubin et al. |
| 6,671,714 B1 | 12/2003 | Weyer et al. |
| 6,675,271 B1 | 1/2004 | Xu et al. |
| 6,678,703 B2 | 1/2004 | Rothschild et al. |
| 6,678,764 B2 | 1/2004 | Parvulescu et al. |
| 6,760,755 B1 | 7/2004 | Brackett |
| 6,847,933 B1 | 1/2005 | Hastings |
| 6,910,038 B1 | 6/2005 | James |
| 6,925,319 B2 | 8/2005 | McKinnon |
| 6,954,767 B1 | 10/2005 | Kanada |
| 6,954,802 B2 | 10/2005 | Sutherland et al. |
| 6,988,074 B2 | 1/2006 | Koritzinsky et al. |
| 7,006,881 B1 | 2/2006 | Hoffberg et al. |
| 7,020,651 B2 | 3/2006 | Ripley |
| 7,111,015 B2 | 9/2006 | Aoyama |
| 7,120,644 B1 | 10/2006 | Canessa et al. |
| 7,194,119 B2 | 3/2007 | Zahlmann et al. |
| 7,268,794 B2 | 9/2007 | Honda et al. |
| 7,302,164 B2 | 11/2007 | Wright et al. |
| 7,382,255 B2 | 6/2008 | Chung et al. |
| 7,395,215 B2 | 7/2008 | Grushka |
| 7,483,839 B2 | 1/2009 | Mayaud |
| 2001/0041991 A1 | 11/2001 | Segal et al. |
| 2001/0056359 A1 | 12/2001 | Abreu |
| 2002/0007287 A1 | 1/2002 | Straube et al. |
| 2002/0019751 A1 | 2/2002 | Rothschild et al. |
| 2002/0046061 A1 | 4/2002 | Wright et al. |
| 2002/0077861 A1 | 6/2002 | Hogan |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 2002/0133373 A1 | 9/2002 | Silva-Craig et al. |
| 2002/0138301 A1 | 9/2002 | Karras et al. |
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2003/0051144 A1 | 3/2003 | Williams |
| 2003/0200226 A1 | 10/2003 | Wells et al. |
| 2003/0208382 A1 | 11/2003 | Westfall |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 122

US 7,302,164 C1
Page 3

| 2004/0078236 A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 A1 | 7/2005 | Swanson et al. |
| 2005/0197860 A1 | 9/2005 | Joffe et al. |
| 2005/0240445 A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 A1 | 3/2006 | Weiss et al. |
| 2006/0149601 A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 A1 | 7/2006 | Douglass et al. |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |
| 2007/0050216 A1 | 3/2007 | Wright et al. |
| 2008/0122878 A1 | 5/2008 | Keefe et al. |
| 2008/0172254 A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 A1 | 9/2008 | Courtney |
| 2009/0018871 A1 | 1/2009 | Essig et al. |
| 2009/0238540 A1 | 9/2009 | Wright et al. |
| 2009/0245754 A1 | 10/2009 | Wright et al. |
| 2009/0248750 A1 | 10/2009 | Wright et al. |
| 2009/0252479 A1 | 10/2009 | Wright et al. |
| 2009/0252480 A1 | 10/2009 | Wright et al. |

OTHER PUBLICATIONS

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.
Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.
"Algotec to Introduce New Communication Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/web/upload_files/New_Communications_Tools,htm on Jan. 25, 2008].
Minutes, DICOM Standards Committee, Jan. 19–20, 1999.
"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040910/camtronics.com/cardiology/archium.htm, on Feb. 26, 2008].
"Image Workstation DICOM Conformance Statement," Camtronics Medical Systems, Copyright 1999.
"NT100/NT 200 Network Imaging Solutions," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].
"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040447/camtronics.com/main.htm, on Feb. 26, 2008].
"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].
"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life To Exixting Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD–R Exchange," dated Apr. 9, 1996 [Retrieved from http://web.archive.org/web/19980711041036/camtronics.com/news/news.htm, on Feb. 26, 2008].
"Antelope Valley Hospital Choosers Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.
TREX Medical Corp. Form 10–K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar–online.com/1996/12/06/00/0001003539–96–000006/Section2.asp, on Feb. 20, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.
Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.mdeicalimaging.com/issues/articles/2000–03_10.asp?mode=print, on Feb. 22, 2008].
Erik L. Ridley, "Algotec Pursues ASP Model in Bid for PACS Market Success," AuntMinnie.com, dated May 2, 2000 [Retrieved from http://www.auntminnie.com/print/print.asp?sec=sup&sub=pac&pag=dis&ItemID=740&print-page=true, on Mar. 5, 2008].
Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000–06_11.asp, on Jan. 25, 2008].
Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].
Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.
Universal Manager Product Webpages, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].
Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.
Minutes, DICOM Standards Committee, Jun. 22–23, 1999.
David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000–04_04.asp, on Mar. 3, 2008].
"DICOM Standards Committee: writeable CD–ROMs May Become Gold Standard of Image Exchange," Non–invasive Imaging, dated Feb. 1999.
Uwe Engelmann et al., "Borderless teleradiology with CHILI," Journal of Medical Internet Researc, dated Dec. 13, 1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].
Gary R. Conrad, "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115–119, Aug. 1997.
Ruediger Simon, "DICOM: State of the Standard in 1999."
DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/19990417151612/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].
User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.
"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.
"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].
User's Guide for ImageAXS Pro–Med (Windows), Digital Arts & Sciences, Copyright 1998.
Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:54116212, on Mar. 5, 2008].
DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 123

# US 7,302,164 C1
Page 4

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD–RW Rewritability; Complete CD–R/CD–RW Solution Features Support for DVD Compatibility, UDF–Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8 Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1–19746834.html, on Feb. 14, 2008].

James L. Lear et al., "Redundant Array of Independent Disks: Practical On–Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37–38, Feb. 1996.

Amit Mehta et al., "Enhancing Availablity of the Electronic Image Record for Patients and Caregivers During Follow–Up Care," Journal of Digital Imaging, vol. 12, No. 2, pp. 78–80, May 1999.

Raffaele Noro et al., "Real–Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 116–121, Aug. 1997.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205–207, May 1999.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine–Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178–180, May 1999.

"Philips Introduces CD–Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId= 1G1:16673959, on Mar. 5, 2008].

User Manual for Medimage: DICOM Archiving & Viewing Station, Vepro Computersyteme, dated May 9, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym_ws98/ cover/cov_virtual05.html, on Feb. 10, 2008].

Mark Zaidel et al., "Interactive Web–Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203–204, May 1999.

E–mail Communication B. M. Smka, gastrobase II, 1 page, Feb. 23, 2008.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, pp. 19–22, 1997.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Image: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13–17, 1996.

"Acuson Releases ViewPro–Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

Ricky K. Taira et al., "A Concept–Based Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25–36, Feb. 1996.

Bradley J. Erickson et al., "READS: A Radiology–Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67–69, Aug. 1997.

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS–NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's WEBCAST of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/ wc_story.2htm, on Mar. 3, 2008].

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99–102, Aug. 1997.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192–194, May 1999.

E–mail Communication B. M. Smka, CD RS, 1 page, Feb. 23, 2008.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85–90, May 1994.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20–23, Aug. 1997.

Richard K. Wertz, "CD–ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376–3378, Dec. 26, 1986.

Jean–Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnls.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

"CD–Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

Armond L. Levy et al., "An Internet–Connected, Patient–Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231–237, Aug. 1997.

"TDK Introduces Medical CD–R Recording Station," Business Wire dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_mOEIN/is_Dec_1/ai_57876529/ print, on Mar. 11, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.d-imag.com/webcast00/showArticle.ihtml?page=4.html on Mar. 5, 2008].

HIMSS.96—The 1996 Annual HIMSS Conference and Exhibition Disc, produced in Datcard v. Codonics Civil Action No. SACV 08–00063 AHS.

Product Showcase Webpage, Medical Imaging, Jan. 2000.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994–1997.

Company Overview Webpage, Trex Medical Corp., Copyright 2000–2008.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersyteme, dated Jun. 13, 1997.

CRS–PC / CRS–PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 5

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Tony Rickards, "What is DISC Birmingham 96!" Jul. 24, 1996.

"'Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini–Archive," PRNewswire, Jun. 11, Copyright 1996–2008.

MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

SIENET Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002–2008.

Acom.Convert DICOM Conformance Statements, Siemens, dated Sep. 15, 1999.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999–2003.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc. Copyright 2000–2007.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool For Endoscpic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communcations System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175–177, May 1999.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Meta Solutions, Inc., Meta Solutions, Inc. (1998).

Accusoft, High–Perfomance Medical Imaging Software (1997).

Merge Technologies Incorporated, Setting the Course for Electronic Image Management (Feb. 1998).

OTech, OTech News vol. 2, Iss. 2 (1997).

Applicare Medical Imaging B.V., The RadWorks Product Line Version 2.1 Product Catalog (Summer 1997).

Linda A. Keska, Letter re: Presentations (Oct. 1, 1999).

David Avrin, Radiology into the 21st Century: The Digital Department (Sep. 8, 1999).

Douglas M. Tucker, Archives (Sep. 1999).

Radiology Service Partners, LLC, Re–Engineering Radiology (1997).

Siemens Health Services, Sienet—DICOM Conformance Statement: MagicView 50 Versions VA10A, VA10B and VA10C Revision 2.0 (Nov. 13, 1997).

Siemens Medical Systems, Inc., PACS Planning & Integration Services (1998).

Siemens Medical Systems, Inc., Fast, secure, reliable Sienet Enterprise PACS (1998).

Siemens Medical Systems, Inc., MagicView 300 Enterprise–wide clinician viewing of images and reports (1998).

Siemens Medical Systems, Inc., MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences (1998).

Siemens Medical Systems, Inc. MagicView CT/MR (1999).

Camtronics Medical Systems, Service Manual Image Workstation Series (1999).

H.K. Huang, PACS: Basic Principles and Applications, Wiley, New York (1999).

The Imaging Resource, The Imaging Resource Digital Photography Newsletter, vol. 1, No. 3 (Oct. 22, 1999).

Philips Medical Systems, DICOM Conformance Statement—CD–Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).

Philips Medical Systems, 510(k) Summary (Sep. 23, 1999).

Daniel G. Schultz, Letter re: 510(k) Notification (Dec. 21, 1999).

Imaging Resource, Kodak Picture CD, http://www.imaging–resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Adobe Systems, Kodak Picture CD Reviewer's Guide.

Adobe, Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products (Jun. 17, 1999).

Sonya Donaldson, Kodak Picture CD—Software Review—Evaluation (Oct. 2000).

VEPRO Computersysteme GmbH, MedImage The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station, Software Vers. 4.42 (May 9, 1999).

VEPRO, Certificate for the Quality Assurance System (Feb. 12, 2004).

VEPRO Computersysteme, Email re: MedImage Cardio/Angio Viewings Station; MedImage Image Server; MedImage CD–ROM Jukebox Server; MedImage DICOM 3.0 Server Akquisition Station; Cardio—Viewing Station; MedImage Digital Filmrecording & CD–R Archiving Station Dec. 22, 1997.

VEPRO, 17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation (Feb.–Mar. 1998).

VEPRO Computersysteme GmbH, 510(K) Summary (Jun. 6, 1997).

Lillian Yin, Letter re: 510(k) Notification (Nov. 19, 1997).

U.S. Department of Health and Human Services, Food amd Drug Administration, Center for Devices and Radiological Health, Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices (Jul. 27, 2000).

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", Radiology (Jul. 1999).

K. Faulkner, "Book Review—PACS Basic Principles and Applications,", The British Journal of Radiology (Jul. 1999).

VEPRO Computersysteme GmbH, MedImage The Image Management System—DICOM Archiving & Viewing Station, Software Version 4.42 (Jan. 26, 2000).

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

VEPRO Computersysteme GmbH, *MedImage The Image Management System—Digital Film Recording Station, Software Version 4.40* (Oct. 28, 1999).

VEPRO, *Viewing Software Handbook Viewing Software Version 4.41* ( Oct. 7, 1998).

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS–1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS–1100AUTOTP* (Jul. 17, 2003).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

KBMC Productions, *CDRS–1100AUTOTP Operator's Manual* (2002).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.CONVERT DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOm Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

TREXnet HR Price Bok, dated 2000.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

TREXnet HR DICOM Medica Conference Statement, Trex Medical Corp., dated Jun. 29, 1998.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex. Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR Image Network," Trex Medical Corp., 42 pages, revised Jan. 25, 2000.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

Huang, H.K., D.Sc. "PACS Basic Principles and Applications," Wiley–Liss, Inc. 1999, Title page, Copyright Notice page, Table of Contents, Chapter 7, Sections 10.5 and 12.5.

Mehta, A. et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow–Up Care," Journal of Digital Imaging, vol. 12, No. 2, Supp. 1, May, 1999, pp. 78–80.

MedImage ACOM.Convert DICOM Archiving & Viewing Station Software Vers. 4.42 User Manual, Sep. 5, 1999.

Jean–Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnLs.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996. Table Contents; pp. 396–401.

Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al., Copyright 1991.

GE Medical Systems Technical Publications, Direction 2246811–100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

MedImage Software Modules Brochure, Aug. 12, 1997, pp. 1–9.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

PacsCube User ManualInstallation Guide Version 4.1, © 2006, pp. 1–63.

Steinhart Medizinsysteme, Product Information: Hipax System: Medical Image Processing and Communication.

Steinhart Medizinsysteme, Hipax Multi–Monitor System.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com dated Nov. 16, 2000.

Camtronics, Ltd., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement: Document No. 09610–0021 (Rev. A), dated Oct. 26, 1999.

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer–based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11–14, 1995, pp. 11–16.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for Viewing and Permanent CD–R Archiving of Cardiovascular X–Ray Angiography Images," Computers in Cardiology, 2000, pp. 649–652, vol. 27.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7–9, 1995, pp. 134–137.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software And Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. Conf. 14, 1990, pp. 82–87.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996 (1996–06), pp. 313–322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0–444–82497–9.

May T.: "Medical Information Security: The Evolving Challenge", 1998, IEEE doc #0–7803–4536–5/98 pp. 85–92.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

Haufe G. et al: XP–000914153, PACS at work: A Multimedia E–Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Product Showcase: Automated Dicom Exchange Station, Medical Imaging Magazine, Jan. 2000.

VEPRO Medimage Printout, Pädiatrische Kardiologie Universitätsklinik Heidelberg: INF 150–153, 69120, dated Jan. 30, 2009.

VEPRO, Centura–Porter Advertist Hospital Training Reports, dated 1999.

**US 7,302,164 C1**

Page 7

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to Vepro, dated Oct. 1, 1999.

VEPRO, Purchase Order from Centura Health, date Sep. 30, 1999.

VEPRO, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

VEPRO, Serial Number Records for Project Denver, dated Nov. 25, 1999.

VEPRO Computersysteme GmbH, Medimage: DICOM Archiving & Viewing Station, Software Vers. 4.42, User–Manual, dated May 9, 2000.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Medical Imaging web page for Image Archiving the ASAP Way, dated Nov. 2000.

Short Instructions: DICOM Communication by HIPAX, dated 1995–1999.

VEPRO, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

VEPRO, Product Sheet: Image/Film Archive Server: dated Feb. 19, 1999.

VEPRO, Diagram of a Digital Cath–Lab, dated Feb. 19, 1999.

VEPRO, Cardio–Network, dated Feb. 19, 1999.

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

Emedia Professional, "The New Dyes Cast: Mapping the CD–R Media Market—Includes Related Articles—Industry Overview," dated Oct. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

IMPAX Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

ETIAM, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1–441.

10th Conference on Computer Applications to Assist radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442–791.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1–376.

11 th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376–434; 445–749.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12–15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

13th Conference on Computer Applications in Radiology, Jun. 6–9, 1996, R Kilcoyne, et al., Copyright 1996.

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, dated Oct. 7, 1999.

A five–step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.–Aug. 2002 22:4.

A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.

A low–cost CD–ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.

A new approach to teleconferencing with intravascular US and cardiac angiography in a low–bandwidth environment, JN Stahl et al., Radiographics Sep.–Oct. 2000, 20:5.

A PACS RFP toolkit presented to The Fifth RIS–PACS School, Georgetown University Medical Center, JH Perry, dated Feb. 3, 1995.

A PACS RFP toolkit presented to The Seventh RIS–PACS School, Georgetown University Medical Center, JH Perry, dated Aug. 11, 1997.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.–Aug. 1996.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

ACOM.PC 2.2 DICOM Conformance Statement, Version 1.0, dated Sep. 29, 1999.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD–R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649–652.

AIM, Advanced informatics in medicine, EurlPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

An economical, personal computer–based picture archiving and communication system, T–C Wu et al., Radiographics Mar.–Apr. 1999, 19:2.

Angiocardiography without cinefilm: Information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker.,"

Automated prefetch mechanism: Design and implementation for a radiology PACS, AWK Wong et al., SPIE vol. 2165.

Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—Includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.

CD–R & CD–RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.

CD–Surf User's Guide Version 1.0, Algotec, Copyright 2001.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May–Jun. 1991.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25–Dec. 1, 1995.

Computer–based radiology information system: From floppy disk to CD–ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 8

Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.

Consulting with radiologist outside the hospital by using java, S–K Lee et al., Radiographics 19:4, Jul. –Aug. 1999.

Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.

D.I.S.C. 96 (ESC version) ESC annual meeting—Birmingham, T Becker.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995–1996.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Digital archive system for radiology images, AWK Wong, et al., Radiographics 14:5, Sep. 1994.

Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.

Digital Imaging and Communications in Medicine (DICOM Supplement 19 General Purpose CD–R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.

Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323–327, 1998.

Distributing medical images with internet technologies: A DICOM java viewer, J Fernandez–Bayo et al., Radiographics 20:2, Mar.–Apr. 2000.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.–Aug. 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs– und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.

Evolution of the clinical review station for enterprise–wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al, Medical Informatics, 19:2, 1994.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part II: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Finding the path: A worldwide web–based guide for imaging evaluation of patiens in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.–Feb. 1997.

First DIN–PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, web.archive.org date "Apr. 15, 2001."

GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Implementing a DICOM—HL7 interface application, SL Fritz et al., SPIE vol. 2435.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Integrating a Personal–Computer Local–Area Network with a Radiology Information System: Value as a Tool for Clinical Research. MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.–Dec. 2001.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

Interfacing the PACS and the HIS: Results of a 5–year implementation, TV Kinsey, Radiographics, May–Jun. 2000;20(3):883–91.

Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Med-e–Mail Technical Manual version 1.0, Algotec, Copyright 2001.

Medical image database: a content–based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.

Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Merge Connectivity Products: MergeArk, "webarchive.org" date "Sep. 16, 2000".

**US 7,302,164 C1**

Page 9

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "Dec. 2, 1998."

MergeWorks: Store, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Mutimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.–Apr. 1997.

North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al., Journal of Digital Imaging, 13:1, Feb. 2003.

PACS Implementation Experiences: From In–house to Parnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

PACS mini refresher course: Electronic imaging workstations: Ergonomics issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12;2, Mar. 1992.

PACS. mini refresher course: Introduction to the ACR–NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR–NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.

PACS mini refresher course: System Integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and RH Choplin, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Three methods of implementing a picture archiving and communcation system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996, pp. 396–401 and Table of Contents.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.–Oct. 1997.

Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.

Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166–174.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary, SK Mun, Report Date Mar. 1997.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May–Jun. 1997.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

Selections from: A generic hospital PACS RFP presented to the Seventh RIS–PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

Selections from: Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al., Copyright 1991.

Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.

Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

The All–Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imaging, 11:3, Supp 1, Aug. 1998.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1997.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

Using Experience with Bidirectional HL7—ACR–NEMA Interfaces between the Federal Government HIS/RIS and Commericial PACS to Plan for DICOM, Peter M/ Kuzmak et al., SPIE vol. 2435.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

IMAGEAXS, Pro–Med 4.01, "Read Me," dated Aug. 20, 1998.

VEPRO Computersysteme GmbH, "Cardio–Viewing Station," dated 1997.

VEPRO Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Mediface, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

Mediface, PiView 3.0 (3.0.7.0) English Version, "Read-Me.txt," dated Nov. 10, 1999.

Mediface, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2–990903," dated 1999.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

US 7,302,164 C1
Page 10

ACR Learning File Sampler 1 (32–bit), Help File, dated 1999.

VOXAR, Plug'n View 3d 2.1 (Demonstration), "read-me.txt," dated Nov. 12, 1999.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.

ALGOTECH, CDSurf, Help File, dated 1999.

MEDVISION, VisiTran–MD, Screen Captures, dated 1997.

OSIRIS, OSIRIS Imaging Software User Manual, Version 3.1, dated 1996.

DICOM Birmingaham 96, Tutorial Rev. 3.0, dated 1996.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14–16, 1995.

ICMIT, DICOM Development Project , dated Jun. 19, 1996.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise–Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital–Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer–Driven Service Business for the New Millennium," Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World–Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State–of–the–Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT HISPEED Product Line: Introduces Faster Scanner and Mobile System to Make State–of–the–Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: LightSpeed QX/i: One Year Later: Breakthrough Multi–Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full–Service Digital Solutions Promote Hospital–Wide Productivity, Patient Health Care Accessability," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X–Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Revolution XR/d Filmless X–Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care her-Source Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well–Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X–Ray Tube: System Reduces Radiant Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Advantage Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announce Pathspeed Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on Pathspeed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Pathspeed Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System To Help Hospitals Go Digital: State–of–the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get The Bigger Picture With GE Medical Systems' State–Of–The–Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis Of Diagnostic Images On The GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software To Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real–Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 C1
Page 11

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner: SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Increases Power Of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology To Help Physicians Obtain Chemical Information From The Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," Nov. 17, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology For Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All–In–One Nuclear Cardiac Software To GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First To Introduce High Performance Cancer Detecting Scanner For Mobile Services: Mobile Leader Makes Popular 'PET' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality To Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: AmeriNet And GE Medical Systems Sign National Contract For Ultrasound Systems," dated Oct. 26, 19999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advance 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential To Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable For Smaller Hospitals And Clinics: Medical Profession Embraces GE's Development of High–Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order To Provide State–of–the–Art Ultrasound Suite At Massachusetts General Hospital," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five–Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X–Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X–Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool To Aid In Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—radiological Society of North America, Images, dated 1999.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Midasys Digital Systems, DxWin 2.0 Evaluation Version, "Readme.txt," dated 1997.

1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated Mar. 3–7, 1996.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Brian L. Cassel, "Definiting the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Rhonda Delmater, "Multi–Media Messaging: An Emerging Vision for Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Cheryl L. Fontenot, "A Phased Approached to Value–Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into An Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential And Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth Of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bettinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation And Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Hafner, "Effectiveness Of Device Locations In The UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**

Page 12

James R. Prescott, PE, "What's The Score And How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, MD, "Data–Based Assessment Of Urgent Care In A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Richard L. Brandon and John Robinette, "Redesign Of Decedent Care System Provides Compassion, Responsiveness, And Security," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services To Reduce Costs And Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Cynthia McKinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Robert Copple, PE, et al., "Developing a Methodology to Drive Patient Care Unit Consolidation," 1996 Annual HIMSS Conference and Exhibition.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis Of Their Cost–Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology And Tactics Of Physician Integration," 1996 Annual HIMSS Conference and Exhibition.

John D. Morgan, et al., "Building An Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

R. L. (Vern) Davenport, et al., "Understanding And Assessing CHIN Network Technology," 1996 Annual HIMSS Conference and Exhibition.

Dennis Winstein, et al., "Optimizing Clinical Information Systems In Complex Computing Environments," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior To Implementation," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept To Reality: Strategic Approach For Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lilian R. Miller, "Business Process Reengineering Of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Philip A. Katz, "Improving Competitive Position By Use Of The Computerized Patient Record And Associated Technologies," 1996 Annual HIMSS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into The Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Colleen M. Prophet, et al., "On The 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing In The Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Marsha A. Sutter and James A. Baker, "Redesigning The Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange In Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Clement J. McDonald, MD, "Implementing A Physician Order Entry System: Perspective From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Jagdish Kohli, PhD, et al., "Distributed Architecture For A Wide–Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

Jeffery S. Blair, "An Overview Of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Ralph T. Wakerly, et al., "Planning For The Four Stages Of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer–Based Patient Record: An Essential Technology For Healthcare," 1996 Annual HIMSS Conference and Exhibition.

Thomas G. Tape, MD, et al., "Designing A Clinician User–Interface For A Health Care Information System," 1996 Annual HIMSS Conference and Exhibition.

Harry E. McQueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes And Technology," 1996 Annual HIMSS Conference and Exhibition.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock And Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Mitchell S. Curtis and Austin Brown, "The Role Of Information Systems In Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Sallie Williams, et al., "The Inside Story On Chin Implementation: CIO's First Hand Experience," 1996 Annual HIMSS Conference and Exhibition.

W. Brent Peterson, "Strategies For Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine Or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready For Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management For Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends In Health Care Information Systems: Increasing Focus On Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques And Tools," 1996 Annual HIMSS Conference end Exhibition.

John Glaser, PhD, FHIMSS and Giland Kuperman, MD, PhD, "Impact Of Information Events On Medical Care," 1996 Annual HIMSS Conference and Exhibition.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, And Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,302,164 C1**
Page 13

John Lynch, "CHINS: A Collaborative Approach To Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

James C. Benneyan, "Improving Health Care Using SPC And Quality Engineering: Billing And Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

Mark A. Kaiser et al., "New Information Requirements For The New World Of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing The Impact Of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development And Implementation Case Study: Cleaning The Legal, Regulatory, And Contractual Barriers," 1996 Annual HIMSS Conference and Exhibition.

Sylvia K. Dowding, "On The Road To Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use Of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Harm J. Scherpbier, MD et al., "Aspects Of Knowledge Sharing Using The Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Deborah Kohn, MPH, RRA et al., "Mail And Messaging Software: M&Ms Of Communications—A Treat For Health Care Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, FHIMSS et al., "Planning And Developing Of A Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

Dave Niemeyer et al., "The Good, The Bad And The Usable—A Clinical Worstation," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation Of A Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How To Implement Remote Data–Acess," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach For Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, FHIMMS et al., "Transforming Organization Structures To Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Landen Bain et al., "The Benefits And Implications Of A Statewide Health Information Network For A Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation Of Best Practices In Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation And Benchmarking To Improve Radiology Performace," 1996 Annual HIMSS Conference and Exhibition.

G. James Blaine, et al., "project Spectrum: Technology Alliance For The Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Ronald L. Johnson, "Trends In The Health Care Vendor Marketplace," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready For CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Stan Wiebe, "Information Systems Planning For An Urban/ Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Erica Drazen and Jane Metzger, "Creating New Models For Ambulatory Practice: Efficient, Wellness–Focused, IT–Enabled," 1996 Annual HIMSS Conference and Exhibition.

David L. Kimball, "The Information Technology Leader's Role In Renewing The Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive And Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model For Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis Of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Robert Bowman, et al., "Building And Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Arvind M. Salvekar, et al., "Community–Wide Implementation Of Quality Outcome Measurements And Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation Of Procedural Outcome And Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes of Telemedicine Services . . . Patient And Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

Betsy S. Hersher, et al., "The CIO's Position In Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems For Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines For Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements For Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Pamela K. Wear, et al., "Building Security Models For Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.

**US 7,302,164 C1**
Page 14

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Michael C. Longo and Pete Lockhart, "Structured Cabling: Foundations For The Future," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EIS Unplugged," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay For Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Verda Weston, et al., "Reengineering And Technology—Building A Strong Foundation For The CPR," 1996 Annual HIMSS Conference and Exhibition.

Kenneth Weiner and George E. Levesque, "This Hospital's Like A Hotel!," 1996 Annual HIMSS Conference and Exhibition.

M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key To Profitability—An Example To Improve Cost And Efficiency Using Activity–Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

James E. Farstad, et al., "Operations, Facilities And Communications: Understanding Success Factors In Patient–Centered Care," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians To Your IS," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via The World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology To Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Tracey D. Holden, et al., "Nuts And Bolts Approach To Project Management," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications In Health Care," 1996 Annual HIMSS Conference and Exhibition.

Cynthia McKinney, et all, "Simplifying The Approach To Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information Infrastructure Health Information Network NII–HIN," 1996 Annual HIMSS Conference and Exhibition.

AREEDA Associates, "Welcome to the SeeMor Demo CD," dated 1999.

AREEDA Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

AREEDA Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Diforum Series, "Soft–Copy Interpretation: How To Do It, What to Avoid," Diagnostic Imaging, pp. 66–72, dated Sep. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30–P42, dated Sep. 1998.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15–P17, dated Sep. 1998.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High–Volume Setting," Diagnostic Imaging, pp. 9–13, dated Jul. 1998.

Stephen M. Pomerantz, M.D., "First Person: Soft–Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37–39, dated Mar. 1998.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42–46, dated Mar. 1998.

Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25–27, dated Feb. 1998.

Philip G. Drew, Ph.D., "Signal–to–Noise: Surveys Attest to Growing Interest in PACS," pp. 21–22, dated Jan. 1998.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40–45, dated Jan. 1998.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46–51, dated Jan. 1998.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125–127, dated Nov. 1997.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207–211, dated Nov. 1997.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47–P50, dated Sep. 1997.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent–Care Needs," Diagnostic Imaging, pp. P22–P24, dated Sep. 1997.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1–3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

Sohard AG, Radin Version 2.0, dated Nov. 2002, Screen Captures.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.05, "About Cardio Viewing Station," dated 1999.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.03, "About Cardio Viewing Station," dated 1998.

US 7,302,164 C1

**1**

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 9, 15, 16 and 21 are determined to be patentable as amended.

Claims 10-14, 17-20 and 22, dependent on an amended claim, are determined to be patentable.

Claims 1-8 and 23-27 were not reexamined.

9. A system comprising:
a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;
a database configured to store medical image data generated by the plurality of imaging modalities;
a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;
a search module configured to search the database for related medical image data that is related to the selected medical image data; and
a production station that is configured to record all of the following onto a *single, portable* data storage medium:
the selected medical image data, recorded in the standard medical imaging format,
the related medical image data, recorded in the standard medical imaging format, and
a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

15. [The system of claim 9,] *A system comprising:*
*a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;*
*a database configured to store medical image data generated by the plurality of imaging modalities;*
*a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;*
*a search module configured to search the database for related medical image data that is related to the selected medical image data; and*
*a production station that is configured to record all of the following onto a data storage medium,* wherein the data storage medium is an optical disk[.] *:*

**2**

the selected medical image data, recorded in the standard medical imaging format,
the related medical image data, recorded in the standard medical imaging format, and
a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

16. A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:
receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;
storing the received medical image data in a database;
providing a user interface configured to receive a user selection that defines selected medical image data;
searching the database for related medical image data that is related to the selected medical image data;
recording the selected medical image data and the related medical image data onto a *single, portable* data storage medium using a production station, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;
recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images;
printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and
affixing the label to the data storage medium using the production station.

21. [The method of claim 16,] *A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:*
*receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;*
*storing the received medical image data in a database;*
*providing a user interface configured to receive a user selection that defines selected medical image data;*
*searching the database for related medical image data that is related to the selected medical image data;*
*recording the selected medical image data and the related medical image data onto a data storage medium using a production station,* wherein the data storage medium is an optical disk[.] *, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;*
*recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,302,164 C1

3

with standard medical imaging software for viewing of medical images;

printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and

4

affixing the label to the data storage medium using the production station.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



U 7312126

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,729,597*
ISSUE DATE: *June 01, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



US007729597B2

(12) **United States Patent**
Wright et al.

(10) **Patent No.:** **US 7,729,597 B2**
(45) **Date of Patent:** *Jun. 1, 2010

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/491,187**

(22) Filed: **Jun. 24, 2009**

(65) **Prior Publication Data**

US 2009/0252480 A1    Oct. 8, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of application No. 09/761,795, filed on Jan. 17, 2001, now Pat. No. 7,302,164.

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
*H04N 5/91* (2006.01)

(52) **U.S. Cl.** ........................... 386/125; 386/126; 705/2; 705/3

(58) **Field of Classification Search** ................... 386/95, 386/125, 126; 705/2, 3, 5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A    1/1985    Pritchard

4,736,256 A    4/1988    Ichikawa

(Continued)

FOREIGN PATENT DOCUMENTS

CA            2322191          4/2000
DE      198 02 572 A1      8/1999

(Continued)

OTHER PUBLICATIONS

TREX Medical Corporation, XRE Division, "SPEC, FUNC, TREXnet HR Image Network," last revision dated Jan. 25, 2000.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, selecting a first set of the medical image data from the computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**10 Claims, 5 Drawing Sheets**



**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,729,597 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 4,768,099 A | 8/1988 | Mukai | 5,942,165 A | 8/1999 | Sabatini |
| 4,852,570 A | 8/1989 | Levine | 5,946,216 A | 8/1999 | Hollerich |
| 4,860,112 A | 8/1989 | Nichols et al. | 5,946,276 A | 8/1999 | Ridges et al. |
| 4,874,935 A | 10/1989 | Younger | 5,949,491 A | 9/1999 | Callahan et al. |
| 4,945,410 A | 7/1990 | Walling | 5,950,207 A | 9/1999 | Mortimore et al. |
| 4,958,283 A | 9/1990 | Tawara et al. | 5,951,819 A | 9/1999 | Hununell et al. |
| 5,002,062 A | 3/1991 | Suzuki | 5,974,004 A | 10/1999 | Dockes et al. |
| 5,005,126 A | 4/1991 | Haskin | 5,974,201 A | 10/1999 | Chang et al. |
| 5,019,975 A | 5/1991 | Mukai | 5,982,736 A | 11/1999 | Pierson |
| 5,208,802 A | 5/1993 | Suzuki et al. | 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,235,510 A | 8/1993 | Yamada et al. | 5,995,345 A | 11/1999 | Overbo |
| 5,272,625 A | 12/1993 | Nishihara et al. | 5,995,965 A | 11/1999 | Experton |
| 5,291,399 A | 3/1994 | Chaco | 6,006,191 A | 12/1999 | DiRienzo |
| 5,317,337 A | 5/1994 | Ewaldt | 6,021,404 A | 2/2000 | Moukheibir |
| 5,319,543 A | 6/1994 | Wilhelm | 6,022,315 A | 2/2000 | Iliff |
| 5,321,520 A | 6/1994 | Inga et al. | 6,032,120 A | 2/2000 | Rock et al. |
| 5,321,681 A | 6/1994 | Ramsay et al. | 6,041,703 A | 3/2000 | Salisbury et al. |
| 5,384,643 A | 1/1995 | Inga et al. | 6,063,030 A | 5/2000 | Vara et al. |
| 5,410,676 A | 4/1995 | Huang et al. | 6,067,075 A | 5/2000 | Pelanek |
| 5,416,602 A | 5/1995 | Inga et al. | 6,115,486 A | 9/2000 | Cantoni |
| 5,451,763 A | 9/1995 | Pickett et al. | 6,137,527 A | 10/2000 | Abdel-Malek et al. |
| 5,452,416 A | 9/1995 | Hilton et al. | 6,149,440 A | 11/2000 | Clark et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. | 6,157,914 A | 12/2000 | Seto et al. |
| 5,499,293 A | 3/1996 | Behram et al. | 6,188,782 B1 | 2/2001 | Le Beux |
| 5,502,726 A | 3/1996 | Fischer | 6,241,668 B1 | 6/2001 | Herzog |
| 5,513,101 A | 4/1996 | Pinsky et al. | 6,260,021 B1 | 7/2001 | Wong et al. |
| 5,518,325 A | 5/1996 | Kahle | 6,272,470 B1 | 8/2001 | Teshima |
| 5,531,227 A | 7/1996 | Schneider | 6,363,392 B1 | 3/2002 | Halstead et al. |
| 5,542,768 A | 8/1996 | Rother et al. | 6,366,966 B1 | 4/2002 | Laney et al. |
| 5,544,649 A | 8/1996 | David et al. | 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. | 6,415,295 B1 | 7/2002 | Feinberg |
| 5,581,460 A | 12/1996 | Kotake et al. | 6,454,705 B1 | 9/2002 | Cosentino et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. | 6,529,757 B1 | 3/2003 | Patel et al. |
| 5,592,511 A | 1/1997 | Schoen et al. | 6,564,256 B1 | 5/2003 | Tanaka |
| 5,597,182 A | 1/1997 | Reber et al. | 6,564,336 B1 | 5/2003 | Majkowski |
| 5,597,995 A | 1/1997 | Williams et al. | 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. | 6,574,742 B1 | 6/2003 | Jamroga et al. |
| 5,633,839 A | 5/1997 | Alexander et al. | 6,606,171 B1 | 8/2003 | Renk et al. |
| 5,634,053 A | 5/1997 | Noble et al. | 6,615,192 B1 | 9/2003 | Tagawa et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. | 6,633,674 B1 | 10/2003 | Barnes et al. |
| 5,659,741 A | 8/1997 | Eberhardt | 6,654,724 B1 | 11/2003 | Rubin et al. |
| 5,668,998 A | 9/1997 | Mason et al. | 6,671,714 B1 | 12/2003 | Weyer et al. |
| 5,671,353 A | 9/1997 | Tian et al. | 6,675,271 B1 | 1/2004 | Xu et al. |
| 5,687,717 A | 11/1997 | Halpern et al. | 6,678,703 B2 | 1/2004 | Rothschild et al. |
| 5,717,841 A | 2/1998 | Farrell et al. | 6,678,764 B2 | 1/2004 | Parvulescu et al. |
| 5,721,891 A | 2/1998 | Murray | 6,760,755 B1 | 7/2004 | Brackett |
| 5,724,582 A | 3/1998 | Pelanek et al. | 6,847,933 B1 | 1/2005 | Hastings |
| 5,734,629 A | 3/1998 | Lee et al. | 6,910,038 B1 | 6/2005 | James |
| 5,734,915 A | 3/1998 | Roewer | 6,925,319 B2 | 8/2005 | McKinnon |
| 5,740,134 A | 4/1998 | Peterson | 6,954,767 B1 | 10/2005 | Kanada |
| 5,763,862 A | 6/1998 | Jachimowicz et al. | 6,954,802 B2 | 10/2005 | Sutherland et al. |
| 5,781,221 A | 7/1998 | Wen et al. | 6,988,074 B2 | 1/2006 | Koritzinsky et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. | 7,006,881 B1 | 2/2006 | Hoffberg et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. | 7,020,651 B2 | 3/2006 | Ripley |
| 5,822,544 A | 10/1998 | Chaco et al. | 7,111,015 B2 | 9/2006 | Aoyama |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. | 7,120,644 B1 | 10/2006 | Canessa et al. |
| 5,832,488 A | 11/1998 | Eberhardt | 7,194,119 B2 | 3/2007 | Zahlmann et al. |
| 5,848,198 A | 12/1998 | Penn | 7,268,794 B2 | 9/2007 | Honda et al. |
| 5,859,628 A | 1/1999 | Ross et al. | 7,302,164 B2 | 11/2007 | Wright et al. |
| 5,867,795 A | 2/1999 | Novis et al. | 7,382,255 B2 | 6/2008 | Chung et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. | 7,395,215 B2 | 7/2008 | Grushka |
| 5,869,163 A | 2/1999 | Smith et al. | 7,483,839 B2 | 1/2009 | Mayaud |
| 5,873,824 A | 2/1999 | Doi et al. | 2001/0041991 A1 | 11/2001 | Segal et al. |
| 5,882,555 A | 3/1999 | Rohde et al. | 2001/0056359 A1 | 12/2001 | Abreu |
| 5,884,271 A | 3/1999 | Pitroda | 2002/0007287 A1 | 1/2002 | Straube et al. |
| 5,899,998 A | 5/1999 | McGauley et al. | 2002/0019751 A1 | 2/2002 | Rothschild et al. |
| 5,909,551 A | 6/1999 | Tahara et al. | 2002/0046061 A1 | 4/2002 | Wright et al. |
| 5,911,687 A | 6/1999 | Sato et al. | 2002/0077861 A1 | 6/2002 | Hogan |
| 5,914,918 A | 6/1999 | Lee et al. | 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 5,920,317 A | 7/1999 | McDonald | 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 5,924,074 A | 7/1999 | Evans | 2002/0133373 A1 | 9/2002 | Silva-Craig et al. |
| | | | 2002/0138301 A1 | 9/2002 | Karras et al. |
| | | | 2002/0138524 A1 | 9/2002 | Ingle et al. |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 3

| | | |
|---|---|---|
| 2003/0051144 A1 | 3/2003 | Williams |
| 2003/0200226 A1 | 10/2003 | Wells et al. |
| 2003/0208382 A1 | 11/2003 | Westfall |
| 2004/0078236 A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 A1 | 7/2005 | Swanson et al. |
| 2005/0197860 A1 | 9/2005 | Joffe et al. |
| 2005/0240445 A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 A1 | 3/2006 | Weiss et al. |
| 2006/0149601 A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 A1 | 7/2006 | Douglass et al. |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |
| 2007/0050216 A1 | 3/2007 | Wright et al. |
| 2008/0122878 A1 | 5/2008 | Keefe et al. |
| 2008/0172254 A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 A1 | 9/2008 | Courtney |
| 2009/0018871 A1 | 1/2009 | Essig et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A3 | 3/1999 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2 096 440 A | 10/1982 |
| JP | 04-177473 A | 6/1992 |
| JP | 06-261892 A | 9/1994 |
| WO | WO 97/22297 | 6/1997 |
| WO | WO 00/02202 | 1/2000 |
| WO | WO 00/09416 | 4/2000 |
| WO | WO 00/19416 | 4/2000 |

OTHER PUBLICATIONS

Camtronics, Ltd., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement: last updated Oct. 26, 1999.

ImageAXS Pro-Med Windows User's Guide, Digital Arts and Science, Alameda, CA, "Printed May 1998".

RadWorks Product Line, Version 2.1 Product Catalog, Applicare Medical Imaging B.V., "Summer 1997".

Vepro Computersysteme GmbH, "Medimage®: The Image Management System: DICOM Archiving & Viewing Station: Software Vers. 4.42," Pfungstadt, Germany, Jan. 2000.

Huang, H.K., PACS: Basic Principles and Applications, Wiley-Liss, Inc., USA, 1999, pp. vii-xvii, 177-198, 284-288, & 338-342.

U.S. Appl. No. 60/181,985, filed Feb. 11, 2000, Wright et al.

U.S. Appl. No. 60/205,751, filed May 19, 2000, Samari-Kermani.

U.S. Appl. No. 12/479,726, filed Jun. 5, 2009, Wright et al.

U.S. Appl. No. 12/484,064, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/484,100, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/491,178, filed Jun. 24, 2009, Wright et al.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1-3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com, dated Nov. 16, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym_ws98/cover/cov_virtual05.html, on Feb. 10, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040447/camtronics.com/about/main.htm, on Feb. 26, 2008].

"Acuson Releases ViewPro-Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

"Algotec to Introduce New Communications Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/web/upload_files/New_Communications_Tools.htm, on Jan. 25, 2008].

"Antelope Valley Hospital Chooses Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040091/camtronics.com/cardiology/archium.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life To Existing Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD-R Exchange," dated Apr. 9, 1996 [Retrieved from http://web.archive.org/web/19980711041036/camtronics.com/news/news.htm, on Feb. 26, 2008].

"CD-Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

"DICOM Standards Committee: writeable CD-ROMs May Become Gold Standard of Image Exchange," Non-invasive Imaging, dated Feb. 1999.

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].

"Med-volviz-faq-2000-01," dated Jan. 2000.

"Med-volviz-faq-98-11," dated Nov. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.dimag.com/webcast00/showArticle.ihtml?page=4.html, on Mar. 5, 2008].

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 140

# US 7,729,597 B2

Page 4

"Philips Introduces CD-Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD-RW Rewritability; Complete CD-R/CD-RW Solution Features Support for DVD Compatibility, UDF-Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8-Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1-19746834.html, on Feb. 14, 2008].

"SPEC, Concept, TREXnet HR," Trex Medical Corp., 10 pages, undated.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex. Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

"TDK Introduces Medical CD-R Recording Station," Business Wire, dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_mOEIN/is_Dec_1/ai_57876529/print, on Mar. 11, 2008].

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

"Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini-Archive," PRNewswire, Jun. 11, Copyright 1996-2008.

1996 Annual HIMSS Conference and Exhibition, "Readme". 1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated Mar. 3-7, 1996.

510(k) Premarket Notification Database Webpage, FDA: Center for Devices and Radiological Health.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersysteme, dated Jun. 13, 1997.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

AccuImage AccuView User's Manual, dated Aug. 16, 1999.

Accusoft, *High-Performance Medical Imaging Software* (1997).

Acom.Convert DICOM Conformance Statement, Siemens, dated Sep. 15, 1999.

ACR Learning File Sampler 1 (32-bit), Help File, dated 1999.

Adobe, *Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products* (Jun. 17, 1999).

Advisory Action, U.S. Appl. No. 09/753,792, mailed Oct. 8, 2008.

Advisory Action, U.S. Appl. No. 09/761,795, mailed Jan. 16, 2007.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

Aims from IMM Advanced Image Management System Software, produced in *Datcard v. Codonics* Civil Action No. SACV 08-00063 AHS.

Algotech, CDSurf, Help File, dated 1999.

Amendment After Final, U.S. Appl. No. 09/753,792, received Sep. 18, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Oct. 10, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Nov. 5, 2007.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Dec. 12, 2005.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Mar. 27, 2007.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Dec. 12, 2006.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14-16, 1995.

Amit Mehta et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care," Journal of Digital Imaging, vol. 12, No. 2, pp. 78-80, May 1999.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Applicant Interview Summary, U.S. Appl. No. 09/753,792, received May 27, 2008.

Areeda Associates Ltd, *SeeMor: Image Viewing Software for Windows 95/NT and Macintosh*.

Areeda Associates, "Welcome to the SeeMor Demo CD," dated 1999.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

Areeda Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

Areeda Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Armond L. Levy et al., "An Internet-Connected, Patient-Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231-237, Aug. 1997.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

Arvind M. Salvekar, et al., "Community-Wide Implementation Of Quality Outcome Measurements And Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, FHIMSS et al., "Transforming Organization Structures To Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

AS3000 IMPAX 4 Server Marketing Product Specification Rev. 1.5, dated Dec. 31, 1998.

AS3000 IMPAX 4 Server Requirements Specification Rev. 1.4, dated Sep. 28, 1998.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205-207, May 1999.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47-P50, dated Sep. 1997.

Betsy S. Hersher, et al., "The CIO's Position In Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Bills of Lading, Invoices, and Packing Lists from Mitra Imaging to Institute de Cardiology de Montreal, dated May 1, 1998.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,729,597 B2**

Page 5

Bradley J. Erickson et al., "READS: A Radiology-Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67-69, Aug. 1997.

Brian L. Cassel, "Defining the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing In The Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine—Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178-180, May 1999.

Camtronics Medical Systems, Service Manual Image Workstation Series (1996).

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.medicalimaging.com/issues/articles/2000-03_10.asp?mode=print, on Feb. 22, 2008].

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994-1997.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential and Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

CDWriter, Vault, AS300 Source Code & Packages, dated Feb. 12, 1997 to Feb. 26, 1997.

Cedar SDK Beta 6 change history log, dated Sep. 27, 1999.

Cedar SDK Beta 6 read me file, dated Sep. 27, 1999.

Certified Copy of Transcript of Non-Confidential Portions of Jan. 13, 2009 Deposition of Kenneth L. Wright, including Exhibits (Nos. 23 and 24) thereto.

Cheryl L. Fontenot, "A Phased Approached to Value-Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

Clement J. Mcdonald, MD, "Implementing A Physician Order Entry System: Perspectives From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Codonics, Inc.'s Answer and Defenses to DatCard Systems' Complaint and Counterclaims, filed Mar. 4, 2008.

Codonics, Inc.'s First Set of Requests for Production of Documents and Things, dated Jun. 6, 2008.

Codonics, Inc.'s Initial Invalidity Contentions and Initial Non-Infringement Contentions, dated Oct. 31, 2008.

Codonics, Inc.'s Memorandum in Support of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Memorandum of Points and Authorities in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 44-78), dated Nov. 21, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 79-111), dated Dec. 19, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things (Nos. 112-225), dated Jan. 26, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Interrogatories (No. 12), dated Jan. 20, 2009.

Codonics, Inc.'s Response to DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-43), dated Jun. 3, 2008.

Codonics, Inc.'s Response to DatCard's First Set of Interrogatories (Nos. 1-8), dated Jun. 3, 2008.

Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Dec. 5, 2008.

Codonics, Inc.'s Supplemental Responses to DatCard's First Set of Interrogatories (Nos. 1-8), dated Nov. 6, 2008.

Codonics' Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Colleen M. Prophet, et al., "On the 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Company Overview Webpage, Trex Medical Corp., Copyright 2000-2008.

Cooper T: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

CRS-PC/CRS-PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Cynthia Mckinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Cynthia Mckinney, et all, "Simplifying The Approach To Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

Daniel G. Schultz, Letter re: 510(k) Notification (Dec. 21, 1999).

DASM On-Line, produced in Datcard v. Codonics Civil Action No. SACV 08-00063 AHS.

DatCard Systems, Inc.'s Complaint for Patent Infringement and Demand for Jury Trial, filed Jan. 18, 2008.

DatCard Systems, Inc.'s First Amended Initial Disclosures, dated Jul. 21, 2008.

DatCard Systems, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

DatCard Systems, Inc.'s Reply to Codonics, Inc.'s Counterclaim, filed Mar. 13, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-83), dated Jul. 25, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Jan. 5, 2009.

DatCard Systems, Inc.'s Second Amended Initial Disclosures, dated Jan. 23, 2009.

DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 20, 2009.

DatCard's Opposition to Codonics' Motion for Stay Pending Codonics' Ungranted Request for Reexamination of the Patent-in-Suit, filed Jan. 16, 2009.

# US 7,729,597 B2

Page 6

Dave Niemeyer et al., "The Good, The Bad And The Usable—A Clinical Workstation," 1996 Annual HIMSS Conference and Exhibition.

David Avrin, *Radiology into the 21st Century: The Digital Department* (Sep. 8, 1999).

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-04__04.asp, on Mar. 3, 2008].

David L. Kimball, "The Information Technology Leader's Role In Renewing The Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit and Ex Parte Application for an Order Shortening Time to File and Hear Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of L. Smka In Support of Defendant Codonics, Inc.'s Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Declaration of M. Kendrick In Support of Motion to Compel Compliance with Subpoena, dated Jan. 15, 2009.

Declaration of P. Nikolai in Support of Rimage's Opposition and Cross-Motion to Quash, dated Jan. 20, 2009.

Declaration of R. Wise in Support of Codonics' Reply to DatCard's Opposition to Codonics' Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Defendant and Counterclaimant Codonics, Inc.'s First Amended Initial Disclosures, dated Jan. 29, 2009.

Defendant and Counterclaimant Codonics, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

Defendant Codonics, Inc.'s Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Dennis Winstein, et al., "Optimizing Clinical Information Systems in Complex Computing Environments," 1996 Annual HIMSS Conference and Exhibition.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46-51, dated Jan. 1998.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

DICOM Birmingham 96, Tutorial Rev. 3.0, dated 1996.

Dicom Cd Writer Installation and Staging Manual Version 1.0.0, dated Aug. 25, 1997.

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/19990417151612/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

Diforum Series, "Soft-Copy Interpretation: How To Do It, What to Avoid," Diagnostic Imaging, pp. 66-72, dated Sep. 1998.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software And Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. CONF. 14, 1990, pp. 82-87.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock And Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lillian R. Miller, "Business Process Reengineering Of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Douglas M. Tucker, *Archives* (Sep. 1999).

Draft Specifications for Medical Diagnostic Imaging Support (MDIS) System, Apr. 6, 1990.

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information Infrastructure Health Information Network NII-HIN," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation Of Procedural Outcome And Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, Md, "Data-Based Assessment Of Urgent Care In A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, And Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

E-mail Communication B. M. Smka, CD RS, 1 page, Feb. 23, 2008.

E-mail Communication B. M. Smka, gastrobase II, 1 page, Feb. 23, 2008.

Email Communication from C. Loomis, "RE: Direct Connect Workstations," dated Dec. 30, 1999.

E-mail Communication from R. Desrochers, "FW: Workstation Training," Feb. 2, 2000.

Email from Michael Fisher at Mitra Imaging to Susanna Fries at Mitra Imaging, "RE: Montreal Heart (ICM) Address for Vault," dated May 1, 1998.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc v. Codonics, Inc* Declaration (Motion related)," dated Feb. 4, 2009.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc v. Codonics, Inc* Objection/Opposition (Motion related)", dated Feb. 4, 2009.

Emedia Professional, "The New Dyes Cast: Mapping the CD-R Media Market—Includes Related Articles—Industry Overview," dated Oct. 1998.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent-Care Needs," Diagnostic Imaging, pp. P22-P24, dated Sep. 1997.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Erica Drazen and Jane Metzger, "Creating New Models For Ambulatory Practice: Efficient, Wellness-Focused, IT-Enabled," 1996 Annual HIMSS Conference and Exhibition.

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for PACS Market Success," AuntMinnie.com, dated May 2, 2000

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

[Retrieved from http://www.auntminnie.com/print/print.asp?sec=sup&sub=pac&pag=dis&ItemId=740&printpage=true, on Mar. 5, 2008].

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS—NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's Webcast of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc__story2.htm, on Mar. 3, 2008].

Etiam, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Jul. 7, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Feb. 11, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, May 13, 2008.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, Mar. 6, 2008.

Examiner's Interview Summary, U.S. Appl. No. 09/761,795, mailed May 24, 2007.

Examiner's Interview Summary, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

Exchange Version 1.x User's Manual, dated 1998.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready For Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

FilmX and Signature III CD Writer device images.

FilmX Presentation slides.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Aug. 25, 2008.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 7, 2007.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 10, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jul. 2, 2003.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jan. 12, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

G. James Blaine, et al., "project Spectrum: Technology Alliance For The Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development And Implementation Case Study: Clearing The Legal, Regulatory, And Contractual Baffiers," 1996 Annual HIMSS Conference and Exhibition.

Gary R. Conrad; "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115-119, Aug. 1997.

GE Medical Systems, "Press Information: AmeriNet And GE Medical Systems Sign National Contract For Ultrasound Systems," dated Oct. 26, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Increases Power Of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality To Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All-In-One Nuclear Cardiac Software To GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World-Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State-of-the-Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X-Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT HISPEED Product Line: Introduces Faster Scanner and Mobile System to Make State-of-the-Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner. SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First To Introduce High Performance Cancer Detecting Scanner For Mobile Services: Mobile Leader Makes Popular 'PET' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces ADVANTAGE Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces PATHSPEED Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on PATHSPEED," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X-Ray Tube: System Reduces Radiation Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System To Help Hospitals Go Digital: State-of-the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software To Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real-Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology To Help Physicians Obtain Chemical Information From The Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,729,597 B2
Page 8

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X-Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool To Aid In Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise-Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital-Wide," dated Nov. 28, 1999.

GE Medical Systems Makes New Advanced Ultrasound Systems Affordable For Smaller Hospitals And Clinics: Medical Profession Embraces GE's Development of High-Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full-Service Digital Solutions Promote Hospital-Wide Productivity, Patient Health Care Accessibility," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer-Driven Service Business for the New Millennium," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five-Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well-Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X-Ray System," dated Nov. 28, 1999.

GE Medical Systems Wins $1.4 Million Order To Provide State-of-the-Art Ultrasound Suite At Massachusetts General Hospital,"dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces PATHSPEED Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces PATHSPEED Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology For Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential To Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: LIGHTSPEED QX/i: One Year Later: Breakthrough Multi-Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis Of Diagnostic Images On The GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: REVOLUTION XR/d Filmless X-Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," dated Nov. 17, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get The Bigger Picture With GE Medical Systems' State-Of-The-Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—Radiological Society of North America, Images, dated 1999.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management For Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth Of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

H.K. Huang, *PACS: Basic Principles and Applications,* Wiley, New York (1999).

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer-based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11-14, 1995, pp. 11-16.

Harm J. Scherpbier, MD et al., "Aspects Of Knowledge Sharing Using The Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Harry E. McQueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes And Technology," 1996 Annual HIMSS Conference and Exhibition.

Haufe G. et al.: XP-000914153, PACS at work: A Multimedia E-Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for Viewing and Permanent CD-R Archiving of Cardiovascular X-Ray Angiography Images," Computers in Cardiology, 2000, pp. 649-652, vol. 27.

HIMSS.96—The 1996 Annual HIMSS Conference and Exhibition Disc, produced in *Datcard* v. *Codonics* Civil Action No. SACV 08-00063 AHS.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192-194, May 1999.

ICMIT, DICOM Development Project, dated Jun. 19, 1996.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

Page 9

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.

IMAGEAXS, Pro-Med 4.01, "Read Me," dated Aug. 20, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Imaging Resource, *Kodak Picture CD*, http://www.imaging-resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Impax Conformance Statement for Media Application Storage Profiles CD-R Archive, Rev. 1.3, dated Dec. 6, 1999.

Impax NT Client Workstation CD Export System Test Plan v. 1.7.0, dated Jun. 12, 2000.

Impax Price Quotation for Laurie Imaging Center with annotations, dated Apr. 27, 1998.

Impax Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to VEPRO, dated Oct. 1, 1999.

Invoice from Impax Technology to Agfa Inc. (CAN), dated Nov. 30, 2000.

Invoice from Impax Technology to Toshiba America, Inc., dated Jan. 31, 2000.

Invoice from Mitra Imaging to Agfa Division of Bayer Inc., dated Oct. 18, 1998.

Invoice from Mitra Imaging to EMED, dated Sep. 30, 1996.

Invoice from Mitra Imaging to Fuji Medical Systems, U.S.A., dated Mar. 24, 1997.

Invoice from Mitra Imaging to Siemens Health Services, dated Mar. 11, 1998.

Invoices and Sales Orders from Mitra Imaging to Picker International, dated Jul. 16, 1999.

Invoices from Impax Technology to Agfa Corporation, dated from Mar. 1, 2000 to Jan. 10, 2001.

Invoices from Impax Technology to Agfa Europe, dated from Nov. 3, 2000 to Jan. 15, 2001.

Invoices from Impax Technology to Agfa Hong Kong Ltd., dated from Jun. 21, 2000 to Aug. 22, 2000.

Invoices from Impax Technology to Agfa-Gevaert Ltd. (AUS), dated from Aug. 25, 2000 to Nov. 28, 2000.

Invoices from Impax Technology to Toshiba Corporation, dated from Oct. 25, 2000 to Jan. 16, 2001.

Invoices from Mitra Imaging to Acuson Corp., dated from Oct. 5, 1997 to Jan. 31, 2000.

Invoices from Mitra Imaging to Agfa Gevaert N.V., dated from Oct. 28, 1997 to Mar. 16, 2000.

Invoices from Mitra Imaging to Impax Technology, dated from Jul. 31, 1999 to Dec. 31, 2000.

Invoices, Sales Orders, and Packing Lists from Mitra Imaging to Agfa Corporation, dated Nov. 24, 1999 to Nov. 25, 1999.

Invoices, Sales Orders, Packing Lists, FexEd Manifests, and Billing Summaries from Mitra Imaging to Electromed International, dated from Sep. 5, 1997 to Sep. 20, 2000.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive And Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", *Radiology* (Jul. 1999).

Jagdish Kohli, PhD, et al., "Distributed Architecture For A Wide-Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42-46, dated Mar. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30-P42, dated Sep. 1998.

James C. Benneyan, "Improving Health Care Using SPC And Quality Engineering: Billing And Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Images: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13-17, 1996.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, 78, pp. 19-22, 1997.

James E. Farstad, et al., "Operations, Facilities And Communications: Understanding Success Factors In Patient-Centered Care," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation Of A Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

James L. Lear et al., "Redundant Array of Independent Disks: Practical On-Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37-38, Feb. 1996.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

James R. Prescott, PE, "What's The Score And How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How To Implement Remote Data-Access," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques And Tools," 1996 Annual HIMSS Conference and Exhibition.

Jean-Chretien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnls.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

Jeffrey S. Blair, "An Overview Of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via The World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use Of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High-vol. Setting," Diagnostic Imaging, pp. 9-13, dated Jul. 1998.

John D. Morgan, et al., "Building An Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

John Glaser, PhD, FHIMSS and Gilad Kuperman, MD, PhD, "Impact Of Information Events On Medical Care," 1996 Annual HIMSS Conference and Exhibition .

US 7,729,597 B2

Page 10

John Lynch, "CHINS: A Collaborative Approach To Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians To Your IS," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing The Impact Of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85-90, May 1994.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Jun. 10, 2009 Declaration of Dr. Martina Steinhart, Managing Director of Steinhart Bildinsysteme GmbH, and accompanying documents.

K. Faulkner, "Book Review—PACS Basic Principles and Applications", The British Journal of Radiology (Jul. 1999).

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology To Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125-127, dated Nov. 1997.

KBMC Productions, CDRS-1100AUTOTP Operator's Manual (2002).

Kenneth Weiner and George E. Levesque, "This Hospital's Like A Hotel!," 1996 Annual HIMSS Conference and Exhibition.

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange In Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

Landen Bain et al., "The Benefits And Implications Of A Statewide Health Information Network For A Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model for Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine Or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.

Letter from L. Hein re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 15, 2009.

Letter from P. Nikolai re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 20, 2009.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Letters and Desecription concerning Mitra Image Vault, dated Nov. 29, 1997 to Jan. 12, 1998.

Lillian Yin, Letter re: 510(k) Notification (Nov. 19, 1997).

Linda A. Keska, Letter re: Presentations (Oct. 1, 1999).

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation And Benchmarking To Improve Radiology Performance," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation And Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior To Implementation," 1996 Annual HIMSS Conference and Exhibition.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool For Endoscopic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key To Profitability—An Example To Improve Cost And Efficiency Using Activity-Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-06_11.asp, on Jan. 25, 2008].

Mark A. Kaiser et al., "New Information Requirements For The New World Of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology And Tactics Of Physician Integration," 1996 Annual HIMMS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into The Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Mark Zaidel et al., "Interactive Web-Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203-204, May 1999.

Marsha A. Sutter and James A. Baker, "Redesigning The Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach For Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept To Reality: Strategic Approach For Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

May T.: "Medical Information Security: The Evolving Challenge", 1998, IEEE doc #0-7803-4536-5/98 pp. 85-92.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates; Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.

Medical Imaging web page for Image Archiving the ASP Way, dated Nov. 2000.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

Page 11

Mediface, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

Mediface, PiView 3.0 (3.0.7.0) English Version, "ReadMe. txt," dated Nov. 10, 1999.

Mediface, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2-990903," dated 1999.

MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

Medimage Software Modules Brochure, Aug. 12, 1997, pp. 1-9.

Medvision, VisiTran-MD, Screen Captures, dated 1997.

Meeting Notes: XRE / Camtronics, 3 pages, dated 1998.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into An Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Merge Technologies Incorporated, *Setting the Course for Electronic Image Management* (Feb. 1998).

Meta Solutions, Inc., *Meta Solutions, Inc.* (1998).

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20-23, Aug. 1997.

Michael C. Longo and Pete Lockhart, "Structured Cabling: Foundations For The Future," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bettinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15-P17, dated Sep. 1998.

Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25-27, dated Feb. 1998.

Michael J. Hafner, "Effectiveness Of Device Locations In The UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint. aspx?DocId=1G1:54116212, on Mar. 5, 2008].

Minute Order (1) Taking Under Submission Defendant's Motion for Stay Pending Reexamination of the Patent-in-Suit; and (2) Removing the Matter From the Court's Feb. 2, 2009 Calendar, dated Jan. 27, 2009.

Minutes, DICOM Standards Committee, Jan. 19-20, 1999.

Minutes, DICOM Standards Committee, Jun. 22-23, 1999.

Mitchell S. Curtis and Austin Brown, "The Role Of Information Systems In Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Mitra About Us History webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra Careers Testimonials webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra CD Exchange Operator's Manual, dated 1997.

Mitra CD Exchange Version 1.x Service Manual, dated 1998.

Mitra CD Writer Conformance Statement, Rev. 1.4, dated Sep. 5, 1997.

Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.

Mitra CD Writer Development & Quality Plan Rev. 1.0, dated May 28, 1996.

Mitra CD Writer Requirements Specification Addendum: Labeler, Rev 1.0, dated Sep. 23, 1997.

Mitra CD Writer Requirements Specification, Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer Requirements Specification, Rev. 1.4, dated Oct. 6, 1997.

Mitra CD Writer Service Tools Manual, dated Sep. 17, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.0, dated May 21, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Sep. 25, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer System Administration and GUI Manual, Ver. 1.0, dated Sep. 18, 1996.

Mitra D217 Vault Requirements Specification Rev 1.0, dated Jan. 17, 1997.

Mitra DICOM Conformance Statement Exhibit R3.1, Revision 2.1, dated Aug. 1, 1999.

Mitra Image Vault Conformance Statement for CD Reading/Writer, Rev. 1.5, dated Nov. 14, 1997.

Mitra Image Vault V. 1.2 Service Manual, dated 1998.

Mitra Image Vault V. 1.2 User's Manual, dated 1998.

Mitra IMPAX 3 Archive Requirements Specification, Rev. 2.1, dated Jan. 20, 1998.

Mitra Implementation Specification for Vault Jul. 1 Release, Rev 0.2, dated Jun. 1, 1998.

Mitra Implementation Specification for Vault Jul. 1 Release, Rev. 0.2, dated Jun. 1, 1998.

Mitra Installation Manual for CD Writer Software Ver. 0.2.0, Manual Rev. 1.2, dated Feb. 11, 1997.

Mitra MVF Service Tools Draft, Release 2.2, dated 1998.

Mitra MVF Service Tools Draft, Release 2.3, dated 1998.

Mitra MVF Service Tools Draft, Release 2.4, dated 1998.

Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.

Mitra Vault Installation Guide V. 2.8, dated Aug. 5, 1999.

Mitra Vault Installation Guide V. 2.9, dated Oct. 13, 1999.

Mitra Vault Installation Guide V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Installation Guide V. 2.9.3, dated Nov. 12, 1999.

Mitra Vault Installation Guide V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Installation Guide V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Installation Manual, dated Jan. 14, 1998.

Mitra Vault Requirements Specification Rev. 1.0, dated Jan. 17, 1997.

Mitra Vault Service Tools Manual version 2.7.0, dated 1999.

Mitra Vault Service Tools Manual version 2.8.0, dated Aug. 19, 1999.

Mitra Vault Service Tools V. 2.6.0, dated 1999.

Mitra Vault Service Tools V. 2.9.0, dated Oct. 13, 1999.

Mitra Vault Service Tools V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Service Tools V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Service Tools V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Version 2.2 Installation Manual, dated 1998.

Mitra Vault Version 2.3 Installation Manual, dated 1998.

Mitra Vault Version 2.4 Installation Manual, dated 1998.

Mitsui Advanced Media Presentation Slides, apparently dated 2000.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

Page 12

Notice of Abandonment, U.S. Appl. No. 09/781,605, mailed Mar. 27, 2007.

Notice of Allowance, U.S. Appl. No. 09/761,795, mailed Oct. 12, 2007.

Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements (37 CFR 1.510(c)), Control No. 90/009,538, mailed Aug. 27, 2009.

Notice of Manual Filing, filed Jan. 16, 2009.

Notice of Manual Filing, filed Jan. 26, 2009.

Notice of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 19, 2009.

Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, mailed May 12, 2009.

Office Action and Examiner's Interview Summ'y, U.S. Appl. No. 09/781,605, mailed Dec. 8, 2005.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 9, 2009.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 6, 2008.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 21, 2006.

Office Action, U.S. Appl. No. 09/753,792, mailed Jul. 23, 2004.

Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 22, 2009.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 22, 2005.

Office Action, U.S. Appl. No. 09/761,795, mailed Feb. 27, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Oct. 20, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 20, 2007.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 27, 2003.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 23, 2004.

Office Action, U.S. Appl. No. 09/781,605, mailed May 27, 2005.

Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, dated Jan. 20, 2009.

Order Granting Motion for Stay Pending Outcome of Reexamination of Patent-in-Suit, dated Feb. 3, 2009.

Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Jan. 30, 2009.

Osiris, Osiris Imaging Software User Manual, Version 3.1, dated 1996.

Otech, OTech News vol. 2, Iss. 2 (1997).

Packing List, Product Release Checklist, Software Release, Shipping Checklist, email, and Packing Slip for Exchange V 1.0, dated Sep. 5, 1997.

Packing List, Shipping Checklist, Packing Slip, Product Release Checklist, Software Release Notes, and Engineering Software Release for Mitra Vault v. 0.9, dated Sep. 12, 1997 to Sep. 16, 1997.

PacsCube User Manual / Installation Guide Version 4.1, 2006, pp. 1-63.

Pamela K. Wear, et al., "Building Security Models For Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.

Payment from Siemens Nixdorf to Mitra Imaging, dated Apr. 9, 1998.

Payments from AGFA Corporation to Impax Technology, dated from Nov. 22, 2000 to Dec. 29, 2000.

PerfectImage CD-R Order Interface API Programmer Guide, dated 2001.

Philip G. Drew, Ph.D., "Signal-to-Noise: Surveys Attest to Growing Interest in PACS," pp. 21-22, dated Jan. 1998.

Philips Medical Systems, 510(k) Summary (Sep. 23, 1999).

Philips Medical Systems, DICOM Conformance Statement—CD-Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).

Plaintiff DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-43), dated Apr. 3, 2008.

Plaintiff DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant (Nos. 112-125), dated Dec. 23, 2008.

Plaintiff DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant (Nos. 44-78), dated Oct. 22, 2008.

Plaintiff DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant (Nos. 79-111), dated Nov. 18, 2008.

Plans for AHA '98, Rev 3.0, dated Oct. 19, 1998.

Plans for RSNA '2000.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed Nov. 2, 2006.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 5, 2009.

Pre-Production Release Form and Packing Slip from Mitra Imaging Inc to Electromed International, dated Nov. 10, 1999.

Pre-Production Release Form MQF-9.3 re: Project AS300, Version 4.5.0 from Mitra Imaging to Electromed International, dated Nov. 9, 1999.

Printed Screen Shots and Help File Topics of Exhibit 382 to the Deposition of Stefan Delank, dated Jan. 30, 2009, Datcard Systems, Inc. v. Codonics, Inc., Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California (Vepro Demonstration CD, © 1996-1999).

Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

Product Showcase: Automated DICOM Exchange Station, Medical Imaging Magazine, Jan. 2000.

Proof of Service, dated Jan. 26, 2009.

Proposed Order Granting Codonics' Ex Parte Application for an Order to File Documents Under Seal.

Proposed Order Granting DatCard's Application For an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 16, 2009.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Proposed Order re Defendant's Motion to Compel Compliance with Subpoena to Rimage Corp., dated Jan. 15, 2009.

Purchase Order from Acuson Corp. to Mitra Imaging, dated Apr. 30, 1997.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**
Page 13

Purchase Order, Invoice, Packing Slip, Billing Statement, Work Order from Mitra Imaging to Electromed Imaging and Mitra History dated Sep. 5, 1997 to Sep. 20, 2000.

Purchase Orders from Agfa Division to Mitra Imaging, dated from Apr. 30, 1999 to Oct. 14, 1999.

Purchase Orders from Electromed International to Mitra Imaging, dated from Apr. 29, 1998 to Jan. 9, 2000.

Purchase Requisitions from Electromed International to Mitra Imaging, dated May 1, 1998.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communications System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175-177, May 1999.

Radiology Service Partners, LLC, *Re-Engineering Radiology* (1997).

Raffaele Noro et al., "Real-Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 146-121, Aug. 1997.

Ralph T. Wakerly, et al., "Planning For The Four Stages Of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99-102, Aug. 1997.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Redacted Email regarding "Vepro: Description of Systems," dated Mar. 26, 1999.

Redacted First Amendment to Apr. 8, 1998 Purchase Agreement between General Electric Co. and VEPRO, dated May 28, 1999.

Redacted Offer from VEPRO to GE Medical Systems for MEDIMAGE Digital Film Recording & CD-R Archiving Station/19" Monitor Color, Upgrades, and Installation, dated Mar. 4, 1999.

Redacted Purchase Agreement between General Electric Co. and VEPRO dated Apr. 8, 1998.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Nov. 22, 1999.

Release 3 IMPAX Application Manual, V. 1.8.4, dated Feb. 13, 2007.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164 and Petition Under 37 C.F.R. § 1.183 to Suspend the Rules, Control No. 90/009,538, mailed Aug. 7, 2009.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Nov. 26, 2008.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Mar. 6, 2007.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received May 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Jul. 17, 2009.

Revised Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 14, 2009.

Revised Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Rhonda Delmater, "Multi-Media Messaging: An Emerging Vision for Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay For Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation Of Best Practices In Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems For Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services To Reduce Costs And Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Richard K. Wertz, "CD-ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376-3378, Dec. 26, 1986.

Richard L. Brandon and John Robinette, "Redesign Of Decedent Care System Provides Compassion, Responsiveness, And Security," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements For Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Ricky K. Taira et al., "A Concept-Based Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25-36, Feb. 1996.

Rimage Corporation's Certificate of Service, dated Jan. 20, 2009.

**US 7,729,597 B2**

Page 14

Rimage Corporation's Cross-Motion to Quash the Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Rimage Corporation's Memorandum of Law in Opposition to Codonics' Motion to Compel and Cross-Motion to Quash Subpoena, dated Jan. 20, 2009.

Rimage Corporation's Notice of Cross-Motion to Quash Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Robert Bowman, et al., "Building And Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes Of Telemedicine Services . . . Patient And Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

RSNA '98—"Science to Practice"—Informational Proof Report, dated Apr. 6, 1998.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines For Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Ruediger Simon, "DICOM: State of the Standard in 1999."

Ruling Granting Defendant's Motion for a Stay of Proceedings Pending Reexamination of the Patent-in-Suit, dated Feb. 3, 2009.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7-9, 1995, pp. 134-137.

Sales Order Packing Slip, Trex Medical Corp., dated Jun. 27, 2000.

Sallie Williams, et al., "The Inside Story On Chin Implementation: CIO's First Hand Experience," 1996 Annual HIMSS Conference and Exhibition.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999-2003.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends In Health Care Information Systems: Increasing Focus On Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Shipping Checklists and FedEx Manifests from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Short Instructions: DICOM Communication by HIPAX, dated 1995-1999.

Siemens Health Services, *Sienet—DICOM Conformance Statement: Magic View 50 Versions VA10A, VA10B and VA10C Revision 2.0* (Nov. 13, 1997).

Siemens Health Services, *Sienet MagicRead Film Digitizers.*

Siemens Medical Systems, Inc., *ACOM.Convert DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOM Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *Fast, secure, reliable Sienet Enterprise PACS* (1998).

Siemens Medical Systems, Inc., *MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences* (1998).

Siemens Medical Systems, Inc., *MagicView 300 Enterprise-wide clinician viewing of images and reports* (1998).

Siemens Medical Systems, Inc., *MagicView CT/MR* (1999).

Siemens Medical Systems, Inc., *PACS Planning & Integration Services* (1998).

Siemens Picture Archiving and Communication System Proposal for Huntsville Hospital, dated Apr. 8, 1999.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc., Copyright 2000-2007.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Sienet Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002-2008.

Sohard Ag, Radin Version 2.0, dated Nov. 2002, Screen Captures.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

Sonya Donaldson, *Kodak Picture CD—Software Review—Evaluation* (Oct. 2000).

Sorna, FilmX Sell Sheet, dated 2000.

Sorna, FilmX Sell Sheet, dated Mar. 3, 2000.

Source code for Cedar SDK application, dated Mar. 25, 1999 to Sep. 27, 1999.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207-211, dated Nov. 1997.

Stan Wiebe, "Information Systems Planning For An Urban/Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Pomerantz, M.D., "First Person: Soft-Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37-39, dated Mar. 1998.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis Of Their Cost-Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications In Health Care," 1996 Annual HIMSS Conference and Exhibition.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40-45, dated Jan. 1998.

Subpoena for the production of documents and things issued by Codonics, Inc. to Agfa Corporation, *DatCard Systems, Inc.* v. *Codonics, Inc.,* SACV 08-00063 AHS (RNBx), C.D. Cal., dated Jun. 6, 2008.

Supplemental Amendment, U.S. Appl. No. 09/753,792, received Oct. 20, 2008.

Sylvia K. Dowding, "On The Road To Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

TDK Electronics Corp., *Invoice* (2000-2001).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AUTOTP* (Jul. 17, 2003).

The Imaging Resource, *The Imaging Resource Digital Photography Newsletter,* vol. 1, No. 3 (Oct. 22, 1999).

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 15

Thomas G. Tape, MD, et al., "Designing A Clinician User-Interface For A Health Care Information System,"1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready for CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Tony Rickards, "What is DISC Birmingham 96?" Jul. 24, 1996.

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

Tracey D. Holden, et al., "Nuts and Bolts Approach To Project Management," 1996 Annual HIMSS Conference and Exhibition.

Transcript of Videotaped Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc.* v. *Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California.

TREX Medial Corp. Form 10-K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar-online.com/1996/12/06/00/0001003539-96-000006/Section2.asp, on Feb. 20, 2008].

TREXnet HR DICOM Media Conformance Statement, Trex Medical Corp., dated Jun. 29, 1998.

TREXnet HR Price Book, dated 2000.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, *Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices* (Jul. 27, 2000).

Universal Manager Product Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

User Manual for MEDIMAGE: DICOM Archiving & Viewing Station, Vepro Computersysteme, dated May 9, 2000.

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Uwe Engelmann et al., "Borderless Teleradiology with CHILI," Journal of Medical Internet Research, dated Dec. 13, 1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Vault Installation Guide V. 2.9.4, dated Nov. 25, 1999.

Vault Service Tools V. 2.9.3, dated Nov. 12, 1999.

Vault v2.0 Hazard Analysis Report Rev 1.1, dated May 17, 1999.

Vepro Computersysteme GmbH, "Cardio-Viewing Station," dated 1997.

Vepro Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Vepro Computersysteme Gmbh, *510(K) Summary* (Jun. 6, 1997).

Vepro Computersysteme GmbH, *MEDIMAGE The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station , Software Vers. 4.42* (May 9, 1999).

Vepro Computersysteme GmbH, *MEDIMAGE The Image Management System—Digital Film Recording Station, Software Version 4.40* (Oct. 28, 1999).

Vepro Computersysteme GmbH, MEDIMAGE: DICOM Archiving & Viewing Station, Software Vers. 4.42, User-Manual, dated May 9, 2000.

Vepro Computersysteme, *Email re: MEDIMAGE Cardio/Angio Viewing Station; MEDIMAGE Image Server; MEDIMAGE CD-ROM Jukebox Server; MEDIMAGE DICOM 3.0 Server Akquisition Station; CARDIO—Viewing Station; MEDIMAGE Digital Filmrecording & CD-R Archiving Station* (Dec. 22, 1997).

Vepro GmbH, *Invoices re: MEDIMAGE Cardio/DICOM Viewing Software* (1998).

VEPRO MedImage Disc, Paediatrische Kardiologie Univ. Heidelberg: INF 150-153, 69120 Heidelberg, dated Apr. 28, 1999.

VEPRO Medimage Printout, Pädiatrische Kardiologie Universitätsklinik Heidelberg: INF 150-153, 69120, dated Jan. 30, 2009.

VEPRO, *17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation* (Feb.-Mar. 1998).

VEPRO, Cardio-Network, dated Feb. 19, 1999.

VEPRO, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

VEDPRO, Centura-Porter Advertist Hospital Training Reports, dated 1999.

VEPRO, *Certificate for the Quality Assurance System* (Feb. 12, 2004).

VEPRO, Diagram of a Digital Cath-Lab, dated Feb. 19, 1999.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.03, "About Cardio Viewing Station," dated 1998.

VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41.05, "About Cardio Viewing Station," dated 1999.

VEPRO, Product Sheet: Image/Film Archive Server, dated Feb. 19, 1999.

VEPRO, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

VEPRO, Purchase Order from Centura Health, dated Sep. 30, 1999.

VEPRO, Serial Number Records for Project Denver, dated Nov. 25, 1999.

VEPRO, *Viewing Software Handbook, Viewing Software Version 4.41* (Oct. 7, 1998).

Verda Weston, et al., "Reengineering And Technology—Building A Strong Foundation For The CPR," 1996 Annual HIMSS Conference and Exhibition.

Voxar, Plug 'n View 3d 2.1 (Demonstration), "readme.txt," dated Nov. 12, 1999.

W. Brent Peterson, "Strategies For Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, FHIMSS et al., "Planning And Developing Of A Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer-Based Patient Record: An Essential Technology For Healthcare," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EIS Unplugged," 1996 Annual HIMSS Conference and Exhibition.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System, " 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis Of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Word Count Compliance Certificate Regarding Defendant's Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Work Order, Purchase Order, Bill of Lading, Commercial Invoice, Packing List, and email concerning Vault System shipment to Institute de Cardiologie de Montreal, dated May 1, 1998.

Work Orders from Mitra Imaging to Electromed International, dated May 1, 1998.

Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Oct. 1, 2009.

U.S. Appl. No. 09/540,531, filed Mar. 31, 2000, Kanada Shoji, et al.

U.S. Appl. No. 09/602,643, filed Jun. 22, 2000, Peter Alden Rothschild.

U.S. Appl. No. 60/181,215, filed Sep. 2, 2000, Elliot A. Segal.

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.

CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.

Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.

GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.

GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.

ACOM.PC 2.2 DICOM Conformance Statement, Version1.0, dated Sep. 29, 1999.

Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.

Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Franket al., Computers in Radiology, AJR 162, Mar. 1994.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

First DIN-PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, webarchive.org date "20010415."

Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.

Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166-174.

Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.

Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.

Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323-327, 1998.

PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al., Journal of Digital Imaging, 13:1, Feb. 2003.

The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imagining, 11:3, Supp 1, Aug. 1998.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,729,597 B2**

Page 17

Borderless Teleradiology with CHILI, Engelmann et al., Journal of Medical Internet Research, Copyright 1999.

Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al., Medical Informatics, 19:2, 1994.

Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al, Copyright 1991.

CD-R & CD-RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.

Evolution of the clinical review station for enterprise-wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Legacy System Integration Using Web Technology, RL Kennedy et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

PACS Implementation Experiences: From In-house to Partnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.

Interfacing the PACS and the HIS: Results of a 5-year Implementation, TV Kinsey, Radiographics. May-Jun. 2000;20(3):883-91.

A five-step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.-Aug. 2002 22:4.

A low-cost CD-ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.

A new approach to teleconferencing with intravascular US and cardiac angiography in a low-bandwidth environment, JN Stahl et al., Radiographics Sep.-Oct. 2000, 20:5.

An economical, personal computer-based picture archiving and communication system, T-C Wu et al., Radiographics Mar.-Apr. 1999, 19:2.

A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.

Computer-based radiology information system: From floppy disk to CD-ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.

Consulting with radiologist outside the hospital by using java, S-K Lee et al., Radiographics 19:4, Jul.-Aug. 1999.

Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.

Digital archive system for radiologic images, AWK Wong, et.al., Radiographics 14:5, Sep. 1994.

Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.

Distributing medical images with internet technologies: A DICOM java viewer, J Fernandez-Bayo et al., Radiographics 20:2, Mar.-Apr. 2000.

Development of an electronic radiologist's office in a private institute, J-C Oberson, et al., Radiographics 20:2, Mar.-Apr. 2000.

PACS mini refresher course: Electronic imaging workstations: Ergonomic issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.

Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.

PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12:2, Mar. 1992.

PACS mini refresher course: System integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and R H Choplin, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.

Inside BringhamRAD: Providing radiology teaching cases on the Internet, GL Mammunome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.

Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-375.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376-724.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15,

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1-441.

Corrected Original Request for Ex Parte Reexamination of U.S. Patent No. 7,302,174, Control No. 90/009,538, mailed Sep. 25, 2009.

Reply by Patent Owner to Non-Final Office Action Under 37 C.F.R. § 1.111 and Request for Reconsideration, Control No. 90/009,347, mailed Dec. 1, 2009.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442-791.

13th Conference on Computer Applications in Radiology, Jun. 6-9, 1996, R Kilcoyne, et al., Copyright 1996.

Data storage and management requirements for the multimedia computer-based patient medical record, WB Hanlon et al., Fourteenth IEEE Symposium on Mass Storage Systems, Sep. 11-14, 1995.

Implementing a DICOM—HL7 interface application, SL Fritz et al., SPIE vol. 2435.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

PACS: Picture archiving and communication systems in biological imaging, HK Huang, Copyright 1996.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Entwicklung von Algorithmen and Programrunen für ein Archivierungs- and Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

USCF Radiological Informatics Research: A Progress Report, dated Feb. 1997.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

A generic hospital PACS RFP presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

A PACS RFP toolkit presented to The Seventh RIS-PACS School. Georgetown University Medical Center, JH Perry, Dated Aug. 11, 1997.

A PACS RFP toolkit presented to The Fifth RIS-PACS School. Georgetown University Medical Center, JH Perry, Dated Feb. 3, 1995.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary. SK Mun, Report Date Mar. 1997.

Angiocardiography without cinefilm: information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker."

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "19981202.".

MergeWorks: Connect, MergeTechnologies, Inc., "webarchive.org" date "19981203."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive. org" date "19981203."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive.org" date "19990220."

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, Dated Oct. 7, 1999.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

Merge Connectivity Products: MergeArk, "webarchive.org" date "20000916".

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

Using Experience with Bidirectional HL7—ACR-NEMA Interfaces between the Federal Government HIS/RIS and Commercial PACS to Plan for DICOM, Peter M/ Kuzmak et al., SPIE vol. 2435.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology systems, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

## US 7,729,597 B2
Page 19

PACS mini refresher course: Picture archiving and communication systems: an overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.

RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.

Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics. 17:2, Mar.-Apr. 1997.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.

Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology,* William Brody and Gerald Johnston, Copyright 1992, pp. 1-376.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology,* William Brody and Gerald Johnston, Copyright 1992, pp. 377-434; 445-749.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boelune & Alan Rowberg, Copyright 1994.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006.

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received May 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.

Response to Office Action of Jun. 22, 2009, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.

CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.

Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.

MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.

ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.

GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.

GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.

GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.

Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.

Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.

Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.

Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.

Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.

Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.

DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 156

US 7,729,597 B2

Page 20

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG. 1*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

| IMAGE INPUT DEVICES \ FIELDS | AUTO-PRODUCE 1 | TARGET PRODUCTION STATION | RELATED DATA STORAGE |
|---|---|---|---|
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

250   252   254   120

*FIG. 2*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 3

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG. 4*



FIG. 5

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

**1**

## SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of U.S. patent application Ser. No. 09/761,795, filed on Jan. 17, 2001, now U.S. Pat. No. 7,302,164, issued Nov. 27, 2007, and claims priority to U.S. Provisional Patent Application 60/181,985, filed on Feb. 11, 2000. The entire disclosure of these priority applications are hereby incorporated by reference herein in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, exam information such as patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download

**2**

of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

### SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

3

related to the selected medical image data, and recording related image data to portable digital recording medium.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan

4

machines 208 and ultrasound machines 210 and stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" field 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital recording medium. Its

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

5

"target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" filed 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252 of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

6

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

The target production station 300A, 300B or 300C produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server 110 in

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

7

step 142. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server 110. The application server 110 waits for this signal in step 146.

Still referring to FIG. 3, in step 148, the application server 110 updates the audit records in the production history database 116 that were created in step 144. For each CD produced, the application 110 server updates the date and time of production for that CD's audit record. The application server 110 also updates the status value for that CD's audit storage record from "processing" to "successful". The application server 110 then continues monitoring the image server database 202 as in step 122.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110. A user, typically a physician or physician's assistant, accesses the application server database 114 from a browsing terminal 400A, 400B or 400C connected to a network 600. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server 110, in step 150. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server 110. The application server 110 prompts the user to enter a password or an identification name coupled with a password, in step 152. The application server 110 checks if the entered identification/ password is authorized in step 154. If the entered identification/password is not authorized the user is returned to step 152 to re-enter the identification/password, or disconnected from the application server 110. If the entered identification/ password is authorized then the user is allowed access to the application server database 114 and the application server 110 proceeds to step 156.

Still referring to FIG. 4, in step 156 the user is prompted to select a patient from a list of patients with exam images in the application server database 114. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step 158. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step 160 whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step 156 to select another patient. If the user answers "no", the user proceeds to step 162.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database 114.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations 300A, 300B and 300C in step 162. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the application server 110, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step 164, the application server 110 sends a copy of the

8

image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program 112, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station 300A, 300B or 300C then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database 114 not from a browsing terminal 400A, 400B or 400C, but directly from the display terminal 118. In this embodiment the user directly proceeds from step 152. In this embodiment the user is typically a programmer or operator of the image production system 100.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server 110 from a browsing terminal 400A, 400B or 400C in step 170. The user enters identification information and a password in step 172. Step 174 determines whether the user is authorized to access the application server database 114. If authorized, the user is prompted to select a patient in step 176, and selects exams of the selected patient in step 178. The user is then asked in step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data. The application server 110 finds the image input device profile table 120 profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field 254, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server 110 automatically searches for related data without asking for user direction. In this embodiment, the application server 110 alerts the user if related data are found. In one embodiment, the application server 110 also searches the application server database 114 for related medical image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step 184. In another embodiment, all found related data are automatically selected by the application server 110 for production, without prompting for user selection.

The user is then prompted to select another patient in step 186. After the user has completed selecting all patients, the user is prompted to select a CD production station 300A, 300B or 300C in step 188. The user is also prompted to enter additional label text. In step 190, the application server 110 then sends a copy of the original and selected related data, along with a copy of the viewing program 112, a number indicating the number of copies to be produced, additional label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application server 110 erases data in the new data database. The storage

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,729,597 B2

9

data database stores all data that has ever been received from the image server database 202. In the processes described by FIG. 4 and FIG. 5, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A computer-implemented method for automatically generating a portable computer-readable medium containing medical data related to a patient, comprising:
   receiving, via computer-implemented interface a request for medical data related to the patient;
   automatically searching a first computer database via a first database interface for a first set of medical imaging data related to the patient based on the received request;
   automatically retrieving the first set of medical imaging data related to the patient;
   automatically searching, based on the received request, a second computer database via a second database interface for additional medical data also related to the patient, wherein the second interface is different from the first interface;
   automatically receiving the additional related medical data; and
   automatically generating a portable computer-readable medium, at a production station, containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the first set of medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

2. The method of claim 1, wherein the second computer database is remote from the first computer database and searching the second computer database via the second interface comprises sending a search request to a remote server coupled to the second computer database.

3. The method of claim 1, wherein searching for additional medical data related to the patient comprises:
   automatically checking an electronic profile table to determine that the second computer database has related medical data; and
   searching the second computer database via the second interface for the additional related medical data.

4. The method of claim 1, wherein searching for additional medical data related to the patient comprises:
   automatically checking an electronic profile table to determine that the second computer database has medical data that is also related to the patient; and
   searching the second computer database via the second interface using a unique identifier associated with the patient.

10

5. The method of claim 1, wherein searching the second computer database comprises determining metadata related to the first set of medical imaging data; and searching the second computer database comprises searching the second computer database via the second interface using the metadata.

6. A system for automatically generating a portable computer-readable medium containing medical data related to a patient, comprising:
   a first database configured to store medical data related to the patient;
   a second database configured to store medical data related to the patient, the second database being distinct from the first database;
   a computer-implemented interface configured to receive a request for medical data related to the patient;
   an application server coupled to the first database and the second database, said application server being configured to:
      send a search request, based on the received request, via a first interface to the first computer database for a first set of medical imaging data related to the patient;
      receive from the first database the first set of medical imaging data related to the patient;
      send a search request, based on the received request, via a second interface to the second computer database for additional medical data also related to the patient, wherein the second interface is different from the first interface; and
      receive from the second database the additional related medical data; and
   a production station configured to
      generate a portable computer-readable medium containing the first set of medical imaging data related to the patient and the additional related medical data, wherein the medical imaging data is formatted in a standard medical imaging format used by a computer configured for viewing the medical imaging data.

7. The system of claim 6, wherein the second computer database is remote from the first computer database and searching the second computer database via the second interface comprises sending a search request to a remote server coupled to the second computer database.

8. The system of claim 6, wherein the application server is further configured to:
   check an electronic profile table to determine that the second computer database has related medical data; and
   choose to send a search to the second computer database via the second interface for the additional related medical data.

9. The system of claim 6, wherein the application server is further configured to:
   check an electronic profile table to determine that the second computer database has medical data that is also related to the patient; and
   send a search request to the second computer database via the second interface using a unique identifier associated with the patient.

10. The system of claim 6, wherein the application server is further configured to: determine metadata related to the first set of medical imaging data; and wherein the search sent to the second computer database via the second interface is generated based on the metadata.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 7,729,597 B2                                        Page 1 of 2
APPLICATION NO. : 12/491187
DATED           : June 1, 2010
INVENTOR(S)     : Ken Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, at (Item 56), Page 5, Column 2, Line 27, Under Other Publications, change "Heath" to --Health--.

Title Page, at (Item 56), Page 5, Column 2, Line 34, Under Other Publications, change "all," to --al.--.

Title Page, at (Item 56), Page 6, Column 1, Line 45, Under Other Publications, change "Doman" to --Domain--.

Title Page, at (Item 56), Page 6, Column 2, Line 27, Under Other Publications, change "Joumal" to --Journal--.

Title Page, at (Item 56), Page 7, Column 1, Line 50, Under Other Publications, change "Baffiers," to --Barriers--.

Title Page, at (Item 56), Page 10, Column 2, Line 3, Under Other Publications, change "Desecription" to --Description--.

Title Page, at (Item 56), Page 12, Column 1, Line 14, Under Other Publications, change "Summ'y," to --Summary,--.

Title Page, at (Item 56), Page 15, Column 2, Line 24, Under Other Publications, change "VEDPRO," to --VEPRO,--.

Title Page, at (Item 56), Page 15, Column 2, Line 24, Under Other Publications, change "Advertist" to --Adventist--.

Title Page, at (Item 56), Page 17, Column 2, Line 41, Under Other Publications, change "Mammunome" to --Mammome--.

Title Page, at (Item 56), Page 18, Column 1, Line 33, Under Other Publications, change "and Progranunen" to --und Programmen--.

Signed and Sealed this

Fourteenth Day of December, 2010

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**                    Page 2 of 2
**U.S. Pat. No. 7,729,597 B2**

Title Page, at (Item 56), Page 18, Column 1, Line 34, Under Other Publications, change "Archivierungs-and" to --Archivierungs und--.

At Sheet 3 of 5 (Box No. 146) (FIG. 3), Line 2, Change "SECTION" to --STATION--.

At Column 9, Line 27, In Claim 1, change "interface" to --interface,--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**A 169**



U 7312126

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**August 25, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

**U.S. PATENT:** *7,783,174*
**ISSUE DATE:** *August 24, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer



US007783174B2

(12) **United States Patent**
Wright et al.

(10) Patent No.: **US 7,783,174 B2**
(45) Date of Patent: **\*Aug. 24, 2010**

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/484,100**

(22) Filed: **Jun. 12, 2009**

(65) **Prior Publication Data**

US 2009/0245754 A1     Oct. 1, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of application No. 09/761,795, filed on Jan. 17, 2001, now Pat. No. 7,302,164.

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
**H04N 5/91**     (2006.01)
(52) **U.S. Cl.** ...................................... 386/125; 386/126
(58) **Field of Classification Search** .................. 386/95, 386/125, 126; 705/2, 3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A     1/1985 Pritchard

(Continued)

FOREIGN PATENT DOCUMENTS

CA     2322191     4/2000

(Continued)

OTHER PUBLICATIONS

MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.
CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57)     **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**14 Claims, 5 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,783,174 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 4,736,256 A | 4/1988 | Ichikawa | | 5,924,074 A | 7/1999 | Evans |
| 4,768,099 A | 8/1988 | Mukai | | 5,942,165 A | 8/1999 | Sabatini |
| 4,852,570 A | 8/1989 | Levine | | 5,946,216 A | 8/1999 | Hollerich |
| 4,860,112 A | 8/1989 | Nichols et al. | | 5,946,276 A | 8/1999 | Ridges et al. |
| 4,874,935 A | 10/1989 | Younger | | 5,949,491 A | 9/1999 | Callahan et al. |
| 4,945,410 A | 7/1990 | Walling | | 5,950,207 A | 9/1999 | Mortimore et al. |
| 4,958,283 A | 9/1990 | Tawara et al. | | 5,951,819 A | 9/1999 | Hummel et al. |
| 5,002,062 A | 3/1991 | Suzuki | | 5,974,004 A | 10/1999 | Dockes et al. |
| 5,005,126 A | 4/1991 | Haskin | | 5,974,201 A | 10/1999 | Chang et al. |
| 5,019,975 A | 5/1991 | Mukai | | 5,982,736 A | 11/1999 | Pierson |
| 5,208,802 A | 5/1993 | Suzuki et al. | | 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,235,510 A | 8/1993 | Yamada et al. | | 5,995,345 A | 11/1999 | Overbo |
| 5,272,625 A | 12/1993 | Nishihara et al. | | 5,995,965 A | 11/1999 | Experton |
| 5,291,399 A | 3/1994 | Chaco | | 6,006,191 A | 12/1999 | DiRienzo |
| 5,317,337 A | 5/1994 | Ewaldt | | 6,021,404 A | 2/2000 | Moukheibir |
| 5,319,543 A | 6/1994 | Wilhelm | | 6,022,315 A | 2/2000 | Iliff |
| 5,321,520 A | 6/1994 | Inga et al. | | 6,032,120 A | 2/2000 | Rock et al. |
| 5,321,681 A | 6/1994 | Ramsay et al. | | 6,041,703 A | 3/2000 | Salisbury et al. |
| 5,384,643 A | 1/1995 | Inga et al. | | 6,063,030 A | 5/2000 | Vara et al. |
| 5,410,676 A | 4/1995 | Huang et al. | | 6,067,075 A | 5/2000 | Pelanek |
| 5,416,602 A | 5/1995 | Inga et al. | | 6,115,486 A | 9/2000 | Cantoni |
| 5,451,763 A | 9/1995 | Pickett et al. | | 6,137,527 A | 10/2000 | Abdel-Malek et al. |
| 5,452,416 A | 9/1995 | Hilton et al. | | 6,149,440 A | 11/2000 | Clark et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. | | 6,157,914 A | 12/2000 | Seto et al. |
| 5,499,293 A | 3/1996 | Behram et al. | | 6,188,782 B1 | 2/2001 | Le Beux |
| 5,502,726 A | 3/1996 | Fischer | | 6,241,668 B1 | 6/2001 | Herzog |
| 5,513,101 A | 4/1996 | Pinsky et al. | | 6,260,021 B1 | 7/2001 | Wong et al. |
| 5,518,325 A | 5/1996 | Kahle | | 6,272,470 B1 | 8/2001 | Teshima |
| 5,531,227 A | 7/1996 | Schneider | | 6,363,392 B1 | 3/2002 | Halstead et al. |
| 5,542,768 A | 8/1996 | Rother et al. | | 6,366,966 B1 | 4/2002 | Laney et al. |
| 5,544,649 A | 8/1996 | David et al. | | 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. | | 6,415,295 B1 | 7/2002 | Feinberg |
| 5,581,460 A | 12/1996 | Kotake et al. | | 6,454,705 B1 | 9/2002 | Cosentino et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. | | 6,529,757 B1 | 3/2003 | Patel et al. |
| 5,592,511 A | 1/1997 | Schoen et al. | | 6,564,256 B1 | 5/2003 | Tanaka |
| 5,597,182 A | 1/1997 | Reber et al. | | 6,564,336 B1 | 5/2003 | Majkowski |
| 5,597,995 A | 1/1997 | Williams et al. | | 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. | | 6,574,742 B1 | 6/2003 | Jamroga et al. |
| 5,633,839 A | 5/1997 | Alexander et al. | | 6,606,171 B1 | 8/2003 | Renk et al. |
| 5,634,053 A | 5/1997 | Noble et al. | | 6,615,192 B1 | 9/2003 | Tagawa et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. | | 6,633,674 B1 | 10/2003 | Gemperline et al. |
| 5,659,741 A | 8/1997 | Eberhardt | | 6,654,724 B1 | 11/2003 | Rubin et al. |
| 5,668,998 A | 9/1997 | Mason et al. | | 6,671,714 B1 | 12/2003 | Weyer et al. |
| 5,671,353 A | 9/1997 | Tian et al. | | 6,675,271 B1 | 1/2004 | Xu et al. |
| 5,687,717 A | 11/1997 | Halpern et al. | | 6,678,703 B2 | 1/2004 | Rothschild et al. |
| 5,717,841 A | 2/1998 | Farrell et al. | | 6,678,764 B2 | 1/2004 | Parvulescu et al. |
| 5,721,891 A | 2/1998 | Murray et al. | | 6,760,755 B1 | 7/2004 | Brackett |
| 5,724,582 A | 3/1998 | Pelanek et al. | | 6,847,933 B1 | 1/2005 | Hastings |
| 5,734,629 A | 3/1998 | Lee et al. | | 6,910,038 B1 | 6/2005 | James |
| 5,734,915 A | 3/1998 | Roewer | | 6,925,319 B2 | 8/2005 | McKinnon |
| 5,740,134 A | 4/1998 | Peterson | | 6,954,767 B1 | 10/2005 | Kanada |
| 5,763,862 A | 6/1998 | Jachimowicz et al. | | 6,954,802 B2 | 10/2005 | Sutherland et al. |
| 5,781,221 A | 7/1998 | Wen et al. | | 6,988,074 B2 | 1/2006 | Koritzinsky et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. | | 7,006,881 B2 | 2/2006 | Hoffberg et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. | | 7,020,651 B2 | 3/2006 | Ripley |
| 5,822,544 A | 10/1998 | Chaco et al. | | 7,111,015 B2 | 9/2006 | Aoyama |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. | | 7,120,644 B1 | 10/2006 | Canessa et al. |
| 5,832,488 A | 11/1998 | Eberhardt | | 7,194,119 B2 | 3/2007 | Zahlmann et al. |
| 5,848,198 A | 12/1998 | Penn | | 7,268,794 B2 | 9/2007 | Honda et al. |
| 5,859,628 A | 1/1999 | Ross et al. | | 7,302,164 B2 | 11/2007 | Wright et al. |
| 5,867,795 A | 2/1999 | Novis et al. | | 7,382,255 B2 | 6/2008 | Chung et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. | | 7,395,215 B2 | 7/2008 | Grushka |
| 5,869,163 A | 2/1999 | Smith et al. | | 7,483,839 B2 | 1/2009 | Mayaud |
| 5,873,824 A | 2/1999 | Doi et al. | | 2001/0041991 A1 | 11/2001 | Segal et al. |
| 5,882,555 A | 3/1999 | Rohde et al. | | 2001/0056359 A1 | 12/2001 | Abreu |
| 5,884,271 A | 3/1999 | Pitroda | | 2002/0007287 A1 | 1/2002 | Straube et al. |
| 5,899,998 A | 5/1999 | McGauley et al. | | 2002/0019751 A1 | 2/2002 | Rothschild et al. |
| 5,909,551 A | 6/1999 | Tahara et al. | | 2002/0046061 A1 | 4/2002 | Wright et al. |
| 5,911,687 A | 6/1999 | Sato et al. | | 2002/0077861 A1 | 6/2002 | Hogan |
| 5,914,918 A | 6/1999 | Lee et al. | | 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 5,920,317 A | 7/1999 | McDonald | | 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| | | | | 2002/0133373 A1 | 9/2002 | Silva-Craig et al. |
| | | | | 2002/0138301 A1 | 9/2002 | Karras et al. |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

## US 7,783,174 B2
Page 3

| | | |
|---|---|---|
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2003/0051144 A1 | 3/2003 | Williams |
| 2003/0200226 A1 | 10/2003 | Wells et al. |
| 2003/0208382 A1 | 11/2003 | Westfall |
| 2004/0078236 A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 A1 | 7/2005 | Swanson et al. |
| 2005/0197860 A1 | 9/2005 | Joffe et al. |
| 2005/0240445 A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 A1 | 3/2006 | Weiss et al. |
| 2006/0149601 A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 A1 | 7/2006 | Douglass et al. |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |
| 2007/0050216 A1 | 3/2007 | Wright et al. |
| 2008/0122878 A1 | 5/2008 | Keefe et al. |
| 2008/0172254 A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 A1 | 9/2008 | Courtney |
| 2009/0018871 A1 | 1/2009 | Essig et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 198 02 572 A1 | 8/1999 | |
| EP | 0 684 565 A1 | 11/1995 | |
| EP | 0 781 032 A3 | 3/1999 | |
| EP | 0 952 726 A1 | 10/1999 | |
| GB | 2 096 440 A | 10/1982 | |
| JP | 04-177473 A | 6/1992 | |
| JP | 06-261892 A | 9/1994 | |
| WO | WO 97/22297 | 6/1997 | |
| WO | WO 00/02202 | 1/2000 | |
| WO | WO 00/19416 | 4/2000 | |

### OTHER PUBLICATIONS

Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.
MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.
ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.
GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.
GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.
GE Medical Systems Technical Publications,IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.
Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.
Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.
Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.
Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.
Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.
Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.
DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.
PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.
PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.
PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.
PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.
PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.
Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.
Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.
RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.
Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.
Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.
Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.
Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.
Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.
Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.
11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-376.
11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnson, Copyright 1992, pp. 377-434; 445-749.
12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.
Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.
Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.
Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.
Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.
Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.
Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.
Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.
Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.
Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006.
Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.
Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.
Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.
Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.
Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.
Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received Jun. 6, 2008.
Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,783,174 B2
Page 4

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.
Response to Office Action of Jun. 22, 2009, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.
Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.
U.S. Appl. No. 09/540,531, filed Mar. 31, 2000, Kanada Shoji, et al.
U.S. Appl. No. 09/602,643, filed Jun. 22, 2000, Peter Alden Rothschild.
U.S. Appl. No. 60/181,215, filed Sep. 2, 2000, Elliot A. Segal.
Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.
ACOM.PC 2.2 DICOM Conformance Statement, Version1.0, dated Sep. 29, 1999.
Siemens Sienet DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2001.
Siemens, Sienet MagicView 300, Copyright Apr. 2001.
MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.
DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.
DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.
Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.
DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.
Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.
The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 2000.
A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.
Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.
Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.
Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.
Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.
Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.
Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."
First DIN-PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, web.archive.org date "20010415."
Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.
Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166-174.
Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.
Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.
Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323-327, 1998.
PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al., Journal of Digital Imaging, 13:1, Feb. 2003.
The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imagining, 11:3, Supp 1, Aug. 1998.

Borderless Teleradiology with CHILI, Engelmann et al., Journal of Medical Internet Research, Copyright 1999.
Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al., Medical Informatics, 19:2, 1994.
Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al, Copyright 1991.
CD-R & CD-RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.
Evolution of the clinical review station for enterprise-wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
PACS Implementation Experiences: From In-house to Partnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.
Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.
Interfacing the PACS and the HIS: Results of a 5-year Implementation, TV Kinsey, Radiographics. May-Jun. 2000;20(3):883-91.
A five-step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.-Aug. 2002 22:4.
A low-cost CD-ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.
A new approach to teleconferencing with intravascular US and cardiac angiography in a low-bandwidth environment, JN Stahl et al., Radiographics Sep.-Oct. 2000, 20:5.
An economical, portable computer-based picture archiving and communication system, T-C Wu et al., Radiographics Mar.-Apr. 1999, 19:2.
A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.
Computer-based radiology information system: From floppy disk to CD-ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.
Consulting with radiologist outside the hospital by using java, S-K Lee at al., Radiographics 19:4, Jul.-Aug. 1999.
Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.
Digital archive system for radiologic images, Awk Wong, et al., Radiographics 14:5, Sep. 1994.
Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.
Distributing medical images with internet technologies: a DICOM java viewer, J Fernandez-Bayo et al., Radiographics 20:2, Mar.- Apr. 2000.
Development of an electronic radiologist's office in a private institute, J-C Oberson, et al., Radiographics 20:2, Mar.-Apr. 2000.
PACS mini refresher course: Electronic imaging workstations: Ergonomic issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.
PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.
PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.
Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.
PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12;2, Mar. 1992.
PACS mini refresher course: System integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and RH Choplin, Radiographics 12:4, Jul. 1992.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

## US 7,783,174 B2
Page 5

Pacs mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

1th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-375.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376-724.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1-441.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442-791.

13th Conference on Computer Applications in Radiology, Jun. 6-9, 1996, R Kilcoyne, et al., Copyright 1996.

Data storage and management requirements for the multimedia computer-based patient medical record, WB Hanlon et al., Fourteenth IEEE Symposium on Mass Storage Systems, Sep. 11-14, 1995.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

PACS: Picture archiving and communication systems in biological imaging, HK Huang, Copyright 1996.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

USCF Radiological Informatics Research: A Progress Report, dated Feb. 1997.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

A generic hospital PACS RFP presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

A PACS RFP toolkit presented to The Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Aug. 11, 1997.

A PACS RFP toolkit presented to the Fifth RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Feb. 3, 1995.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary, SK Mun, Report Date Mar. 1997.

Angiocardiography without cinefilm: information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker.".

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "Dec. 2, 1998."

MergeWorks: Connect, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive.org" date "Feb. 20, 1999."

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, Dated Oct. 7, 1999.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Oct. 1, 2009.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

Entwicklung von Algorithmen und Programmen far ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Merge Connectivity Products: MergeArk, "webarchive.org" date "Sep. 16, 2000".

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996.

U.S. Appl. No. 60/181,985, filed Feb. 11, 2000, Wright et al.

U.S. Appl. No. 60/205,751, filed May 19, 2000, Samari-Kermani.

U.S. Appl. No. 12/479,726, filed Jun. 5, 2009, Wright et al.

U.S. Appl. No. 12/484,064, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/491,178, filed Jun. 24, 2009, Wright et al.

U.S. Appl. No. 12/491,187, filed Jun. 24, 2009, Wright et al.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1-3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com, dated Nov. 16, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym_ws98/cover/ cov_virtual05.html, on Feb. 10, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040447/ camtronics.com/about/main.htm, on Feb. 26, 2008].

"Acuson Releases ViewPro-Net Image Network Review Software Package," Acuson Corp., dated Mar. 8, 1999.

"Algotec to Introduce New Communications Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/ web/upload_files/New_Communications_Tools.htm, on Jan. 25, 2008].

"Antelope Valley Hospital Chooses Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040910/camtronics.com/ cardiology/archium.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life to Existing Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD-R Exchange," dated Apr. 9, 1999 [Retrieved from http:// web.archive.org/web/19980711041036/camtronics.com/news/ news.htm, on Feb. 26, 2008].

"CD-Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/ DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

"DICOM Standards Committee: writeable CD-ROMs May Become Gold Standard of Image Exchange," Non-invasive Imaging, dated Feb. 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

Page 6

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].

"Med-volviz-faq-2000-01," dated Jan. 2000.

"Med-volviz-faq-98-11," dated Nov. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.dimag.com/webcast00/showArticle.ihtml?page=4.html, on Mar. 5, 2008].

"Philips Introduces CD-Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD-RW Rewritability; Complete CD-R/CD-RW Solution Features Support for DVD Compatibility, UDF-Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8-Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1-19746834.html, on Feb. 14, 2008].

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

"TDK Introduces Medical CD-R Recording Station," Business Wire, dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_m0EIN/is_Dec_1/ai_57876529/print, on Mar. 11, 2008].

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

"Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini-Archive," PRNewswire, Jun. 11, Copyright 1996-2008.

1996 Annual HIMSS Conference and Exhibition, "Readme".

1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated Mar. 3-7, 1996.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersysteme, dated Jun. 13, 1997.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

AccuImage AccuView User's Manual, dated Aug. 16, 1999.

Accusoft, High-Performance Medical Imaging Software (1997).

Acom.Convert DICOM Conformance Statement, Siemens, dated Sep. 15, 1999.

ACR Learning File Sampler 1 (32-bit), Help File, dated 1999.

Adobe, Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products (Jun. 17, 1999).

Advisory Action, U.S. Appl. No. 09/753,792, mailed Oct. 8, 2008.

Advisory Action, U.S. Appl. No. 09/761,795, mailed Jan. 16, 2007.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

Algotech, CDSurf, Help File, dated 1999.

Amendment After Final, U.S. Appl. No. 09/753,792, received Sep. 18, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Oct. 10, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Nov. 5, 2007.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Dec. 12, 2005.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Mar. 27, 2007.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Dec. 12, 2006.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jan. 14-16, 1995.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Applicant Interview Summary, U.S. Appl. No. 09/753,792, received May 27, 2008.

Applicare Medical Imaging B.V., The RadWorks Product Line Version 2.1 Product Catalog (Summer 1997).

Areeda Associates, "Welcome to the SeeMor Demo CD," dated 1999.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1999.

Areeda Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

Areeda Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Armond L. Levy et al., "An Internet-Connected, Patient-Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231-237, Aug. 1997.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

Arvind M. Salvekar, et al., "Community-Wide Implementation of Quality Outcome Measurements and Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, Fhimss et al., "Transforming Organization Structures to Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

AS3000 IMPAX 4 Server Marketing Product Specification Rev. 1.5, dated Dec. 31, 1998.

AS3000 Impax 4 Server Requirements Specification Rev. 1.4, dated Sep. 28, 1998.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205-207, May 1999.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47-P50, dated Sep. 1997.

Betsy S. Hersher, et al., "The CIO's Position in Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Bills of Lading, Invoices, and Packing Lists from Mitra Imaging to Institute de Cardiology de Montreal, dated May 1, 1998.

Bradley J. Erickson et al., "Reads: A Radiology-Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67-69, Aug. 1997.

Brian L. Cassel, "Defining the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Page, "Information Warehousing in the Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine—Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178-180, May 1999.

Camtronics Medical Systems, Service Manual Image Workstation Series (1999).

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.medicalimaging.com/issues/articles/2000-03_10.asp?mode=print, on Feb. 22, 2008].

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994-1997.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential And Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

CDWriter, Vault, AS300 Source Code & Packages, dated Feb. 12, 1997 to Feb. 26, 2001.

Cedar SDK Beta 6 change history log, dated Sep. 27, 1999.

Cedar SDK Beta 6 read me file, dated Sep. 27, 1999.

Certified Transcript of Non-Confidential Portions of Jan. 13, 2009 Deposition of Kenneth L. Wright, including Exhibits (Nos. 23 and 24) thereto.

Cheryl L. Fontenot, "A Phased Approached to Value-Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

Clement J. Mcdonald, Md, "Implementing A Physician Order Entry System: Perspectives From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Codonics, Inc.'s Answer and Defenses to DatCard Systems' Complaint and Counterclaims, filed Mar. 4, 2008.

Codonics, Inc.'s First Set of Requests for Production of Documents and Things, dated Jun. 6, 2008.

Codonics, Inc.'s Initial Invalidity Contentions and Initial Non-Infringement Contentions, dated Oct. 31, 2008.

Codonics, Inc.'s Memorandum in Support of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Memorandum of Points and Authorities in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 44-78), dated Nov. 21, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 79-111), dated Dec. 19, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things (Nos. 112-225), dated Jan. 26, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Interrogatories (No. 12), dated Jan. 20, 2009.

Codonics, Inc.'s Response to DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-43), dated Jun. 3, 2008.

Codonics, Inc.'s Response to DatCard's First Set of Interrogatories (Nos. 1-8), dated Jun. 3, 2008.

Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Dec. 5, 2008.

Codonics, Inc.'s Supplemental Responses to DatCard's First Set of Interrogatories (Nos. 1-8), dated Nov. 6, 2008.

Codonics' Reply in Support of Motion for Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Colleen M. Prophet, et al., "On the 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Company Overview Webpage, Trex Medical Corp., Copyright 2000-2008.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

CRS-PC / CRS-PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Cynthia Mckinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Cynthia Mckinney, et all, "Simplifying the Approach to Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

Daniel G. Schultz, Letter re: 510(k) Notification (Dec. 21, 1999).

DatCard Systems, Inc.'s Complaint for Patent Infringement and Demand for Jury Trial, filed Jan. 18, 2008.

DatCard Systems, Inc.'s First Amended Initial Disclosures, dated Jul. 21, 2008.

DatCard Systems, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

DatCard Systems, Inc.'s Reply to Codonics, Inc.'s Counterclaim, filed Mar. 13, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-83), dated Jul. 25, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Jan. 5, 2009.

DatCard Systems, Inc.'s Second Amended Initial Disclosures, dated Jan. 23, 2009.

DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 20, 2009.

DatCard's Opposition to Codonics' Motion for Stay Pending Codonics' Ungranted Request for Reexamination of the Patent-in-Suit, filed Jan. 16, 2009.

Dave Niemeyer et al., "The Good, The Bad and The Usable—A Clinical Workstation," 1996 Annual HIMSS Conference and Exhibition.

David Avrin, Radiology into the 21st Century: The Digital Department (Sep. 8, 1999).

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-04_04.asp, on Mar. 3, 2008].

David L. Kimball, "The Information Technology Leader's Role in Renewing The Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Deborah Kohn, MPH, RRA et al., "Mail and Messaging Software: M&Ms Of Communication—A Treat for Health Care Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit and Ex Parte Application for an Order Shortening Time to File and Hear Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of L. Smka in Support of Defendant Codonics, Inc.'s Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Declaration of M. Kendrick in Support of Motion to Compel Compliance with Subpoena, dated Jan. 15, 2009.

Declaration of P. Nikolai in Support of Rimage's Opposition and Cross-Motion to Quash, dated Jan. 20, 2009.

Declaration of R. Wise in Support of Codonics' Reply to DatCard's Opposition to Codonics' Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Defendant and Counterclaimant Codonics, Inc.'s First Amended Initial Disclosures, dated Jan. 29, 2009.

Defendant and Counterclaimant Codonics, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

Defendant Codonics, Inc.'s Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46-51, dated Jan. 1998.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

DICOM Birmingham 96, Tutorial Rev. 3.0, dated 1996.

Dicom Cd Writer Installation and Staging Manual Version 1.0.0, dated Aug. 25, 1997.

US 7,783,174 B2

Page 8

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/19990417151612/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

Diforum Series, "Soft-Copy Interpretation: How to Do It, What to Avoid," Diagnostic Imaging, pp. 66-72, dated Sep. 1998.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software and Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. Conf. 14, 1990, pp. 82-87.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock and Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lillian R. Miller, "Business Process Reengineering of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Douglas M. Tucker, Archives (Sep. 1999).

Draft Specifications for Medical Diagnostic Imaging Support (MDIS) System, Apr. 6, 1990.

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information Infrastructure Health Information Network NII-HIN," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation of Procedural Outcome and Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, MD, "Data-Based Assessment of Urgent Care in A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, and Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

E-mail Communication B. M. Srnka, CD RS, 1 page, Feb. 23, 2008.

E-mail Communication B. M. Srnka, gastrobase II, 1 page, Feb. 23, 2008.

Email Communication from C. Loomis, "RE: Direct Connect Workstations," dated Dec. 30, 1999.

E-mail Communication from R. Desrochers, "FW: Workstation Training," Feb. 2, 2000.

Email from Michael Fisher at Mitra Imaging to Susanna Fries at Mitra Imaging, "RE: Montreal Heart (ICM) Address for Vault," dated May 1, 1998.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB Datcard Systems, Inc v. Codonics, Inc Declaration (Motion related)," dated Feb. 4, 2009.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB Datcard Systems, Inc v. Codonics, Inc Objection/ Opposition (Motion related)," dated Feb. 4, 2009.

Emedia Professional, "The New Dyes Cast: Mapping the CD-R Media Market—Includes Related Articles—Industry. Overview," dated Oct. 1998.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent-Care Needs," Diagnostic Imaging, pp. P22-P24, dated Sep. 1997.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Erica Drazen and Jane Metzger, "Creating New Models for Ambulatory Practice: Efficient, Wellness-Focused, IT-Enabled," 1996 Annual HIMSS Conference and Exhibition.

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for Pacs Market Success," AuntMinnie.com, dated May 2, 2000 [Retrieved from

http://www.auntminnie.com/print/print.asp?sec=sup&sub=pac&pag=dis&ItemId=740&printpage=true, on Mar. 5, 2008].

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS-NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's WEBCAST of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc_story2.htm, on Mar. 3, 2008].

ETIAM, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Jul. 7, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Feb. 11, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, May 13, 2008.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, Mar. 6, 2008.

Examiner's Interview Summary, U.S. Appl. No. 09/761,795, mailed May 24, 2007.

Examiner's Interview Summary, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

Exchange Version 1.x User's Manual, dated 1998.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready for Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Aug. 25, 2008.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 7, 2007.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 10, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jul. 2, 2003.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jan. 12, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

G. James Blaine, et al., "project Spectrum: Technology Alliance for the Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development and Implementation Case Study: Clearing the Legal, Financial, and Contractual Barriers," 1996 Annual HIMSS Conference and Exhibition.

Gary R. Conrad, "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115-119, Aug. 1997.

GE Medical Systems, "Press Information: AmeriNet and GE Medical Systems Sign National Contract for Ultrasound Systems," dated Oct. 26, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Increases Power of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality to Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All-In-One Nuclear Cardiac Software to GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World-Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State-of-the-Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X-Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT Hispeed Product Line: Introduces Faster Scanner and Mobile System to Make State-of-the-Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner: SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First to Introduce High Performance Cancer Detecting Scanner for Mobile Services: Mobile Leader Makes Popular 'Pet' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Advantage Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on Pathspeed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X-Ray Tube: System Reduces Radiation Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System to Help Hospitals Go Digital: State-of-the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software to Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real-Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology to Help Physicians Obtain Chemical Information From the Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X-Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool to Aid in Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise-Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital-Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable for Smaller Hospitals and Clinics: Medical Profession Embraces GE's Development of High-Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full-Service Digital Solutions Promote Hospital-Wide Productivity, Patient Health Care Accessibility," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer-Driven Service Business for the New Millennium," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five-Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well-Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X-Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order to Provide State-of-the-Art Ultrasound Suite At Massachusetts General Hospital, "dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Pathspeed Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology for Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential to Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: Lightspeed QX/i: One Year Later: Breakthrough Multi-Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis of Diagnostic Images on the GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Revolution XR/d Filmless X-Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," dated Nov. 17, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get the Bigger Picture With GE Medical Systems' State-Of-The-Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—Radiological Society of North America, Images, dated 1999.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management for Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

H.K. Huang, *PACS: Basic Principles and Applications*, Wiley, New York (1999).

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer-based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11-14, 1995, pp. 11-16.

Harm J. Scherpbier, MD et al., "Aspects of Knowledge Sharing Using the Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Harry E. McQueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes And Technology," 1996 Annual HIMSS Conference and Exhibition.

Haufe G. et al.: XP-000914153, PACS at work: A Multimedia E-Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for View-

ing and Permanent CD-R Archiving of Cardiovascular X-Ray Angiography Images," Computers in Cardiology, 2000, pp. 649-652, vol. 27.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192-194, May 1999.

ICMIT, DICOM Development Project, dated Jun. 19, 1996.

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.

ImageAxs Pro-Med Disc, produced in Datcard v. Codonics Civil Action No. Sacv 08-00063 AHS.

IMAGEAXS, Pro-Med 4.01, "Read Me," dated Aug. 20, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Imaging Resource, Kodak Picture CD, http://www.imaging-resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Impax Conformance Statement for Media Application Storage Profiles CD-R Archive, Rev. 1.3, dated Dec. 6, 1999.

Impax NT Client Workstation CD Export System Test Plan v. 1.7.0, dated Jun. 12, 2000.

IMPAX Price Quotation for Laurie Imaging Center with annotations, dated Apr. 27, 1998.

IMPAX Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to VEPRO, dated Oct. 1, 1999.

Invoice from Impax Technology to Agfa Inc. (CAN), dated Nov. 30, 2000.

Invoice from Impax Technology to Toshiba America, Inc., dated Jan. 31, 2000.

Invoice from Mitra Imaging to Agfa Division of Bayer Inc., dated Oct. 18, 1998.

Invoice from Mitra Imaging to EMED, dated Sep. 30, 1996.

Invoice from Mitra Imaging to Fuji Medical Systems, U.S.A., dated Mar. 24, 1997.

Invoice from Mitra Imaging to Siemens Health Services, dated Mar. 11, 1998.

Invoices and Sales Orders from Mitra Imaging to Picker International, dated Jun. 16, 1999.

Invoices from Impax Technology to Agfa Corporation, dated from Mar. 1, 2000 to Jan. 10, 2001.

Invoices from Impax Technology to Agfa Europe, dated from Nov. 3, 2000 to Jan. 15, 2001.

Invoices from Impax Technology to Agfa Hong Kong Ltd., dated from Jun. 21, 2000 to Aug. 22, 2000.

Invoices from Impax Technology to Agfa-Gevaert Ltd. (AUS), dated from Aug. 25, 2000 to Nov. 28, 2000.

Invoices from Impax Technology to Toshiba Corporation, dated from Oct. 25, 2000 to Jan. 16, 2001.

Invoices from Mitre Imaging to Acuson Corp., dated from Oct. 5, 1997 to Jan. 31, 2000.

Invoices from Mitra Imaging to Agfa Gevaert N.V., dated from Oct. 28, 1997 to Mar. 16, 2000.

Invoices from Mitra Imaging to Impax Technology, dated from Jul. 31, 1999 to Dec. 31, 2000.

Invoices, Sales Orders, and Packing Lists from Mitre Imaging to Agfa Corporation, dated Nov. 24, 1999 to Nov. 25, 1999.

Invoices, Sales Orders, Packing Lists, FexEd Manifests, and Billing Summaries from Mitra Imaging to Electromed International, dated from Sep. 5, 1997 to Sep. 20, 2000.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive and Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", Radiology (Jul. 1999).

Jagdish Kohli, PhD, et al., "Distributed Architecture for A Wide-Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42-46, dated Mar. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30-P42, dated Sep. 1998.

James C. Benneyan, "Improving Health Care Using SPC and Quality Engineering: Billing and Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Images: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13-17, 1996.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, 78, pp. 19-22, 1997.

James E. Farstad, et al., "Operations, Facilities and Communications: Understanding Success Factors in Patient-Centered Care," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation of A Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

James L. Lear et al., "Redundant Array of Independent Disks: Practical On-Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37-38, Feb. 1996.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

James R. Prescott, Pe, "What's the Score and How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How to Implement Remote Data-Access," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques and Tools," 1996 Annual HIMSS Conference and Exhibition.

Jean-Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnls.orq/cgi/content/full/20/2/573, on Mar. 3, 2008].

Jeffrey S. Blair, "An Overview of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via the World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High-Volume Setting," Diagnostic Imaging, pp. 9-13, dated Jul. 1998.

John D. Morgan, et al., "Building an Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

John Glaser, PhD, Fhimss and Gilad Kuperman, MD, PhD, "Impact of Information Events on Medical Care," 1996 Annual HIMSS Conference and Exhibition.

John Lynch, "Chins: A Collaborative Approach to Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians to Your IS," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing the Impact of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85-90, May 1994.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Jun. 10, 2009 Declaration of Dr. Martina Steinhart, Managing Director of Steinhart Medizinsysteme GmbH, and accompanying documents.

K. Faulkner, "Book Review—PACS Basic Principles and Applications", The British Journal of Radiology (Jul. 1999).

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology to Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125-127, dated Nov. 1997.

KBMC Productions, CDRS-1100AUTOTP Operator's Manual (2002).

Kenneth Weiner and George E. Levesque, "This Hospital's Like a Hotel!," 1996 Annual HIMSS Conference and Exhibition.

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange in Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

Landen Bain et al., "The Benefits and Implications of a Statewide Health Information Network for a Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model for Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.

Letter from L. Hein re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 15, 2009.

Letter from P. Nikolai re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 20, 2009.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Letters and Description concerning Mitra Image Vault, dated Nov. 29, 1997 to Jan. 12, 1998.

Lillian Yin, Letter re: 510(k) Notification (Nov. 19, 1997).

Linda A. Keska, Letter re: Presentations (Oct. 1, 1997).

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation and Benchmarking to Improve Radiology Performance," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation and Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior to Implementation," 1996 Annual HIMSS Conference and Exhibition.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool for Endoscopic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key to Profitability—An Example to Improve Cost and Efficiency Using Activity-Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-06_11.asp, on Jan. 25, 2008].

Mark A. Kaiser et al., "New Information Requirements for the New World of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology and Tactics of Physician Integration," 1996 Annual HIMSS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into the Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Mark Zaidel et al., "Interactive Web-Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203-204, May 1999.

Marsha A. Sutter and James A. Baker, "Redesigning the Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach for Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept to Reality: Strategic Approach for Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

Medasys Digital Systems, DxWin 2.0 Evaluation Version, "Readme. txt," dated 1997.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates, Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.

Medical Imaging web page for Image Archiving on the ASP Way, dated Nov. 2000.

Mediface, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.

Mediface, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

Mediface, PiView 3.0 (3.0.7.0) English Version, "ReadMe.txt," dated Nov. 10, 1999.

Mediface, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2-990903," dated 1999.

MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

Medimage Software Modules Brochure, Aug. 12, 1997, pp. 1-9.

Medvision, VisiTran-MD, Screen Captures, dated 1997.

Meeting Notes: XRE / Camtronics, 3 pages, dated 1998.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into an Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Merge Technologies Incorporated, Setting the Course for Electronic Image Management (Feb. 1998).

Meta Solutions, Inc., Meta Solutions, Inc. (1998).

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20-23, Aug. 1997.

Michael.C. Longo and Pete Lockhart, "Structured Cabling: Foundations for the Future," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bettinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15-P17, dated Sep. 1998.

Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25-27, dated Feb. 1998.

Michael J. Hafner, "Effectiveness of Device Locations in the UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:54116212, on Mar. 5, 2008].

Minute Order (1) Taking Under Submission Defendant's Motion for Stay Pending Reexamination of the Patent-in-Suit; and (2) Removing the Matter From the Court's Feb. 2, 2009 Calendar, dated Jan. 27, 2009.
Minutes, DICOM Standards Committee, Jan. 19-20, 1999.
Minutes, DICOM Standards Committee, Jun. 22-23, 1999.
Mitchell S. Curtis and Austin Brown, "The Role of Information Systems in Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.
Mitra About Us History webpage, printed Oct. 7, 2008, copyright dated 2001.
Mitra Careers Testimonials webpage, printed Oct. 7, 2008, copyright dated 2001.
Mitra CD Exchange Operator's Manual, dated 1997.
Mitra CD Exchange Version 1.x Servise Manual, dated 1998.
Mitra CD Writer Conformance Statement, Rev. 1.4, dated Sep. 5, 1997.
Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.
Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.
Mitre CD Writer Requirements Specification Addendum: Labeler, Rev 1.0, dated Sep. 23, 1997.
Mitra CD Writer Requirements Specification, Rev. 1.3, dated Aug. 26, 1996.
Mitra CD Writer Requirements Specification, Rev. 1.4, dated Oct. 6, 1997.
Mitre CD Writer Service Tools Manual, dated Sep. 17, 1996.
Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.0, dated May 21, 1996.
Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Sep. 25, 1997.
Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Aug. 26, 1996.
Mitra CD Writer System Administration and Gui Manual, Ver. 1.0, dated Sep. 18, 1996.
Mitre D217 Vault Requirements Specification Rev 1.0, dated Jan. 17, 1997.
Mitra DICOM Conformance Statement Exhibit R3.1, Revision 2.1, dated Aug. 1, 1999.
Mitra Image Vault Conformance Statement for CD Reading/Writer, Rev. 1.5, dated Nov. 14, 1997.
Mitra Image Vault V. 1.2 Service Manual, dated 1998.
Mitra Image Vault V. 1.2 User's Manual, dated 1998.
Mitre IMPAX 3 Archive Requirements Specification, Rev. 2.1, dated Jan. 20, 1998.
Mitra Implementation Specification for Vault July 1st Release, Rev 0.2, dated Jun. 1, 1998.
Mitra Implementation Specification for Vault July 1st Release, Rev. 0.2, dated Jun. 1, 1998.
Mitra Installation Manual for CD Writer Software Ver. 0.2.0, Manual Rev. 1.2, dated Feb. 11, 1997.
Mitra MVF Service Tools Draft, Release 2.2, dated 1998.
Mitra MVF Service Tools Draft, Release 2.3, dated 1998.
Mitra MVF Service Tools Draft, Release 2.4, dated 1998.
Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.
Mitra Vault Installation Guide V. 2.8, dated Aug. 5, 1999.
Mitra Vault Installation Guide V. 2.9, dated Oct. 13, 1999.
Mitra Vault Installation Guide V. 2.9.2, dated Oct. 29, 1999.
Mitra Vault Installation Guide V. 2.9.3, dated Nov. 12, 1999.
Mitra Vault Installation Guide V. 2.9.5, dated Jan. 6, 2000.
Mitra Vault Installation Guide V. 2.9.6, dated Feb. 9, 2000.
Mitra Vault Installation Manual, dated Jan. 14, 1998.
Mitra Vault Requirements Specification Rev. 1.0, dated Jan. 17, 1997.
Mitra Vault Service Tools Manual version 2.7.0, dated 1999.
Mitra Vault Service Tools Manual version 2.8.0, dated Aug. 19, 1999.
Mitra Vault Service Tools V. 2.6.0, dated 1999.
Mitra Vault Service Tools V. 2.9.0, dated Oct. 13, 1999.
Mitra Vault Service Tools V. 2.9.2, dated Oct. 29, 1999.
Mitra Vault Service Tools V. 2.9.5, dated Jan. 6, 2000.
Mitra Vault Service Tools V. 2.9.6, dated Feb. 9, 2000.
Mitra Vault Version 2.2 Installation Manual, dated 1998.

Mitra Vault Version 2.3 Installation Manual, dated 1998.
Mitra Vault Version 2.4 Installation Manual, dated 1998.
Mitsui Advanced Media Presentation Slides, apparently dated 2000.
Notice of Abandonment, U.S. Appl. No. 09/781,605, mailed Mar. 27, 2007.
Notice of Allowance, U.S. Appl. No. 09/781,795, mailed Oct. 12, 2007.
Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements (37 CFR 1.510(c)), Control U.S. Appl. No. 90/009,538, mailed Aug. 27, 2009.
Notice of Manual Filing, filed Jan. 16, 2009.
Notice of Manual Filing, filed Jan. 26, 2009.
Notice of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 19, 2009.
Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, mailed May 12, 2009.
Office Action and Examiner's Interview Summ'y, U.S. Appl. No. 09/781,605, mailed Dec. 8, 2005.
Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 9, 2009.
Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 6, 2008.
Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 21, 2006.
Office Action, U.S. Appl. No. 09/753,792, mailed Jul. 23, 2004.
Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 22, 2009.
Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 22, 2005.
Office Action, U.S. Appl. No. 09/761,795, mailed Feb. 27, 2006.
Office Action, U.S. Appl. No. 09/761,795, mailed Oct. 20, 2006.
Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 20, 2007.
Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 27, 2003.
Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 23, 2004.
Office Action, U.S. Appl. No. 09/781,605, mailed May 27, 2005.
Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, dated Jan. 20, 2009.
Order Granting Motion for Stay Pending Outcome of Reexamination of Patent-in-Suit, dated Feb. 3, 2009.
Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control U.S. Appl. No. 90/009,347, mailed Jan. 30, 2009.
OSIRIS, OSIRIS Imaging Software User Manual, Version 3.1, dated 1996.
Otech, OTech News vol. 2, Iss. 2 (1997).
Packing List, Product Release Checklist, Software Release, Shipping Checklist, email, and Packing Slip for Exchange V 1.0, dated Sep. 5, 1997.
Packing List, Shipping Checklist, Packing Slip, Product Release Checklist, Software Release Notes, and Engineering Software Release for Mitra Vault v. 0.9, dated Sep. 12, 1997 to Sep. 16, 1997.
PacsCube User Manual / Installation Guide Version 4.1, 2006, pp. 1-63.
Pamela K. Wear, et al., "Building Security Models for Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.
Payment from Siemens Nixdorf to Mitra Imaging, dated Apr. 9, 1998.
Payments from AGFA Corporation to Impax Technology, dated from Nov. 22, 2000 to Dec. 29, 2000.
PerfectImage CD-R Order Interface API Programmer Guide, dated 2001.
Philip A. Katz, "Improving Competitive Position by Use of the Computerized Patient Record and Associated Technologies," 1996 Annual HIMSS Conference and Exhibition.
Philip G. Drew, Ph.D., "Signal-to-Noise: Surveys Attest to Growing Interest in PACS," pp. 21-22, dated Jan. 1998.
Philips Medical Systems, DICOM Conformance Statement—CD-Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).
Plaintiff DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-43), dated Apr. 3, 2008.
Plaintiff DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant (Nos. 112-225), dated Dec. 23, 2008.
Plaintiff DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant (Nos. 44-78), dated Oct. 22, 2008.

Plaintiff DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant (Nos. 79-111), dated Nov. 18, 2008.

Plans for AHA '98, Rev 3.0, dated Oct. 19, 1998.

Plans for RSNA '2000.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed Nov. 2, 2006.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 5, 2009.

Pre-Production Release Form and Packing Slip from Mitra Imaging Inc to Electromed International, dated Nov. 10, 1999.

Pre-Production Release Form MQF-9.3 re: Project AS300, Version 4.5.0 from Mitra Imaging to Electromed International, dated Nov. 9, 1999.

Printed Screen Shots and Help File Topics of Exhibit 382 to the Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc. v. Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California (Vepro Demonstration CD, © 1996-1999).

Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

Product Showcase: Automated DICOM Exchange Station, Medical Imaging Magazine, Jan. 2000.

Proof of Service, dated Jan. 26, 2009.

Proposed Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 16, 2009.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Proposed Order re Defendant's Motion to Compel Compliance with Subpoena to Rimage Corp., dated Jan. 15, 2009.

Purchase Order from Acuson Corp. to Mitra Imaging, dated Apr. 30, 1997.

Purchase Order, Invoice, Packing Slip, Billing Statement, Work Order from Mitra Imaging to Electromed Imaging and Mitra History dated Sep. 5, 1997 to Sep. 20, 2000.

Purchase Orders from Agfa Division to Mitra Imaging, dated from Apr. 30, 1999 to Oct. 14, 1999.

Purchase Orders from Electromed International to Mitre Imaging, dated from Apr. 29, 1998 to Jan. 9, 2000.

Purchase Requisitions from Electromed International to Mitra Imaging, dated May 1, 1998.

R. L. (Vern) Davenport, et al., "Understanding and Assessing Chin Network Technology," 1996 Annual HIMSS Conference and Exhibition.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communications System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175-177, May 1999.

Raffaele Noro et al., "Real-Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 116-121, Aug. 1997.

Ralph T. Wakerly, et al., "Planning for the Four Stages of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode-Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99-102, Aug. 1997.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Redacted Email regarding "Vepro: Description of Systems," dated Mar. 26, 1999.

Redacted First Amendment to Apr. 8, 1998 Purchase Agreement between General Electric Co. and VEPRO, dated May 28, 1999.

Redacted Offer from VEPRO to GE Medical Systems for MEDIM-AGE Digital Film Recording & Cd-R Archiving Station/19" Monitor Color, Upgrades, and Installation, dated Mar. 4, 1999.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Apr. 8, 1998.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Nov. 22, 1999.

Release 3 IMPAX Application Manual, V. 1.8.4, dated Feb. 13, 1997.

Request for *Ex Parte* Reexamination of U.S. Patent No. 7,302,164 and Petition Under 37 C.F.R. § 1.183 to Suspend the Rules, U.S. Appl. No. 90/009,538, mailed Aug. 7, 2009.

Request for *Ex Parte* Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Nov. 26, 2008.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Mar. 6, 2007.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Jul. 17, 2009.

Revised Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 14, 2009.

Revised Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Rhonda Delmater, "Multi-Media Messaging: An Emerging Vision for Health Care Delivery ," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay for Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation of Best Practices in Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems for Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services to Reduce Costs and Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Richard K. Wertz, "CD-ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376-3378, Dec. 26, 1986.

Richard L. Brandon and John Robinette, "Redesign of Decedent Care System Provides Compassion, Responsiveness, and Security," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements for Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Ricky A. Taira et al., "A Concept-BaSed Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25-36, Feb. 1996.

Rimage Corporation's Certificate of Service, dated Jan. 20, 2009.

Rimage Corporation's Cross-Motion to Quash the Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Rimage Corporation's Memorandum of Law in Opposition to Codonics' Motion to Compel and Cross-Motion to Quash Subpoena, dated Jan. 20, 2009.

Rimage Corporation's Notice of Cross-Motion to Quash Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Robert Bowman, et al., "Building and Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Robert Copple, PE, et al., "Developing a Methodology to Drive Patient Care Unit Consolidation," 1996 Annual HIMSS Conference and Exhibition.

Ronald L. Johnson, "Trends In The Health Care Vendor Marketplace," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes of Telemedicine Services . . . Patient and Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

RSNA '98—"Science to Practice"—Informational Proof Report, dated Apr. 6, 1998.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines for Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Ruediger Simon, "DICOM: State of the Standard in 1999."

Ruling Granting Defendant's Motion for a Stay of Proceedings Pending Reexamination of the Patent-in-Suit, dated Feb. 3, 2009.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7-9, 1995, pp. 134-137.

Sales Order Packing Slip, Trex Medical Corp., dated Jun. 27, 2000.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999-2003.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends in Health Care Information Systems: Increasing Focus on Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Shipping Checklists and FedEx Manifests from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Short Instructions: DICOM Communication by HIPAX, dated 1995-1999.

Siemens Health Services, Sienet—DICOM Conformance Statement: Magic View 50 Versions VA10A, VA10B and VA10C Revision 2.0 (Nov. 13, 1997).

Siemens Medical Systems, Inc., ACOM.CONVERT DICOM Conformance Statement (Sep. 15, 1999).

Siemens Medical Systems, Inc., ACOM.M/B 2.2 Basic System DICOM Conformance Statement (May 21, 1999).

Siemens Medical Systems, Inc., ACOM.Report VA01A DICOM Conformance Statement (Sep. 17, 1999).

Siemens Medical Systems, Inc., ACOM.Report VA02A DICOM Conformance Statement (Dec. 21, 2001).

Siemens Medical Systems, Inc., ACOM.Web VA21A DICOM Conformance Statement (Mar. 9, 2000).

Siemens Medical Systems, Inc., ACOM.Web VA21C DICOM Conformance Statement (Mar. 21, 2001).

Siemens Medical Systems, Inc., Fast, secure, reliable Sienet Enterprise PACS (1998).

Siemens Medical Systems, Inc., MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences (1998).

Siemens Medical Systems, Inc., MagicView 300 Enterprise-wide clinician viewing of images and reports (1998).

Siemens Medical Systems, Inc., MagicView CT/MR (1998).

Siemens Medical Systems, Inc., PACS Planning & Integration Services (1998).

Siemens Picture Archiving and Communication System Proposal for Huntsville Hospital, dated Apr. 8, 1999.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc., Copyright 2000-2007.

Siemens, Sienet MagicView 1000: Volume Rendering Technique.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Sienet Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002-2008.

Sohard AG, Radin Version 2.0, dated Nov. 2002, Screen Captures.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

Sonya Donaldson, Kodak Picture CD—Software Review—Evaluation (Oct. 2000).

Sorna, FilmX Sell Sheet, dated Mar. 3, 2000.

Sorna, FilmX Sell Sheet, dated Mar. 3, 2000.

Source code for Cedar SDK application, dated Mar. 25, 1999 to Sep. 27, 1999.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207-211, dated Nov. 1999.

Stan Wiebe, "Information Systems Planning for An Urban/Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Pomerantz, M.D., "First Person: Soft-Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37-39, dated Mar. 1998.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis of Their Cost-Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications in Health Care," 1996 Annual HIMSS Conference and Exhibition.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40-45, dated Jan. 1998.

Subpoena for the production of documents and things issued by Codonics, Inc. to Agfa Corporation, DatCard Systems, Inc. v. Codonics, Inc., SACV 08-00063 AHS (RNBx), C.D. Cal., dated Jun. 6, 2008.

Supplemental Amendment, U.S. Appl. No. 09/753,792, received Oct. 20, 2008.

Sylvia K. Dowding, "On the Road to Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

TDK Electronics Corp., Invoice (2000-2001).

TDK Medical, Medical CD Recording Station Planning and Installation Manual (2001).

TDK Medical, Quotation and Technical Specification: TDK's CDRS-1100AD (Jul. 17, 2003).

TDK Medical, Quotation and Technical Specification: TDK's CDRS-1100AUTOTP (Jul. 17, 2003).

The Imaging Resource, The Imaging Resource Digital Photography Newsletter, vol. 1, No. 3 (Oct. 22, 1999).

Thomas G. Tape, MD, et al., "Designing A Clinician User-Interface for A Health Care Information System," 1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready for CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Tony Rickards, "What is Disc Birmingham 96?" Jul. 24, 1996.

Tony Rickards, DICOM Tutorial: ESC Annual Meeting Birmingham (Aug. 1996).

Tracey D. Holden, et al., "Nuts and Bolts Approach to Project Management," 1996 Annual HIMSS Conference and Exhibition.

Transcript of Videotaped Deposition of Stefan Delank, dated Jan. 30, 2009, Datcard Systems, Inc. v. Codonics, Inc., Civil Action No. SACV08-00063 Ahs (RNBx), U.S. District Court, Central District of California.

TREX Medial Corp. Form 10-K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar-online.com/1996/12/06/00/0001003539-96-000006/Section2.asp, on Feb. 20, 2008].

TREXnet HR DICOM Media Conformance Statement, Trex Medical Corp., dated Jun. 29, 1998.

TREXnet HR Price Book, dated 2000.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices (Jul. 27, 2000).

Universal Manager Product Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

User Manual for Medimage: DICOM Archiving & Viewing Station, Vepro Computersysteme, dated May 9, 2000.

User's Guide for ImageAXS Pro-Med (Windows), Digital Arts & Sciences, Copyright 1998.

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Uwe Engelmann et al., "Borderless Teleradiology with Chili," Journal of Medical Internet Research, dated 13.12.1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Vault Installation Guide V. 2.9.4, dated Nov. 25, 1999.

Vault Service Tools V. 2.9.3, dated Nov. 12, 1999.

Vault v2.0 Hazard Analysis Report Rev 1.1, dated May 17, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Vepro Computersysteme GmbH, "Cardio-Viewing Station," dated 1997.

Vepro Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Vepro Computersysteme Gmbh, *510(K) Summary* (Jun. 6, 1997).

Vepro Computersysteme GmbH, *Medimage The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station* , Software Vers. 4.42 (May 9, 1999).

Vepro Computersysteme GmbH, *Medimage The Image Management System—Digital Film Recording Station, Software Version 4.40* (Oct. 28, 1999).

Vepro Computersysteme GmbH, Medimage: DICOM Archiving & Viewing Station, Software Vers. 4.42, User-Manual, dated May 9, 2000.

Vepro Computersysteme, Email re: *Medimage Cardio/Angio Viewing Station; Medimage Image Server; Medimage CD-ROM Jukebox Server; Medimage DICOM 3.0 Server Akquisition Station; Cardio—Viewing Station; Medimage Digital Filmrecording & CD-R Archiving Station* (Dec. 22, 1997).

Vepro GmbH, *Invoices re: Medimage Cardio/DICOM Viewing Software* (1998).

Vepro MedImage Disc, Paediatrische Kardiologie Univ. Heidelberg: INF 150-153, 69120 Heidelberg, dated Apr. 28, 1999.

Vepro Medimage Printout, Padiatrische Kardiologie Universitätsklinik Heidelberg: INF 150-153, 69120, dated Jan. 30, 2009.

Vepro, *17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation* (Feb.-Mar. 1998).

Vepro, Cardio-Network, dated Feb. 19, 1999.

Vepro, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

Vepro, Centura-Porter Advertist Hospital Training Reports, dated 1999.

Vepro, *Certificate for the Quality Assurance System* (Feb. 12, 2004).

Vepro, Diagram of a Digital Cath-Lab, dated Feb. 19, 1999.

Vepro, MedImage Cardio Viewing Station Extended, Version 4.41. 03, "About Cardio Viewing Station," dated 1998.

Vepro, MedImage Cardio Viewing Station Extended, Version 4.41. 03, Help File.

Vepro, MedImage Cardio Viewing Station Extended, Version 4.41. 05, "About Cardio Viewing Station," dated 1999.

Vepro, Product Sheet: Image/Film Archive Server, dated Feb. 19, 1999.

Vepro, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

Vepro, Purchase Order from Centura Health, dated Sep. 30, 1999.

Vepro, Serial Number Records for Project Denver, dated Nov. 25, 1999.

Vepro, *Viewing Software Handbook, Viewing Software Version 4.41* (Oct. 7, 1998).

Verda Weston, et al., "Reengineering and Technology—Building a Strong Foundation for the CPR," 1996 Annual HIMSS Conference and Exhibition.

Voxar, Plug 'n View 3d 2.1 (Demonstration), "readme.txt," dated Nov. 12, 1999.

W. Brent Peterson, "Strategies for Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, Fhimss et al., "Planning and Developing of a State-wide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer-Based Patient Record: An Essential Technology for Healthcare," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EIS Unplugged," 1996 Annual HIMSS Conference and Exhibition.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Word Count Compliance Certificate Regarding Defendant's Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Work Order, Purchase Order, Bill of Lading, Commercial Invoice, Packing List, and email concerning Vault System shipment to Institute de Cardiologie de Montreal, dated May 1, 1998.

Work Orders from Mitra Imaging to Electromed International, dated May 1, 1998.

TREX Medical Corporation, XRE Division, "Spec, Func, TREXnet HR Image Network," last revision dated Jan. 25, 2000.

Camtronics, LTD., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement, last updated Oct. 26, 1999.

Vepro Computersysteme GmbH, "Medimage® : The Image Management System: DICOM Archiving & Viewing Station: Software Vers. 4.42," Pfungstadt, Germany, dated Jan. 26, 2000.

Huang, H.K., PACS: Basic Principles and Applications, Wiley-Liss, Inc., USA, 1999, pp. vii-xvii, 177-198, 284-288, & 338-342.

Mehta, A., et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care," Journal of Digital Imaging, vol. 12, No. 2, Supp. 1 (May), 1999, pp. 78-80.

Corrected Original Request for Ex Parte Reexamination of U.S. Patent No. 7,302,174, Control No. 90/009,538, mailed Sep. 25, 2009.

Reply by Patent Owner to Non-Final Office Action Under 37 C.F.R. § 1.111 and Request for Reconsideration, Control No. 90/009,347, mailed Dec. 1, 2009.

Final Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed May 6, 2010.

Reply by Patent Owner to Final Office Action Under 37 C.F.R. § 1.116, Control No. 90/009,347, mailed Jun. 4, 2010.

Interview Summary, Control No. 90/009,347, mailed May 20, 2010.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**



*FIG. 1*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

120

254 252 250

| IMAGE INPUT DEVICES \ FIELDS | AUTO-PRODUCE 1 | TARGET PRODUCTION STATION | RELATED DATA STORAGE |
|---|---|---|---|
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

*FIG. 2*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

*FIG. 3*



Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG.  4*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 5

US 7,783,174 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of U.S. patent application Ser. No. 09/761,795, filed on Jan. 17, 2001, now U.S. Pat. No. 7,302,164, issued Nov. 27, 2007, which claims priority to U.S. Provisional Patent Application 60/181,985, filed on Feb. 11, 2000. The entire disclosures of these applications are hereby incorporated by reference herein in their entirety.

BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download

of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

3

related to the selected medical image data, and recording related image data to portable digital recording medium.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan

4

machines 208 and ultrasound machines 210 and stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital recording medium. Its

US 7,783,174 B2

5                                                          6

"target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" field 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252 of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

The target production station 300A, 300B or 300C produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server 110 in

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

7        8

step 142. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server 110. The application server 110 waits for this signal in step 146.

Still referring to FIG. 3, in step 148, the application server 110 updates the audit records in the production history database 116 that were created in step 144. For each CD produced, the application 110 server updates the date and time of production for that CD's audit record. The application server 110 also updates the status value for that CD's audit storage record from "processing" to "successful". The application server 110 then continues monitoring the image server database 202 as in step 122.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110. A user, typically a physician or physician's assistant, accesses the application server database 114 from a browsing terminal 400A, 400B or 400C connected to a network 600. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server 110, in step 150. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server 110. The application server 110 prompts the user to enter a password or an identification name coupled with a password, in step 152. The application server 110 checks if the entered identification/ password is authorized in step 154. If the entered identification/password is not authorized the user is returned to step 152 to re-enter the identification/password, or disconnected from the application server 110. If the entered identification/ password is authorized then the user is allowed access to the application server database 114 and the application server 110 proceeds to step 156.

Still referring to FIG. 4, in step 156 the user is prompted to select a patient from a list of patients with exam images in the application server database 114. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step 158. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step 160 whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step 156 to select another patient. If the user answers "no", the user proceeds to step 162.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database 114.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations 300A, 300B and 300C in step 162. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the application server 110, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step 164, the application server 110 sends a copy of the

image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program 112, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station 300A, 300B or 300C then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database 114 not from a browsing terminal 400A, 400B or 400C, but directly from the display terminal 118. In this embodiment the user directly proceeds from step 152. In this embodiment the user is typically a programmer or operator of the image production system 100.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server 110 from a browsing terminal 400A, 400B or 400C in step 170. The user enters identification information and a password in step 172. Step 174 determines whether the user is authorized to access the application server database 114. If authorized, the user is prompted to select a patient in step 176, and selects exams of the selected patient in step 178. The user is then asked in step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data. The application server 110 finds the image input device profile table 120 profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field 254, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server 110 automatically searches for related data without asking for user direction. In this embodiment, the application server 110 alerts the user if related data are found. In one embodiment, the application server 110 also searches the application server database 114 for related medical image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step 184. In another embodiment, all found related data are automatically selected by the application server 110 for production, without prompting for user selection.

The user is then prompted to select another patient in step 186. After the user has completed selecting all patients, the user is prompted to select a CD production station 300A, 300B or 300C in step 188. The user is also prompted to enter additional label text. In step 190, the application server 110 then sends a copy of the original and selected related data, along with a copy of the viewing program 112, a number indicating the number of copies to be produced, additional label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,783,174 B2

9

server **110** erases data in the new data database. The storage data database stores all data that has ever been received from the image server database **202**. In the processes described by FIG. 4 and FIG. 5, a user selects images for production for the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A system comprising:
   a medical image server configured to receive medical image data generated by one or more imaging modalities, the medical image data being formatted in a standard medical imaging format;
   a database configured to store medical image data generated by the one or more imaging modalities;
   a plurality of browsing terminals configured to receive a user selection that defines selected medical image data for a patient;
   a search module configured to automatically search the database for related data based on the user selection; and
   a production station that is configured to record all of the following onto a data storage medium:
   the selected medical image data for the patient, recorded in the standard medical imaging format, the related data, and a viewing program that is configured to allow viewing of medical image data that is recorded onto the data storage medium by a general purpose computer that is not specifically configured for viewing of medical images formatted in the standard medical imaging format.

2. The system of claim 1, further comprising a configuration data module configured to allow a user to input identifying information relating to the selected medical image data.

3. The system of claim 2, wherein the production station is configured to produce a label for the data storage medium, the label containing the identifying information.

4. The system of claim 1, further comprising an audit module that is configured to automatically provide an auditable trail of the selected medical image data.

5. The system of claim 4, wherein the auditable trail of the selected medical image data includes a record of when the

10

selected medial image data and the related medical image data were recorded onto the data storage medium.

6. The system of claim 4, wherein the auditable trail of the selected medical image data includes identifying information corresponding to the production station used to record the selected medial image data and the related medical image data onto the data storage medium.

7. The system of claim 1, wherein the data storage medium is an optical disk.

8. A method of recording medical image data and related data onto a data storage medium, the method comprising:
   receiving medical image data from one or more imaging modalities, the received medical image data being formatted in a standard medical imaging format;
   storing the received medical image data in a database;
   receiving a user selection that defines selected medical image data for a patient;
   automatically searching the database for related data based on the user selection;
   recording the selected medical image data for the patient and the related data onto a data storage medium using a production station, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;
   recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on a general purpose computer that is not specifically configured with medical imaging software for viewing of medical images formatted in the standard medical imaging format; and
   labeling the data storage medium with a label that includes identifying information associated with the selected medical image data.

9. The method of claim 8, wherein the user interface is further configured to collect the identifying information from the user.

10. The method of claim 8, further comprising generating an auditable trail of the selected medical image data, wherein the auditable trail includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

11. The method of claim 8, wherein receiving a user selection comprises selecting one or more patients from a list of patients having medical image data stored in the database.

12. The method of claim 8, wherein the plurality of imaging modalities includes an image scanner configured to generate medical image data in a DICOM-compatible format from film.

13. The method of claim 8, wherein the data storage medium is an optical disk.

14. The method of claim 8, wherein recording the selected medical image data and the related data further comprises selecting a production station from a plurality of production stations that are connected to the database via a computer network.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 7,783,174 B2                  Page 1 of 3
APPLICATION NO.  : 12/484100
DATED           : August 24, 2010
INVENTOR(S)    : Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In Column 2, Page 3 (Item 56), Line 17, under Other Publications, change "BringharnRAD:" to --BringhamRAD:--.

In Column 2, Page 3 (Item 56), Line 37, under Other Publications, change "Johnson," to --Johnston,--.

In Column 2, Page 4 (Item 56), Line 43, under Other Publications, change "at al.," to --et al.,--.

In Column 1, Page 5 (Item 56), Line 42, under Other Publications, change "EurIPACS," to --EuroPACS,--.

In Column 2, Page 5 (Item 56), Line 14, under Other Publications, change "DeJamette" to --DeJarnette--.

In Column 2, Page 5 (Item 56), Line 16, under Other Publications, change "Entwickiung" to --Entwicklung--.

In Column 1, Page 6 (Item 56), Line 58, under Other Publications, change "Acculmage" to --Accuimage--.

In Column 1, Page 7 (Item 56), Line 67, under Other Publications, change "HIPPA"," to --HIPAA",--.

In Column 2, Page 7 (Item 56), Line 1, under Other Publications, change "et all," to --et al.,--.

In Column 1, Page 10 (Item 56), Line 57, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 10 (Item 56), Line 63, under Other Publications, change "Mitre" to --Mitra--.

In Column 2, Page 10 (Item 56), Line 38, under Other Publications, change "radiographics.rsnajnls.orq" to --radiographics.rsnajnls.org--.

Signed and Sealed this
Twenty-ninth Day of March, 2011

David J. Kappos
Director of the United States Patent and Trademark Office

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 196

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. 7,783,174 B2**

In Column 1, Page 11 (Item 56), Line 36, under Other Publications, change ""MedImage" to --"Medimage--.

In Column 1, Page 11 (Item 56), Line 44, under Other Publications, change "Desecription" to --Description--.

In Column 2, Page 11 (Item 56), Line 38, under Other Publications, change "MedImage" to --Medimage--.

In Column 2, Page 11 (Item 56), Line 43, under Other Publications, change "MBA,," to --MBA.,--.

In Column 1, Page 12 (Item 56), Line 15, under Other Publications, change "Servise" to --Service--.

In Column 1, Page 12 (Item 56), Line 22, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 12 (Item 56), Line 28, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 12 (Item 56), Line 37, under Other Publications, change "Mitre" to --Mitra--.

In Column 1, Page 12 (Item 56), Line 45, under Other Publications, change "Mitre" to --Mitra--.

In Column 2, Page 12 (Item 56), Line 55, under Other Publications, change "PerfectImage" to --Perfectimage--.

In Column 1, Page 13 (Item 56), Line 44, under Other Publications, change "Mitre" to --Mitra--.

In Column 2, Page 13 (Item 56), Line 48, under Other Publications, change "BaSed" to --Based--.

In Column 2, Page 14 (Item 56), Line 46, under Other Publications, change "Medial" to --Medical--.

In Column 1, Page 15 (Item 56), Line 4, under Other Publications, change "Gmbh," to --GmbH,--.

In Column 1, Page 15 (Item 56), Line 21, under Other Publications, change "MedImage" to --Medimage--.

In Column 1, Page 15 (Item 56), Line 32, under Other Publications, change "Advertist" to --Adventist--.

In Column 1, Page 15 (Item 56), Line 36, under Other Publications, change "MedImage" to --Medimage--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**                               Page 3 of 3
**U.S. Pat. No. 7,783,174 B2**

      In Column 1, Page 15 (Item 56), Line 38, under Other Publications, change "MedImage" to
--Medimage--.

      In Column 1, Page 15 (Item 56), Line 40, under Other Publications, change "MedImage" to
--Medimage--.

      In Column 10, Line 1, in Claim 5, change "medial" to --medical--.

      In Column 10, Line 6, in Claim 6, change "medial" to --medical--.

      In Column 10, Line 41, in Claim 10, change "medial" to --medical--.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

**August 26, 2011**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

U.S. PATENT: *7,734,157*
ISSUE DATE: *June 08, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

**A 199**



US007734157B2

### (12) United States Patent
#### Wright et al.

(10) **Patent No.:** US 7,734,157 B2
(45) **Date of Patent:** Jun. 8, 2010

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/491,178**

(22) Filed: **Jun. 24, 2009**

(65) **Prior Publication Data**

US 2009/0252479 A1 Oct. 8, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of application No. 09/761,795, filed on Jan. 17, 2001, now Pat. No. 7,302,164.

(60) Provisional application No. 60/181,985, filed on Feb. 11, 2000.

(51) **Int. Cl.**
*H04N 5/91* (2006.01)

(52) **U.S. Cl.** ............................ 386/125; 386/126; 705/2; 705/3

(58) **Field of Classification Search** .................... 386/95, 386/125, 126; 705/2, 3, 5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A 1/1985 Pritchard

(Continued)

FOREIGN PATENT DOCUMENTS

CA 2322191 4/2000

(Continued)

OTHER PUBLICATIONS

TREX Medical Corporation, XRE Division, "SPEC, FUNC, TREXnet HR Image Network," last revision dated Jan. 25, 2000.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital recording medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**12 Claims, 5 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,734,157 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,736,256 A | 4/1988 | Ichikawa |
| 4,768,099 A | 8/1988 | Mukai |
| 4,852,570 A | 8/1989 | Levine |
| 4,860,112 A | 8/1989 | Nichols et al. |
| 4,874,935 A | 10/1989 | Younger |
| 4,945,410 A | 7/1990 | Walling |
| 4,958,283 A | 9/1990 | Tawara et al. |
| 5,002,062 A | 3/1991 | Suzuki |
| 5,005,126 A | 4/1991 | Haskin |
| 5,019,975 A | 5/1991 | Mukai |
| 5,208,802 A | 5/1993 | Suzuki et al. |
| 5,235,510 A | 8/1993 | Yamada et al. |
| 5,272,625 A | 12/1993 | Nishihara et al. |
| 5,291,399 A | 3/1994 | Chaco |
| 5,317,337 A | 5/1994 | Ewaldt |
| 5,319,543 A | 6/1994 | Wilhelm |
| 5,321,520 A | 6/1994 | Inga et al. |
| 5,321,681 A | 6/1994 | Ramsay et al. |
| 5,384,643 A | 1/1995 | Inga et al. |
| 5,410,676 A | 4/1995 | Huang et al. |
| 5,416,602 A | 5/1995 | Inga et al. |
| 5,451,763 A | 9/1995 | Pickett et al. |
| 5,452,416 A | 9/1995 | Hilton et al. |
| 5,469,353 A | 11/1995 | Pinsky et al. |
| 5,499,293 A | 3/1996 | Behram et al. |
| 5,502,726 A | 3/1996 | Fischer |
| 5,513,101 A | 4/1996 | Pinsky et al. |
| 5,518,325 A | 5/1996 | Kahle |
| 5,531,227 A | 7/1996 | Schneider |
| 5,542,768 A | 8/1996 | Rother et al. |
| 5,544,649 A | 8/1996 | David et al. |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. |
| 5,581,460 A | 12/1996 | Kotake et al. |
| 5,586,262 A | 12/1996 | Komatsu et al. |
| 5,592,511 A | 1/1997 | Schoen et al. |
| 5,597,182 A | 1/1997 | Reber et al. |
| 5,597,995 A | 1/1997 | Williams et al. |
| 5,605,153 A | 2/1997 | Fujioka et al. |
| 5,633,839 A | 5/1997 | Alexander et al. |
| 5,634,053 A | 5/1997 | Noble et al. |
| 5,655,084 A | 8/1997 | Pinsky et al. |
| 5,659,741 A | 8/1997 | Eberhardt |
| 5,668,998 A | 9/1997 | Mason et al. |
| 5,671,353 A | 9/1997 | Tian et al. |
| 5,687,717 A | 11/1997 | Halpern et al. |
| 5,717,841 A | 2/1998 | Farrell et al. |
| 5,721,891 A | 2/1998 | Murray |
| 5,724,582 A | 3/1998 | Pelanek et al. |
| 5,734,629 A | 3/1998 | Lee et al. |
| 5,734,915 A | 3/1998 | Roewer |
| 5,740,134 A | 4/1998 | Peterson |
| 5,763,862 A | 6/1998 | Jachimowicz et al. |
| 5,781,221 A | 7/1998 | Wen et al. |
| 5,796,862 A | 8/1998 | Pawlicki et al. |
| 5,809,243 A | 9/1998 | Rostoker et al. |
| 5,822,544 A | 10/1998 | Chaco et al. |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. |
| 5,832,488 A | 11/1998 | Eberhardt |
| 5,848,198 A | 12/1998 | Penn |
| 5,859,628 A | 1/1999 | Ross et al. |
| 5,867,795 A | 2/1999 | Novis et al. |
| 5,867,821 A | 2/1999 | Ballantyne et al. |
| 5,869,163 A | 2/1999 | Smith et al. |
| 5,873,824 A | 2/1999 | Doi et al. |
| 5,882,555 A | 3/1999 | Rohde et al. |
| 5,884,271 A | 3/1999 | Pitroda |
| 5,899,998 A | 5/1999 | McGauley et al. |
| 5,909,551 A | 6/1999 | Tahara et al. |
| 5,911,687 A | 6/1999 | Sato et al. |
| 5,914,918 A | 6/1999 | Lee et al. |
| 5,920,317 A | 7/1999 | McDonald |
| 5,924,074 A | 7/1999 | Evans |
| 5,942,165 A | 8/1999 | Sabatini |
| 5,946,216 A | 8/1999 | Hollerich |
| 5,946,276 A | 8/1999 | Ridges et al. |
| 5,949,491 A | 9/1999 | Callahan et al. |
| 5,950,207 A | 9/1999 | Mortimore et al. |
| 5,951,819 A | 9/1999 | Hummel et al. |
| 5,974,004 A | 10/1999 | Dockes et al. |
| 5,974,201 A | 10/1999 | Chang et al. |
| 5,982,736 A | 11/1999 | Pierson |
| 5,995,077 A | 11/1999 | Wilcox et al. |
| 5,995,345 A | 11/1999 | Overbo |
| 5,995,965 A | 11/1999 | Experton |
| 6,006,191 A | 12/1999 | DiRienzo |
| 6,021,404 A | 2/2000 | Moukheibir |
| 6,022,315 A | 2/2000 | Iliff |
| 6,032,120 A | 2/2000 | Rock et al. |
| 6,041,703 A | 3/2000 | Salisbury et al. |
| 6,063,030 A | 5/2000 | Vara et al. |
| 6,067,075 A | 5/2000 | Pelanek |
| 6,115,486 A | 9/2000 | Cantoni |
| 6,137,527 A | 10/2000 | Abdel-Malek et al. |
| 6,149,440 A | 11/2000 | Clark et al. |
| 6,157,914 A | 12/2000 | Seto et al. |
| 6,188,782 B1 | 2/2001 | Le Beux |
| 6,241,668 B1 | 6/2001 | Herzog |
| 6,260,021 B1 | 7/2001 | Wong et al. |
| 6,272,470 B1 | 8/2001 | Teshima |
| 6,363,392 B1 | 3/2002 | Halstead et al. |
| 6,366,966 B1 | 4/2002 | Laney et al. |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. |
| 6,415,295 B1 | 7/2002 | Feinberg |
| 6,454,705 B1 | 9/2002 | Cosentino et al. |
| 6,529,757 B1 | 3/2003 | Patel et al. |
| 6,564,256 B1 | 5/2003 | Tanaka |
| 6,564,336 B1 | 5/2003 | Majkowski |
| 6,574,629 B1 | 6/2003 | Cooke, Jr. |
| 6,574,742 B1 | 6/2003 | Jamroga et al. |
| 6,606,171 B1 | 8/2003 | Renk et al. |
| 6,615,192 B1 | 9/2003 | Tagawa et al. |
| 6,633,674 B1 | 10/2003 | Gemperline et al. |
| 6,654,724 B1 | 11/2003 | Rubin et al. |
| 6,671,714 B1 | 12/2003 | Weyer et al. |
| 6,675,271 B1 | 1/2004 | Xu et al. |
| 6,678,703 B2 | 1/2004 | Rothschild et al. |
| 6,678,764 B2 | 1/2004 | Parvulescu et al. |
| 6,760,755 B1 | 7/2004 | Brackett |
| 6,847,933 B1 | 1/2005 | Hastings |
| 6,910,038 B1 | 6/2005 | James |
| 6,925,319 B2 | 8/2005 | McKinnon |
| 6,954,767 B1 | 10/2005 | Kanada |
| 6,954,802 B2 | 10/2005 | Sutherland et al. |
| 6,988,074 B2 | 1/2006 | Kavitzinsky et al. |
| 7,006,881 B1 | 2/2006 | Hoffberg et al. |
| 7,020,651 B2 | 3/2006 | Ripley |
| 7,111,015 B2 | 9/2006 | Aoyama |
| 7,120,644 B1 | 10/2006 | Canessa et al. |
| 7,194,119 B2 | 3/2007 | Zahlmann et al. |
| 7,268,794 B2 | 9/2007 | Honda et al. |
| 7,302,164 B2 | 11/2007 | Wright et al. |
| 7,382,255 B2 | 6/2008 | Chung et al. |
| 7,395,215 B2 | 7/2008 | Grushka |
| 7,483,839 B2 | 1/2009 | Mayaud |
| 2001/0041991 A1 | 11/2001 | Segal et al. |
| 2001/0056359 A1 | 12/2001 | Abreu |
| 2002/0007287 A1 | 1/2002 | Straube et al. |
| 2002/0019751 A1 | 2/2002 | Rothschild et al. |
| 2002/0046061 A1 | 4/2002 | Wright et al. |
| 2002/0077861 A1 | 6/2002 | Hogan |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. |
| 2002/0133373 A1 | 9/2002 | Silva-Craig et al. |
| 2002/0138301 A1 | 9/2002 | Karras et al. |

# US 7,734,157 B2

Page 3

| | | | |
|---|---|---|---|
| 2002/0138524 A1 | 9/2002 | Ingle et al. |
| 2003/0051144 A1 | 3/2003 | Williams |
| 2003/0200226 A1 | 10/2003 | Wells et al. |
| 2003/0208382 A1 | 11/2003 | Westfall |
| 2004/0078236 A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 A1 | 7/2005 | Swanson et al. |
| 2005/0197860 A1 | 9/2005 | Joffe et al. |
| 2005/0240445 A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 A1 | 3/2006 | Weiss et al. |
| 2006/0149601 A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 A1 | 7/2006 | Douglass et al. |
| 2006/0179112 A1 | 8/2006 | Weyer et al. |
| 2007/0050216 A1 | 3/2007 | Wright et al. |
| 2008/0122878 A1 | 5/2008 | Keefe et al. |
| 2008/0172254 A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 A1 | 9/2008 | Courtney |
| 2009/0018871 A1 | 1/2009 | Essig et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 198 02 572 A1 | 8/1999 |
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A3 | 3/1999 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2 096 040 A | 10/1982 |
| JP | 04-177473 A | 6/1992 |
| JP | 06-261892 A | 9/1994 |
| WO | WO 97/22297 | 6/1997 |
| WO | WO 00/02202 | 1/2000 |
| WO | WO 00/19416 | 4/2000 |

### OTHER PUBLICATIONS

Camtronics, Ltd., Camtronics Medical Systems: Image Workstation: DICOM Conformance Statement: last updated Oct. 26, 1999.

ImageAXS Pro-Med Windows User's Guide, Digital Arts and Science, Alameda, CA, "Printed May 1998".

RadWorks Product Line, Version 2.1 Product Catalog, Applicare Medical Imaging B.V., "Summer 1997".

VEPRO Computersysteme GmbH, "MedIMAGE®: The Image Management System: DICOM Archiving & Viewing Station: Software Vers. 4.42," Pfungstadt, Germany, Jan. 2000.

Huang, H.K., PACS: Basic Principles and Applications, Wiley-Liss, Inc., USA, 1999, pp. vii-xvii, 177-198, 284-288, & 338-342.

U.S. Appl. No. 60/181,985, filed Feb. 11, 2000, Wright et al.

U.S. Appl. No. 60/205,751, filed May 19, 2000, Samari-Kermani.

U.S. Appl. No. 12/479,729, filed Jun. 5, 2009, Wright et al.

U.S. Appl. No. 12/484,064, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/484,100, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/491,187, filed Jun. 24, 2009, Wright et al.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1-3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com, dated Nov. 16, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym_ws98/cover/cov_virtual05.html, on Feb. 10, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040447/camtronics.com/about/main.htm, on Feb. 26, 2008].

"Acuson Releases ViewPro-Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

"Algotec to Introduce New Communications Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/web/upload_files/New_Communications_Tools.htm, on Jan. 25, 2008].

"Antelope Valley Hospital Chooses Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040910/camtronics.com/cardiology/archium.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life to Existing Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD-R Exchange," dated Apr. 9, 1996 [Retrieved from http://web.archive.org/web/19980711041036/camtronics.com/news/news.htm, on Feb. 26, 2008].

"CD-Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

"DICOM Standards Committee: writeable CD-ROMs May Become Gold Standard of Image Exchange," Non-invasive Imaging, dated Feb. 1999.

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].

"Med-volviz-faq-2000-01," dated Jan. 2000.

"Med-volviz-faq-98-11," dated Nov. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC," PR Newswire, dated Nov. 28, 2000.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.dimag.com/webcast00/showArticle.ihtml?page=4.html, on Mar. 5, 2008].

"Philips Introduces CD-Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

"Smart and Friendly Ships Industry's Most Complete 4x CD Recorder Solution With CD-RW Rewritability; Complete CD-R/CD-RW Solution Features Support for DVD Compatibility, UDF-Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8-Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1-19746834.html, on Feb. 14, 2008].

"SPEC, Concept, TREXnet HR," Trex Medical Corp., 10 pages, undated.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex. Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages revised Jan. 12, 1999.

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

"TDK Introduces Medical CD-R Recording Station," Business Wire, dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_mOEIN/is_Dec_1/ai_57876529/print, on Mar. 11, 2008].

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,734,157 B2**

Page 4

"Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini-Archive," PRNewswire, Jun. 11, Copyright 1996-2008.

1996 Annual HIMSS Conference and Exhibition, "README".

1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is on, dated Mar. 3-7, 1996.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersysteme, dated Jun. 13, 1997.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

AccuImage AccuView User's Manual, dated Aug. 16, 1999.

ACCUSOFT, High-Performance Medical Imaging Software (1997).

Acom.Convert DICOM Conformance Statement, Siemens, dated Sep. 15, 1999.

ACR Learning File Sampler 1 (32-bit), Help File, dated 1999.

Adobe, Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products (Jun. 17, 1999).

Advisory Action, U.S. Appl. No. 09/753,792, mailed Oct. 8, 2008.

Advisory Action, U.S. Appl. No. 09/761,795, mailed Jan. 16, 2007.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

Algotech, CDSurf, Help File, dated 1999.

Amendment After Final, U.S. Appl. No. 09/753,792, received Sep. 18, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Oct. 10, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Nov. 5, 2007.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Dec. 12, 2005.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Mar. 27, 2007.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Dec. 12, 2006.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14-16, 1995.

Amit Mehta et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care," Journal of Digital Imaging, vol. 12, No. 2, pp. 78-80, May 1999.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Applicant Interview Summary, U.S. Appl. No. 09/753,792, received May 27, 2008.

Areeda Associates, "Welcome to the SeeMor Demo CD," dated 1999.

Areeda Associates, SeeMor Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

Areeda Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

Areeda Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Armond L. Levy et al., "An Internet-Connected, Patient-Specific, Deformable Brain Atlas Integrated into a Surgical Navigation System," Journal of Digital Imaging, vol. 10, No. 3, pp. 231-237, Aug. 1997.

ARRi Oscar Product Brochure, ARRI, Copyright 1999.

Arvind M. Salvekar, et al., "Community-Wide Implementation of Quality Outcome Measurements and Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, FHIMSS et al., "Transforming Organization Structures to Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

AS3000 IMPAX 4 Server Marketing Product Specification Rev. 1.5, dated Dec. 31, 1998.

AS3000 IMPAX 4 Server Requirements Specification Rev. 1.4, dated Sep. 28, 1998.

Atsutoshi Oka et al., "Interhospital Network System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205-207, May 1999.

Bernard F. King, Jr., M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. P47-P50, dated Sep. 1997.

Betsy S. Hersher, et al., "The CIO's Position in Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Bills of Lading, Invoices, and Packing Lists from Mitra Imaging to Institute de Cardiology de Montreal, dated May 1, 1998.

Bradley J. Erickson et al., "READS: A Radiology-Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67-69, Aug. 1997.

Brian L. Cassel, "Defining the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing in the Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communications in Medicine—Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178-180, May 1999.

Camtronics Medical Systems, Service Manual Image Workstation Series (1999).

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.medicalimaging.com/issues/articles/2000-03__10.asp?mode=print, on Feb. 22, 2008].

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994-1997.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential and Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

CDWriter, Vault, AS300 Source Code & Packages, dated Feb. 12, 1997 to Feb. 26, 2001.

Cedar SDK Beta 6 change history log, dated Sep. 27, 1999.

Cedar SDK Beta 6 read me file, dated Sep. 27, 1999.

Certified Transcript of Non-Confidential Portions of Jan. 13, 2009 Deposition of Kenneth L. Wright, including Exhibits (Nos. 23 and 24) thereto.

Cheryl L. Fontenot, "A Phased Approached to Value-Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

Codonics, Inc.'s Answer and Defenses to DatCard Systems' Complaint and Counterclaims, filed Mar. 4, 2008.

Codonics, Inc.'s First Set of Requests for Production of Documents and Things, dated Jun. 6, 2008.

Codonics, Inc.'s Initial Invalidity Contentions and Initial Non-Infringement Contentions, dated Oct. 31, 2008.

Codonics, Inc.'s Memorandum in Support of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Memorandum of Points and Authorities in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 44-78), dated Nov. 21, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 79-111), dated Dec. 19, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things (Nos. 112-225), dated Jan. 26, 2009.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Interrogatories (No. 12), dated Jan. 20, 2009.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,734,157 B2

Codonics, Inc.'s Response to DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-43), dated Jun. 3, 2008.

Codonics, Inc.'s Response to DatCard's First Set of Interrogatories (Nos. 1-8), dated Jun. 3, 2008.

Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Dec. 5, 2008.

Codonics, Inc.'s Supplemental Responses to DatCard's First Set of Interrogatories (Nos. 1-8), dated Nov. 6, 2008.

Codonics' Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Colleen M. Prophet, et al., "On the 'Paperless Trail'—A Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Company Overview Webpage, Trex Medical Corp., Copyright 2000-2008.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

CRS-PC / CRS-PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Cynthia McKinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Cynthia McKinney, et all, "Simplifying the Approach to Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

D. Farber et al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

Daniel G. Schultz, Letter re: 510(k) Notification (Dec. 21, 1999).

DatCard Systems, Inc.'s Complaint for Patent Infringement and Demand for Jury Trial, filed Jan. 18, 2008.

DatCard Systems, Inc.'s First Amended Initial Disclosures, dated Jul. 21, 2008.

DatCard Systems, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

DatCard Systems, Inc.'s Reply to Codonics, Inc.'s Counterclaim, filed Mar. 13, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-83), dated Jul. 25, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Jan. 5, 2009.

DatCard Systems, Inc.'s Second Amended Initial Disclosures, dated Jan. 23, 2009.

DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 20, 2009.

DatCard's Opposition to Codonics' Motion for Stay Pending Codonics' Ungranted Request for Reexamination of the Patent-in-Suit, filed Jan. 16, 2009.

Dave Niemeyer et al., "The Good, The Bad and The Usable—A Clinical Workstation," 1996 Annual HIMSS Conference and Exhibition.

David Avrin, Radiology into the 21st Century: the Digital Department (Sep. 8, 1999).

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-04_04.asp, on Mar. 3, 2008].

David L. Kimball, "The Information Technology Leader's Role in Renewing the Healthcare Enterprise," 1996 Annual HIMSS Conference and Exhibition.

Deborah Kohn, MPH, RR A et al., "Mail and Messaging Software: M&Ms of Communication—A Treat for Health Care Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit and Ex Parte Application for an Order Shortening Time to File and Hear Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of L. Srnka in Support of Defendant Codonics, Inc.'s Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Declaration of M. Kendrick in Support of Motion to Compel Compliance with Subpoena, dated Jan. 15, 2009.

Declaration of P. Nikolai in Support of Rimage's Opposition and Cross-Motion to Quash, dated Jan. 20, 2009.

Declaration of R. Wise in Support of Codonics' Reply to DatCard's Opposition to Codonics' Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Defendant and Counterclaimant Codonics, Inc.'s First Amended Initial Disclosures, dated Jan. 29, 2009.

Defendant and Counterclaimant Codonics, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

Defendant Codonics, Inc.'s Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Dennis Winstein, et al., "Optimizing Clinical Information Systems in Complex Computing Environments," 1996 Annual HIMSS Conference and Exhibition.

Diane Shindoll, "Cover Story: Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46-51, dated Jan. 1998.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

DICOM Birmingham 96, Tutorial Rev. 3.0, dated 1996.

DICOM Cd Writer Installation and Staging Manual Version 1.0.0, dated Aug. 25, 1997.

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999 [Retrieved from http://web.archive.org/web/19990417151612/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

Diforum Series, "Soft-Copy Interpretation: How to Do It, What to Avoid," Diagnostic Imaging, pp. 66-72, dated Sep. 1998.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software and Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. Conf. 14, 1990, pp. 82-87.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock and Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lillian R. Miller, "Business Process Reengineering of an Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Douglas M. Tucker, Archives (Sep. 1999).

Draft Specifications for Medical Diagnostic Imaging Support (MDIS) System, Apr. 6, 1990.

Ed Spires and Gene Nacey, "Discharge Process Streamline Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information Infrastructure Health Information Network NII-HIN," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation of Procedural Outcome and Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, MD, "Data-Based Assessment of Urgent Care in a Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, and Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

E-mail Communication B. M. Srnka, CD RS, 1 page, Feb. 23, 2008.

E-mail Communication B. M. Srnka, gastrobaseII , 1 page, Feb. 23, 2008.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,734,157 B2

Page 6

Email Communication from C. Loomis, "RE: Direct Connect Workstations," dated Dec. 30, 1999.

E-mail Communication from R. Desrochers, "FW: Workstation Training," Feb. 2, 2000.

Email from Michael Fisher at Mitra Imaging to Susanna Fries at Mitra Imaging, "RE: Montreal Heart (ICM) Address for Vault," dated May 1, 1998.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB Datcard Systems, Inc v. Codonics, Inc Declaration (Motion related)," dated Feb. 4, 2009.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB Datcard Systems, Inc v. Codonics, Inc Objection/Opposition (Motion related)", dated Feb. 4, 2009.

Emedia Professional, "The New Dyes Cast: Mapping the CD-R Media Market—Includes Related Articles—Industry Overview," dated Oct. 1998.

Emerald Archiving Inc. Backfile Conversion Pricing for Huntsville Hospital, dated Mar. 21, 1999.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent-Care Needs," Diagnostic Imaging, pp. P22-P24, dated Sep. 1997.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Erica Drazen and Jane Metzger, "Creating New Models for Ambulatory Practice: Efficient, Wellness-Focused, IT-Enabled," 1996 Annual HIMSS Conference and Exhibition.

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for PACS Market Success," AuntMinnie.com, dated May 2, 2000 [Retrieved from http://www.auntminnie.com/print/print.asp?sec=sup&sub=pac&pag=dis&ItemId=740&printpage=true, on Mar. 5, 2008].

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS—NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's Webcast of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc_story2.htm, on Mar. 3, 2008].

ETIAM Conformance Statement—WinSCP32.

ETIAM, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Jul. 7, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Feb. 11, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, May 13, 2008.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, Mar. 6, 2008.

Examiner's Interview Summary, U.S. Appl. No. 09/761,795, mailed May 24, 2007.

Examiner's Interview Summary, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

Exchange Version 1.x User's Manual, dated 1998.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready For Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Aug. 25, 2008.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 7, 2007.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 10, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jul. 2, 2003.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jan. 12, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

G. James Blaine, et al., "project Spectrum: Technology Alliance For The Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development And Implementation Case Study: Clearing The Legal, Regulatory, And Contractual Barriers," 1996 Annual HIMSS Conference and Exhibition.

Gary R. Conrad, "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115-119, Aug. 1997.

GE Medical Systems, "Press Information: AmeriNet And GE Medical Systems Sign National Contract For Ultrasound Systems," dated Oct. 26, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Increases Power of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality to Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All-In-One Nuclear Cardiac Software to GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World-Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State-of-the-Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X-Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT HISPEED Product Line: Introduces Faster Scanner and Mobile System to Make State-of-the-Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner: SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First To Introduce High Performance Cancer Detecting Scanner For Mobile Services: Mobile Leader Makes Popular 'PET' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Advantage Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Advanced Analysis Capabilities on Pathspeed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X-Ray Tube: System Reduces Radiation Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System To Help Hospitals Go Digital: State-of-the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software To Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real-Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology To Help Physicians Obtain Chemical Information From The Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

## US 7,734,157 B2
Page 7

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X-Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool To Aid In Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise-Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital-Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable For Smaller Hospitals And Clinics: Medical Profession Embraces GE's Development of High-Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full-Service Digital Solutions Promote Hospital-Wide Productivity, Patient Health Care Accessibility," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer-Driven Service Business for the New Millennium," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five-Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well-Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X-Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order To Provide State-of-the-Art Ultrasound Suite At Massachusetts General Hospital, "dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Pathspeed Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Prism: Software Integrates Patient Information in One Application," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology For Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential To Better Diagnose Stroke Risks," dated Apr. 29, 1999.

GE Medical Systems, "Press Information: Lightspeed QX/i: One Year Later: Breakthrough Multi-Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis of Diagnostic Images on the GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Revolution XR/d Filmless X-Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams: GE Medical Systems Introduces Breakthrough 'Open' MRI System," dated Nov. 17, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get the Bigger Picture With GE Medical Systems' State-Of-The-Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—Radiological Society of North America. Images, dated 1999.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

Gerald M. Nussbaum, "Protecting the Net: Leveraging the Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management for Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth of an Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

H.K. Huang, PACS: Basic Principles and Applications, Wiley, New York (1999).

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Management Requirements for the Multimedia Computer-based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11-14, 1995, pp. 11-16.

Harm J. Scherpbier, MD et al., "Aspects of Knowledge Sharing Using the Arden Syntax," 1996 Annual HIMSS Conference and Exhibition.

Harry E. Mcqueen, Jr. and Kate Manzone, "Enabling HMO Product Implementation Through Improved Work Processes and Technology," 1996 Annual HIMSS Conference and Exhibition.

Haufe G. et al.: XP-000914153, PACS at work: A Multimedia E-Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for Viewing and Permanent CD-R Archiving of Cardiovascular X-Ray Angiography Images," Computers in Cardiology, 2000, pp. 649-652, vol. 27.

HIMSS.96—The 1996 Annual HIMSS Conference and Exhibition Disc, produced in Datcard v. Codonics Civil Action No. SACV 08-00063 AHS.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist's Office," Journal of Digital Imaging, vol. 12, No. 2, pp. 192-194, May 1999.

ICMIT, DICOM Development Project, dated Jun. 19, 1996.

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

Image Edition Product Webpage, The TDF Product Line, TDF Corp., Copyright 1997.

IMAGEAXS, Pro-Med 4.01, "Read Me," dated Aug. 20, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Imaging Resource, Kodak Picture CD, http://www.imaging-resource.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Impax Conformance Statement for Media Application Storage Profiles CD-R Archive, Rev. 1.3, dated Dec. 6, 1999.

Impax NT Client Workstation CD Export System Test Plan v. 1.7.0, dated Jun. 12, 2000.

IMPAX Price Quotation for Laurie Imaging Center with annotations, dated Apr. 27, 1998.

IMPAX Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to VEPRO, dated Oct. 1, 1999.

Invoice from Impax Technology to Agfa Inc. (CAN), dated Nov. 30, 2000.

Invoice from Impax Technology to Toshiba America, Inc., dated Jan. 31, 2000.

Invoice from Mitra Imaging to Agfa Division of Bayer Inc., dated Oct. 18, 1998.

Invoice from Mitra Imaging to EMED, dated Sep. 30, 1998.

Invoice from Mitra Imaging to Fuji Medical Systems, U.S.A., dated Mar. 24, 1997.

Invoice from Mitra Imaging to Siemens Health Services, dated Mar. 11, 1998.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,734,157 B2

Page 8

Invoices and Sales Orders from Mitra Imaging to Picker International, dated Jun. 16, 1999.

Invoices from Impax Technology to Agfa Corporation, dated from Mar. 1, 2000 to Jan. 10, 2001.

Invoices from Impax Technology to Agfa Europe, dated from Nov. 3, 2000 to Jan. 15, 2001.

Invoices from Impax Technology to Agfa Hong Kong Ltd., dated from Jun. 21, 2000 to Aug. 22, 2000.

Invoices from Impax Technology to Agfa-Gevaert Ltd. (AUS), dated from Aug. 25, 2000 to Nov. 28, 2000.

Invoices from Impax Technology to Toshiba Corporation, dated from Oct. 25, 2000 to Jan. 16, 2001.

Invoices from Mitra Imaging to Acuson Corp., dated from Oct. 5, 1997 to Jan. 31, 2000.

Invoices from Mitra Imaging to Agfa Gevaert N.V., dated from Oct. 28, 1997 to Mar. 16, 2000.

Invoices from Mitra Imaging to Impax Technology, dated from Jul. 31, 1999 to Dec. 31, 2000.

Invoices, Sales Orders, and Packing Lists from Mitra Imaging to Agfa Corporation, dated Nov. 24, 1999 to Nov. 25, 1999.

Invoices, Sales Orders, Packing Lists, FexEd Manifests, and Billing Summaries from Mitra Imaging to Electromed International, dated from Sep. 5, 1997 to Sep. 20, 2000.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With a Text Archive and Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", Radiology (Jul. 1999).

Jagdish Kohli, PhD, et al., "Distributed Architecture for a Wide-Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42-46, dated Mar. 1998.

James Brice, "PACS Integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30-P42, dated Sep. 1998.

James C. Benneyan, "Improving Health Care Using SPC and Quality Engineering: Billing and Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Images: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13-17, 1996.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," Heart, 78, pp. 19-22, 1997.

James E. Farstad, et al., "Operations, Facilities and Communications: Understanding Success Factors in Patient-Centered Care," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation of a Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

James L. Lear et al., "Redundant Array of Independent Disks: Practical On-Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37-38, Feb. 1996.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

James R. Prescott, PE, "What's the Score and How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery," 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu et al., "Wireless Data Transmission: How to Implement Remote Data-Access," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques and Tools," 1996 Annual HIMSS Conference and Exhibition.

Jean-Chrétien Oberson et al., "Development of an Electronic Radiologist's Office in a Private Institute," Radiographics, Copyright 2000 [Retrieved from http://radiographics.rsnajnls.org/cgi/content/full/20/2/573, on Mar. 3, 2008].

Jeffrey S. Blair, "An Overview of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via the World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis et al., "Case Study: A Health Care System's Use of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High-Volume Setting," Diagnostic Imaging, pp. 9-13, dated Jul. 1998.

John D. Morgan, et al., "Building an Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

John Glaser, PhD, FHIMSS and Gilad Kuperman, MD, PhD, "Impact of Information Events on Medical Care," 1996 Annual HIMSS Conference and Exhibition.

John Lynch, "CHINS: A Collaborative Approach to Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians to Your IS," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing the Impact of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85-90, May 1994.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Jun. 10, 2009 Declaration of Dr. Martina Steinhart, Managing Director of Steinhart Medizinsysteme GmbH, and accompanying documents.

K. Faulkner, "Book Review—PACS Basic Principles and Applications", The British Journal of Radiology (Jul. 1999).

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology to Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125-127, dated Nov. 1997.

KBMC Productions, CDRS-1100AUTOTP Operator's Manual (2002).

Kenneth Weiner and George E. Levesque, "This Hospital's Like a Hotel!," 1996 Annual HIMSS Conference and Exhibition.

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange in Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Parts, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

Landen Bain et al., "The Benefits and Implications of a Statewide Health Information Network for a Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model for Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine Or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages Dec. 15, 1997.

Letter from L. Hein re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 15, 2009.

Letter from P. Nikolai re: "Datcard Systems, Inc. v. Codonics, Inc.," dated Jan. 20, 2009.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Letters and Desecription concerning Mitra Image Vault, dated Nov. 29, 1997 to Jan. 12, 1998.

Lillian Yin, *Letter re: 510(k) Notification* (Nov. 19, 1997).

Linda A. Keska, *Letter re: Presentations* (Oct. 1, 1999).

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation and Benchmarking to Improve Radiology Performance," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation and Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior to Implementation," 1996 Annual HIMSS Conference and Exhibition.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool for Endoscopic Sinus Surgery," J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

M: Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key to Profitability—An Example to Improve Cost and Efficiency Using Activity-Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-06_11.asp, on Jan. 25, 2008].

Mark A. Kaiser et al., "New Information Requirements for the New World of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology and Tactics of Physician Integration," 1996 Annual HIMSS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into the Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Mark Zaidel et al., "Interactive Web-Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203-204, May 1999.

Marsha A. Sutter and James A. Baker, "Redesigning the Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement —A Rational Approach for Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept To Reality: Strategic Approach for Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

May T.: "Medical Information Security: The Evolving Challenge", 1998, IEEE doc 0-7803-4536-5/98 pp. 85-92.

MEDASYS Digital Systems, DxWin 2.0 Evaluation Version, "Readme.txt," dated 1997.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates, Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.

Medical Imaging web page for Image Archiving the ASP Way, dated Nov. 2000.

MEDIFACE, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

MEDIFACE, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.

MEDIFACE, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

MEDIFACE, PiView 3.0 (3.0.7.0) English Version, "ReadMe.txt," dated Nov. 10, 1999.

MEDIFACE, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2-990903," dated 1999.

MedImage image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

MEDIMAGE Software Modules Brochure, Aug. 12, 1997, pp. 1-9.

MEDVISION, VisiTran-MD, Screen Captures, dated 1997.

Meeting Notes: XRE / Camtronics, 3 pages dated 1998.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into An Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Merge Technologies Incorporated, *Setting the Course for Electronic Image Management* (Feb. 1998).

META Solutions, Inc., *Meta Solutions, Inc.* (1998).

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20-23, Aug. 1997.

Michael C. Longo and Pete Lockhart, "Structured Cabling: Foundations For The Future," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bettinger, "Tracking Critical Patient Information With a Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15-P17, dated Sep. 1998.

Michael J. Cannavo, "PACS Integration: Islands of Automation," Diagnostic Imaging, pp. 25-27, dated Feb. 1998.

Michael J. Hafner, "Effectiveness of Device Locations in the UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:54116212, on Mar. 5, 2008].

Minute Order (1) Taking Under Submission Defendant's Motion for Stay Pending Reexamination of the Patent-in-Suit; and (2) Removing the Matter From the Court's Feb. 2, 2009 Calendar, dated Jan. 27, 2009.

Minutes, DICOM Standards Committee, Jan. 19-20, 1999.

Minutes, DICOM Standards Committee, Jan. 22-23, 1999.

Mita Tapestry Medical Image Disc, produced in *Datcard* v. *Codonics* Civil Action No. SACV 08-00063 AHS.

Mitchell S. Curtis and Austin Brown, "The Role of Information Systems in Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Mitra About Us History webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra Careers Testimonials webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra C D Exchange Operator's Manual, dated 1997.

Mitra CD Exchange Version 1.x Service Manual, dated 1998.

Mitra CD Writer Conformance Statement, Rev. 1.4, dated Sep. 5, 1997.

Mitra CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.

Mitra CD Writer Development & Quality Plan Rev. 1.0, dated May 28, 1996.

Mitra CD Writer Requirements Specification Addendum: Labeler, Rev 1.0, dated Sep. 23, 1997.

Mitra CD Writer Requirements Specification, Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer Requirements Specification, Rev. 1.4, dated Oct. 6, 1997.

Mitra CD Writer Service Manual, dated Sep. 17, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.0, dated May 21, 1996.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Sep. 25, 1997.

Mitra CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer System Administration and GUI Manual, Ver. 1.0, dated Sep. 18, 1996.

Mitra D217 Vault Requirements Specification Rev 1.0, dated Jan. 17, 1997.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**US 7,734,157 B2**

Page 10

Mitra DICOM Conformance Statement Exhibit R3.1, Revision 2.1, dated Aug. 1, 1999.
Mitra Image Vault Conformance Statement for CD Reading/Writer, Rev. 1.5, dated Nov. 14, 1997.
Mitra Image Vault Product Description.
Mitra Image Vault V. 1.2 Service Manual, dated 1998.
Mitra Image Vault V. 1.2 User's Manual, dated 1998.
Mitra IMPAX 3 Archive Requirements Specification, Rev. 2.1, dated Jan. 20, 1998.
Mitra Implementation Specification for Vault Jul. 1 Release, Rev 0.2, dated Jun. 1, 1998.
Mitra Implementation Specification for Vault Jul. 1 Release, Rev 0.2, dated Jun. 1, 1998.
Mitra Installation Manual for CD Writer Software Ver. 0.2.0, Manual Rev. 1.2, dated Feb. 11, 1997.
Mitra MVF Service Tools Draft, Release 2.2, dated 1998.
Mitra MVF Service Tools Draft, Release 2.3, dated 1998.
Mitra MVF Service Tools Draft, Release 2.4, dated 1998.
Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.
Mitra Vault Installation Guide V. 2.8, dated Aug. 5, 1999.
Mitra Vault Installation Guide V. 2.9, dated Oct. 13, 1999.
Mitra Vault Installation Guide V. 2.9.2, dated Oct. 29, 1999.
Mitra Vault Installation. Guide V. 2.9.3, dated Nov. 12, 1999.
Mitra Vault Installation Guide V. 2.9.5, dated Jan. 6, 2000.
Mitra Vault Installation Guide V. 2.9.6, dated Feb. 9, 2000.
Mitra Vault Installation Manual, dated Jan. 14, 1998.
Mitra Vault Requirements Specification Rev. 1.0, dated Jan. 17, 1997.
Mitra Vault Service Tools Manual version 2.7.0, dated 1999.
Mitra Vault Service Tools Manual version 2.8.0, dated Aug. 19, 1999.
Mitra Vault Service Tools V. 2.6.0, dated 1999.
Mitra Vault Service Tools V. 2.9.0, dated Oct. 13, 1999.
Mitra Vault Service Tools V. 2.9.2, dated Oct. 29, 1999.
Mitra Vault Service Tools V. 2.9.5, dated Jan. 6, 2000.
Mitra Vault Service Tools V. 2.9.6, dated Feb. 9, 2000.
Mitra Vault Version 2.2 Installation Manual, dated 1998.
Mitra Vault Version 2.3 Installation Manual, dated 1998.
Mitra Vault Version 2.4 Installation Manual, dated 1998.
Mitsui Advanced Media Presentation Slides, apparently dated 2000.
Notice of Abandonment, U.S. Appl. No. 09/781,605, mailed Mar. 27, 2007.
Notice of Allowance, U.S. Appl. No. 09/761,795, mailed Oct. 12, 2007.
Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements (37 CFR 1.510(c)), U.S. Appl. No. 90/009,538, mailed Aug. 27, 2009.
Notice of Manual Filing, filed Jan. 16, 2009.
Notice of Manual Filing, filed Jan. 26, 2009.
Notice of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 19, 2009.
Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, mailed May 12, 2009.
Office Action and Examiner's Interview Summ'y, U.S. Appl. No. 09/781,605, mailed Dec. 8, 2005.
Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 9, 2009.
Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 6, 2008.
Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 21, 2006.
Office Action, U.S. Appl. No. 09/753,792, mailed Jul. 23, 2004.
Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 22, 2009.
Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 22, 2005.
Office Action, U.S. Appl. No. 09/761,795, mailed Feb. 27, 2006.
Office Action, U.S. Appl. No. 09/761,795, mailed Oct. 20, 2006.
Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 20, 2007.
Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 27, 2003.
Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 23, 2004.
Office Action, U.S. Appl. No. 09/781,605, mailed May 27, 2005.
Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, dated Jan. 20, 2009.
Order Granting Motion for Stay Pending Outcome of Reexamination of Patent-in-Suit, filed Feb. 3, 2009.
Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Jan. 30, 2009.

Osiris, Osiris Imaging Software User Manual, Version 3.1, dated 1996.
Otech, OTech News vol. 2, Iss. 2 (1997).
Packing List, Product Release Checklist, Software Release, Shipping Checklist, email, and Packing Slip for Exchange V 1.0, dated Sep. 5, 1997.
Packing List, Shipping Checklist, Packing Slip, Product Release Checklist, Software Release Notes, and Engineering Software Release for Mitra Vault v. 0.9, dated Sep. 12, 1997 to Sep. 16, 1997.
PacsCube User Manual / Installation Guide Version 4.1, 2006, pp. 1-63.
Pamela K. Wear, et al., "Building Security Models for Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.
Payment from Siemens Nixdorf to Mitra Imaging, dated Apr. 9, 1998.
Payments from AGFA Corporation to Impax Technology, dated from Nov. 22, 2000 to Dec. 29, 2000.
PerfectImage CD-R Order Interface API Programmer Guide, dated 2001.
Philip A. Katz, "Improving Competitive Position By Use of the Computerized Patient Record and Associated Technologies," 1996 Annual HIMSS Conference and Exhibition.
Philip G. Drew, Ph.D., "Signal-to-Noise: Surveys Attest to Growing Interest in PACS," pp. 21-22, dated Jan. 1998.
Philips Medical Systems, 510(k) Summary (Sep. 23, 1999).
Philips Medical Systems, DICOM Conformance Statement—CD-Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).
Plaintiff DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-43), dated Apr. 3, 2008.
Plaintiff DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant (Nos. 112-225), dated Dec. 23, 2008.
Plaintiff DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant (Nos. 44-78), dated Oct. 22, 2008.
Plaintiff DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant (Nos. 79-111), dated Nov. 18, 2008.
Plans for AHA '98, Rev 3.0, dated Oct. 19, 1998.
Plans for RSNA '2000.
Preliminary Amendment, U.S. Appl. No. 11/591,889, filed Nov. 2, 2006.
Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 5, 2009.
Pre-Production Release Form and Packing Slip from Mitra Imaging Inc to Electromed International, dated Nov. 10, 1999.
Pre-Production Release Form MQF-9.3 re: Project AS300, Version 4.5.0 from Mitra Imaging to Electromed International, dated Nov. 9, 1999.
Printed Screen Shots and Help File Topics of Exhibit 382 to the Deposition of Stefan Delank, dated Jan. 30, 2009, Datcard Systems, Inc. v. Codonics, Inc., Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California (Vepro Demonstration CD, © 1996-1999).
Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://webarchive.org/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].
Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.
Product Showcase: Automated Dicom Exchange Station, Medical Imaging Magazine, Jan. 2000.
Proof of Service, dated Jan. 26, 2009.
Proposed Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 16, 2009.
Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.
Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.
Proposed Order re Defendant's Motion to Compel Compliance with Subpoena to Rimage Corp., dated Jan. 15, 2009.

## US 7,734,157 B2
Page 11

Purchase Order from Acuson Corp. to Mitra Imaging, dated Apr. 30, 1997.

Purchase Order, Invoice, Packing Slip, Billing Statement, Work Order from Mitra Imaging to Electromed Imaging and Mitra History dated Sep. 5, 1997 to Sep. 20, 2000.

Purchase Orders from Agfa Division to Mitra Imaging, dated from Apr. 30, 1999 to Oct. 14, 1999.

Purchase Orders from Electromed International to Mitra Imaging, dated from Apr. 29, 1998 to Jan. 9, 2000.

Purchase Requisitions from Electromed International to Mitra Imaging, dated May 1, 1998.

R. L. (Vern) Davenport, et al., "Understanding and Assessing CHIN Network Technology," 1996 Annual HIMSS Conference and Exhibition.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communications System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175-177, May 1999.

Radiology Service Partners, LLC, Re-Engineering Radiology (1997).

Raffaele Noro et al., "Real-Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 116-121, Aug. 1997.

Ralph T. Wakerly, et al., "Planning for the Four Stages of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

Ramesh C. Verma et al., "Picture Archiving and Communication System—Asynchronous Transfer Mode Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99-102, Aug. 1997.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Redacted Email regarding "Vepro: Description of Systems," dated Mar. 26, 1999.

Redacted First Amendment to Apr. 8, 1998 Purchase Agreement between General Electric Co. and VEPRO, dated May 28, 1999.

Redacted Offer from VEPRO to GE Medical Systems for MEDIMAGE Digital Film Recording & CD-R Archiving Station/19" Monitor Color, Upgrades, and Installation, dated Mar. 4, 1999.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Apr. 8, 1998.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Nov. 22, 1999.

Release 3 IMPAX Application Manual, V. 1.8.4, dated Feb. 13, 1997.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164 and Petition Under 37 C.F.R. § 1.183 to Suspend the Rules, U.S. Appl. No. 90/009,538, mailed Aug. 7, 2009.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Nov. 26, 2008.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Mar. 6, 2007.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006.

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received May 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Jul. 17, 2009.

Revised Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 14, 2009.

Revised Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Rhonda Delmater, "Multi-Media Messaging: An Emerging Vision for Health Care Delivery ," 1996 Annual HIMSS Conference and Exhibition.

Richard A. Crabtree, "Pay for Extra Performance," 1996 Annual HIMSS Conference and Exhibition.

Richard B. H. Graham and Karen K. Geisler, "Achieving Results: Implementation Of Best Practices in Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.

Richard I. Skinner, et al., "Ambulatory Information Systems For Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Richard J. Linderman, "Reengineering Transcription Services To Reduce Costs And Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.

Richard K. Wertz, "CD-ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376-3378, Dec. 26, 1986.

Richard L. Brandon and John Robinette, "Redesign Of Decedent Care System Provides Compassion, Responsiveness, And Security," 1996 Annual HIMSS Conference and Exhibition.

Richard P. Corley, et al., "Infrastructure Requirements For Rapidly Changing Hospital Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

Ricky K. Taira et al., "A Concept-Based Retrieval System for Thoracic Radiology," Journal of Digital Imaging, vol. 9, No. 1, pp. 25-36, Feb. 1996.

Rimage Corporation's Certificate of Service, dated Jan. 20, 2009.

Rimage Corporation's Cross-Motion to Quash the Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Rimage Corporation's Memorandum of Law in Opposition to Codonics' Motion to Compel and Cross-Motion to Quash Subpoena, dated Jan. 20, 2009.

Rimage Corporation's Notice of Cross-Motion to Quash Subpoena to Rimage Corporation, dated Jan. 20, 2009.

Robert Bowman, et al., "Building and Maintaining Today's Networks," 1996 Annual HIMSS Conference and Exhibition.

Robert Copple, Pe, et al., "Developing a Methodology to Drive Patient Care Unit Consolidation," 1996 Annual HIMSS Conference and Exhibition.

Ronald L. Johnson, "Trends in the Health Care Vendor Marketplace," 1996 Annual HIMSS Conference and Exhibition.

Rosemary Nelson, et al., "Outcomes of Telemedicine Services . . . Patient and Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

RSNA '98—"Science to Practice"—Informational Proof Report, dated Apr. 6, 1998.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,734,157 B2

Page 12

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines For Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Ruediger Simon, "DICOM: State of the Standard in 1999."

Ruling Granting Defendant's Motion for a Stay of Proceedings Pending Reexamination of the Patent-in-Suit, dated Feb. 3, 2009.

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7-9, 1995, pp. 134-137.

Sales Order Packing Slip, Trex Medical Corp., dated Jun. 27, 2000.

Sallie Williams, et al., "The Inside Story On Chin Implementation: CIO's First Hand Experience," 1996 Annual HIMSS Conference and Exhibition.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999-2003.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends In Health Care Information Systems: Increasing Focus On Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Shipping Checklists and FedEx Manifests from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Short Instructions: DICOM Communication by HIPAX, dated 1995-1999.

Siemens Health Services, *Sienet—DICOM Conformance Statement: Magic View 50 Versions VA10A, VA10B and VA10C Revision 2.0* (Nov. 13, 1997).

Siemens Medical Systems, Inc., *ACOM.Convert DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOM Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *Fast, secure, reliable Sienet Enterprise PACS* (1998).

Siemens Medical Systems, Inc., *MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences* (1998).

Siemens Medical Systems, Inc., *MagicView 300 Enterprise-wide clinician viewing of images and reports* (1998).

Siemens Medical Systems, Inc., *MagicView CT/MR* (1999).

Siemens Medical Systems, Inc., *PACS Planning & Integration Services* (1998).

Siemens Picture Archiving and Communication System Proposal for Huntsville Hospital, dated Apr. 8, 1999.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc., Copyright 2000-2007.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Sienet Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002-2008.

Sohard AG, Rarlin Version 2.0, dated Nov. 2002, Screen Captures.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

Sorna, FilmX Sell Sheet, dated 2000.

Sorna, FilmX Sell Sheet, dated Mar. 3, 2000.

Source code for Cedar SDK application, dated Mar. 25, 1999 to Sep. 27, 1999.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207-211, dated Nov. 1997.

Stan Wiebe, "Information Systems Planning For An Urban/Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Pomerantz, M.D., "First Person: Soft-Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37-39, dated Mar. 1998.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis Of Their Cost-Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications in Health Care," 1996 Annual HIMSS Conference and Exhibition.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40-45, dated Jan. 1998.

Subpoena for the production of documents and things issued by Codonics, Inc. To Agfa Corporation, *DatCard Systems, Inc. v. Codonics, Inc.*, SACV 08-00063 AHS (RNBx), C.D. Cal., dated Jun. 6, 2008.

Supplemental Amendment, U.S. Appl. No. 09/753,792, received Oct. 20, 2008.

Sylvia K. Dowding, "On The Road to Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

TDK Electronics Corp., *Invoice* (2000-2001).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AUTOTP* (Jul. 17, 2003).

The Imaging Resource, *The Imaging Resource Digital Photography Newsletter*, vol. 1, No. 3 (Oct. 22, 1999).

Thomas G. Tape, MD, et al., "Designing A Clinician User-Interface For a Health Care Information System," 1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready For CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Tony Rickards, "What is DISC Birmingham 96?" Jul. 24, 1996.

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

Tracey D. Holden, et al., "Nuts And Bolts Approach To Project Management," 1996 Annual HIMSS Conference and Exhibition.

Transcript of Videotaped Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc. v. Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California.

Trex Medial Corp. Form 10-K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar-online.com/1996/12/06/00/0001003539-96-000006/Section2.asp, on Feb. 20, 2008].

TREXnet HR Dicom Media Conformance Statement, Trex Medical Corp., dated Jun. 29, 1998.

TREXnet HR Price Book dated 2000.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, *Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices* (Jul. 27, 2000).

Universal Manager Product Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

User Manual for Medimage: DICOM Archiving & Viewing Station, Vepro Computersysteme, dated May 9, 2000.

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Uwe Engelmann et al., "Borderless Teleradiology with CHILI," Journal of Medical Internet Research, dated Dec. 13, 1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Vault Installation Guide V. 2.9.4, dated Nov. 25, 1999.

Vault Service Tools V. 2.9.3, dated Nov. 12, 1999.

Vault v2.0 Hazard Analysis Report Rev 1.1, dated May 17, 1999.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

US 7,734,157 B2

Page 13

VEPRO Computersysteme GmbH, "Cardio-Viewing Station," dated 1997.
VEPRO Computersysteme GmbH, "Readme," dated Sep. 16, 1997.
VEPRO Computersysteme GmbH, 510(K) Summary (Jun. 6, 1997).
VEPRO Computersysteme GmbH, MEDIMAGE The Image Management System—ACOM.Convert DICOM Archiving & Viewing Station , Software Vers. 4.42 (May 9, 1999).
VEPRO Computersysteme GmbH, MEDIMAGE The Image Management System—Digital Film Recording Station, Software Version 4.40 (Oct. 28, 1999).
VEPRO Computersysteme GmbH, MEDIMAGE: DICOM Archiving & Viewing Station, Software Vers. 4.42, User-Manual, dated May 9, 2000.
VEPRO Computersysteme, Email re: MEDIMAGE Cardio/Angio Viewing Station; MEDIMAGE ImageServer; MEDIMAGE CD-ROM Jukebox Server; MEDIMAGE DICOM 3.0 Server Akquisition Station; Cardio—Viewing Station; MEDIMAGE Digital Filmrecording & CD-R Archiving Station (Dec. 22, 1997).
VEPRO GMBH, Invoices re: MEDIMAGE Cardio/DICOM Viewing Software (1998).
VEPRO MedImage Disc, Paediatrische Kardiologie Univ. Heidelberg: INF 150-153, 69120 Heidelberg, dated Apr. 28, 1999.
VEPRO MedImage Printout, Pädiatrische Kardiologie Universitätsklinik Heidelberg: INF 150-153, 69120, dated Jan. 30, 2009.
VEPRO, 17 Years Computer Experience; Company Profile; Letter re: Software Evaluation; Email re: Software Evaluation (Feb.-Mar. 1998).
VEPRO, Cardio-Network, dated Feb. 19, 1999.
VEPRO, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.
VEPRO, Centura-Porter Advertist Hospital Training Reports, dated 1999.
VEPRO, Certificate for the Quality Assurance System (Feb. 12, 2004).
VEPRO, Diagram of a Digital Cath-Lab, dated Feb. 19, 1999.
VEPRO, MedImage Cardio Viewing Station Extended, Version 4.41. 03, "About Cardio Viewing Station," dated 1998.
VEPRO, MedImage Cardio. Viewing Station Extended, Version 4.41. 05, "About Cardio Viewing Station," dated 1999.
VEPRO, Product Sheet: Image/Film Archive Server, dated Feb. 19, 1999.
VEPRO, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.
VEPRO, Purchase Order from Centura Health, dated Sep. 30, 1999.
VEPRO, Serial Number Records for Project Denver, dated Nov. 25, 1999.
VEPRO, Viewing Software Handbook, Viewing Software Version 4.41 (Oct. 7, 1998).
Verda Weston, et al., "Reengineering and Technology—Building A Strong Foundation For The CPR," 1996 Annual HIMSS Conference and Exhibition.
VOXAR, Plug 'n View 3d 2.1 (Demonstration), "readme.txt," dated Nov. 12, 1999.
W. Brent Peterson, "Strategies For Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.
Wayne M. Gray, FHIMSS et al., "Planning And Developing Of A Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.
William F. Andrew, ME, PE, et al., "The Computer-Based Patient Record: An Essential Technology For Healthcare," 1996 Annual HIMSS Conference and Exhibition.
William H. Crawford, et al., "EIS Unplugged," 1996 Annual HIMSS Conference and Exhibition.
William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System, " 1996 Annual HIMSS Conference and Exhibition.
William P. Vrooman, et al., "Benefits Realization Analysis Of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.
Word Count Compliance Certificate Regarding Defendant's Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Work Order, Purchase Order, Bill of Lading, Commercial Invoice, Packing List, and email concerning Vault System shipment to Institute de Cardiologie de Montreal, dated May 1, 1998.
Work Orders from Mitra Imaging to Electromed International, dated May 1, 1998.
Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, U.S. Appl. No. 90/009,347, mailed Oct. 1, 2009.
Corrected Original Request for Ex Parte Reexamination of U.S. Patent No. 7,302,174, U.S. Appl. No. 90/009,538, mailed Sep. 25, 2009.
Reply by Patent Owner to Non-Final Office Action Under 37 C.F.R. § 1.111 and Request for Reconsideration, U.S. Appl. No. 90/009,347, mailed Dec. 1, 2009.
U.S. Appl. No. 09/540,531, filed Mar. 31, 2000, Kanada Shoji, et al.
U.S. Appl. No. 09/602,643, filed Jun. 22, 2000, Peter Alden Rothschild.
U.S. Appl. No. 60/181,215, filed Sep. 2, 2000, Elliot A. Segal.
MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.
CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.
Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.
MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.
ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.
GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.
GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.
GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.
Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.
Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.
Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.
Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.
Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.
Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.
DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.
Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.
ACOM.PC 2.2 DICOM Conformance Statement, Version 1.0, dated Sep. 29, 1999.
Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.
Siemens, SIENET MagicView 300, Copyright Apr. 2001.
MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.
DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.
DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.
Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.
DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.
Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 1996.
The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,734,157 B2**

Page 14

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al, Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649-652.

Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

First DIN-PACS award goes to IBM as Computer Giant Wins Portsmouth Bid, webarchive.org date "20010415."

Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.

Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al, European Journal of Radiology 22 (1996) 166-174.

Personal Notes, SN M96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.

Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.

Digital networking and archiving with ACOM TOP, W Sallfrank, International Journal of Cardiac Imaging 14:323-327, 1998.

PACS Databases and Enrichment of the Folder Manager Concept, KP Andriole et al, Journal of Digital Imaging, 13:1, Feb. 2003.

The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imagining, 11:3, Supp 1, Aug. 1998.

Borderless Teleradiology with CHILI, Engelmann et al., Journal of Medical Internet Research, Copyright 1999.

Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al., Medical Informatics, 19:2, 1994.

Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al, Copyright 1991.

CD-R & CD-RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.

Evolution of the clinical review station for enterprise-wide multimedia radiology reporting, W Hanlon et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

PACS Implementation Experiences: From In-house to Partnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Evaluating PACS Success: A Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.

Interfacing the PACS and the HIS: Results of a 5-year Implementation, TV Kinsey, Radiographics. May-Jun. 2000;20(3):883-91.

A five-step approach to digital image manipulation for the radiologist, FM Carl et al, Radiographics Jul.-Aug. 2002 22:4.

A low-cost CD-ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.

A new approach to teleconferencing with intravascular US and cardiac angiography in a low-bandwidth environment, JN Stahl et al., Radiographics Sep.-Oct. 2000, 20:5.

An economical, personal computer-based picture archiving and communication system, T-C Wu et al., Radiographics Mar.-Apr. 1999, 19:2.

A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.

Computer-based radiology information system: From floppy disk to CD-ROM, EF Binet et al, Radiographics 15:5, Sep. 1995.

Consulting with radiologist outside the hospital by using java, S-K Lee et al., Radiographics 19:4, Jul.-Aug. 1999.

Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14:5, Sep. 1994.

Digital archive system for radiologic images, Awk Wong, et al., Radiographics 14:5, Sep. 1994.

Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15:1, Jan. 1995.

Distributing medical images with Internet technologies: A DICOM java viewer, J Fernandez-Bayo et al., Radiographics 20:2, Mar.-Apr. 2000.

Development of an electronic radiologist's office in a private institute, J-C Oberson, et al., Radiographics 20:2, Mar.-Apr. 2000.

PACS mini refresher course: Electronic imaging workstations: Ergonomic issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.

Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.

PACS mini refresher course: Image archival technologies, MM Frost et al, Radiographics 12;2, Mar. 1992.

PACS mini refresher course: System integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and RH Choplin, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.

PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.

PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.

PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.

PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.

Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.

Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.

RadNotes: A novel software development tool for radiology education, AB Baxter et al, Radiographics 17:3, May-Jun. 1997.

Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.

Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.

Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan-Feb. 1997.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,734,157 B2**

Page 15

Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25-Dec. 1, 1995.

Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-375.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 376-724.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1-441.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 442-791.

13th Conference on Computer Applications in Radiology, Jun. 6-9, 1996, R Kilcoyne, et al., Copyright 1996.

Data storage and management requirements for the multimedia computer-based patient medical record, WB Hanlon et al., Fourteenth IEEE Symposium on Mass Storage Systems, Sep. 11-14, 1995.

Automated prefetch mechanism: Design and implementation for a radiology PACS, AWK Wong et al., SPIE vol. 2165.

Implementing a DICOM—HL7 interface application, S L Fritz et al., SPIE vol. 2435.

Hospital integrated picture archiving and communication systems: A second generation PACS concept,. M Osteaux, Copyright 1992.

Medical image databases: A content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

PACS: Picture archiving and communication systems in biological imaging, HK Huang, Copyright 1996.

Fast nearest neighbor search in medical image databases, F Kom et al., Proceedings of the 32nd VLDB Conference, 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Sergey, Aug. 1999.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

USCF Radiological Informatics Research: A Progress Report, dated Feb. 1997.

UCSF Radiological Informatics Research: A Progress Report, Feb. 1996.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

A generic hospital PACS RFP presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

A PACS RFP toolkit presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Aug. 11, 1997.

A PACS RFP toolkit presented to the Fifth RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Feb. 3, 1997.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary, SK Mun, Report Date Mar. 1997.

Angiocardiography without cinefilm: information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker."

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "Dec, 2, 1998."

MergeWorks: Connect, MergeTechnologies, Inc., "webarchive.org" date "19981203."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive. org" date "Feb. 20, 1999."

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Flatau, Dated Oct. 7, 1999.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Fast nearest neighbor search in medical image databases, F Kom et al., Proceedings of the 32nd VLDB Conference, 1996.

Merge Connectivity Products: MergeArk, "webarchive.org" date "20000916".

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996.

Using Experience with Bidirectional HL7—ACR-NEMA Interfaces between the Federal Government HIS/RIS and Commercial PACS to Plan for DICOM, Peter M/ Kuzmak et al., SPIE vol. 2435.

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to Office Action of Jun. 22, 2009, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

RadNotes: A novel software development tool for 'radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.

Inside BringhamRAD: Providing radiology teaching cases on the internet, GL Mammome et al., Radiographics 15:6, Nov. 1995.

Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 1-376.

11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology, William Brody and Gerald Johnston, Copyright 1992, pp. 377-434; 445-749.



FIG. 1

120

| IMAGE INPUT DEVICES / FIELDS | AUTO-PRODUCE 1 | TARGET PRODUCTION STATION | RELATED DATA STORAGE |
|---|---|---|---|
| | 250 | 252 | 254 |
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

*FIG. 2*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

FIG. 3



Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 4

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Case: 13-1445 Case: CASE PARTICIPANTS ONLY Document: 223-1 Page: 108 Filed: 11/08/2013



*FIG. 5*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,734,157 B2

**1**

## SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of U.S. patent application Ser. No. 09/761,795, filed on Jan. 17, 2001, now U.S. Pat. No. 7,302,164, issued Nov. 27, 2007, and claims priority to U.S. Provisional Patent Application 60/181,985, filed on Feb. 11, 2000. The entire disclosure of these priority applications are hereby incorporated by reference herein in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download

**2**

of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

### SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,734,157 B2

3

related to the selected medical image data, and recording related image data to portable digital recording medium.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to one or more image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan

4

machines 208 and ultrasound machines 210 and stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital recording medium. Its

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,734,157 B2

5

"target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically produce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" filed 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252 of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

6

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

The target production station 300A, 300B or 300C produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server 110 in

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,734,157 B2

7

step 142. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server 110. The application server 110 waits for this signal in step 146.

Still referring to FIG. 3, in step 148, the application server 110 updates the audit records in the production history database 116 that were created in step 144. For each CD produced, the application 110 server updates the date and time of production for that CD's audit record. The application server 110 also updates the status value for that CD's audit storage record from "processing" to "successful". The application server 110 then continues monitoring the image server database 202 as in step 122.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110. A user, typically a physician or physician's assistant, accesses the application server database 114 from a browsing terminal 400A, 400B or 400C connected to a network 600. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server 110, in step 150. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server 110. The application server 110 prompts the user to enter a password or an identification name coupled with a password, in step 152. The application server 110 checks if the entered identification/ password is authorized in step 154. If the entered identification/password is not authorized the user is returned to step 152 to re-enter the identification/password, or disconnected from the application server 110. If the entered identification/ password is authorized then the user is allowed access to the application server database 114 and the application server 110 proceeds to step 156.

Still referring to FIG. 4, in step 156 the user is prompted to select a patient from a list of patients with exam images in the application server database 114. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step 158. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step 160 whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step 156 to select another patient. If the user answers "no", the user proceeds to step 162.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database 114.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations 300A, 300B and 300C in step 162. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the application server 110, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. 3, in step 164, the application server 110 sends a copy of the

8

image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program 112, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station 300A, 300B or 300C then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database 114 not from a browsing terminal 400A, 400B or 400C, but directly from the display terminal 118. In this embodiment the user directly proceeds from step 152. In this embodiment the user is typically a programmer or operator of the image production system 100.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server 110, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. 4, a user connects to the application server 110 from a browsing terminal 400A, 400B or 400C in step 170. The user enters identification information and a password in step 172. Step 174 determines whether the user is authorized to access the application server database 114. If authorized, the user is prompted to select a patient in step 176, and selects exams of the selected patient in step 178. The user is then asked in step 180 if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server 110 then searches for related data. The application server 110 finds the image input device profile table 120 profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field 254, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server 110 automatically searches for related data without asking for user direction. In this embodiment, the application server 110 alerts the user if related data are found. In one embodiment, the application server 110 also searches the application server database 114 for related medial image data.

Still referring to FIG. 5, the user is then prompted to select all or some of the related data from the list of found related data for production, in step 184. In another embodiment, all found related data are automatically selected by the application server 110 for production, without prompting for user selection.

The user is then prompted to select another patient in step 186. After the user has completed selecting all patients, the user is prompted to select a CD production station 300A, 300B or 300C in step 188. The user is also prompted to enter additional label text. In step 190, the application server 110 then sends a copy of the original and selected related data, along with a copy of the viewing program 112, a number indicating the number of copies to be produced, additional label text, and a label-printing file to the selected production station 300A, 300B or 300C for production.

The above paragraphs describe the application server 110 with one database 114 for image data storage. In another embodiment, the application server 110 includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server 200. After the data in the new data database is sent to a production station 300A, 300B or 300C, the application server 110 erases data in the new data database. The storage

US 7,734,157 B2

9 10

data database stores all data that has ever been received from the image server database 202. In the processes described by FIG. 4 and FIG. 5, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A computer-implemented method for generating a portable computer-readable medium containing medical data for a first patient, wherein the medical data for the first patient are audited based on a plurality of audit records stored in an audit database, comprising:

receiving, via a computer-implemented interface from a requester, one or more requests for production of stored medical data related to the first patient; and

for each request for production of stored medical data related to the first patient:

producing the portable computer-readable medium containing the requested medical data related to the first patient, wherein the requested medical data comprises medical image data formatted in a standard medical imaging format used by a computer configured for viewing the medical image data; and

upon producing the computer-readable medium, automatically transmitting, to the audit database, audit data that is specific to the computer-readable medium produced in response to the request for stored medical data, wherein the audit data comprises at least an identification specific to the computer-readable medium, an identification of the requester of the stored medical data, and an identification of the first patient, wherein the audit data is for at least one audit record in the plurality of audit records in the audit database.

2. The method of claim 1, wherein the method further comprises storing the audit data on a portable computer-readable medium.

3. The method of claim 1, wherein the audit data comprises an identification number of the portable computer-readable medium.

4. The method of claim 1, wherein the audit data comprises an alpha-numeric code representing the requester.

5. The method of claim 1, wherein the audit data comprises an alpha-numeric code representing the first patient.

6. The method of claim 1, wherein the audit data comprises the date and time that the requested medical data related to the first patient was recorded to the portable computer-readable medium.

7. A system for generating a portable computer-readable medium containing medical data for a first patient, wherein the medical data for the first patient are audited based on a plurality of audit records stored in an audit database, comprising:

a computer-implemented interface configured to receive two or more requests for production of stored medical data related to the first patient; and

an image production module that is configured, for each request for production of stored medical data related to the first patient;

to produce the portable computer-readable medium containing the requested medical data related to the first patient, wherein the requested medical data comprises medical image data formatted in a standard medical imaging format used by a computer configured for viewing the medical image data; and

upon producing the computer-readable medium, to automatically transmit, to the audit database, audit data that is specific to the computer-readable medium produced in response to the request for stored medical data, wherein the audit data comprises at least an identification specific to the computer-readable medium, an identification of a requester of the stored medical data, and an identification of the first patient, and is for at least one audit record in the plurality of audit records in the audit database.

8. The system of claim 7, wherein the image production module is further configured to store the audit data on a portable computer-readable medium.

9. The system of claim 7, wherein the audit data comprises an identification number of the portable computer-readable medium.

10. The system of claim 7, wherein the audit data comprises an alpha-numeric code representing the requester of the stored medical data.

11. The system of claim 7, wherein the audit data comprises an alpha-numeric code representing the first patient.

12. The system of claim 7, wherein the audit data comprises the date and time that the requested medical data related to the first patient was recorded to the portable computer-readable medium.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 7,734,157 B2 | Page 1 of 2 |
| APPLICATION NO. | : 12/491178 | |
| DATED | : June 8, 2010 | |
| INVENTOR(S) | : Ken Wright et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page,

At (Item 56), Page 5, Line 18, Under Other Publications, change "Heath" to --Health--.

At (Item 56), Page 5, Line 24, Under Other Publications, change "et all," to --et al.,--.

At (Item 56), Page 5, Line 24, Under Other Publications, change "Doman" to --Domain--.

At (Item 56), Page 5, Line 53, Under Other Publications, change "Streamline" to --Streamlined--.

At (Item 56), Page 6, Line 58, Under Other Publications, change "Offic" to --Office--.

At (Item 56), Page 7, Line 33, Under Other Publications, change "Well-Beinq,"" to --Well-Being,"--.

At (Item 56), Page 8, Line 52, Under Other Publications, change "Il 1," to --111,--.

At (Item 56), Page 8, Line 47, Under Other Publications, change "Parts," to --Paris--.

At (Item 56), Page 8, Line 66, Under Other Publications, after "3pages" insert --,--.

At (Item 56), Page 9, Line 1, Under Other Publications, change "Desecription" to --Description--.

At (Item 56), Page 10, Line 53, Under Other Publications, change "Summ'y," to --Summary,--.

At (Item 56), Page 10, Line 18, Under Other Publications, change "PerfectImage" to --PerfectImage--.

Signed and Sealed this

Thirtieth Day of November, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                    Page 2 of 2
**U.S. Pat. No. 7,734,157 B2**

On the Title Page,

At (Item 56), Page 13, Line 21, Under Other Publications, change "MedImage" to
--MedImage--.

At (Item 56), Page 13, Line 32, Under Other Publications, change "Advertist" to
--Adventist--.

At (Item 56), Page 13, Line 39, Under Other Publications, change "MedImage" to
--MedImage--.

At Sheet 3 of 5 (Reference Numeral 146) (FIG.3), Line 2, change "SECTION" to --STATION--.



U 7312126

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 18, 2011

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

U.S. PATENT: *7,801,422*
ISSUE DATE: *September 21, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



US007801422B2

(12) **United States Patent**
Wright et al.

(10) **Patent No.:** US 7,801,422 B2
(45) **Date of Patent:** *Sep. 21, 2010

(54) **SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA**

(75) Inventors: **Ken Wright**, Chino Hills, CA (US); **Chet LaGuardia**, Rancho Santa Margarita, CA (US)

(73) Assignee: **Datcard Systems, Inc.**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/479,726**

(22) Filed: **Jun. 5, 2009**

(65) **Prior Publication Data**

US 2009/0238540 A1 Sep. 24, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of application No. 09/761,795, filed on Jan. 17, 2001, now Pat. No. 7,302,164.

(51) **Int. Cl.**
*H04N 5/91* (2006.01)

(52) **U.S. Cl.** ............................ **386/125**; 386/126; 703/2; 703/3

(58) **Field of Classification Search** .................. 386/46, 386/95, 125, 126; 705/2, 3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,491,725 A 1/1985 Pritchard

(Continued)

FOREIGN PATENT DOCUMENTS

CA 2322191 4/2000

(Continued)

OTHER PUBLICATIONS

*Response to Office Action* of Jun. 22, 2009, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

(Continued)

*Primary Examiner*—Huy T Nguyen
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

This application discloses a system for recording medical image data for production on a portable digital recording medium such as CDs and DVDs. This system includes a receiving module, a processing module and an output module, with viewing program for viewing medical image data stored on the portable digital recording medium. It also discloses a method of storing medical image data on a portable digital recording medium, including the steps of receiving the medical image data, processing the data and storing the data on the portable digital recording medium, with a viewing program for viewing medical image data stored on the portable digital recording medium. It further discloses a method of selecting medical image data for recording on a portable digital recording medium, including the steps of connecting a browsing terminal to a computer database that stores the medical image data, selecting a first set of the medical image data from the computer database, and recording the selected first set of medical image data on the portable digital medium, with a viewing program for viewing the medical image data stored on the portable digital recording medium. It also discloses the method and system of retrieving medical image data that are related to the received/selected original medical image data, and recording the original and related medical image data on a portable digital recording medium.

**14 Claims, 5 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,801,422 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,736,256 A | 4/1988 | Ichikawa | |
| 4,768,099 A | 8/1988 | Mukai | |
| 4,852,570 A | 8/1989 | Levine | |
| 4,860,112 A | 8/1989 | Nichols et al. | |
| 4,874,935 A | 10/1989 | Younger | |
| 4,945,410 A | 7/1990 | Walling | |
| 4,958,283 A | 9/1990 | Tawara et al. | |
| 5,002,062 A | 3/1991 | Suzuki | |
| 5,005,126 A | 4/1991 | Haskin | |
| 5,019,975 A | 5/1991 | Mukai | |
| 5,208,802 A | 5/1993 | Suzuki et al. | |
| 5,235,510 A | 8/1993 | Yamada et al. | |
| 5,272,625 A | 12/1993 | Nishihara et al. | |
| 5,291,399 A | 3/1994 | Chaco | |
| 5,317,337 A | 5/1994 | Ewaldt | |
| 5,319,543 A | 6/1994 | Wilhelm | |
| 5,321,520 A | 6/1994 | Inga et al. | |
| 5,321,681 A | 6/1994 | Ramsay et al. | |
| 5,384,643 A | 1/1995 | Inga et al. | |
| 5,410,676 A | 4/1995 | Huang et al. | |
| 5,416,602 A | 5/1995 | Inga et al. | |
| 5,451,763 A | 9/1995 | Pickett et al. | |
| 5,452,416 A | 9/1995 | Hilton et al. | |
| 5,469,353 A | 11/1995 | Pinsky et al. | |
| 5,499,293 A | 3/1996 | Behram et al. | |
| 5,502,726 A | 3/1996 | Fischer | |
| 5,513,101 A | 4/1996 | Pinsky et al. | |
| 5,518,325 A | 5/1996 | Kahle | |
| 5,531,227 A | 7/1996 | Schneider | |
| 5,542,768 A | 8/1996 | Rother et al. | |
| 5,544,649 A | 8/1996 | David et al. | |
| 5,572,422 A | 11/1996 | Nematbakhsh et al. | |
| 5,581,460 A | 12/1996 | Kotake et al. | |
| 5,586,262 A | 12/1996 | Komatsu et al. | |
| 5,592,511 A | 1/1997 | Schoen et al. | |
| 5,597,182 A | 1/1997 | Reber et al. | |
| 5,597,995 A | 1/1997 | Williams et al. | |
| 5,605,153 A | 2/1997 | Fujioka et al. | |
| 5,633,839 A | 5/1997 | Alexander et al. | |
| 5,634,053 A | 5/1997 | Noble et al. | |
| 5,655,084 A | 8/1997 | Pinsky et al. | |
| 5,659,741 A | 8/1997 | Eberhardt | |
| 5,668,998 A | 9/1997 | Mason et al. | |
| 5,671,353 A | 9/1997 | Tian et al. | |
| 5,687,717 A | 11/1997 | Halpern et al. | |
| 5,717,841 A | 2/1998 | Farrell et al. | |
| 5,721,891 A | 2/1998 | Murray | |
| 5,724,582 A | 3/1998 | Pelanek et al. | |
| 5,734,629 A | 3/1998 | Lee et al. | |
| 5,734,915 A | 3/1998 | Roewer | |
| 5,740,134 A | 4/1998 | Peterson | |
| 5,763,862 A | 6/1998 | Jachimowicz et al. | |
| 5,781,221 A | 7/1998 | Wen et al. | |
| 5,796,862 A | 8/1998 | Pawlicki et al. | |
| 5,809,243 A | 9/1998 | Rostoker et al. | |
| 5,822,544 A | 10/1998 | Chaco et al. | |
| 5,823,948 A | 10/1998 | Ross, Jr. et al. | |
| 5,832,488 A | 11/1998 | Eberhardt | |
| 5,848,198 A | 12/1998 | Penn | |
| 5,859,628 A | 1/1999 | Ross et al. | |
| 5,867,795 A | 2/1999 | Novis et al. | |
| 5,867,821 A | 2/1999 | Ballantyne et al. | |
| 5,869,163 A | 2/1999 | Smith et al. | |
| 5,873,824 A | 2/1999 | Doi et al. | |
| 5,882,555 A | 3/1999 | Rohde et al. | |
| 5,884,271 A | 3/1999 | Pitroda | |
| 5,899,998 A | 5/1999 | McGauley et al. | |
| 5,909,551 A | 6/1999 | Tahara et al. | |
| 5,911,687 A | 6/1999 | Sato et al. | |
| 5,914,918 A | 6/1999 | Lee et al. | |
| 5,920,317 A | 7/1999 | McDonald | |

| | | | |
|---|---|---|---|
| 5,924,074 A | 7/1999 | Evans | |
| 5,942,165 A | 8/1999 | Sabatini | |
| 5,946,216 A | 8/1999 | Hollerich | |
| 5,946,276 A | 8/1999 | Ridges et al. | |
| 5,949,491 A | 9/1999 | Callahan et al. | |
| 5,950,207 A | 9/1999 | Mortimore et al. | |
| 5,951,819 A | 9/1999 | Hummell et al. | |
| 5,974,004 A | 10/1999 | Dockes et al. | |
| 5,974,201 A | 10/1999 | Chang et al. | |
| 5,982,736 A | 11/1999 | Pierson | |
| 5,995,077 A | 11/1999 | Wilcox et al. | |
| 5,995,345 A | 11/1999 | Overbo | |
| 5,995,965 A | 11/1999 | Experton | |
| 6,006,191 A | 12/1999 | DiRienzo | |
| 6,021,404 A | 2/2000 | Moukheibir | |
| 6,022,315 A | 2/2000 | Iliff | |
| 6,032,120 A | 2/2000 | Rock et al. | |
| 6,041,703 A | 3/2000 | Salisbury et al. | |
| 6,063,030 A | 5/2000 | Vara et al. | |
| 6,067,075 A | 5/2000 | Pelanek | |
| 6,115,486 A | 9/2000 | Cantoni | |
| 6,137,527 A | 10/2000 | Abdel-Malek et al. | |
| 6,149,440 A | 11/2000 | Clark et al. | |
| 6,157,914 A | 12/2000 | Seto et al. | |
| 6,188,782 B1 | 2/2001 | Le Beux | |
| 6,241,668 B1 | 6/2001 | Herzog | |
| 6,260,021 B1 | 7/2001 | Wong et al. | |
| 6,272,470 B1 | 8/2001 | Teshima | |
| 6,363,392 B1 | 3/2002 | Halstead et al. | |
| 6,366,966 B1 | 4/2002 | Laney et al. | |
| 6,397,224 B1 | 5/2002 | Zubeldia et al. | |
| 6,415,295 B1 | 7/2002 | Feinberg | |
| 6,454,705 B1 | 9/2002 | Cosentino et al. | |
| 6,529,757 B1 | 3/2003 | Patel et al. | |
| 6,564,256 B1 | 5/2003 | Tanaka | |
| 6,564,336 B1 | 5/2003 | Majkowski | |
| 6,574,629 B1 | 6/2003 | Cooke, Jr. et al. | |
| 6,574,742 B1 | 6/2003 | Jamroga et al. | |
| 6,606,171 B1 | 8/2003 | Renk et al. | |
| 6,615,192 B1 | 9/2003 | Tagawa et al. | |
| 6,633,674 B1 | 10/2003 | Barnes et al. | |
| 6,654,724 B1 | 11/2003 | Rubin et al. | |
| 6,671,714 B1 | 12/2003 | Weyer et al. | |
| 6,675,271 B1 | 1/2004 | Xu et al. | |
| 6,678,703 B2 | 1/2004 | Rothschild et al. | |
| 6,678,764 B2 | 1/2004 | Parvulescu et al. | |
| 6,760,755 B1 | 7/2004 | Brackett | |
| 6,847,933 B1 | 1/2005 | Hastings | |
| 6,910,038 B1 | 6/2005 | James | |
| 6,925,319 B2 | 8/2005 | McKinnon | |
| 6,954,767 B1 | 10/2005 | Kanada | |
| 6,954,802 B2 | 10/2005 | Sutherland et al. | |
| 6,988,074 B2 | 1/2006 | Koritzinsky et al. | |
| 7,006,881 B1 | 2/2006 | Hoffberg et al. | |
| 7,020,651 B2 | 3/2006 | Ripley | |
| 7,111,015 B2 | 9/2006 | Aoyama | |
| 7,120,644 B1 | 10/2006 | Canessa et al. | |
| 7,194,119 B2 | 3/2007 | Zahlmann et al. | |
| 7,268,794 B2 | 9/2007 | Honda et al. | |
| 7,302,164 B2 | 11/2007 | Wright et al. | |
| 7,382,255 B2 | 6/2008 | Chung et al. | |
| 7,395,215 B2 | 7/2008 | Grushka | |
| 7,483,839 B2 | 1/2009 | Mayaud | |
| 2001/0041991 A1 | 11/2001 | Segal et al. | |
| 2001/0056359 A1 | 12/2001 | Abreu | |
| 2002/0007287 A1 | 1/2002 | Straube et al. | |
| 2002/0019751 A1 | 2/2002 | Rothschild et al. | |
| 2002/0046061 A1 | 4/2002 | Wright et al. | |
| 2002/0077861 A1 | 6/2002 | Hogan | |
| 2002/0085476 A1 | 7/2002 | Samari-Kermani | |
| 2002/0103811 A1 | 8/2002 | Fankhauser et al. | |
| 2002/0133373 A1 | 9/2002 | Silva-Craig et al. | |
| 2002/0138254 A1 | 9/2002 | Isaka et al. | |

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

A 229

| | | | |
|---|---|---|---|
| 2002/0138301 | A1 | 9/2002 | Karras et al. |
| 2003/0051144 | A1 | 3/2003 | Williams |
| 2003/0200226 | A1 | 10/2003 | Wells et al. |
| 2003/0208382 | A1 | 11/2003 | Westfall |
| 2004/0078236 | A1 | 4/2004 | Stoodley et al. |
| 2004/0215637 | A1 | 10/2004 | Kitamura et al. |
| 2005/0154614 | A1 | 7/2005 | Swanson et al. |
| 2005/0197860 | A1 | 9/2005 | Joffe et al. |
| 2005/0240445 | A1 | 10/2005 | Sutherland et al. |
| 2005/0267351 | A1 | 12/2005 | Humphrey et al. |
| 2006/0058626 | A1 | 3/2006 | Weiss et al. |
| 2006/0149601 | A1 | 7/2006 | Langhofer et al. |
| 2006/0161928 | A1 | 7/2006 | Douglass et al. |
| 2006/0179112 | A1 | 8/2006 | Weyer et al. |
| 2007/0050216 | A1 | 3/2007 | Wright et al. |
| 2008/0122878 | A1 | 5/2008 | Keefe et al. |
| 2008/0172254 | A1 | 7/2008 | Rosenfeld et al. |
| 2008/0221920 | A1 | 9/2008 | Courtney |
| 2009/0018871 | A1 | 1/2009 | Essig et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 198 02 572 A1 | 8/1999 |
| EP | 0 684 565 A1 | 11/1995 |
| EP | 0 781 032 A3 | 3/1999 |
| EP | 0 952 726 A1 | 10/1999 |
| GB | 2 096 440 A | 10/1982 |
| JP | 04-177473 A | 6/1992 |
| JP | 06-261892 A | 9/1994 |
| WO | WO 97/22297 | 6/1997 |
| WO | WO 00/02202 | 1/2000 |
| WO | WO 00/19416 | 4/2000 |

OTHER PUBLICATIONS

Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Apr. 8, 2009.
Restriction Requirement, U.S. Appl. No. 11/591,889, mailed Jul. 17, 2009.
Revised Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 14, 2009.
Revised Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 14, 2009.
Rhonda Delmater, "Multi-Media Messaging: An Emerging Vision for Health Care Delivery ," 1996 Annual HIMSS Conference and Exhibition.
Richard A. Crabtree, "Pay For Extra Performance," 1996 Annual HIMSS Conference and Exhibition.
Richard B. H. Graham and Karen K Geisler, "Achieving Results: Implementation Of Best Practices In Patient Financial Services," 1996 Annual HIMSS Conference and Exhibition.
Richard I. Skinner, et el., "Ambulatory Information Systems For Managed Care," 1996 Annual HIMSS Conference and Exhibition.
Richard J. Linderman, "Reengineering Transcription Services To Reduce Costs and Improve Service Quality," 1996 Annual HIMSS Conference and Exhibition.
Richard K. Wertz, "CD-ROM: A New Advance in Medical Information Retrieval," JAMA, vol. 256, No. 24, pp. 3376-3378, Dec. 26, 1986.
Richard L. Brandon and John Robinette. "Redesign Of Decedent Care System Provides Compassion, Responsiveness, And Security," 1996 Annual HIMSS Conference and Exhibition.
Richard P. Corley, et al., "Infrastructure Requirements For Rapidly Changing Hospital Delivery Systems," 1998 Annual HIMSS Conference and Exhibition.
Ricky K. Taira et al., "A Concept-Based Retrieval System for Thoracic Radiology," Journal of Digital imaging. vol. 9, No. 1, pp. 25-36, Feb. 1996.
Rimage Corporation's Certificate of Service. dated Jan. 20, 2009.
Rimage Corporation's Notice of Cross-Motion to Quash the Subpoena to Rimage Corporation. dated Jan. 20, 2009.
Rimage Corporation's Memorandum of Law in Opposition to Codonics' Motion to Compel and Cross-Motion to Quash Subpoena. dated Jan. 20, 2009.

Rimage Corporation's Notice of Cross-Motion to Quash Subpoena to Rimage Corporation, dated Jan. 20, 2009.
MediStore Technical Manual Version 1.1, Algotec, Copyright 1999.
CD-Surf User's Guide Version 1.0, Algotec, Copyright 2001.
Med-e-Mail Technical Manual Version 1.0, Algotec, Copyright 2001.
MediLink Technical Manual Version 1.5, Algotec, Copyright 2001.
ImagiNet Workflow and Management Manual Version 3.0, Algotec, Copyright 2003.
GE Medical Systems Technical Publications, Direction 2246811-100, Revision 2, Senographe 2000 D Acquisition Workstation Conformance Statement for DICOM V3.0, latest Copyright 2000.
GE Medical Systems Technical Publications, Direction 09610-0025, Revision B, CRS-PC/CRS-PC+1.3 Conformance Statement for DICOM V3.0, Copyright 2000.
GE Medical Systems Technical Publications, IIS FP10282, Revision 1, PathSpeed PACS Version 8.0 Conformance Statement for DICOM V3.0, Dated Sep. 2000.
Lockheed Martin Operating Instructions, Vantage Picture Archiving and Communication System, 5.0 Release, dated Aug. 1996.
Medweb Image Server DICOM Conformance Statement, Revision 2.1, dated Jul. 1, 1998.
Final Text—Supplement 2, Digital Imaging and Communications in Medicine (DICOM), Part 11: Media Storage Application Profiles, Addenda on Conformance, dated Feb. 26, 1995.
Final Text—Supplement 3—Part 12, Digital Imaging and Communications in Medicine (DICOM), Part 12: Media Format and Physical Media for Media Interchange, dated Feb. 26, 1995.
Digital Imaging and Communications in Medicine (DICOM) Supplement 19 General Purpose CD-R Image Interchange Profile, dated Jan. 28, 1997.
Digital Imaging and Communications in Medicine (DICOM) Supplement 40: DVD-RAM Media Application Profiles, dated May 18, 2001.
DICOM Conformance Requirements for CT/MR Modalities, Version 1.0, dated Nov. 15, 1999.
PACS mini refresher course: Three methods of implementing a picture archiving and communication system, HK Huang, Radiographics 12:1, Jan. 1992.
PACS mini refresher course: Wide area network strategies for teleradiology system, SJ Dwyer et al., Radiographics 12:3, May 1992.
PACS mini refresher course: Introduction to the ACR-NEMA DICOM Standard, WD Bidgood & SC Horii, Radiographics 12:2, Mar. 1992.
PACS mini refresher course: Local area network topologies, media, and routing, BK Stewart., Radiographics 12:3, May 1992.
PACS mini refresher course: Network and ACR-NEMA DICOM protocols, SC Horii & WD Bidgood, Radiographics 12:3, May 1992.
PACS mini refresher course: Picture archiving and communication systems: An overview, RH Choplin et al., Radiographics 12:1, Jan. 1992.
Radiology and computer science, LV Ackerman, Radiographics 11:6, Nov. 1991.
Part four: A nontechnical introduction to DICOM, SC Horii, Radiographics 17:5, Sep.-Oct. 1997.
RadNotes: A novel software development tool for radiology education, AB Baxter et al., Radiographics 17:3, May-Jun. 1997.
Inside BringhamRAD: Providing radiology teaching cases on the interact, GL Mammome et al., Radiographics 15:6, Nov. 1995.
Multimedia image and data navigation workstation, O Ratib et al., Radiographics 17:2, Mar.-Apr. 1997.
Integrating the healthcare enterprise: A primer: Part 4. The role of existing standards In IHE, M Henderson et al., Radiographics 21:6, Nov.-Dec. 2001.
Finding the path: A worldwide web-based guide for imaging evaluation of patients in the emergency department, LM Azmoun et al., Radiographics 17:1, Jan.-Feb. 1997.
Clinical experience with PACS, presented at the Radiological Society of North America 81st Scientific Assembly and Annual Meeting Nov. 25,-Dec. 1, 1995.
Implementation of the DICOM 3.0 Standard: A pragmatic Handbook, Robert Hindel, Copyright 1994.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,801,422 B2**

Page 4

Universal Connectivity: Now and tomorrow, Radiological Society of North America, Founded in 1915.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology*, William Brody and Gerald Johnston, Copyright 1992, pp. 1-376.

*11th Conference on Computer Applications in Radiology and 6th Conference on Computer assisted Radiology*, William Brody and Gerald Johnston. Copyright 1992, pp. 377–434; 445-749.

12th Conference on Computer Applications in Radiology and 8th Conference on Computer Assisted Radiology, Jun. 12-15, 1994, Johannes Boehme & Alan Rowberg, Copyright 1994.

A Unified Timeline Model and User Interface for Multimedia Medical Databases, JDN Dionisio et al, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Accessing Picture Archiving and Communication System Text and Image Information Through Personal Computers, MR Ramaswamy et al., Computers in Radiology, AJR 163, Nov. 1994.

Advantages of a Cardiac DICOM Network Server / Writer for Viewing and Permanent CD-R Archiving of Cardiovascular Angiography Images, Hibel et al, Computers in Cardiology 2000; 27:649652.

AIM, Advanced informatics in medicine, EurIPACS, European integrated picture archiving & communication system in the hospital, Merheus et al., dated Dec. 31, 1994.

Clinical Experience with PACS at the University of Pennsylvania, HL Kundel et al., Computerized Medical Imaging and Graphics 15:2, May-Jun. 1991.

DeJarnette Research Systems, DICOM/QR, DICOM Conformance Statement, Copyright 1997.

DeJarnette Research Systems, MediShare 1000 Worklist Manager, DICOM Conformance Statement, Copyright 1995-1996.

DICOM Media Interchange Standards for Cardiology: Initial Interoperability Demonstration, Elion, Copyright 1995.

DICOM Structured Reporting, David Clunie, Copyright 2000.

Editorial, Wong and Huang, Computerized Medical Imaging and Graphics 20:4, Jul.-Aug. 1996.

Entwicklung von Algorithmen und Programmen für ein Archivierungs- und Kommunikationssystem zur internetbasierten Verwaltung medizinischer Bilder, Khludov, Sergey, Aug. 1999.

Fast nearest neighbor search in medical image databases, F Korn et al., Proceedings of the 32nd VLDB Conference, 1996.

Integrating a Personal-Computer Local-Area Network with a Radiology Information System: Value as a Tool for Clinical Research, MS Frank et al., Computers in Radiology, AJR 162, Mar. 1994.

Interactive Multimedia in the High Performance Organization: Wealth Creation in the Digital Economy, David Ticoll, Copyright 1995.

Medical image databases: a content-based retrieval approach, Tagare et al., J Am Med Inform Assoc. 1997.

MediPrime DICOM Conformance Statement, Algotec, Latest Copyright 2000.

Merge Connectivity Products: MergeArk, "webarchive.org" date "Sep. 16, 2000".

PACS: Picture archiving and communication systems in biomedical imaging, HK Huang, Copyright 1996.

Research and development progress report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

Siemens SIENET DICOM Conformance Statement MagicView 300 Version VA30A, Revision 8.0, Copyright 2000.

Siemens, SIENET MagicView 300, Copyright Apr. 2001.

The All-Digital Department Moves to the Web, L. Barbaras et al., Clinical Data on the WWW, Copyright 1996, posted Jul. 12, 1996.

Using a Kodak Photo CD Technology for Preservation and Access: A Guide for Librarians, Archivists, and Curators, AR Kenney and OY Reiger, dated as "Web links confirmed as of Apr. 30, 1998."

Web Technology and its Relevance to PACS and Teleradiology, W DeJarnette, Applied Radiology, dated Aug. 2000.

U.S. Appl. No. 09/540,531, filed Mar. 31, 2000, Kanada Shoji, et al.

U.S. Appl. No. 09/602,643, filed Jun. 22, 2000, Peter Alden Rothschild.

U.S. Appl. No. 60/181,215, filed Sep. 2, 2000, Elliot A. Segal.

Siemens DICOM 3.0 Conformance Statement, DICOMLink v1.2 for ICON, Copyright 1998.

ACOM.PC 2.2 DICOM Conformance Statement, Version 1.0, dated Sep. 29, 1999.

Cost Savings in a Digital Radiology Department, GM Kolodny et al, dated Mar. 9, 2009, but may be from 1997.

Picture Archiving and Communication System (PACS): a Progressive Approach with Small Systems, M Osteaux et al., European Journal of Radiology 22 (1996) 166-174.

Personal Notes, SNM 96, RE Zimmerman, dated Mar. 9, 2009, but may be from 1996.

Brigham and Women's teams PACS, RIS technologies—Brigham and Women's Hospital in Boston combines Picture Archival Communication Systems and radiology information systems technologies—includes related article on imaging technology trends, Rob Hard, dated Mar. 1994.

Digital networking and archiving with ACOM Top, W Sallfrank, International Journal of Cardiac Imaging 14:323-327, 1998.

PACS Databases and Enrichment of the Folder Management Concept, KP Andriole et al., Journal of Digital Imaging, 13: 1, Feb. 2003.

The Evolution of Electronic Imaging in the Medical Environment, BJ Erickson and NJ Hangiandreou, Journal of Digital Imagining, 11:3, Supp 1, Aug. 1998.

Borderless Teleradiology with Chili, Engelmann et al., Journal of Medical Internet Research, Copyright 1999.

Filmless digital radiology—feasibility and 20 month experience in clinical routine, H Mosser et al., Medical Informatics, 19:2, 1994.

Picture Archiving and Communication Systems (PACS) in Medicine, Huang et al, Copyright 1991.

CD-R & CD-RW: Questions and Answers, OSTA Optical Storage Technology Association, dated Jul. 15, 1997.

Evolution of the clinical review station for enterprise-wide multimedia radiology reporting, W Hanlon et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Legacy System Integration Using Web Technology, RL Kennedy et al, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

North by Northwest: Initial Experience with PACS at Northwestern Memorial Hospital, DS Channin et al., Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

PACS Implementation Experiences: From In-house to Partnership to Advisory Board, HK Huang, Proc. Of SPIE vol. 3980, PACS Design and Evaluation: Engineering and Clinical Issues, dated Feb. 2000.

Evaluating PACS Success: a Multidimensional Model, G Pare et al., Proceedings of the 38th Hawaii International Conference on System Science, Copyright 2005.

Interfacing the PACS and the HIS: Results of a 5-year Implementation, TV Kinsey, Radiographics. May-Jun 2000;20(3):883-91.

A five-step approach to digital image manipulation for the radiologist, FM Carl et al., Radiographics Jul.-Aug. 2002 22:4.

A low-cost CD-ROM based image archival system, LH Schwartz and SV Lossef, Radiographics Jan. 1995 15:1.

A new approach to teleconferencing with intravascular US and cardiac angiography in a low-bandwidth environment, JN Stahl et al., Radiographics Sep.-Oct. 2000, 20:5.

An economical, personal computer-based picture archiving and communication system, T-C Wu et al., Radiographics Mar.-Apr. 1999, 19:2.

A look at infoRAD 1992, infoRAD: Informatics in Radiology, Ackerman, Radiographics Sep. 1992, 12:5.

Computer-based radiology information system: From floppy disk to CD-ROM, EF Binet et al., Radiographics 15:5, Sep. 1995.

Consulting with radiologist outside the hospital by using java, S-K Lee et al., Radiographics 19:4, Jul.-Aug. 1999

Computerized scientific exhibit in radiology: A valuable format for delivering scientific information, DGK Varma, et al., Radiographics 14, Sep. 5, 1994.

Digital archive system for radiologic images, AWK Wong, et al., Radiographics 14: Sep. 5, 1994.

Digital case library: A resource for teaching, learning, and diagnosis support in radiology, KJ Macura et al., Radiographics 15: Jan. 1, 1995.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

**A 231**

## US 7,801,422 B2
Page 5

Distributing medical images with interne technologies: A DICOM java viewer, J Fernandez-Bayo et al., Radiographics 20:2, Mar.-Apr. 2000.

Development of an electronic radiologist's office in a private institute, J-C Oberson, et al., Radiographics 20:2, Mar.-Apr. 2000.

PACS mini refresher course: Electronic imaging workstations: Ergonomic issues and the user interface, SC Horii, Radiographics 12:4, Jul. 1992.

PACS mini refresher course: Evaluation of requirements and planning for picture archiving and communication system, JC Honeyman et al., Radiographics 12:1, Jan. 1992.

PACS mini refresher course: Software suite for image archiving and retrieval, SR Seshadri et al., Radiographics 12:2, Mar. 1992.

Image archives and image data bases: How do they differ?, CC Jaffe, Radiographics 14:3, May 1994.

PACS mini refresher course: Image archival technologies, MM Frost et al., Radiographics 12;2, Mar. 1992.

PACS mini refresher course: System integration: Requirements for a fully functioning electronic radiology department, JM Boehme II and RH Choplin, Radiographics 12:4, Jul. 1992.

10th Conference on Computer Applications to Assist Radiology and 4th Conference on Computer Assisted Radiology, RL Arenson & RM Friedenberg, Symposium Foundation, Copyright 1990, pp. 1-441.

13th Conference on Computer Applications in Radiology, Jun. 6-9, 1996, R Kilcoyne, et al., Copyright 1996.

Data storage and management requirements for the multimedia computer-based patient medical record, WB Hanlon et al., Fourteenth IEEE Symposium on Mass Storage Systems, Sep. 11-14, 1995.

Hospital integrated picture archiving and communication systems: A second generation PACS concept, M Osteaux, Copyright 1992.

PACS: Picture archiving and communication systems in biological imaging, HK Huang, Copyright 1996.

Research and development progress. report, UCLA medical imaging division PACS / Teleradiology, dated Feb. 1995.

USCF Radiological Informatics Research: A Progress Report, dated Feb. 1997.

USCF Radiological Informatics Research: A Progress Report, Feb. 1996.

OSCAR, Optical system for cine archiving and review, dated Feb. 1999.

Minutes: Working group 6 (base standard) DICOM standards committee., Dated Jun. 28, 1999.

Information management and distribution in a medical picture archive and communication system, FW Prior, Copyright 1992.

A generic hospital PACS RFP presented to the Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Jul. 9, 1997.

A PACS RFP toolkit presented to The Seventh RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Aug. 11, 1997.

A PACS RFP toolkit presented to The Fifth RIS-PACS School, Georgetown University Medical Center, JH Perry, Dated Feb. 3, 1995.

Project DEPRAD (Deployable Radiology and Teleradiology System) in Bosnia/Hungary, SK Mun, Report Date Mar. 1997.

Angiocardiography without cinefilm: information on the new digital imaging interchange standard for cardiology based on DICOM, "Last Updated: Tuesday, Jun. 11, 1996 by Tim Becker."

MergeWorks: A system of flexible building blocks that provide DICOM infrastructure for electronic image management, MergeTechnologies, Inc., "webarchive.org" date "Dec. 2, 1998."

MergeWorks: Connect, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Print, MergeTechnologies, Inc., "webarchive.org" date "Dec. 3, 1998."

MergeWorks: Datasheets, MergeTechnologies, Inc., "webarchive. org" date "Feb. 20, 1999."

510(k) summary, Cardiovascular Work Station (CWS) 5000 and CWS 3000, RJ Hatau, Dated Oct. 7, 1999.

DHCP integrated imaging project: Report of the evaluation panel, Department of Veterans Affairs, Jun. 8, 1990.

Corrected Original Request for Ex Parte Reexamination of U.S. Patent No. 7,302,174, Control No. 90/009,538, mailed Sep. 25, 2009.

Reply by Patent Owner to Non-Final Office Action Under 37 C.F.R. § 1.111 and Request for Reconsideration, Control No. 90/009,347, mailed Dec. 1, 2009.

Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Oct. 1, 2009.

TREX Medical Corporation, XRE Division, "SPEC, FUNC, TREXnet HR Image Network," last revision dated Jan. 25, 2000.

VEPRO COMPTERSYSTEME GMBH, "MEDIMAGE®: The Image Management System: DICOM Archiving & Viewing Station: Software Vers. 4.42," Pfungstadt, Germany, dated Jan. 26, 2000.

Huang, H.K., PACS: Basic Principles and Applications, Wiley-Liss, Inc., USA, 1999, pp. vii-xvii, 177-198, 284-288, & 338-342.

Mehta, A., et al., "Enhancing Availability of the Electronic Image Record for Patients and Caregivers During Follow-Up Care," Journal of Digital Imaging, vol. 12, No. 2, Supp. 1 (May), 1999, pp. 78-80.

U.S. Appl. No. 60/181,985, filed Feb. 11, 2000, Wright et al.

U.S. Appl. No. 60/205,751, filed May 19, 2000, Samari-Kermani.

U.S. Appl. No. 12/484,064, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/484,100, filed Jun. 12, 2009, Wright et al.

U.S. Appl. No. 12/491,178, filed Jun. 24, 2009, Wright et al.

U.S. Appl. No. 12/491,187, filed Jun. 24, 2009, Wright et al.

"PACS Market Moves at Brisk Pace as Interest in Technology Grows," PACS & Networking News, vol. 2, No. 5, pp. 1-3, dated May 1998.

"RSNA, HIMSS Join Forces to Sponsor Systems Integration," PACS & Networking News, vol. 2, No. 4, p. 1, dated Apr. 1998.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (Agfa through Amicas)," AuntMinnie.com, dated Nov. 26, 2000.

"Security, ASP, Systems Integration to Highlight PACS Exhibits (InSiteOne through Rogan)," AuntMinnie.com, dated Nov. 16, 2000.

"A Virtual Image Bank," Yale Medicine, Winter/Spring 1998 [Retrieved from http://yalemedicine.yale.edu/ym_ws98/cover/cov_virtual05.html, on Feb. 10, 2008].

"About Camtronics," Camtronics Medical Systems, dated 1998 [Retrieved from http://webarchive.org/web/19980711040447/camtronics.com/aboutimain.htm, on Feb. 26, 2008].

"Acuson Releases ViewPro-Net Network Image Review Software Package," Acuson Corp., dated Mar. 8, 1999.

"Algotec to Introduce New Communications Tools for R Physicians at HIMSS 2000," Algotec [Retrieved from http://www.algotec.com/web/upload_files/New_Communications_Tools.htm, on Jan. 25, 2008].

"Antelope Valley Hospital Chooses Algotec for Full PACS Installation; Major Los Angeles County Hospital has History of Technological Innovation," Business Wire, dated Nov. 28, 2000.

"Archium Digital Cardiac System: Enhanced Cath Department Productivity and Workflow," Camtronics Medical Systems [Retrieved from http://web.archive.org/web/19980711040910/camtronics.com/cardiology/archium.htm, on Feb. 26, 2008].

"Cardiac Imaging Leaders Join Forces to Provide Image Network Solutions," dated Jul. 31, 1997, "New Digital Cardiac Imaging Upgrade Brings New Life to Existing Cath Labs," dated Feb. 16, 1997, "Camtronics Introduces Three Archium Products Which Advance CD-R Exchange," dated Apr. 9, 1996 [Retrieved from http://web.archive.org/web/19980711041036/camtronics.com/news/news.htm, on Feb. 26, 2008].

"CD-Medical Format for Cardiac Image Storage," Screen Digest, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:45516859, on Mar. 5, 2008].

"DICOM—Digital Imaging and Communications in Medicine," Presentations of the European Society of Cardiology (ESC), dated Aug. 25, 1999.

"DICOM Standards Committee: writeable CD-ROMs May Become Gold Standard of Image Exchange," Non-invasive Imaging, dated Feb. 1999.

"Digital Cardiac Archive and Review System Strategies," [Retrieved from http://web.archive.org/web/19980711041117/camtronics.com/cardiology/digital.htm, on Feb. 26, 2008].

"Digital Imaging and Communications in Medicine (DICOM)," National Electrical Manufacturers Association, Copyright 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,801,422 B2
Page 6

"IBM Digital Library (developing information storage and retrieval system)," Newsline, dated May 1, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:17155094, on Mar. 5, 2008].

"Image Workstation DICOM Conformance Statement," Camtronics Medical Systems, Copyright 1999.

"Med-volviz-faq-2000.01," dated Jan. 2000.

"Med-volviz-faq-98-11," dated Nov. 1998.

"New Products & Services: News Briefs," Health Management Technology, dated Feb. 1, 2000.

"New Solution Offers Film Copying to CD—View DICOM on Any PC" PR Newswire, dated Nov. 28, 2000.

"NT100/NT 200 Network Imaging Systems," Camtronics Medical Systems, dated 1998 [Retrieved from http://web.archive.org/web/19980711040955/camtronics.com/network/nt.htm, on Feb. 26, 2008].

"PACS Companies Chase Referring Physicians," Diagnostic Imaging's RSNA Webcast [Retrieved from http://www.dimag.com/webcast00/showArticle.ihtml?page=4.html, on Mar. 5, 2008].

"Philips Introduces CD-Medical: The Digital Alternative to Cine Film," Business Wire, dated Mar. 20, 1995 [Retrieved from http://www.highbeam.com/DocPrint.aspx?DocId=1G1:16673959, on Mar. 5, 2008].

"Smart and Friendly Ships Industry's Most Complete 4+ CD Recorder Solution With CD-RW Rewritability; Complete CD-R/CD-RW Solution Features Support for DVD Compatibility, UDF-Compliant Direct Random Overwrite, and Recording from Vinyl Records and Cassette or 8-Track Tapes," Business Wire, dated Sep. 12, 1997 [Retrieved from http://www.encyclopedia.com/doc/1G1-19746834.html, on Feb. 14, 2008].

"SPEC, Concept, TREXnet HR," Trex Medical Corp, 10 pages, undated.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 2 pages, dated 1999.

"SPEC, DICOM Interface, TREXnet HR to IWS," Trex Medical Corp., 4 pages, dated 1999.

"SPEC, FUNC, TREXnet HR, Phase I," Trex Medical Corp., 29 pages, revised Jan. 12, 1999.

"TDF Corporation Announces Statement of Direction to Integrate Image Edition with IBM ImagePlus VisualInfo," TDF Corporation, Apr. 1, 1996.

"TDK Introduces Medical CD-R Recording Station," Business Wire, dated Dec. 1, 1999 [Retrieved from http://findarticles.com/p/articles/mi_mOEIN/is_Dec_1/ai_57876529/print, on Mar. 11, 2008].

"TDK Launches Innovative Medical DVD/CD Recording Station With Embedded PC," redOrbit.com, dated Sep. 13, 2004.

"Three-In-One: Siemens' SIENET MagicView 300 PACS Software Offers Image Distribution, Teleradiology and Mini-Archive," PRNewswire, Jun. 11, Copyright 1996-2008.

1996 Annual HIMSS Conference and Exhibition, Managing Care: The Race Is On, dated March 3-7, 1996.

510(k) Premarket Notification Database Webpage, FDA: Center for Devices and Radiological Health.

510(k) Premarket Notification Database, MedImage Image Processing System, Vepro Computersysteme, dated Jun. 13, 1997.

510(k) Summary of Safety and Effectiveness, Mitra Imaging, Inc., dated Oct. 31, 1997.

AccuImage AccuView User's Manual, dated Aug. 16, 1999.

Accusoft, High-Performance Medical Imaging Software (1997).

Acom.Convert DICOM Conformance Statement, Siemens, dated Sep. 15, 1999.

ACR Learning File Sampler 1 (32-bit), Help File, dated 1999.

Adobe, Adobe Opens the Digital Door to Visually Enhancing the Web with a Complete Family of Digital Imaging Products (June 17, 1999).

Advisory Action, U.S. Appl. No. 09/753,792, mailed October 8, 2008.

Advisory Action, U.S. Appl. No. 09/761,795, mailed Jan. 16, 2007.

AGFA IMPAX Quotation, dated Jun. 8, 1998.

Algotech, CDSurf, Help File, dated 1999.

Amendment After Final, U.S. Appl. No. 09/753,792, received Sep. 18, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Oct. 10, 2008.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Nov. 5, 2007.

Amendment Submitted/Entered with Filing of RCE, U.S. Appl. No. 09/753,792, received Dec. 12, 2005.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Mar. 27, 2007.

Amendment, Remarks, and Response to Election Restriction Requirement, U.S. Appl. No. 09/753,792, received Dec. 12, 2006.

American Society of Echocardiography, DICOM Demonstration, Toronto, Canada, dated Jun. 14-16, 1995.

Analogic, SuperDASM Configuration Keywords: A White Paper Engineering Document, Rev. 2, dated Jul. 13, 1998.

Annette Valenta, DrPH et al., "Informatics Education: Evolving Competencies, Continuing Discussions," 1996 Annual HIMSS Conference and Exhibition.

Applicant Interview Summary, U.S. Appl. No. 09/753,792, received May 27, 2008.

Applicare Medical Imaging B.V., The RadWorks Product Line Version 2.1 Product Catalog (Summer 1997).

Areeda Associates, "Welcome to the SeeMor Demo CD," dated 1999.

Areeda Associates, Medical Image Viewing Software for Windows 95/NT and Macintosh, "Readme.txt," dated Nov. 17, 1997.

Areeda Associates, SeeMor Users Manual, dated 1997.

Areeda Associates, SeeMor Version 3, "Windows 9X/2000/NT4 Users Manual," dated 1999.

Areeda Associates, SeeMor, Demo CD ReadMe.txt File, dated Nov. 11, 1999.

Armond L. Levy et al., "An Internet-Connected, Patient-Specific, Deformable Brain Atlas Integrated Into a Surgical Navigation System," Journal of Digital Imaging, vol. 10. No. 3, pp. 231-237, Aug. 1997.

ARRI Oscar Product Brochure, ARRI, Copyright 1999.

Arvind M. Salvekar, et al., "Community-Wide Implementation Of Quality Outcome Measurements And Patient Satisfaction Report," 1996 Annual HIMSS Conference and Exhibition.

Arvind P. Kumar, Fhimss et al., "Transforming Organization Structures To Implement Integrated Delivery Systems," 1996 Annual HIMSS Conference and Exhibition.

AS3000 IMPAX 4 Server Marketing Product Specification Rev. 1.5, dated Dec. 31, 1998.

AS3000 IMPAX 4 Server Requirements Specification Rev. 1.4, dated Sep. 28, 1998.

Atsutoshi Oka et al., "Interhospital Networks System Using the Worldwide Web and the Common Gateway Interface," Journal of Digital Imaging, vol. 12, No. 2, pp. 205-207, May 1999.

Bernard F. King, Jr, M.D., "Conversion Process: Calculates Film Costs Before Going Electronic," Diagnostic Imaging, pp. p. 47-p. 50, dated Sep. 1997.

Betsy S. Hersher, et al., "The CIO's Position In Today's Emerging Health Care System: Lessons Learned," 1996 Annual HIMSS Conference and Exhibition.

Bills of Lading, Invoices, and Packing Lists from Mitra Imaging to Institute de Cardiology de Montreal, dated May 1, 1998.

Bradley J. Erickson at al., "Reads: a Radiology-Oriented Electronic Analysis and Display Station," Journal of Digital Imaging, vol. 10, No. 3, pp. 67-69, Aug. 1997.

Brian L. Cassel, "Defining the Future Managed Care Information Requirements," 1996 Annual HIMSS Conference and Exhibition.

Brian M. Paige, "Information Warehousing in the Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Business Profile of Algotec: Where the Web PACS the punch, dated Jun. 22, 2000.

C.J. Henri et al., "Evolution of a Filmless Digital Imaging and Communication in Medicine—Conformant Picture Archiving and Communications System: Design Issues and Lessons Learned Over the Last 3 Years," Journal of Digital Imaging, vol. 12, No. 2, pp. 178-180, May 1999.

Camtronics Medical Systems, Service Manual Image Workstation Series (1999).

Cardiac Imaging Issue, Newswatch, Mar. 2000 [Retrieved from http://www.medicalimaging.com/issues/articles/2000-03_10.asp?mode=print, on Feb. 22, 2008].

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,801,422 B2

Page 7

Cardiology Products Webpage, Eastman Kodak Co., Copyright 1994-1997.

Carol Boston and Linus Diedling, "Clinical Process Reengineering: Process, Potential and Pitfalls," 1996 Annual HIMSS Conference and Exhibition.

CDWriter, Vault, AS300 Source Code & Packages, dated Feb. 12, 1997 to Feb. 26, 2001.

Cedar SDK Beta 6 change history log, dated Sep. 27, 1999.

Cedar SDK Beta 6 read me file, dated Sep. 27, 1999.

Certified Transcript of Non-Confidential Portions of Jan. 13, 2009 Deposition of Kenneth L. Wright, including Exhibits (Nos. 23 and 24) thereto.

Cheryl L. Fontenot, "A Phased Approached to Value-Added Voice Processing," 1996 Annual HIMSS Conference and Exhibition.

Christopher N. Smith, "Staffing and Patient Classification in a Post Anesthesia Care Unit," 1996 Annual HIMSS Conference and Exhibition.

Cindy D. Spurr, et al., "Automating Critical Pathways—One Hospital's Experience," 1996 Annual HIMSS Conference and Exhibition.

Clement J. McDonald, MD, "Implementing A Physician Order Entry System: Perspectives From Five Physicians," 1996 Annual HIMSS Conference and Exhibition.

Codonics, Inc.'s Answer and Defenses to DatCard Systems' Complaint and Counterclaims, filed Mar. 4, 2008.

Codonics, Inc.'s First Set of Requests for Production of Documents and Things, dated Jun. 6, 2008.

Codonics, Inc.'s Initial Invalidity Contentions and Initial Non-Infringement Contentions, dated Oct. 31, 2008.

Codonics, Inc.'s Memorandum in Support of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2009.

Codonics, Inc.'s Memorandum of Points and Authorities in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Codonics, Inc.'s Notice of Motion and Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 44-78), dated Nov. 21, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things (Nos. 79-111), dated Dec. 19, 2008.

Codonics, Inc.'s Objections and Responses to DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things (Nos. 112-225), dated Jan. 26, 2009.

Codonics, Inc.'s Third Set of Interrogatories (No. 12), dated Jan. 20, 2009.

Codonics, Inc.'s Response to DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-43), dated Jun. 3, 2008.

Codonics, Inc.'s Response to DatCard's First Set of Interrogatories (Nos. 1-8), dated Jun. 3, 2008.

Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84 - 195), dated Dec. 5, 2008.

Codonics, Inc.'s Supplemental Responses to DatCard's First Set of Interrogatories (Nos. 1-8), dated Nov. 6, 2008.

Codonics' Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Colleen M. Prophet, et al., "On the 'Paperless Trail'—Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

Company Overview Webpage, Trex Medical Corp., Copyright 2000-2008.

Cooper T.: "Kaiser Permanente Anticipates High Costs as it Gears Up for HIPPA", IT Heath Care Strategist, vol. 1, No. 10, Oct. 1999, p. 4.

CRD-PC / CRS-PC+ 1.3 Conformance Statement for DICOM V3.0, GE Medical Systems, Copyright 2000.

Cynthia McKinney and Susan Brockhaus, "Benefits of Cost Accounting Within a Multihospital System," 1996 Annual HIMSS Conference and Exhibition.

Cynthia McKinney, et all, "Simplifying The Approach To Productivity Monitoring," 1996 Annual HIMSS Conference and Exhibition.

D. Farber at al., Camtronics IWS Open Issues List, updated Aug. 26, 1999.

Daniel G. Schultz, Letter re: 510(k) Notification (Dec. 21, 1999).

DatCard Systems, Inc.'s Complaint for Patent Infringement and Demand for Jury Trial, filed Jan. 18, 2008.

DatCard Systems, Inc.'s First Amended Initial Disclosures, dated Jul. 21, 2008.

DatCard Systems, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

DatCard Systems, Inc.'s Reply to Codonics, Inc.'s Counterclaim, filed Mar. 13, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-83), dated Jul. 25, 2008.

DatCard Systems, Inc.'s Response to Codonics, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 84-195), dated Jan. 5, 2009.

DatCard Systems, Inc.'s Second Amended Initial Disclosures, dated Jan. 23, 2009.

DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 20, 2009.

DatCard's Opposition to Codonics' Motion for Stay Pending Codonics' Ungranted Request for Reexamination of the Patent-in-Suit, filed Jan. 16, 2009.

Dave Niemeyer at al., "The Good, the Bad and the Usable—a Clinical Workstation," 1996 Annual HIMSS Conference and Exhibition.

David Avrin, Radiology into the 21st Century: The Digital Department (Sep. 8, 1999).

David Hannon & Marie S. Marchese, "HIMSS Preview: HIMSS Brings New Features to Connectivity Carnival," Information Management, Apr. 2000 Issue [Retrieved from http://www.medicalimagingmag.com/issues/articles/2000-04_04.asp, on Mar. 3, 2008].

David L. Kimball, "The Information Technology Leader's Role In Renewing The Healthcare Enterprise," 1998 Annual HIMSS Conference and Exhibition.

Deborah Kohn, MPH, RRA et al., "Mail and Messaging Software: M&Ms of Communication—a Treat for Health Care Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit and Ex Parte Application for an Order Shortening Time to File and Hear Codonics, Inc.'s Motion for Sta Pending Reexamination of the Patent-in-Suit filed Dec. 12, 2008.

Declaration of J. Leavitt in Support of Codonics, Inc.'s Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of L. Smka In Support of Defendant Codonics, Inc.'s Reply in Support of Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 29, 2008.

Declaration of M. Kendrick In Support of Motion to Compel Compliance with Subpoena, dated Jan. 15, 2009.

Declaration of P. Nikolai in Support of Rimage's Opposition and Cross-Motion to Quash, dated Jan. 20, 2009.

Declaration of R. Wise in Support of Codonics' Reply to DatCard's Opposition to Codonics' Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Jan. 26, 2009.

Defendant and Counterclaimant Codonics, Inc.'s First Amended Initial Disclosures, dated Jan. 29, 2009.

Defendant and Counterclaimant Codonics, Inc.'s Initial Disclosures, dated Apr. 16, 2008.

Defendant Codonics, Inc.'s Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Dennis Winstein, et al., "Optimizing Clinical Information Systems In Complex Computing Environments," 1996 Annual HIMSS Conference and Exhibition.

Diane Shindoll, "Cover Story Managing Risk in Planning and Implementing a PACS," Diagnostic Imaging, pp. 46-51, dated Jan. 1998.

DICOM 3.0 Public Doman Software, dated Dec. 21, 1995.

DICOM Birmingham 96, Tutorial Rev. 3.0, dated 1996.

DICOM Cd Writer Installation and Staging Manual Version 1.0.0, dated Aug. 25, 1997.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,801,422 B2
Page 8

DICOM Conformance Statement, WinSCP32 v2.42 Version 7, dated Nov. 2000.

DICOMwriter Product Webpage, Heartlab Inc., Copyright 1999.

DICOMwriter Single Lab Network Connections Product Webpage, Heartlab Products, Copyright 1999. [Retrieved from http//web.archive.org/web/19990417115612/www.heartlab.com/products/writer.cfm, on Mar. 3, 2008].

Diforum Series, "Soft-Copy Interpretation: How To Do It, What to Avoid," Diagnostic Imaging, pp. 66-72, dated Sep. 1998.

Dimitroff D.C. et al: "An Object Oriented Approach to Automating Patient Medical Records" Proceedings of the International Computer Software and Applications Conference. (Compsac), US, Washington, IEEE. Comp. Soc. Press, vol. Conf. 14, 1990, pp. 82-87.

Donald E. Schildkamp and John A. Callahan, "OR Team Learns While Improving Stock And Reprocessing Workflow," 1996 Annual HIMSS Conference and Exhibition.

Donald P. Huebner and Lillian R. Miller, "Business Process Reengineering Of An Outpatient Clinic Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Donald R. Cahill et al., "Sectional Anatomy Using the Personal Computer," Journal of Digital Imaging, vol. 10, No. 3, p. 227, Aug. 1997.

Douglas M. Tucker, *Archives* (Sep. 1999).

Draft Specifications for Medical Diagnostic Imaging Support (MDIS) System, Apr. 6, 1990.

Ed Spires and Gene Nacey, "Discharge Process Streamlined Through Interactive Voice Response Technology," 1996 Annual HIMSS Conference and Exhibition.

Edward Barthell, et al., "The National Information infrastructure Health Information Network NII-HIN," 1996 Annual HIMSS Conference and Exhibition.

Edward F. Sweeney, et al., "Successful Implementation of Procedural Outcome and Disease State Management Databases," 1996 Annual HIMSS Conference and Exhibition.

Edward I. Walkley, MD, "Data-Based Assessment Of Urgent Care In A Pediatric ED," 1996 Annual HIMSS Conference and Exhibition.

Edward M. Smith et al., "Project MICAS—Medical Information, Communication and Archive System: PACS Implementation at the University of Rochester Medical Center," Journal of Digital Imaging, vol. 10, No. 3, p. 228, Aug. 1997.

Elaine Remmlinger and Marc S. Newman, "The Dating Game: Mergers, Affiliations, And Their Information Technology Implications," 1996 Annual HIMSS Conference and Exhibition.

E-mail Communication B. M. Smka, CD RS, 1 page, Feb. 23, 2008.

E-mail Communication B. M. Smka, gastrobase II, 1 page, Feb. 23, 2008.

Email Communication from C. Loomis, "RE: Direct Connect Workstations," dated Dec. 30, 1999.

E-mail Communication from R. Desrochers, "FW: Workstation Training," Feb. 2, 2000.

Email from Michael Fisher at Mitra Imaging to Susanna Fries at Mitra Imaging, "RE: Montreal Heart (ICM) Address for Vault," dated May 1, 1998.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc* v. *Codonics, Inc* Declaration (Motion related)," dated Feb. 4, 2009.

Email generated by CM/ECF system re: "Activity in Case 8:08-cv-00063-AHS-RNB *Datcard Systems, Inc* v. *Codonics, Inc* Objection/Opposition (Motion related)," dated Feb. 4, 2009.

Emedia Professional, "The New Days Cast: Mapping the CD-R Media Market—Includes Related Articles—Industry Overview," dated Oct. 1998.

Emerald Archiving Inc. Backfile Conversion Pricing for Huntsville Hospital, dated Mar. 21, 1999.

Emily Hayes, "Case Study: PACS helps Mayo Practice Meet Urgent-Care Needs," Diagnostic Imaging, pp. P22-P24, dated Sep 1997.

Engineering Software Releases, Product Release Checklists, and Software Release Notes from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Erica Drazen and Jane Metzger, "Creating New Models For Ambulatory Practice: Efficient, Wellness-Focused, IT-Enabled," 1996 Annual HIMSS Conference and Exhibition.

Erik L. Ridley, "Algotec Pursues ASP Model in Bid for PACS Market Success," AuntMinnie.com, dated May 2, 2000 [Retrieved from http//www.auntminnie.com/print/print.asp?sec=sup&sub=pac&pag=dis&ItemId=740&printpage=true, on Mar. 5 2008].

Erik L. Ridley, "Popularity of Windows NT Platform Continues to Grow as Vendors Standardize on Microsoft OS-NT, Web, and Integration Dominate PACS Exhibits," Diagnostic Imaging's Webcast of the 1998 RSNA Conference [Retrieved from http://www.dimag.com/webcast/wc_stoty2.htm, on Mar. 3, 2008].

ETIAM, DICOM 3.0 Conformance Statement: DICOM Eye v2.42 Version 1, dated Sep. 12, 2000.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Jul. 7, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, mailed Feb. 11, 2009.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, May 13, 2008.

Examiner Interview Summary Record, U.S. Appl. No. 09/753,792, Mar. 6, 2008.

Examiner's Interview Summary, U.S. Appl. No. 09/761,795, mailed May 24, 2007.

Examiner's Interview Summary, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

Exchange Version 1.x User's Manual, dated 1998.

Faye A. Sisk, PhD and Betsy H. Hampton, RN, BSBA, "Report Cards: Are You Ready For Data Driven Competition," 1996 Annual HIMSS Conference and Exhibition.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Aug. 25, 2008.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 7, 2007.

Final Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 10, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jul. 2, 2003.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Jan. 12, 2005.

Final Office Action, U.S. Appl. No. 09/781,605, mailed Aug. 9, 2006.

G. James Blaine, et al., "project Spectrum: Technology Alliance For The Emerging Integrated Health System," 1996 Annual HIMSS Conference and Exhibition.

Gail S. Gulinson, "Transforming the Health Care System Through Health Data Networking," 1996 Annual HIMSS Conference and Exhibition.

Gary E. Gamerman, MS, JD, "Development And Implementation Case Study: Clearing The Legal, Regulatory, And Contractual Barriers," 1996 Annual HIMSS Conference and Exhibition.

Gary R. Conrad, "A Simple Image Display Application for Windows," Journal of Digital Imaging, vol. 10, No. 3, pp. 115-119, Aug. 1997.

GE Medical Systems, "Press Information: AmeriNet And GE Medical Systems Sign National Contract for Ultrasound Systems," dated Oct. 26, 1999.

GE Medical Systems, "Press Information: GE Healthcare Financial Services Announces Innovative Online Offerings to Boost Hospital and Clinic Productivity," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Increases Power Of MR Imaging With New Gradient Platforms: New Gradients Deliver Power and Speed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Brings Six Sigma Quality To Customers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Brings All-In-One Nuclear Cardiac Software To GE Workstations: 'Emory Cardiac Toolbox' Gives Physicians Greater Access to Patient Data," dated Nov. 28,1999.

GE Medical Systems, "Press Information: GE Medical Systems Demonstrates World-Wide CT System Featuring Premium GE Technology: GE CT/e System to Provide Doctors, Patients Around the World With Access to State-of-the-Art GE CT Imaging Equipment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Digital Chest X-Ray System Increases Physician Productivity, Improves Speed of Exams," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands CT Hispeed Product Line: Introduces Faster Scanner and

# US 7,801,422 B2

Page 9

Mobile System to Make State-of-the-Art CT Technology Product Line Even Stronger," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Portfolio of Online Productivity Solutions Available to Health Care Providers," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Expands Mobile Offerings Through Cardiac MR Scanner: SIGNA CV/i Now Available in a Mobile Configuration," dated Oct. 18, 1999.

GE Medical Systems, "Press Information: GE Medical Systems First to Introduce High Performance Cancer Detecting Scanner for Mobile Services: Mobile Leader Makes Popular 'PET' Imaging Technology Accessible to Doctors, Patients Globally," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Demonstrates Advanced Internet Imaging Technologies at RSNA 1999," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Introduces Advantage Workstation 4.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Release 8.0," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Advanced Analysis Capabilities on Pathspeed," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Mammography System with New Patented GE X-Ray Tube: System Reduces Radiation Exposure by 40 Percent," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced Patient Imaging Archive System To Help Hospitals Go Digital: State-of-the Art System Archives Patient Data Immediately; Promotes Better Access to Health Care," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces First Medical Imaging Software To Let Doctors 'Drive Around' Inside Patient Anatomy: First Generation Interactive MRI Software Lets Doctors do Real-Time Studies as Patients Breathe and Move," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces MR Technology To Help Physicians Obtain Chemical Information From The Brain: New Information to Supplement MRI Images of Brain to Help Guide Biopsies," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems introduces New Breakthrough Medical Imaging Procedure," dated Sep. 30, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Advanced 'Smart' Ultrasound System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces Revolutionary X-Ray Technology: GE Advantx LCA+ System Helps Treat Blood Vessel Diseases Linked to Heart Attacks and Strokes," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Introduces New Tool To Aid In Minimally Invasive Surgeries," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Launches New Enterprise-Wide Services Offering for Health Care Providers: CompareCare to Promote Productivity and Simplification of Equipment Services Hospital-Wide," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Makes New Advanced Ultrasound Systems Affordable For Smaller Hospitals And Clinics: Medical Profession Embraces GE's Development of High-Tech Systems," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Provides Comprehensive Solutions to Help Health Care Providers Make Digital Transformation: GE's Full-Service Digital Solutions Promote Hospital-Wide Productivity, Patient Health Care Accessibility," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Redesigns Customer-Driven Service Business for the New Millennium," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Signs Five-Year Agreement With Navix Radiology Systems, Inc.," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Strengthens Commitment to Women's Health Care herSource Offerings: Global Leader in Health Care Services Provides More Solutions for Women's Health and Well-Being," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Unveils New Biplane X-Ray System," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems Wins $1.4 Million Order to Provide State-of-the-Art Ultrasound Suite At Massachusetts General Hospital, " dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Iritroduces Pathspeed Extend," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: GE Medical Systems' Integrated Imaging Solutions Announces Pathspeed Prism: Software Integrates Patient Information in One Application," dated Nov. 28 1999.

GE Medical Systems, "Press Information: gemedicalsystems.com Offers New MR Technology For Sale Via Internet: Live Demonstrations to be Broadcast Daily from Radiology Community's Largest Trade Show " dated Nov. 28 1999.

GE Medical Systems, "Press Information: Introduction Accelerated by Six Sigma Quality: GE Introduces Breakthrough Ultrasound Technology; LOGIQ 700 Expert Series Offers Potential To Better Diagnose Stroke Risks," dated Apr. 28, 1999.

GE Medical Systems, "Press Information: Lightspeed QX/i: One Year Later. Breakthrough Multi-Slice CT Scanner Continues to Enhance Productivity Through New Technology, Improved Clinical Applications," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: New Volume Analysis Software From GE Medical Systems Allows Fast, Simple Analysis Of Diagnostic Images On The GE Advantage Workstation," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Revolution XR/d Filmless X-Ray Table Enables Timely Patient Diagnosis and Treatment," dated Nov. 28, 1999.

GE Medical Systems, "Press Information: Six Sigma Quality Design Leads to Faster Exams of GE Medical Systems Introduces Breakthrough 'Open' MRI System," dated Nov. 17, 1999.

GE Medical Systems, "Press Information: Smaller Hospitals Get the Bigger Picture With GE Medical Systems' State-Of-The-Art Image Distribution System," dated Nov. 28, 1999.

GE Medical Systems, GE Press Info—Radiological Society of North America, Images, dated 1999.

GE Medical Systems, Radiological Society of North America, "Press Information: Destination Digital," dated 1999.

Gerald M. Nussbaum, "Protecting The Net: Leveraging The Infrastructure," 1996 Annual HIMSS Conference and Exhibition.

Glen Knight, "Project Management For Health Care Professionals," 1996 Annual HIMSS Conference and Exhibition.

Grace A. O'Neil, RN, BS, and Kath Uyeda, Ph.D., "Early Prototyping: Birth Of An Ambulatory Care System User Interface," 1996 Annual HIMSS Conference and Exhibition.

Guardian DICOM Archive Media Storage Conformance Statement, DR Systems, Inc., dated May 4, 1999.

H.K. Huang, PACS: Basic Principles and Applications, Wiley, New York (1999).

Hanlon, W.B., Fener, E.F., and Downs, J.W. "Data Storage and Managment Requirements for the Multimedia Computer-based Patient Medical Record," Proceedings of the Fourteenth IEEE Symposium on Mass Storage Systems: Storage—At the Forefront of Information Infrastructures, Sep. 11-14, 1995, pp. 11-16.

Harm J. Scherpbier, MD et al., "Aspects Of Knowledge Sharing Using The Arden Syntax," 1999 Annual HIMSS Conference and Exhibition.

Haufe G. at al.: XP-000914153, PACS at work: A Multimedia E-Mail Tool for the Integration of Images, Voice and Dynamic Annotation, Computer Assisted Radiology, 1996.

Hilbel, T., Reiter, M.A., Brockmeier, K., Kuecherer H.F., Haass, M., "Advantages of a Cardiac DICOM Network Server/Writer for View-

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

# US 7,801,422 B2

Page 10

ing and Permanent CD-R Archiving of Cardiovascular X-Ray Angiography Images," Computers in Cardiology, 2000, pp. 649-652, vol. 27.

Hipax Medical Imaging and Communication System Version 3 User Instruction Manual, Sep. 1999.

Hubert Chin et al., "Digital Photography of Digital Imaging and Communication in Medicine—3 Images From Computers in the Radiologist,'s Office; Journal of Digital Imaging, vol. 12. No. 2, pp. 192-194 May 1999.

ICMIT, DICOM Development Project, dated Jun. 19, 1996.

ICMIT, DICOM Development Project: What is DICOM Anyway?, dated Dec. 18, 1995.

ICMIT, Patient Information Folder Project Demonstration, dated Sep. 11, 1996.

ICMIT, Patient Information Folder Project, dated Jul. 4, 1996.

Image Edition Product Webpage, the TDF Product Line, TDF Corp., Copyright 1997.

IMAGEAXS, Pro-Med 4.01, "Read Me," dated Aug. 20, 1998.

Imaginet Product Brochure, Algotec Systems, Copyright 1998.

Imaging Resource, Kodak Picture CD, http://www.imaging-re-source.com/PRODS/PCD/PCDA.HTM (Nov. 10, 1999).

Impax Conformance Statement for Media Application Storage Profiles CD-R Archive, Rev. 1.3, dated Dec. 6, 1999.

Impax NT Client Workstation CD Export System Test Plan v. 1.7.0, dated Jun. 12, 2000.

IMPAX Price Quotation for Laurie Imaging Center with annotations, dated Apr. 27, 1998.

IMPAX Web 1000 DICOM Web Server Specifications, dated May 30, 1998.

Invoice for Centura Health, dated Oct. 1, 1999 and Check from Centura Health to VEPRO, dated Oct. 1, 1999.

Invoice from Impax Technology to Agfa Inc. (CAN), dated Nov. 30, 2000.

Invoice from Impax Technology to Toshiba America, Inc., dated Jan. 31, 2000.

Invoice from Mitra Imaging to Agfa Division of Bayer Inc., dated Oct. 18, 1998.

Invoice from Mitra Imaging to EMED, dated Sep. 30, 1996.

Invoice from Mitra Imaging to Fuji Medical Systems, U.S.A., dated Mar. 24, 1997.

Invoice from Mitra Imaging to Siemens Health Services, dated Mar. 11, 1998.

Invoices and Sales Orders from Mitra Imaging to Picker International, dated Jun. 16, 1999.

Invoices from Impax Technology to Agfa Corporation, dated from Mar. 1, 2000-03 to Jan. 10, 2001.

Invoices from Impax Technology to Agfa Europe, dated from Nov. 3, 2000 to Jan. 15, 2001.

Invoices from Impax Technology to Agfa Hong Kong Ltd., dated from Jun. 21, 2000 to Aug. 22, 2000.

Invoices from Impax Technology to Agfa-Gevaert Ltd. (AUS), dated from Aug. 25, 2000 to Nov. 28, 2000.

Invoices from Impax Technology to Toshiba Corporation, dated from Oct. 25, 2000 to Jan. 16, 2001.

Invoices from Mitra Imaging to Acuson Corp., dated from Oct. 5, 1997 to jan. 31, 2000.

Invoices from Mitra Imaging to Agfa Gevaert N.V., dated from Oct. 28, 1997 to Mar. 16, 2000.

Invoices from Mitra Imaging to Impax Technology, dated from Jul. 31, 1999 to Dec. 31, 2000.

Invoices, Sales Orders, and Packing Lists from Mitra Imaging to Agfa Corporation, dated Nov. 24, 1999 to Nov. 25, 1999.

Invoices, Sales Orders, Packing Lists, FexEd Manifests, and Billing Summaries from Mitra Imaging to Electromed International, dated from Sep. 5, 1997 to Sep. 20, 2000.

J. Craig Klimczak and Kenneth Bopp, "Reengineering Medical Records With A Text Archive And Retrieval System," 1996 Annual HIMSS Conference and Exhibition.

Jack I. Eisenman, "Book Review—PACS Basic Principles and Applications", Radiology (Jul. 1999).

Jagdish Kohli, PhD, et al., "Distributed Architecture For A Wide-Area Medical Image Repository," 1996 Annual HIMSS Conference and Exhibition.

James Brice, "Cover Story: In Search of Smart & Simple PACS Workstations," Diagnostic Imaging, pp. 42-46, dated Mar. 1998.

James Brice, "PACS integration: Radiology's Portal to Both Magic and Misery," Diagnostic Imaging, pp. P30-P42, dated Sep. 1998.

James C. Benneyan, "Improving Health Care Using SPC And Quality Engineering: Billing And Laboratory Case Studies," 1996 Annual HIMSS Conference and Exhibition.

James D. Thomas & Steven E. Nissen, "Digital Storage and Transmission of Cardiovascular Images: What are the Costs, Benefits and Timetable for Conversion?," Heart, 76, pp. 13-17, 1996.

James D. Thomas, "Digital Storage and Retrieval: The Future in EchoCardiography," pp. 19-22, 1997.

James E. Farstad, et al., "Operations, Facilities And Communications: Understanding Success Factors In Patient-Centered Care," 1996 Annual HIMSS Conference and Exhibition.

James Kazmer et al., "The Creation Of A Virtual Electronic Medical Record," 1996 Annual HIMSS Conference and Exhibition.

James L. Lear et al., "Redundant Array of Independent Disks: Practical On-Line Archiving of Nuclear Medicine Image Data," Journal of Digital Imaging, vol. 9, No. 1, pp. 37-38, Feb. 1996.

James L. Smith, III, et al., "Laboratory Redesign: Life After Cap Units," 1996 Annual HIMSS Conference and Exhibition.

James R. Prescott, PE, "What's The Score And How Much Time Is Left?," 1996 Annual HIMSS Conference and Exhibition.

Jan M. Kastens, RN, M.S., "Hospital Information Systems Approaches Do Not Work for Integrated Health Care Delivery" 1996 Annual HIMSS Conference and Exhibition.

Janet B. Wu at al., "Wireless Data Transmission: How To Implement Remote Data-Access," 1996 Annual HIMSS Conference and Exhibition.

Jean Ann Larson, "The Reengineering Approach—Techniques And Tools," 1996 Annual HIMSS Conference and Exhbition.

Jean-Chretien Oberson et al, Institute, "Development of an Electronic Radiologist's Office in a Private Insitute," Radiographics, Copyright 2000 [Retrieved from http//radiographics.rsnajnls.org/cgi/content/full/20/2/73, on Mar. 3 2008].

Jeffrey S. Blair, "An Overview Of Health Care Information Standards," 1996 Annual HIMSS Conference and Exhibition.

Jeffrey W. Muscarella and John Hoben, "Delivering Information Services Via The World Wide Web," 1996 Annual HIMSS Conference and Exhibition.

Jerry L. Mathis at al., "Case Study: A Health Care System's Use Of Wireless Technology," 1996 Annual HIMSS Conference and Exhibition.

John C. Hayes, "Imaging News: Data Shows Filmless Imaging Saves in High-Volume Setting," Diagnostic Imaging, pp. 9-13, dated Jul. 1998.

John D. Morgan, et al., "Building An Information Infrastructure: Practical Lessons From Three Multifacility Health Care Enterprises," 1996 Annual HIMSS Conference and Exhibition.

John Glaser, PhD, Fhimss and Gilad Kuperman, MD, PhD, "Impact Of Information Events On Medical Care," 1996 Annual HIMSS Conference and Exhibition.

John Lynch, "Chins: A Collaborative Approach To Outcomes Analysis," 1996 Annual HIMSS Conference and Exhibition.

John R. Kludt, et al., "Rebounding From Rejection: Reintroducing Physicians To Your IS," 1996 Annual HIMSS Conference and Exhibition.

Joseph A. Cirillo and Leigh Ann Wise, "Testing The Impact Of Change Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Joseph G. Hennessey et al., "Digital Video Applications in Radiologic Education: Theory, Technique, and Applications," Journal of Digital Imaging, vol. 7, No. 2, pp. 85-90, May 1994.

Judy Hager and Cindy Hartless, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Jun. 10, 2009 Declaration of Dr. Martina Steinhart, Managing Director of Steinhart Medizinsysteme GmbH, and accompanying documents.

K. Faulkner, "Book Review—PACS Basic Principles and Applications", The British Journal of Radiology (Jul. 1999).

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**US 7,801,422 B2**

Page 11

Karen Hartmann, et al., "Integrating Clinical Decision Support Technology to Existing Hospital Information Systems," 1996 Annual HIMSS Conference and Exhibition.

Kathy Kincade, "Digital Processing: Wavelets Challenge JPEG in Image Compression," Diagnostic Imaging, pp. 125-127, dated Nov. 1997.

KBMC Productions, *CDRS-1100AUTOTP Operator's Manual* (2002).

Kenneth Weiner and George E. Levesque, "This Hospital's Like A Hotel!," 1996 Annual HIMSS Conference and Exhibition .

Kevin J. Dombkowski, et al., "Using Electronic Data Interchange In Managed Care Performance Measurement," 1996 Annual HIMSS Conference and Exhibition.

Kleinholz L. et al: "Multimedia and PACS. Setting the Platform for Improved and New Medical Services in Hospitals and Regions" Car '96 Computer Assisted Radiology. Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy, Paris, France, Jun. 1996, pp. 313-322, XP002083080 1996, Amsterdam, Netherlands, Elsevier, Netherlands ISBN: 0-444-82497-9.

L. Verhoeven and E. G. Mast, "Coronary X-ray Angiography: 40 Years of Experience," MedicaMundi, vol. 43, Iss. 2, Sep. 1999.

Landen Bain et al., "The Benefits and Implications Of A Statewide Health Information Network For A Major Medical Center," 1996 Annual HIMSS Conference and Exhibition.

Lee Mantelman, "TDF Launches ImageMail—A 'Fed.EXE' for Digital Documents," ;Magazine, Nov. 1996.

Leigh Ann Wise and Paul D. Mermelstein, "A Managed Care Demand Model for Ambulatory Care Services," 1996 Annual HIMSS Conference and Exhibition.

Leland B. Cross, Jr., "Setting the Stage—The Risks of Integration," 1996 Annual HIMSS Conference and Exhibition.

Leslie A. Scholten and Jon C. Hubble, "Automated Nursing Supply Stations—Gold Mine Or Fool's Gold," 1996 Annual HIMSS Conference and Exhibition.

Letter from J. Hofmann re "MedImage—Digital Image and Document Management," 3 pages, Dec. 15, 1997.

Letter from L. Hein re: "*Datcard Systems, Inc.* v. *Codonics, Inc.*," dated Jan. 15, 2009.

Letter from P. Nikolai re: "*Datcard Systems, Inc.* v. *Codonics, Inc.*," dated Jan. 20, 2009.

Letter from T. Watson (Algotech) to M. Cannavo (Image Management Consultants), dated Apr. 8, 1998.

Letters and Desecription concerning Mitre Image Vault, dated Nov. 29, 1997 to Jan. 12, 1998.

Lillian Yin, *Letter re: 510(k) Notification* (Nov. 19, 1997).

Linda A. Keska, *Letter re: Presentations* (Oct. 1, 1999).

Linda L. Nice and Gregory M. Archual, "A Team Uses Simulation And Benchmarking To Improve Radiology Performance," 1996 Annual HIMSS Conference and Exhibition.

Linda Reeder, "Linking Outcomes—Based Documentation And Clinical Pathways With Automated Functions," 1996 Annual HIMSS Conference and Exhibition.

Lucy Molfetas, "Strategic CPR Issues: Benchmarking Paper Documentation Prior To Implementation," 1996 Annual HIMSS Conference and Exhibition.

M. Desrosiers, "The Multimedia CD ROM: An Innovative Teaching Tool For Endoscopic Sinus Surgery,"J Laparoendosc Adv. Surg. Tech. A, Aug. 1998.

M. Jafar Asadi and William A. Baltz, "Clinical Pathways Costing: The Key To Profitability—An Example To Improve Cost And Efficiency Using Activity-Based Costing," 1996 Annual HIMSS Conference and Exhibition.

Marie S. Marchese, "Algotec: Where the Web PACS Punch," Nuclear Medicine, Jun. 2000 Issue [Retrieved from http://www. medicalimagingmag.com/issues/articles/2000-06__11.asp, on Jan. 25, 2008].

Mark A. Kaiser at al., "New Information Requirements For The New World Of Managed Health Care," 1996 Annual HIMSS Conference and Exhibition.

Mark Gross and Philip M. Lohman, "Technology And Tactics Of Physician Integration," 1996 Annual HIMSS Conference and Exhibition.

Mark H. Biddle, Esq., et al., "Integrating Telecommunications Systems Into the Evolving Health Care Delivery Environment," 1996 Annual HIMSS Conference and Exhibition.

Mark Zaidel et al., "Interactive Web-Based Radiology Teaching File," Journal of Digital Imaging, vol. 12, No. 2, pp. 203-204, May 1999.

Marsha A. Sutter and James A. Baker, "Redesigning The Medication Management System," 1996 Annual HIMSS Conference and Exhibition.

Martha B. Tecca and Robert Garrett, "Radical Operating Improvement—A Rational Approach For Ongoing Results," 1996 Annual HIMSS Conference and Exhibition.

Mary Jean Barrett, RN, BSN, MBA, et al., "Concept To Reality: Strategic Approach For Supporting Managed Care Needs," 1996 Annual HIMSS Conference and Exhibition.

Mary P. Anderson et al., "US Food and Drug Administration's Regulation of Software and Picture Archiving and Communication Systems," Journal of Digital Imaging, vol. 10, No. 3, p. 19, Aug. 1997.

May T.: "Medical Information Security: The Evolving Challenge", 1998, IEEE doc #0-7803-4536-5/98 pp. 85-92.

Medasys Digital Systems, DxWin 2.0 Evaluation Version, "Readme. txt," dated 1997.

Medical Imaging Technology Associates, Preliminary Tapestry Users Guide, dated 1997.

Medical Imaging Technology Associates, Tapestry Read Me, dated May 9, 1997.

Medical Imaging Technology Associates, Tapestry Release Notes, dated May 8, 1997.

Medical Imaging Technology Associates, Tapestry Version 1.0 Medical Image Review Software Demonstration, dated Jan. 1997.

Medical Imaging web page for Image Archiving the ASP Way, dated Nov. 2000.

MEDIFACE, "PiView™ 3.0 User's Guide, part 1" dated Sep. 1999.

MEDIFACE, "PiView™ 3.0 User's Guide, part 2" dated Sep. 1999.

MEDIFACE, "PiView™ 3.0 User's Guide, part 3" dated Sep. 1999.

MEDIFACE, PiView 3.0 (3.0.7.0) English Version, "ReadMe.txt," dated Nov. 10, 1999.

MEDIFACE, PiView 3.0, "DICOM Conformance Statement, Rev. 1.2-990903," dated 1999.

MedImage Image Management System DICOM Conformance Statement, Vepro, dated May 8, 2000.

MEDIMAGE Software Modules Brochure, Aug. 12, 1997, pp. 1-9.

MEDVISION, VisiTran-MD, Screen Captures, dated 1997.

Meeting Notes: XRE / Camtronics, 3 pages, dated 1998.

Mel Van Howe, M.B.A., "Introducing Managed Care Applications Into An Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Merge Technologies Incorporated, *Setting the Course for Electronic Image Management* (Feb. 1998).

Meta Solution, Inc., *Metal Solutions, Inc.* (1998).

Michael A. Torres et al., "A Comprehensive Emergency Services Assessment," 1996 Annual HIMSS Conference and Exhibition.

Michael Abiri & Nanda Kirpekar, "Designing a Request for Proposal for Picture Archiving and Communication System," Journal of Digital Imaging, vol. 10, No. 3, pp. 20-23, Aug. 1997.

Michael C. Longo and Pete Lockhart, "Structure Cabling: Foundations for the Future," 1996 Annual HIMSS Conference and Exhibition.

Michael E. Bottinger, "Tracking Critical Patient Information With A Social Work Activity Database," 1996 Annual HIMSS Conference and Exhibition.

Michael G. Bissell and William E. Miller, "Reengineering Laboratory Operations," 1996 Annual HIMSS Conference and Exhibition.

Michael J. Cannavo, "Commentary: PACS and TeleRadiology: Who Pays the Bill?," Diagnostic Imaging, pp. P15-P17, dated Sep. 1998.

Michael J. Cannavo, "PACS Integration: Info Network Integrates Islands of Automation," Diagnostic Imaging, pp. 25-27, dated Feb. 1998.

Michael J. Hafner, "Effectiveness of Device Locations in the UIHC's Computerized Charting System," 1996 Annual HIMSS Conference and Exhibition.

# US 7,801,422 B2
Page 12

Mike Obstgarten, "Image Storage Devices & Media—New Magic," Advanced Imaging, Feb. 1, 1999 [Retrieved from http://www. hlghbeam.com/DocPrint.aspx?DocId=1G1:54116212, on Mar. 5, 2008].

Minute Order (1) Taking Under Submission Defendant's Motion for Stay Pending Reexamination of the Patent-in-Suit; and (2) Removing the Matter From the Court's Feb. 2, 2009 Calendar, dated Jan. 27, 2009.

Minutes, DICOM Standards Committee, Jan. 19-20,1999.

Minutes, DICOM Standards Committee, Jan. 22-23, 1999.

Mitchell S. Curtis and Austin Brown, "The Role Of Information Systems In Medicaid Managed Care," 1996 Annual HIMSS Conference and Exhibition.

Mitra About Us History webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra Careers Testimonials webpage, printed Oct. 7, 2008, copyright dated 2001.

Mitra CD Exchange Operator's Manual, dated 1997.

Mitre CD Exchange Version 1.x Service Manual, dated 1998.

Mitra CD Writer Conformance Statement, Rev. 1.4, dated Sep. 5, 1997.

Mitre CD Writer Development & Quality Plan Rev 1.0, dated May 28, 1996.

Mitra CD Writer Development & Quality Plan Rev. 1.0, dated May 28, 1996.

Mitra CD Writer Requirements Specification Addendum: Labeler, Rev 1.0, dated Sep. 23, 1997.

Mitre CD Writer Requirements Specification, Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer Requirements Specification, Rev. 1.4, dated Oct. 6, 1997.

Mitre CD Writer Service Tools Manual, dated Sep. 17, 1996.

Mitre CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.0, dated May 21, 1996.

Mitre CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Sep. 25, 1997.

Mitre CD Writer Software Design Description, Software Rev. 1.0, Doc Rev. 1.3, dated Aug. 26, 1996.

Mitra CD Writer System Administration and GUI Manual, Ver. 1.0, dated Sep. 18, 1996.

Mitra D217 Vault Requirements Specification Rev 1.0, dated Jan. 17, 1997.

Mitra DICOM Conformance Statement Exhibit R3.1, Revision 2.1, dated Aug. 1, 1999.

Mitra Image Vault Conformance Statement for CD Reading/Writer, Rev. 1.5, dated Nov. 14, 1997.

Mitra Image Vault V. 1.2 Service Manual, dated 1998.

Mitra Image Vault V. 1.2 User's Manual, dated 1998.

Mitra IMPAX 3 Archive Requirements Specification, Rev. 2.1, dated Jan. 20, 1998.

Mitra Implementation Specification for Vault Jul. 1st Release, Rev 0.2, dated Jun. 1, 1998.

Mitra Implementation Specification for Vault Jul. 1st Release, Rev. 0.2, dated Jun. 1, 1998.

Mitra Installation Manual for CD Writer Software Ver. 0.2.0, Manual Rev. 1.2, dated Feb. 11, 1997.

Mitra MVF Service Tools Draft, Release 2.2, dated 1998.

Mitra MVF Service Tools Draft, Release 2.3, dated 1998.

Mitra MVF Service Tools Draft, Release 2.4, dated 1998.

Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.

Mitra Requirements Specification Vault 2.0, Rev. 2.6, dated Aug. 3, 1999.

Mitra Vault Installation Guide V. 2.8, dated Aug. 5, 1999.

Mitra Vault Installation Guide V. 2.9, dated Oct. 13, 1999.

Mitra Vault Installation Guide V. 2.9.2, dated Oct. 29, 1999.

Mitre Vault Installation Guide V. 2.9.3, dated Nov. 12, 1999.

Mitra Vault Installation Guide V. 2.9.5, dated Jan. 6, 2000.

Mitra Vault Installation Guide V. 2.9.6, dated Feb. 9, 2000.

Mitra Vault Installation Manual, dated Jan. 14, 1998.

Mitra Vault Requirements Specification Rev. 1.0, dated Jan. 17, 1997.

Mitra Vault Service Tools Manual version 2.7.0, dated 1999.

Mitra Vault Service Tools Manual version 2.8.0, dated Aug. 19, 1999.

Mitra Vault Service Tools V. 2.6.0, dated 1999.

Mitra Vault Service Tools V. 2.9.0, dated Oct. 13, 1999.

Mitra Vault Service Tools V. 2.9.2, dated Oct. 29, 1999.

Mitra Vault Service Tools V. 2.9.5, dated Jan. 1, 2000.

Mitra Vault Service Tools V. 2.9.6, dated Feb. 9, 2000.

Mita Vault Version 2.2 Installation Manual, dated 1998.

Mitra Vault Version 2.3 Installation Manual, dated 1998.

Mitra Vault Version 2.4 Installation Manual, dated 1998.

Mitsui Advanced Media Presentation Slides, apparently dated 2000.

Notice of Abandonment, U.S. Appl. No. 09/781,605, mailed Mar. 27, 2007.

Notice of Allowance, U.S. Appl. No. 09/761,795, mailed Oct. 12, 2007.

Notice of Failure to Comply with Ex Parte Reexamination Request Filing Requirements (37 CFR 1.510(c)), Control No. 90/009,538, mailed Aug. 17, 2009.

Notice of Manual Filing, filed Jan. 16, 2009.

Notice of Manual Filing, filed Jan. 26, 2009.

Notice of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 19, 2009.

Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, mailed May 12, 2009.

Office Action and Examiner's Interview Summ'y, U.S. Appl. No. 09/781,605, mailed Dec. 8, 2005.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 9, 2009.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 6, 2008.

Office Action, U.S. Appl. No. 09/753,792, mailed Feb. 21, 2006.

Office Action, U.S. Appl. No. 09/753,792, mailed Jul. 23, 2004.

Office Action, U.S. Appl. No. 09/753,792, mailed Jun. 22, 2009.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 22, 2005.

Office Action, U.S. Appl. No. 09/761,795, mailed Feb. 27, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Oct. 20, 2006.

Office Action, U.S. Appl. No. 09/761,795, mailed Apr. 20, 2007.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 27, 2003.

Office Action, U.S. Appl. No. 09/781,605, mailed Feb. 23, 2004.

Office Action, U.S. Appl. No. 09/781,605, mailed May 27, 2005.

Order Granting DatCard's Application for an Order to File the Declaration of A. Rosenzweig Under Seal, dated Jan. 20, 2009.

Order Granting Motion for Stay Pending Outcome of Reexamination of Patent-in-Suit, dated Feb. 3, 2009.

Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Jan. 30, 2009.

Osiris, Osiris Imaging Software User Manual, Version 3.1, dated 1996.

Otech, OTech News vol. 2, Iss. 2 (1997).

Packing List, Product Release Checklist, Software Release, Shipping Checklist, email, and Packing Slip for Exchange V 1.0, dated Sep. 5, 1997.

Packing List, Shipping Checklist, Packing Slip, Product Release Checklist, Software Release Notes, and Engineering Software Release for Mitra Vault v. 0.9, dated Sep. 12, 1997 to Sep. 16, 1997.

PacsCube User Manual / Installation Guide Version 4.1, 2006, pp. 1-63.

Pamela K. Wear, et al., "Building Security Models For Patient Identifiable Health Information," 1996 Annual HIMSS Conference and Exhibition.

Payment from Siemens Nixdorf to Mitra Imaging, dated Apr. 9, 1998.

Payments from AGFA Corporation to Impax Technology, dated from Nov. 22, 2000 to Dec. 29, 2000.

PerfectImage CD-R Order Interface API Programmer Guide, dated 2001.

Philip A. Katz, "Improving Competitive Position By Use Of The Computerized Patient Record And Associated Technologies," 1996 Annual HIMSS Conference and Exhibition.

Philip G. Drew, Ph.D., "Signal-to-Noise: Surveys Attest to Growing Interest in PACS," pp. 21-22, dated Jan. 1998.

Philips Medical Systems, 510(k) Summary (Sep. 23, 1999).

Philips Medical Systems, DICOA Conformance Statement—CD-Medical Recorder for DCI Systems CDM 3300—Release 1.1 (Oct. 31, 1996).

Plaintiff DatCard Systems, Inc.'s First Set of Requests for Production of Documents and Things to Defendant (Nos. 1-43), dated Apr. 3, 2008.

## US 7,801,422 B2

Page 13

Plaintiff DatCard Systems, Inc.'s Fourth Set of Requests for Production of Documents and Things to Defendant (Nos. 112-225), dated Dec. 23, 2008.

Plaintiff DatCard Systems, Inc.'s Second Set of Requests for Production of Documents and Things to Defendant (Nos. 44-78), dated Oct. 22, 2008.

Plaintiff DatCard Systems, Inc.'s Third Set of Requests for Production of Documents and Things to Defendant (Nos. 79-111), dated Nov. 18, 2008.

Plans for AHA '98, Rev 3.0, dated Oct. 19, 1998.

Plans for RSNA '2000.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed Nov. 2, 2006.

Preliminary Amendment, U.S. Appl. No. 11/591,889, filed May 5, 2009.

Pre-Production Release Form and Packing Slip from Mitra Imaging Inc to Electromed International, dated Nov. 10, 1999.

Pre-Production Release Form MQF-9.3 re: Project AS300, Version 4.5.0 from Mitra Imaging to Electromed International, dated Nov. 9, 1999.

Printed Screen Shots and Help File Topics of Exhibit 382 to the Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc.* v. *Codonics, Inc.* v. Civil Action No. SACV08-00083 AHS (RNBx), U.S. District Court, Central District of California (Vepro Demonstration CD © 1996-1999).

Product Overview Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.com/web/19981202142228/www.dominator.com/products.htm, on Mar. 6, 2008].

Product Showcase, "Automated DICOM Exchange Station" (Soma Product Announcement), Medical Imaging Magazine, vol. 15, No. 1, Jan. 2000, p. 72.

Product Showcase: Automated Dicom Exchange Station, Medical Imaging Magazine, Jan. 2000.

Proof of Service, dated Jan. 26, 2009.

Proposed Order Granting DatCard's Application For an Order to File the Declaration of A. Rosenzweig Under Seal, filed Jan. 16, 2009.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-in-Suit, filed Dec. 12, 2008.

Proposed Order Granting Motion for Stay Pending Reexamination of the Patent-In-Suit, filed Dec. 29, 2008.

Proposed Order re Defendant's Motion to Compel Compliance with Subpoena to Rimage Corp., dated Jan. 15, 2009.

Purchase Order from Acuson Corp. To Mitra Imaging, dated Apr. 30, 1997.

Purchase Order, Invoice, Packing Slip, Billing Statement, Work Order from Mitra Imaging to Electromed Imaging and Mitra History dated Sep. 5, 1997 to Sep. 20, 2000.

Purchase Orders from Agfa Division to Mitre Imaging, dated from Apr. 30, 1999 to Oct. 14, 1999.

Purchase Orders from Electromed to Mitra Imaging, dated from Apr. 29, 1998 to Jan. 9, 2000.

Purchase Requisitions from Electromed International to Mitra Imaging, dated May 1, 1998.

R. L. (Vern) Davenport, et al., "Understanding And Assessing Chin Network Technology," 1996 Annual HIMSS Conference and Exhibition.

R.D. Cox et al., "Transparent Image Access in a Distributed Picture Archiving and Communications System: The Master Database Broker," Journal of Digital Imaging, vol. 12, No. 2, pp. 175-177, May 1999.

Radiology Service Partners, LLC, *Re-Engineering Radiology* (1997).

Raffaele Noro et al., "Real-Time Telediagnosis of Radiological Images through an Asynchronous Transfer Mode Network: The ARTeMeD Project," Journal of Digital Imaging, vol. 10, No. 3, pp. 116-121, Aug. 1997.

Ralph T. Wakerly, et al., "Planning For The Four Stages Of Health Information Network Development," 1996 Annual HIMSS Conference and Exhibition.

Ramesh C. Verma et al, "Picture Archiving and Communication System—Asynchronous Transfer Mode Network in a Midsized Hospital," Journal of Digital Imaging, vol. 10, No. 3, pp. 99-102, Aug. 1997.

RDI, Cobrascan, Presentation dated 1999.

RDI, Cobrascan, Xscan32 Imaging Software, Version 2.10, Users' Guide, dated 1999.

Reading Station with Ambassador Product Webpage, DR Systems, Inc., dated Jan. 26, 1998.

Redacted Email regarding "Vepro: Description of Systems," dated Mar. 26, 1999.

Redacted First Amendment to Apr. 8, 1998 Purchase Agreement between General Electric Co. and VEPRO, dated May 28, 1999.

Redacted Offer from VEPRO to GE Medical Systems for Medimage Digital Film Recording & CD-R Archiving Station/19" Monitor Color, Upgrades, and Installation, dated Mar. 4, 1999.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Apr. 8, 1998.

Redacted Purchase Agreement between General Electric Co. and VEPRO, dated Nov. 22, 1999.

Release 3 IMPAX Application Manual, V. 1.8.4, dated Feb. 13, 1997.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164 and Petition Under 37 C.F.R. § 1.183 to Suspend the Rules, Control No. 90/009,538, mailed Aug. 7, 2009.

Request for Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed Nov. 26, 2008.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Mar. 6, 2007.

Requirement for Restriction / Election, U.S. Appl. No. 09/753,792, mailed Nov. 13, 2006.

Response to Feb. 27, 2003 Office Action, U.S. Appl. No. 09/781,605, filed May 27, 2003.

Response to Jul. 2, 2003 Office Action with RCE, U.S. Appl. No. 09/781,605, filed Dec. 30, 2003.

Response to Feb. 23, 2004 Office Action, U.S. Appl. No. 09/781,605, filed Aug. 20, 2004.

Response to Jan. 12, 2005 Office Action with RCE, U.S. Appl. No. 09/781,605, filed May 10, 2005.

Response to Apr. 22, 2005 Office Action, U.S. Appl. No. 09/761,795, filed Oct. 24, 2005.

Response to May 27, 2005 Office Action, U.S. Appl. No. 09/781,605, filed Oct. 27, 2005.

Response to Dec. 8, 2005 Office Action and Applicants' Interview Summaries, U.S. Appl. No. 09/781,605, filed Jun. 8, 2006.

Response to Oct. 20, 2006 Office Action, U.S. Appl. No. 09/761,795, filed Dec. 7, 2006.

Response to Feb. 27, 2007 Office Action, U.S. Appl. No. 09/761,795, filed Jul. 24, 2006.

Response to Apr. 20, 2007 Office Action with Applicants' Interview Summary and Declaration of Ken Wright Under 37 C.F.R. § 1.132, U.S. Appl. No. 09/761,795, filed Jul. 20, 2007.

Response to Apr. 8, 2009 Restrict. Req., U.S. Appl. No. 11/591,889, filed May 5, 2009.

Response to May 12, 2009 Notice of Non-Compliant Preliminary Amend., U.S. Appl. No. 11/591,889, filed May 14, 2009.

Response to Office Action of Feb. 21, 2006, U.S. Appl. No. 09/753,792, received Aug. 24, 2006.

Response to Office Action of Feb. 6, 2008, U.S. Appl. No. 09/753,792, received May 6, 2008.

Response to Office Action of Feb. 9, 2009, U.S. Appl. No. 09/753,792, received Mar. 27, 2009.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, received Jan. 28, 2005.

Response to Office Action of Jul. 23, 2004, U.S. Appl. No. 09/753,792, filed Aug. 25, 2009.

Rosemary Nelson, et al., "Outcomes Of Telemedicine Services . . . Patient And Medicolegal Issues," 1996 Annual HIMSS Conference and Exhibition.

RSNA '98—"Science to Practice" —Informational Proof Report, dated Apr. 6, 1998.

Rudy J. Crespin, et al., "Establishing World Wide Web Presence: Guidelines for Health Care Organizations," 1996 Annual HIMSS Conference and Exhibition.

Ruediger Simon, "DICOM: State of the Standard in 1999," undated.

Ruediger Simon, "DICOM: State of the Standard in 1999."

Ruling Granting Defendant's Motion for a Stay of Proceedings Pending Reexamination of the Patent-in-Suit, dated Feb. 3, 2009.

**Copy provided by USPTO from the PIRS Image Database on 08/17/2011**

Saha, S., "The New Age Electronic Patient Record System," Proceedings of the 1995 Fourteenth Southern Biomedical Engineering Conference, Apr. 7-9, 1995, pp. 134-137.

Sales Order Packing Slip, Trex Medical Corp., dated Jun. 27, 2000.

Sallie Williams, et al., "The Inside Story on Chin Implementation: CIO's First Hand Experience," 1996 Annual HIMSS Conference and Exhibition.

Sara Lafrance, "Security vs. Access: A New Health Care Dilemma," 1996 Annual HIMSS Conference and Exhibition.

Senographe 2000 D Review WorkStation DICOM V3.0 Conformance Statement, GE Medical Systems, Copyright 1999-2003.

Sheldon I. Dorenfest, CPA, MBA, "Emerging Trends In Health Care Information Systems: Increasing Focus On Process Improvement Benefits Through Clinical Automation," 1996 Annual HIMSS Conference and Exhibition.

Shelly Miller, "Selecting and Implementing Local Facilities and Services from Competitive Providers," 1996 Annual HIMSS Conference and Exhibition.

Shipping Checklists and FedEx Manifests from Mitra Imaging to Electromed International, dated Sep. 5, 1997 and Sep. 12, 1997.

Short Instructions: DICOM Communication by HIPAX, dated 1995-1999.

Siemens Health Services, *Sienet—DICOM Conformance Statement: MagicView 50 Versions VA10A, VA10B and VA10C Revision 2.0* (Nov. 13, 1997).

Siemens Medical Systems, Inc., *ACOM.Convert DICOM Conformance Statement* (Sep. 15, 1999).

Siemens Medical Systems, Inc., *ACOM.M/B 2.2 Basic System DICOM Conformance Statement* (May 21, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA01A DICOM Conformance Statement* (Sep. 17, 1999).

Siemens Medical Systems, Inc., *ACOM.Report VA02A DICOM Conformance Statement* (Dec. 21, 2001).

Siemens Medical Systems, Inc., *ACOM.Web VA21A DICOM Conformance Statement* (Mar. 9, 2000).

Siemens Medical Systems, Inc., *ACOM.Web VA21C DICOM Conformance Statement* (Mar. 21, 2001).

Siemens Medical Systems, Inc., *Fast, secure, reliable Sienet Enterprise PACS* (1998).

Siemens Medical Systems, Inc., *MagicView 1000 Softcopy reading with advanced 3D processing customized to your preferences* (1998).

Siemens Medical Systems, Inc., *MagicView 300 Enterprise-wide clinician viewing of Images and reports* (1998).

Siemens Medical Systems, Inc., *MagicView CT/MR* (1999).

Siemens Medical Systems, Inc., *PACS Planning & Integration Services* (1998).

Siemens Picture Archiving and Communication System Proposal for Huntsville Hospital, dated Apr. 8, 1999.

Siemens Sienet MagicView 50 Teleradiology System Webpage, Ovid Technologies, Inc., Copyright 2000-2007.

Sienet MagicStore VB22D DICOM Conformance Statement, Siemens Health Services, dated May 11, 2000.

Sienet Sky DICOM Conformance Statements Webpage, Siemens Healthcare, Copyright 2002-2008.

Sohard AG, Raclin Version 2.0, dated Nov. 2002, Screen Captures.

Solicitation for Digital Imaging Network—Picture Archiving and Communication System, Jan. 21, 1997.

Sonya Donaldson, *Kodak Picture CD—Software Review—Evaluation* (Oct. 2000).

Soma, FilmX Sell Sheet, dated 2000.

Soma, FilmX Sell Sheet, dated Mar. 3, 2000.

Source code for Cedar SDK application, dated Mar. 25, 1999 to Sep. 27, 1999.

Sridhar B. Seshadri, "Market Scan: PACS Market Migrates to 'Early Majority' Users," Diagnostic Imaging, pp. 207-211, dated Nov. 1997.

Stan Wiebe, "Information Systems Planning For An Urban/Rural Integrated Delivery System," 1996 Annual HIMSS Conference and Exhibition.

Stephen M. Pomerantz, M.D., "First Person: Soft-Copy Interpretation Finally Surpasses Film," Diagnostic Imaging, pp. 37-39, dated Mar. 1998.

Stephen M. Smith, Cpt., "Mailed Appointment Reminders: An Analysis Of Their Cost-Effectiveness," 1996 Annual HIMSS Conference and Exhibition.

Steve Neal and Cynthia L. Brown, "Case Study: Interactive Video Communications In Health Care," 1996 Annual HIMSS Conference and Exhibition.

Steven C. Horii, M.D., "Informatics: Workstation Priorities: Automation, Integration," Diagnostic Imaging, pp. 40-45, dated Jan. 1998.

Subpoena for the production of documents and things issued by Codonics, Inc. To Agfa Corporation, *DatCard Systems, Inc. v. Codonics, Inc.*, SACV 08-00063 AHS (RNBx), C.D. Cal., dated Jun. 6, 2008.

Supplemental Amendment. U.S.Appl. No. 09/753,792, received Oct. 20, 2008.

Sylvia K. Dowding, "On The Road To Staff Reengineering," 1996 Annual HIMSS Conference and Exhibition.

TDK Electronics Corp., *Invoice* (2000-2001).

TDK Medical, *Medical CD Recording Station Planning and Installation Manual* (2001).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AD* (Jul. 17, 2003).

TDK Medical, *Quotation and Technical Specification: TDK's CDRS-1100AUTOTP* (Jul. 17, 2003).

The Imaging Resource, *The Imaging Resource Digital Photography Newsletter*, vol. 1, No. 3 (Oct. 22, 1999).

Thomas G. Tape, MD, et al., "Designing a Clinician User-Interface For A Health Care Information System," 1996 Annual HIMSS Conference and Exhibition.

Thomas H. Hendershott, "Evaluating Process Change Proposals In An Outpatient Pharmacy Using Simulation," 1996 Annual HIMSS Conference and Exhibition.

Thomas W. Smith and Loren N. Jacobson, "Are You Really Ready For CHINs?," 1996 Annual HIMSS Conference and Exhibition.

Tom B. Wilson, Ph.D., "Healthcare Handoffs Across a Wide Area: A Groupware Solution," 1996 Annual HIMSS Conference and Exhibition.

Tony Rickards, "What Is DISC Birmingham 96?" Jul. 24, 1996.

Tony Rickards, *DICOM Tutorial: ESC Annual Meeting Birmingham* (Aug. 1996).

Tracey D. Holden, et al., "Nuts and Bolts Approach to Project Management," 1996 Annual HIMSS Conference and Exhibition.

Transcript of Videotaped Deposition of Stefan Delank, dated Jan. 30, 2009, *Datcard Systems, Inc. v. Codonics, Inc.*, Civil Action No. SACV08-00063 AHS (RNBx), U.S. District Court, Central District of California.

Trex Medial Corp. Form 10-K, dated Dec. 6, 1996 [Retrieved from http://sec.edgar-online.com/1996/12/06/00/0001003539-96-000006/Section2.asp, on Feb. 20, 2008].

TREXnet HR DICOM Media Conformance Statement, Trex Medical Corp., dated Jun. 29, 1998.

TREXnet HR Price Book, dated 2000.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, *Guidance for Industry—Guidance for the Submission of Premarket Notifications for Medical Image Management Devices* (Jul. 27, 2000).

Universal Manager Product Webpage, DR Systems, Inc., dated Jan. 26, 1998 [Retrieved from http://web.archive.org/web/19990218141212/www.dominator.com/prod02.htm, on Mar. 6, 2008].

User Manual for Medimage: DICOM Archiving & Viewing Station, Vepro Computersysteme, dated May 9, 2000.

User's Guide for ImageAXS Pro-Med (Windows), Digital Arts & Sciences, Copyright 1998.

User's Manual for Medical Imaging and Communication System (Version 3), HiPax, Copyright 2000.

UTech Product Brochure, UTech Products, Inc., dated Nov. 28, 1997.

Uwe Engelmann et al., "Borderless Teleradiology with CHILI," Journal of Medical Internet Research, dated Dec. 13, 1999 [Retrieved from http://www.jmir.org/1999/2/e8, on Mar. 3, 2008].

Vault Installation Guide V. 2.9.4, dated Nov. 25, 1999.

Vault Service Tools V. 2.9.3, dated Nov. 12, 1999.

Vault v2.0 Hazard Analysis Report Rev 1.1, dated May 17, 1999.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

Vepro Computersysteme GmbH, "Cardio-Viewing Station," dated 1997.

Vepro Computersysteme GmbH, "Readme," dated Sep. 16, 1997.

Vepro Computersysteme Gmbh, *510(K) Summary* (Jun. 6, 1997).

Vepro Computersysteme Gmbh, *Medimage the Image Management System—ACOM.Convert DICOM Archiving & Viewing Station , Software Vers. 4.42* (May 9, 1999).

Vepro Computersysteme Gmbh, *Medimage the Image Management System—Digital Film Recording Station; Software Version 4.40* (Oct. 28, 1999).

Vepro Computersysteme GmbH, Medimage: DICOM Archiving & Viewing Station, Software Vers. 4.42, User-Manual, dated May 9, 2000.

Vepro Computersysteme, *Email re: Medimage Cardio/Angio Viewing Station; Medimage Image Server; Medimage Cd-Rom Jukebox Server; Medimage Dicom 3.0 Server Akquisition Station; Cardio—Viewing Station; Medimage Digital Filmrecording & CD-R Archiving Station* (Dec. 22. 1997).

935 Vepro Gmbh, *Invoices re: Medimage Cardio/Dicom Viewing Software* (1998).

Vepro Medimage Disc, Paediatische Kardiologie Univ. Heidelberg; Inf 150-153, 69120 Heidelberg, dated Apr. 28, 1999.

Vepro Medimage Printout, Padiatrische Kardiologie Universitatsldinik Heidelberg: Inf 150-153,

Vepro, 17 Years Computer Experience; Company Profile; Lefter re: Software Evaluation; Email re: Software Evaluation (Feb.-Mar. 1998).

Vepro, Cardio-Network, dated Feb. 19, 1999.

Vepro, Centura Health Purchase Order Confirmation, dated Sep. 30, 1999.

Vepro, Centura-Porter Adventist Hospital Training Reports, dated 1999.

Vepro, *Certificate for the Quality Assurance System* (Feb. 12, 2004).

Vepro, Diagram of a Digital Cath-Lab, dated Feb. 19, 1999.

Vepro, Medimage Cardio Viewing Station Extended, Version 4.41. 03, "About Cardio Viewing Station," dated 1998.

Vepro, Medimage Cardio Viewing Station Extended, Version 4.41. 05, "About Cardio Viewing Station,"dated 1999.

Vepro, Product Sheet Image/Film Archive Server, dated Feb. 19, 1999.

Vepro, Product Sheet: Image/Film Jukebox Server, dated Feb. 19, 1999.

Vepro, Purchase Order from Centura Health, dated Sep3. 30, 1999.

Vepro, Serial Number Records for Project Denver, dated Nov. 25, 1999.

Vepro, *Viewing Software Handbook, Viewing Software Version 4.41* (Oct. 7, 1998).

Verda Weston, et al, "Reengineering and Technology—Building a Strong Foundation for the CPR," 1996 Annual HIMSS Conference and Exhibition.

Voxar, Plug 'n. View 3d 2.1 (Demonstration), "readme.txt," dated Nov. 12, 1999.

W. Brent Peterson, "Strategies for Ambulatory Care Scheduling," 1996 Annual HIMSS Conference and Exhibition.

Wayne M. Gray, Fhimss et al., "Planning And Developing Of A Statewide Health Information Network," 1996 Annual HIMSS Conference and Exhibition.

William F. Andrew, ME, PE, et al., "The Computer-Based Patient Record: an Essential Technology for Healthcare," 1996 Annual HIMSS Conference and Exhibition.

William H. Crawford, et al., "EISUnplugged," 1996 Annual HIMSS Conference and Exhibition.

William J. Ahrens and Gerard M. Nussbaum, "The Help Desk and the Integrated Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

William P. Vrooman, et al., "Benefits Realization Analysis Of A Clinical Information System," 1996 Annual HIMSS Conference and Exhibition.

Word Count Compliance Certificate Regarding Defendant's Memorandum in Support of Motion to Compel Compliance with Subpoena to Rimage Corporation, dated Jan. 15, 2009.

Work Order, Purchase Order, Bill of Lading, Commerical Invoice, Packing List, and email concerning Vault System shipment to Institute de Cardiologie de Montreal, dated May 1, 1998.

Work Orders from Mitra Imaging to Electromed International, dated May 1, 1998.

Final Office Action in Ex Parte Reexamination of U.S. Patent No. 7,302,164, Control No. 90/009,347, mailed May 6, 2010.

Reply by Patent Owner to Final Office Action Under 37 C.F.R. § 1.116, Control No. 90/009,347, mailed Jun. 4, 2010.

Interview Summary, Control No. 90/009,347, mailed May 20, 2010.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 1

120

| IMAGE INPUT DEVICES / FIELDS | AUTO-PRODUCE 250 | TARGET PRODUCTION STATION 252 | RELATED DATA STORAGE 254 |
|---|---|---|---|
| MRI MACHINE I | YES | PRODUCTION STATION A | PACS 1 |
| MRI MACHINE II | NO | | |
| ULTRASOUND MACHINE I | YES | PRODUCTION STATION B | PACS 1, PACS 2 |

*FIG. 2*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



FIG. 3

Copy provided by USPTO from the PIRS Image Database on 08/17/2011



*FIG. 4*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

170
CONNECT TO APPLICATION SERVER
172
ENTER ID AND PASSWORD
174
AUTHORIZED ?
NO
YES
176
SELECT A PATIENT
178
SELECT EXAMS
180
FIND RELATED IMAGE DATA ?
YES
182
FIND RELATED IMAGE DATA
184
SELECT RELATED IMAGE DATA
NO
186
SELECT ANOTHER PATIENT ?
YES
NO
188
SELECT A PRODUCTION STATION
190
SEND SELECTED IMAGE DATA TO SELECTED PRODUCTION STATION

FIG. 5

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,801,422 B2

**1**

## SYSTEM AND METHOD FOR PRODUCING MEDICAL IMAGE DATA ONTO PORTABLE DIGITAL RECORDING MEDIA

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/942,630, filed on Nov. 19, 2007, which is a continuation of U.S. patent application Ser. No. 09/761,795, filed on Jan. 17, 2001, now U.S. Pat. No. 7,302,164, issued Nov. 27, 2007. The entire disclosure of these priority applications are hereby incorporated by reference herein in their entirety.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a system and method for the production of medical image data on portable digital recording media such as compact discs. More particularly, it relates to a system and method for receiving medical image data, processing medical image data, and transmitting medical image data to be recorded on a portable digital recording medium.

2. Description of the Related Art

Since the invention of the x-ray film, film has been the predominant multipurpose medium for the acquisition, storage, and distribution of medical images. However, the storage and distribution of film often requires considerable expenses in labor and storage space.

Today's modern hospitals utilize computer-aided imaging devices such as Computed Tomography (CT), Digital Subtracted Angiography, and Magnetic Resonance Imaging (MRI). These digital devices can generate hundreds of images in a matter of seconds. Many hospitals require these images to be printed on film for storage and distribution. To print complete sets of medical images from these digital devices, the cost in film material, storage space, and management efforts is often very high.

Some radiology departments have installed digital image storage and management systems known as PACS (Picture Archive Communication Systems). PACS are capable of storing a large amount of medical image data in digital form. PACS are made by manufacturers including GE, Siemens, and Fuji.

To ease the communication of data, the DICOM (Digital Imaging and Communications in Medicine) standard was developed by ACR-NEMA (American College of Radiology-National Electrical Manufacturer's Association) for communication between medical imaging devices and PACS. In addition to the examined images, patient demographics, and exam information such as patient name, patient age, exam number, exam modality, exam machine name, and exam date can also be stored and retrieved in DICOM compatible data format. A DICOM file stores patient and exam information in the header of the file, followed by the exam images. PACS store medical image data in DICOM format.

Digital medical image data can be stored on PACS and distributed using the Internet. However, many physicians' offices do not have the bandwidth suitable for fast download of medical image data. The concerns for medical data privacy and Internet security further reduce the desirability of Internet distribution.

### SUMMARY OF THE INVENTION

The claimed system allows for digital medical image data to be produced on a portable digital recording medium such as

**2**

a CD. A CD containing the medical image data can be distributed to physicians, hospitals, patients, insurance companies, etc. One embodiment of the claimed system allows for medical image data to be placed on a CD along with a viewing program, so that a user can use any computer compatible with the CD to view the medical image data on the CD. One embodiment of the claimed system allows for searching medical exam data that are related and placing such data on the same CD.

One embodiment of the claimed system comprises a receiving module configured to receive medical image data, a processing module configured to process the received medical image data, and an output module configured to transmit the processed medical image data to a production station configured to produce the transmitted medical image data on portable digital recording medium, such as a CD. In one embodiment, the output module transmits a viewing program configured to view medical image data to the production station so that the viewing program is produced on the same CD as the medical image data. In another embodiment, the CD already contains the viewing program before the medical image data is transmitted to the CD production station.

In one embodiment of the claimed system, the processing module is configured to create and store audit information of the portable digital recording medium produced by the production station.

In another embodiment of the claimed system, the processing module is configured to identify the originating image input device of the received medical image data, and determine, on the basis of the originating image input device, whether to transmit the received medical image data to a production station. The processing module also selects, on the basis of the originating image input device, one of multiple production stations as the target production station.

Yet another embodiment of the claimed system is configured to retrieve medical image data that are related to the received medical image data, and transmit the retrieved related image data to the production station. In one embodiment, exam images of the same patient are considered related. In another embodiment, exam images of the same patient and the same modality are considered related. For example, two x-ray exams on the left hand of the same patient are considered related. In yet another embodiment, exam images of the same patient, the same modality and taken within a specified date range are considered related. For example, two x-ray exams on the left hand of the same patient taken within a two-month period are considered related. A hospital may also determine other scenarios of relatedness.

One claimed method comprises the steps of connecting a browsing terminal to a computer database configured to store medical image data, selecting medical image data from medical image data stored on the database, and recording the selected medical image data on portable digital recording medium. In one embodiment, the claimed method also comprises a step of recording a viewing program configured to view medical image data on the portable digital recording medium.

One embodiment of the claimed method further comprises the steps of finding and retrieving medical image data that are related to the selected medical image data, and recording related image data to portable digital recording medium.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of an image production system comprising an application server and portable digital recording medium production stations.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,801,422 B2

3

FIG. 2 illustrates sample records of one embodiment of an image input device profile table.

FIG. 3 illustrates a process of receiving image data from image server, processing received image data, and transmitting such data to the production station. This process also retrieves and transmits related image data for production.

FIG. 4 illustrates a process of a user selecting and ordering the production of image data stored on the application server.

FIG. 5 illustrates a process of a user selecting and ordering the production of image data stored on the application server, with the option of selecting and ordering the production of related image data.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates one embodiment of an image production system 100 comprising an application server 110 and one or more portable digital recording medium production stations 300A, 300B and 300C. In the preferred embodiment, the production stations 300A, 300B and 300C are CD (Compact Disc) production stations. Digital portable recording medium comprises CDs and DVDs (Digital Versatile Disc or Digital Video Disc). CDs may comprise CD-ROM (Compact Disc Read Only Memory), CD-R (Compact Disc Recordable), and CD-RW (Compact Disc Recordable and Writable). DVDs may comprise DVD-ROM (DVD Read Only Memory), DVD-R (DVD Recordable) and DVD-RAM (a standard for DVDs that can be read and written many times). Thus, although the following description refers primarily to CDs, those of ordinary skill in the art will understand that any suitable portable digital recording medium can be substituted for CDs.

The application server 110 is connected to one or more physician browsing terminals 400A, 400B and 400C through a computer network 600. Each physician browsing terminal 400A, 400B or 400C comprises a browsing program such as Internet Explorer or Netscape Communicator. Physicians or their assistants launch the browsing program to access the application server 110 through the network 600 in order to select medical image data stored on the application server database 114 to be produced by a production station 300A, 300B or 300C. In the preferred embodiment, the physician browsing terminals 400A, 400B and 400C are connected to the application server through an Intranet. One embodiment of the Intranet utilizes TCP/IP network protocol. The Intranet can connect one radiology department, multiple departments within a hospital, or multiple hospitals. In another embodiment the browsing terminals 400A, 400B and 400C are connected to the application server 110 through the Internet.

Still referring to FIG. 1, the application server 110 is also connected to an image server 200. The image server 200 is further connected to image input devices such as PACS 204, MRI machines 206, CT-scan machines 208, ultrasound machines 210, etc. In the preferred embodiment, the image server 200 is a DICOM image server configured to receive and store medical image data in DICOM format. In operation, the image server 200 receives medical image data from image input devices such as PACS 204, MRI machines 206, CT-scan machines 208 and ultrasound machines 210 and stores such image data in the image server database 202. A high-resolution image scanner 500 is also connected to the image server 200, so that medical image data stored on film can be scanned on the image scanner 500, transmitted to the image server 200 and stored in the image server database 202. In one embodiment, the image scanner 500 also converts the scanned image to DICOM format. The application server 110 receives input

4

image data from the image server database 202, processes the received image data, and sends the image data to one of the production stations 300A, 300B or 300C to produce CDs.

The application server 110 comprises a viewing program 112, an application server database 114 that stores image data received from the image server 200, a production history database 116 that stores audit records on each CD produced, a display terminal 118 for programming and operating the application server 110 by a programmer or physician, and an image input device profile table 120.

Still referring to FIG. 1, the viewing program 112 is configured to allow users to read and manipulate medical image data. The viewing program 112 comprises multiple image manipulation functions, such as rotating images, zooming in and zooming out, measuring the distance between two points, etc. The viewing program 112 also allows users to read the patient demographics and exam information associated with the image data. The viewing program 112 used in the preferred embodiment is produced by eFilm Medical Inc. located in Toronto, Canada. The viewing program 112 used in the preferred embodiment is an abbreviated version with fewer functions and takes less storage space, in order to maximize the storage space for image data on a CD. The image server 200 used in the preferred embodiment is also made by eFilm Medical Inc.

The CD production stations 300A, 300B and 300C in the preferred embodiment are produced by Rimage Corporation in Edina, Minn. Details about the Rimage CD production stations can be found in U.S. Pat. Nos. 5,542,768, 5,734,629, 5,914,918, 5,946,276, and 6,041,703, which are incorporated herein by reference in their entirety.

The application server 110 in the preferred embodiment runs on a personal computer running a 400 MHz Celeron or Pentium II/III chip, with Windows 98 or NT as the operating system.

FIG. 2 illustrates sample records of one embodiment of an image input device profile table 120. The image input device profile table 120 contains a profile record for each image input device. Each image input device's profile record comprises: (1) an "auto-produce" logical field 250 indicating whether medical image data from this image input device should be produced on CD automatically by the image production system 100, (2) a "target production station" field 252 identifying one of the production stations 300A, 300B or 300C on which medical image data is to be produced, and (3) a "related data storage" 254 field identifying the medical image data storage units in which to search for the related image data. A medical image data storage unit is a storage unit that stores medical image data and is connected to the application server 110. In one embodiment, a medical image data storage unit is connected to the application server 110 through the image server 200. In the preferred embodiment, PACS 204 is such a medical image data storage unit.

In FIG. 2, the sample profile table 120 contains profile records for MRI Machine I, MRI Machine II, and Ultrasound Machine I. For MRI Machine I, the "auto-produce" field 250 contains a "yes" value, directing the image production system 100 to automatically produce image data originating from MRI Machine I on portable digital recording medium. Its "target production station" field 252 contains a "Production Station A" value, directing the image production system 100 to produce image data originating from MRI Machine I on production station A. Its "related data storage" field 254 is "PACS I", directing the image production system 100 to retrieve related medical image data from PACS I. For MRI Machine II, the "auto-produce" field 250 is "no", directing the image production system 100 to not automatically pro-

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,801,422 B2

5 6

duce image data originating from MRI Machine II on portable digital recording medium. Since image data from MRI Machine II will not be automatically produced, the "target production station" field 252 and the "related data storage" field 254 are irrelevant. For Ultrasound Machine I, the "auto-produce" field 250 is "yes", and its "target production" filed 252 is "Production Station B". Its "related data storage" field 254 contains a value of "PACS I, PACS II", directing the image production system 100 to search PACS I and PACS II for related medical image data.

FIG. 3 illustrates a process of the application server 110 receiving image data from the image server 200, processing the received image data, and transmitting such data to the production station 300A, 300B or 300C. The application server 110 continuously monitors the image server database 202 in step 122. In one embodiment, the application server continuously "pings" the network address corresponding to the image server 200 on the network that connects the application server 110 with the image server 200.

Still referring to FIG. 3, the application server 110 determines if the image server database 202 is changing, in step 124. In the preferred embodiment, the application server 110 makes that determination by detecting whether the image server database 202 is increasing in size. If there is no change in the image server database 202, then the application server 110 returns to step 122 to continue monitoring. If there is change in the image server database 202, then the application server 110 proceeds to step 126 and time-stamps the moment that the change started. The application server 110 then proceeds to step 128 and waits for an interval, typically 35 to 65 seconds. After the interval, the application server 110 checks whether the image server database 202 is still changing, in step 130. If the image server database 202 is still changing then the application server 110 returns to step 128 to wait for another interval. If the image server database 202 is no longer changing, then the application server 110 proceeds to step 132 and copies the data changed since the time-stamped moment. This changed data is copied from the image server database 202 to the application server database 114.

The application server 110 proceeds to step 134 and finds the input image device name or identification number from the newly received image data. In the preferred embodiment, image data from the image server database 202 are stored in DICOM format, and the input image device name or identification number is stored in the header of the DICOM format image data file. The input image device name/ID indicates the origin of the newly received data. The application server 110 proceeds to step 136 and uses the found input image device name/ID to find a corresponding profile record in the image input device profile table 120. If the profile record has an "auto-produce" field 250 with a "no" value, the application server 110 returns from step 138 to step 122 to continue monitoring the image server database 202. If the "auto-produce" field 250 contains a "yes" value, the application server 110 proceeds from step 138 to step 140, and determines the target production station 300A, 300B or 300C from the "target production station" field 252 of the profile record. In step 140, the application server 110 also determines the value in the "related data storage" field 254 of the profile record.

Still referring to FIG. 3, in step 142, the application server 110 sends a copy of the newly received data, along with a copy of the viewing program 112, to the target production station 300A, 300B or 300C identified in step 140. With the viewing program attached, the image data on each CD produced by the target production station 300A, 300B or 300C can be viewed on any computer that accepts the CD, regardless of whether that computer has its own viewing program

installed. In one embodiment, the data received in step 132 is stored in the application server database 114 before it is transmitted to the target production station 300A, 300B or 300C in step 142. In another embodiment, the application server 110 transmits the data received in step 132 to the target production station 300A, 300B or 300C, without storing a copy of the data in the application server database 114.

In one embodiment, the application server 110 does not send a copy of the viewing program 112 to the target production station during step 142. Rather, the application server 110 sends a copy of the received medical image data to the production station 300A, 300B or 300C to be recorded on pre-burned CDs. Each pre-burned CD contains a viewing program already recorded onto the CD before step 142.

In step 142, the application server 110 also sends configuration data to the target production station 300A, 300B or 300C. The configuration data comprises a label-printing file comprising the specification for printing labels on top of the CDs, and a "number of copies" value indicating the number of copies of CDs to be produced. A typical specification in the label-printing file may specify information such as patient name, exam modality, hospital name, physician name, production date, etc. to be printed by the target production station as a label on the top of each CD produced.

Still referring to FIG. 3, in step 143, the application server 110 searches the application server database 114 for image data related to the newly received data. The application server 110 then searches the PACS systems identified in the "related data storage" field 254 in step 140 for data related to the newly received data. Some PACS systems each comprise a primary image data storage and an archive image data storage, and the application server 110 searches both the primary image data storage and the archive image data storage on these PACS systems. The application server 110 is connected to the PACS systems through the image server 200. The application server 110 retrieves found related data from the PACS systems and stores a copy of such found related data in the application server database 114. The application server 110 sends a copy of related data that are found from the application server database 114 or the PACS systems to the target production station 300A, 300B or 300C. The medical image data originally received in step 132 and the related medical image data are produced by the target production station 300A, 300B or 300C on the same CDs for comparative study.

For each CD to be produced, the application server 110 adds one audit record to the production history database 116 in step 144. The new audit record comprises the identification number of the CD and other relevant information about the CD, such as the physician who requested the production (if any), and the names of the patients whose exam images are on that CD.

Steps 142, 143 and 144 may be executed immediately before, concurrent with, or immediately after one another.

The target production station 300A, 300B or 300C produces the CDs containing the medical image data and the viewing program sent to it, and prints a label on top of every CD, corresponding to the specification in the label-printing file. The number of CDs produced corresponds to the "number of copies" number sent by the application server 110 in step 142. When the target production station has produced the CDs, the production station returns a "completed" signal to the application server 110. The application server 110 waits for this signal in step 146.

Still referring to FIG. 3, in step 148, the application server 110 updates the audit records in the production history database 116 that were created in step 144. For each CD produced, the application 110 server updates the date and time of pro-

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

7

duction for that CD's audit record. The application server **110** also updates the status value for that CD's audit storage record from "processing" to "successful". The application server **110** then continues monitoring the image server database **202** as in step **122**.

FIG. **4** illustrates a process of a user selecting and ordering the production of image data stored on the application server **110**. A user, typically a physician or physician's assistant, accesses the application server database **114** from a browsing terminal **400A**, **400B** or **400C** connected to a network **600**. In one embodiment, the user launches a browser such as Microsoft Internet Explorer or Netscape Communicator, and specifies a network address corresponding to the application server **110**, in step **150**. In another embodiment, the user clicks a pre-defined icon that directly launches a browser connecting to the application server **110**. The application server **110** prompts the user to enter a password or an identification name coupled with a password, in step **152**. The application server **110** checks if the entered identification/password is authorized in step **154**. If the entered identification/password is not authorized the user is returned to step **152** to re-enter the identification/password, or disconnected from the application server **110**. If the entered identification/password is authorized then the user is allowed access to the application server database **114** and the application server **110** proceeds to step **156**.

Still referring to FIG. **4**, in step **156** the user is prompted to select a patient from a list of patients with exam images in the application server database **114**. The user is then shown a list of the selected patient's exams, and is prompted to select one or more exams of that patient, in step **158**. When the user indicates that he/she has completed selecting all exams for that patient, the user is asked in step **160** whether to select another patient from the list of patients. If the user answers "yes", the user is returned to step **156** to select another patient. If the user answers "no", the user proceeds to step **162**.

In another embodiment, when a user selects a patient, all exams belonging to that patient will be automatically selected without prompting for user selection. In yet another embodiment, the user is not prompted to select patients, but is only prompted to select exams from a list of all exams for all patients contained in the application server database **114**.

When the user indicates that he/she has completed selecting, the user is prompted to select a production station from a list of production stations **300A**, **300B** and **300C** in step **162**. The user is also prompted to enter additional label text to be printed as labels on the CDs to be produced, to supplement the text printed according to the specification of the label-printing file. The user can advantageously select the production station located closest to his/her office. In one embodiment, only one production station is connected to the application server **110**, and the lone production station will be the selected production station without prompting for user selection.

In one embodiment, the user is also prompted to select the number of copies of CDs to be produced. In another embodiment, the number of copies is set at one without prompting for user direction. As described above in connection with FIG. **3**, in step **164**, the application server **110** sends a copy of the image data of the selected exams for the selected patients to the selected production station, along with a copy of the viewing program **112**, and configuration data comprising a label-printing file, additional label text, and a number indicating the number of copies of CDs to be produced. The production station **300A**, **300B** or **300C** then produces one or more CDs containing the selected exams for the selected patients and the viewing program, with labels printed on top

8

of the CDs according to the specification in the label-printing file and the user-entered additional label text.

In another embodiment, a user accesses the application server database **114** not from a browsing terminal **400A**, **400B** or **400C**, but directly from the display terminal **118**. In this embodiment the user directly proceeds from step **152**. In this embodiment the user is typically a programmer or operator of the image production system **100**.

FIG. **5** illustrates a process of a user selecting and ordering the production of image data stored on the application server **110**, with the additional option of selecting and ordering the production of related data for comparative study. As described above in connection with FIG. **4**, a user connects to the application server **110** from a browsing terminal **400A**, **400B** or **400C** in step **170**. The user enters identification information and a password in step **172**. Step **174** determines whether the user is authorized to access the application server database **114**. If authorized, the user is prompted to select a patient in step **176**, and selects exams of the selected patient in step **178**. The user is then asked in step **180** if he/she desires to find related data of that patient for comparative study.

If the user answers yes, the application server **110** then searches for related data. The application server **110** finds the image input device profile table **120** profile record corresponding to the image input device from which the selected data originates, identifies the list of PACS systems stored in the "related data storage" field **254**, and searches these PACS systems for related data. In another embodiment, once the user has selected a patient/exam combination, the application server **110** automatically searches for related data without asking for user direction. In this embodiment, the application server **110** alerts the user if related data are found. In one embodiment, the application server **110** also searches the application server database **114** for related medial image data.

Still referring to FIG. **5**, the user is then prompted to select all or some of the related data from the list of found related data for production, in step **184**. In another embodiment, all found related data are automatically selected by the application server **110** for production, without prompting for user selection.

The user is then prompted to select another patient in step **186**. After the user has completed selecting all patients, the user is prompted to select a CD production station **300A**, **300B** or **300C** in step **188**. The user is also prompted to enter additional label text. In step **190**, the application server **110** then sends a copy of the original and selected related data, along with a copy of the viewing program **112**, a number indicating the number of copies to be produced, additional label text, and a label-printing file to the selected production station **300A**, **300B** or **300C** for production.

The above paragraphs describe the application server **110** with one database **114** for image data storage. In another embodiment, the application server **110** includes two databases for image data storage: a new data database and a storage data database. The new data database stores only the most recent batch of new data just received from the image server **200**. After the data in the new data database is sent to a production station **300A**, **300B** or **300C**, the application server **110** erases data in the new data database. The storage data database stores all data that has ever been received from the image server database **202**. In the processes described by FIG. **4** and FIG. **5**, a user selects images for production from the storage data database.

Several modules are described in the specification and the claims. The modules may advantageously be configured to reside on an addressable storage medium and configured to execute on one or more processors. The modules may

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

US 7,801,422 B2

9

include, but are not limited to, software or hardware components that perform certain tasks. Thus, a module may include, for example, object-oriented software components, class components, processes methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, and variables. Modules may be integrated into a smaller number of modules. One module may also be separated into multiple modules.

Although the foregoing has been a description and illustration of specific embodiments of the invention, various modifications and changes can be made thereto by persons skilled in the art, without departing from the scope and spirit of the invention as defined by the following claims.

What is claimed is:

1. A method of automatically producing medical image data and related data on an optical storage medium upon expiration of a timeout period, the method comprising:

detecting whether a server has changed within a timeout period after receiving medical image data or related data from a modality and resetting the timeout period when the change is detected; and

automatically producing an optical storage medium comprising selected medical image data and related data from the server based on when the timeout period has expired and recording on the optical storage medium program code that, when executed, allows viewing of the selected medical image data, wherein the medical image data is formatted in a standard medical imaging format used by a computer configured for viewing the medical image data.

2. The method of claim 1, further comprising producing a label corresponding to the selected medical image data.

3. The method of claim 1, wherein automatically producing comprises automatically producing a portable optical storage medium that is labeled.

4. The method of claim 1, wherein detecting whether the server has changed comprises detecting whether a database coupled to the server has increased in size since the beginning of the timeout period.

5. The method of claim 1, further comprising periodically checking a status of the server.

6. The method of claim 1, wherein the timeout period is configurable.

10

7. The method of claim 1, wherein the timeout period expires after about 35 seconds, thereby causing the production station to automatically produce the optical storage medium.

8. A system for automatically producing medical images on an optical storage medium, the system comprising:

a database configured to receive one or more medical images from at least one modality;

an application server coupled to the database and configured to create a timestamp when the application server detects a change in the database, thereby initiating a timer,

wherein the timer resets when the application server detects an additional change in the database before a timeout interval, measured from the timestamp, elapses; and

wherein the timer times out when the application server detects no additional change in the database after the timeout interval, measured from the timestamp, elapses; and

a production station coupled to the application server and configured to automatically produce an optical storage medium comprising one or more selected medical images from the database based on when the timer times out, wherein the medical image data is formatted in a standard medical imaging format used by a computer configured for viewing the medical image data.

9. The system of claim 8, wherein the production station comprises a printer configured to produce a label corresponding to the selected medical image data.

10. The system of claim 8, wherein the production station produces a portable optical storage medium that is labeled.

11. The system of claim 8, wherein the application server is configured to detect whether the database has increased in size within the timeout interval, measured from the timestamp.

12. The system of claim 8, wherein the application server is configured to periodically check a status of the database.

13. The system of claim 8, wherein the timeout interval is configurable.

14. The system of claim 8, wherein the timer times out after about 35 seconds, thereby causing the production station to automatically produce the optical storage medium.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 7,801,422 B2              Page 1 of 6
APPLICATION NO. : 12/479726
DATED     : September 21, 2010
INVENTOR(S)  : Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

  In Column 1 (Item 56, Page 3), Line 48, under Other Publications, change "el.," to --al.,--.

  In Column 1 (Item 56, Page 3), Line 60, under Other Publications, change "1998" to --1996--.

  In Column 2 (Item 56, Page 3), Line 34, under Other Publications, change "CT/MR" to --CT/MRI--.

  In Column 2 (Item 56, Page 3), Line 59, under Other Publications, change "interact," to --internet,--.

  In Column 1 (Item 56, Page 4), Line 8, under Other Publications, change "Johnston." to --Johnston,--.

  In Column 1 (Item 56, Page 4), Line 8, under Other Publications, change "377-.434;" to --377-434;--.

  In Column 1 (Item 56, Page 4), Line 20, under Other Publications, change "649652." to --649-652.--.

  In Column 1 (Item 56, Page 5), Line 1, under Other Publications, change "interne" to --internet--.

  In Column 1 (Item 56, Page 5), Line 35, under Other Publications, change "USCF" to --UCSF--.

  In Column 1 (Item 56, Page 5), Line 37, under Other Publications, change "USCF" to --UCSF--.

  In Column 2 (Item 56, Page 5), Line 8, under Other Publications, change "COMPTERSYSTEME" to --COMPUTERSYSTEME--.

  In Column 2 (Item 56, Page 5), Line 36, under Other Publications, change "aboutimain.htm," to --about/main.htm,--.

Signed and Sealed this
Twenty-second Day of March, 2011

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

In Column 1 (Item 56, Page 6), Line 3, under Other Publications, change "DocId" to --DocId--.

In Column 1 (Item 56, Page 6), Line 7, under Other Publications, change "2000.01" to --2000-01--.

In Column 1 (Item 56, Page 6), Line 22, under Other Publications, change "DocId" to --DocId--.

In Column 1 (Item 56, Page 6), Line 24, under Other Publications, change "4+" to --4×--.

In Column 1 (Item 56, Page 6), Line 43, under Other Publications, change "articies" to --articles--.

In Column 1 (Item 56, Page 6), Line 46, under Other Publications, change "redOrbitcom," to --redOrbit.com,--.

In Column 1 (Item 56, Page 6), Line 54, under Other Publications, change "MedImage" to --MedImage--.

In Column 2 (Item 56, Page 6), Line 14, under Other Publications, change "Compentencies," to --Competencies,--.

In Column 2 (Item 56, Page 6), Line 43, under Other Publications, change "Networks" to --Network--.

In Column 2 (Item 56, Page 6), Line 54, under Other Publications, change "at al.," to --et al.,--.

In Column 2 (Item 56, Page 6), Line 63-64, under Other Publications, change "Communication" to --Communications--.

In Column 2 (Item 56, Page 6), Line 71, under Other Publications, change "articies" to --articles--.

In Column 1 (Item 56, Page 7), Line 61, under Other Publications, before "Computerized" insert --A--.

In Column 1 (Item 56, Page 7), Line 66, under Other Publications, change "HIPPA" to --HIPAA--.

In Column 1 (Item 56, Page 7), Line 67, under Other Publications, change "CRD-PC" to --CRS-PC--.

In Column 2 (Item 56, Page 7), Line 1, under Other Publications, change "at al.," to --et al.,--.

In Column 2 (Item 56, Page 7), Line 24, under Other Publications, change "at al.," to --et al.,--.

In Column 2 (Item 56, Page 7), Line 34, under Other Publications, change "1998" to --1996--.

In Column 2 (Item 56, Page 7), Line 42, under Other Publications, change "Sta Pendine" to --Stay Pending--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

In Column 2 (Item 56, Page 7), Line 69, under Other Publications, change "Doman" to --Domain--.

In Column 2 (Item 56, Page 8), Line 4, under Other Publications, change "Itemld" to --ItemId--.

In Column 2 (Item 56, Page 8), Line 9, under Other Publications, change "stoty" to --story--.

In Column 1 (Item 56, Page 9), Line 23, under Other Publications before "Advanced" insert --Announces--.

In Column 2 (Item 56, Page 9), Line 14, under Other Publications, change "Iritroduces" to --Introduces--.

In Column 2 (Item 56, Page 9), Line 61, under Other Publications, change "Managment" to --Management--.

In Column 2 (Item 56, Page 9), Line 68, under Other Publications, change "at al." to --et al.,--.

In Column 1 (Item 56, Page 10), Line 46, under Other Publications, change "Mar. 1, 2000-03" to --Mar. 1, 2000--.

In Column 2 (Item 56, Page 10), Line 12, under Other Publications, change "EchoCardiography: Heart,"," to --EchoCardiography" Heart, 78,--.

In Column 2 (Item 56, Page 10), Line 28, under Other Publications, change "at al," to --et al.,--.

In Column 2 (Item 56, Page 10), Line 32, under Other Publications, change "Exhbition." to --Exhibition.--.

In Column 2 (Item 56, Page 10), Line 33, under Other Publications, before "Development" delete "Institute,".

In Column 2 (Item 56, Page 10), Line 34, under Other Publications, change "Insitute,"" to --Institute,"--.

In Column 2 (Item 56, Page 10), Line 36, under Other Publications, change "2/73," to --2/573,--.

In Column 2 (Item 56, Page 10), Line 42, under Other Publications, change "at al," to --et al.,--.

In Column 1 (Item 56, Page 11), Line 36, under Other Publications, change ""Medlmage" to --"Medimage--.

In Column 1 (Item 56, Page 11), Line 44, under Other Publications, change "Desecription" to --Description--.

In Column 1 (Item 56, Page 11), Line 44, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 11), Line 68, under Other Publications, change "at al.," to --et al.,--.

In Column 2 (Item 56, Page 11), Line 50, under Other Publications, change "Solution," to --Solutions,--.

In Column 2 (Item 56, Page 11), Line 50, under Other Publications, change "Metal" to --Meta--.

In Column 2 (Item 56, Page 11), Line 52, under Other Publications, change "Annnual" to --Annual--.

In Column 2 (Item 56, Page 11), Line 56, under Other Publications, change ""Structure" to --"Structured--.

In Column 1 (Item 56, Page 12), Line 19, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 22, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 28, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 32, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 33, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 35, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 37, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 12), Line 67, under Other Publications, change "Mitre" to --Mitra--.

In Column 2 (Item 56, Page 12), Line 4, under Other Publications, change "Jan. 1," to --Jan. 6,--.

In Column 2 (Item 56, Page 12), Line 6, under Other Publications, change "Mita" to --Mitra--.

In Column 2 (Item 56, Page 12), Line 23, under Other Publications, change "Summ'y," to --Summary,--.

In Column 2 (Item 56, Page 12), Line 60, under Other Publications, change "PerfectImage" to --PerfectImage--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**
U.S. Pat. No. 7,801,422 B2

In Column 2 (Item 56, Page 12), Line 68, under Other Publications, change "DICOA" to --DICOM--.

In Column 1 (Item 56, Page 13), Line 23, under Other Publications, change "00083" to --00063--.

In Column 1 (Item 56, Page 13), Line 48, under Other Publications, change "Mitre" to --Mitra--.

In Column 1 (Item 56, Page 14), Line 44, under Other Publications, change "CT/MR" to --CT/MRI--.

In Column 1 (Item 56, Page 14), Line 55, under Other Publications, change "Raclin" to --Radin--.

In Column 1 (Item 56, Page 15), Line 16, under Other Publications, change "Akquisltion" to --Akquisition--.

In Column 1 (Item 56, Page 15), Line 19, under Other Publications, before "Vepro" delete "935".

In Column 1 (Item 56, Page 15), Line 19, under Other Publications, change "Cardlo" to --Cardio--.

In Column 1 (Item 56, Page 15), Line 21, under Other Publications, change "Medlmage" to --Medimage--.

In Column 1 (Item 56, Page 15), Line 24, under Other Publications, change "UniversitatsIdinik" to --Universitatsklinik--.

In Column 1 (Item 56, Page 15), Line 24, under Other Publications, after "153," insert --69120, dated Jan. 30, 2009.--.

In Column 1 (Item 56, Page 15), Line 25, under Other Publications, change "Lefter" to --Letter--.

In Column 1 (Item 56, Page 15), Line 31, under Other Publications, change "Advertist" to --Adventist--.

In Column 2 (Item 56, Page 15), Line 3, under Other Publications, change "Sep3." to --Sept.--.

In Column 2 (Item 56, Page 15), Line 11, under Other Publications, change "Plug 'n." to --Plug 'n--.

In Column 2 (Item 56, Page 15), Line 32, under Other Publications, change "Commerical" to --Commercial--.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

**CERTIFICATE OF CORRECTION (continued)**                                    Page 6 of 6
**U.S. Pat. No. 7,801,422 B2**

      In Column 2 (Page 2), Line 73, under U.S. Patent Documents, delete "2002/0138254 A1
9/2001 Isaka et al." and insert --2002/0138524 A1   9/2002   Ingle et al.--.

      In Column 1 (Page 12), Lines 24-25, delete "Mitra CD Writer Development & Quality Plan
Rev. 1.0, dated May 28, 1996."

      In Column 2 (Page 15), after Line 41, add the following references

           "ROBERT BOWMAN, et al., "Building And Maintaining Today's Networks," 1996
           Annual HIMSS Conference And Exhibition.

           ROBERT COPPLE, PE, et al., "Developing a Methodology to Drive Patient Care
           Unit Consolidation," 1996 Annual HIMSS Conference And Exhibition.

           RONALD L. JOHNSON, "Trends In The Health Care Vendor Marketplace," 1996
           Annual HIMSS Conference And Exhibition.", thereto.

Copy provided by USPTO from the PIRS Image Database on 08/17/2011

1   Craig S. Summers (SBN 108,688)
    craig.summers@kmob.com
2   Paul A. Stewart (SBN 153,467)
    paul.stewart@kmob.com
3   David H. Chan (SBN 251,575)
    david.chan@kmob.com
4   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    2040 Main Street, 14th Floor
5   Irvine, CA 92614
    Telephone: (949) 760-0404
6   Facsimile: (949) 760-9502

7   Attorneys for Plaintiff
8   **DATCARD SYSTEMS, INC.**

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

SOUTHERN DIVISION

12

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation, | Civil Action No. SACV10-1288 DOC (VBKx) |
| Plaintiff, | **SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| PACSGEAR, INC., a California corporation, | |
| Defendant. | |

Plaintiff DatCard Systems, Inc. ("DatCard"), for its First Amended Complaint against Defendant PacsGear, Inc. ("PacsGear"), alleges as follows:

### PARTIES

1.      Plaintiff DatCard is a California corporation having a principal place of business at 7 Goodyear, Irvine, California 92618.

2.      Upon information and belief, Defendant PacsGear, Inc. is a corporation organized and existing under the laws of the state of California, having a principal place of business at 7020 Koll Center Parkway, Suite 100, Pleasanton, California 94566.

### JURISDICTION AND VENUE

3.      This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 100, *et seq.*

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      Upon information and belief, PacsGear conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

6.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), (c) and 1400(b).

### FIRST CLAIM FOR RELIEF
### INFRINGEMENT OF U.S. PATENT NO. 7,302,164

7.      Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-6 above.

8.      On November 27, 2007, U.S. Patent No. 7,302,164 ("the '164 Patent"), entitled "System and Method for Producing Medical Image Data Onto Portable Digital Recording Media," was duly and legally issued by the United States Patent and Trademark Office. DatCard is the owner of all right and title, both legal and equitable, to the '164 Patent, and has been the owner of the '164

-2-

A 260

Case: 13-1445 Case: 13-1445 CASE-PARTICIPANTS ONLY Document: 28 Page: 266-1 Filed: 11/08/2013 Page: 266 Filed: 11/08/2013

Case 8:10-cv-01288-DOC -VBK   Document 28   Filed 02/15/11   Page 3 of 25   Page ID #:407

1   Patent since the date of its issuance.   A copy of the '164 Patent is attached
2   hereto as Exhibit 1.

3          9.        PacsGear has directly infringed the '164 Patent at least through its
4   manufacture, sale, offer for sale and use of its medical disc publishing products,
5   including the MediaWriter product.

6          10.      In addition, PacsGear has contributed to infringement of the '164
7   Patent by others, and induced infringement of the '164 Patent by others, through
8   its activities relating to its medical disc publishing products, including the
9   MediaWriter product.

10         11.      PacsGear's acts of infringement have caused damage to DatCard in
11   an amount to be determined at trial.

12         12.      PacsGear's infringement of the '164 Patent is causing irreparable
13   harm to DatCard, for which there is no adequate remedy at law.   PacsGear's
14   infringement will continue, and will continue to cause irreparable harm to
15   DatCard, unless PacsGear's infringement is enjoined by this Court.

16         13.      DatCard is informed and believes that PacsGear's infringement of
17   the '164 Patent was and is willful and deliberate, entitling DatCard to enhanced
18   damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under
19   35 U.S.C. § 285.

20                          **SECOND CLAIM FOR RELIEF**
21                  **INFRINGEMENT OF U.S. PATENT NO. 7,729,597**

22         14.      Plaintiff incorporates by reference and realleges each of the
23   allegations set forth in Paragraphs 1-6 above.

24         15.      On June 1, 2010, U.S. Patent No. 7,729,597 ("the '597 Patent"),
25   entitled "System and Method for Producing Medical Image Data Onto Portable
26   Digital Recording Media," was duly and legally issued by the United States
27   Patent and Trademark Office.   DatCard is the owner of all right and title, both
28   legal and equitable, to the '597 Patent, and has been the owner of the '597

                                        -3-

1    Patent since the date of its issuance.  A copy of the '597 Patent is attached
2    hereto as Exhibit 2.

3         16.    PacsGear has directly infringed the '597 Patent at least through its
4    manufacture, sale, offer for sale and use of its medical disc publishing products,
5    including the MediaWriter product.

6         17.    In addition, PacsGear has contributed to infringement of the '597
7    Patent by others, and induced infringement of the '597 Patent by others, through
8    its activities relating to its medical disc publishing products, including the
9    MediaWriter product.

10        18.    PacsGear's acts of infringement have caused damage to DatCard in
11   an amount to be determined at trial.

12        19.    PacsGear's infringement of the '597 Patent is causing irreparable
13   harm to DatCard, for which there is no adequate remedy at law.  PacsGear's
14   infringement will continue, and will continue to cause irreparable harm to
15   DatCard, unless PacsGear's infringement is enjoined by this Court.

16                     **THIRD CLAIM FOR RELIEF**
17              **INFRINGEMENT OF U.S. PATENT NO. 7,783,174**

18        20.    Plaintiff incorporates by reference and realleges each of the
19   allegations set forth in Paragraphs 1-6 above.

20        21.    On August 24, 2010, U.S. Patent No. 7,783,174 ("the '174
21   Patent"), entitled "System and Method for Producing Medical Image Data Onto
22   Portable Digital Recording Media," was duly and legally issued by the United
23   States Patent and Trademark Office.  DatCard is the owner of all right and title,
24   both legal and equitable, to the '174 Patent, and has been the owner of the '174
25   Patent since the date of its issuance.  A copy of the '174 Patent is attached
26   hereto as Exhibit 3.

27   ///
28   ///

                              -4-

**A 262**

22.  PacsGear has directly infringed the '174 Patent at least through its manufacture, sale, offer for sale and use of its medical disc publishing products, including the MediaWriter product.

23.  In addition, PacsGear has contributed to infringement of the '174 Patent by others, and induced infringement of the '174 Patent by others, through its activities relating to its medical disc publishing products, including the MediaWriter product.

24.  PacsGear's acts of infringement have caused damage to DatCard in an amount to be determined at trial.

25.  PacsGear's infringement of the '174 Patent is causing irreparable harm to DatCard, for which there is no adequate remedy at law.  PacsGear's infringement will continue, and will continue to cause irreparable harm to DatCard, unless PacsGear's infringement is enjoined by this Court.

## FOURTH CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 7,734,157

26.  Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-6 above.

27.  On June 8, 2010, U.S. Patent No. 7,734,157 ("the '157 Patent"), entitled "System and Method for Producing Medical Image Data Onto Portable Digital Recording Media," was duly and legally issued by the United States Patent and Trademark Office.  DatCard is the owner of all right and title, both legal and equitable, to the '157 Patent, and has been the owner of the '157 Patent since the date of its issuance.  A copy of the '157 Patent is attached hereto as Exhibit 4.

28.  PacsGear has directly infringed the '157 Patent at least through its manufacture, sale, offer for sale and use of its medical disc publishing products, including the MediaWriter product.

///

-5-

**A 263**

29.     In addition, PacsGear has contributed to infringement of the '157 Patent by others, and induced infringement of the '157 Patent by others, through its activities relating to its medical disc publishing products, including the MediaWriter product.

30.     PacsGear's acts of infringement have caused damage to DatCard in an amount to be determined at trial.

31.     PacsGear's infringement of the '157 Patent is causing irreparable harm to DatCard, for which there is no adequate remedy at law. PacsGear's infringement will continue, and will continue to cause irreparable harm to DatCard, unless PacsGear's infringement is enjoined by this Court.

## FIFTH CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 7,801,422

32.     Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-6 above.

33.     On September 21, 2010, U.S. Patent No. 7,801,422 ("the '422 Patent"), entitled "System and Method for Producing Medical Image Data Onto Portable Digital Recording Media," was duly and legally issued by the United States Patent and Trademark Office. DatCard is the owner of all right and title, both legal and equitable, to the '422 Patent, and has been the owner of the '422 Patent since the date of its issuance. A copy of the '422 Patent is attached hereto as Exhibit 5.

34.     PacsGear has directly infringed the '422 Patent at least through its manufacture, sale, offer for sale and use of its medical disc publishing products, including the MediaWriter product.

35.     In addition, PacsGear has contributed to infringement of the '422 Patent by others, and induced infringement of the '422 Patent by others, through its activities relating to its medical disc publishing products, including the MediaWriter product.

-6-

**A 264**

36.     PacsGear's acts of infringement have caused damage to DatCard in an amount to be determined at trial.

37.     PacsGear's infringement of the '422 Patent is causing irreparable harm to DatCard, for which there is no adequate remedy at law.  PacsGear's infringement will continue, and will continue to cause irreparable harm to DatCard, unless PacsGear's infringement is enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, DatCard prays for judgment and seeks relief as follows:

A.     A judgment that PacsGear has infringed U.S. Patent No. 7,302,164;

B.     A judgment that PacsGear has infringed U.S. Patent No. 7,729,597;

C.     A judgment that PacsGear has infringed U.S. Patent No. 7,783,174;

D.     A judgment that PacsGear has infringed U.S. Patent No. 7,734,157;

E.     A judgment that PacsGear has infringed U.S. Patent No. 7,801,422;

F.     Preliminary and permanent injunctions against further infringement of U.S. Patent Nos. 7,302,164, 7,729,597, 7,783,174, 7,734,157, and 7,801,422, including injunctions against direct infringement, contributory infringement, and induced infringement;

G.     An award of damages for PacsGear's infringement of U.S. Patent Nos. 7,302,164, 7,729,597, 7,783,174, 7,734,157, and 7,801,422;

H.     A trebling of the award of damages under 35 U.S.C. § 284, or such other enhancement of the award of damages that the Court deems appropriate;

I.     A declaration that PacsGear's infringement of U.S. Patent No. 7,302,164 was and is willful, and that this is an exceptional case under 35 U.S.C. § 285;

J.     An award of attorneys' fees and non-taxable costs under 35 U.S.C. § 285 on account of Defendants' willful infringement;

K.     An award of taxable costs; and

///

-7-

**A 265**

1        L.    Such other and further relief as this Court may deem just and

2  proper.

3                     Respectfully submitted,

4                     KNOBBE, MARTENS, OLSON & BEAR, LLP

5

6  Dated: February 14, 2011  By: _____

7                     Craig S. Summers
                        Paul A. Stewart

8                     David H. Chan

9                     Attorneys for Plaintiff
                     DATCARD SYSTEMS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff DatCard Systems, Inc. demands a trial by jury of all issues raised by the pleadings which are triable by jury.


Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: February 14, 2011    By: _____

Craig S. Summers
Paul A. Stewart
David H. Chan

Attorneys for Plaintiff
DATCARD SYSTEMS, INC.

10338713_1
021411

-9-

**A 267**

1                                **PROOF OF SERVICE**

2         I am a citizen of the United States of America, and I am employed in

3 Irvine, California.  I am over the age of 18 and not a party to the within action.

4 My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

5 On  February 14, 2011, I served the within **SECOND AMENDED**

6 **COMPLAINT FOR PATENT INFRINGEMENT - DEMAND FOR JURY**

7 **TRIAL** on the parties or their counsel shown below, as indicated below and by

8 placing it in a sealed envelope addressed as follows:

9 **VIA E-MAIL AND**
**FIRST CLASS MAIL:**

10
                         Bill F. Holbrow

11        BLAKELY SOKOLOFF TAYLOR ZAFMAN, LLP
               12400 Wilshire Boulevard

12                      Seventh Floor
               Los Angeles, CA  90025

13                 T: (310) 207-3800
                F: (310) 820-5988

14              Bill_Holbrow@bstz.com

15         I declare that I am employed in the office of a member of the bar of this

16 Court at whose direction the service was made.

17         Executed on February 14, 2011 at Irvine, California.

18

19                            _Diana L. Rausa_

20                          Diana L. Rausa

21

22 10338713_1
021411

23

24

25

26

27

28

1   Craig S. Summers (SBN 108,688)
    craig.summers@kmob.com
2   Paul A. Stewart (SBN 153,467)
    paul.stewart@kmob.com
3   Brian C. Claassen (SBN 253,627)
    brian.claassen@kmob.com
4   Bridget A. Smith (SBN 253,548)
    bridget.smith@kmob.com
5   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    2040 Main Street, 14th Floor
6   Irvine, CA 92614
    Telephone: (949) 760-0404
7   Facsimile:  (949) 760-9502

8   Attorneys for Plaintiff/Counterdefendant
    **DATCARD SYSTEMS, INC.**
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13

14  DATCARD SYSTEMS, INC., a            )  Civil Action No.
    California corporation,             )  SACV10-1288 DOC (VBKx)
15                                      )
16              Plaintiff,              )
                                        )  **DECLARATION OF DR. ALAN**
17        v.                            )  **ROWBERG, M.D. IN SUPPORT**
                                        )  **OF DATCARD SYSTEMS, INC.'S**
18  PACSGEAR, INC., a California        )  **MOTION FOR SUMMARY**
    corporation,                        )  **JUDGMENT THAT U.S. PATENTS**
19                                      )  **7,302,164, 7,783,174, 7,729,597 AND**
20              Defendant.              )  **7,734,157 ARE NOT INVALID**
    _____    )  **UNDER 35 U.S.C. § 102**
21  AND RELATED COUNTERCLAIM            )
                                        )  Date:   February 13, 2012
22                                      )  Time:   8:30 a.m.
                                        )  Ctrm:   9D
23                                      )
24  _____       The Honorable David O. Carter

25

26

27

28

I, Dr. Alan Rowberg, M.D., have personal knowledge of the matters set forth herein, or where indicated, based on my good faith belief and understanding, and if called upon to testify, I could and would competently testify as follows:

1. I have been retained as a technical expert for DataCard Systems, Inc. ("DatCard") in its lawsuit against Pacsgear, Inc. ("Pacsgear") for infringement of Datcard's U.S. Patent Nos. 7,302,164 ("the '164 patent"); 7,729,597 ("the '597 patent"); 7,783,174 ("the '174 patent"); 7,734,157 ("the '157 patent"); and 7,801,422 ("the '422 patent") (collectively, the "Asserted Patents").

2. Attached hereto as Exhibit 11 is a true and correct copy of my December 5, 2011 Rebuttal Expert Report. My report sets forth my opinions regarding the validity of the Asserted Patents and the bases therefore.

3. My background and qualifications are described in Exhibit A of my Initial Expert Report, a copy of which was filed on January 13, 2012.

4. I reaffirm under penalty of perjury that my Rebuttal Expert Report, Exhibit 11, truly and accurately sets forth my opinions regarding the validity of the Asserted Patents and the bases for those opinions. I hereby adopt and incorporate the entirety of my Rebuttal Expert Report as if set forth fully in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _13_ day of January, 2012, in _Shoreline, WA_ .

_Alan Rowberg_
Alan Rowberg

-1-

1  Craig S. Summers (SBN 108,688)
   craig.summers@kmob.com
2  Paul A. Stewart (SBN 153,467)
   paul.stewart@kmob.com
3  Brian C. Claassen (SBN 253,627)
   brian.claassen@kmob.com
4  Bridget A. Smith (SBN 253,548)
   bridget.smith@kmob.com
5  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, 14th Floor
6  Irvine, CA 92614
   Telephone: (949) 760-0404
7  Facsimile:  (949) 760-9502

8  Attorneys for Plaintiff
   **DATCARD SYSTEMS, INC.**
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13

| | |
|---|---|
| 14  DATCARD SYSTEMS, INC., a | ) Civil Action No. |
| 15  California corporation, | ) SACV10-1288 DOC (VBKx) |
| 16         Plaintiff, | ) |
| 17       v. | ) **REBUTTAL EXPERT REPORT** |
| | ) **OF DR. ALAN ROWBERG, M.D.** |
| 18  PACSGEAR, INC., a California | ) |
|     corporation, | ) |
| 19 | ) |
| 20         Defendant. | ) |
| 21  AND RELATED COUNTERCLAIM | ) |

22

23          **CONFIDENTIAL ATTORNEYS' EYES ONLY**

24          **INFORMATION ON PAGES 66, 77, 78**

25

26

27

28

1    and a viewing program that is configured to allow viewing of the selected and
2    the related medical image data that is recorded onto the data storage medium on
3    widely accessible computers not specifically configured with standard medical
4    imaging software for viewing of medical images." In fact, the Ratib article does
5    not disclose a production station at all.

6    With respect to claims 16 and 21, the Ratib article does not disclose at
7    least (1) "recording the selected medical image data and the related medical
8    image data onto a data storage medium using a production station"; (2)
9    "recording a viewing program onto the data storage medium using the
10   production station"; and (3) "printing a label using the production station . . .
11   and affixing the label to the data storage medium using the production station."
12   Again, the Ratib article does not disclose a production station at all. Moreover,
13   while the Ratib article discloses a CD that is labeled (Ratib article at
14   PG000052), the Ratib article does not disclose that a production station prints
15   and affixes the label to the CD.

16   In conclusion, I believe that Dr. Horii's conclusory and superficial
17   analysis, which does not address the specific language of the claims, is
18   insufficient to show that the claims of the '164 patent would have been obvious
19   over the Ratib article or the purported Ratib public use.

20   **6.    The asserted '164 patent claims would not have been obvious**
21   **over Heartlab (user's guide or product)**

22   Dr. Horii opines that "[b]oth the [Heartlab] system and its 1998 User's
23   Guide render all of the elements of claim 9 obvious." (Horii Rpt. at 20.) Dr.
24   Horii seems to contend that the Heartlab user's guide, alone or in combination
25   with the DICOMview Enterprise Server web page, discloses all elements of
26   claim 9. (Horii Rpt. at 20.) However, he incorrectly paraphrases the claim
27   elements and provides only general page citations to the Heartlab user's guide
28   and the DICOMview Enterprise Server web page to support his conclusion that

-20-

**EXHIBIT 11**

these references show the paraphrased elements, with little explanation or analysis. Moreover, he did not properly identify the differences between the claims and the Heartlab user's guide/DICOMview Enterprise Server web page or Heartlab product or explain why, in view of those differences, the claimed invention as a whole would have been obvious over the prior art, as he was required to do under *KSR*.

With respect to claim 9, Dr. Horii contends that the Heartlab system "works on multiple browsing terminals configured to receive user selection [sic] of selected medical image data." (Horii Rpt. at 20, citing Heartlab user's guide at PG018233 (page 11) and DICOMview Enterprise Server web page at PG024572–73 (Exhibit 206).) I believe Dr. Horii is saying that the system in Heartlab is capable of being installed and working on any terminal. That is not what claims 9 and 15 recite. Claims 9 and 15 recite a system comprising a plurality of browsing terminals configured to receive a user section that defines selected medical image data. I do not believe that the cited portions of the Heartlab user's guide or the DICOMview Enterprise Server web page disclose this element. The Heartlab user's guide simply discloses that DICOMview software can run "on mid-range PC or PowerPC desktop systems." (Heartlab user's guide at PG018233.) The DICOMview Enterprise Server web page discloses a system with a "Fault tolerant Windows NT Server" and multiple "Cath-lab" stations and "ViewStations." The DICOMview Enterprise Server web page does not disclose, or even suggest, that any of those browsing terminals are configured to receive a user selection that defines selected medical image data, as used in the context of the claims. Thus, Dr. Horii's conclusion that the Heartlab user's guide or DICOMview Enterprise Server web page meets the "plurality of browsing terminals" element, as claimed, is unsupported.

Dr. Horii also opines that the Heartlab user's guide has a "search module" that "can search the database (and other databases) for related medical images,

EXHIBIT 11

such as earlier studies relating to the same patient," thus "fulfilling" the search module recited in claim 9. (Horii Rpt. at 20, citing Heartlab user's guide at PG018244 and PG018258 (pages 22 and 36).) Again, Dr. Horii paraphrases claim 9. In my opinion, the Heartlab user's guide does not disclose a search module configured to search the database for related medical image data that is related to the selected medical image data, as claimed. Instead, the cited pages simply disclose a user interface that allows a user to select desired medical image data and burn that selected medical image data to a disc, like other references around that time period, including references already considered by the Patent Office. Again, Dr. Horii's opinions are unsupported.

Dr. Horii further opines that the Heartlab user's guide has "a CD burner that loads related and selected images as well as a viewing program onto CD's, which images are viewable on computers that do not necessarily contain medical image viewing software," thus "fulfilling" the production station element recited in claim 9. (Horii Rpt. at 20, citing Heartlab user's guide at PG018244 and PG018267 (pages 22 and 45).)

The Heartlab user's guide discloses that selected images are burned to a CD, along with a program which will enable the CD to play itself back on any Windows 95/NT PC. (Heartlab user's guide at PG018267–68.) As I explained above, however, the user's guide does not disclose searching for related medical image data that is related to selected medical image data. Because there is no related medical image data in the Heartlab user's guide, it is impossible for the Heartlab user's guide to also record related medical image data onto a single, portal data storage medium or optical disk in the standard medical imaging format, as claimed. In fact, the Heartlab user's guide does not disclose a production station at all. At best, the Heartlab user's guide discloses an ordinary PC with a CD-R drive. (Heartlab user's guide at PG018233, PG018241, PG018267.)

-22-

EXHIBIT 11

1    With respect to claims 16 and 21, Dr. Horii states that the claimed
2  "method for selecting and automatically recording medical image data onto a
3  data storage medium" would have been "obvious for the same reasons"
4  discussed with respect to claim 9.  (Horii Rpt. at 22.)  Dr. Horii next states that
5  the "only new feature . . . is 'printing a label using the production station,
6  wherein the label includes identifying information associated with the selected
7  medical image data, and affixing the label to the data storage medium using the
8  production station.'"  (Horii Rpt. at 22.)  He then ignores this claim language
9  and contends that "[l]abeling of CD's is taught in . . . Heartlab" (Horii Rpt. at
10 22, referring to the Heartlab user's guide), as if this somehow discloses the
11 "only new feature" of the claim.  Dr. Horii cites to pages 74–81 of the Heartlab
12 user's guide to support this proposition.  That document only goes up to page 50
13 (Heartlab user's guide at PG018272).  I could not find anything in the Heartlab
14 user's guide that disclosed labeling in the way recited in claims 16 and 21.  In
15 any event, Dr. Horii does not explain how this purported teaching relates to the
16 obviousness of the claims.

17    In conclusion, I believe that Dr. Horii's superficial and conclusory
18 analysis is insufficient to show that any claims of the '164 patent would have
19 been obvious over the Heartlab user's guide or the Heartlab product.

20    **7.**    **The asserted '164 patent claims would not have been obvious**
21         **over Mehta in view of Arenson, Levin, Seshadri 1990, Seshadri**
22         **1992, de la Huerga, or Inamura (purportedly showing**
23         **searching for related data)**

24    Dr. Horii contends that, "[t]o the extent Mehta does not anticipate
25 Claim 9, it, in combination with any of [Arenson, Levin, Seshadri 1990,
26 Seshadri 1992, de la Huerga, and Inamura] would render the claim obvious.
27 The same is true with the other anticipated claim 15."  (Horii Rpt. at 22.)  Once
28 again, Dr. Horii fails to identify the differences between the claims and these

-23-

EXHIBIT 11

"relates generally to computer-aided product manufacture and distribution . . ." in the context of musical recordings. (Cook, PG009092 at 1:9–16.) Accordingly, I do not believe that a person of ordinary skill in the art working in the field of the invention of the '157 patent would have looked to Cook for guidance in solving problems in the art.

Dr. Horii has not explained how the cited references relate to **even one** limitation of the '157 patent claims, much less explained why the **combination of features** in those claims would have been obvious over the cited references. In my opinion, the claims would not have been obvious.

**E.      The '174 patent is not invalid**

Dr. Horii devotes a single sentence to an "analysis" of the alleged obviousness of the '174 patent claims. He never analyzes the specific claim language or the portions of the references upon which he relies.

With respect to the '174 patent, Dr. Horii simply opines: "The claims here are quite similar to the claims in the '164 and '597 patents and are anticipated (Claims 1 and 8) or rendered obvious for the same reasons." He provides no other opinions on the '174 patent claims.

Because he has not set out any particular bases for anticipation or obviousness, I can only respond to the extent that I responded, as set forth above, to the '164 and '597 patents. Thus, I incorporate my analysis of the '164 and '597 patents into this section by reference. In my opinion, none of the claims of the '174 patent is invalid for the reasons I provided above.

**F.      The '422 patent is not invalid**

Pacsgear retained both Dr. Horii and Mr. Jestice to opine on the validity of the '422 patent. I have reviewed both of their reports and disagree with their conclusions regarding the validity of the '422 patent. I understand that DatCard has also retained Mr. Jack Goldberg to review and opine on Mr. Jestice's analysis. I have read Mr. Goldberg's rebuttal report and understand it. I agree

-55-

EXHIBIT 11



1    Craig S. Summers (SBN 108,688)
     craig.summers@kmob.com
2    Paul A. Stewart (SBN 153,467)
     paul.stewart@kmob.com
3    Brian C. Claassen (SBN 253,627)
     brian.claassen@kmob.com
4    Bridget A. Smith (SBN 253,548)
     bridget.smith@kmob.com
5    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
     2040 Main Street, 14th Floor
6    Irvine, CA 92614
     Telephone: (949) 760-0404
7    Facsimile:  (949) 760-9502

8    Attorneys for Plaintiff/Counterdefendant
9    **DATCARD SYSTEMS, INC.**

10

11             IN THE UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                SOUTHERN DIVISION

14 | DATCARD SYSTEMS, INC., a | ) | Civil Action No.
15 | California corporation, | ) | SACV10-1288 DOC (VBKx)
16 |        Plaintiff, | ) |
17 |    v. | ) | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DATCARD**
18 | PACSGEAR, INC., a California | ) | **SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF**
19 | corporation, | ) | **INFRINGEMENT OF U.S.**
20 |        Defendant. | ) | **PATENTS 7,783,174 AND 7,734,157**
21 | AND RELATED COUNTERCLAIM | ) | Date:    February 13, 2012
22 | | ) | Time:   8:30 a.m.
     | | ) | Ctrm:   9D
23 | | ) | The Honorable David O. Carter

24

25

26

27

28

## TABLE OF CONTENTS

**Page No.**

I.    INTRODUCTION ................................................................. 1

II.   APPLICABLE LEGAL STANDARDS ................................ 2

    A.    Summary judgment ..................................................... 2

    B.    Patent infringement .................................................... 3

III.  PACSGEAR'S CUSTOMERS INFRINGE CLAIMS 1–4 AND 7 OF THE '174 PATENT AND PACSGEAR CONTRIBUTES TO THE INFRINGEMENT ....................... 3

    A.    MediaWriter customers infringe claim 1 .................... 4

         1.    The MediaWriter includes the recited "medical image server" ...................................................... 5

         2.    The MediaWriter includes the recited "database" ............... 5

              a.    Construction of "database" ........................ 5

              b.    The MediaWriter includes a database ........................ 7

         3.    Customers' systems include the recited "browsing terminals" and Pacsgear contributes to the customers' infringement ........................ 7

              a.    Pacsgear's customers use a plurality of browsing terminals ........................ 7

              b.    Pacsgear contributes to customers' infringement ............................. 8

         4.    The MediaWriter includes the recited "search module configured to automatically search the database for related data based on the user selection" ........................ 11

              a.    Construction of "automatically search the database" ................ 11

              b.    Construction of "related data" ................. 13

              c.    The MediaWriter "automatically" searches for "related data" as required by the claim .............. 14

         5.    The MediaWriter includes the recited "production station" ........................ 15

-i-

**TABLE OF CONTENTS**
*(cont'd)*

Page No.

B.   MediaWriter customers infringe dependent claims 2–4 and 7 ........................................................................ 15

IV.   PACSGEAR DIRECTLY INFRINGES CLAIMS 7 AND 12 OF THE '157 PATENT ..................................................... 16

A.   Pacsgear's experts offer no noninfringement position ................. 17

B.   MediaWriter infringes claim 7 ....................................... 17

1.   MediaWriter includes the recited "computer-implemented interface" ........................................ 19

2.   MediaWriter includes the recited "image production module" ............................................. 19

3.   The MediaWriter image production module is configured to "automatically transmit . . . audit data that is specific to the computer-readable medium," as recited ............................................. 20

a.   Construction of "identification specific to the computer-readable medium" ............................ 21

i.   The computer-readable medium which stores patient images may be a single disc or multiple discs ......................... 22

ii.   "Specific" does not mean that each *duplicate copy* of the same disc has a unique number .............................. 22

iii.   The ordinary and customary meaning of specific supports DatCard's construction .................................. 23

b.   MediaWriter automatically transmits an "identification specific to the computer-readable medium" to its audit database .................. 23

C.   MediaWriter infringes dependent claim 12 ................................ 25

V.   CONCLUSION ...................................................... 25

-ii-

# TABLE OF AUTHORITIES

**Page No(s).**

*Amgen Inc. v. Hoechst Marion Roussel, Inc.*,
  457 F.3d 1293 (Fed. Cir. 2006) ...................................................................... 3

*Becton Dickinson & Co. v. C.R. Bard, Inc.*,
  922 F.2d 792 (Fed. Cir. 1990) ........................................................................ 3

*CollegeNet, Inc. v. ApplyYourself, Inc.*,
  418 F.3d 1225 (Fed. Cir. 2005) ................................................................. 11, 12

*DSU Med. Corp. v. JMS Co.*,
  471 F.3d 1293 (Fed. Cir. 2007) ...................................................................... 9

*Epistar Corp. v. U.S. Int'l Trade Comm'n*,
  566 F.3d 1321 (Fed. Cir. 2009) ............................................................... passim

*Fujitsu Ltd. v. Netgear Inc.*,
  620 F.3d 1321 (Fed. Cir. 2010) ................................................................ 9, 10

*General Mills, Inc. v. Hunt-Wesson, Inc.*,
  103 F.3d 978 (Fed. Cir. 1997) ........................................................................ 3

*Hearing Components, Inc. v. Shure Inc.*,
  600 F.3d 1357 (Fed. Cir. 2010) ...................................................................... 3

*i4i L.P. v. Microsoft Corp.*,
  598 F.3d 831 (Fed. Cir. 2010) ...................................................................... 10

*Linear Tech. Corp. v. U.S. Int'l Trade Comm'n*,
  566 F.3d 1049 (Fed. Cir. 2009) .................................................................... 14

*Lucent Techs., Inc. v. Gateway, Inc.*,
  580 F.3d 1301 (Fed. Cir. 2009) .................................................................... 10

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*,
  545 U.S. 913 (2005) ....................................................................................... 9

*Phillips v. AWH Corp.*,
  415 F.3d 1303 (Fed. Cir. 2005) (*en banc*) .............................................. 3, 23

-iii-

**A 1394**

# TABLE OF AUTHORITIES

**Page No(s).**

*Ricoh Co., Ltd. v. Quanta Computer Inc.*,
  550 F.3d 1325 (Fed. Cir. 2008) ........................................... 10, 11

*Sandisk Corp. v. Lexar Media, Inc.*,
  91 F. Supp. 2d 1327 (N.D. Cal. 2000) ........................................ 9

*Spansion, Inc. v. Freescale Semiconductor, Inc.*,
  629 F.3d 1331 (Fed. Cir. 2010) ............................................. 9

## OTHER AUTHORITIES

35 U.S.C. § 271 .................................................................. 8

Fed. R. Civ. P. 30 ........................................................... 21, 24

The Oxford Dictionary ......................................................... 5, 23

-iv-

1　　　 Plaintiff DatCard Systems, Inc. ("DatCard") hereby submits this

2　 Memorandum in support of its motion for summary judgment of infringement

3　 of U.S. Patents 7,783,174 ("the '174 Patent") and 7,734,157 ("the '157 Patent")

4　 by Defendant Pacsgear, Inc. ("Pacsgear").

5　　　　　　　　　　 **I.  INTRODUCTION**

6　　　 In the 1990s and earlier, most hospitals used film to store images taken by

7　 X-ray, MRI and other imaging devices.  However, some hospitals in the 1990s

8　 were slowly beginning the process of moving toward a computerized, filmless

9　 environment.  The first step was the acquisition of a Picture Archiving and

10　 Communications System, known as a PACS.  A PACS is a large computer

11　 capable of storing thousands of patient images.  The introduction of the PACS

12　 provided significant savings in storage space, as hospitals no longer needed to

13　 store film images.  However, it was still necessary to print individual images

14　 onto film whenever a physician needed to provide a copy of a patient's image to

15　 the patient or to a physician at a different facility.

16　　　 To overcome this problem, devices known as medical disc publishers

17　 were developed.  These devices electronically retrieved digital images from a

18　 PACS and burned those images to a CD, a DVD, or other digital media.  The

19　 first medical disc publishers were quite crude.  The CD or DVD had to be

20　 loaded by hand into a disc drive.  The disc included only the patient's images,

21　 and not the critical textual report that contained the radiologist's analysis of the

22　 images.  In addition, the patient's name had to be written by hand onto the disc.

23　 Further, the disc could be reviewed only on specialized computers that included

24　 the software necessary to view medical images.

25　　　 DatCard's patented invention changed all of this.  The patents are directed

26　 to an automated medical disc publishing system.  The system includes a CD or

27　 DVD "production station" which robotically loads and unloads the CDs and

28　 DVDs into the disc drive to burn the images onto a disc.  In addition, the

A 1396

1  patented system retrieves the radiologist's report and other information related
2  to the patient's images and burns that to the disc as well.  The patient's name
3  and other identifying information are automatically printed onto the disc at the
4  production station.  And the disc can be viewed on essentially any computer
5  because the software needed to review the images is included on the CD or
6  DVD with the images themselves.  The patented invention also includes an
7  audit feature that tracks the CDs and DVDs created at the production station.  In
8  addition, the patented invention can be connected to other computer terminals
9  throughout a hospital, so that the system can be conveniently accessed from
10  almost anywhere within the hospital.

11      The inventions claimed in DatCard's patents spurred many copyists,
12  including Pacsgear, which markets its infringing MediaWriter system.  DatCard
13  brought the present action alleging infringement of five related patents in suit.
14  By this motion, DatCard seeks summary judgment that Pacsgear's MediaWriter
15  infringes two of those patents, the '174 and '157 Patents.  Many of the claims of
16  the '174 Patent are directed to a medical disc publisher connected to a second
17  computer terminal.  Pacsgear does not sell the second computer terminal, but
18  directs its customers to connect the MediaWriter to other computer terminals,
19  and the MediaWriter includes software that has no substantial use except for
20  connecting to those additional terminals.  Accordingly, for these combination
21  claims, DatCard is seeking summary judgment of contributory infringement,
22  rather than direct infringement.  The '157 Patent, in contrast, is directly
23  infringed by Pacsgear.

## II.  APPLICABLE LEGAL STANDARDS

### A.    Summary judgment

26      Because the Court is familiar with the summary judgment standard, and
27  because it is stated in other co-pending motions, DatCard will not repeat it here.
28  / / /

-2-

1 **B.    Patent infringement**

2        Determining patent infringement is a two-step process.   *Hearing*
3 *Components, Inc. v. Shure Inc.*, 600 F.3d 1357, 1370 (Fed. Cir. 2010).  First, the
4 asserted patent claim must be construed as a matter of law.  *Id.*  Second, the
5 properly construed claims must be compared to the accused product.  *Id.*

6        Claim construction "must begin with the words of the claims
7 themselves." *Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 457 F.3d 1293, 1301
8 (Fed. Cir. 2006).  When construing a claim, "the words of a claim 'are generally
9 given their ordinary and customary meaning.'"  *Phillips v. AWH Corp.*, 415
10 F.3d 1303, 1312 (Fed. Cir. 2005) (*en banc*).  And there is a heavy presumption
11 that the ordinary meaning applies.  *Epistar Corp. v. U.S. Int'l Trade Comm'n*,
12 566 F.3d 1321, 1334 (Fed. Cir. 2009).  The patent specification "is always
13 highly relevant to the claim construction analysis." *Phillips*, 415 F.3d at 1315.
14 A court should also consider the patent's prosecution history before the U.S.
15 Patent and Trademark Office. *Id.* at 1317.

16        Disputes over the proper construction of a patent claim do not raise any
17 genuine issues of material fact. *Becton Dickinson & Co. v. C.R. Bard, Inc.*, 922
18 F.2d 792, 797 (Fed. Cir. 1990).  Accordingly, "[w]here the parties do not
19 dispute any relevant facts regarding the accused product, . . . but disagree over
20 possible claim interpretations, the question of . . . infringement collapses into
21 claim construction and is amenable to summary judgment." *General Mills, Inc.*
22 *v. Hunt-Wesson, Inc.*, 103 F.3d 978, 983 (Fed. Cir. 1997).

23 **III.  PACSGEAR'S CUSTOMERS INFRINGE CLAIMS 1–4 AND 7**
24 **OF THE '174 PATENT AND PACSGEAR CONTRIBUTES**
25 **TO THE INFRINGEMENT**

26        As explained in more detail below, Pacsgear's MediaWriter is specially
27 adapted to infringe independent claim 1 and its dependent claims 2–4 and 7.
28 The MediaWriter itself includes each element recited in these claims except for

-3-

**A 1398**

1    "a plurality of browsing terminals configured to receive a user selection that

2    defines selected medical image data," as recited in claim 1.   Pacsgear's

3    customers supply this final element in accordance with Pacsgear's instructions,

4    using software in the MediaWriter that has no function except to facilitate the

5    use of the MediaWriter with the claimed "plurality of browsing terminals."

6    Therefore, as DatCard will explain, Pacsgear contributes to the customers'

7    infringement.

8    **A.    <u>MediaWriter customers infringe claim 1</u>**

9    Claim 1 of the '174 Patent is directed to a "system" comprising five

10   elements, each of which is analyzed below:

11        (1) "a medical image server configured to receive medical

12        image data generated by one or more imaging modalities, the

13        medical image data being formatted in a standard medical imaging

14        format";

15        (2) "a database configured to store medical image data

16        generated by the one or more imaging modalities";

17        (3) "a plurality of browsing terminals configured to receive a

18        user selection that defines selected medical image data";

19        (4) "a search module configured to automatically search the

20        database for related data based on the user selection; and"

21        (5) "a production station that is configured to record all of

22        the following onto a data storage medium: the selected medical

23        image data for the patient, recorded in the standard medical

24        imaging format, the related data, and a viewing program that is

25        configured to allow viewing of the medical image data that is

26        recorded onto the data storage medium by a general purpose

27        computer that is not specifically configured with medical imaging

28        software for viewing of medical images formatted in the standard

-4-

Case: 13-1445 Case: 13-1445 PARTICIPANTS ONLY Document: 291 Document: 29-1 Page: 120 Filed: 11/08/2013 Page: 120 Filed: 11/08/2013

Case 8:10-cv-01288-DOC -VBK   Document 65   Filed 01/16/12   Page 10 of 30   Page ID
#:1795

1  medical imaging format."

2  Ex. 1at 9:25–46.

3  **1.      The MediaWriter includes the recited "medical image server"**

4  The parties agree that nothing in the first element requires construction.

5  Thus, the medical image server of claim 1 is, as the claim defines, configured to

6  receive medical image data generated by one or more imaging modalities (such

7  as CT scanners, MRI machines, mammography machines, and the like), the

8  medical image data being formatted in a standard medical imaging format.

9  The MediaWriter includes the recited server.  A PacsGear representative

10  expressly testified that MediaWriters include a server.  Ex. 2 at 27:8–29:2,

11  97:9–22.    Furthermore, Pacsgear's manuals explain in detail how the

12  MediaWriter server is configured to receive medical image data that is

13  generated by one or more imaging modalities and formatted in the DICOM

14  format (a standard medical imaging format).  Ex. 3 at PG006756, 59–62, 65–66,

15  81; Ex. 4 at PG006796, 799–802, 804–805, 823; *see also* Ex. 23 at 55.

16  **2.      The MediaWriter includes the recited "database"**

17  **a.      Construction of "database"**

18  Database is a term familiar to both skilled artisans and laypeople alike.

19  The Oxford Dictionary defines database as "a structured set of data held in a

20  computer."  Ex. 5 at 3.  There is a heavy presumption that this ordinary and

21  customary meaning applies to the claim.   *See Epistar*, 566 F.3d at 1334.

22  Furthermore, in the specification, the word "database" generally describes

23  various computer modules that hold a variety of data, including medical image

24  data, related data, and audit records.  *E.g.*, Ex. 1 at 3:65–4:2, 6:1–15, 6:53–59.

25  Thus, in both the claims and the specification, "database" is an ordinary word,

26  used in its ordinary sense and consistently with the dictionary definition.

27  Pacsgear advocates a much more restrictive definition, which Pacsgear

28  purports to derive from the specification, namely: an "electronic collection of

-5-

**A 1400**

1  image data stored in [a] way to allow for easy search and retrieval following the
2  request of a user." Ex. 6 at 6–7. Thus, Pacsgear would limit "database" to a
3  collection of **images** easily **searched at a user's request**. *Id.* This construction
4  improperly restricts the scope of the claim and is inconsistent with the
5  specification.

6        While statements in the specification can restrict the scope of the claims,
7  such restriction occurs only in rare instances where the patentee "demonstrate[d]
8  an intent to deviate from the ordinary and accustomed meaning of a claim term
9  by including in the specification expressions of **manifest exclusion or**
10  **restriction**, representing a **clear disavowal** of claim scope." *Epistar*, 566 F.3d at
11  1334 (alteration original) (emphases added). This is not one of those instances.
12  Nothing in the patent suggests that "database" has some special or technical
13  meaning, much less uses words of manifest exclusion or restriction to clearly
14  disavow claim scope.

15        Furthermore, as explained above and as Pacsgear's expert admits, in the
16  specification, the term database encompasses both image and textual data
17  storage. *E.g.*, Ex. 1 at 3:65–4:2, 6:1–15, 6:53–59; *see* Ex. 6 at 6. For instance,
18  the specification describes "database" as encompassing "audit records." Ex. 1 at
19  6:53–59. These audit records can include textual data, such as physician and
20  patient names. *Id.* According to the specification, a database is not necessarily
21  "searchable at a user's request." For example, the specification **never** states that
22  the database is "searchable" for audit records. Yet, it is still a database. In light
23  of the specification, Pacsgear's construction makes no sense.

24        Pacsgear's construction should be rejected because it is inconsistent with
25  the plain meaning of "database" and it is inconsistent with the specification.
26  Database should be construed to mean, simply, a structured set of data held in a
27  computer.
28  / / /

**b.     The MediaWriter includes a database**

As explained above, this element requires a structured set of data held in a computer, configured to store medical image data generated by the one or more imaging modalities.   The MediaWriter's local drive does precisely that. Specifically, the local drive of the MediaWriter's computer holds or stores (buffers) medical image data retrieved from a PACS.   Ex. 2 at 25:20–26:24; Ex. 6 at 11; Ex. 7 at PG009437; Ex. 8 at PG015479; *see also* Ex. 23 at 55–56. Even Pacsgear's own specifications describe the MediaWriter's local drive as having a "database."   Ex. 7 at PG009437; Ex. 8 at PG015479.   Thus, the MediaWriter satisfies this limitation.

**3.     Customers' systems include the recited "browsing terminals" and Pacsgear contributes to the customers' infringement**

The parties agree that nothing in the third element requires construction. *See* Ex. 6 at 7 ("the meaning of the element appears unambiguous").   This claim element requires a "plurality" or more than one browsing terminal.   It appears to be undisputed that a "browsing terminal" is simply a computer terminal.   *Id.* These computer terminals, as set forth in the claim, must be configured to receive input from a user that defines the medical image data that is being selected by the user.

**a.     Pacsgear's customers use a plurality of browsing terminals**

Every MediaWriter includes a computer terminal that allows users to select one or more medical imaging studies.   Ex. 3 at PG006765; Ex. 4 at PG006804; *see also* Ex. 23 at 56–57.   After a user confirms the selection, the MediaWriter's computer searches a PACS or imaging modality for image studies that match the study or studies that have been selected by the user.   Ex. 2 at 42:2–17, 47:23–48:13; *see also* Ex. 23 at 57.   In this way, the user's selection defines selected medical image data.

-7-

**A 1402**

The MediaWriter does not itself include a second browsing terminal. However, every MediaWriter has an interface, known as a "web client," that connects the MediaWriter to any number of remote computer terminals, such as "any PACS, modality user interface, or web browser." Ex. 9 at PG006563, *see also* Ex. 2 at 117:12–119:8; Ex. 7 at PG009433; Ex. 8 at PG0015473; Ex. 10 at PG006593; *see also* Ex. 23 at 57. These remote terminals are also configured by the MediaWriter web client software to receive a user selection that defines selected medical image data. Ex. 11 at PG002931; Ex. 12 at PG008395–97; *see also* Ex. 23 at 57.

Pacsgear's Customer Service Logs demonstrate that many customers are using the web client to access the MediaWriter through remote computer terminals. Ex. 13 (e.g., "installed mw web client," "Contacted customer and installed MW Web Interface on his PC," "MW Web client reinstall fixed problem," "going to schedule a backup with him for next week to upgrade to MW 2.2 w/ webclient and new epson software," "I also installed the new mw webclient"). Furthermore, a Pacsgear customer, Denver Health Medical Center, specifically testified that Denver Health accesses the MediaWriter web client from five different remote terminals. Ex. 14 at 17:11–18:10. Thus, Pacsgear's customers, including Denver Health, plainly satisfy this claim limitation.

### b.    Pacsgear contributes to customers' infringement

Pacsgear contributes to its customers' direct infringement. 35 U.S.C. § 271(c) provides that

> [w]hoever offers to sell or sells within the United States . . . a
> component of a patented machine, . . . knowing the same to be
> especially made or especially adapted for use in an infringement of
> such patent, and not a staple article or commodity of commerce
> suitable for substantial noninfringing use, shall be liable as a
> contributory infringer.

-8-

**A 1403**

1       "To establish contributory infringement, the patent owner must show the
2  following elements . . . 1) that there is direct infringement, 2) that the accused
3  infringer had knowledge of the patent, 3) that the component has no substantial
4  noninfringing uses, and 4) that the component is a material part of the
5  invention." *Fujitsu Ltd. v. Netgear Inc.*, 620 F.3d 1321, 1326, 1330 (Fed. Cir.
6  2010). DatCard does not need to prove that Pacsgear subjectively believed its
7  customers to be infringing. *Sandisk Corp. v. Lexar Media, Inc.*, 91 F. Supp. 2d
8  1327, 1335 (N.D. Cal. 2000). Rather, intent to cause infringement is presumed
9  from knowledge of the patent and the fact that the accused product has no
10  substantial non-infringing use. *Metro-Goldwyn-Mayer Studios Inc. v. Grokster,*
11  *Ltd.*, 545 U.S. 913, 932 (2005); *Spansion, Inc. v. Freescale Semiconductor, Inc.*,
12  629 F.3d 1331, 1335 (Fed. Cir. 2010) (citing *Grokster*, 545 U.S. at 932); *DSU*
13  *Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1303 (Fed. Cir. 2007) (same).

14      DatCard has proven all four required elements by uncontroverted
15  evidence. First, as explained throughout this motion, Pacsgear's customers
16  using the MediaWriter with at least one other remote terminal directly infringe
17  claim 1 of the '174 Patent. The MediaWriter includes every element of claim 1
18  except the plurality of browsing terminals. The MediaWriter also includes a
19  specially designed web client interface that allows the MediaWriter to be
20  connected to other computer terminals. Ex. 9 at PG006563, *see also* Ex. 2 at
21  117:12–119:8; Ex. 7 at PG009433; Ex. 8 at PG0015473; Ex. 10 at PG006593;
22  Ex. 11 at PG002931; Ex. 12 at PG008395–97; *see also* Ex. 23 at 57. These
23  remote terminals are configured to receive a user selection that defines selected
24  medical image data. Ex. 11 at PG002931; Ex. 12 at PG008395–97; *see also*
25  Ex. 23 at 57. Thus, DatCard's customers directly infringe when they connect
26  the remote terminals to the MediaWriter. As just discussed, these customers
27  include Denver Health and the customers listed in Pacsgear's Customer Service
28  Log. Ex. 13; Ex. 14 at 17:11–18:10.

-9-

**A 1404**

1      Second, Pacsgear had actual knowledge of the '174 Patent at least as
2 early as August 18, 2010, about one week before the patent issued. Ex. 15. On
3 September 15, 2010, a few weeks after the patent issued, DatCard provided
4 claim charts to Pacsgear detailing how the '174 Patent relates to the
5 MediaWriter and customers' infringing use of that product. Ex. 16 at
6 PG008380, PG008387–89. Thus, Pacsgear not only knew of the '174 Patent,
7 but also knew precisely its relationship to the claims of the '174 Patent. Despite
8 this knowledge, Pacsgear distributed marketing materials that instructed
9 customers how to use the web client feature to connect multiple browsing
10 terminals to the MediaWriter. *E.g.*, Ex. 12 at PG008395–97.

11      Third, MediaWriters have no substantial noninfringing use. It is
12 undisputed that, when a customer activates the MediaWriter's web client, the
13 customer's system includes a plurality of browsing terminals configured to
14 receive a user selection. Pacsgear may argue that, because some customers use
15 MediaWriters without turning on the web client, MediaWriters have a
16 substantial noninfringing use. This theory has been expressly rejected by the
17 Federal Circuit, however. Whether a customer actually turns on the web client
18 is "relevant to the extent of direct infringement, but it does not establish
19 substantial noninfringing uses." *Fujitsu*, 620 F.3d at 1331; *see also i4i L.P. v.*
20 *Microsoft Corp.*, 598 F.3d 831, 850–51 (Fed. Cir. 2010); *Lucent Techs., Inc. v.*
21 *Gateway, Inc.*, 580 F.3d 1301, 1320–21 (Fed. Cir. 2009); *Ricoh Co., Ltd. v.*
22 *Quanta Computer Inc.*, 550 F.3d 1325, 1337–39 (Fed. Cir. 2008).

23      Fourth, MediaWriters are plainly a material part of each customer's
24 infringing system. Ex. 23 at 62. As just explained in this section, the
25 MediaWriter satisfies every element of claim 1 except for the plurality of
26 browsing terminals. *See also id.* And the MediaWriter includes special
27 software to allow connection to additional browsing terminals. *Id.*

28      Thus, Pacsgear is a contributory infringer. After all, a defendant like

-10-

1    Pacsgear "who makes a special device constituting the heart of a patented
2    [system] and supplies it to others with directions (specific or implied) to
3    complete the [system] is obviously appropriating the benefit of the patented
4    invention."   *Ricoh*, 550 F.3d at 1337 (quoting H.R. Rep. No. 82-1923 at 9
5    (1952)).

6    **4.      The MediaWriter includes the recited "search module**
7    **configured to automatically search the database for related**
8    **data based on the user selection"**

9    **a.      Construction of "automatically search the database"**

10   Pacsgear advocates an absurdly narrow construction of the term
11   "automatically."  Specifically, Pacsgear contends that "automatically" requires
12   that the function of searching the database must occur "without asking for user
13   direction" and "without user intervention."   Ex. 6 at 18–19, 21, 27.   In
14   Pacsgear's view, the patent is avoided if an otherwise automated, computerized
15   system requires the user to check a box confirming that related data should be
16   included on the disc before initiating the search for the related data.  *Id.* at 21.
17   Similarly, in Pacsgear's view, the patent is avoided if the user must click a
18   "confirm" button to confirm that the system should burn a disc.  *Id.*  Pacsgear's
19   construction is inconsistent with the ordinary meaning of automatically and it
20   violates basic tenets of claim construction.

21   In *CollegeNet, Inc. v. ApplyYourself, Inc.*, 418 F.3d 1225, 1235 (Fed. Cir.
22   2005), the Federal Circuit considered the proper construction of "automatically"
23   in a computer-implemented method.   In that case, the parties' competing
24   constructions were almost identical to the constructions proposed here.   The
25   defendant proposed a very narrow construction similar to Pacsgear's, arguing
26   that automatic means "a process that occurs ***without human intervention***, such
27   that a human does not have the option to intercede and alter the flow of that
28   process." *Id.* (emphasis in original).  The plaintiff, like DatCard here, argued

-11-

1   that automatically means that, "*once initiated*, the function is performed by a

2   machine, without the need for manually performing the function."   *Id.*

3   (emphasis in original).  Under this broader proposal, a person may initiate an

4   automatic search by selecting the parameters for the search and confirming that

5   a search should be conducted.

6        The Federal Circuit found the latter construction to be correct.  *Id.*  The

7   Federal Circuit observed that many automatic processes have some amount of

8   user intervention:

9        [A] machine still performs the claimed functions without manual

10       operation, even though a human may initiate or interrupt the

11       process.  . . . Simply because a human has to load an automatic

12       dishwasher and press the start button, and has the ability to turn it

13       off  mid-cycle,  does  not  mean  that  the  device  does  not

14       "automatically" wash the dishes.  Similarly, an "autopilot" which is

15       turned on by a human and necessarily must be able to be

16       interrupted by a human once the automatic process is engaged

17       remains an "automatic" device.

18   *Id.* (internal quotation marks, citations, and alterations removed for clarity).

19   Likewise, it is ordinarily understood that an automatic search is still automatic,

20   even if a user has to confirm certain settings and press the start button.

21        This construction of automatically also comports with a fundamental

22   tenet of claim construction.  In *CollegeNet*, the claim at issue used the "inclusive

23   or open-ended" transitional word "comprising" in the preamble.  418 F.3d at

24   1227–28, 1235 (reciting a "method of creating and processing [forms] over a

25   computer network . . . comprising").  The Federal Circuit found that "the use of

26   'comprising' suggests that additional, unrecited elements are not excluded.

27   Such elements could include human actions to expressly initiate the automatic

28   [computer functions], or to interrupt such functions."  *Id.* at 1235.  Claim 1 of

-12-

**A 1407**

1    the '174 Patent also uses the open-ended transitional word "comprising" in the

2    preamble. Ex. 1 at 9:25 (a "system comprising").  Thus, the claim contemplates

3    that users may take additional, unrecited actions, such as confirming the user

4    selection and initiating the search.  Pacsgear's proposed construction, which

5    improperly excludes unrecited user actions, is incorrect as a matter of law.

6         Thus, consistent with the ordinary meaning of "automatically" and the

7    basic tenets of claim construction, "automatically search the database" means

8    "search the database such that, once initiated, the search function is performed

9    by a machine, without the need for manually performing the function."

10        **b.    Construction of "related data"**

11        In the context of claim 1, the meaning of the term "related data" is clear

12   and unambiguous.  Claim 1 recites:

13            (3) "a plurality of browsing terminals configured to receive a

14        user selection that defines ***selected medical image data*** . . ."; and

15            (4) "a search module configured to automatically search the

16        database for ***related data*** based on the user selection;"

17   *Id.* at 9:32–36 (emphases added).  In this context, it is clear that "related data" is

18   data related to the "selected medical image data."  Moreover, skilled artisans

19   and laypeople alike understand the words "related" and "data."   In fact,

20   Pacsgear's expert never contended that the term was ambiguous or too technical

21   to be understood by a lay jury.

22        Nevertheless, Pacsgear now seeks to avoid infringement by recasting the

23   phrase "related data" to mean "related medical images," to the exclusion of

24   textual diagnostic reports.  Ex. 6 at 7, 23.  Pacsgear cannot rationally argue that

25   its proposed language is part of the ordinary meaning of "related data."  This is

26   clearly language that Pacsgear has imported into the claim.  The only issue is

27   whether this is one of those rare cases where importing language into the claim

28   is warranted by the specification.  It is not.

1    The specification does disclose embodiments in which "related data" are
2    images.  The law is abundantly clear, however, that claims generally should not
3    be narrowed to cover only specific embodiments disclosed in the specification.
4    *See e.g.*, *Linear Tech. Corp. v. U.S. Int'l Trade Comm'n*, 566 F.3d 1049, 1058
5    (Fed. Cir. 2009).

6    Moreover, the specification as a whole is entirely consistent with the
7    ordinary and customary meaning of related data discussed above.  The
8    specification states that "[o]ne embodiment of the claimed system allows for
9    searching ***medical exam data that are related*** and placing such data on the same
10   CD."  Ex. 1 at 2:14–17 (emphasis added).  "Medical exam data" plainly
11   encompasses textual reports, such as reports prepared by radiologists after
12   completing their examination of the patient's images.  In light of this broad
13   language, the specification does not demonstrate the clear intent to disavow
14   claim scope that is ordinarily required to restrict the scope of claims.  *See*
15   *Epistar*, 566 F.3d at 1334.

16        **c.    The MediaWriter "automatically" searches for "related**
17                **data" as required by the claim**

18   The MediaWriter is configured to search its local drive for "related data"
19   based on the user selection.  Ex. 23 at 58–59.  These related data include "HL7"
20   reports and other diagnostic reports.  Ex. 2 at 34:8–35:3, 38:25–39:12; *see also*
21   Ex. 23 at 58.  Specifically, when the "Include Reports" button is selected, a
22   Media Writer uses a unique identification number associated with the selected
23   medical image data to search the local drive for related reports with a matching
24   identification number.  Ex. 2 at 34:8–35:3, 38:25–39:12; *see also* Ex. 23 at 58.

25        Furthermore, the MediaWriter is configured to perform this search
26   "automatically."  A user need only select specific studies, confirm the selection,
27   ensure the "Include Reports" button is checked, and click "Confirm."  Ex. 3 at
28   PG006765–67; Ex. 4 at PG006804–06.  When the user clicks "Confirm," the

-14-

1   MediaWriter will then select the chosen medical image data and automatically

2   search for related data, without requiring any additional human intervention.

3   Ex. 2 at 34:8–35:3, 38:25–39:12; Ex. 3 at PG006766; Ex. 4 at PG006804.

4       **5.**    **The MediaWriter includes the recited "production station"**

5           The parties have offered different constructions of the term "production

6   station." There is no dispute, however, that the MediaWriter includes a

7   production station under either construction.[1] It is also undisputed that the rest

8   of the limitation is met, apart from the previously discussed dispute over

9   "related data." MediaWriter is a robotic disc burner that records DICOM

10  images, related diagnostic reports, and a viewing program called "GearView"

11  onto portable storage media. Ex. 2 at 29:7–14, 65:10–16; Ex. 3 at

12  PG006755, 6780; Ex. 4 at PG006795, 6822; Ex. 23 at 61–62. Thus, Pacsgear

13  customers directly infringe claim 1, and Pacsgear contributes to this

14  infringement.

15  **B.**    **MediaWriter customers infringe dependent claims 2–4 and 7**

16          Claim 2 of the '174 Patent specifies that the system of claim 1 "further

17  compris[es] a configuration data module configured to allow a user to input

18  identifying information relating to the selected medical image data." Ex. 1 at

19  9:47–49. There is no dispute that the MediaWriter includes this feature. *See*

20  Ex. 6 at 26 (providing no independent basis for non-infringement). The

21  MediaWriter provides two "Notes" fields in which a user may input identifying

22  information relating to the medical image data that is to be recorded to disc.

23  Ex. 3 at PG006767; Ex. 4 at PG006806; *see also* Ex. 23 at 64.

24          Claim 3 specifies that, in the system of claim 2, "the production station is

25

26

27      [1] The dispute over the proper meaning of "production station" is relevant
    to the validity of the patents in suit. This dispute will be briefed in connection

28  with the parties' motions relating to patent validity.

-15-

**A 1410**

1    configured to produce a label for the data storage medium, the label containing

2    the identifying information." Ex. 1 at 9:50–52.  There is also no dispute that the

3    MediaWriter is configured to produce the recited label, because all

4    MediaWriters are configured to produce a disc label that includes the identifying

5    information entered into the "Notes" field.  Ex. 3 at PG006768; Ex. 4 at

6    PG006807; *see also* Ex. 23 at 64–65; Ex. 6 at 26 (providing no independent

7    basis for non-infringement).

8         Claim 4 specifies that the system of claim 1 "further compris[es] an audit

9    module that is configured to automatically provide an auditable trail of the

10   selected medical image data."  Again, there is no dispute that the MediaWriter

11   comprises the recited audit module.  *See* Ex. 6 at 26 (providing no independent

12   basis for non-infringement).  All MediaWriters generate an audit log with

13   information about each CD or DVD produced.  Ex. 3 at PG006785; Ex. 4 at

14   PG006827; *see also* Ex. 23 at 65.

15        Finally, claim 7 specifies that, in the system of claim 1, "the data storage

16   medium is an optical disk."  There is no dispute that, in the MediaWriter, the

17   data storage medium is an optical disk.  *See* Ex. 6 at 26 (providing no

18   independent basis for non-infringement).  MediaWriters are configured to

19   produce CDs and DVDs, which are optical disks.  Ex. 3 at PG006752; Ex. 4 at

20   PG006792; *see also* Ex. 23 at 66.

21        **IV.  PACSGEAR DIRECTLY INFRINGES CLAIMS 7 AND 12**

22        **OF THE '157 PATENT**

23        Claims 7 and 12 of the '157 Patent are directed to a system for

24   (1) generating a computer-readable medium that contains a patient's medical

25   data, and (2) storing audit records about the computer-readable medium.

26   DatCard's technical experts, Dr. Alan Rowberg and Mr. Jack Goldberg, have

27   concluded that the MediaWriter satisfies each element of claims 7 and 12 and,

28   therefore, that it infringes the claims.  In response, Pacsgear's experts chose not

-16-

1  to rebut the evidence of infringement.  Pacsgear has instead seemingly decided

2  to rely on its invalidity argument.   Summary judgment of infringement of

3  claims 7 and 12 is therefore appropriate to narrow the issues for trial.

4  **A.    Pacsgear's experts offer no noninfringement position**

5       Neither of Pacsgear's technical experts, Mr. Ian Jestice and Dr. Steven

6  Horii, offers any noninfringement position regarding the '157 Patent.  Ex. 17 at

7  73:25–74:6; Ex. 18 at 222:3–20.   In fact, Dr. Horii admitted during his

8  deposition that the elements of the '157 Patent must be present for a CD burning

9  system to comply with the Health Insurance Portability and Accountability Act

10 (HIPAA).[2]  Ex. 18 at 204:24–206:10.  Accordingly, Pacsgear's technical experts

11 have presented no noninfringement position to rebut DatCard's evidence that

12 the MediaWriter system infringes claims 7 and 12 of the '157 Patent.  Instead,

13 Pacsgear has relied solely upon attorney argument presented in its response to

14 DatCard's Interrogatory No. 11.  Ex. 19 at 13–14.

15 **B.    MediaWriter infringes claim 7**

16       Claim 7 of the '157 Patent reads as follows:

17          A  system  for  generating  a  portable  computer-readable

18       medium  containing  medical  data  for  a  first  patient,  wherein  the

19       medical data for the first patient are audited based on a plurality of

20       audit records stored in an audit database, comprising:

21             a  computer-implemented  interface  configured  to  receive  two

22       or  more  requests  for  production  of  stored  medical  data  related  to

23       the first patient; and

24             an  image  production  module  that  is  configured,  for  each

25  _____

26       [2]  Confirming  that  Dr. Horii's  opinion  applies  to  the  MediaWriter,

27 Pacsgear's User's Manual states that the product keeps audit logs that "contain
   time-stamped access and action information that can be used to address HIPAA

28 security concerns."  Ex. 3 at PG006785.

-17-

1    request for production of stored medical data related to the patient[:]

2        to produce the portable computer-readable medium

3    containing the requested medical data related to the first patient,

4    wherein the requested medical data comprises medical image data

5    formatted in a standard medical imaging format used by a computer

6    configured for viewing the medical image data; and

7        upon producing the computer-readable medium, to

8    automatically transmit, to the audit database, audit data that is

9    specific to the computer-readable medium produced in response to

10    the request for stored medical data, wherein the audit data

11    comprises at least an identification specific to the computer readable

12    medium, an identification of a requester of the stored medical data,

13    and an identification of the first patient, and is for at least one audit

14    record in the plurality of audit records in the audit database.

15  Ex. 20 at 10:12–38.

16    Pacsgear has not contested infringement with respect to the preamble of

17 this claim.  Ex. 19 at 13–14.  In any event, Pacsgear's MediaWriter clearly

18 satisfies the preamble.  Pacsgear's User's Manual explains that the "Media-

19 Writer writes DICOM studies, results, and an optional viewer to CDs, DVDs,

20 and USB flash drives."  Ex. 3 at PG006755.  These CDs and DVDs are the

21 "portable computer-readable medium" of claim 7, as explained in the following

22 sections.  They contain at least "DICOM studies," which indisputably are

23 "medical data."

24    The User's Manual further explains that MediaWriter keeps "audit logs"

25 that "contain time-stamped access and action information."  Ex. 3 at PG006785.

26 Pacsgear's 30(b)(6) representative confirmed that the audit logs are kept in a

27 database in the MediaWriter.  Ex. 2 at 81:19–22.  These "audit logs" are the

28 claimed "plurality of audit records stored in an audit database."  The

-18-

Case: 13-1445 Case: 13-1445 PARTICIPANTS ONLY Document: 205-1 Page: 305 Filed: 11/08/2013 Page: 1308/2013 Filed: 11/08/2013

Case 8:10-cv-01288-DOC -VBK   Document 65   Filed 01/16/12   Page 24 of 30   Page ID #:1809

1  MediaWriter, therefore, satisfies the preamble of claim 7.  Ex. 23 at 80.

2  Pacsgear's MediaWriter also satisfies each of the remaining claim elements, as

3  discussed in the following sections.

4  **1.  MediaWriter includes the recited "computer-implemented**

5  **interface"**

6  The first claim limitation is "a computer-implemented interface . . . ."

7  Ex. 20 at 10:17–19.  The parties agree that no terms in this claim element

8  require construction.  Moreover, the undisputed evidence shows that the

9  MediaWriter satisfies this element. Ex. 23 at 81.  The MediaWriter includes a

10  "simple user interface that can be installed on any PC."  Ex. 3 at PG006755.

11  This user interface is a computer-implemented interface.  A user can interact

12  with the interface at the MediaWriter's local computer or at a remote computer

13  through a browsing terminal, similar to accessing a website on the Internet.

14  Ex. 23 at 81.  The user interface allows a user to select multiple patient studies

15  containing medical images and reports that are then displayed in a "burn

16  configuration dialog box," as shown in Section 3.2 of the User's Manual.  Ex. 3

17  at PG006767.  These selections are the claimed "requests for production of

18  stored medical data related to the first patient."  Accordingly, the MediaWriter

19  satisfies this claim element.  Ex. 23 at 81.

20  In its Supplemental Response to DatCard's Interrogatory No. 11,

21  Pacsgear's attorneys argue that the MediaWriter does not meet this limitation.

22  Ex. 19 at 13–14.  Pacsgear cites no evidence in support of this assertion.

23  Neither of Pacsgear's experts adopted it.  Furthermore, in the same interrogatory

24  response, Pacsgear's attorneys admit that a MediaWriter user can burn CDs with

25  medical images.  *Id.*  Pacsgear, therefore, has presented no reasonable basis to

26  challenge MediaWriter's satisfaction of this element.

27  **2.  MediaWriter includes the recited "image production module"**

28  Claim 7 next requires "an image production module . . . ."  Ex. 20 at

-19-

**A 1414**

1   10:20–22.   The parties agree that no terms in this claim element require
2   construction, and Pacsgear does not contest infringement with respect to this
3   claim element.  Ex. 19 at 13–14.  Moreover, the undisputed evidence shows that
4   the MediaWriter includes an image production module that can produce a
5   portable computer-readable medium containing the requested data for each
6   request for production.  Ex. 3 at PG006755 ("The MediaWriter System includes
7   a CD/DVD burner").  And the MediaWriter records the requested medical data
8   onto a CD or DVD in the DICOM format, which is a standard medical imaging
9   format used by a computer configured for viewing the medical image data.
10  Ex. 23 at 81; Ex. 2 at 29:7–14, 65:10–16.  Therefore, the undisputed evidence
11  shows that MediaWriter satisfies this claim element.

12      **3.      The MediaWriter image production module is configured to**
13           **"automatically transmit . . . audit data that is specific to the**
14           **computer-readable medium," as recited**

15      The next disputed element of Claim 7 requires the image production
16  module to "automatically transmit … audit data that is specific to the computer-
17  readable medium."   Ex. 20 at 10:29–38.   Dr. Rowberg and Mr. Goldberg
18  independently concluded that the MediaWriter satisfies this claim element.  Mr.
19  Goldberg reviewed the MediaWriter source code and found that the
20  MediaWriter stores two identifications specific to produced CDs or DVDs to an
21  audit database stored on the local drive of the MediaWriter: (1) a "DiscID" in
22  versions 4.0 and earlier, and (2) a "JobID" in all versions.[3]  Ex. 22 at 40–45.
23  Mr. Goldberg also found from the source code that the MediaWriter

---

25      [3] The transmitted audit data also includes "an identification of a requester
26  of the stored medical data," and "an identification of the first patient," as
    required by the portion of this limitation which has not been quoted in the main
27  text.  Ex. 25 at 40-45.  It appears to be undisputed that MediaWriter satisfies
28  these requirements.  Thus, they will not be discussed further here.

-20-

**A 1415**

1   automatically transmits audit data to the audit database. *Id.* Dr. Rowberg

2   reviewed Pacsgear's User's Manuals, the Rule 30(b)(6) deposition of Pacsgear,

3   and Mr. Goldberg's report, to support his conclusion that MediaWriter satisfies

4   this limitation. Ex. 23 at 15, 81–82.

5       Pacsgear's experts have taken no position on whether MediaWriter

6   satisfies this claim element. Instead, Pacsgear's attorneys argue without support

7   that the MediaWriter does not include "an identification specific to the

8   computer-readable medium." Ex. 19 at 13–14. Pacsgear concedes that the

9   MediaWriter assigns an identification number to each job, or completed request,

10   to create one or more CDs or DVDs. However, Pacsgear contends that the job

11   identification number falls outside the scope of the claims for two reasons.

12   First, the job may span multiple discs, and the same job identification number

13   will be associated with each of those multiple discs. Ex. 2 at 78:16–79:12.

14   Second, if a user creates multiple copies of the same job, those copies will have

15   the same job identification number. *Id.*; Ex. 19 at 13–14. This attorney

16   argument is based entirely upon an erroneous claim construction.[4]

17           **a.**    **Construction of "identification specific to the computer-**

18                 **readable medium"**

19       To determine whether the MediaWriter's audit data includes "an

20   identification specific to the computer-readable medium," the Court first must

21   construe the terms "specific" and "computer-readable medium."

22   / / /

23   / / /

24   / / /

25

26       [4] The first argument regarding a job spanning multiple discs does not

27   apply to versions of MediaWriter prior to 4.0.1. Those versions of MediaWriter also logged a "DiscID" that identified the individual discs within a job spanning

28   multiple discs. Ex. 2 at 79:6–12.

<div align="center">-21-</div>

<div align="center">**A 1416**</div>

### i. The computer-readable medium which stores patient images may be a single disc or multiple discs

The "computer-readable medium" of the claim refers to the entire medium that contains the requested medical data, and not merely a single CD or DVD. The specification discloses that a suitable medium comprises CDs and DVDs — *plural* — and "any suitable portable digital recording medium can be substituted for CDs." Ex. 20 at 3:30–41. If the requested medical data exceeds the storage capacity of a single disc, a set of discs is a suitable portable digital recording medium. The construction of "identification specific to the computer-readable medium," therefore, should not require that each disc within a set of discs for a single job have a unique identification. Instead, the identification should be specific to the computer-readable medium as a whole: the set of discs.

### ii. "Specific" does not mean that each *duplicate copy* of the same disc has a unique number

Pacsgear contends — solely through attorney argument — that the MediaWriter CD identification number is not an "identification specific to the computer-readable medium" because a user could burn duplicate copies of a CD, which would all have the same identification number. Ex. 19 at 13–14. Pacsgear's contention seemingly attempts to substitute the word "unique" for the word "specific" in the claimed phrase "identification specific to the computer-readable medium." It also ignores the '157 Patent specification.

The '157 Patent specification discloses that the audit record can include an identification number of the CD. Ex. 20 at 6:53–59. The specification also describes a separate "number of copies" value, indicating the number of copies of CDs to be produced. *Id.* at 6:23–28. If the system required that each copy of the same CD have a "unique" identification number, as Pacsgear contends, a value for the number of copies would not be needed. The specification

-22-

**A 1417**

1  therefore does not describe an identification number of the CD that is "unique"
2  for each copy of a CD.  Instead, the specification describes an identification
3  number that is "specific to" the medium, yet independent of the number of
4  copies of the medium.  Pacsgear's construction, therefore, is not consistent with
5  at least one embodiment of the claimed invention.

### iii.    The ordinary and customary meaning of specific supports DatCard's construction

8        Furthermore, the ordinary and customary meaning of "specific" in the
9  context of claim 7 does not require that the identification be "unique" to a copy
10  nor to a particular disc within a set of discs.  To determine the ordinary and
11  customary meaning of a claim term, it is appropriate for the Court to consult a
12  dictionary.  *Phillips*, 415 F.3d at 1318.  The Oxford Dictionary defines specific
13  as "clearly defined or identified."  Ex. 5 at 4 (definition 1).  There is a heavy
14  presumption that this ordinary and customary meaning applies to the claim.  *See*
15  *Epistar*, 566 F.3d at 1334.

16        Accordingly, the phrase "identification specific to the computer-readable
17  medium" should be given its ordinary meaning, namely, an identification, such
18  as a clearly defined or identified number, of the computer-readable medium.
19  The computer-readable medium should be understood within the context of the
20  specification to refer to a disc, a set of discs, or other suitable recording
21  medium.  This ordinary meaning is consistent with the specification and the
22  dictionary definition of the term.

### b.    MediaWriter automatically transmits an "identification specific to the computer-readable medium" to its audit database

26        The MediaWriter source code shows that it transmits the claimed audit
27  information to an audit database on the MediaWriter when a CD or DVD is
28  created.  Ex. 22 at 40; *see also* Ex. 2 at 81:23–82:7.  The transmitted audit data

-23-

**A 1418**

1   includes "the user that was logged into the MediaWriter, patient identification,
2   accession number, job number, and a time stamp." Ex. 22 at 40. The job
3   number ("JobID") is a numerical identifier corresponding to the burn job — the
4   creation of the CD, DVD, or set of CDs or DVDs. The job number ("JobID")
5   therefore includes an identification that is specific to the computer-readable
6   medium for that job. *Id.* at 42. For versions 4.0 and earlier of the MediaWriter
7   software, the audit database also included a "DiscID," another identification
8   specific to the computer-readable medium. *Id.* The DiscID also identifies a
9   particular CD or DVD within a set of CDs or DVDs. Accordingly, the source
10  code establishes that the MediaWriter satisfies this claim element. *Id.*

11       Pacsgear's User's Manuals, the Fed. R. Civ. P. 30(b)(6) deposition of
12  Pacsgear, and testing of the MediaWriter also establish infringement. Ex. 23 at
13  15, 81–82; Ex. 21 at 41:15–43:21. The User's Manual at Section 9.1 shows the
14  user interface for the MediaWriter's "audit logs." Ex. 3 at PG006785. It
15  describes that the "audit logs contain messages that accumulate during product
16  use." *Id.* Pacsgear's 30(b)(6) deponent testified that the audit log "records the
17  user that was logged into the MediaWriter at the time the disk was made, some
18  patient identifying information, the patient name and medical record number,
19  the accession number which identifies the study, and then a job number, a time
20  stamp." Ex. 2 at 71:20–72:4. The job number, in particular, specifically
21  identifies the computer readable medium. It identifies each completed burn of a
22  CD or DVD (or a set of CDs or DVDs) based on a user request. The job
23  number therefore specifically identifies the disc or set of discs on which the
24  patient's information was recorded. Ex. 23 at 81–82. In addition, version 4.0
25  and earlier of the MediaWriter also included a disc identification number that
26  specifically identified the medium on which the patient's information was
27  recorded. *Id.* This, too, satisfies this claim element. *Id.*

28  / / /

-24-

**A 1419**

Case: 13-1445 Case: 13-1445 CASE PARTICIPANTS ONLY Document: 128-1 Page: 311 Filed: 11/08/2013 Page: 308 Filed: 11/08/2013

Case 8:10-cv-01288-DOC -VBK   Document 65   Filed 01/16/12   Page 30 of 30   Page ID
#:1815

**C.    MediaWriter infringes dependent claim 12**

Claim 12 of the '157 Patent specifies that, in the system of claim 7, "the audit data comprises the date and time that the requested medical data related to the first patient was recorded to the portable computer-readable medium." Ex. 20 at 10:50–53.  The parties agree that no terms in this claim, apart from the disputed elements of independent claim 7, require construction.    Ex. 19 at 13–14.

The source code of the MediaWriter confirms that the MediaWriter transmits a time stamp to its audit database.  Ex. 22 at 40.  Pacsgear's 30(b)(6) deponent also testified that the audit log comprises a time stamp.  Ex. 2 at 71:20–72:4.  The timestamp is the date and time that the MediaWriter recorded the requested data to the computer-readable medium.    Accordingly, the MediaWriter satisfies this claim element.  Ex. 23 at 82–83.  Pacsgear does not contest infringement with respect to the added limitation of this claim.  Ex. 19 at 13–14.  There is therefore no dispute that MediaWriter satisfies this claim. Accordingly, DatCard requests that the Court grant summary judgment of infringement with respect to claim 12.

## V.    <u>CONCLUSION</u>

The uncontroverted evidence establishes that Pacsgear contributes to the infringement of the '174 Patent and directly infringes the '157 Patent. Accordingly, DatCard respectfully requests that the Court grant this motion for summary judgment in its entirety.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 16, 2012    By:   */s/ Paul A. Stewart*

Craig S. Summers
Paul A. Stewart
Brian C. Claassen
Bridget A. Smith
Attorneys for Plaintiff/Counterdefendant
DATCARD SYSTEMS, INC.

12499229

-25-

**A 1420**

Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Paul A. Stewart (SBN 153,467)
paul.stewart@kmob.com
Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
Bridget A. Smith (SBN 253,548)
bridget.smith@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
**DATCARD SYSTEMS, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PACSGEAR, INC., a California corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Civil Action No. <br> SACV10-1288 DOC (VBKx) <br><br> **DECLARATION OF PAUL A. STEWART IN SUPPORT OF DATCARD SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENTS 7,783,174 AND 7,734,157** <br><br> Date: February 13, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D <br><br> The Honorable David O. Carter |

Case: 13-1445 Case: 13-1445 CASE PARTICIPANTS ONLY Document: 23-1 Page: 313 Filed: 11/08/2013 Page: 308 Filed: 11/08/2013

Case 8:10-cv-01288-DOC -VBK   Document 66   Filed 01/16/12   Page 2 of 4   Page ID #:1817

I, Paul A. Stewart, declare as follows:

1.    I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, and one of the attorneys representing Plaintiff / Counterdefendant DatCard Systems, Inc. ("DatCard").  I have personal knowledge of the matters set forth herein and if called upon to testify, I could and would testify competently to them.

2.    I am providing this declaration in support of DatCard's Motion for Summary Judgment of Infringement of U.S. Patents 7,783,174 and 7,734,157.

3.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent 7,783,174.

4.    Attached hereto as Exhibit 2 are true and correct copies of selected pages from the transcript of the deposition of Brian Cavanaugh taken on August 16, 2011.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the Pacsgear MediaWriter 3.0 CD/DVD Burning Solution User's Manual bearing Bates Nos. PG006752-6791.

6.    Attached hereto as Exhibit 4 is a true and correct copy of the Pacsgear MediaWriter 4.0 CD/DVD Burning Solution User's Manual bearing Bates Nos. PG006792-6831.

7.    Attached hereto as Exhibit 5 is a true and correct copy of select pages from The Compact Oxford English Dictionary of Current English, 2nd ed. 2002.

8.    Attached hereto as Exhibit 6 is a true and correct copy of the December 6, 2011 Rebuttal Report of Steven Horii, M.D. without exhibits.

9.    Attached hereto as Exhibit 7 is a true and correct copy of the Pacsgear MediaWriter 3.0 Software Requirements Specification dated April 13, 2010, bearing Bates Nos. PG009428-9453.

/ / /

-1-

A 1422

10.  Attached hereto as Exhibit 8 is a true and correct copy of the Pacsgear MediaWriter 4.0 Software Requirements Specification dated March 11, 2011, bearing Bates Nos. PG015468-15496.

11.  Attached hereto as Exhibit 9 is a true and correct copy of a MediaWriter data sheet bearing Bates Nos. PG006562-6563.

12.  Attached hereto as Exhibit 10 is a true and correct copy of the MediaWriter Comparison Guide bearing Bates No. PG006593.

13.  Attached hereto as Exhibit 11 is a true and correct copy of MediaWriter 4.0 Customer Release Notes dated March 14, 2011, bearing Bates Nos. PG002929-2934.

14.  Attached hereto as Exhibit 12 is a true and correct copy of a Pacsgear document, Installing MediaWriter Web Client, bearing Bates Nos. PG008395-8397.

15.  Attached hereto as Exhibit 13 are true and correct copies of selected pages from Pacsgear Customer Service Logs, which were produced by Pacsgear as native files on a CD bearing Bates No. PG025872.

16.  Attached hereto as Exhibit 14 are true and correct copies of selected pages from the transcript of the Rule 30(b)(6) deposition of Marsha Kitisrivorapan of Denver Health Medical Center taken on December 22, 2011.

17.  Attached hereto as Exhibit 15 is a true and correct copy of an email from Thomas Pickard to Brian Cavanaugh and Chris Barnett dated August 18, 2010, bearing Bates No. PG010935.

18.  Attached hereto as Exhibit 16 is a true and correct copy of a letter dated September 15, 2010, from me to Michael J. Mallie and Willmore Holbrow.

19.  Attached hereto as Exhibit 17 are true and correct copies of selected pages from the transcript of the deposition of Ian Jestice taken on December 13, 2011.

-2-

**A 1423**

20.     Attached hereto as Exhibit 18 are true and correct copies of selected pages from the transcript of the deposition of Steven Horii, M.D. taken on December 20, 2011.

21.     Attached hereto as Exhibit 19 is a true and correct copy of Defendant's Supplemental Responses to Interrogatories Nos. 1, 8 and 11 propounded by Plaintiff dated April 18, 2011.

22.     Attached hereto as Exhibit 20 is a true and correct copy of U.S. Patent 7,734,157.

23.     Attached hereto as Exhibit 21 are true and correct copies of selected pages from the transcript of the deposition of Alan H. Rowberg, M.D. taken on December 16, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2012, in Irvine, California.

         */s/ Paul A. Stewart*
            Paul A. Stewart

12499244

-3-



# User's Manual

**MediaWriter 3.0 CD/DVD Burning Solution**

PACSGEAR™

PACSGEAR
7020 Koll Center Parkway, Suite 100
Pleasanton, CA 94566 USA
T +1 925 846 9600
F +1 925 846 0435
support@pacsgear.com
www.pacsgear.com

PG006752
EXHIBIT 3

# MediaWriter

**Copyright © 2010 PACSGEAR, Inc.**

All rights reserved. The information contained herein is confidential and is the sole property of PACSGEAR. None of the information may be reproduced, copied and/or redistributed electronically, manually or otherwise to any person without advance written permission from PACSGEAR, except as may be expressly authorized by contracts or other agreements between PACSGEAR and its customers.

**Trademarks**

PACSGEAR, PacsSCAN, MediaWriter, PacsSCAN Film, Print2PACS, PacsSCAN Video, PacsConnect and GEARView are trademarks of PACSGEAR in the United States and/or other countries. Acrobat, Adobe, DUET, eFilm Lite, Elesys, MERGE, Microsoft, Windows, and other trademarks, registered trademarks, or service marks referred to in this document are the property of their respective owners. The publisher and the authors make no claim to these trademarks.

While every precaution has been taken in the preparation of this document, the publisher and the authors assume no responsibility for errors or omissions, or for damages resulting from the use of information contained in this document or from the use of programs and source code that may accompany it. In no event shall the publisher and the authors be liable for any loss of profit or any other commercial damage caused or alleged to have been caused directly or indirectly by this document.

Printed: 2010 in Pleasanton, CA, USA

## Indications for Use

**Media**Writer is intended to be used by authorized staff to create DICOM CDs/DVDs/USB flash drives. These media can contain imaging studies, reports and related patient information. Operations used to create the media include patient selection, study confirmation, label customization, and DICOM configuration.



PACSGEAR
7320 Koll Ctr. Pkwy. Ste. 100
Pleasanton, CA 94566  USA
2010-C1

EC   REP

EMERGO EUROPE
Molenstraat 15
2513 BH, The Hague
The Netherlands
T +31 70 345 8570
F +31 70 346 7299

**PG006753**

**EXHIBIT 3**



## Contents

**1   Welcome**

1.1   Conventions Used in This Manual .................................................................................... 2
1.2   Starting and Exiting MediaWriter ..................................................................................... 3

**2   Settings**

2.1   Entering DICOM Settings ................................................................................................ 5
2.2   Entering Burner Settings ................................................................................................ 9
2.3   Entering Encryption Settings ......................................................................................... 10

**3   Searching for, Selecting, and Burning Studies**

3.1   Searching for and Selecting Studies ............................................................................. 11
3.2   Burning Selected Studies to a Medium (Single Patient) ............................................... 13
3.3   Burning Selected Studies to a Medium (Multiple Patients) .......................................... 17

**4   Printing Labels on Media ............................................................................. 20**

**5   Burning DICOM Structured Reports ............................................................ 23**

**6   Decrypting and Viewing Studies from Media**

6.1   Decrypting Studies ........................................................................................................ 25
6.2   Viewing Studies ............................................................................................................ 26

**7   Working with the Server ............................................................................. 27**

**8   Managing Users ......................................................................................... 29**

**9   Other Settings and Functions**

9.1   Audit Logs ..................................................................................................................... 31
9.2   Viewing and Editing the Contents of the Software License ........................................... 33
9.3   Auto Refresh ................................................................................................................. 35
9.4   Help Menu ..................................................................................................................... 36

**10 Support ...................................................................................................... 37**

© 2010 PACSGEAR, Inc.                    PG-DOC-MW-UM-EN-REV3.0A

PG006754

EXHIBIT 3



MediaWriter | 1

# 1    Welcome



Congratulations on adding **Media**Writer™ to your PACS/EHR system.

**Media**Writer writes DICOM studies, results, and an optional viewer to CDs, DVDs, and USB flash drives. The **Media**Writer System includes a CD/DVD burner with a built-in media label printer that prints color labels directly to disc. **Media**Writer includes additional features to scan documents, create electronic forms, and import multimedia files.

**Media**Writer features include:

- A simple user interface that can be installed on any PC.
- Support for LDAP/Active Directory, providing single sign-on convenience.
- Support for IHE PDI workflow.

**For more information, please contact us:**

**Americas, Asia, Oceania**

PACSGEAR
7020 Koll Center Parkway, Suite 100
Pleasanton, CA  94566 USA
T +1 925 846 9600
F +1 925 846 0435
support@pacsgear.com
www.pacsgear.com

**Europe, Middle East, Africa, Russia**

PACSGEAR
Balanstrasse 73
81541 Munich, Germany
T +49 (0)89 45 08 07 600
F +49 (0)89 45 08 07 605
support@pacsgear.com
www.pacsgear.com

© 2010 PACSGEAR, Inc.                    PG-DOC-MW-UM-EN-REV3.0A

**PG006755**

**EXHIBIT 3**

20 | MediaWriter



# 4    Printing Labels on Media

Printing labels requires a CD/DVD burner with a built-in printer. The burner/printer allows you not only to store DICOM studies on an external media such as a CD, but also to print text and images (a "label") directly onto that medium at the same time. Labels can consist of a logo or other image plus seven lines of text of up to fifty characters each. To create a label, perform the following procedure.

1. Click *Settings > Disc Label*.



*Figure 4.1  Disc Label Configuration dialog box*

2. Make selections and type in text as needed according to the descriptions below, and then click **OK**.

PG-DOC-MW-UM-EN-REV3.0A                    © 2010 PACSGEAR, Inc.

PG006774

EXHIBIT 3



MediaWriter │21

## Disc Label

Select the **Disc Label** check box to turn ON printing of labels.

## Site Logo

In the **Site Logo** box, type the path and file name to the desired image file (typically, the logo of the medical institution). Or, click **Browse**, then navigate to the image file, select it, and click **Open**. When printing the label, **Media**Writer will size the image automatically and place it in the top center of the medium.

## Background Image

In the **Background Image** box, type the path and file name to the desired image file, or click **Browse**, then navigate to the image file, select it, and click **Open**. When printing the background image, **Media**Writer will size the image automatically to so that the width and height of the image match—as closely as possible—the diameter of the disc medium (see the example under Print Preview below).

## Site Information

Under **Site Information**, type up to fifty characters in each box. This text will appear in the top center of the media, just below the site logo.

## Printer

In the **Printer** box, type the name assigned to the printer. If no printer is installed, NONE is displayed and the box is dimmed.

## Label 1 and Label 2

Labels 1 and 2 are printed on the left side of the medium every time a medium is printed. Note that these labels differ from the Notes in the burn confirmation dialog box, which only appear on a per-job basis.

In the **Label 1** and **Label 2** boxes, type up to fifty characters each.

## Color Buttons

You can specify a text color for the site information and custom labels.

1. Click the **Color** button corresponding to the text whose color you wish to change. A standard Windows color selection dialog box appears.

2. Click the desired color, then click **OK**. The text appears in the selected color, both in the dialog box and in the print preview screen.

---

**PG006775**

**EXHIBIT 3**

22   MediaWriter



## Print Preview

In the **Disc Label Configuration** dialog box, click **Preview**. A window appears containing a preview of the disc label that you configured. This label will be printed on the media whenever you burn studies.

Note that some information other than that entered by the user is also printed on the media including the patient name, DOB, MRN, study creation date and time, the station ID, Disc ID, exam dates, types, and body parts.



*Figure 4.2  Print Preview screen*

| | |
|---|---|
| A | Background image |
| B | Site logo |
| C | Site information |
| D | Printed automatically (not editable by the user) |
| E | Preview window displays examples (only) of various study information |
| F | Custom labels (from Disc Label Confirmation dialog box) |
| G | Notes (from Burn Confirmation dialog box) |

PG-DOC-MW-UM-EN-REV3.0A                    ● *2010 PACSGEAR, Inc.*

PG006776
EXHIBIT 3



# User's Manual

### MediaWriter 4.0 CD/DVD Burning Solution

PACSGEAR™

PACSGEAR
4309 Hacienda Drive, Suite 500
Pleasanton, CA 94588 USA
T +1 925 225 6100
F +1 925 225 6195
support@pacsgear.com
www.pacsgear.com



EXHIBIT 1001
WIT: Cavanaugh
DATE: 8-16-11
Donna J. Blum, CSR No. 11133

PG006792

**EXHIBIT 4**

# MediaWriter

## Copyright © 2011 PACSGEAR, Inc.

All rights reserved. The information contained herein is confidential and is the sole property of PACSGEAR. None of the information may be reproduced, copied and/or redistributed electronically, manually, or otherwise to any person without advance written permission from PACSGEAR, except as may be expressly authorized by contracts or other agreements between PACSGEAR and its customers.

### Trademarks

MediaWriter, PacsConnect, PACSGEAR, PacsSCAN, PacsSCAN Film, PacsSCAN Video, Print2PACS, GEARView Basic, and GEARView QC are trademarks of PACSGEAR in the United States and/or other countries. Acrobat, Adobe, Bravo, DUET, eFilm Lite, Elesys, MERGE, Microsoft, Primera, Windows, and other trademarks, registered trademarks, or service marks referred to in this document are the property of their respective owners. The publisher and the authors make no claim to these trademarks.

While every precaution has been taken in the preparation of this document, the publisher and the authors assume no responsibility for errors or omissions, or for damages resulting from the use of information contained in this document or from the use of programs and source code that may accompany it. In no event shall the publisher and the authors be liable for any loss of profit or any other commercial damage caused or alleged to have been caused directly or indirectly by this document.

Printed: 2011 in Pleasanton, CA, USA

## Use of Ficticious Patient Data

Patient demographics appearing in this manual are examples only. No actual patient study data were used in the preparation of this manual. Any similarities to persons living or deceased is purely coincidental.

## Indications for Use

MediaWriter is intended to be used by authorized staff to create DICOM CDs/DVDs/USB flash drives. These media can contain imaging studies, reports and related patient information. Operations used to create the media include patient selection, study confirmation, label customization, and DICOM configuration.



PG006793

**EXHIBIT 4**

pacsgear

## Contents

1 Welcome

2 Settings

2.1   Entering DICOM Settings................................................................ 5
2.2   Entering Burner Settings................................................................ 8
2.3   Entering Encryption Settings.......................................................... 9

3 Searching for, Selecting, and Burning Studies

3.1   Searching for and Selecting Studies............................................. 10
3.2   Burning Selected Studies to a Medium (Single Patient) ................ 12
3.3   Burning Selected Studies to a Medium (Multiple Patients) ........... 16

4 Printing Labels on Media

4.1   Simple Labels................................................................................ 18
4.2   Advanced Labels........................................................................... 21

5 Burning Reports

6 Decrypting and Viewing Studies from Media

6.1   Decrypting Studies with GEARView Basic...................................... 27
6.2   Decrypting Studies without GEARView Basic................................. 28
6.3   Viewing Studies............................................................................. 29

7 Working with the Server

8 Managing Users

9 Other Settings and Functions

9.1   Audit Logs ..................................................................................... 34
9.2   Auto Refresh ................................................................................. 36
9.3   Viewing the User's Manual, Product Information, and Software License........................... 37

© 2011 PACSGEAR, Inc.          PG-DOC-MW-UM-EN-REV4.0A

PG006794

**EXHIBIT 4**

1 | MediaWriter



# 1   Welcome



Congratulations on adding MediaWriter™ to your PACS/EHR system.

MediaWriter writes DICOM studies, results, and an optional viewer to CDs, DVDs, and USB flash drives. The MediaWriter System includes a CD/DVD burner with a built-in media label printer that prints color labels directly to disc. MediaWriter includes additional features to scan documents, create electronic forms, and import multimedia files.

### New Features for MediaWriter 4.0

- GEARView™ Basic, a DICOM study and report viewer from PACSGEAR, is now included during installation. The installation program does not change the default viewer configuration, but adds GEARView Basic as a viewing option. For new installations, GEARView Basic is installed as the standard viewer.

- A new advanced labeling option provides greater control over backgrounds and text placement. Sample background templates are included, and custom backgrounds are available for a small fee. Contact PACSGEAR Sales for details.

- MediaWriter 4.0 supports Windows 7 for all CD/DVD burners except Rimage. Customers with Rimage publishing solutions should continue to use MediaWriter 3.0.4.

- For increased ease-of-use, the audit log can now be exported as a text (.csv) file.

- Reduce the number of images auto-burned to CD/DVD with image-level filtering by DICOM tag. Contact PACSGEAR Support for details.

- For enhanced security, the MediaWriter Report Server can now store encrypted reports. Contact PACSGEAR Support for details.

- Adobe® PDF files can be auto-burned to CD/DVD when placed in a selected folder. Contact PACSGEAR Support for details.

For more information, please contact us:

**Americas, Asia-Pacific**

PACSGEAR
4309 Hacienda Drive, Suite 500
Pleasanton, CA 94566 USA
T +1 925 225 6100
F +1 925 225 6195
support@pacsgear.com
www.pacsgear.com

**Europe, Middle East, Africa, Russia**

PACSGEAR
Balanstrasse 73
81541 Munich, Germany
T +49 (0)89 450 807 600
F +49 (0)89 450 807 605
support@pacsgear.com
www.pacsgear.com

PG-DOC-MW-UM-EN-REV4.0A                    © 2011 PACSGEAR, Inc.

PG006795

**EXHIBIT 4**

 pacsgear

MediaWriter | 12

## 3.2 Burning Selected Studies to a Medium (Single Patient)

1   Click Burn Studies.

**Burn Studies**

*Burn Studies button*

The burn confirmation dialog box appears.



*Figure 3.2 Burn confirmation dialog box*

2   Enter the settings below as needed, then click Confirm.

MediaWriter begins burning the selected studies to the media, and adds a job to the Current Jobs tab (below) in the bottom part of the main screen.

© 2011 PACSGEAR, Inc.          PG-DOC-MW-UM-EN-REV4.0A

PG006806

EXHIBIT 4

13 | MediaWriter



### Burn Media
Select the type of media on which to burn the studies. MediaWriter supports the following media types: CD (standard CD-ROMs), DVD SINGLE (single-sided DVDs), DVD DUAL (dual-sided DVDs), and USB MEDIA (such as USB memory sticks).

### Browse
When USB MEDIA is selected under Burn Media, the box to the left of this button contains the path to the USB media device. If necessary, click **Browse** to change the path.

### Notes
Enter descriptions or other information to physically print on the media for the current burning job. You can enter up to sixteen characters in the first box, and up to fifteen characters in the second box. Note that these "Notes" differ from the "Custom Labels" in the Disc Label Configuration dialog box, which apply to all burning jobs. The notes boxes are dimmed if the Advanced Label option is selected in the Disc Label dialog box.

### Viewers
Select the viewer that will display the studies. PACSGEAR's **GEAR**View **Basic** is a viewer program that allows physicians and patients to open DICOM studies on standard PCs without the need for high-end PACS hardware or software. If needed, you can burn the **GEAR**View **Basic** viewer onto the media at the same time as the studies. MediaWriter also supports a variety of other viewers. Please contact your sales representative for more details.

### Label
Select the label to be printed onto the media. The list only contains labels that are selected as *Published* in the Disc Label Configuration dialog box, and is dimmed if the Simple Label option in that dialog box is selected.

### Copies
Select the number of copies to burn. Each copy is burned separately.

### Include Reports
This check box is only available when the Enable Reports check box is selected in the Reports configuration dialog box. When selected, MediaWriter adds reports to the burn job.

### Stat
Select this check box to have MediaWriter perform the burn job immediately (before any others that may be listed in the Current Jobs tab).

### Anonymize Studies
Select to omit the following information from the studies: patient name, MRN, referring physician, physician of record, performing physician, reading physician, operator, birth time, and institution.

### Encryption
Select the check box to encrypt the studies on the medium. This check box is only available if the Enable Encryption check box is selected in the Encryption Configuration dialog box. If Force Encryption was selected in that dialog box, the Encryption check box is selected and dimmed.

### Password
Enter a password to be required for viewing studies. This box is only available if the Enable Encryption check box is selected in the Encryption Configuration dialog box. If Auto was selected in that dialog box, the Password box is filled automatically with a random password.

### Note
Be sure to write down the password before burning studies.

PG006807

EXHIBIT 4

 pacsgear

MediaWriter | 17

# 4 Printing Labels on Media

## 4.1 Simple Labels

Printing labels requires a CD/DVD burner with a built-in printer. The burner/printer allows you not only to store DICOM studies on an external media such as a CD, but also to print text and images (a "label") directly onto that medium at the same time. There are two kinds of labels, *Simple* and *Advanced*. Simple labels can consist of a logo or other image plus seven lines of text of up to fifty characters each. To create a simple label, perform the procedure below. For information on advanced labels, see section 4.2, *Advanced Labels*.

1   Click *Settings > Disc Label*.



*Figure 4.1 The Simple Label group of the Disc Label Configuration dialog box*

2   Type or select settings as needed according to the descriptions below, and then click OK.

© 2011 PACSGEAR, Inc.                    PG-DOC-MW-UM-EN-REV4.0A

PG006811

**EXHIBIT 4**

18 MediaWriter

 pacsgear

**Disc Label**
Select the **Disc Label** check box to turn ON printing of labels.

**Printer**
Displays the name of the printer selected in the Burner Configuration dialog box.

**Simple Label**
Select to print a simple label. Select *Advanced* to print an advanced label.

**Site Logo**
In the *Site Logo* box, type the path and file name to the desired image file (typically, the logo of the medical institution). Or, click **Browse**, then navigate to the image file, select it, and click **Open**. When printing the label, **MediaWriter** will size the image automatically and place it in the top center of the medium.

**Background Image**
In the *Background Image* box, type the path and file name to the desired image file, or click **Browse**, then navigate to the image file, select it, and click **Open**. When printing the background image, MediaWriter will size the image automatically to so that the width and height of the image match—as closely as possible—the diameter of the disc medium (see the example under "Preview" below).

**Site Information**
Under *Site Information*, type up to fifty characters in each box. This text will appear in the top center of the media, just below the site logo.

**Label 1 and Label 2**
Labels 1 and 2 are printed on the left side of the medium every time a medium is printed. Note that these labels differ from the Notes in the Burn confirmation dialog box, which only appear on a per-job basis.

In the *Label 1* and *Label 2* boxes, type up to fifteen characters each.

## Color Buttons

You can specify a text color for the site information and custom labels.

1. Click the **Color** button corresponding to the text whose color you wish to change. A standard Windows color selection dialog box appears.

2. Click the desired color, then click **OK**. The text appears in the selected color, both in the dialog box and in the print preview screen.

## Preview

In the *Simple Label* group, click **Preview**. A window appears containing a preview of the disc label that you configured. This label will be printed on the media whenever you burn studies.

Note that some information other than that entered by the user is also printed on the media including the patient name, DOB, MRN, study creation date and time, the station ID, Disc ID, exam dates, types, and body parts.

PG006812

**EXHIBIT 4**



Figure 4.2  Print Preview screen

A   Background image
B   Site logo
C   Site information
D   Printed automatically (not editable by the user)
E   Preview window displays examples (only) of various study information
F   Custom labels (from Disc Label Confirmation dialog box)
G   Notes (from the Burn confirmation dialog box)

© 2011 PACSGEAR, Inc.          PG-DOC-MW-UM-EN-REV4.0A

PG006813

EXHIBIT 4

20  | MediaWriter

 pacsgear

## 4.2   Advanced Labels

In contrast to simple labels, advanced labels offer the user more freedom and detail in design. To create an advanced label, perform the procedure below.

### Procedure

1   Click *Settings > Disc Label*.

The Disc Label Configuration dialog box appears.



*Figure 4.3 Advanced Label group of the Disc Label Configuration dialog box*

2   Select the *Advanced Label* option

3   Click New to display the Select Template dialog box. Select a template and click OK.

Alternatately, you can select an existing label in the *Label Name* list above and click Edit.

4   Follow the instructions below under "Label Designer."

### Publishing an Advanced Label

*Publishing* an advanced label means to make it available in the *Label* lists of the DICOM settings dialog box, and the Burn Confirmation dialog boxes for single and multiple patients. To publish one or more labels, select the corresponding check boxes as shown in the figure above.

### Print Preview

Select a label and click Preview. The preview is similar to the one for simple labels, but its contents consist only of items you specified in the Label Designer.

PG-DOC-MW-UM-EN-REV4.0A

© 2011 PACSGEAR, Inc

PG006814

EXHIBIT 4

 pacsgear

MediaWriter | 21

## Label Designer

The label designer contains powerful tools for creating advanced (customized) labels. Use the tools described below to create your label, then save your design and close the designer using the Exit tool bar button.



*Figure 4.4 Label Designer*

## Tool Bar

Use the tool bar to add new items to the label, and to preview and save your work. The tool bar contains the following tools.



*Figure 4.5 Tool bar on the Label Designer*

### Save
Click to name and save your label. The name will appear in the Disc Label Configuration dialog box the next time it is opened.

### Exit
Click to close the label designer and return to the disc label configuration dialog box.

© 2011 PACSGEAR, Inc.          PG-DOC-MW-UM-EN-REV4.0A

PG006815

**EXHIBIT 4**

24 | MediaWriter

 pacsgear

# 5   Burning Reports

MediaWriter can include DICOM structured reports when burning studies to media. To start using this function, click *Settings > Reports*. The Reports Configuration dialog box appears. Enter settings as described below, then click OK.



Figure 5.1  Reports configuration dialog box

**Enable Reports**
Select to turn the report burning function ON and OFF. When selected, an "Include Reports" check box appears in the the Burn Confirmation dialog box

**Include Media Splash Screen**
Adds a splash screen to the report.

**Include Reports By Default**
Select to automatically include reports in burn jobs unless the user removes them. When selected, the "Include Reports" check box in the Burn Confirmation dialog box is selected.

**Include Reports For Autoburn**
Select to include reports when using the Autoburn function.

PG-DOC-MW-UM-EN-REV4.0A                © 2011 PACSGEAR, Inc.

PG006818

EXHIBIT 4

COPY

1 | Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
2 | Paul A. Stewart (SBN 153,467)
paul.stewart@kmob.com
3 | Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
4 | Bridget A. Smith (SBN 253,548)
bridget.smith@kmob.com
5 | **KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
6 | Irvine, CA 92614
Telephone: (949) 760-0404
7 | Facsimile: (949) 760-9502

8 | Attorneys for Plaintiff/Counterdefendant
9 | **DATCARD SYSTEMS, INC.**

10 |
11 | IN THE UNITED STATES DISTRICT COURT
12 | FOR THE CENTRAL DISTRICT OF CALIFORNIA
13 | SOUTHERN DIVISION

14 | DATCARD SYSTEMS, INC., a ) Civil Action No.
15 | California corporation, ) SACV10-1288 DOC (VBKx)
16 | Plaintiff, )
17 | ) **CONFIDENTIAL EXHIBITS 2, 6,**
**7, 8, 13, 15, 17 AND 19 TO THE**
18 | v. ) **DECLARATION OF PAUL A.**
**STEWART IN SUPPORT OF**
PACSGEAR, INC., a California ) **DATCARD SYSTEMS, INC.'S**
corporation, ) **MOTION FOR SUMMARY**
**JUDGMENT OF INFRINGEMENT**
19 | ) **OF U.S. PATENTS 7,783,174 AND**
20 | Defendant. ) **7,734,157**
21 | AND RELATED COUNTERCLAIM )
22 | ) Date: February 13, 2012
Time: 8:30 a.m.
23 | ) Ctrm: 9D
24 | ) The Honorable David O. Carter

25 |
26 | **CONFIDENTIAL – OUTSIDE COUNSEL ONLY**
27 | **FILED UNDER SEAL PURSUANT TO 2/09/11 PROTECTIVE ORDER**
28 |

```
 1              UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3                  SOUTHERN DIVISION

 4

 5   DATCARD SYSTEMS, INC., a      )
     California corporation,       )
 6                                 )
                       Plaintiff,  )
 7                                 )
          V.                       ) Case No.
 8                                 )SACV10-1288 DOC(VBKx)
     PACSGEAR, INC., a California  )
 9   corporation,                  )
                       Defendant.  )
10   _____)
     PACSGEAR, INC., a California  )
11   corporation,                  )
                                   )
12          Counter-Claimant,      )
                                   )
13          V.                     )
                                   )
14   DATCARD SYSTEMS, INC., a      )
     California corporation,       )
15                                 )
            Counter-Defendant.     )
16   _____)

17

18        CONFIDENTIAL - ATTORNEY'S EYES ONLY

19        VIDEOTAPED DEPOSITION OF 30(b)(6) witness,

20     BRIAN CAVANAUGH, taken on behalf of Plaintiff,

21     at Knobbe Martens Olson & Bear, LLP, 333 Bush

22     Street, 21st Floor, San Francisco, California,

23     commencing at 9:06 a.m., Tuesday, August 16,

24     2011, before Donna J. Blum, Certified Shorthand

25     Reporter, No. 11133.
```

**EXHIBIT 2**

**A 1628**

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFF:

 4         PAUL A. STEWART, ATTORNEY AT LAW
           BRIDGET O'LEARY SMITH, ATTORNEY AT LAW
 5         KNOBBE MARTENS
           2040 Main Street, 14th Floor
 6         Irvine, CA 92614
           949-760-0404
 7         Email:  paul.stewart@kmob.com
                   bridget.smith@kmob.com
 8

 9    FOR THE DEFENDANT:

10         WILLMORE F. HOLBROW, III, ATTORNEY AT LAW
           BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
11         12400 Wilshire Boulevard, 7th Floor
           Los Angeles, CA 90025-1030
12         310-207-3800
           Email:  bill_holbrow@bstz.com
13

14    ALSO PRESENT:

15         CYRIL SUSZCKIEWICZ, Videographer
           BARKLEY COURT REPORTERS
16         222 Front Street, Suite 600
           San Francisco, California 94111
17         415-433-5777

18

19

20

21

22

23

24

25
```

3

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL

**EXHIBIT 2**

**A 1629**

# CONFIDENTIAL MATERIAL OMITTED
# PURSUANT TO PROTECTIVE ORDER

**A 1632, A1633, A1637, A 1638, A 1639, A 1640, A 1641**

### REBUTTAL EXPERT REPORT OF STEVEN HORII, M.D.

### In the Matter of DatCard Systems, Inc. v. PacsGear, Inc.

### United States District Court For The Central District Of California

### Case No.: SACV10-1288 DOC (VBKx)

### [OUTSIDE COUNSEL ONLY – PURSUANT TO PROTECTIVE ORDER]

## I. SUBJECT MATTER

I have been engaged by counsel for Defendant PACSGEAR to review and comment on the expert report of Alan Rowberg, M.D., specifically as to the '164 Patent, the '597 Patent and the '174 Patent; although some of my comments may be applicable to other patents and related reports.

## II. QUALIFICATIONS

I am Professor of Radiology at the University of Pennsylvania School of Medicine. My complete C.V. is attached as **Exhibit 1**.

I received my M.D. from the New York University School of Medicine in 1976. I became board-certified in diagnostic radiology in 1980 and joined the faculty at N.Y.U., where I earned the rank of Associate Professor with Tenure.

I left NYU in 1988 to become Clinical Director of the Image Management and Communications Section in the Radiology Department at Georgetown University. My principal responsibility was as a radiologist and information technology expert for the Digital Imaging Network Systems (DINS) project. This project was the proof-of-concept for filmless radiology in support of teleradiology and battlefield care and was funded by the United States Army Medical Research and Development Command. The project culminated in the testing of filmless

1

**CONFIDENTIAL-OUTSIDE COUNSEL ONLY    EXHIBIT 6**
**A 1663**

# CONFIDENTIAL MATERIAL OMITTED PURSUANT TO PROTECTIVE ORDER

A1673, A1693, A1694, A1695, A1702,
A1719, A1720, A1721, A1729, A1730



1    Willmore F. Holbrow, III (SBN#169688)
    Bill_Holbrow@bstz.com
2    Dennis G. Martin (SBN# 54060)
    dennis_martin@bstz.com
3    BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
    12400 Wilshire Boulevard, Seventh Floor
4    Los Angeles, California 90025
5    Tel: (310) 207-3800
    Fax: (310) 820-5988
6

7    Attorneys for Defendant PACSGEAR, INC.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                SOUTHERN DIVISION

| | |
|---|---|
| 11   DATCARD SYSTEMS, INC., a California ) | CASE NO. SACV 10-1288 DOC (VBKx) |
| 12   corporation ) | |
| 13          Plaintiff, ) | Case Assigned to: Judge David O. Carter |
| 14                ) | |
| 15          vs. ) | **DEFENDANT'S SUPPLEMENTAL** |
| 16   PACSGEAR, INC., a California corporation ) | **RESPONSES TO** |
| 17        Defendant. ) | **INTERROGATORIES NOS. 1, 8 AND 11 PROPOUNDED BY** |
| 18 ——————————————————————————— ) | **PLAINTIFF** |
| 19   PACSGEAR, INC., a California ) | |
| 20   corporation, ) | *Designated Confidential - Attorney's Eyes* |
|         Counter-Claimant, ) | *Only Pursuant to Protective Order* |
| 21   v. ) | |
| 22   DATCARD SYSTEMS, INC., a California ) | |
| 23   corporation, ) | |
| 24        Counter-Defendant. ) | |
| 25 ——————————————————————————— ) | |

26      Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant PACSGEAR, INC.

27   (hereinafter "PACSGEAR") hereby supplements its responses to Plaintiff DATCARD SYSTEMS,

28

                         1

EXHIBIT 1004
WIT: Cavanaugh
DATE: 8·16·11
Donna J. Blum, CSR No. 11133

# CONFIDENTIAL MATERIAL OMITTED PURSUANT TO PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I certify that on November 8, 2013, this NONCONFIDENTIAL JOINT APPENDIX [Volume I of II, Pages A1 – A1789] was filed electronically using the CM/ECF system, which will send notification of such filing to counsel of record for Defendant-Appellee, Pacsgear, Inc., as follows:

Willmore F. Holbrow, III
Dennis G. Martin
James H. Ahn
BLAKELY SOKOLOFF TAYLOR ZAFMAN, LLP
12400 Wilshire Boulevard
Seventh Floor
Los Angeles, CA 90025
Telephone: (310) 207-3800
Facsimile: (310) 820-5988
bill_holbrow@bstz.com
dennis_martin@bstz.com
james_ahn@bstz.com


/s/ *Paul A. Stewart*
Paul A. Stewart

16620019